**Sec v. Price Reconciliation Acct.**

| Date | Receipts | Expenses | Explanation |
|---|---|---|---|
| 8/14/2012 | $ 339,482.80 | | Bank of America |
| 8/14/2012 | $ 244.10 | | Bank of America |
| 8/14/2012 | $ 314.04 | | Bank of America |
| 8/14/2012 | $ 1,710.00 | | Bank of America |
| 8/14/2012 | $ 3,883.31 | | Bank of America |
| 8/14/2012 | $ 16.21 | | Bank of America |
| 8/14/2012 | $ 0.01 | | Bank of America |
| 8/14/2012 | $ 0.02 | | Bank of America |
| 8/14/2012 | $ 2.55 | | Bank of America |
| 8/27/2012 | $ 16.57 | | Interest |
| Total | $ 345,669.61 | $ - | $ 345,669.61 |

| | Sep-12 | $ 345,669.61 | | |
|---|---|---|---|---|
| | 8/21/2012 | $ 86.75 | | Ameritrade |
| | 8/21/2012 | $ 0.81 | | Ameritrade |
| | 8/21/2012 | $ 9,985.58 | | Ameritrade |
| | 8/28/2012 | $ 179.30 | | Schofield & Spencer PA |
| | 8/28/2012 | $ 24.28 | | Bright House Networks |
| | 8/28/2012 | $ 234.19 | | Manatee County |
| | 9/4/2012 | | $ 2,565.94 | KDM Translation/Transcript of Court Order |
| | 9/4/2012 | | $ 146.88 | KDM Reimbursement for Lock change |
| | 9/6/2012 | | $ 185.00 | Luis Lopez Tree & Lawn Service |
| | 9/6/2012 | | $ 62.31 | Town of Longboat Key |
| | 9/6/2012 | | $ 27.47 | FPL |
| | 9/10/2012 | | $ 35.90 | Town of Longboat Key |
| | 9/10/2012 | | $ 310.25 | University Park of Commerce |
| | 9/13/2012 | | $ 100.84 | Eugen Aldea |
| | 9/13/2012 | | $ 1,090.00 | Cumberland Plumbing |
| | 9/13/2012 | | $ 1,000.00 | Remax Signature Properties |
| | 9/21/2012 | | $ 1,287.00 | Metlife |
| | 9/19/2012 | $ 2,090.00 | | transfer from rental acct |
| | 9/25/2012 | $ 70.22 | | interest |
| Total | | $ 358,340.74 | $ 6,811.59 | $ 351,529.15 |

| | Oct-12 | $ 351,529.15 | | |
|---|---|---|---|---|
| | 9/24/2012 | | $ 55.52 | FPL |
| | 9/24/2012 | | $ 82.97 | FPL |
| | 9/24/2012 | | $ 113.52 | FPL |
| | 9/25/2012 | | $ 582.02 | FPL |
| | 9/26/2012 | | $ 350.00 | South Coast Landscape |
| | 9/26/2012 | | $ 520.00 | Luis Lopez Tree & Lawn Service |
| | 9/26/2012 | | $ 1,375.70 | Roger P. Conley Chartered |
| | 9/26/2012 | | $ 1,375.70 | Roger P. Conley Chartered |
| | 9/26/2012 | | $ 1,375.70 | Roger P. Conley Chartered |
| | 10/9/2012 | | $ 90.43 | FPL |
| | 10/9/2012 | | $ 29.67 | Town of Longboat Key |
| | 10/5/2012 | | $ 288.00 | Harbor Pines Condominium |
| | 10/5/2012 | | $ 288.00 | Harbor Pines Condominium |
| | 10/5/2012 | | $ 288.00 | Harbor Pines Condominium |
| | 10/11/2012 | | $ 156.13 | Athene Annuity & Life Assurance Co. |
| | 10/16/2012 | | $ 61.43 | FPL |
| | 10/16/2012 | | $ 36.83 | FPL |
| Total | | $ 351,529.15 | $ 7,069.62 | $ 344,459.53 |

EXHIBIT A

## Sec. v. Price Expenses

### Longboat Key FL

| Date | Invoice | Check # | Payable | Amount | Description | Location | Dates of Service |
|---|---|---|---|---|---|---|---|
| 8/22/2012 | | | FPL | $ 27.47 | Electricity | 6960 Gulf of MX Dr. | 6/29/12-7/31/12 |
| 7/31/2012 | | | Town of Longboat Key | $ 62.31 | Water | 6960 Gulf of MX Dr. | 7/31/2012 |
| 9/4/2012 | | 1002 | KDM | $ 146.88 | lock change | Long Boat & Bradenton | 8/21/2012 |
| 9/6/2012 | | 1003 | Luis Lopez Tree & Lawn Service | $ 185.00 | Lawn Care service | Long Boat & Bradenton | 9/1/2012 |
| 9/6/2012 | | 1004 | Town of Longboat Key | $ 62.31 | water service | 6960 Gulf of MX Dr. | 7/1/12-7/31/12 |
| 9/6/2012 | | 1005 | FPL | $ 27.47 | electricity | 6960 Gulf of MX Dr. | 6/29/12-7/31/12 |
| 9/10/2012 | | 1006 | Town of Longboat Key | $ 35.90 | water service | 6960 Gulf of MX Dr. | 8/1/12-8/31/12 |
| 10/9/2012 | | 1017 | FPL | $ 90.43 | electricity | 6960 Gulf of MX Dr. | 8/31/12-9/28/12 |
| 10/9/2012 | | 1018 | Town of Longboat Key | $ 29.67 | water service | 6960 Gulf of MX Dr. | 9/1/12-9/30/12 |
| Total | | | | $ 667.44 | | | |

### Receivership Expenses

| Date | Invoice | Check # | Payable | Amount | Description | Location | Dates of Service |
|---|---|---|---|---|---|---|---|
| 9/4/2012 | | 1001 | KDM | $ 2,565.94 | Translation of injunction and order | | 8/20/2012 |
| 9/10/2012 | | 1007 | University Park of commerce | $ 310.25 | association due | commerce properties | |
| 9/13/2012 | | 1008 | Eugen Aldea | $ 100.84 | change of locks | bradenton | |
| 9/13/2012 | | 1009 | Cumberland Plumbing | $ 1,090.00 | repair | kingland | |
| 9/13/2012 | | 1010 | Remax Signature Properties | $ 1,000.00 | hold for repairs | kingsland | |
| 9/21/2012 | | 1011 | Metlife | $ 1,287.00 | 210 177246 PR | | |
| 9/24/2012 | act#1488029099 | online | FPL | $ 55.52 | electricity | 3500 El Conquistador apt. 120 | 7/10/12-9/8/12 |
| 9/24/2012 | act#9925103229 | online | FPL | $ 82.97 | electricity | 6033 34th W Apt. 136 | 7/6/12-9/6/12 |
| 9/24/2012 | act#9206367527 | online | FPL | $ 113.52 | electricity | 6033 34th W Apt. 64 | 7/6/12-9/6/12 |
| 9/25/2012 | act#5183038545 | online | FPL | $ 582.02 | electricity | 3103 Bayshore Garden Pkwy | 7/6/12-9/6/12 |
| 9/26/2012 | | 1012 | South Coast Landscape | $ 350.00 | lawn service | 3103 Bayshore Garden Pkwy | initial clean up |
| 9/26/2012 | | 1013 | Luis Lopez Tree & Lawn Service | $ 520.00 | lawn service | bradenton/sarasota addresses | monthly maintenance |
| 9/26/2012 | | 1014 | Roger P. Conley Chartered | $ 1,375.70 | maintenance | Harbor Pines Condo. Assoc. Unit 64 | monthly maintenance |
| 9/26/2012 | | 1015 | Roger P. Conley Chartered | $ 1,375.70 | maintenance | Harbor Pines Condo. Assoc. Unit 69 | monthly maintenance |
| 9/26/2012 | | 1016 | Roger P. Conley Chartered | $ 1,375.70 | maintenance | Harbor Pines Condo. Assoc. Unit136 | monthly maintenance |
| 10/5/2012 | | 1019 | Harbor Pines Condominium | $ 288.00 | monthly maintenance | Harbor Pines Condo. Assoc. Unit 64 | Oct-12 |
| 10/5/2012 | | 1020 | Harbor Pines Condominium | $ 288.00 | monthly maintenance | Harbor Pines Condo. Assoc. Unit 69 | Oct-12 |
| 10/5/2012 | | 1021 | Harbor Pines Condominium | $ 288.00 | monthly maintenance | Harbor Pines Condo. Assoc. Unit136 | Oct-12 |
| 10/11/2012 | | 1022 | Athene Annuity & Life Assurance Co. | $ 156.13 | | | |
| 10/16/2012 | act#5183038545 | online | FPL | $ 61.43 | electricity | 3103 Bayshore Garden Pkwy | 9/6/12-10/4/12 |
| 10/16/2012 | act#1488029099 | online | FPL | $ 36.83 | electricity | 3500 El Conquistador apt. 120 | 9/10/12-10/9/12 |
| Total | | | | $ 13,303.55 | | | |

**Grand Total** $ 13,970.99

## Sec v. Price Receipts
## Main acct
### Bank of America

| Date | Check # | Amount | Explanation |
|---|---|---|---|
| 8/14/2012 | 9495523290 | $ 339,482.80 | Bank of America |
| 8/14/2012 | 9495523288 | $ 244.10 | Bank of America |
| 8/14/2012 | 9495523287 | $ 314.04 | Bank of America |
| 8/14/2012 | 9495523286 | $ 1,710.00 | Bank of America |
| 8/14/2012 | 9495523289 | $ 3,883.31 | Bank of America |
| 8/14/2012 | 9495523285 | $ 16.21 | Bank of America |
| 8/14/2012 | 9495523124 | $ 0.01 | Bank of America |
| 8/14/2012 | 9495523291 | $ 0.02 | Bank of America |
| 8/14/2012 | 9495523292 | $ 2.55 | Bank of America |
| Total | | $ 345,653.04 | |

### Ameritrade

| Date | Check # | Amount | Explanation |
|---|---|---|---|
| 8/21/2012 | 9445692 | $ 86.75 | Ameritrade |
| 8/21/2012 | 9445691 | $ 0.81 | Ameritrade |
| 8/21/2012 | 9445693 | $ 9,985.58 | Ameritrade |
| Total | | $ 10,073.14 | |

### Other

| Date | Check # | Amount | Explanation |
|---|---|---|---|
| 8/28/2012 | 9655 | $ 179.30 | Schofield & Spencer PA |
| 8/28/2012 | 8541493 | $ 24.28 | Bright House Networks |
| 8/28/2012 | 903197 | $ 234.19 | Manatee County |
| Total | | $ 437.77 | |

**Grand Total**     **$ 356,163.95**