SEC v. AUBREY LEE PRICE, et al.
*Subpoena Report*

| DATE | ADDRESSEE | DOCUMENT | STATUS/RESPONSE |
|---|---|---|---|
| 08-15-12 | J.P. Morgan Chase Bank, N.A. | Demand Letter; Subpoena DT for Production of Documents; Order Appointing Receiver | No records found |
| 08-15-12 | BMO Financial Group | Demand Letter; Subpoena DT for Production of Documents; Order Appointing Receiver | No records found |
| 08-15-12 | Citibank, N.A. | Demand Letter; Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 08-15-12 | Wells Fargo Bank, N.A. (a/k/a; f/k/a Wachovia Bank, N.A. | Demand Letter; Subpoena DT for Production of Documents; Order Appointing Receiver | Awaiting response |
| 08-15-12 | SunTrust Bank, N.A. | Demand Letter; Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 08-15-12 | Bank of America, N.A. | Demand Letter; Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 08-15-12 | TD Ameritrade | Demand Letter; Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 08-15-12 | Fidelity Investments | Demand Letter; Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |

SEC v. AUBREY LEE PRICE, et al.
*Subpoena Report*

| DATE | ADDRESSEE | DOCUMENT | STATUS/RESPONSE |
|---|---|---|---|
| 08-15-12 | Goldman Sachs | Demand Letter; Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 08-15-12 | Gary Olin | Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 08-15-12 | Dan McSwain (served on atty Simon R. Malko) | Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 08-15-12 | Evanston Insurance | Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 08-16-12 | Goldman Sachs Execution and Clearing | Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 08-16-12 | Citibank International Bank | Subpoena DT for Production of Documents; Order Appointing Receiver | Awaiting response |
| 08-16-12 | Metlife Insurance | Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 08-16-12 | ConvergEx Prime Services c/o Mike DeJarnette | Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 08-16-12 | BB&T Bank | Demand Letter; Subpoena DT for Production of Documents; Order Appointing Receiver | No records found |

SEC v. AUBREY LEE PRICE, et al.
*Subpoena Report*

| DATE | ADDRESSEE | DOCUMENT | STATUS/RESPONSE |
|---|---|---|---|
| 08-21-12 | SunTrust Bank | Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 08-22-12 | Entrust/Advanta Group | Cover Letter; Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 08-22-12 | Jim Price | Cover Letter; Subpoena DT for Production of Documents; Order Appointing Receiver | Awaiting production |
| 08-22-12 | Lee Price | Cover Letter; Subpoena DT for Production of Documents; Order Appointing Receiver | Awaiting response |
| 08-22-12 | Kathryn Giardina c/o Bob Garner, Esq. | Cover Letter; Subpoena DT for Production of Documents; Order Appointing Receiver | Awaiting response |
| 08-24-12 | KM Homes, LLC c/o Art Leach, Esq. | Cover Letter ; Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 8-24-12 | Keith McSwain c/o Art Leach, Esq. | Cover Letter; Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 8-24-12 | Jay McSwain c/o Art Leach, Esq. | Cover Letter ; Subpoena DT for Production of Documents; Order Appointing Receiver | Awaiting response |
| 8-24-12 | JP Morgan Securities/Legal Compliance | Demand Letter; Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |

SEC v. AUBREY LEE PRICE, et al.
*Subpoena Report*

| DATE | ADDRESSEE | DOCUMENT | STATUS/RESPONSE |
|---|---|---|---|
| 8-24-12 | Colony Insurance Company | Cover Letter; Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 8-24-12 | Investment Law Group c/o Bob Mottern | Demand Letter; Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 8-27-12 | Chase Bank, N.A. | Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 8-28-12 | Wells Fargo Bank, N.A. | Subpoena DT for Production of Documents; Order Appointing Receiver | Awaiting response |
| 08-28-12 | Italiano Insurance Services | Cover Letter; Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 08-28-12 | GE Capital Assurance | Cover Letter; Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 08-28-12 | Liberty Life Insurance Co. | Cover Letter; Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 08-28-12 | HSBC | Cover Letter; Subpoena DT for Production of Documents; Order Appointing Receiver | Awaiting response |
| 08-28-12 | Colony Insurance Company | Cover Letter; Subpoena DT for Production of Documents; Order Appointing Receiver | Awaiting response |

SEC v. AUBREY LEE PRICE, et al.
*Subpoena Report*

| DATE | ADDRESSEE | DOCUMENT | STATUS/RESPONSE |
|---|---|---|---|
| 08-28-12 | MetLife Insurance | Cover Letter; Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 8-29-12 | Montgomery Bank & Trust c/o FDIC as Receiver | Demand Letter; Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 8-29-12 | First Bank Florida | Demand Letter; Subpoena DT for Production of Documents; Order Appointing Receiver | Awaiting response |
| 8-30-12 | Bank of America for purposes of Scan International USA Inc. | Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 8-29-12 | Brewton Parker College | Cover Letter; Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 09-13-12 | Citizens Property Insurance Corporation | Cover Letter; Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 09-13-12 | BOLT Insurance Company | Cover Letter; Subpoena DT for Production of Documents; Order Appointing Receiver | Awaiting response |
| 09-12-12 | Liberty Mutual Insurance (Presidential Service Team) | Cover Letter; Subpoena DT for Production of Documents; Order Appointing Receiver | Awaiting response |
| 09-18-12 | Bank of America re. PFGRE, LLC | Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |

SEC v. AUBREY LEE PRICE, et al.
*Subpoena Report*

| DATE | ADDRESSEE | DOCUMENT | STATUS/RESPONSE |
|---|---|---|---|
| 09-18-12 | Allrisks Insurance | Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 09-18-12 | Mercury Insurance | Subpoena DT for Production of Documents; Order Appointing Receiver | Awaiting response |
| 09-18-12 | Anfe Woordrum | Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 09-18-12 | Admiral Insurance Company | Subpoena DT for Production of Documents; Order Appointing Receiver | Awaiting response |
| 09-18-12 | Geico Insurance | Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 09-21-12 | Liberty Mutual Insurance Company c/o Florida Chief Financial Officer as RA | Subpoena DT for Production of Documents; Order Appointing Receiver | Awaiting response |
| 09-28-12 | A&D Hospitality c/o Adam Van Nus | Subpoena DT for Production of Documents; Order Appointing Receiver | Awaiting production |
| 09-28-12 | Travelers Bond & Financial Products | Subpoena DT for Production of Documents; Order Appointing Receiver | Awaiting response |
| 09-28-12 | Tradestation Securities | Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |

SEC v. AUBREY LEE PRICE, et al.
*Subpoena Report*

| DATE | ADDRESSEE | DOCUMENT | STATUS/RESPONSE |
|---|---|---|---|
| 09-28-12 | Topwater Capital Partners, LLC | Subpoena DT for Production of Documents; Order Appointing Receiver | Awaiting production |
| 09-28-12 | Juliani Kenney Investment Capital, LLC | Subpoena DT for Production of Documents; Order Appointing Receiver | Awaiting response |
| 09-28-12 | FSC Securities Corporation | Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 10-01-12 | Jerome Murphy | Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 10-01-12 | Ken Muraoka | Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 10-01-12 | Erica McGinnis | Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 10-01-12 | Florida Peninsula Insurance Company | Subpoena DT for Production of Documents; Order Appointing Receiver | No records found |
| 10-01-12 | Anfé Woodrum c/o Dewey N. Hayes, Jr. | Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 10-03-12 | HSBC Insurance Services | Subpoena DT for Production of Documents; Order Appointing Receiver | Awaiting response |

SEC v. AUBREY LEE PRICE, et al.
*Subpoena Report*

| DATE | ADDRESSEE | DOCUMENT | STATUS/RESPONSE |
|---|---|---|---|
| 10-04-12 | American Express Company/Datamark | Subpoena DT for Production of Documents; Order Appointing Receiver | Awaiting production |
| 10-04-12 | Regents Bank | Subpoena DT for Production of Documents; Order Appointing Receiver | No records found |
| 10-10-12 | Liberty Mutual Insurance Company c/o Florida Chief Financial Officer | Subpoena DT for Production of Documents; Order Appointing Receiver | Awaiting response |
| 10-18-12 | Nelson Mullins Riley & Scarborough | Subpoena DT for Production of Documents; Order Appointing Receiver | Awaiting response |