**SEC v. PRICE**
*Insurance Policy Report*

| INSURANCE | POLICY NO. | BENEFICIARY | AMOUNT | PREMIUM/ DUE DATE | STATUS |
|---|---|---|---|---|---|
| Admiral Insurance Company (Professional Liability Insurance for Montgomery Bank & Trust) | EO 00001 7492-01 | | $1,000,000.00 Per claim $2,000,000.00 Aggregate | | Obtained copy of policy and declaration page. Policy cancelled. |
| Colony Insurance (E&O Insurance for PFG IA, LLC d/b/a A-American Financial Insurance Agency) | EO406028 | | $1,000,000.00 Per claim $1,000,000.00 Aggregate | $5,150.00 (Annual) | Obtained copy of policy and declaration page. |
| Evanston Insurance Company (E&O Insurance for Montgomery Asset Management, LLC) | FP82344A | | $1,000,000.00 per claim $2,000,000.00 aggregate | $3,336.00 (Annual) Due date: 1/16/2012 | Obtained copy of policy. Policy cancelled. |
| GE Capital Assurance/ Genworth Financial (Life Insurance for Aubrey Lee Price) | 0010008910 | Rebekah L. Price | $1,000,000.00 | $370.00 (Annual) Due 3/31/13 | Policy is current. Obtained copy of policy and declaration page. Obtained change of ownership. |

**SEC v. PRICE**
*Insurance Policy Report*

| INSURANCE | POLICY NO. | BENEFICIARY | AMOUNT | PREMIUM/ DUE DATE | STATUS |
|---|---|---|---|---|---|
| Hartford Casualty Insurance Company (Business Liability Insurance for PGF AM, LLC) | 21 SBM TO 9489 | | $1,000,000.00 liability and medical $10,000.00 Medical Exp- any one person $1,000,000.00 Personal & Advertising Injury $300,000.00 Premises $2,000,000.00 Aggregate | $992.00 (Annual) | Policy cancelled. |
| HSBC (Life Insurance for Aubrey Lee Price) | 4270711 | Estate of Aubrey L. Price | $500,000.00 | $1,175.20 (Annual) $293.80 (Quarterly) Due 9-30-12 | Submitted request for change of ownership, pending approval by Legal Department. Payment authorization being processed. Waiting for copy of policy. |

**SEC v. PRICE**
*Insurance Policy Report*

| INSURANCE | POLICY NO. | BENEFICIARY | AMOUNT | PREMIUM/DUE DATE | STATUS |
|---|---|---|---|---|---|
| Liberty Life-Athene-RBC Insurance-Protective Life (Life Insurance for Aubrey Lee Price) | L26007137 | Estate of Aubrey L. Price | $250,000.00 | $597.50 (Annual) $156.13 (Quarterly) Due 9-19-12 | Policy current. Obtained change of ownership. |
| MetLife (Life Insurance For Aubrey Lee Price) | 210 177 246 PR | Rebekah L. Price | $300,000.00 | $5,136.00 (Annual) $429.00 (Monthly) Owed- $1,287.00 (July-Sept) Monthly due date unknown | Policy status has been frozen. Pending death claim. |