## Sec v. Price Reconciliation Acct. #
Kingsland GA

| Date | Receipts | Expense | Explanation |
|---|---|---|---|
| 8/29/2012 | $ 1,332.00 | | Sawyer & Assoc |
| 8/17/2012 | $ 2,664.00 | | Sawyer & Assoc |
| 8/18/2012 | $ 2,000.00 | | Calming Waters Spa |
| 8/18/2012 | $ 2,000.00 | | Calming Waters Spa |
| 8/25/2012 | $ 732.00 | | Bennett Surveying Inc |
| 8/27/2012 | $ 1,232.00 | | Anania & Assoc. |
| 8/27/2012 | $ 1,332.00 | | Well Adjusted Chiropractic |
| Total | $ 11,292.00 | $ - | $ 11,292.00 |

| Sep-12 | $ 11,292.00 | | |
|---|---|---|---|
| 8/31/2012 | | $ 6,461.76 | Slade Hancock Phillips Ins. |
| 9/6/2012 | | $ 666.82 | Southland Waste Services |
| 6/29/2012 | | $ 1,332.00 | Sawyer & Assoc/stop payment |
| 9/7/2012 | | $ 10.00 | Returned check fee |
| 9/18/2012 | $ 732.00 | | Bennett Surveying Inc |
| 9/18/2012 | | $ 2,090.00 | transfer to main acct |
| 9/19/2012 | | $ 5.00 | transfer fee |
| 9/21/2012 | $ 1,232.00 | | Anania & Assoc. |
| Total | $ 13,256.00 | $ 10,565.58 | $ 2,690.42 |

| Oct-12 | $ 2,690.42 | | |
|---|---|---|---|
| 9/18/2012 | | $ 840.72 | Okefenoke |
| 9/18/2012 | | $ 361.30 | Okefenoke |
| 9/18/2012 | | $ 289.57 | Okefenoke |
| 9/18/2012 | | $ 96.88 | City of Kingsland |
| 9/18/2012 | | $ 1,037.14 | City of Kingsland |
| 10/1/2012 | $ 1,332.00 | | Sawyer & Assoc |
| 10/1/2012 | $ 1,332.00 | | Well Adjusted Chiropractic |
| 10/5/2012 | | $ 177.16 | Southland Waste Systems |
| 10/5/2012 | | $ 302.50 | Okefenoke |
| 10/5/2012 | | $ 120.00 | Okefenoke |
| 10/9/2012 | | $ 51.58 | Okefenoke |
| 10/9/2012 | $ 1,332.00 | | Sawyer & Assoc |
| 10/9/2012 | $ 2,196.00 | | Bennett Surveying Inc |
| 10/9/2012 | | $ 1,157.26 | Mason Ball |
| 10/9/2012 | | $ 1,658.10 | Bank Direct |
| 10/15/2012 | $ 2,000.00 | | Calming Spa |
| 10/15/2012 | $ 2,000.00 | | Calming Spa |
| 10/16/2012 | | $ 457.65 | Okefenoke |
| 10/22/2012 | $ 900.00 | | Bennett Surveying Inc |
| 10/24/2012 | $ 1,332.00 | | Well Adjusted Chiropractic |
| Total | $ 15,114.42 | $ 6,549.86 | $ 8,564.56 |

EXHIBIT D

## Sec v. Price Receipts
### Rental acct

| Date | Check # | Amount | Explanation | Location | Month |
|---|---|---|---|---|---|
| 8/17/2012 | 5234 | $ 2,664.00 | Sawyer & Assoc | kingland ste. 108 | july & aug |
| 8/18/2012 | 2258 | $ 2,000.00 | Calming Waters Spa | kingland ste. 106 | july |
| 8/18/2012 | 2259 | $ 2,000.00 | Calming Waters Spa | kingland ste. 106 | aug |
| 8/25/2012 | 1602 | $ 732.00 | Bennett Surveying Inc | kingland ste. 103 | may |
| 8/27/2012 | 1479 | $ 1,232.00 | Leith Anania/Anania & Assoc. | kingland ste. 102 | aug |
| 8/27/2012 | 1164 | $ 1,332.00 | Well Adjusted Chiropractic | | aug |
| Total | | $ 9,960.00 | | | |

### Stop payment

| Date | Check # | Amount | Explanation | Location | Month |
|---|---|---|---|---|---|
| 6/29/2012 | 5167 | $ 1,332.00 | Sawyer & Assoc | kingland ste. 108 | july |

### Sept. 2012

| Date | Check # | Amount | Explanation | Location | Month |
|---|---|---|---|---|---|
| 9/18/2012 | 1611 | $ 732.00 | Bennett Surveying Inc | kingland ste. 103 | june |
| 9/21/2012 | 1266 | $ 1,232.00 | Leith Anania/Anania & Assoc. | kingland ste. 102 | sept |
| 9/28/2012 | 5289 | $ 1,332.00 | Sawyer & Assoc. | kingland ste. 108 | sept |
| 9/28/2012 | 1181 | $ 1,332.00 | Well Adjusted Chiropractic | | sept |
| Total | | $ 4,628.00 | | | |

### Oct. 2012

| Date | Check # | Amount | Explanation | Location | Month |
|---|---|---|---|---|---|
| 10/1/2012 | 1617 | $ 2,196.00 | Bennett Surveying Inc | kingland ste. 103 | July/August/Sept. |
| 10/2/2012 | 5301 | $ 1,332.00 | Sawyer & Assoc. | kingland ste. 108 | Oct |
| 10/15/2012 | 2355 | $ 2,000.00 | Calming Spa | kingland ste. 106 | sept |
| 10/15/2012 | 2356 | $ 2,000.00 | Calming Spa | kingland ste. 106 | oct |
| 10/22/2012 | 1621 | $ 900.00 | Bennett Surveying Inc | kingland ste. 103 | oct |
| 10/24/2012 | 1201 | $ 1,332.00 | Well Adjusted Chiropractic | | oct |
| Total | | $ 9,760.00 | | | |

**Grand Total**    $24,348.00

**Sec v. Price Expenses**
Kingsland GA

| Date | Invoice | Payable | Amount | Description | Location | Dates of Service |
|---|---|---|---|---|---|---|
| 8/20/2012 | | City of Kingsland | $ 96.88 | Water & Sewer | 100 Laurel Island Pkwy | 6/13/12-7/16/12 |
| 8/20/2012 | | City of Kingsland | $ 1,037.14 | Water & Sewer | 102 Marsh Harbour Pkwy | 6/13/12-7/16/12 |
| 8/22/2012 | 740852002 | Okefenoke | $ 840.72 | Electricty | Marsh Harbour - 102S-109 | 7/2/12-8/3/12 |
| 8/22/2012 | 740852003 | Okefenoke | $ 361.30 | Electricty | Marsh Harbour - 102 Lites | 7/2/12-8/3/12 |
| 8/22/2012 | 740852004 | Okefenoke | $ 289.57 | Electricty | Marsh Harbour - 100 | 7/2/12-8/3/12 |
| 8/30/2012 | | Slade Hancock Phillips Ins. | $ 6,461.76 | insurance | Marsh Harbour | 8/31/-12-8/30/13 |
| 9/6/2012 | 0728-0000437729 | Southland Waste Services | $ 666.82 | Dumpster pick up | Marsh Harbour | 7/1/12-9/30/12 |
| 9/13/2012 | 1009/main | Cumberland Plumbing | $ 1,090.00 | repair | kingland | transfer to main acct |
| 9/13/2012 | 1010/main | Remax Signature Properties | $ 1,000.00 | hold for repairs | kingsland | transfer to main acct |
| 10/5/2012 | 0728-0000445650 | Southland Waste Services | $ 177.16 | Dumpster pick up | Marsh Harbour | 9/14/12-10/31/12 |
| 10/5/2012 | 740852003 | Okefenoke | $ 302.50 | Electricty | Marsh Harbour - 102 Lites | 8/3/12-9/4/12 |
| 10/5/2012 | 740852004 | Okefenoke | $ 120.00 | reconnect electricoty | | reconnect |
| 10/9/2012 | 740852002 | Okefenoke | $ 51.58 | Electricty | | 9/3/12-10/3/12 |
| 10/9/2012 | | Mason Ball | $ 1,157.26 | Property Management | Kingsland | |
| 10/9/2012 | 81549.1.1 | Bank Direct | $ 1,658.10 | insurance | | |
| 10/16/2012 | 740852003 | Okefenoke | $ 457.65 | Electricty | Marsh Harbour - 102 Lites | 9/4/12-10/3/12 |

Total   $ 15,768.44