**SEC v. PRICE, et al.**
**LIST OF CREDITORS**

| NAME |
| --- |
| Adams, Jon (Wife: Jennifer Adams) |
| Agner, Don |
| Allen, William |
| Amerson, Mack Arthur |
| Anderson, Shirlene |
| Austin, James W. |
| Baxley, Gene |
| Buttrill, Connie |
| Cain, OD |
| Canady, Luise |
| Carney, Deborah |
| Carney, Steve |
| Cassanova, Emmanuel |
| Chandonia, Charlene |
| Chandonia, Ron |
| Coldwell, Joyce |
| Coldwell, Robert |
| Cooper, Barry |
| Cooper, Paula |
| Cross, Wendy |
| Dean, Michael |
| Fitzsimmons, Jennifer |
| Fletcher, Linda |
| Fletcher, Steve |
| Foston, Barbara |
| Fox, Vickie |
| Freeman, Richard |
| Freeman, Shari |
| Garner, Bill (Trustee of Pauline Armistead Trust) |
| Garner, Jeanette |
| Giametta, Joseph |
| Gilbert, Harrell |
| Grubbs, Cary |
| Hammock, Steve |
| Harper, Lee |
| Hoffman, Lara |
| Hood, Darcy |
| Huang, Rani |
| Hunt, Patricia |
| Hurt, Tammy |
| Jacobson, Diane |
| Keith, Adam |

EXHIBIT E

| |
|---|
| King, Betty Jean |
| Klein, Barbara |
| Lee, James C. |
| Lee, Lisa (Trustee for Anthony W. Hayes Family Trust) |
| Lwis, Osama |
| Main, Tabitha |
| Main, William |
| Mann, Violet |
| Massina, Wanda |
| McSwain, Dan |
| McSwain, Dan |
| McSwain, Jay |
| McSwain, Keith |
| Michael, Jon |
| Moreland, Lynda Sue |
| Moreland, Sue |
| O'Hara, Shannon |
| Peters, Mary Jo |
| Pluhar, Hans |
| Richie, Susan |
| Ron Chandonia |
| Shirley, Blake W. |
| Shirley, Gary W. |
| Simpson, Dennis |
| Simpson, Mary Beth |
| Skola, Liz |
| Smith, Charles |
| Smith, Diane |
| Smith, Marvel |
| Smith, Richard |
| Sprowls, Darlene |
| Stone, Thomas |
| Thomason, John |
| Thomason, Sherry |
| Townsend, Danny |
| Vance, Gary |
| Walker, Carolyn |
| Walker, Jack |
| Wilbor, Beth |
| Wilbor, Elizabeth |
| Williams, Judy Y. |
| Willms, Shirley (Son: David Willms) |
| Yocum, Dianna |
| Zegalia, Justin |
| FDIC as Receiver of Montgomery Bank & Trust |