IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION FILE |
| v. | ) ) | NUMBER 1:12-CV-2296-TCB |
| AUBREY LEE PRICE, et al., | ) ) ) | |
| Defendants. | ) | |

## CONSENT SCHEDULING ORDER

The Parties having consented hereto, the Court hereby orders as follows:

1. The Federal Deposit Insurance Corporation, as Receiver for Montgomery Bank & Trust ("FDIC-R"), shall file an amended and revised brief in support of its Motion to Intervene, Limited Relief from Preliminary Injunction, and Limited Objections to Proposed Order Appointing Receiver by Federal Deposit Insurance Corporation as Receiver of Montgomery Bank & Trust [Document No. 19] by December 3, 2012;

2. The Court-Appointed Receiver, Melanie Damian, shall file a response to the FDIC-R's motion within 30 days of service of FDIC-R's amended and revised brief in support;

3. The Securities and Exchange Commission ("SEC") may also file any opposing briefs or memoranda within 30 days of the service of FDIC-R's amended and revised brief in support; and

4. FDIC-R may file a reply in support of its motion within 14 days of service of any response filed by the Receiver or the SEC.

**SO ORDERED** this 26th day of October, 2012.

TIMOTHY C. BATTEN, SR.
United States District Judge

Prepared by:

/s/ Robert J. Waddell, Jr.
Robert J. Waddell, Jr.
Georgia Bar No. 729571
MCGUIREWOODS LLP
Suite 2100, Promenade II
1230 Peachtree Street NE
Atlanta, Georgia  30309
Telephone: 404-443-5500
Telecopier: 404-443-5599
rwaddell@mcguirewoods.com

*Attorney for the Federal Deposit Insurance Corporation,
as Receiver for Montgomery Bank & Trust*