McGuireWoods LLP
1230 Peachtree Street, N.E.
Suite 2100
Atlanta, GA 30309-3534
Phone: 404.443.5500
Fax: 404.443.5599
www.mcguirewoods.com

Robert J. Waddell, Jr.
Direct: 404.443.5704

rwaddell@mcguirewoods.com
Direct Fax: 404.443.5781

# McGUIREWOODS

October 29, 2012

Ms. Julee Smilley
Courtroom Deputy Clerk to the
Hon. Timothy C. Batten, Sr.
United States District Court
2142 Richard B. Russell Federal Building
75 Spring Street, S.W.
Atlanta, GA  30303-3309

RE:  *Securities and Exchange Commission v. Aubrey Lee Price; PFG, LLC; PFGBI, LLC; Montgomery Asset Management, LLC f/k/a PFG Asset Management, LLC, (Florida Limited Liability Company); and Montgomery Asset Management, LLC f/k/a PFG Asset Management, LLC, (Georgia Limited Liability Company)*
In the United States District Court for the Northern District of Georgia
Case No. 1:12-CV-2296-TCB

Dear Ms. Smilley:

Pursuant to Local Rule 83.1(E)(3) regarding a leave of absence for less than 21 days, I request that the above-referenced case not be placed on any docket during the period of leave from November 26 through and including November 30, 2012. I will be out of the office during this time for personal leave and family vacation. By copy of this letter, I am informing opposing counsel of record of this request.

Thank you for your assistance and consideration. If you have any questions, please call me at (404) 443-5704.

Very truly yours,

Robert J. Waddell, Jr.

RJW/vjp
cc:  Per Attached Distribution

Atlanta | Austin | Baltimore | Brussels | Charlotte | Charlottesville | Chicago | Houston | Jacksonville | London
Los Angeles | New York | Norfolk | Pittsburgh | Raleigh | Richmond | Tysons Corner | Washington, D.C. | Wilmington

43018810_1

Ms. Julee Smilley
October 29, 2012
Page 2


James N. Hatten, Clerk
USDC Northern District of Georgia
2211 Richard B. Russell Federal Building and Courthouse
75 Spring Street, S.W.
Atlanta, GA  30303

W. Shawn Murnahan, Esq.
Securities and Exchange Commission
950 East Paces Ferry Road, N.E.
Suite 900
Atlanta, GA  30326

Paul E. Vranicar, Esq.
John M. Hamrick, Esq.
Holland & Knight LLP
1201 West Peachtree Street, N.E.
One Atlantic Center, Suite 2000
Atlanta, GA  30309-3453

Kenneth Dante Murena, Esq.
Damian & Valori LLP
1000 Brickell Avenue
Suite 1020
Miami, FL  33131

43018810_1