

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. |
| | : | 1:12-cv-2296-TCB |
| | : | |
| v. | : | |
| | : | |
| AUBREY LEE PRICE; | : | |
| PFG, LLC; PFGBI, LLC; | : | |
| MONTGOMERY ASSET | : | |
| MANAGEMENT, LLC f/k/a PFG | : | |
| ASSET MANAGEMENT, LLC, (Florida | : | |
| Limited liability company); and | : | |
| MONTGOMERY ASSET | : | |
| MANGEMENT, LLC  f/k/a PFG | : | |
| ASSET MANAGEMENT, | : | |
| LLC,(Georgia limited liability company) | : | |
| | : | |
| Defendants. | : | |

_____/

## ORDER GRANTING RECEIVER'S MOTION TO APPROVE SALE OF PROPERTY OF THE ESTATE (3211 Florida Blvd.)

THIS CAUSE came before the Court on the Receiver's Motion to Approve Sale of Property of the Estate (3211 Florida Blvd.) (the "Motion").  With the Court having considered the Motion, and finding that cause exists to grant the Motion, it is hereby ORDERED as follows:

1.     The Motion is **GRANTED**.

2.     The Court finds that the Receiver's efforts in marketing the property located at 3211 Florida Boulevard, Bradenton, Florida, 34207 ("The Residence") meet the requirements, and comply with the spirit, of 28 U.S.C. 2001(b), and that the sale of The Residence is in the best interest of the Receivership estate.

3.     The Court therefore approves the private sale of The Residence upon the terms and conditions set forth in the Offer (as defined in and attached as Exhibit A to the Motion), without requiring any further notice or process.

4.     The Court further authorizes, upon the closing of the sale of The Residence, the payment of the commission owed to the Receiver's broker, Atchley International Realty, Inc. ("Atchley"), and the buyer's broker, pursuant to the commission structure provided in the listing agreement entered into between Atchley and the Receiver. Accordingly, Atchley is entitled to a commission payment of 2% of the purchase price as payment in full for its services performed in connection with the sale of The Residence, and the buyer's broker is entitled to a commission payment of 3% of the purchase price.

DONE AND ORDERED in the Northern District of Georgia, this 21st day of _December_, 2012.

 

                                                             _____

UNITED STATES DISTRICT COURT JUDGE