IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : : | |
| Plaintiff, | : : : | Civil Action No. 1:12-cv-2296-TCB |
| | : : : | |
| v. | : : | |
| AUBREY LEE PRICE; PFG, LLC; PFGBI, LLC; MONTGOMERY ASSET MANAGEMENT, LLC f/k/a PFG ASSET MANAGEMENT, LLC, (Florida Limited liability company); and MONTGOMERY ASSET MANGEMENT, LLC  f/k/a PFG ASSET MANAGEMENT, LLC,(Georgia limited liability company) | : : : : : : : : : : : | |
| Defendants. | : / | |

**ORDER GRANTING RECEIVER'S APPLICATION TO EMPLOY
<u>VER PLOEG & LUMPKIN, P.A. AS INSURANCE COUNSEL</u>**

THIS CAUSE came before the Court on the Receiver's Application to Employ Ver Ploeg & Lumpkin, P.A. as Insurance Counsel (the "Application"). With the Court having considered the Application, finding that cause exists to grant the Application, and being otherwise duly advised in the premises, it is

ORDERED as follows:

1. The Application is granted.

2. The Receiver is authorized to retain Ver Ploeg & Lumpkin, P.A. as insurance counsel as proposed in the Application.

DONE and ORDERED this 8th day of January, 2013, in the Northern District of Georgia.

_____
UNITED STATES DISTRICT COURT JUDGE