IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : : | |
| Plaintiff, | : : : | Civil Action No. 1:12-cv-2296-TCB |
| | : : : | |
| v. | : : | |
| AUBREY LEE PRICE; PFG, LLC; PFGBI, LLC; MONTGOMERY ASSET MANAGEMENT, LLC f/k/a PFG ASSET MANAGEMENT, LLC, (Florida Limited liability company); and MONTGOMERY ASSET MANGEMENT, LLC  f/k/a PFG ASSET MANAGEMENT, LLC, (Georgia limited liability company), | : : : : : : : : : : | |
| Defendants. | : : / | |

**AGREED ORDER GRANTING  MOTION FOR NINE (9) DAY
EXTENSION OF TIME TO SERVE THE RECEIVER'S BRIEF**

THIS CAUSE came before the Court on the Motion for Nine (9) Day Extension of Time to Serve the Receiver's Brief (the "Motion") in response to FDIC-R's Amended and Supplemental Memorandum in Support of Motion for Intervention and for Relief from Preliminary Injunction Order and Appointment

Order (the "FDIC-R's Brief").  With the Court having considered the Motion, and finding that cause exists to grant the Motion, it is hereby ORDERED as follows:

1. The Receiver's Motion for nine (9) day extension of time to serve the Receiver's brief in response to the FDIC-R's Brief is GRANTED.

2. The deadline for the Receiver to serve her brief in response to the FDIC-R's Brief is extended through and including January 18, 2013.

DONE AND ORDERED in the Northern District of Georgia, this 9th day of January, 2013.

_____
UNITED STATES DISTRICT COURT JUDGE