IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | Civil Action No. 1:12-cv-2296-TCB |
| v. | |
| AUBREY LEE PRICE; PFG, LLC; PFGBI, LLC; MONTGOMERY ASSET MANAGEMENT, LLC f/k/a PFG ASSET MANAGEMENT, LLC, (Florida Limited liability company); and MONTGOMERY ASSET MANGEMENT, LLC f/k/a PFG ASSET MANAGEMENT, LLC, (Georgia limited liability company), | |
| Defendants. | |

**SECOND AMENDED CONSENT SCHEDULING ORDER**

The Parties having consented hereto, the Court hereby orders as follows:

1. The Court-Appointed Receiver, Melanie E. Damian, shall file a response to the FDIC-R's Amended and Supplemental Memorandum in Support of

Motion for Intervention and for Relief from Preliminary Injunction Order and Appointment Order (the "FDIC-R's Brief") no later than February 4, 2013.

2. The Securities and Exchange Commission ("SEC") may also file any opposing briefs or memoranda no later than February 4, 2013.

3. The FDIC-R may file a reply in support of its Motion for Intervention and for Relief from Preliminary Injunction Order and Appointment Order within 14 days of service after any response filed by the Receiver or the SEC.

SO ORDERED this 18th day of January, 2013.

_____
TIMOTHY C. BATTEN, SR.
United States District Judge

Prepared by:

/s/ Kenneth Dante Murena
Kenneth Dante Murena
Florida Bar No. 0147486
DAMIAN & VALORI, LLP
1000 Brickell Avenue, Suite 1020
Miami, FL 33131
Telephone: 305-371-3960
Facsimile: 305-371-3965
kmurena@dvllp.com

*Attorney for Melanie E. Damian, Receiver*
*Admitted Pro hac vice*