SEC v. AUBREY LEE PRICE, et al.
*Subpoena Report*

| DATE | ADDRESSEE | DOCUMENT | STATUS/RESPONSE |
|---|---|---|---|
| 08-15-12 | J.P. Morgan Chase Bank, N.A. | Demand Letter; Subpoena DT for Production of Documents; Order Appointing Receiver | No records found |
| 08-15-12 | BMO Financial Group | Demand Letter; Subpoena DT for Production of Documents; Order Appointing Receiver | No records found |
| 08-15-12 | Citibank, N.A. | Demand Letter; Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 08-15-12 | Wells Fargo Bank, N.A. (a/k/a; f/k/a Wachovia Bank, N.A. | Demand Letter; Subpoena DT for Production of Documents; Order Appointing Receiver | Awaiting response |
| 08-15-12 | SunTrust Bank, N.A. | Demand Letter; Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 08-15-12 | Bank of America, N.A. | Demand Letter; Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 08-15-12 | TD Ameritrade | Demand Letter; Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 08-15-12 | Fidelity Investments | Demand Letter; Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |

**EXHIBIT C**

SEC v. AUBREY LEE PRICE, et al.
*Subpoena Report*

| DATE | ADDRESSEE | DOCUMENT | STATUS/RESPONSE |
|---|---|---|---|
| 08-15-12 | Goldman Sachs | Demand Letter; Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 08-15-12 | Gary Olin | Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 08-15-12 | Dan McSwain (served on atty Simon R. Malko) | Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 08-15-12 | Evanston Insurance | Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 08-16-12 | Goldman Sachs Execution and Clearing | Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 08-16-12 | Citibank International Bank | Subpoena DT for Production of Documents; Order Appointing Receiver | Awaiting response |
| 08-16-12 | Metlife Insurance | Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 08-16-12 | ConvergEx Prime Services c/o Mike DeJarnette | Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 08-16-12 | BB&T Bank | Demand Letter; Subpoena DT for Production of Documents; Order Appointing Receiver | No records |

SEC v. AUBREY LEE PRICE, et al.
*Subpoena Report*

| DATE | ADDRESSEE | DOCUMENT | STATUS/RESPONSE |
|---|---|---|---|
| 08-21-12 | SunTrust Bank | Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 08-22-12 | Entrust/Advanta Group | Cover Letter; Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 08-22-12 | Jim Price | Cover Letter; Subpoena DT for Production of Documents; Order Appointing Receiver | Awaiting production |
| 08-22-12 | Lee Price | Cover Letter; Subpoena DT for Production of Documents; Order Appointing Receiver | Awaiting response |
| 08-22-12 | Kathryn Giardina c/o Bob Garner, Esq. | Cover Letter; Subpoena DT for Production of Documents; Order Appointing Receiver | Awaiting response |
| 08-24-12 | KM Homes, LLC c/o Art Leach, Esq. | Cover Letter ; Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 8-24-12 | Keith McSwain c/o Art Leach, Esq. | Cover Letter; Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 8-24-12 | Jay McSwain c/o Art Leach, Esq. | Cover Letter ; Subpoena DT for Production of Documents; Order Appointing Receiver | Awaiting response |
| 8-24-12 | JP Morgan Securities/Legal Compliance | Demand Letter; Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |

SEC v. AUBREY LEE PRICE, et al.
*Subpoena Report*

| DATE | ADDRESSEE | DOCUMENT | STATUS/RESPONSE |
|---|---|---|---|
| 8-24-12 | Colony Insurance Company | Cover Letter; Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 8-24-12 | Investment Law Group c/o Bob Mottern | Demand Letter; Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 8-27-12 | Chase Bank, N.A. | Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 8-28-12 | Wells Fargo Bank, N.A. | Subpoena DT for Production of Documents; Order Appointing Receiver | Awaiting response |
| 08-28-12 | Italiano Insurance Services | Cover Letter; Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 08-28-12 | GE Capital Assurance | Cover Letter; Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 08-28-12 | Liberty Life Insurance Co. | Cover Letter; Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 08-28-12 | HSBC | Cover Letter; Subpoena DT for Production of Documents; Order Appointing Receiver | Awaiting response |
| 08-28-12 | Colony Insurance Company | Cover Letter; Subpoena DT for Production of Documents; Order Appointing Receiver | Awaiting response |

SEC v. AUBREY LEE PRICE, et al.
*Subpoena Report*

| DATE | ADDRESSEE | DOCUMENT | STATUS/RESPONSE |
|---|---|---|---|
| 08-28-12 | MetLife Insurance | Cover Letter; Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 8-29-12 | Montgomery Bank & Trust c/o FDIC as Receiver | Demand Letter; Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 8-29-12 | First Bank Florida | Demand Letter; Subpoena DT for Production of Documents; Order Appointing Receiver | Awaiting response |
| 8-30-12 | Bank of America for purposes of Scan International USA Inc. | Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 8-29-12 | Brewton Parker College | Cover Letter; Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 09-13-12 | Citizens Property Insurance Corporation | Cover Letter; Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 09-13-12 | BOLT Insurance Company | Cover Letter; Subpoena DT for Production of Documents; Order Appointing Receiver | Awaiting response |
| 09-12-12 | Liberty Mutual Insurance (Presidential Service Team) | Cover Letter; Subpoena DT for Production of Documents; Order Appointing Receiver | Awaiting response |
| 09-18-12 | Bank of America re. PFGRE, LLC | Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |

SEC v. AUBREY LEE PRICE, et al.
*Subpoena Report*

| DATE | ADDRESSEE | DOCUMENT | STATUS/RESPONSE |
|---|---|---|---|
| 09-18-12 | Allrisks Insurance | Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 09-18-12 | Mercury Insurance | Subpoena DT for Production of Documents; Order Appointing Receiver | Awaiting response |
| 09-18-12 | Anfe Woordrum | Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 09-18-12 | Admiral Insurance Company | Subpoena DT for Production of Documents; Order Appointing Receiver | Awaiting response |
| 09-18-12 | Geico Insurance | Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 09-21-12 | Liberty Mutual Insurance Company c/o Florida Chief Financial Officer as RA | Subpoena DT for Production of Documents; Order Appointing Receiver | Awaiting response |
| 09-28-12 | A&D Hospitality c/o Adam Van Nus | Subpoena DT for Production of Documents; Order Appointing Receiver | Awaiting production |
| 09-28-12 | Travelers Bond & Financial Products | Subpoena DT for Production of Documents; Order Appointing Receiver | Awaiting response |
| 09-28-12 | Tradestation Securities | Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |

SEC v. AUBREY LEE PRICE, et al.
*Subpoena Report*

| DATE | ADDRESSEE | DOCUMENT | STATUS/RESPONSE |
|---|---|---|---|
| 09-28-12 | Topwater Capital Partners, LLC | Subpoena DT for Production of Documents; Order Appointing Receiver | Awaiting production |
| 09-28-12 | Juliani Kenney Investment Capital, LLC | Subpoena DT for Production of Documents; Order Appointing Receiver | Awaiting response |
| 09-28-12 | FSC Securities Corporation | Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 10-01-12 | Jerome Murphy | Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 10-01-12 | Ken Muraoka | Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 10-01-12 | Erica McGinnis | Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 10-01-12 | Florida Peninsula Insurance Company | Subpoena DT for Production of Documents; Order Appointing Receiver | No records |
| 10-01-12 | Anfe Woodrum c/o Dewey N. Hayes, Jr. | Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 10-03-12 | HSBC Insurance Services | Subpoena DT for Production of Documents; Order Appointing Receiver | Awaiting response |

SEC v. AUBREY LEE PRICE, et al.
*Subpoena Report*

| DATE | ADDRESSEE | DOCUMENT | STATUS/RESPONSE |
|---|---|---|---|
| 10-04-12 | American Express Company/Datamark | Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 10-04-12 | Regents Bank | Subpoena DT for Production of Documents; Order Appointing Receiver | No records |
| 10-10-12 | Liberty Mutual Insurance Company c/o Florida Chief Financial Officer | Subpoena DT for Production of Documents; Order Appointing Receiver | Awaiting response |
| 10-18-12 | Nelson Mullins Riley & Scarborough | Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 10-18-12 | David Willms | Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 11-02-12 | Prelude Opportunity Fund | Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 11-02-12 | St. Paul Mercury Insurance Co., c/o Pam Hoff | Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 11-02-12 | Harris Trust & Savings | Subpoena DT for Production of Documents; Order Appointing Receiver | No records |
| 11-02-12 | Kathryn Giardini as Registered Agent of Montgomery Growth Fund, LLC c/o Bob Garner | Subpoena DT for Production of Documents; Order Appointing Receiver | |

SEC v. AUBREY LEE PRICE, et al.
*Subpoena Report*

| DATE | ADDRESSEE | DOCUMENT | STATUS/RESPONSE |
|---|---|---|---|
| 11-02-12 | Traveler's Bond & Financial Products c/o Lisa Hirai | Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 11-02-12 | RPS Continental Special Risks (re. Lloyds of London) | Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 11-09-12 | Travelers Casualty and Surety Company c/o Chief Financial Officer | Subpoena DT for Production of Documents; Order Appointing Receiver | Same as Travelers prod |
| 11-09-12 | The Guardian Life Insurance Company of America | Subpoena DT for Production of Documents; Order Appointing Receiver | No records |
| 11-13-12 | Skype, Inc. | Subpoena DT for Production of Documents; Order Appointing Receiver | Awaiting response |
| 11-16-12 | Monex Precious Metals c/o Lawler, Felix & Hall | Subpoena DT for Production of Documents; Order Appointing Receiver | Awaiting production |
| 11-20-12 | Ameris Bank | Subpoena DT for Production of Documents; Order Appointing Receiver | Awaiting production |
| 11-20-12 | JP Morgan Securities, LLC | Subpoena DT for Production of Documents; | No records |
| 11-20-12 | Chase Bank, USA, N.A. | Subpoena DT for Production of Documents | Produced documents |
| 11-20-12 | ConvergEx Prime Services, LLC (2008-2009 docs) | Subpoena DT for Production of Documents | Produced documents |

SEC v. AUBREY LEE PRICE, et al.
*Subpoena Report*

| DATE | ADDRESSEE | DOCUMENT | STATUS/RESPONSE |
|---|---|---|---|
| 11-20-12 | Northpoint Trading Partners, LLC | Subpoena DT for Production of Documents; Order Appointing Receiver | Document produced with ConvergEx Prime |
| 11-20-12 | Nottingham Investment Administration | Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 11-20-12 | Tradestation Securities (2008-2009 docs) | Subpoena DT for Production of Documents | No additional records |
| 11-20-12 | Wells Fargo Bank, N.A. c/o CSC | Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 11-20-12 | TD Ameritrade c/o CSC | Subpoena DT for Production of Documents | Produced documents |
| 11-20-12 | SunTrust Bank | Subpoena DT for Production of Documents | Re-served |
| 11-20-12 | Bank of America | Subpoena DT for Production of Documents | Produced documents |
| 11-21-12 | Suntrust Bank | Subpoena DT for Production of Documents | Produced Documents |
| 11-26-12 | Topwater Opportunity Fund, LP | Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 11-26-12 | JP Morgan Chase Bank, N.A. & Subsidiaries | Subpoena DT for Production of Documents | Produced documents |
| 11-27-12 | First Tennessee Bank | Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |

SEC v. AUBREY LEE PRICE, et al.
*Subpoena Report*

| DATE | ADDRESSEE | DOCUMENT | STATUS/RESPONSE |
|---|---|---|---|
| 11-27-12 | Union Bank, N.A. | Subpoena DT for Production of Documents; Order Appointing Receiver | No records |
| 11-27-12 | Brown Rountree, PC | Subpoena DT for Production of Documents; Order Appointing Receiver | Awaiting response |
| 12-12-12 | FIA Card Services (Bank of America CC) | Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 12-12-12 | Mount Vernon Bank | Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 12-12-12 | First Tennessee Bank c/o attorney Mark Griffin, Esq. | Subpoena DT for Production of Documents; Order Appointing Receiver | Produced documents |
| 01-15-13 | Troutman Sanders, LLP | Subpoena DT for Production of Documents; Order Appointing Receiver | Awaiting Production |
| 1-2-313 | Union Bank, N.A. | Subpoena DT for Production of Documents | Awaiting Response |
| 1-23-13 | Bank of America, N.A. | Subpoena DT for Production of Documents | Awaiting Response |
| 1-28-13 | Parable Soft, LLC | Subpoena DT for Production of Documents; Order Appointing Receiver | Awaiting Response |