IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | : : : | |
| Plaintiff, | : : | Civil Action No. 1:12-cv-2296-TCB |
| | : : : | |
| v. | : : | |
| **AUBREY LEE PRICE, ET AL.** | : : | |
| Defendants. | : | |
| _____/ | | |

## ORDER

On July 13, 2012 this Court issued an order (the "PI Order") [D.I. 14] freezing the assets of Defendants. On August 10, 2012, this Court issued an order (the "Appointment Order") [D.I. 20] appointing Melanie Damian as receiver of Defendants. The above-styled action came before the Court on the Federal Deposit Insurance Corporation as Received of Montgomery Bank & Trust's ("FDIC-R") Amended and Supplemental Motion for Intervention and for Relief from Preliminary Injunction and Appointment Order (the "Motion").

The Court having reviewed and considered the Motion and supporting memorandum of law, hereby partially grants the Motion and modifies the PI Order and Appointment Order as follows:

ORDERED that FDIC-R may seek to foreclose upon the Kingsland Property and the Longboat Key Property, each in the respective state court forum, and seek to enforce any security interest FDIC-R has in the Kingsland Property and Longboat Key Property, without prejudice to any defenses or affirmative defenses the Receiver may assert to such foreclosure proceedings, each in the respective forum.

IT IS SO ORDERED, this the ____ day of _____, 2013.

_____
HON. TIMOTHY C. BATTEN
UNITED STATES DISTRICT JUDGE