IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION FILE |
| v. | ) ) | NUMBER 1:12-cv-2296-TCB |
| AUBREY LEE PRICE, et al., | ) ) ) | |
| Defendants. | ) | |

O R D E R

In light of the SEC and FDIC's continued efforts to resolve the issues raised in the FDIC's motion to intervene and for other relief, that motion [19] is DENIED WITH LEAVE TO REFILE. On or before April 8, 2013, the SEC and FDIC shall file a joint proposed order resolving the issues raised in the motion, or a report to notify the Court of the status of their negations. In the event the SEC and FDIC are unable to resolve the issues raised in the motion, the FDIC will be permitted to refile it. The SEC and FDIC's joint motion to stay [69] is DENIED AS MOOT.

IT IS SO ORDERED this 4th day of March, 2013.

                              *[signature]*

                              _____
                              Timothy C. Batten, Sr.
                              United States District Judge

2