**Counter Offer**
FLORIDA ASSOCIATION OF REALTORS®

REJECTION OF OFFER: ☒ Seller ☐ Buyer rejects the offer to purchase said dated the ___26th___ day of
___January___ , ___2013___ ("Offer") for the property described as follows (legal description):

**6033 34th Street W Unit #136, Bradenton, FL 34210**
**UNIT 5 ANDROSIA BUILDING OF HARBOR PINES A CONDO PI#61091.7275/6**

1. TERMS: This counter offer consists of all terms of the Offer with modifications to particular clauses as follows:

| Clause | Counter Offer Term |
|---|---|
| 2 | Purchase Price:$42,500.00 |
| 2a | Deposit: $4250.00 |
| 4 | Closing Date:The later of: (1)30 days after Expiration of Inspection Period (par12),(2)10 days after Court approval of the transaction and Seller's compliance w/all applicable federal,state & local rules & regulations governing the sale. Additional Terms:  Contract is contingent on court approval of the transaction & seller's compliance w/all applicable Federal, State, & Local rules & regulations governing the sale.  Notwithstanding any other provision of this contract, seller shall have no obligation to cure title defect(s) that exceed the purchase price or institute any legal action to accomplish the same. Notwithstanding any other provision of this contract, seller shall have no obligation to satisfy special assessments that exceed the purchase price. Paragraph 16 is herebuy deleted. All references to paragraph 16 contained within paragraph 15 A&B]are further deleted & the parties may each pursue all remedies in law and equity as more particularly provided therein without necessity to submit controversies, claims or other matters to dispute resolution. first sentence of Paragraph 17 is hereby deleted. |
| 7 | A.Condominium Assn Disclosure:Buyer receipt of Documents:Buyer Received 02/08/13. |

ACCEPTANCE AND EXPIRATION OF COUNTER OFFER: This counter offer must be signed and delivered back to ☐ Seller or Seller's licensee  ☐ Buyer or Buyer's  licensee within _____ hours from time:_____ ☐ a.m. ☐ p.m. the _____ day of _____ , _____ or it will expire.

RIGHT TO WITHDRAW COUNTER OFFER: The party making this counter offer reserves the right to withdraw the counter offer at any time prior to acceptance by the other party.

CO-2 Rev. see 10/01                    ©1997 Florida Association of Realtors®              All rights Reserved

This software is licensed to {EUGEN ALDEA  -  ATCHLEY INTERNATIONAL REALTY} www.transactiondesk.com.          InstaNet Forms

Signatures of Parties Making Counter Offer:

_____     2.18.13
                                             Date

_____     _____
                                             Date

Signatures of Parties Accepting Counter Offer:

_____     25 feb / 2013
                                             Date

_____     25 FEB/ 2013
                                             Date

| Acceptance Received by (initial): _____ Date: _____ Time: _____ ☐ a.m. ☐ p.m. |

CC-2 Rev. sec. 10 97        © 1997 Florida Association of Realtors®        All Rights Reserved

instanet

# "AS IS" Residential Contract For Sale And Purchase

THIS FORM HAS BEEN APPROVED BY THE FLORIDA REALTORS AND THE FLORIDA BAR

 Florida Realtors

1* PARTIES: _PFG LLC_ ("Seller"),
2* and _Lizardo Quiroga E. Sonia Pastran C._ ("Buyer"),
3 agree that Seller shall sell and Buyer shall buy the following described Real Property and Personal
4 Property (collectively "Property") pursuant to the terms and conditions of this AS IS Residential Contract For Sale
5 And Purchase and any riders and addenda ("Contract"):
6 1. PROPERTY DESCRIPTION:
7* (a) Street address, city, zip: _6033 34th St. W #136, Bradenton FL. 34210_
8* (b) Property is located in: _Manatee_ County, Florida. Real Property Tax ID No: _6109.7275/6_
9* (c) Legal description of the Real Property: _Unit 5 Androsia Bldg of Harbor Pines_
10* _a Condo_
11 together with all existing improvements and fixtures, including built-in appliances, built-in furnishings and
12 attached wall-to-wall carpeting and flooring ("Real Property") unless specifically excluded below.
13 (d) Personal Property: The following items owned by Seller and existing on the Property as of the date
14 of the initial offer are included in the purchase ("Personal Property"): (i) range(s)/oven(s), dishwasher(s),
15 disposal, ceiling fan(s), intercom, light fixtures, rods, draperies and other window treatments, garage door
16 openers, and security gate and other access devices; and (ii) those additional items checked below. If
17* additional details are necessary, specify below. If left blank, the item below is not included:

| | | | |
|---|---|---|---|
| ☒ Refrigerator(s) | ☒ Smoke detector(s) | ☐ Pool barrier/fence | ☐ Storage shed |
| ☒ Microwave oven | ☐ Security system | ☐ Pool equipment | ☐ TV antenna/satellite dish |
| ☒ Washer | ☐ Window/wall a/c | ☐ Pool heater | ☐ Water softener/purifier |
| ☒ Dryer | ☐ Generator | ☐ Spa or hot tub with heater | ☐ Storm shutters and |
| ☐ Stand-alone ice maker | | ☐ Above ground pool | panels |

18 The only other items of Personal Property included in this purchase, and any additional details regarding
19* Personal Property, if necessary, are: _Furnished_
20*
21 Personal Property is included in the Purchase Price, has no contributory value, and shall be left for the Buyer.
22* (e) The following items are excluded from the purchase:
23*
24* 2. PURCHASE PRICE (U.S. currency): ............................................... $ _40,000._
25* (a) Initial deposit to be held in escrow in the amount of (checks subject to COLLECTION) $ _4,000._
26 The initial deposit made payable and delivered to "Escrow Agent" named below
27* (CHECK ONE):☐ accompanies offer or ☐ is to be made upon acceptance (Effective Date)
28* or ☒ is to be made within _3_ (if blank, then 3) days after Effective Date
29* Escrow Agent Information: Name: _Pettit Worrell Law Firm Michael Brooks_
30* Address: _4830 W. Kennedy Blvd. Suite 475_ Phone: _813-443-5345_
31* E-mail: _Tampa, FL. 33609 Michael@pettitworrell.com_ Fax: _813-443-8331_
32* (b) Additional deposit to be delivered to Escrow Agent within _can_ (if blank, then 3)
33* days after Effective Date ............................................................................ $
34 (All deposits paid or agreed to be paid, are collectively referred to as the "Deposit")
35* (c) Financing: Express as a dollar amount or percentage ("Loan Amount") see Paragraph 8 .........
36* (d) Other: _____ ...... $ _CASH_
37 (e) Balance to close (not including Buyer's closing costs, prepaids and prorations) by wire
38* transfer or other COLLECTED funds ................................................................ $ _36,000._
39 NOTE: For the definition of "COLLECTION" or "COLLECTED" see STANDARD S.
40 3. TIME FOR ACCEPTANCE OF OFFER AND COUNTER-OFFERS; EFFECTIVE DATE:
41* (a) If not signed by Buyer and Seller, and an executed copy delivered to all parties on or before _Feb 1st_
42* _2013_, this offer shall be deemed withdrawn and the Deposit, if any, will be returned to Buyer.
43 Unless otherwise stated, time for acceptance of any counter-offers shall be within 2 days after the day the
44 counter-offer is delivered.
45 (b) The effective date of this Contract will be the date when the last one of the Buyer and Seller has signed or
46 initialed this offer or final counter-offer ("Effective Date").
47 4. CLOSING DATE: Unless modified by other provisions of this Contract, the closing of this transaction shall occur
48 and the closing documents required to be furnished by each party pursuant to this Contract shall be delivered
49* ("Closing" _March 18th 2013_ ("Closing Date"), at the time established by the Closing Agent.

Buyer's Initials _L.Q._ _S.P.C._    Page 1 of 10    Seller's Initials _____
FloridaRealtors/FloridaBar-ASIS-1 Rev. 6/10 © 2010 Florida Realtors® and The Florida Bar. All rights reserved.

50  5. **EXTENSION OF CLOSING DATE:**

51      (a) If Closing funds from Buyer's lender(s) are not available at time of Closing due to Truth in Lending Act (TIL
52          notice requirements, Closing shall be extended for such period necessary to satisfy TILA notice requirement
53          not to exceed 7 days.

54      (b) If extreme weather or other condition or event constituting "Force Majeure" (see STANDARD G) cause
55          (i) disruption of utilities or other services essential for Closing, or (ii) Hazard, Wind, Flood or Homeowne
56          insurance, to become unavailable prior to Closing, Closing will be extended a reasonable time up to 3 da
57          after restoration of utilities and other services essential to Closing, and availability of applicable Hazard, Win
58          Flood or Homeowners' insurance. If restoration of such utilities or services and availability of insurance has n
59*         occurred within ___/4___ (if left blank, 14) days after Closing Date, then either party may terminate th
60          Contract by delivering written notice to the other party, and Buyer shall be refunded the Deposit, there
61          releasing Buyer and Seller from all further obligations under this Contract.

62  6. **OCCUPANCY AND POSSESSION:** Unless otherwise stated herein, Seller shall at Closing, have removed
63      personal items and trash from the Property and shall deliver occupancy and possession, along with all key
64      garage door openers, access devices and codes, as applicable, to Buyer. If Property is intended to be rented
65      occupied beyond Closing, the fact and terms thereof and the tenant(s) or occupants shall be disclosed pursua
66      to STANDARD D. If occupancy is to be delivered before Closing, Buyer assumes all risks of loss to Property fr
67      date of occupancy, shall be responsible and liable for maintenance from that date, and shall be deemed to ha
68      accepted Property in its existing condition as of time of taking occupancy.

69* 7. **ASSIGNABILITY: (CHECK ONE)** Buyer ☐ may assign and thereby be released from any further liabili
70*     under this Contract; ☒ may assign but not be released from liability under this Contract; or ☐ may not assi
71      this Contract.

72                                          **FINANCING**

73  8. **FINANCING:**

74*     ☒ (a) Buyer will pay cash or may obtain a loan for the purchase of the Property. There is no financi
75              contingency to Buyer's obligation to close.

76*     ☐ (b) This Contract is contingent upon Buyer obtaining a written loan commitment for a ☐ conventional ☐ FI
77*             ☐ VA loan on the following terms within _____ (if blank, then 30) days after Effective Date ("Lo
78*             Commitment Date") for: **(CHECK ONE):** ☐ fixed, ☐ adjustable, ☐ fixed or adjustable rate loan
79*             the principal amount of $ _____ or _____ % of the Purchase Price, at an initial interest ra
80*             not to exceed _____ % (if blank, then prevailing rate based upon Buyer's creditworthiness), and for
81*             term of _____ years ("Financing").

82*             Buyer will make mortgage loan application for the Financing within _____ (if blank, then 5) days af
83              Effective Date and use good faith and diligent effort to obtain a written loan commitment for the Financi
84              ("Loan Commitment") and close this Contract. Buyer shall keep Seller and Broker fully informed abc
85              the status of mortgage loan application and Loan Commitment and authorizes Buyer's mortgage broker a
86              Buyer's lender to disclose such status and progress to Seller and Broker.

87              If Buyer does not receive Loan Commitment, then Buyer may terminate this Contract by delivering writt
88              notice to Seller, and the Deposit shall be refunded to Buyer, thereby releasing Buyer and Seller from
89              further obligations under this Contract.

90              If Buyer does not deliver written notice to Seller of receipt of Loan Commitment or Buyer's written waiver
91              this financing contingency, then after Loan Commitment Date Seller may terminate this Contract
92              delivering written notice to Buyer and the Deposit shall be refunded to Buyer, thereby releasing Buyer a
93              Seller from all further obligations under this Contract.

94              If Buyer delivers written notice of receipt of Loan Commitment to Seller and this Contract does r
95              thereafter close, the Deposit shall be paid to Seller unless failure to close is due to: (1) Seller's defau
96              (2) Property related conditions of the Loan Commitment have not been met (except when such conditio
97              are waived by other provisions of this Contract); (3) appraisal of the Property obtained by Buyer's lender
98              insufficient to meet terms of the Loan Commitment; or (4) the loan is not funded due to financial failure
99              Buyer's lender, in which event(s) the Deposit shall be returned to Buyer, thereby releasing Buyer and Sel
100             from all further obligations under this Contract.

101*    ☐ (c) Assumption of existing mortgage (see rider for terms).

102*    ☐ (d) Purchase money note and mortgage to Seller (see riders; addenda; or special clauses for terms).

CLOSING COSTS, FEES AND CHARGES

**9. CLOSING COSTS; TITLE INSURANCE; SURVEY; HOME WARRANTY; SPECIAL ASSESSMENTS:**

(a) **COSTS TO BE PAID BY SELLER:**
- Documentary stamp taxes and surtax on deed, if any
- Owner's Policy and Charges (if Paragraph 9(c)(i) is checked)
- Title search charges (if Paragraph 9(c)(iii) is checked)
- Other: _____
- HOA/Condominium Association estoppel fees
- Recording and other fees needed to cure title
- Seller's attorneys' fees

If, prior to Closing, Seller is unable to meet the AS IS Maintenance Requirement as required by Paragraph 1 a sum equal to 125% of estimated cost to meet the AS IS Maintenance Requirement shall be escrowed a Closing. If actual costs to meet the AS IS Maintenance Requirement exceed escrowed amount, Seller sha pay such actual costs. Any unused portion of escrowed amount shall be returned to Seller.

(b) **COSTS TO BE PAID BY BUYER:**
- Taxes and recording fees on notes and mortgages
- Recording fees for deed and financing statements
- Owner's Policy and Charges (if Paragraph 9(c)(ii) is checked)
- Survey (and elevation certification, if required)
- Lender's title policy and endorsements
- HOA/Condominium Association application/transfer fees
- Other: _____
- Loan expenses
- Appraisal fees
- Buyer's Inspections
- Buyer's attorneys' fees
- All property related insurance

(c) **TITLE EVIDENCE AND INSURANCE:** At least ___5___ (if blank, then 5) days prior to Closing Date, a titl insurance commitment issued by a Florida licensed title insurer, with legible copies of instruments listed a exceptions attached thereto ("Title Commitment") and, after Closing, an owner's policy of title insurance (se STANDARD A for terms) shall be obtained and delivered to Buyer. If Seller has an owner's policy of titl insurance covering the Real Property, a copy shall be furnished to Buyer and Closing Agent within 5 days afte Effective Date. The owner's title policy premium and charges for owner's policy endorsements, title searc and closing services (collectively, "Owner's Policy and Charges") shall be paid, as set forth belo (CHECK ONE):

☒ (i) Seller will designate Closing Agent and pay for Owner's Policy and Charges (but not including charge for closing services related to Buyer's lender's policy and endorsements and loan closing, which amount shall be paid by Buyer to Closing Agent or such other provider(s) as Buyer may select); or

☐ (ii) Buyer will designate Closing Agent and pay for Owner's Policy and Charges and charges for closin services related to Buyer's lender's policy, endorsements, and loan closing; or

☐ (iii) [MIAMI-DADE/BROWARD REGIONAL PROVISION]: Seller will furnish a copy of a prior owner's polic of title insurance or other evidence of title and pay fees for: (A) a continuation or update of such title evidenc which is acceptable to Buyer's title insurance underwriter for reissue of coverage; (B) tax search; and (C) municipal lien search. Buyer shall obtain and pay for post-Closing continuation and premium for Buyer owner's policy, and if applicable, Buyer's lender's policy. Seller shall not be obligated to pay more tha $ _____ (if blank, $200.00) for abstract continuation or title search ordered or performed by Closin Agent.

(d) **SURVEY:** At least 5 days prior to Closing, Buyer may, at Buyer's expense, have the Real Property surveye and certified by a registered Florida surveyor ("Survey"). If Seller has a survey covering the Real Property, copy shall be furnished to Buyer and Closing Agent within 5 days after Effective Date.

(e) **HOME WARRANTY:** At Closing, ☐ Buyer ☐ Seller ☒ N/A will pay for a home warranty plan issued b _____ at a cost not to exceed $_____. A hom warranty plan provides for repair or replacement of many of a home's mechanical systems and major built-i appliances in the event of breakdown due to normal wear and tear during the agreement's warranty period.

(f) **SPECIAL ASSESSMENTS:** At Closing, Seller will pay: (i) the full amount of liens imposed by a public bod ("public body" does not include a Condominium or Homeowner's Association) that are certified, confirmed an ratified before Closing; and (ii) the amount of the public body's most recent estimate or assessment for a improvement which is substantially complete as of Effective Date, but that has not resulted in a lien bein imposed on the Property before Closing. Buyer will pay all other assessments. **If special assessments ma be paid in installments (CHECK ONE):**

☒ (a) **Seller shall pay installments due prior to Closing and Buyer shall pay installments due afte Closing. Installments prepaid or due for the year of Closing shall be prorated.**

☐ (b) **Seller shall pay the assessment(s) in full prior to or at the time of Closing.**

**IF NEITHER BOX IS CHECKED, THEN OPTION (a) SHALL BE DEEMED SELECTED.**

This Paragraph 9(f) shall not apply to a special benefit tax lien imposed by a community development distri (CDD) pursuant to Chapter 190 F.S. which lien shall be treated as an ad valorem tax and prorated pursuant t STANDARD K.

<center>DISCLOSURES</center>

151
152 **10. DISCLOSURES:**
153     (a) **RADON GAS:** Radon is a naturally occurring radioactive gas that, when it is accumulated in a building in
154     sufficient quantities, may present health risks to persons who are exposed to it over time. Levels of radon that
155     exceed federal and state guidelines have been found in buildings in Florida. Additional information regarding
156     radon and radon testing may be obtained from your county health department.
157     (b) **PERMITS DISCLOSURE: Except as may have been disclosed by Seller to Buyer in a written disclosure,**
158     **Seller does not know of any improvements made to the Property which were made without required**
159     **permits or made pursuant to permits which have not been properly closed.**
160     (c) **MOLD:** Mold is naturally occurring and may cause health risks or damage to property. If Buyer is concerned or
161     desires additional information regarding mold, Buyer should contact an appropriate professional.
162     (d) **FLOOD ZONE; ELEVATION CERTIFICATION:** Buyer is advised to verify by elevation certificate which flood
163     zone the Property is in, whether flood insurance is required by Buyer's lender, and what restrictions apply to
164     improving the Property and rebuilding in the event of casualty. If Property is in a "Special Flood Hazard Area"
165     or "Coastal High Hazard Area" and finished floor elevation is below minimum flood elevation, Buyer may
166     terminate this Contract by delivering written notice to Seller within 20 days after Effective Date, failing which
167     Buyer accepts existing elevation of buildings and flood zone designation of Property.
168     (e) **ENERGY BROCHURE:** Buyer acknowledges receipt of Florida Energy-Efficiency Rating Information Brochure
169     required by Section 553.996, F.S.
170     (f) **LEAD-BASED PAINT:** If Property includes pre-1978 residential housing, a lead-based paint rider is
171     mandatory.
172     (g) **HOMEOWNERS' ASSOCIATION/COMMUNITY DISCLOSURE: BUYER SHOULD NOT EXECUTE THIS**
173     **CONTRACT UNTIL BUYER HAS RECEIVED AND READ THE HOMEOWNERS'**
174     **ASSOCIATION/COMMUNITY DISCLOSURE, IF APPLICABLE.**
175     (h) **PROPERTY TAX DISCLOSURE SUMMARY: BUYER SHOULD NOT RELY ON THE SELLER'S CURRENT**
176     **PROPERTY TAXES AS THE AMOUNT OF PROPERTY TAXES THAT THE BUYER MAY BE OBLIGATED**
177     **TO PAY IN THE YEAR SUBSEQUENT TO PURCHASE. A CHANGE OF OWNERSHIP OR PROPERTY**
178     **IMPROVEMENTS TRIGGERS REASSESSMENTS OF THE PROPERTY THAT COULD RESULT IN HIGHER**
179     **PROPERTY TAXES. IF YOU HAVE ANY QUESTIONS CONCERNING VALUATION, CONTACT THE**
180     **COUNTY PROPERTY APPRAISER'S OFFICE FOR INFORMATION.**
181     (i) **TAX WITHHOLDING:** If Seller is a "foreign person" as defined by the Foreign Investment in Real Property Tax
182     Act ("FIRPTA"), Buyer and Seller will comply with FIRPTA, which may require Seller to provide additional cash
183     at Closing.
184     (j) **SELLER DISCLOSURE:** Seller knows of no facts materially affecting the value of the Real Property which are
185     not readily observable and which have not been disclosed to Buyer. Except as stated in the preceding sentence
186     or otherwise disclosed in writing: (1) Seller has received no written or verbal notice from any governmental
187     entity or agency as to a currently uncorrected building, environmental or safety code violation; and (2) Seller
188     extends and intends no warranty and makes no representation of any type, either express or implied, as to the
189     physical condition or history of the Property.

190 <center>PROPERTY MAINTENANCE, CONDITION, INSPECTIONS AND EXAMINATIONS</center>
191 **11. PROPERTY MAINTENANCE:** Except for ordinary wear and tear and Casualty Loss, Seller shall maintain the
192 Property, including, but not limited to, lawn, shrubbery, and pool, in the condition existing as of Effective Date
193 ("AS IS Maintenance Requirement").
194 **12. PROPERTY INSPECTION; RIGHT TO CANCEL:**
195*     (a) *PROPERTY INSPECTIONS AND RIGHT TO CANCEL: Buyer shall have* __15__ *(if blank, 15) days from*
196     *Effective Date ("Inspection Period") within which to have such inspections of the Property performed*
197     *as Buyer shall desire during the Inspection Period. If Buyer determines, in Buyer's sole discretion, that*
198     *the Property is not acceptable to Buyer, Buyer may terminate this Contract by delivering written notice*
199     *of such election to Seller prior to expiration of Inspection Period. If Buyer timely terminates this*
200     *Contract, the Deposit paid shall be immediately returned to Buyer, thereupon, Buyer and Seller shall*
201     *be released of all further obligations under this Contract; however, Buyer shall be responsible for*
202     *prompt payment for such inspections, for repair of damage to, and restoration of, the Property*
203     *resulting from such inspections, and shall provide Seller with paid receipts for all work done on the*
204     *Property (the preceding provision shall survive termination of this Contract). Unless Buyer exercises*
205     *the right to terminate granted herein, Buyer accepts the physical condition of the Property and any*
206     *violation of governmental, building, environmental, and safety codes, restrictions, or requirements, but*
207     *subject to Seller's continuing AS IS Maintenance Requirement, and Buyer shall be responsible for any*
208     *and all repairs and improvements required by Buyer's lender.*

209 (b) **WALK-THROUGH INSPECTION/RE-INSPECTION:** On the day prior to Closing Date, or on Closing Date prio
210 to time of Closing, as specified by Buyer, Buyer or Buyer's representative may perform a walk-through (and
211 follow-up walk-through, if necessary) inspection of the Property solely to confirm that all items of Persona
212 Property are on the Property and to verify that Seller has maintained the Property as required by the AS IS
213 Maintenance Requirement and has met all other contractual obligations.
214 (c) **SELLER ASSISTANCE AND COOPERATION IN CLOSE-OUT OF BUILDING PERMITS:** If Buyer's
215 inspection of the Property identifies open or needed building permits, then Seller shall promptly deliver to
216 Buyer all plans, written documentation or other information in Seller's possession, knowledge, or contro
217 relating to improvements to the Property which are the subject of such open or needed Permits, and shal
218 promptly cooperate in good faith with Buyer's efforts to obtain estimates of repairs or other work necessary to
219 resolve such Permit issues. Seller's obligation to cooperate shall include Seller's execution of necessary
220 authorizations, consents, or other documents necessary for Buyer to conduct inspections and have estimates
221 of such repairs or work prepared, but in fulfilling such obligation, Seller shall not be required to expend, o
222 become obligated to expend, any money.
223 (d) **ASSIGNMENT OF REPAIR AND TREATMENT CONTRACTS AND WARRANTIES:** At Buyer's option and
224 cost, Seller will, at Closing, assign all assignable repair, treatment and maintenance contracts and warranties
225 to Buyer.

226 ESCROW AGENT AND BROKER

227 **13. ESCROW AGENT:** Any Closing Agent or Escrow Agent (collectively "Agent") receiving the Deposit, other funds
228 and other items is authorized, and agrees by acceptance of them, to deposit them promptly, hold same in escrow
229 within the State of Florida, and subject to **COLLECTION**, disburse them in accordance with terms and conditions
230 of this Contract. Failure of funds to become **COLLECTED** shall not excuse Buyer's performance. When conflicting
231 demands for the Deposit are received, or Agent has a good faith doubt as to entitlement to the Deposit, Agen
232 may take such actions permitted by this Paragraph 13, as Agent deems advisable. If in doubt as to Agent's duties
233 or liabilities under this Contract, Agent may, at Agent's option, continue to hold the subject matter of the escrow
234 until the parties agree to its disbursement or until a final judgment of a court of competent jurisdiction sha
235 determine the rights of the parties, or Agent may deposit same with the clerk of the circuit court having jurisdiction
236 of the dispute. An attorney who represents a party and also acts as Agent may represent such party in such
237 action. Upon notifying all parties concerned of such action, all liability on the part of Agent shall fully terminate
238 except to the extent of accounting for any items previously delivered out of escrow. If a licensed real estate
239 broker, Agent will comply with provisions of Chapter 475, F.S., as amended and FREC rules to timely resolve
240 escrow disputes through mediation, arbitration, interpleader or an escrow disbursement order
241 Any proceeding between Buyer and Seller wherein Agent is made a party because of acting as Agent hereunder
242 or in any proceeding where Agent interpleads the subject matter of the escrow, Agent shall recover reasonable
243 attorney's fees and costs incurred, to be paid pursuant to court order out of the escrowed funds or equivalent
244 Agent shall not be liable to any party or person for mis-delivery of any escrowed items, unless such mis-delivery i
245 due to Agent's willful breach of this Contract or Agent's gross negligence. This Paragraph 13 shall survive Closing
246 or termination of this Contract.

247 **14. PROFESSIONAL ADVICE; BROKER LIABILITY:** Broker advises Buyer and Seller to verify Property condition
248 square footage, and all other facts and representations made pursuant to this Contract and to consult appropriate
249 professionals for legal, tax, environmental, and other specialized advice concerning matters affecting the Property
250 and the transaction contemplated by this Contract. Broker represents to Buyer that Broker does not reside on the
251 Property and that all representations (oral, written or otherwise) by Broker are based on Seller representations or
252 public records. **BUYER AGREES TO RELY SOLELY ON SELLER, PROFESSIONAL INSPECTORS AND
253 GOVERNMENTAL AGENCIES FOR VERIFICATION OF PROPERTY CONDITION, SQUARE FOOTAGE AND
254 FACTS THAT MATERIALLY AFFECT PROPERTY VALUE AND NOT ON THE REPRESENTATIONS (ORAL
255 WRITTEN OR OTHERWISE) OF BROKER.** Buyer and Seller (individually, the "Indemnifying Party") eac
256 individually indemnifies, holds harmless, and releases Broker and Broker's officers, directors, agents an
257 employees from all liability for loss or damage, including all costs and expenses, and reasonable attorney's fee
258 at all levels, suffered or incurred by Broker and Broker's officers, directors, agents and employees in connectio
259 with or arising from claims, demands or causes of action instituted by Buyer or Seller based on: (i) inaccuracy o
260 information provided by the Indemnifying Party or from public records; (ii) Indemnifying Party's misstatement(s) o
261 failure to perform contractual obligations; (iii) Broker's performance, at Indemnifying Party's request, of any tas
262 beyond the scope of services regulated by Chapter 475, F.S., as amended, including Broker's referra
263 recommendation or retention of any vendor for, or on behalf of, Indemnifying Party; (iv) products or service
264 provided by any such vendor for, or on behalf of, Indemnifying Party; and (v) expenses incurred by any suc
265 vendor. Buyer and Seller each assumes full responsibility for selecting and compensating their respective vendor
266 and paying their other costs under this Contract whether or not this transaction closes. This Paragraph 14 will no
267 relieve Broker of statutory obligations under Chapter 475, F.S., as amended. For purposes of this Paragraph 14

266 Broker will be treated as a party to this Contract. This Paragraph 14 shall survive Closing or termination of this
269 Contract.
270 **DEFAULT AND DISPUTE RESOLUTION**
271 **15. DEFAULT:**
272 (a) **BUYER DEFAULT:** If Buyer fails, neglects or refuses to perform Buyer's obligations under this Contract,
273 including payment of the Deposit, within the time(s) specified, Seller may elect to recover and retain the
274 Deposit for the account of Seller as agreed upon liquidated damages, consideration for execution of this
275 Contract, and in full settlement of any claims, whereupon Buyer and Seller shall be relieved from all further
276 obligations under this Contract, or Seller, at Seller's option, may, pursuant to Paragraph 16, proceed in equity
277 to enforce Seller's rights under this Contract. The portion of the Deposit, if any, paid to Listing Broker upon
278 default by Buyer, shall be split equally between Listing Broker and Cooperating Broker; provided however,
279 Cooperating Broker's share shall not be greater than the commission amount Listing Broker had agreed to pay
280 to Cooperating Broker.
281 (b) **SELLER DEFAULT:** If for any reason other than failure of Seller to make Seller's title marketable after
282 reasonable diligent effort, Seller fails, neglects or refuses to perform Seller's obligations under this Contract,
283 Buyer may elect to receive return of Buyer's Deposit without thereby waiving any action for damages resulting
284 from Seller's breach, and, pursuant to Paragraph 16, may seek to recover such damages or seek specific
285 performance. This Paragraph 15 shall survive Closing or termination of this Contract.
286 **16. DISPUTE RESOLUTION:** Unresolved controversies, claims and other matters in question between Buyer and
287 Seller arising out of, or relating to, this Contract or its breach, enforcement or interpretation ("Dispute") will be
288 settled as follows:
289 (a) Buyer and Seller will have 10 days after the date conflicting demands for the Deposit are made to attempt to
290 resolve such Dispute, failing which, Buyer and Seller shall submit such Dispute to mediation under
291 Paragraph 16(b).
292 (b) Buyer and Seller shall attempt to settle Disputes in an amicable manner through mediation pursuant to Florida
293 Rules for Certified and Court-Appointed Mediators and Chapter 44, F.S., as amended (the "Mediation Rules").
294 The mediator must be certified or must have experience in the real estate industry. Injunctive relief may be
295 sought without first complying with this Paragraph 16(b). Disputes not settled pursuant to this Paragraph 16
296 may be resolved by instituting action in the appropriate court having jurisdiction of the matter. This Paragraph 16
297 shall survive Closing or termination of this Contract.
298 **17. ATTORNEY'S FEES; COSTS:** The parties will split equally any mediation fee incurred in any mediation permitted
299 by this Contract, and each party will pay their own costs, expenses and fees, including attorney's fees, incurred in
300 conducting the mediation. In any litigation permitted by this Contract, the prevailing party shall be entitled to
301 recover from the non-prevailing party costs and fees, including reasonable attorney's fees, incurred in conducting
302 the litigation. This Paragraph 17 shall survive Closing or termination of this Contract.

303 **STANDARDS FOR REAL ESTATE TRANSACTIONS ("STANDARDS")**
304 **18. STANDARDS:**
305 **A. TITLE:**
306 (i) **TITLE EVIDENCE; RESTRICTIONS; EASEMENTS; LIMITATIONS:** Within the time period provided in
307 Paragraph 9(c), the Title Commitment, with legible copies of instruments listed as exceptions attached thereto, shall
308 be issued and delivered to Buyer. The Title Commitment shall set forth those matters to be discharged by Seller at or
309 before Closing and shall provide that, upon recording of the deed to Buyer, an owner's policy of title insurance in the
310 amount of the Purchase Price, shall be issued to Buyer insuring Buyer's marketable title to the Real Property,
311 subject only to the following matters: (a) comprehensive land use plans, zoning, and other land use restrictions,
312 prohibitions and requirements imposed by governmental authority; (b) restrictions and matters appearing on the Plat
313 or otherwise common to the subdivision; (c) outstanding oil, gas and mineral rights of record without right of entry;
314 (d) unplatted public utility easements of record (located contiguous to real property lines and not more than 10 feet in
315 width as to rear or front lines and 7 1/2 feet in width as to side lines); (e) taxes for year of Closing and subsequent
316 years; and (f) assumed mortgages and purchase money mortgages, if any (if additional items, attach addendum);
317 provided, that none prevent use of the Property for **RESIDENTIAL PURPOSES.** If there exists at Closing any
318 violation of items identified in (b) - (f) above, then the same shall be deemed a title defect. Marketable title shall be
319 determined according to applicable Title Standards adopted by authority of The Florida Bar and in accordance with
320 law.
321 (ii) **TITLE EXAMINATION:** Buyer shall have 5 days after receipt of Title Commitment to examine it and notify
322 Seller in writing specifying defect(s), if any, that render title unmarketable. If Seller provides Title Commitment and it
323 is delivered to Buyer less than 5 days prior to Closing Date, Buyer may extend Closing for up to 5 days after
324 date of receipt to examine same in accordance with this STANDARD A. Seller shall have 30 days ("Cure Period")
325 after receipt of Buyer's notice to take reasonable diligent efforts to remove defects. If Seller fails to so notify Seller,
326 Buyer shall be deemed to have accepted title as it then is. If Seller cures defects within Cure Period, Seller will

327 STANDARDS FOR REAL ESTATE TRANSACTIONS (CONTINUED)
328 deliver written notice to Buyer (with proof of cure acceptable to Buyer and Buyer's attorney) and the parties wi
329 close this Contract on Closing Date (or if Closing Date has passed, within 10 days after Buyer's receipt of Seller'
330 notice). If Seller is unable to cure defects within Cure Period, then Buyer may, within 5 days after expiration o
331 Cure Period, deliver written notice to Seller: (a) extending Cure Period for a specified period not to exceed 120 day
332 within which Seller shall continue to use reasonable diligent effort to remove or cure the defects ("Extended Cur
333 Period"); or (b) electing to accept title with existing defects and close this Contract on Closing Date (or if Closing Dat
334 has passed, within the earlier of 10 days after end of Extended Cure Period or Buyer's receipt of Seller's notice), o
335 (c) electing to terminate this Contract and receive a refund of the Deposit, thereby releasing Buyer and Seller fron
336 all further obligations under this Contract. If after reasonable diligent effort, Seller is unable to timely cure defects
337 and Buyer does not waive the defects, this Contract shall terminate, and Buyer shall receive a refund of the Deposi
338 thereby releasing Buyer and Seller from all further obligations under this Contract.
339 **B. SURVEY:** If Survey discloses encroachments on the Real Property or that improvements located thereo
340 encroach on setback lines, easements, or lands of others; or violate any restrictions, covenants, or applicabl
341 governmental regulations described in STANDARD A (i)(a), (b) or (d) above, Buyer shall deliver written notice of suc
342 matters, together with a copy of Survey, to Seller within 5 days after Buyer's receipt of Survey, but no later tha
343 Closing. If Buyer timely delivers such notice and Survey to Seller, such matters identified in the notice and Surve
344 shall constitute a title defect, subject to cure obligations of STANDARD A above. If Seller has delivered a prio
345 survey, Seller shall, at Buyer's request, execute an affidavit of "no change" to the Real Property since th
346 preparation of such prior survey, to the extent the affirmations therein are true and correct.
347 **C. INGRESS AND EGRESS:** Seller represents that there is ingress and egress to the Real Property and title t
348 the Real Property is insurable in accordance with STANDARD A without exception for lack of legal right of access.
349 **D. LEASES:** Seller shall, within 5 days after Inspection Period, furnish to Buyer copies of all written leases an
350 estoppel letters from each tenant specifying nature and duration of tenant's occupancy, rental rates, advanced ret
351 and security deposits paid by tenant, and income and expense statements for preceding 12 months ("Leas
352 Information"). If Seller is unable to obtain estoppel letters from tenant(s), the same information shall be furnished b
353 Seller to Buyer within that time period in the form of a Seller's affidavit, and Buyer may thereafter contact tenant(s
354 to confirm such information. If terms of the lease(s) differ materially from Seller's representations, Buyer may delive
355 written notice to Seller within 5 days after receipt of Lease Information, but no later than 5 days prior to Closin
356 Date, terminating this Contract and receive a refund of the Deposit, thereby releasing Buyer and Seller from a
357 further obligations under this Contract. Seller shall, at Closing, deliver and assign all original leases to Buyer wh
358 shall assume Seller's obligation thereunder.
359 **E. LIENS:** Seller shall furnish to Buyer at Closing an affidavit attesting; (i) to the absence of any financin
360 statement, claims of lien or potential lienors known to Seller, and (ii) that there have been no improvements or repair
361 to the Real Property for 90 days immediately preceding Closing Date. If the Real Property has been improved o
362 repaired within that time, Seller shall deliver releases or waivers of construction liens executed by all gener
363 contractors, subcontractors, suppliers and materialmen in addition to Seller's lien affidavit setting forth names of a
364 such general contractors, subcontractors, suppliers and materialmen, further affirming that all charges fc
365 improvements or repairs which could serve as a basis for a construction lien or a claim for damages have been pai
366 or will be paid at Closing.
367 **F. TIME:** Calendar days shall be used in computing time periods. Any time periods provided for in this Contra
368 which shall end on a Saturday, Sunday, or a national legal holiday (see 5 U.S.C. 6103) shall extend to 5:00 p.n
369 (where the Property is located) of the next business day. **Time is of the essence in this Contract.**
370 **G. FORCE MAJEURE:** Buyer or Seller shall not be required to perform any obligation under this Contract or b
371 liable to each other for damages so long as performance or non-performance of the obligation is delayed, caused o
372 prevented by Force Majeure. "Force Majeure" means: hurricanes, earthquakes, floods, fire, acts of God, unusu
373 transportation delays, wars, insurrections, acts of terrorism, and any other cause not reasonably within control o
374 Buyer or Seller, and which, by exercise of reasonable diligent effort, the non-performing party is unable in whole or i
375 part to prevent or overcome. All time periods, including Closing Date, will be extended for the period that the Forc
376 Majeure prevents performance under this Contract, provided, however, if such Force Majeure continues to preve
377 performance under this Contract more than 14 days beyond Closing Date, then either party may terminate th
378 Contract by delivering written notice to the other and the Deposit shall be refunded to Buyer, thereby releasing Buye
379 and Seller from all further obligations under this Contract.
380 **H. CONVEYANCE:** Seller shall convey marketable title to the Real Property by statutory warranty, trustee':
381 personal representative's, or guardian's deed, as appropriate to the status of Seller, subject only to matters describe
382 in STANDARD A and those accepted by Buyer. Personal Property shall, at request of Buyer, be transferred b
383 absolute bill of sale with warranty of title, subject only to such matters as may be provided for in this Contract.
384 **I. CLOSING LOCATION; DOCUMENTS; AND PROCEDURE:**
385 (i) **LOCATION:** Closing will take place in the county where the Real Property is located at the office of th
386 attorney or other closing agent ("Closing Agent") designated by the party paying for the owner's policy of titl

Buyer's Initials _JY_ _S.P.C._       Page 7 of 10       Seller's Initials _____

FloridaRealtors/FloridaBar-ASIS-1 Rev. 6/10 © 2010 Florida Realtors® and The Florida Bar. All rights reserved.

01/29/2013   TUE 13:42   FAX 843 363 5579 Wagner Realty                    ☑010/019

387                          STANDARDS FOR REAL ESTATE TRANSACTIONS (CONTINUED)
388 insurance, or, if no title insurance, designated by Seller. Closing may be conducted by mail or electronic means.
389   (ii) CLOSING DOCUMENTS: At Closing, Seller shall furnish and pay for, as applicable, deed, bill of sale,
390 certificate of title, construction lien affidavit, owner's possession affidavit, assignments of leases, and corrective
391 instruments. Seller shall provide Buyer with paid receipts for all work done on the Property pursuant to this Contract.
392 Buyer shall furnish and pay for, as applicable, mortgage, mortgage note, security agreement, financing statements,
393 survey, base elevation certification, and other documents required by Buyer's lender.
394   (iii) PROCEDURE: The deed shall be recorded upon COLLECTION of all closing funds. If the Title
395 Commitment provides insurance against adverse matters pursuant to Section 627.7841, F.S., as amended, the
396 escrow closing procedure required by STANDARD J shall be waived, and Closing Agent shall, subject to
397 COLLECTION of all closing funds, disburse at Closing the brokerage fees to Broker and the net sale proceeds to
398 Seller.
399   J.   ESCROW CLOSING PROCEDURE: If Title Commitment issued pursuant to Paragraph 9(c) does not provide
400 for insurance against adverse matters as permitted under Section 627.7841, F.S., as amended, the following escrow
401 and closing procedures shall apply: (1) all Closing proceeds shall be held in escrow by the Closing Agent for a period
402 of not more than 10 days after Closing; (2) if Seller's title is rendered unmarketable, through no fault of Buyer, Buyer
403 shall, within the 10 day period, notify Seller in writing of the defect and Seller shall have 30 days from date of receipt
404 of such notification to cure the defect; (3) if Seller fails to timely cure the defect, the Deposit and all Closing funds
405 paid by Buyer shall, within 5 days after written demand by Buyer, be refunded to Buyer and, simultaneously with
406 such repayment, Buyer shall return the Personal Property, vacate the Real Property and re-convey the Property to
407 Seller by special warranty deed and bill of sale; and (4) if Buyer fails to make timely demand for refund of the
408 Deposit, Buyer shall take title as is, waiving all rights against Seller as to any intervening defect except as may be
409 available to Buyer by virtue of warranties contained in the deed or bill of sale.
410   K.   PRORATIONS; CREDITS: The following recurring items will be made current (if applicable) and prorated as of
411 the day prior to Closing Date, or date of occupancy if occupancy occurs before Closing Date. real estate taxes
412 (including special benefit tax assessments imposed by a CDD), interest, bonds, association fees, insurance, rents
413 and other expenses of Property. Buyer shall have option of taking over existing policies of insurance, if assumable, in
414 which event premiums shall be prorated. Cash at Closing shall be increased or decreased as may be required by
415 prorations to be made through day prior to Closing. Advance rent and security deposits, if any, will be credited to
416 Buyer. Escrow deposits held by Seller's mortgagee will be paid to Seller. Taxes shall be prorated based on current
417 year's tax with due allowance made for maximum allowable discount, homestead and other exemptions. If Closing
418 occurs on a date when current year's millage is not fixed but current year's assessment is available, taxes will be
419 prorated based upon such assessment and prior year's millage. If current year's assessment is not available, then
420 taxes will be prorated on prior year's tax. If there are completed improvements on the Real Property by January 1st of
421 year of Closing, which improvements were not in existence on January 1st of prior year, then taxes shall be prorated
422 based upon prior year's millage and at an equitable assessment to be agreed upon between the parties, failing which,
423 request shall be made to the County Property Appraiser for an informal assessment taking into account available
424 exemptions. A tax proration based on an estimate shall, at either party's request, be readjusted upon receipt of
425 current year's tax bill. This STANDARD K shall survive Closing.
426   L.   ACCESS TO PROPERTY TO CONDUCT APPRAISALS, INSPECTIONS, AND WALK-THROUGH: Seller
427 shall, upon reasonable notice, provide utilities service and access to Property for appraisals and inspections,
428 including a walk-through (or follow-up walk-through if necessary) prior to Closing.
429   M. RISK OF LOSS: If, after Effective Date, but before Closing, Property is damaged by fire or other casualty
430 ("Casualty Loss") and cost of restoration (which shall include cost of pruning or removing damaged trees) does not
431 exceed 1.5% of Purchase Price, cost of restoration shall be an obligation of Seller and Closing shall proceed
432 pursuant to terms of this Contract. If restoration is not completed as of Closing, a sum equal to 125% of estimated
433 cost to complete restoration (not to exceed 1.5% of Purchase Price), will be escrowed at Closing. If actual cost of
434 restoration exceeds escrowed amount, Seller shall pay such actual costs (but, not in excess of 1.5% of Purchase
435 Price). Any unused portion of escrowed amount shall be returned to Seller. If cost of restoration exceeds 1.5% of
436 Purchase Price, Buyer shall elect to either take Property "as is" together with the 1.5%, or receive a refund of the
437 Deposit, thereby releasing Buyer and Seller from all further obligations under this Contract. Seller's sole obligation
438 with respect to tree damage by casualty or other natural occurrence shall be cost of pruning or removal.
439   N.   1031 EXCHANGE: If either Seller or Buyer wish to enter into a like-kind exchange (either simultaneous with
440 Closing or deferred) under Section 1031 of the Internal Revenue Code ("Exchange"), the other party shall cooperate
441 in all reasonable respects to effectuate the Exchange, including execution of documents; provided, however,
442 cooperating party shall incur no liability or expense related to the Exchange, and Closing shall not be contingent
443 upon, nor extended or delayed by, such Exchange.
444   O. CONTRACT NOT RECORDABLE; PERSONS BOUND; NOTICE; COPIES: Neither this Contract nor any
445 notice of it shall be recorded in any public records. This Contract shall be binding on, and inure to the benefit of, the
446 parties and their respective heirs or successors in interest. Whenever the context permits, singular shall include plural

Buyer's Initials _____   S.P.C.                Page 8 of 10            Seller's Initials _____  _____
FloridaRealtors/FloridaBar/ASIS-1   Rev. 6/10 © 2010 Florida Realtors® and The Florida Bar. All rights reserved.

447 STANDARDS FOR REAL ESTATE TRANSACTIONS (CONTINUED)
448 and one gender shall include all. Notice and delivery given by or to the attorney or broker (including such broker's real
449 estate licensee) representing any party shall be as effective as if given by or to that party. All notices must be in
450 writing and may be made by mail, personal delivery or electronic (including "pdf") media. A legible facsimile or
451 electronic (including "pdf") copy of this Contract and any signatures hereon shall be considered for all purposes as an
452 original.
453 **P. INTEGRATION; MODIFICATION:** This Contract contains the full and complete understanding and agreement
454 of Buyer and Seller with respect to the transaction contemplated by this Contract and no prior agreements or
455 representations shall be binding upon Buyer or Seller unless included in this Contract. No modification to or change
456 in this Contract shall be valid or binding upon Buyer or Seller unless in writing and executed by the parties intended
457 to be bound by it.
458 **Q. WAIVER:** Failure of Buyer or Seller to insist on compliance with, or strict performance of, any provision of this
459 Contract, or to take advantage of any right under this Contract, shall not constitute a waiver of other provisions or
460 rights.
461 **R. RIDERS; ADDENDA; TYPEWRITTEN OR HANDWRITTEN PROVISIONS:** Riders, addenda, and typewritten
462 or handwritten provisions shall control all printed provisions of this Contract in conflict with them.
463 **S. COLLECTION or COLLECTED: "COLLECTION"** or **"COLLECTED"** means any checks tendered or received,
464 including Deposits, have become actually and finally collected and deposited in the account of Escrow Agent
465 **or Closing Agent. Closing and disbursement of funds and delivery of Closing documents may be delayed by**
466 **Closing Agent until such amounts have been COLLECTED in Closing Agent's accounts.**
467 **T. LOAN COMMITMENT:** "Loan Commitment" means a statement by the lender setting forth the terms and
468 conditions upon which the lender is willing to make a particular mortgage loan to a particular borrower.
469 **U. APPLICABLE LAW AND VENUE:** This Contract shall be construed in accordance with the laws of the State of
470 Florida and venue for resolution of all disputes, whether by mediation, arbitration or litigation, shall lie in the county in
471 which the Real Property is located.
472 **X. BUYER WAIVER OF CLAIMS:** *Buyer waives any claims against Seller and, to the extent permitted by*
473 *law, against any real estate licensee involved in the negotiation of this Contract, for any defects or other*
474 *damage that may exist at Closing of this Contract and be subsequently discovered by the Buyer or anyone*
475 *claiming by, through, under or against the Buyer.*

476 ADDENDA AND ADDITIONAL TERMS
477 **19. ADDENDA:** The following additional terms are included in the attached addenda and incorporated into this
478 Contract (**Check if applicable**):

☒ A. Condominium Assn.   ☐ L. RESERVED   ☐ R. Rezoning   ☐ Y. Seller's Attorney Approval
☐ B. Homeowners' Assn.     ☐ S. Lease Purchase/ Lease Option
☐ C. Seller Financing   ☐ M. Defective Drywall   ☒ Z. Buyer's Attorney Approval
☐ D. Mortgage Assumption   ☐ N. Coastal Construction   ☐ T. Pre-Closing Occupancy
☐ E. FHA/VA Financing   Control Line   ☐ AA. Licensee-Personal Interest in Property
☐ F. Appraisal Contingency   ☐ O. Insulation Disclosure   ☐ U. Post-Closing Occupancy
☐ G. Short Sale   ☐ P. Pre-1978 Housing   ☐ BB. Binding Arbitration
☐ H. Homeowners' Insurance   Statement (Lead   ☐ V. Sale of Buyer's Property   ☐ Other _____
☐ I. FIRPTA   Based Paint) 
☐ J. Interest-Bearing Acct.   ☐ Q. Housing for Older   ☐ W. Back-up Contract
☐ K. RESERVED   Persons   ☐ X. Kick-out Clause

479 **20. ADDITIONAL TERMS:** CC) Contract is contingent on court approval of
480 the transaction and Sellers compliance with all applicable Federal,
481 State and Local Rules and Regulations governing the sale
482
483 Z) Buyers Attorney Approval upon recieving copy of executed contract
484 and condo docs for 3 day review period.
485–493 ____

Buyer's Initials _____ J.P.C.    Page 9 of 10    Seller's Initials _____
FloridaRealtors/FloridaBar/ASIS-1 Rev. 6/10 © 2010 Florida Realtors® and The Florida Bar. All rights reserved.

494                  COUNTER-OFFER/REJECTION

495* ☐ Seller counters Buyer's offer (to accept the counter-offer, Buyer must sign or initial the counter-offered terms and
496     deliver a copy of the acceptance to Seller).
497* ☐ Seller rejects Buyer's offer.

498 **THIS IS INTENDED TO BE A LEGALLY BINDING CONTRACT. IF NOT FULLY UNDERSTOOD, SEEK THE ADVICE**
499 **OF AN ATTORNEY PRIOR TO SIGNING.**

500 **THIS FORM HAS BEEN APPROVED BY THE FLORIDA REALTORS AND THE FLORIDA BAR.**

501 *Approval of this form by the Florida Realtors and The Florida Bar does not constitute an opinion that any of the terms*
502 *and conditions in this Contract should be accepted by the parties in a particular transaction. Terms and conditions*
503 *should be negotiated based upon the respective interests, objectives and bargaining positions of all interested*
504 *persons.*

505 AN ASTERISK (*) FOLLOWING A LINE NUMBER IN THE MARGIN INDICATES THE LINE CONTAINS A BLANK TO
506 BE COMPLETED.

507* Buyer: _Jose Libaedo Quiroga Espitia_        Date: _Euero 26/2013_

508* Buyer: _Sonia Pastran Cubides_        Date: _Enero 26/2013_

509* Seller: _____        Date: _____

510* Seller: _____        Date: _____

511 Buyer's address for purposes of notice          Seller's address for purposes of notice
512* _Calle 93 B #16-08 0/208_        _____
513* _Bogotá Colombia_            _____
514* _Jlibardo_quiroga@hotmail.com_      _____

515 **BROKER:** Listing and Cooperating Brokers, if any, named below (collectively, "Broker"), are the only Brokers entitled
516 to compensation in connection with this Contract. Instruction to Closing Agent: Seller and Buyer direct Closing Agent
517 to disburse at Closing the full amount of the brokerage fees as specified in separate brokerage
518 agreements with the parties and cooperative agreements between the Brokers, except to the extent Broker has
519 retained such fees from the escrowed funds. This Contract shall not modify any MLS or other offer of compensation
520 made by Seller or Listing Broker to Cooperating Brokers.

521* _Foster Lewis_            _Eugen Aldea_
522 **Cooperating Sales Associate, if any**        **Listing Sales Associate**

523* _Wagner Realty 3.0%_        _Atchley International Realty_
524 **Cooperating Broker, if any**          **Listing Broker** _( As per listing agreeme_

FloridaRealtors/FloridaBar-ASIS-1   Rev. 6/10 © 2010 Florida Realtors® and The Florida Bar. All rights reserved.

# Comprehensive Rider to the
# Residential Contract For Sale And Purchase
THIS FORM HAS BEEN APPROVED BY THE FLORIDA REALTORS AND THE FLORIDA BAR

 FloridaRealtors

If initialed by all parties, the clauses below will be incorporated into the Florida Realtors®/Florida Bar Residential Contract For Sale And Purchase between _____ PFG LLC _____ (SELLER)
and _____ (BUYER)
concerning the Property described as ___ 6033 34th St. W. #136 _____
_____ Bradenton, FL. 34210 _____

Buyer's Initials _____ J.P.C. _____     Seller's Initials _____ _____

## A. CONDOMINIUM ASSOCIATION DISCLOSURE

1. **CONDOMINIUM ASSOCIATION APPROVAL:**
The Association's approval of Buyer (CHECK ONE) ☒ is ☐ is not required. If approval is required, this Contract is contingent upon Buyer being approved by the Association no later than ___ 10 ___ days prior to Closing. Within __ 5 __ days after Effective Date Seller shall initiate the approval process with the Association and Buyer shall apply for such approval. Buyer and Seller shall sign and deliver any documents required by the Association in order to complete the transfer of the Property and each shall use diligent effort to obtain such approval, including making personal appearances if required. If Buyer is not approved within the stated time period, this Contract will terminate and Buyer shall be refunded the Deposit, thereby releasing Buyer and Seller from all further obligations under this Contract.

2. **RIGHT OF FIRST REFUSAL:**
   (a) The Association (CHECK ONE) ☐ has ☐ does not have a right of first refusal ("Right"). If the Association has a Right, this Contract is contingent upon the Association, within the time permitted for the exercise of such Right, either providing written confirmation to Buyer that the Association is not exercising that Right, or failing to timely exercise such Right pursuant to the terms of the Declaration of Condominium ("Declaration", which reference includes all amendments thereto).
   (b) The members of the Association (CHECK ONE) ☐ have ☐ do not have a Right. If the members do have a Right, this Contract is contingent upon the members, within the time permitted for the exercise of such Right either providing written confirmation to Buyer that the members are not exercising that Right, or failing to timely exercise such Right pursuant to the terms of the Declaration.
   (c) Buyer and Seller shall, within ___ 3 ___ days after Effective Date, sign and deliver any documents required as a condition precedent to the exercise of the Right, and shall use diligent effort to submit and process the matter with the Association and members, including personal appearances, if required.
   (d) If, within the stated time period, the Association, the members of the Association, or both, fail to provide the written confirmation or the Right has not otherwise expired, then this Contract will terminate and the Deposit will be refunded to the Buyer, thereby releasing Buyer and Seller from all further obligations under this Contract.
   (e) If the Association or a member timely exercises its or their Right, this Contract will terminate and the Deposit will be refunded to Buyer (unless this Contract provides otherwise), thereby releasing Buyer and Seller from all further obligations under this Contract, and Seller will pay to Broker the full commission at Closing in recognition that Broker procured the sale.

3. **FEES; ASSESSMENTS; PRORATIONS; LITIGATION:**
   (a) Assessments and Rents: Seller represents that the current annual assessment installments are $ 288.— per month and the current rent on recreation areas is $ _____ per month. A annual assessments levied by the Association and rent on recreational areas, if any, shall be made current by Seller at Closing, and Buyer shall reimburse Seller for prepayments.
   (b) Fees: Seller will pay all fines imposed against the Unit as of Closing Date and any fees the Association charges to provide information about its fees on the Property, and will bring annual assessment installments and similar periodic fees and rents on any recreational areas current as of Closing Date.

**(SEE CONTINUATION)**

CR-1 Rev. 6/10 © 2010 Florida Realtors® and The Florida Bar. All rights reserved.

## A. CONDOMINIUM ASSOCIATION DISCLOSURE (CONTINUED)

(c) Special Assessments and Prorations:

(i) Seller represents that Seller is not aware of any special or other assessment that has been levied by the Association or that has been an item on the agenda, or reported in the minutes, of the Association within twelve (12) months prior to Effective Date, ("pending") except as follows: _____

_____

(ii) If special assessments levied or pending exist as of the Effective Date are disclosed above by Seller and may be paid in installments (CHECK ONE): ☐ Buyer ☐ Seller (if left blank, Buyer) shall pay installments due after Closing Date. **If Seller is checked, Seller will pay the assessment in full prior to or at the time of Closing.**

(iii) If special assessments levied or pending exist as of the Effective Date and have not been disclosed above by Seller, then Seller shall pay such assessments in full at the time of Closing.

(iv) If, after Effective Date, the Association imposes a special assessment for improvements, work or services, which was not pending as of the Effective Date, then Seller will pay all amounts due before Closing Date and Buyer will pay all amounts due after Closing Date.

(v) A special assessment shall be deemed levied for purposes of this paragraph on the date when the assessment has been approved as required for enforcement pursuant to Florida law and the condominium documents listed in Paragraph 5.

(vi) Association assets and liabilities, including Association reserve accounts, shall not be prorated.

(d) Litigation: Seller represents that Seller is not aware of pending or anticipated litigation affecting the Property or the common elements, if any, except as follows: _____

_____

4. **SPRINKLER SYSTEM RETROFIT:**

If, pursuant to Sections 718.112(2)(l), F.S., the Association has voted to forego retrofitting its fire sprinkler system or handrails and guardrails for the condominium units, then prior to Closing Seller shall furnish to Buyer the written notice of Association's vote to forego such retrofitting.

5. **NON-DEVELOPER DISCLOSURE:**

(CHECK ONE)

☐ (a) THE BUYER HEREBY ACKNOWLEDGES THAT BUYER HAS BEEN PROVIDED A CURRENT COPY OF THE DECLARATION OF CONDOMINIUM, ARTICLES OF INCORPORATION OF THE ASSOCIATION, BYLAWS AND RULES OF THE ASSOCIATION, AND A COPY OF THE MOST RECENT YEAR-END FINANCIAL INFORMATION AND FREQUENTLY ASKED QUESTIONS AND ANSWERS DOCUMENT MORE THAN 3 DAYS, EXCLUDING SATURDAYS, SUNDAYS, AND LEGAL HOLIDAYS, PRIOR TO EXECUTION OF THIS CONTRACT.

☒ (b) THIS AGREEMENT IS VOIDABLE BY BUYER BY DELIVERING WRITTEN NOTICE OF THE BUYER'S INTENTION TO CANCEL WITHIN 3 DAYS, EXCLUDING SATURDAYS, SUNDAYS, AND LEGAL HOLIDAYS, AFTER THE DATE OF EXECUTION OF THIS AGREEMENT BY THE BUYER AND RECEIPT BY BUYER OF A CURRENT COPY OF THE DECLARATION OF CONDOMINIUM, ARTICLES OF INCORPORATION, BYLAWS AND RULES OF THE ASSOCIATION, AND A COPY OF THE MOST RECENT YEAR-END FINANCIAL INFORMATION AND FREQUENTLY ASKED QUESTIONS AND ANSWERS DOCUMENT IF SO REQUESTED IN WRITING. ANY PURPORTED WAIVER OF THESE VOIDABILITY RIGHTS SHALL BE OF NO EFFECT. BUYER MAY EXTEND THE TIME FOR CLOSING FOR A PERIOD OF NOT MORE THAN 3 DAYS, EXCLUDING SATURDAYS, SUNDAYS, AND LEGAL HOLIDAYS, AFTER THE BUYER RECEIVES THE DECLARATION, ARTICLES OF INCORPORATION, BYLAWS AND RULES OF THE ASSOCIATION, AND A COPY OF THE MOST RECENT YEAR-END FINANCIAL INFORMATION AND FREQUENTLY ASKED QUESTIONS AND ANSWERS DOCUMENT IF REQUESTED IN WRITING. BUYER'S RIGHT TO VOID THIS AGREEMENT SHALL TERMINATE AT CLOSING.

6. **BUYER'S REQUEST FOR DOCUMENTS:**

Buyer is entitled, at Seller's expense, to current copies of the condominium documents specified in Paragraph 5, above. Buyer (**CHECK ONE**) ☒ requests ☐ does not request a current copy of the documents specified in Paragraph 5, above. If this Contract does not close, Buyer shall immediately return the documents to Seller or reimburse Seller for the cost of the documents.

Buyer _W. S.P.C._ **(SEE CONTINUATION)** Seller _____.

## A. CONDOMINIUM ASSOCIATION DISCLOSURE (CONTINUED)

7. **BUYER'S RECEIPT OF DOCUMENTS:** *Not Yet*
   (COMPLETE AND CHECK ONLY IF CORRECT)  ☐  Buyer received the documents described in Paragraph 5,
   above, on _____

8. **COMMON ELEMENTS; PARKING:**
   The Property includes the unit being purchased and an undivided interest in the common elements and an
   appurtenant limited common elements of the condominium, as specified in the Declaration. Seller's right and interest
   in or to the use of the following parking space(s), garage, and other areas are included in the sale of the Property and
   shall be assigned to Buyer at Closing, subject to the Declaration:
   Parking Space(s) # _136_   Garage # _____   Other: _____

9. **INSPECTIONS AND REPAIRS:**
   The rights and obligations arising under Paragraphs 11 and 12 of this Contract to maintain, repair, replace or treat are
   limited to Seller's individual condominium unit and unless Seller is otherwise responsible do not extend to common
   elements, limited common elements, or any other part of the condominium property.

10. **GOVERNANCE FORM:**
    PURSUANT TO CHAPTER 718, FLORIDA STATUTES, BUYER IS ENTITLED TO RECEIVE FROM SELLER A
    COPY OF THE GOVERNANCE FORM IN THE FORMAT PROVIDED BY THE DIVISION OF FLORIDA
    CONDOMINIUMS, TIMESHARES AND MOBILE HOMES OF THE DEPARTMENT OF BUSINESS AND
    PROFESSIONAL REGULATION, SUMMARIZING THE GOVERNANCE OF THE CONDOMINIUM ASSOCIATION.

Buyer _____ J.P.C.     Seller _____



# ATCHLEY INTERNATIONAL REALTY, LLC

## STANDARD DISCLOSURE ADDENDUM

Harbor Pines Condominiums

Property: 6033 34th St. W. #136                    Date: 1-17-13

Seller(s): PFG LLC                    /

Buyer(s): Sonia Pastran , José Libredo Quiroga Espitia

This Standard Disclosure Addendum shall be attached to and included in the Residential Contract for Sale and Purchase between Seller and Buyer regarding the Property. If this Addendum is executed by Buyer in connection with a purchase offer for the Property, Buyer acknowledges the disclosures, terms and conditions described herein and agree that this Addendum shall be applicable to Buyer whether or not the purchase offer is accepted by Seller. All parties signing this Addendum "the Parties" acknowledge receipt of and agreement to the following disclosures, terms and conditions which shall survive the expiration, termination and/or closing of the Contract. Atchley International Realty, LLC including its licensees, affiliates and employees ("Broker") provides the following information and disclosures to the Parties:

1.      Professional Advice: Broker recommends that all Parties verify all facts and representations that are important to them and consult with an appropriately licensed and qualified professional for specialized advice, including but not limited to legal advice, tax advice, insurance advice, property condition, legal description, property survey, condition of title, property value, environmental condition and other specialized advice. All Parties hereby acknowledge no reliance on Broker for such specialized advice. All Parties agree to rely solely on appropriate qualified professionals for specialized advice on any and all matters regarding the Property. All parties hereby acknowledge and agree to take responsibility for selection and compensation of such appropriate qualified professionals.

2.      Legal Advice: All Parties are hereby advised and acknowledge that Broker and its officers, directors, agents, licensees, affiliates and employees are not lawyers and by Florida law may not give legal advice, may not provide advice on specific legal rights and/or legal remedies, and may not provide representation in court. Broker recommends and advises all Parties to verify all facts and representations that are important to such Parties and to consult an appropriately licensed and qualified attorney regarding those matters. All Parties agree to rely solely on an appropriately licensed and qualified attorney for legal advice on any and all matters regarding the Property. All Parties hereby acknowledge no reliance on Broker for such legal advice.

3.      Tax Liability: Broker and its licensees and/or affiliates do not render a professional opinion or advice regarding municipal, state or federal tax liabilities or benefits. All Parties acknowledge and agree to seek qualified professional advice regarding such tax matters or benefits which may result from this transaction and all Parties acknowledge that they have not relied upon any statement regarding such matters which may have been provided by Broker.

4.      Property Information: Buyer is advised to retain appropriate qualified professionals and consult with governmental agencies for verification of any information pertaining to the age, condition, room sizes, property dimensions, structural definition, building and feature specifications, environmental conditions, insurance information, property taxes, mortgage information, legal descriptions, condition of title, property value, school districts, building permits, municipal liens and all other information regarding the Property. Broker does not render any professional opinion as to the condition of the Property being purchased.

5.      Closing Costs – I (We) understand and agree that at closing, additional sums will be required in the form of closing costs. The mortgage lender or closing agent should provide an estimate of these costs. Included in these costs is a brokerage fee of $250 payable to Atchley International Realty, LLC from its Buyer(s) and/or Seller(s), which will be collected at or before closing, for coordination and retention of certain documents for a minimum of five years pertinent to the transaction required by Florida Statue 475.5015.

6.      Home Inspection - ATCHLEY INTERNATIONAL REALTY, LCC, its agents and broker, strongly recommends that Buyers, for your protection, obtain a home inspection that will give you an impartial, physical evaluation that is more detailed than an appraisal. In a home inspection, a qualified inspector takes an in-depth, unbiased look at your potential new home to: (1) evaluate the physical condition; structure, construction and mechanical systems (2) identify items that need to be repaired and/or replaced and (3) estimate the remaining useful life of the remaining systems, equipment, structures and finishes. The inspection gives a detailed report on the condition of the structural components, exterior, roofing, plumbing, electrical, heating, insulation and ventilation, air

conditioning and interiors. It is your responsibility to be an informed buyer. You have the right to carefully examine your potential new home with a qualified home inspector. This inspection should be carried out within the time constraints contained in your purchase and sale contract. Termite Inspections are also recommended within 30 days of closing.

7.    **Home Warranty** – ATCHLEY INTERNATIONAL REALTY, LCC, its agents and broker, strongly recommends that Buyers and/or Sellers of residential property purchase a Home Warranty policy. (*Disclosure:* In some cases Atchley International Realty, LLC may receive an administrative fee from the Home Warranty provider.)

8.    **Property Taxes** – The Constitution of the State of Florida states that annual increases in the assessed value of homestead property shall not exceed the lower of: three percent (3%) of the assessed value for the prior year or the percent change in the Consumer Price Index. After any change of ownership, homestead property will be assessed at "just value" as of January 1 of the following year, which may result in a property tax increase. ATCHLEY INTERNATIONAL REALTY, LLC, its agents, employees, and broker, make no representation as to the future property taxes and we advise Buyers to contact the local Property Appraiser's Office for an estimate of tax liability.

9.    **Sex Offender/Predator Information** – The Florida Sexual Predators Act (Florida Statute 775.21) requires that all sexual offenders and/or predators register with the Florida Department of Law Enforcement (FDLE). This information is available to the public and may be obtained by referring to the FDLE website at www.fdle.state.fl.us or by calling the FDLE at 888-FL-PREDATOR (888-357-7332). ATCHLEY INTERNATIONAL REALTY, LLC, its agents and broker, strongly recommends that all Buyers obtain this information prior to purchasing a home.

10.    **Mold** – Purchasers are advised and understand that potential health risks are known to derive from excessive levels of certain type of mold, which is found in residential homes. In the event the Purchasers decline the opportunity to have the home tested for the presence of mold, including laboratory sample analysis, Purchasers agree to hold harmless all those involved in the sale, for any damages or responsibility for building conditions which remain undiscovered regarding all types of mold and mold spores. This includes the Sellers, Realtors and Real Estate Companies.

11.    **School Zones** – Due to the growth in the area, school districts regularly redistrict. Purchasers are advised to research the school zones, both current and projected, for the property they are interested in buying. Sellers, Realtors and Real Estate Companies cannot be held responsible for these changes. "School Choice" and "Magnet Schools" are options that may be available in some districts. It is recommended that you contact the appropriate district for specific information.

12.    **Equal Housing Opportunities** – The Broker is required by law and The National Association of Realtors Code of Ethics to treat all parties in a property transaction fairly without regard to race, color, religion, national origin, ancestry, sex, age, marital status, presence of children or physical or mental handicaps.

13.    **Government Regulations and Permits** – Atchley International Realty, LLC, its independent contractors, associates, managers, and employees make no warranties regarding the ability to construct improvements on any property and all purchasers should check with the appropriate county concerning such issues. In addition, it is the Buyer's responsibility to confirm that all improvements on the Property have been built in accordance with all governmental regulations and that the permits have been obtained and closed out for all improvements/repairs to the property requiring permits. No undertaking is being made by Atchley International Realty, LLC or its agents, employees, or trade partners with respect to the matters set forth in this paragraph.

14.    **Defective Drywall** – There may hazards associated with drywall imported from China or other countries, which was installed in various homes throughout Florida, primarily during the building material shortages that began around 2004 (although some reports indicate earlier installations). Various reports have stated that some defective drywall products may cause the release of sulfur and other materials which may pose health risks, and that these fumes may cause air conditioning evaporator coils to corrode and fail, and pipes and wiring to deteriorate. Many of these reports are available on the Internet should you chose to review them. Additional important information can found the Florida Department of health's website at www.doh.state.fl.us/Environment/coommunity/indoor-air/drywall.html.

15.    **Pinhole Leaks** – Pinhole leaks in cooper plumbing affect property owners throughout the United States. To date, no definitive reason has been determined for the cause of the leaks, although it seems to affect some communities more than others. Some homeowners associations have a website, and you may be able to obtain information if any home in that community that has experienced pinhole leaks. Also, we recommend that you contact the Board of Directors for relevant information. Obviously, not all past plumbing repairs are the result of pinhole leaks and only professional can make such a determination. We recommend that you seek professional advice from a plumber or other appropriate professional.

16.    **Scrub Jay** – Buyer hereby acknowledges that Buyer has been informed by Atchley International Realty, LLC that certain properties in Florida including, but not limited to, Sarasota, Manatee, Charlotte, Hardee and Lee counties can be or are in the Scrub Jay Habitat area. Scrub Jays are a protected native Florida bird. In order to obtain a building permit, the Buyer may be required to

mitigate the property two to one (2 – 1). If you purchase a half-acre lot you may be required to mitigate one acre to obtain a permit. If mitigation is required we advise you to see the appropriate legal advice. Purchasers in the Sarasota, Manatee, and Charlotte counties can use the following contact information to find out about the Scrub Jay Habitat in the area: Charlotte County: www.ccgis.com or 941-764-4383   Sarasota County: www.scgov.net or  941-861-3029   Manatee County: www.co-manateefl.us or 941-741-5980.

17.     **Seller Disclosure** – Seller is hereby advised that Florida law requires Sellers to fully disclose facts known to Seller materially affecting the value of the Property. Seller is further advised that Seller's failure to complete a written disclosure form may be adverse to Seller's interests by potentially exposing Seller to increased risk of liability and may be detrimental to the marketing of the property and contract negotiations. Seller is also advised to contact its lender for current information on mortgage balances and payoffs and any possible prepayment penalty.

19.     **Bank-Owned Property** – Buyer is hereby advised that bank-owned property ("REO") which is offered for sale has likely been acquired by the Seller through foreclosure and may or may not have outstanding claims or liabilities associated with the title. Further, the Seller may or may not have knowledge or information regarding the Property condition. In addition, the Seller may have prepared and require use of documents and/or addenda that are not typically used in non-REO transactions and which are generally favorable to Seller and not to Buyer. Buyer is advised to seek appropriate legal, financial, tax, insurance and title counsel to discuss the applicability and interpretation of any Seller-prepared documents and/or addenda prior to signing any such documents.

20.     **Short Sale** – The purchaser of Property offered for short sale may involve substantial financial and legal issues and significant delay. Broker does not provide legal, financial or tax advice and hereby advises Buyer to obtain such advice from an appropriately qualified attorney and/or accountant prior to entering into a short sale. Approval of a short sale by the lender can be a prolonged process requiring the delivery of significant information and documentation to lender by Seller and Buyer. Buyer may lose the opportunity to pursue other purchases while Buyer awaits lender approval of its short sale contract Buyer acknowledges that Broker has no control over the acceptance or counter of a short sale offer or the timely response of lender to a short sale contract.

21.     **Multiple Offers** – Buyer should be aware that more than one offer may be received by Seller on the Property on which the Buyer is currently making a purchase offer. The Seller is under no obligation to advise Buyer that there are multiple offers on the Property or to negotiate offers in the order in which they are received and it is solely at the discretion of the Seller as to which offer, if any, that may be accepted, rejected, or countered at any given time. Broker cannot guaranty or predict what offer Seller will accept or counter and cannot outline the criteria under which the Buyer's offer may or may not be selected over another offer. The only obligation of Broker is to present all offers when they are received at which time the Seller may or may not act upon said offer. Buyer further understands that other potential buyers may consider, make offers or purchase through the same Broker or seek similar properties as Buyer is seeking to acquire. Broker shall neither disclose the terms and/or condition of any pending offers for the purchase of such Property nor shall Broker reveal or discuss with other buyers the terms and conditions of the offer made by Buyer.

22.     **Release and Hold Harmless** – The Parties acknowledge receipt of and agreement to the disclosures, terms and conditions described in this Addendum and hereby confirm that such items are not the professional responsibility of Broker. Accordingly, the Parties hereby release and hold harmless Broker and all of its associates, staff and employees from any and all liability regarding the matters contained in this Addendum. It is presumed that all real estate licensees are operating as transaction brokers unless a single agency or a no brokerage relationship is established in writing.

23.     **Conclusion** – As a prospective buyer of a Property, you are advised to pursue any and all efforts to obtain whatever information you believe is necessary or appropriate from third parties regarding these matters in order to make a decision on whether to purchase the property. Neither Atchley International Realty, LLC nor its representatives are qualified to assist in obtaining this information and Buyer(s) agrees not to rely on Atchley International Realty, LLC or its associates, staff, license agents or representatives in connection with the matters set forth herein. Buyer(s) agree to rely solely on information from qualified inspectors, engineers, attorneys, accountants, advisors, governmental agencies and/or other third parties retained by Buyer regarding the issues described herein.

If you have any questions or don't feel that you adequately understand the items mentioned in this Addendum, please seek the advice of an attorney.

IN WITNESS WHEREOF, the Parties hereto have executed this Addendum as of the date first above written.

BUYER(S):                                                        SELLER(S):

X Jose Liberado Quiroga _____        _____

Sonia Pastran C. _____                   _____

WAGNER REALTY

*Bringing People Home Since 1939*

## Addendum to Sales Agreement

### ESCROW AGENT
All parties to this contract expressly agree that all deposits placed with Wagner Realty may be placed in an interest bearing account with the inter accruing to the account of Wagner Realty to defray the cost of maintaining said Trust Account. Deposits will accrue interest only from the date t bank receives and credits the Trust Account through the date Escrow Agent is notified that the transaction is scheduled for closing and the funds a transferred.

### AMENDMENT 10 DISCLOSURE
When a homesteaded property sells, the buyer benefits from the current assessment and taxes for only the remainder of that year. The assessmer for the following year will be determined by the appropriate Property Appraiser's Office. For specific questions please consult the appropriate County Property Appraiser.

### MARKETING RELATIONSHIP DISCLOSURE
Wagner Realty has a mutual, non-exclusive marketing relationship with REMN Real Estate Mortgage Network, Inc.; Barnes Walker Title, Inc. ar Boyd Insurance & Investment Services, Inc.

### HOME INSPECTION DISCLOSURE
It is your responsibility to be an informed buyer. Be sure that what you buy is satisfactory in every respect. You have the right to carefully exam your potential new home with a qualified home inspector. You may arrange to do so before signing your contract, or you may follow the time fr allowed in your sales contract for performing the necessary inspections.

### ROOF INSPECTION DISCLOSURE
Wagner Realty advises all buyers to obtain a professional roof inspection of the subject property within the inspection period. Wagner Realty age can only rely on the representations of the seller as to the condition, age and watertight security of any roof. FHA Inspectors, VA Inspectors and Professional Home Inspectors are NOT qualified to advise about the future economic life span of a roof. Any dispute or negotiation resulting fro roof problem will be the sole responsibility of the buyer.

### CONDOMINIUMS AS INVESTMENT/RENTAL PROPERTY
The Florida Supreme Court has ruled that Condominium owners, by the rights entitled in their bylaws, have the power to vote to restrict-or-ban r units at their complexes. Restrictions can include an outright ban on renting, minimum periods for a lease and a prohibition on renting during the first year of ownership. Neither Wagner Realty nor its agents make any claims as to any Condominium's current or future rental capability. We suggest you contact the Condominium Association directly to ascertain their position regarding rental units in their complex.

### MOLD AND MILDEW INSPECTION DISCLOSURE
Wagner Realty advises all buyers who are purchasing property, who may have concerns about mold/mildew in that property to have the appropri inspections and/or treatment completed prior to closing. Wagner Realty agents can only rely on the representations of the seller concerning this matter.

### SEXUAL OFFENDER/PREDATOR INFORMATION
Florida Statute 775.21 states that all sexual offenders and predators names and addresses are public record. Wagner Realty advises all prospectiv buyers to obtain this information before purchasing a home. Call 1-888-357-7332 or refer to the FDLE Website at ...

### DISCLAIMER/RELEASE
Wagner Realty, its brokers and agents (Realtors®) are limited to their scope in acting as Realtors® only, and shall not act nor give advice on any l accounting, inspection, building, engineering, mold, drywall, health, title, survey, financing, zoning, or permitting, illegal, or discriminatory issu and it is hereby acknowledged by the undersigned that they have or will have the opportunity to consult with professionals related to the above an obtain the related advice independent from the Realtor®. The undersigned has not relied on nor received any information or advice from Realtor regarding the above issues and releases and indemnifies the Realtor® from any liability or damage relating to or arising from the said issues.

Date: Enero 26/2013    X    Buyer:

Date: Enero 26/2013      Buyer:

Date: 2.18.13      Seller:

Date: _____      Seller:

## RE: From Wagner Realty

From: **Diego Libardo Quiroga Pastran Libardo Quiroga abogados.** (diegolqp@hotmail.com)
Sent: Fri 1/25/13 5:40 PM
To: Wagner Realty El Con (wrcorpcopier@tampabay.rr.com)
Cc: fosterlewis@hotmail.com (fosterlewis@hotmail.com)

Buenas tardes .-

He intentado comunicarme telefonicamente con la señorita LINDA LANDINEZ pero desafortunadamente no nos ha sido posible.

Tenemos algunas inquietudes que son:

1.- Este inmueble cuenta con cupo de parqueo para vehiculo liviano?

2.- No nos quedó claro del documento recibido si el inmueble soporta un gravamen hipotecario que se encuentre vigente o el que aparece inscrito ya fue cancelado?

3.- Cual es el area del inmueble casa No 136 (apartamento del segundo piso que es objeto de nuestro interes)

4.- La propuesta esta formulada en nombre de mi esposa SONIA PASTRAN y ella firma los documentos remitidos pero nuestro interes es que la escritura quede a nombre de los dos esposos es decir SONIA PASTRAN CUBIDES y JOSE LIBARDO QUIROGA ESPITIA o es posible firmar este documento de promesa de compraventa de inmueble de una vez por los dos interesados?.

5.- Perfeccionada la operacion como esta planteada en este documento en que momento se produce la entrega real y material del inmueble?

Les ruego se sirvan darnos respuesta a estos temas y el dia lunes les estamos remitiendo el documento debidamente firmado

atentamente,

JOSE LIBARDO QUIROGA ESPITIA    SONIA PASTRAN CUBIDES

DIEGO LIBARDO QUIROGA PASTRAN
LIBARDO QUIROGA & ABOGADOS
Subgerente.
Rtte. PROCINAL BOGOTA LTDA.-
Abogado/Attorney.

Celular: 3015772691
Telefax: 6166054
Pin blackberry: 2299AEAF