

**My Florida Regional MLS / Customer Synopsis Report / Residential Property**

| A3960459 | 6033 34TH W ST # 54, BRADENTON | |
|---|---|---|
| County: Manatee County  Zip Code: 34210-3611  Unit #: 54 | | Status: Active with Contra |
| Sub. Name: HARBOR PINES CONDO | | List Price: $ 37,000 |
| Beds: 2  Baths: 1/0  SqFt Heated: 948 | | Sold Price: |
| Pool: Community | | Year Built: 1985 |
| Property:  , Condo | | Special Sale: Short Sale |
| Total Acreage: Zero Lot Line | Total SqFt: 1032  Pets Y/N: Y | ADOM: 174 |
| Construction Status: | Proj. Comp. Date: | CDOM: 214 |
| Location: Wooded View, In County | | |

Short Sale. Newly remodeled laminate floors and new tile in kichen and bathroom. High efficiency AC. Water heater is less than 5 years old. All the appliances th currently in the unit, will stay.

### Land, Site and Tax Information

SE/TP/RG: 15-35-17  Subdivision #: 6109124  Section #:  Block/Parcel: UP  Lot: 7  Front Exposure:
Tax ID: 6109173259
Alt.Key/Folio#:
Additional Parcel: N  Mill Rate: 16.5613  Lot
Taxes: $422.00  Tax Year: 2011  Homestead: Y  Other Exemptions:  CDD: N  Annual CDD Fee:
Legal Description: UNIT 7 LAGOON BUILDING OF HARBOR PINES A CONDO PI#61091.7325/9
Ownership: Condominium  Complex/Community Name:  Book/Page: 1439/4215  Floor #:
Manufactured / Mobile Style:  Model/Make:  Zoning: PDR  Future Land Use:0400  Zoning Comp.
Lot Dimensions:  Lot Size(Acres): 7.57  Lot Size(SqFt): 329,803  Days Lease:  Min Lease:  Lease # /Y
Water Frontage:  Water Access:  Water Name:
Water View:  Water Extras:  Waterfront Feet:

### Interior Information

Living Room: 15X12  Master Br.: 13X12  5th Bedroom:  Great Room:  Study / Den:
Family Room:  2nd Bedroom: 12X10  Studio:  Air Conditioning: Central
Kitchen: 12X08  3rd Bedroom:  Dinette:  Heat & Fuel: Central
Dining Room:  4th Bedroom:  Bonus Room:  Floor Covering: Laminate, Ceramic Tile, Carpet
Fireplace: N -  Balcony/Porch:  Security System:
Utilities Data: Cable Available, County Water, Electric, Street Lights
Interior Layout: Open Plan
Interior Features: Other
Master Bath:
Appliances Incl: Oven, Refrigerator, Microwave, Washer, Dryer
Kitchen:  Additional Rooms:

### Exterior Information

Ext. Construction: Wood Frame, Stucco  Style:  Pool:
Exterior Features: Patio/Porch/Deck Open, Sliding Doors
Garage/Carport: None Assigned Parking  Dimensions:  Roof: Shingle

### Community Information

Community Features:

Maintenance Includes: Cable Water/Sewer

Housing for Older Persons:  # of Pets:  Max Pet Weight:  Pet Restrictions:
HOA / Comm Assn: Required  HOA Fee: $288.00  HOA Payment Schedule: Monthly  Mo.Maint.$(addition to HOA):
Condo Fee: $0  Condo Fee Schedule: Annual
Elementary:  Middle or Junior:  High:

### Realtor Info

For more information on this or any other properties please contact:

**EUGEN ALDEA, SFR**
**ATCHLEY INTERNATIONAL REALTY**
Direct: 941-223-8889
Office: 941-556-9100






Directions: From Cortez go south on 34th St W to left in complex, stay right unit is on the left.

aldeasellsflorida@gmail.com
www.SarasotaNeighborhoods.com

Copyright 2012   MFRMLS, Inc. Information deemed reliable but not guaranteed. Parties are advised to verify.   11/05/2012   4:14 P



1/6

### My Florida Regional MLS / Customer Synopsis Report / Residential Property

**M5814058**  **6033 34TH W ST # 119, BRADENTON**

County: Manatee County   Zip Code: 34210-3617   Unit #: 119   Status: Pending
Sub. Name: HARBOR PINES CONDO   List Price: $ 42,000
Beds: 2   Baths: 1   SqFt Heated: 936   Sold Price:
Pool: None Community   Year Built: 1985
Property: 1st Floor Multi-Story, Condo   Special Sale: Short Sale
Total Acreage: Non-Applicable   Total SqFt: 1017   Pets Y/N: Y   ADOM: 515
Construction Status:   Proj. Comp. Date:   CDOM: 515
Location: Pool View, Sidewalk, Street Paved

**Virtual Tour**

Short Sale- Buyer just walked, the HOA will not allow investors so if you are looking for a winter hideaway, or a place for your student to go to the college down street, or yourself to get retrained, where can you find a place to stay at this price. You can't even rent at this price. This price includes the massive amount of HC that are payable and they won't discharge, so we not only have to get enough for the bank but also the HOA. Good thing for future buyers is that the HOA is no be in the hole, they collect their money, There are some old water damage from upstairs leaking toilet, but nothing is active now so a good cleaning out and you h: home by the swimming pool. Cute 2/2 condo with inside utilities. Great location for SCF students, business professional, retired, or for a winter hideway. Commu is just a few convenient steps away from the back door of the patio. This community has camera security. Listing price may not be sufficient to pay the total of a and costs of sale, and sale of Property at full listing price may require approval of seller's lender(s).

### Land, Site and Tax Information

SE/TP/RG: 15-35-17   Subdivision #: 6109124   Section #:   Block/Parcel: OF   Lot#: 1   Front Exposure:
Tax ID: 6109173952   Alt.Key/Folio#:   Additional Parcel: N   Mill Rate: 16.248   Lot
Taxes: $828.00   Tax Year: 2011   Homestead: N   Other Exemptions: N   CDD: N   Annual CDD Fee:
Legal Description: UNIT 1 BLACK CORAL BUILDING OF HARBOR PINES A CONDO PI#61091.7395/2
Ownership: Condominium   Complex/Community Name:   Book/Page:   Floor #:
Manufactured / Mobile Style:   Model/Make:   Zoning: PDR   Future Land Use:0400   Zoning Comp.
Lot Dimensions:   Lot Size(Acres):   Lot Size(SqFt):   Days Lease:   Min Lease:   Lease # /Y:
Water Frontage:   Water Access:   Water Name:
Water View:   Water Extras:   Waterfront Feet:

### Interior Information

| | | | | | |
|---|---|---|---|---|---|
| Living Room: | 15x12 | Master Br.: 15x12 | 5th Bedroom: | Great Room: | Study / Den: |
| Family Room: | | 2nd Bedroom: 12x11 | Studio: | Air Conditioning: Central | |
| Kitchen: | 12x08 | 3rd Bedroom: | Dinette: | Heat & Fuel: Central, Fuel - Electric | |
| Dining Room: | 12x09 | 4th Bedroom: | Bonus Room: | Floor Covering: Carpet | |
| Fireplace: | N - | | Balcony/Porch | Security System: | |

Utilities Data: BB/HS Internet Avail, Cable Connected, City Water, Electric, Public Sewer, Public Water Available
Interior Layout: Living Room/Great Room, Living/Dining Room Combo, Mstr Bedroom Downstairs, Open Plan, Split Bedroom
Interior Features: Smoke Alarm(s), Unfurnished
Master Bath: Shower No Tub
Appliances Incl: Dishwasher, Dryer, Range, Refrigerator
Kitchen: Breakfast Bar   Additional Rooms:

### Exterior Information

Ext. Construction: Block, Stucco   Style: Florida   Pool:
Exterior Features: Mature Landscaping, Oak Trees, Patio/Porch Covered, Sliding Doors, Storage
Garage/Carport: Guest Parking Washer/Dryer Hookup   Dimensions:   Roof: Shingle

### Community Information

Community Features: Byr Appr Req, Deed Restr, Deed Restr, Tennis Courts

Maintenance Includes: Cable Ground Mtnce Manager Rec Facity Security Water/Sewer

Housing for Older Persons:   # of Pets:   Max Pet Weight:   Pet Restrictions:
HOA / Comm Assn: Required   HOA Fee: $280.00   HOA Payment Schedule: Monthly   Mo.Maint.$(addition to HOA):
Condo Fee:   Condo Fee Schedule:
Elementary:   Middle or Junior:   High:

### Realtor Info

For more information on this or any other properties please contact:
**EUGEN ALDEA, SFR**
**ATCHLEY INTERNATIONAL REALTY**
Direct: 941-223-8889
Office: 941-556-9100




   

© 201:

Directions: Traveling West on Cortez turn Turn RIGHT c
59TH ST W. Turn LEFT onto 36TH AVE W. Turn RIGH
61ST ST W. Turn RIGHT onto 35TH AVE W. Turn LEF
60TH ST W. 60TH ST W becomes 34TH AVE W. 6033
AVE W APT 113 is on the LEFT.

aldeasellsflorida@gmail.com
www.SarasotaNeighborhoods.com

Copyright 2012    MFRMLS, Inc. Information deemed reliable but not guaranteed. Parties are advised to verify.    11/05/2012 4:14 P

1 / 10

## My Florida Regional MLS / Customer Synopsis Report / Residential Property

**M5832010**    **6033 34TH W ST # 146, BRADENTON**

County: Manatee County   Zip Code: 34210-3619   Unit #: 146    Status: Sold
Sub. Name: HARBOR PINES CONDO                                   List Price: $ 45,900
Beds: 2   Baths: 2/0   SqFt Heated: 948                         Sold Price: $ 40,000
Pool: None                                                      Year Built: 1985
Property: , Condo                                               Special Sale: None
Total Acreage: Zero Lot Line    Total SqFt: 1032   Pets Y/N: Y  ADOM: 17
Construction Status:            Proj. Comp. Date:               CDOM: 17
Location: Close to Bus

**Virtual Tour**

Harbor Pines! Minutes from the State College of Florida and IMG Academies this 2 bedroom, 2 bath condo is perfect for students who need to be close to the acti
kitchen is large with newer appliances and plenty of cabinet space. The living room has laminate flooring and opens to the screened in balcony that overlooks the
The guest bath is recently remodeled with new fixtures and tile floors. The condo is located on the second floor for privacy. Harbor Pines has a fitness center and
community pool and is pet friendly. Great value, hurry it won't last long!

### Land, Site and Tax Information

SE/TP/RG: 15-35-17   Subdivision #: 6109124   Section #:   Block/Parcel: OF   Lot#: 8   Front Exposure:
Tax ID: 6109176203                Alt.Key/Folio#:                    Additional Parcel: N   Mill Rate: 16.5613   Lot
Taxes: $422.00   Tax Year: 2011   Homestead: Y   Other Exemptions:   CDD: N   Annual CDD Fee:
Legal Description: UNIT 8 WINDWARD BUILDING OF HARBOR PINES A CONDO PI#61091.7620/3
Ownership: Condominium   Complex/Community Name:                Book/Page: 1439/4215   Floor #:
Manufactured / Mobile Style:      Model/Make:   Zoning: PDR   Future Land Use:0400   Zoning Comp.
Lot Dimensions:   Lot Size(Acres): 7.57   Lot Size(SqFt): 329,803   Days Lease:   Min Lease:   Lease # /Y
Water Frontage:                   Water Access:                                   Water Name:
Water View:                       Water Extras:                                   Waterfront Feet:

### Interior Information

Living Room:   11x15   Master Br.:  12x14   3rd Bedroom:        Great Room:        Study / Den:
Family Room:   08x11   2nd Bedroom: 10x13   Studio:             Air Conditioning: Central
Kitchen:       06x10   3rd Bedroom:         Dinette:            Heat & Fuel: Fuel - Electric
Dining Room:           4th Bedroom:         Bonus Room:         Floor Covering: Laminate, Carpet
Fireplace:     N -                          Balcony/Porch       Security System:
Utilities Data: Public Utilities
Interior Layout:
Interior Features: Ceiling Fan(s),Smoke Alarm(s)
Master Bath:    Tub with Shower
Appliances Incl: Dishwasher,Dryer,Microwave,Oven,Refrigerator,Washer
Kitchen:        Breakfast Bar                                   Additional Rooms:

### Exterior Information

Ext. Construction: Stucco        Style:                         Pool:
Exterior Features: Mature Landscaping
Garage/Carport:  None
                                                                Dimensions:        Roof: Shingle

### Community Information

Community Features:

Maintenance Includes: Bldg Exter Ground Mtnce

Housing for Older Persons:        # of Pets: 1   Max Pet Weight:    Pet Restrictions:
HOA / Comm Assn: None   HOA Fee:   HOA Payment Schedule:         Mo.Maint.$(addition to HOA):
                        Condo Fee: $280   Condo Fee Schedule: Monthly
Elementary:             Middle or Junior:                        High:

### Realtor Info

For more information on this or any other properties
please contact:
**EUGEN ALDEA, SFR**
**ATCHLEY INTERNATIONAL REALTY**
Direct: 941-223-8889
Office: 941-556-9100

  

   

Directions: 34th St past IMG to Harbor Pines on left.

aldeasellsflorida@gmail.com
www.SarasotaNeighborhoods.com

Copyright 2012  MFRMLS, Inc. Information deemed reliable but not guaranteed. Parties are advised to verify.    11/05/2012   4:14 P



My Florida Regional MLS / Customer Synopsis Report / Residential Property

| A3959094 | 6033 34TH W ST # 8, BRADENTON | |
|---|---|---|
| County: Manatee County Zip Code: 34210-3619 Unit #: 8 | | Status: Sold |
| Sub. Name: HARBOR PINES CONDO | | List Price: $ 45,000 |
| Beds: 2  Baths: 1/0  SqFt Heated: 948 | | Sold Price: $ 43,000 |
| Pool: Community | | Year Built: 1985 |
| Property: , Condo | | Special Sale: Short Sale |
| Total Acreage: Zero Lot Line | Total SqFt: 1032  Pets Y/N: Y | ADOM: 9 |
| Construction Status: | Proj. Comp. Date: | CDOM: 9 |
| Location: In County | | |

Virtual Tour

Short Sale. Buyer Walked. Very Nicely Updated Clean and Comfortable 2 Bedroom 2 Bath condo. The Condo Association prohibits renting for the first 2 years of ownership. Ammenities include Community Pool and Tennis Court.

### Land, Site and Tax Information

SE/TP/RG: 15-35-17  Subdivision #: 6109124  Section #:  Block/Parcel: OF  Lot#: 8  Front Exposure:
Tax ID: 6109170453  Alt.Key/Folio#:  Additional Parcel: N  Mill Rate: 16.5613  Lot
Taxes: $422.00  Tax Year: 2011  Homestead: Y  Other Exemptions:  CDD: N  Annual CDD Fee:
Legal Description: UNIT 8 WINDWARD BUILDING OF HARBOR PINES A CONDO PI#61091.7620/3
Ownership: Condominium  Complex/Community Name:  Book/Page: 1439/4215  Floor #:
Manufactured / Mobile Style:  Model/Make:  Zoning: PDR  Future Land Use:0400  Zoning Comp.
Lot Dimensions:  Lot Size(Acres): 7.57  Lot Size(SqFt): 329,803  Days Lease:  Min Lease:  Lease # /Y
Water Frontage:  Water Access:  Water Name:
Water View:  Water Extras:  Waterfront Feet:

### Interior Information

Living Room: 15x12  Master Br.: 12x13  5th Bedroom:  Great Room:  Study / Den:
Family Room:  2nd Bedroom:  Studio:  Air Conditioning: Central
Kitchen: 12x08  3rd Bedroom:  Dinette:  Heat & Fuel: Central
Dining Room:  4th Bedroom:  Bonus Room:  Floor Covering: Ceramic Tile, Laminate
Fireplace: N -  Balcony/Porch  Security System:
Utilities Data: Cable Connected
Interior Layout:
Interior Features: Ceiling Fan(s), Smoke Alarm(s), Solid Sfc Cntrs, Unfurnished, Wshr/Dryr Hkup
Master Bath:
Appliances Incl: Dishwasher, Disposal, Hot Water Electric, Microwave, Range, Refrigerator, Washer
Kitchen:  Additional Rooms:

### Exterior Information

Ext. Construction: Wood Frame  Style:  Pool:
Exterior Features: Patio/Porch/Deck Scr
Garage/Carport: None  Dimensions:  Roof: Shingle

### Community Information

Community Features:

Maintenance Includes: Comm Pool Tennis Court

Housing for Older Persons:  # of Pets:  Max Pet Weight:  Pet Restrictions:
HOA / Comm Assn: Required  HOA Fee: $288.00  HOA Payment Schedule: Monthly  Mo.Maint.$(addition to HOA):
Condo Fee: $288  Condo Fee Schedule: Monthly
Elementary:  Middle or Junior:  High:

### Realtor Info

For more information on this or any other properties please contact:

**EUGEN ALDEA, SFR**
**ATCHLEY INTERNATIONAL REALTY**
Direct: 941-223-8889
Office: 941-556-9100





Directions: Bayshore Parkway north on 34th Street to H Pines.

© 2012 Microsoft Corp

aldeasellsflorida@gmail.com
www.SarasotaNeighborhoods.com

Copyright 2012   MFRMLS, Inc. Information deemed reliable but not guaranteed. Parties are advised to verify.   11/05/2012  4:15 P



My Florida Regional MLS / Customer Synopsis Report / Residential Property

**M5829538    6033 34TH W ST # 128, BRADENTON**

County: Manatee County   Zip Code: 34210-3617   Unit #: 128   Status: Sold
Sub. Name: HARBOR PINES CONDO                                List Price: $ 45,900
Beds: 2   Baths: 2/0   SqFt Heated: 948                      Sold Price: $ 43,650
Pool: Community - In Ground                                  Year Built: 1985
Property: 2nd Floor Multi-Story, Condo                       Special Sale: None
Total Acreage: Zero Lot Line   Total SqFt: 1032  Pets Y/N: Y  ADOM: 77
Construction Status:           Proj. Comp. Date:              CDOM: 77
Location: Close to Bus, End Unit, In County

Virtual Tour

Great end unit condo being sold "As Is" with right to all inspections. 2 bedroom, 2 bath with plenty of storage. Open Great Room gives feeling of space. Airy, scree overlooks lush landscaping and pond with fountain. Steps to pool and workout room in clubhouse. Conveniently located near State College of Florida and IMG Spo Academy, restaurants and shopping. Also, drive about 10-15 minutes to Anna Maria Island sugar sand beaches!

### Land, Site and Tax Information

SE/TP/RG: 15-35-17   Subdivision #: 6109124   Section #:   Block/Parcel: OF   Lot#: 5   Front Exposure:
Tax ID: 6109175155              Alt.Key/Folio#:                 Additional Parcel: N   Mill Rate: 16.5613   Lot
Taxes: $836.00   Tax Year: 2011   Homestead: N   Other Exemptions:   CDD: N   Annual CDD Fee:
Legal Description: UNIT 5 SAND DOLLAR BUILDING OF HARBOR PINES A CONDO PI#61091.7515/5
Ownership: Fee Simple   Complex/Community Name:              Book/Page: 1439/4215   Floor #:
Manufactured / Mobile Style:      Model/Make:                 Zoning: PDR   Future Land Use:0400   Zoning Comp.
Lot Dimensions:      Lot Size(Acres): 7.57   Lot Size(SqFt): 329,803   Days Lease: 0   Min Lease: NoRnt   Lease # /Y
Water Frontage:                   Water Access:                                        Water Name:
Water View: Lagoon, Pond          Water Extras:                                        Waterfront Feet:

### Interior Information

Living Room: 18x12   Master Br.: 12x11   5th Bedroom:    Great Room:                Study / Den:
Family Room:        2nd Bedroom: 12x10   Studio:         Air Conditioning: Central
Kitchen:     10x08  3rd Bedroom:         Dinette:        Heat & Fuel:  Central, Fuel - Electric
Dining Room:        4th Bedroom:         Bonus Room:     Floor Covering: Vinyl, Carpet
Fireplace:   N -                         Balcony/Porch   Security System:
Utilities Data: Cable Connected, County Water, Public Sewer, Public Municipal Water, Street Lights
Interior Layout: Split Bedroom, Great Room
Interior Features: Ceiling Fan(s), Inside Utility, Smoke Alarm(s), Unfurnished
Master Bath: Tub with Shower
Appliances Incl: Dishwasher, Disposal, Dryer, Hot Water Electric, Refrigerator, Washer, Range, Range Hood
Kitchen: Breakfast Bar                              Additional Rooms:

### Exterior Information

Ext. Construction:                       Style:                     Pool: In Ground
Exterior Features: Patio/Porch/Deck Scr, Sliding Doors, Storage
Garage/Carport: None Assigned Parking Guest Parking           Dimensions:      Roof: Shingle

### Community Information

Community Features: Fitness, Deed Restr, Tennis Courts

Maintenance Includes: Cable Comm Pool Ground Mtnce Pest Control Roof Private Road Public Insur Rec Facty Tennis Court Trash Remv Water/Sewer

Housing for Older Persons:        # of Pets: 1   Max Pet Weight:      Pet Restrictions:
HOA / Comm Assn: Required   HOA Fee: $288.00  HOA Payment Schedule: Monthly   Mo.Maint.$(addition to HOA):
                            Condo Fee:        Condo Fee Schedule:
Elementary:                 Middle or Junior:                        High:  Bayshore High

### Realtor Info

For more information on this or any other properties
please contact:
**EUGEN ALDEA, SFR**
**ATCHLEY INTERNATIONAL REALTY**
Direct: 941-223-8889
Office: 941-556-9100






© 2012 Microsoft Corp