IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SECURITIES AND EXCHANGE :
COMMISSION, :
 :
            Plaintiff, :  Civil Action No.
 :  1:12-cv-2296-TCB
 :
 :
            v. :
 :
AUBREY LEE PRICE; :
PFG, LLC; PFGBI, LLC; :
MONTGOMERY ASSET :
MANAGEMENT, LLC f/k/a PFG :
ASSET MANAGEMENT, LLC, (Florida :
Limited liability company); and :
MONTGOMERY ASSET :
MANGEMENT, LLC  f/k/a PFG :
ASSET MANAGEMENT, :
LLC, (Georgia limited liability company), :
 :
            Defendants. :
_____/

**AGREED ORDER GRANTING UNOPPOSED MOTION FOR SIX (6)
MONTH EXTENSION OF TIME TO FILE RECEIVER'S
LIQUIDATION AND DISTRIBUTION PLAN**

THIS CAUSE came before the Court on the Receiver's Unopposed Motion for Extension of Time to File Liquidation and Distribution Plan (the "Motion"). With the Court having considered the Motion, and finding that cause exists to grant the Motion, it is hereby ORDERED as follows:

1. The Receiver's Motion for six (6) month extension of time to file the Receiver's Liquidation and Distribution Plan is **GRANTED**.

2. The deadline for the Receiver to file her Liquidation and Distribution Plan is extended through and including September 30, 2013, or such later date as this Court may allow.

DONE AND ORDERED in the Northern District of Georgia, this 28th day of March, 2013.

_____
UNITED STATES DISTRICT COURT JUDGE