IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : : | |
| Plaintiff, | : : : | Civil Action No. 1:12-cv-2296-TCB |
| | : : : | |
| v. | : : | |
| AUBREY LEE PRICE; PFG, LLC; PFGBI, LLC; MONTGOMERY ASSET MANAGEMENT, LLC f/k/a PFG ASSET MANAGEMENT, LLC, (Florida Limited liability company); and MONTGOMERY ASSET MANGEMENT, LLC  f/k/a PFG ASSET MANAGEMENT, LLC,(Georgia limited liability company) | : : : : : : : : : : : | |
| Defendants. | : : / | |

**ORDER GRANTING RECEIVER'S MOTION TO APPROVE SALE OF PROPERTY OF THE ESTATE (HARBOR PINES UNIT 136)**

THIS CAUSE came before the Court on the Receiver's Motion to Approve Sale of Property of the Estate (Harbor Pines Unit 136) (the "Motion").  With the Court having considered the Motion, and finding that cause exists to grant the Motion, it is hereby ORDERED as follows:

1. The Motion is **GRANTED**.

2. The Court finds that the Receiver's efforts in marketing the property located at 6033 34th Street W Unit #136, Bradenton, Florida, 34210 ("Unit 136") meet the requirements, and comply with the spirit, of 28 U.S.C. 2001(b), and that the sale of Unit 136 is in the best interest of the Receivership Estate.

3. The Court therefore approves the private sale of Unit 136 upon the terms and conditions set forth in the Offer (as defined in and attached as Exhibit A to the Motion), without requiring any further notice or process.

DONE AND ORDERED in the Northern District of Georgia, this  1st  day of     April    , 2012.

_____
UNITED STATES DISTRICT COURT JUDGE