4/4/13 My Florida Regional MLS - Comparable Properties Report - 3500 EL CONQUISTADOR PKWY APT 120 BRADENTON, FL 34210-3806

Case 1:12-cv-02296-TCB Document 77-2 Filed 04/04/13 Page 1 of 1



**My Florida Regional MLS - IMAPP**
**Comparable Properties Report - 3500 EL CONQUISTADOR PKWY APT 120, BRADENTON, FL 34210-3806**
**Report Prepared By EUGEN ALDEA**

## Subject Property

**PID #** 6145513229
**Address:**
3500 EL CNQUISTDR PKWY APT 120
BRADENTON, FL 34210-3806
**Last Sale Price:** $10
**Last Sale Date:** 11/02/2009
**Market Value:** $90,406
**Assessed Value:** $90,406
**Total Land Area:** 625 sf
**Waterfront:** No
**Total Area:** 1,705 sf
**Living Area:** 1,517 sf
**Bedrooms:** 2        **Baths:** 1
**Year Built:** 1978   **Stories:** 1
**Pool:** N            **Garage:** N



### Projected Sale Price

Estimated Range Based On Value Ratio
$116,600 — **$118,400** — $120,000
Estimated Range Based On Price per SF
$116,000 — **$118,700** — $120,000

### Statistics About Comparable Properties

|  | Sale Price | Living Area | Market Value | $/SF | MV Ratio |
|---|---|---|---|---|---|
| **High:** | $120,000 | 1,517 sf | $91,606 | $79.10 | 1.327 |
| **Low:** | $105,000 | 1,373 sf | $81,385 | $76.47 | 1.29 |
| **Median:** | $120,000 | 1,517 sf | $90,406 | $79.10 | 1.31 |
| **Average:** | $115,000 | 1,469 sf | $87,799 | $78.23 | 1.309 |

### Explanation of Calculations

The Projected Sales Price section applies these statistics to determine the most likely sales price based on existing market conditions. Calculations are done using two methods, Value Ratio and Price Per Square Foot. The Price Per Square Foot is the last sale price divided by total building square footage. The Value Ratio is the last sales price divided by the market value. A Value Ratio below 0.950 signifies that the property sold for less than the Market Value. It might be a quit claim that does not reflect the true property value. A very high Value Ratio may indicate a property that has been split, or improved since the County Assessor's office assigned the market value.

### Comparison Criteria

| - Lot SF +/- 20% | - Bldg SF +/- 10% | - Located within 1 mile | - Sold in Last Year |
|---|---|---|---|
| - Ignore Year Built | - Ignore Bathrooms | - Ignore Bedrooms | - Ignore Waterfront |
| - Ignore Stories | - Ignore Garage | - Ignore Pool | - Use All Sales |

Note: only properties with similar property use classifications will be considered as potential matches.

### Comparable Properties

**1.** 3500 EL CNQUISTDR PKWY APT 356
BRADENTON, FL 34210-3830
**Last Sale:** $105,000 on 06/22/2012 ($76.47/SF)
**MVR:** 1.29   **Market Value:** $81,385
**Parcel ID #** 6145514714
**Bedrooms:** 2  **Baths:** 1
**Distance:** 0.19 miles
**Lot Size:** 625 sf   **Waterfront:** No
**Total Area:** 1,477 sf   **Garage:** No
**Living Area:** 1,373 sf  **Pool:** No
**Year Built:** 1979   **Stories:** 1

**2.** 3500 EL CNQUISTDR PKWY APT 124
BRADENTON, FL 34210-3807
**Last Sale:** $120,000 on 07/31/2012 ($79.10/SF)
**MVR:** 1.31   **Market Value:** $91,606
**Parcel ID #** 6145513252
**Bedrooms:** 2  **Baths:** 1
**Distance:** n/a
**Lot Size:** 625 sf   **Waterfront:** No
**Total Area:** 1,705 sf   **Garage:** No
**Living Area:** 1,517 sf  **Pool:** No
**Year Built:** 1978   **Stories:** 1

**3.** 3500 EL CNQUISTDR PKWY APT 272
BRADENTON, FL 34210-3800
**Last Sale:** $120,000 on 07/02/2012 ($79.10/SF)
**MVR:** 1.327  **Market Value:** $90,406
**Parcel ID #** 6145514193
**Bedrooms:** 2  **Baths:** 1
**Distance:** 0.1 miles
**Lot Size:** 625 sf   **Waterfront:** No
**Total Area:** 1,705 sf   **Garage:** No
**Living Area:** 1,517 sf  **Pool:** No
**Year Built:** 1978   **Stories:** 1

© iMapp, Inc, 2013 | Powered by PropertyKey | Information is believed accurate but not guaranteed and should be independently verified.