IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 1:12-CV-2296-TCB |
| AUBREY LEE PRICE *et al.*, | ) ) |
| Defendants. | ) ) |

**JOINT STATUS REPORT OF SEC AND FDIC-R**

Pursuant to the Court's Order dated March 4, 2013 [Dkt. No. 71], the Securities and Exchange Commission ("SEC") and Federal Deposit Insurance Corporation as Receiver of Montgomery Bank & Trust ("FDIC-R") (collectively, the "Parties") provide the following Joint Status Report:

1. Since March 4, 2013, the Parties and Court-appointed receiver Melanie Damian ("Court-appointed Receiver") have engaged in discussions and negotiations regarding the matters raised in FDIC-R's Motion for Intervention and for Relief from Preliminary Injunction and Appointment Order [Dkt. No. 19]. Those discussions and negotiations continue.

2. The Parties and the Court-appointed Receiver continue to believe that they are making progress toward a resolution that would alleviate the need for a judicial resolution.

3. However, despite their diligent efforts, a joint resolution is not yet final. The matters raised in FDIC-R's Motion are extremely important to the Parties. Because of the importance of these matters to the agencies, many representatives of the agencies and their constituent parts need to be consulted and approve any proposed resolution. That consultation and approval process is ongoing, and the resolution process is moving steadily toward its ultimate goal.

4. The Parties and the Court-appointed Receiver agree that a negotiated and agreed resolution, if accomplished, is in their best interests.

5. Counsel for the Court-appointed Receiver has participated in these discussions and negotiations and has stated that the Court-appointed Receiver concurs with the statements and proposed schedule in this Status Report.

6. Therefore, the Parties propose that they submit a proposed order for the Court's consideration or a joint report notifying the Court of the status of their negotiations by May 8, 2013.

Respectfully submitted this 5th day of April, 2013.

| | |
|---|---|
| */s/ Robert J. Waddell, Jr.* | */s/ W. Shawn Murnahan* *(with permission)* |
| Robert J. Waddell, Jr. | W. Shawn Murnahan |
| Georgia Bar No. 729571 | Georgia Bar. No. 529940 |
| Laura E. Reinhold | Madison Graham Loomis |
| Georgia Bar No. 584749 | Georgia Bar. No. 457868 |
| MCGUIREWOODS LLP | Securities and Exchange Commission |
| Suite 2100, Promenade | 950 East Paces Ferry Road, NE |
| 1230 Peachtree Street NE | Suite 900 |
| Atlanta, GA 30309 | Atlanta, GA 30326 |
| Telephone: 404-443-5704 | Telephone: 404-842-7600 |
| Facsimile: 404-443-5781 | murnahanw@sec.gov |
| rwaddell@mcguirewoods.com | |
| | |
| *Counsel to the Federal Deposit Insurance Corporation, as Receiver of Montgomery Bank & Trust* | *Counsel to the Securities and Exchange Commission* |

## CERTIFICATE OF SERVICE AND
## COMPLIANCE WITH LOCAL RULE 5.1

I hereby certify that on the 5th day of April, 2013, I electronically filed the foregoing, which has been prepared using 14-point Times New Roman font, with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| W. Shawn Murnahan | Paul E. Vranicar |
| murnahanw@sec.gov | Paul.vranicar@hklaw.com |
| | |
| Madison Graham Loomis | Kenneth Dante Murena |
| loomism@sec.gov | kmurena@dvllp.com |
| | |
| John Michael Hamrick | Michael J. Athans |
| John.hamrick@hklaw.com | mathans@fieldshowell.com |

I further certify that I have served the foregoing by First Class U.S. Mail in an envelope with adequate postage affixed thereto upon the following:

| | |
|---|---|
| Aubrey Lee Price | PFG, LLC |
| 4616 Rainwood Circle | Corporate Secretary |
| Valdosta, GA 31602 | 255 Racetrack Road, Suite 2 |
| | McDonough, GA 30252 |

| | |
|---|---|
| PFGBI, LLC<br>Corporate Secretary<br>255 Racetrack Road, Suite 2<br>McDonough, GA 30252 | PFG, LLC<br>PFGBI, LLC<br>Montgomery Asset Management, LLC<br>(Florida limited liability company)<br>Montgomery Asset Management, LLC<br>(Georgia limited liability company)<br>c/o Kathryn Giardina<br>Robert E. L. Garner, Esq.<br>HASKELL SLAUGHTER YOUNG<br> & REDIKER, LLC<br>2001 Park Place, Suite 1400<br>Birmingham, AL 35203 |

/s/ Robert J. Waddell, Jr.
Robert J. Waddell, Jr.
Georgia Bar No. 729571
MCGUIREWOODS LLP
Suite 2100, Promenade
1230 Peachtree Street NE
Atlanta, GA 30309
Telephone: 404-443-5704
Facsimile: 404-443-5781
rwaddell@mcguirewoods.com

*Counsel to the Federal Deposit Insurance Corporation, as Receiver of Montgomery Bank & Trust*