| INVESTOR NAMES |
|---|
| Adams, Jon |
| Agner, Don |
| Allen, Linda L. |
| Allen, William E. |
| Amerson, Mack Arthur |
| Anderson, Shirlene |
| Ankarstran, John Dale |
| Ankarstran, Lorraine |
| Austin, James W. |
| Barrientos, Martin |
| Baxley, Ann T. |
| Baxley, Gene |
| Boone, Margaret J. |
| Buttrill, Connie |
| Cain, Helen |
| Cain, OD |
| Canady, Luise |
| Carney, Deborah |
| Carney, Steve |
| Cassanova, Emma |
| Cassanova, Emmanuel |
| Champion, Beccy |
| Chandonia, Charlene |
| Chandonia, Ron |
| Clifton, Joel |
| Clifton, Linda |
| Coldwell, Joyce |
| Coldwell, Robert |
| Collett, Beverly |
| Collett, Grady |
| Cooper, Barry |
| Cooper, Paula |
| Cross, Wendy |
| Deane, Karen |
| Dean, Michael |
| Deloach, Michael |
| Dumas, John W. |
| Falk, Belinda A. |
| Falk, John D. |
| Farist, Judy |
| Fitzsimmons, Jennifer |
| Fletcher, Linda |
| Fletcher, Steve |
| Fletcher, Thomas S. |
| Foston, Barbara |
| Fox, Vickie |
| Freeman, Richard |

| |
|---|
| Freeman, Shari |
| Frey, Richard |
| Garner, Bill |
| Garner, Jeanette |
| Giametta, Arlene T. |
| Giametta, Joseph |
| Gibson III, Joseph H. |
| Gilbert, Harrell |
| Gilbert, Kathy |
| Gowan, Julie Ann |
| Gowan, Reg |
| Greene, Deborah |
| Grubbs, Cary |
| Gunter, Michael |
| Hammack, Donna |
| Hammack, Steve |
| Hendrix, Joan |
| Hoffman, Lara |
| Holcomb, George |
| Hood, Darcy |
| Howard, Guy |
| Huang, Rani |
| Huang, Roupan |
| Hunt, Patricia |
| Hurt, Tammy |
| Jacobson, Stuart |
| Johnson, Ericka |
| Keith, Adam |
| King, Betty Jean |
| Kirkwood, James |
| Klein, Barbara |
| Lee, James C. |
| Lee, Lisa |
| Lee, Melvin Neal |
| Lwis, Osama |
| Main, Tabitha |
| Main, William |
| Manguart, Julie |
| Mann, Violet |
| Massina, Wanda |
| McCormick, Debra |
| McSwain, Dan |
| McSwain, Elaine |
| McSwain, Ginger |
| McSwain, Jay |
| McSwain, Keith |
| McSwain, Wanda Messina |
| MDC Family Foundation |

EXHIBIT E

| |
|---|
| Michael, Jon |
| Mock, Renee C. |
| Moncrief, Joan E. |
| Moreland, Lynda Sue |
| Moreland, Sue |
| Morris, Greg Adam |
| Newsome Schutz, Kimberly |
| O'Hara, Shannon |
| Owens, Betty |
| Parks, Angela B. |
| Peek, Janice |
| Peek, William W. |
| Peters, Mary Jo |
| Pluhar, Hans |
| Price, Judy |
| Richie, Susan |
| Riner, Donnie |
| Ron Chandonia |
| Sciscoe, Sr., Daniel Ray |
| Shirley, Blake W. |
| Shiley, K'Marie |
| Shirley, Gary W. |
| Shirley Investments LP |
| Simpson, Dennis |
| Simpson, Mary Beth |
| Skola, Liz |
| Smith, Charles |
| Smith, Diane |
| Smith, Jacqueline |
| Smith, Marvel |
| Smith, Michael |
| Smith, Richard |
| Sprowls, Darlene |
| Sprowls, William A. |
| Steinberg, Ruth |
| Stone, Thomas Paris |
| Teixiera, Merrilyn |
| Thomason, John |
| Thomason, Sherry |
| Townsend, Danny |
| Tyson, Anna Marie |
| Tyson, John A. |
| Vance, Gary |
| Walker, Carolyn |
| Walker, Jack |
| Weinman, Rebecca W. |
| Wesley, Beverly |
| Westmoreland, Martha J. |

| |
|---|
| Wilbor, Beth |
| Wilbor, Elizabeth |
| Wilbor, Stark |
| Williams, Judy Y. |
| Willms, Shirley |
| Yocum, Dianna |
| Zegalia, Justin |

EXHIBIT E