# Michael Brooks

**From:** Michael Brooks
**Sent:** Tuesday, May 28, 2013 3:52 PM
**To:** 'td_sarasota@hotmail.com'
**Cc:** 'Eugen ALDEA'; 'Kenneth Dante Murena'
**Subject:** RE: LBP - 3103 Bayshore Gardens

Theresa –

I have been asked by the Receiver to rescind the counter-offer previously forwarded by Eugen Aldea last Friday (5/24).

Eugen will be in touch by tomorrow morning.

Michael

---

**From:** Eugen ALDEA [mailto:aldeasellsflorida@gmail.com]
**Sent:** Monday, May 27, 2013 11:23 AM
**To:** 'Kenneth Dante Murena'; Michael Brooks
**Subject:** FW: LBP - 3103 Bayshore Gardens

Copy for your records.

---

**From:** Theresa Davidson [mailto:td_sarasota@hotmail.com]
**Sent:** Sunday, May 26, 2013 12:56 PM
**To:** aldeasellsflorida@gmail.com
**Subject:** LBP - 3103 Bayshore Gardens

Hi Eugen

We got the contract and here is the signed disclosure back for your records.

I will let you know the inspection appt as soon as I know.  thanks

Sincerely,

## THERESA DAVIDSON

Real Estate Consultant
SANDALS REALTY OF SARASOTA
941-357-0636 direct
941-552-6039 fax

Date: Sat, 25 May 2013 14:41:22 -0500
From: robyntruman@verizon.net
To: td_sarasota@hotmail.com
Subject: Re: FW: Offer on 3103 Bayshore Gardens & 910/950 Commerce

Here it is

On 05/24/13, Theresa Davidson<td_sarasota@hotmail.com> wrote:

Here we go. and there is the lead based paint disclosure at the end for your signature.

wire instructions if you'd like are also attached.  cash to closing will either need to be a Cashier's Check or Wired funds.

Sincerely,

## THERESA DAVIDSON
Real Estate Consultant
SANDALS REALTY OF SARASOTA
941-357-0636 direct
941-552-6039 fax

---

Subject: Fwd: Offer on 3103 Bayshore Gardens & 910/950 Commerce
From: aldeasellsflorida@gmail.com
Date: Fri, 24 May 2013 18:41:43 -0400
To: td_sarasota@hotmail.com

Sorry about that..


<3103 Bayshore Gardens - Counter.pdf>