## Sold Summary

| ML# | Address | Bed/Baths | Sq Ft | Pool | Built | Taxes | List Price | Sold Price | SP/Sq Ft | Sold Date | DOM |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A3962989 | 6719 5TH W ST | 3 / 2 | 2,080 | Private | 1976 | $1,258 | $94,900 | $88,000 | $42.31 | 12/10/2012 | 129 |
| A3973246 | 6411 8TH STREET W CT | 3 / 2 | 1,224 | Private | 1963 | $1,176 | $96,000 | $93,000 | $75.98 | 04/12/2013 | 19 |
| A3974019 | 2408 COLGATE AVE | 3 / 2 | 1,482 | Private | 1959 | $1,724 | $130,000 | $130,000 | $87.72 | 05/24/2013 | 35 |
| A3968944 | 6711 NORTHAMPTON PL | 3 / 2 | 1,636 | Private | 1960 | $1,695 | $140,000 | $140,500 | $85.88 | 03/01/2013 | 58 |
| M5836216 | 6306 WELLESLEY DR | 3 / 2 | 1,710 | Private | 1958 | $1,194 | $145,000 | $142,000 | $83.04 | 05/07/2013 | 6 |
| A3970504 | 5618 27TH W ST | 3 / 2 | 2,300 | Private | 1961 | $1,786 | $154,900 | $150,000 | $65.22 | 02/27/2013 | 21 |
| M5832292 | 6710 8TH STREET W CT | 3 / 2 | 1,714 | Private | 1969 | $1,016 | $159,000 | $155,000 | $90.43 | 11/14/2012 | 28 |
| A3972018 | 112 67TH W AVE | 3 / 2 | 2,396 | Private | 1961 | $3,460 | $325,000 | $300,000 | $125.21 | 03/26/2013 | 16 |
| M5818256 | 3012 BAY DR | 3 / 2 | 2,401 | Private | 1979 | $5,368 | $799,000 | $750,000 | $312.37 | 11/28/2012 | 690 |
| M5831865 | 7072 HAWKS HARBOR CIR | 3 / 2 | 4,020 | Private | 2003 | $12,900 | $1,295,000 | $1,202,000 | $299.00 | 03/18/2013 | 135 |