EXHIBIT E

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | : | |
| | : | |
| Plaintiff, | : | Civil Action No. |
| | : | 1:12-cv-2296-TCB |
| v. | : | |
| | : | |
| **AUBREY LEE PRICE;** | : | |
| **PFG, LLC; PFGBI, LLC;** | : | |
| **MONTGOMERY ASSET** | : | |
| **MANAGEMENT, LLC f/k/a PFG** | : | |
| **ASSET MANAGEMENT, LLC, (Florida** | : | |
| limited liability company); and | : | |
| **MONTGOMERY ASSET** | : | |
| **MANGEMENT, LLC  f/k/a PFG** | : | |
| **ASSET MANAGEMENT,** | : | |
| **LLC (Georgia limited liability company)** | : | |
| | : | |
| Defendants. | : | |
| _____/ | | |

## ORDER GRANTING RECEIVER'S MOTION TO APPROVE SALE OF PROPERTY OF THE ESTATE (3103 BAYSHORE GARDEN PKWY)

THIS CAUSE came before the Court on the Receiver's Motion to Approve Sale of Property of the Estate (3103 Bayshore Garden Pkwy) (the "Motion").  With the Court having considered the Motion, and finding that cause exists to grant the Motion, it is hereby ORDERED as follows:

1. The Motion is **GRANTED**.

2. The Court finds that the Receiver's efforts in marketing the property located at 3103 Bayshore Garden Parkway, Bradenton, Florida, 34207 (the "3103 Property") meet the requirements, and comply with the spirit, of 28 U.S.C. 2001(b), and that the sale of the 3103 Property is in the best interest of the Receivership Estate.

3. The Court therefore approves the private sale of the 3103 Property upon the terms and conditions set forth in the contract executed by the Second Offeror (attached as Exhibit C to the Motion) for $135,000.00, without requiring any further notice or process.

4. In the event that the sale to the Second Offeror cannot be completed for any reason, the Receiver is hereby authorized to sell the 3103 Property pursuant to the terms and conditions set forth in the contract executed by the First Offeror (attached as Exhibit A to the Motion) for $115,000.00, without requiring any further notice or process.

5. The Court further authorizes, upon the closing of the sale of the 3103 Property, the payment of the commission owed to the Receiver's broker, Atchley International Realty, Inc. ("Atchley"), and the buyer's broker, pursuant to the commission structure provided in the listing agreement entered into by and between Atchley and the Receiver. Accordingly, as payment in full for the services

performed in connection with the sale of the 3103 Property, Atchley is entitled to a commission payment of 2% of the purchase price, and the buyer's broker is entitled to a commission payment of 3% of the purchase price.

    DONE AND ORDERED in the Northern District of Georgia, this ___ day of _____, 2013.

                                            _____
                                            UNITED STATES DISTRICT COURT JUDGE