

**My Florida Regional MLS - IMAPP**
**Comparable Properties Report - 910 COMMERCE BLVD N, SARASOTA, FL 34243**
**Report Prepared By EUGEN ALDEA**

## Subject Property

PID # 6651001759
**Address:**
910 COMMERCE BLVD N
SARASOTA, FL 34243-
**Last Sale Price:** $1
**Last Sale Date:** 06/01/2011
**Market Value:** $76,974
**Assessed Value:** $76,974
**Total Land Area:** 43,735 sf
**Waterfront:** No
**Total Area:** 0 sf
**Living Area:** 0 sf
**Bedrooms:** 0     **Baths:** 0
**Year Built:** 0     **Stories:** 0
**Pool:** N     **Garage:** N



## Projected Sale Price

Estimated Range Based On Value Ratio
$63,300 —   **$82,500**   — $110,500
Estimated Range Based On Price per Acre
$26,900 —   **$102,400**   — $246,300

## Statistics About Comparable Properties

|  | Sale Price | Lot Size | Market Value | $/Acre | MV Ratio |
|---|---|---|---|---|---|
| **High:** | $300,000 | 53,262 sf | $240,526 | $245,300.00 | 1.436 |
| **Low:** | $8,000 | 13,000 sf | $9,725 | $26,800.00 | 0.823 |
| **Median:** | $63,750 | 31,998 sf | $61,622 | $82,200.00 | 1.03 |
| **Average:** | $94,250 | 33,671 sf | $83,271 | $101,966.67 | 1.072 |

## Explanation of Calculations

The Projected Sales Price section applies these statistics to determine the most likely sales price based on existing market conditions. Calculations are done using two methods, Value Ratio and Price Per Square Foot. The Price Per Square Foot is the last sale price divided by total building square footage. The Value Ratio is the last sales price divided by the market value. A Value Ratio below 0.950 signifies that the property sold for less than the Market Value. It might be a quit claim that does not reflect the true property value. A very high Value Ratio may indicate a property that has been split, or improved since the County Assessor's office assigned the market value.

## Comparison Criteria

- Lot SF +/- 20%      - Bldg SF +/- 10%      - Located within 1 mile      - Sold in Last Year
- Ignore Year Built   - Ignore Bathrooms     - Ignore Bedrooms            - Ignore Waterfront
- Ignore Stories      - Ignore Garage        - Ignore Pool                - Use All Sales
Note: only properties with similar property use classifications will be considered as potential matches.

## Comparable Properties

**1. 6761 26TH CT E**
SARASOTA, FL 34243-4058
**Last Sale:** $77,500 on 02/10/2012 ($71,600.00/Acre)
**MVR:** 0.865     **Market Value:** $89,576
**Parcel ID #** 1868911009
**Lot Size:** 47,145 sf     **Waterfront:** No
**Total Area:** 0 sf     **Garage:** No
**Bedrooms:** 0 **Baths:** 0     **Pool:** No
**Distance:** 1.7 miles     **Year Built:** 0     **Stories:** 0

**2. 6030 17TH ST E**
BRADENTON, FL 34203-5001
**Last Sale:** $52,500 on 06/05/2012 ($68,100.00/Acre)
**MVR:** 1.436     **Market Value:** $36,555
**Parcel ID #** 1842310250
**Lot Size:** 33,537 sf     **Waterfront:** No
**Total Area:** 0 sf     **Garage:** No
**Bedrooms:** 0 **Baths:** 0     **Living Area:** 0 sf     **Pool:** No
**Distance:** 1.92 miles     **Year Built:** 0     **Stories:** 0

**3. 72ND DR E**
SARASOTA, FL 34243-
**Last Sale:** $52,500 on 02/11/2013 ($92,800.00/Acre)
**MVR:** 0.881     **Market Value:** $59,583
**Parcel ID #** 1975932559
**Lot Size:** 24,621 sf     **Waterfront:** No
**Total Area:** 0 sf     **Garage:** No
**Bedrooms:** 0 **Baths:** 0     **Living Area:** 0 sf     **Pool:** No
**Distance:** 1.15 miles     **Year Built:** 0     **Stories:** 0

**4. 59TH AVE DR E**
**Parcel ID #**     **Lot Size:** 30,460 sf     **Waterfront:** No

| | | | |
|---|---|---|---|
| BRADENTON, FL 34205-<br>**Last Sale:** $75,000 on 07/06/2011 ($107,200.00/Acre)<br>**MVR:** 1.178 **Market Value:** $63,661 | 1775821419<br>**Bedrooms:** 0 **Baths:** 0<br>**Distance:**<br>2.53 miles | **Total Area:** 0 sf<br>**Living Area:** 0 sf<br>**Year Built:** 0 | **Garage:** No<br>**Pool:** No<br>**Stories:** 0 |

**5.** 6751 26TH CT E
SARASOTA, FL 34243-

| | | | |
|---|---|---|---|
| **Last Sale:** $300,000 on 12/29/2011 ($245,300.00/Acre)<br>**MVR:** 1.247 **Market Value:** $240,526 | **Parcel ID #**<br>1868910959<br>**Bedrooms:** 0 **Baths:** 0<br>**Distance:**<br>1.72 miles | **Lot Size:** 53,262 sf<br>**Total Area:** 5,000 sf<br>**Living Area:** 5,000 sf<br>**Year Built:** 1973 | **Waterfront:** No<br>**Garage:** No<br>**Pool:** No<br>**Stories:** 0 |

**6.** 2750 71ST AVE E
SARASOTA, FL 34243-3329

| | | | |
|---|---|---|---|
| **Last Sale:** $8,000 on 08/26/2011 ($26,800.00/Acre)<br>**MVR:** 0.823 **Market Value:** $9,725 | **Parcel ID #**<br>1968100105<br>**Bedrooms:** 0 **Baths:** 0<br>**Distance:** 1.6 miles | **Lot Size:** 13,000 sf<br>**Total Area:** 0 sf<br>**Living Area:** 0 sf<br>**Year Built:** 0 | **Waterfront:** No<br>**Garage:** No<br>**Pool:** No<br>**Stories:** 0 |

© iMapp, Inc, 2013 | Powered by PropertyKey | Information is believed accurate but not guaranteed and should be independently verified.



**My Florida Regional MLS - IMAPP**
**Comparable Properties Report - 950 COMMERCE BLVD N, SARASOTA, FL 34243**
**Report Prepared By EUGEN ALDEA**

## Subject Property

**PID #** 6651001809
**Address:**
950 COMMERCE BLVD N
SARASOTA, FL 34243-
**Last Sale Price:** $1
**Last Sale Date:** 06/01/2011
**Market Value:** $77,315
**Assessed Value:** $77,315
**Total Land Area:** 43,929 sf
**Waterfront:** No
**Total Area:** 0 sf
**Living Area:** 0 sf
**Bedrooms:** 0        **Baths:** 0
**Year Built:** 0        **Stories:** 0
**Pool:** N        **Garage:** N



## Projected Sale Price

Estimated Range Based On Value Ratio
$63,600 — **$82,900** — $111,000
Estimated Range Based On Price per Acre
$27,000 — **$102,800** — $247,400

## Statistics About Comparable Properties

|  | Sale Price | Lot Size | Market Value | $ /Acre | MV Ratio |
|---|---|---|---|---|---|
| High: | $300,000 | 53,262 sf | $240,526 | $245,300.00 | 1.436 |
| Low: | $8,000 | 13,000 sf | $9,725 | $26,800.00 | 0.823 |
| Median: | $63,750 | 31,998 sf | $61,622 | $82,200.00 | 1.03 |
| Average: | $94,250 | 33,671 sf | $83,271 | $101,966.67 | 1.072 |

## Explanation of Calculations

The Projected Sales Price section applies these statistics to determine the most likely sales price based on existing market conditions. Calculations are done using two methods, Value Ratio and Price Per Square Foot. The Price Per Square Foot is the last sale price divided by total building square footage. The Value Ratio is the last sales price divided by the market value. A Value Ratio below 0.950 signifies that the property sold for less than the Market Value. It might be a quit claim that does not reflect the true property value. A very high Value Ratio may indicate a property that has been split, or improved since the County Assessor's office assigned the market value.

## Comparison Criteria

| - Lot SF +/- 20% | - Bldg SF +/- 10% | - Located within 1 mile | - Sold in Last Year |
|---|---|---|---|
| - Ignore Year Built | - Ignore Bathrooms | - Ignore Bedrooms | - Ignore Waterfront |
| - Ignore Stories | - Ignore Garage | - Ignore Pool | - Use All Sales |

Note: only properties with similar property use classifications will be considered as potential matches.

## Comparable Properties

**1. 6761 26TH CT E**
SARASOTA, FL 34243-4058
Last Sale: $77,500 on 02/10/2012 ($71,600.00/Acre)
**MVR:** 0.865    **Market Value:** $89,576

**Parcel ID #** 1868911009
**Bedrooms:** 0 **Baths:** 0
**Distance:** 1.67 miles

**Lot Size:** 47,145 sf    **Waterfront:** No
**Total Area:** 0 sf    **Garage:** No
**Living Area:** 0 sf    **Pool:** No
**Year Built:** 0    **Stories:** 0

**2. 6030 17TH ST E**
BRADENTON, FL 34203-5001
Last Sale: $52,500 on 06/05/2012 ($68,100.00/Acre)
**MVR:** 1.436    **Market Value:** $36,555

**Parcel ID #** 1842310250
**Bedrooms:** 0 **Baths:** 0
**Distance:** 1.9 miles

**Lot Size:** 33,537 sf    **Waterfront:** No
**Total Area:** 0 sf    **Garage:** No
**Living Area:** 0 sf    **Pool:** No
**Year Built:** 0    **Stories:** 0

**3. 72ND DR E**
SARASOTA, FL 34243-
Last Sale: $52,500 on 02/11/2013 ($92,800.00/Acre)
**MVR:** 0.881    **Market Value:** $59,583

**Parcel ID #** 1975932559
**Bedrooms:** 0 **Baths:** 0
**Distance:** 1.11 miles

**Lot Size:** 24,621 sf    **Waterfront:** No
**Total Area:** 0 sf    **Garage:** No
**Living Area:** 0 sf    **Pool:** No
**Year Built:** 0    **Stories:** 0

**4. 59TH AVE DR E**

**Parcel ID #**

**Lot Size:** 30,460 sf    **Waterfront:** No

| | Parcel ID # | Lot / Area | | |
|---|---|---|---|---|
| BRADENTON, FL 34203- | 1775821419 | Total Area: | 0 sf | Garage: No |
| Last Sale: $75,000 on 07/06/2011 ($107,200.00/Acre) | Bedrooms: 0 Baths: 0 | Living Area: | 0 sf | Pool: No |
| MVR: 1.178   Market Value:   $63,661 | Distance:   2.5 miles | Year Built: | 0 | Stories: 0 |
| **5.** 6751 26TH CT E | Parcel ID # | Lot Size: | 53,262 sf | Waterfront: No |
| SARASOTA, FL 34243- | 1868910959 | Total Area: | 5,000 sf | Garage: No |
| Last Sale: $300,000 on 12/29/2011 ($245,300.00/Acre) | Bedrooms: 0 Baths: 0 | Living Area: | 5,000 sf | Pool: No |
| MVR: 1.247   Market Value:   $240,526 | Distance:   1.68 miles | Year Built: | 1973 | Stories: 0 |
| **6.** 2750 71ST AVE E | Parcel ID # | Lot Size: | 13,000 sf | Waterfront: No |
| SARASOTA, FL 34243-3329 | 1968100105 | Total Area: | 0 sf | Garage: No |
| Last Sale: $8,000 on 08/26/2011 ($26,800.00/Acre) | Bedrooms: 0 Baths: 0 | Living Area: | 0 sf | Pool: No |
| MVR: 0.823   Market Value:   $9,725 | Distance:   1.57 miles | Year Built: | 0 | Stories: 0 |

© iMapp, Inc, 2013 | Powered by PropertyKey | Information is believed accurate but not guaranteed and should be independently verified.