

**My Florida Regional MLS - IMAPP**
**Comparable Properties Report - 910 COMMERCE BLVD N, SARASOTA, FL 34243**
**Report Prepared By EUGEN ALDEA**

## Subject Property

PID # 6651001759
Address:
910 COMMERCE BLVD N
SARASOTA, FL 34243-
Last Sale Price: $1
Last Sale Date: 06/01/2011
Market Value: $76,974
Assessed Value: $76,974
Total Land Area: 43,735 sf
Waterfront: No
Total Area: 0 sf
Living Area: 0 sf
Bedrooms: 0    Baths: 0
Year Built: 0    Stories: 0
Pool: N    Garage: N



## Projected Sale Price

Estimated Range Based On Value Ratio
$63,300 — **$82,500** — $110,500
Estimated Range Based On Price per Acre
$26,900 — **$102,400** — $246,300

## Statistics About Comparable Properties

|  | Sale Price | Lot Size | Market Value | $/Acre | MV Ratio |
|---|---|---|---|---|---|
| High: | $300,000 | 53,262 sf | $240,526 | $245,300.00 | 1.436 |
| Low: | $8,000 | 13,000 sf | $9,725 | $26,800.00 | 0.823 |
| Median: | $63,750 | 31,998 sf | $61,622 | $82,200.00 | 1.03 |
| Average: | $94,250 | 33,671 sf | $83,271 | $101,966.67 | 1.072 |

## Explanation of Calculations

The Projected Sales Price section applies these statistics to determine the most likely sales price based on existing market conditions. Calculations are done using two methods, Value Ratio and Price Per Square Foot. The Price Per Square Foot is the last sale price divided by total building footage. The Value Ratio is the last sales price divided by the market value. A Value Ratio below 0.950 signifies that the property sold for less than the Market Value. It might be a quit claim that does not reflect the true property value. A very high Value Ratio may indicate a property that has been split, or improved since the County Assessor's office assigned the market value.

## Comparison Criteria

- Lot SF +/- 20%
- Bldg SF +/- 10%
- Located within 1 mile
- Sold in Last Year
- Ignore Year Built
- Ignore Bathrooms
- Ignore Bedrooms
- Ignore Waterfront
- Ignore Stories
- Ignore Garage
- Ignore Pool
- Use All Sales

Note: only properties with similar property use classifications will be considered as potential matches.

## Comparable Properties

**1.** 6761 26TH CT E
SARASOTA, FL 34243-4058
Last Sale: $77,500 on 02/10/2012 ($71,600.00/Acre)
MVR: 0.865    Market Value: $89,576
Parcel ID # 1868911009
Bedrooms: 0  Baths: 0
Distance: 1.7 miles
Lot Size: 47,145 sf    Waterfront: No
Total Area: 0 sf    Garage: No
Living Area: 0 sf    Pool: No
Year Built: 0    Stories: 0

**2.** 6030 17TH ST E
BRADENTON, FL 34203-5001
Last Sale: $52,500 on 06/05/2012 ($68,100.00/Acre)
MVR: 1.436    Market Value: $36,555
Parcel ID # 1842310250
Bedrooms: 0  Baths: 0
Distance: 1.92 miles
Lot Size: 33,537 sf    Waterfront: No
Total Area: 0 sf    Garage: No
Living Area: 0 sf    Pool: No
Year Built: 0    Stories: 0

**3.** 72ND DR E
SARASOTA, FL 34243-
Last Sale: $52,500 on 02/11/2013 ($92,800.00/Acre)
MVR: 0.881    Market Value: $59,583
Parcel ID # 1975932559
Bedrooms: 0  Baths: 0
Distance: 1.15 miles
Lot Size: 24,621 sf    Waterfront: No
Total Area: 0 sf    Garage: No
Living Area: 0 sf    Pool: No
Year Built: 0    Stories: 0

**4.** 59TH AVE DR E
Parcel ID #
Lot Size: 30,460 sf    Waterfront: No

| | | | |
|---|---|---|---|
| BRADENTON, FL 34203- | Parcel ID # 1775821419 | Lot Size: — <br> Total Area: 0 sf <br> Living Area: 0 sf <br> Year Built: 0 | Waterfront: — <br> Garage: No <br> Pool: No <br> Stories: 0 |
| Last Sale: $75,000 on 07/06/2011 ($107,200.00/Acre) | Bedrooms: 0  Baths: 0 | | |
| MVR: 1.178   Market Value: $63,661 | Distance: 2.53 miles | | |
| **5.** 6751 26TH CT E <br> SARASOTA, FL 34243- | Parcel ID # 1868910959 | Lot Size: 53,262 sf <br> Total Area: 5,000 sf <br> Living Area: 5,000 sf <br> Year Built: 1973 | Waterfront: No <br> Garage: No <br> Pool: No <br> Stories: 0 |
| Last Sale: $300,000 on 12/29/2011 ($245,300.00/Acre) | Bedrooms: 0  Baths: 0 | | |
| MVR: 1.247   Market Value: $240,526 | Distance: 1.72 miles | | |
| **6.** 2750 71ST AVE E <br> SARASOTA, FL 34243-3329 | Parcel ID # 1968100105 | Lot Size: 13,000 sf <br> Total Area: 0 sf <br> Living Area: 0 sf <br> Year Built: 0 | Waterfront: No <br> Garage: No <br> Pool: No <br> Stories: 0 |
| Last Sale: $8,000 on 08/26/2011 ($26,800.00/Acre) | Bedrooms: 0  Baths: 0 | | |
| MVR: 0.823   Market Value: $9,725 | Distance: 1.6 miles | | |

© iMapp, Inc, 2013 | Powered by PropertyKey | Information is believed accurate but not guaranteed and should be independently verified.



**My Florida Regional MLS - IMAPP**
**Comparable Properties Report - 950 COMMERCE BLVD N, SARASOTA, FL 34243**
**Report Prepared By EUGEN ALDEA**

### Subject Property

PID # 6651001809
Address:
950 COMMERCE BLVD N
SARASOTA, FL 34243-
Last Sale Price: $1
Last Sale Date: 06/01/2011
Market Value: $77,315
Assessed Value: $77,315
Total Land Area: 43,929 sf
Waterfront: No
Total Area: 0 sf
Living Area: 0 sf
Bedrooms: 0     Baths: 0
Year Built: 0   Stories: 0
Pool: N         Garage: N



### Projected Sale Price

Estimated Range Based On Value Ratio
$63,600 — **$82,900** — $111,000

Estimated Range Based On Price per Acre
$27,000 — **$102,800** — $247,400

### Statistics About Comparable Properties

|         | Sale Price | Lot Size  | Market Value | $/Acre      | MV Ratio |
|---------|-----------|-----------|--------------|-------------|----------|
| High:   | $300,000  | 53,262 sf | $240,526     | $245,300.00 | 1.436    |
| Low:    | $8,000    | 13,000 sf | $9,725       | $26,800.00  | 0.823    |
| Median: | $63,750   | 31,998 sf | $61,622      | $82,200.00  | 1.03     |
| Average:| $94,250   | 33,671 sf | $83,271      | $101,966.67 | 1.072    |

### Explanation of Calculations

The Projected Sales Price section applies these statistics to determine the most likely sales price based on existing market conditions. Calculations are done using two methods, Value Ratio and Price Per Square Foot. The Price Per Square Foot is the last sale price divided by total building square footage. The Value Ratio is the last sales price divided by the market value. A Value Ratio below 0.950 signifies that the property sold for less than the Market Value. It might be a quit claim that does not reflect the true property value. A very high Value Ratio may indicate a property that has been split, or improved since the County Assessor's office assigned the market value.

### Comparison Criteria

- Lot SF +/- 20%
- Ignore Year Built
- Ignore Stories
- Bldg SF +/- 10%
- Ignore Bathrooms
- Ignore Garage
- Located within 1 mile
- Ignore Bedrooms
- Ignore Pool
- Sold in Last Year
- Ignore Waterfront
- Use All Sales

Note: only properties with similar property use classifications will be considered as potential matches.

### Comparable Properties

**1. 6761 26TH CT E**
SARASOTA, FL 34243-4058
Last Sale: $77,500 on 02/10/2012 ($71,600.00/Acre)
MVR: 0.865   Market Value: $89,576
Parcel ID # 1868911009
Bedrooms: 0  Baths: 0
Distance: 1.67 miles
Lot Size: 47,145 sf   Waterfront: No
Total Area: 0 sf      Garage: No
Living Area: 0 sf     Pool: No
Year Built: 0         Stories: 0

**2. 6030 17TH ST E**
BRADENTON, FL 34203-5001
Last Sale: $52,500 on 06/05/2012 ($68,100.00/Acre)
MVR: 1.436   Market Value: $36,555
Parcel ID # 1842310250
Bedrooms: 0  Baths: 0
Distance: 1.9 miles
Lot Size: 33,537 sf   Waterfront: No
Total Area: 0 sf      Garage: No
Living Area: 0 sf     Pool: No
Year Built: 0         Stories: 0

**3. 72ND DR E**
SARASOTA, FL 34243-
Last Sale: $52,500 on 02/11/2013 ($92,800.00/Acre)
MVR: 0.881   Market Value: $59,583
Parcel ID # 1975932559
Bedrooms: 0  Baths: 0
Distance: 1.11 miles
Lot Size: 24,621 sf   Waterfront: No
Total Area: 0 sf      Garage: No
Living Area: 0 sf     Pool: No
Year Built: 0         Stories: 0

**4. 59TH AVE DR E**
Parcel ID #
Lot Size: 30,460 sf   Waterfront: No

| # | Address | Sale Info | Parcel ID # | Distance | Lot Size | Total Area | Living Area | Year Built | Waterfront | Garage | Pool | Stories |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|   | BRADENTON, FL 34203- | Last Sale: $75,000 on 07/06/2011 ($107,200.00/Acre) MVR: 1.178 Market Value: $63,661 | 1775821419 | 2.5 miles | | 0 sf | 0 sf Bedrooms: 0 Baths: 0 | 0 | No | No | No | 0 |
| 5. | 6751 26TH CT E SARASOTA, FL 34243- | Last Sale: $300,000 on 12/29/2011 ($245,300.00/Acre) MVR: 1.247 Market Value: $240,526 | 1868910959 | 1.68 miles | 53,262 sf | 5,000 sf | 5,000 sf Bedrooms: 0 Baths: 0 | 1973 | No | No | No | 0 |
| 6. | 2750 71ST AVE E SARASOTA, FL 34243-3329 | Last Sale: $8,000 on 08/26/2011 ($26,800.00/Acre) MVR: 0.823 Market Value: $9,725 | 1968100105 | 1.57 miles | 13,000 sf | 0 sf | 0 sf Bedrooms: 0 Baths: 0 | 0 | No | No | No | 0 |

© iMapp, Inc, 2013 | Powered by PropertyKey | Information is believed accurate but not guaranteed and should be independently verified.