EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : : | |
| Plaintiff, | : : : | Civil Action No. 1:12-cv-2296-TCB |
| v. | : : : | |
| AUBREY LEE PRICE; PFG, LLC; PFGBI, LLC; MONTGOMERY ASSET MANAGEMENT, LLC f/k/a PFG ASSET MANAGEMENT, LLC, (Florida Limited liability company); and MONTGOMERY ASSET MANGEMENT, LLC  f/k/a PFG ASSET MANAGEMENT, LLC,(Georgia limited liability company) | : : : : : : : : : : | |
| Defendants. | : | |

_____/

**ORDER GRANTING RECEIVER'S AMENDED MOTION
TO APPROVE SALE OF PROPERTY OF THE ESTATE
(910 AND 950 N. COMMERCE BLVD.)**

THIS CAUSE came before the Court on the Receiver's Amended Motion to Approve Sale of Property of the Estate (910 and 950 N. Commerce Blvd.) (the "Motion").  With the Court having considered the Motion, and finding that cause exists to grant the Motion, it is hereby ORDERED as follows:

1. The Motion is **GRANTED**.

2. The Court finds that the Receiver's efforts in marketing the property located at 910 and 950 N. Commerce Boulevard, Sarasota, Florida, 34243 ("910 and 950 N. Commerce Blvd." or the "Properties") meet the requirements, and comply with the spirit, of 28 U.S.C. 2001(b), and that the sale of the Properties is in the best interest of the Receivership estate.

3. The Court therefore approves the private sale of 910 and 950 N. Commerce Blvd. upon the terms and conditions set forth in the Offer (as defined in and attached as Exhibit A to the Motion), without requiring any further notice or process.

4. The Court further authorizes, upon the closing of the sale of 910 and 950 N. Commerce Blvd., the payment of the commission owed to the Receiver's broker, Atchley International Realty, Inc. ("Atchley"), and the buyer's broker, pursuant to the commission structure provided in the listing agreement entered into between Atchley and the Receiver. Accordingly, for services performed in connection with the sale of 910 and 950 N. Commerce Blvd., Atchley is entitled to a commission payment of 2.5% of the purchase price as payment in full, and the

buyer's broker is entitled to a commission payment of 2.5% of the purchase price.

5. Further, the Court authorizes the Receiver and Montgomery Asset Management, LLC, a Florida limited liability company (f/k/a PFG Asset Management, LLC), a prior grantor of 910 and 950 N. Commerce Blvd. to PFG, LLC, to execute any and all documents required by the title insurance company to address defects in the deeds intended to vest title to the Properties in the name of PFG, LLC.  This authorization includes, but is not limited to, a conveyance of all interest in the properties held by Montgomery Asset Management, LLC directly to the Buyer pursuant to Section 608.4431, Florida Statutes.

DONE AND ORDERED in the Northern District of Georgia, this ___ day of July, 2013.

_____
HON. TIMOTHY C. BATTEN
U.S. DISTRICT COURT JUDGE