**Sec v. Price Reconciliation Rental Account (Page 1 of 4)**

| Date | Receipts | Expense | Explanation |
|---|---|---|---|
| 8/29/2012 | $ 1,332.00 | | Sawyer & Assoc |
| 8/17/2012 | $ 2,664.00 | | Sawyer & Assoc |
| 8/18/2012 | $ 2,000.00 | | Calming Waters Spa |
| 8/18/2012 | $ 2,000.00 | | Calming Waters Spa |
| 8/25/2012 | $ 732.00 | | Bennett Surveying Inc |
| 8/27/2012 | $ 1,232.00 | | Anania & Assoc. |
| 8/27/2012 | $ 1,332.00 | | Well Adjusted Chiropractic |
| Total | $ 11,292.00 | $ - | $ 11,292.00 |
| Sep-12 | $ 11,292.00 | | |
| 8/31/2012 | | $ 6,461.76 | Slade Hancock Phillips Ins. |
| 9/6/2012 | | $ 666.82 | Southland Waste Services |
| 6/29/2012 | | $ 1,332.00 | Sawyer & Assoc/stop payment |
| 9/7/2012 | | $ 10.00 | Returned check fee |
| 9/18/2012 | $ 732.00 | | Bennett Surveying Inc |
| 9/18/2012 | | $ 2,090.00 | transfer to main acct |
| 9/19/2012 | | $ 5.00 | transfer fee |
| 9/21/2012 | $ 1,232.00 | | Anania & Assoc. |
| Total | $ 13,256.00 | $ 10,565.58 | $ 2,690.42 |
| Oct-12 | $ 2,690.42 | | |
| 9/18/2012 | | $ 840.72 | Okefenoke |
| 9/18/2012 | | $ 361.30 | Okefenoke |
| 9/18/2012 | | $ 289.57 | Okefenoke |
| 9/18/2012 | | $ 96.88 | City of Kingsland |
| 9/18/2012 | | $ 1,037.14 | City of Kingsland |
| 10/1/2012 | $ 1,332.00 | | Sawyer & Assoc |
| 10/1/2012 | $ 1,332.00 | | Well Adjusted Chiropractic |
| 10/5/2012 | | $ 177.16 | Southland Waste Systems |
| 10/5/2012 | | $ 302.50 | Okefenoke |
| 10/5/2012 | | $ 120.00 | Okefenoke |
| 10/9/2012 | | $ 51.58 | Okefenoke |
| 10/9/2012 | $ 1,332.00 | | Sawyer & Assoc |
| 10/9/2012 | $ 2,196.00 | | Bennett Surveying Inc |
| 10/9/2012 | | $ 1,157.26 | Mason Ball |
| 10/9/2012 | | $ 1,658.10 | Bank Direct |
| 10/15/2012 | $ 2,000.00 | | Calming Spa |
| 10/15/2012 | $ 2,000.00 | | Calming Spa |
| 10/16/2012 | | $ 457.65 | Okefenoke |
| 10/22/2012 | $ 900.00 | | Bennett Surveying Inc |
| 10/24/2012 | $ 1,332.00 | | Well Adjusted Chiropractic |
| 10/25/2012 | $ 0.04 | | interest |
| 10/29/2012 | | $ 486.00 | Remax Signature Properties |
| 10/29/2012 | | $ 756.40 | Remax Signature Properties |
| 10/29/2012 | | $ 1,355.00 | Landscape Innovation |
| Total | $ 15,114.46 | $ 9,147.26 | $ 5,967.20 |

**Sec v. Price Reconciliation Rental Account (Page 2 of 4)**

| Date | Receipts | Expense | Explanation |
|---|---|---|---|
| Nov-12 | $ 5,967.20 | | |
| 10/29/2012 | $ 1,282.00 | | Anania & Assoc. |
| 11/6/2012 | | $ 1,658.10 | Bank Direct |
| 11/7/2012 | | $ 1,388.96 | City of Kingsland |
| 11/12/2012 | $ 900.00 | | Bennett Surveying Inc |
| 11/12/2012 | $ 1,332.00 | | Sawyer & Assoc. |
| 11/12/2012 | $ 2,000.00 | | Calming Spa |
| 11/12/2012 | $ 1,332.00 | | Well Adjusted Chiropractic |
| 11/15/2012 | $ 1,232.00 | | Anania & Assoc. |
| 11/26/2012 | $ 0.65 | | interest |
| Total | $ 14,045.85 | $ 3,047.06 | $ 10,998.79 |
| | | | |
| Dec-12 | $ 10,998.79 | | |
| 11/26/2012 | | $ 1,785.15 | Dekle Plumbing |
| 11/26/2012 | | $ 827.80 | Remax Signature Properties |
| 11/26/2012 | | $ 11.85 | Okefenoke |
| 11/26/2012 | | $ 50.10 | Okefenoke |
| 12/10/2012 | $ 1,332.00 | | Sawyer & Assoc. |
| 12/13/2012 | $ 900.00 | | Bennett Surveying Inc |
| 12/13/2012 | $ 2,000.00 | | Calming Spa |
| 12/13/2012 | $ 1,332.00 | | Well Adjusted Chiropractic |
| 12/18/2012 | | $ 270.96 | City of Kingsland |
| 12/18/2012 | | $ 22.48 | City of Kingsland |
| 12/18/2012 | | $ 1,658.10 | Bank Direct |
| 12/18/2012 | | $ 46.92 | Okefenoke |
| 12/18/2012 | | $ 22.20 | Okefenoke |
| 12/18/2012 | | $ 540.00 | Landscape Innovations |
| 12/26/2012 | $ 1,282.00 | | Anania & Assoc. |
| 12/26/2012 | $ 1.26 | | interest |
| Total | $ 17,846.05 | $ 5,235.56 | $ 12,610.49 |
| | | | |
| Jan-13 | $ 12,610.49 | | |
| 1/14/2013 | $ 1,332.00 | | Sawyer & Assoc. |
| 1/14/2013 | $ 2,000.00 | | Calming Spa |
| 1/14/2013 | $ 1,332.00 | | Well Adjusted Chiropractic |
| 1/14/2013 | $ 900.00 | | Bennett Surveying Inc |
| 1/15/2013 | | $ 323.40 | City of Kingsland |
| 1/15/2013 | | $ 28.42 | City of Kingsland |
| 1/15/2013 | | $ 704.60 | Remax Signature Properties |
| 1/15/2013 | | $ 1,658.10 | Bank Direct |
| 1/15/2013 | | $ 540.00 | Landscape Innovations |
| 1/15/2013 | | $ 79.85 | Okefenoke |
| 1/15/2013 | | $ 22.20 | Okefenoke |
| 1/15/2013 | | $ 46.92 | Okefenoke |
| 1/27/2013 | $ 1.71 | | interest |
| 1/28/2013 | $ 1,282.00 | | Anania & Assoc. |
| Total | $ 19,458.20 | $ 3,403.49 | $ 16,054.71 |

**Sec v. Price Reconciliation Rental Account (Page 3 of 4)**

| Date | Receipts | Expense | Explanation | |
|---|---|---|---|---|
| Feb-13 | $ 16,054.71 | | | |
| 2/11/2013 | $ 1,332.00 | | Sawyer & Assoc. | |
| 2/19/2013 | | $ 50.10 | Okefenoke | |
| 2/19/2013 | | $ 22.20 | Okefenoke | |
| 2/19/2013 | | $ 113.25 | Okefenoke | |
| 2/19/2013 | | $ 540.00 | Landscape Innovations | |
| 2/19/2013 | | $ 317.88 | City of Kingsland | |
| 2/19/2013 | | $ 28.42 | City of Kingsland | |
| 2/19/2013 | | $ 704.60 | Remax Signature Properties | |
| 2/19/2013 | | $ 113.21 | Southland Waste Systems | |
| 2/20/2013 | $ 2,000.00 | | Calming Spa | |
| 2/20/2013 | $ 1,332.00 | | Well Adjusted Chiropractic | |
| 2/20/2013 | $ 900.00 | | Bennett Surveying Inc | |
| 2/25/2013 | $ 1.40 | | interest | |
| Total | $ 21,620.11 | $ 1,889.66 | $ | 19,730.45 |
| | | | | |
| Mar-13 | $ 19,730.45 | | | |
| 3/1/2013 | $ 1,285.00 | | Anania & Assoc. | |
| 3/7/2013 | | $ 104.00 | Salde Hancock Philllips | |
| 3/11/2013 | $ 1,332.00 | | Sawyer & Assoc. | |
| 3/11/2013 | $ 2,000.00 | | Calming Spa | |
| 3/11/2013 | $ 1,332.00 | | Well Adjusted Chiropractic | |
| 3/11/2013 | $ 900.00 | | Bennett Surveying Inc | |
| 3/25/2013 | $ 1.23 | | interest | |
| Total | $ 26,580.68 | $ 104.00 | $ | 26,476.68 |
| | | | | |
| Apr-13 | $ 26,476.68 | | | |
| 3/25/2013 | | $ 118.54 | Southland Waste Systems | |
| 3/25/2013 | | $ 119.96 | Southland Waste Systems | |
| 3/25/2013 | | $ 704.60 | Remax Signature Properties | |
| 3/25/2013 | | $ 376.90 | City of Kingsland | |
| 3/25/2013 | | $ 34.10 | City of Kingsland | |
| 3/25/2013 | | $ 540.00 | Landscape Innovations | |
| 3/25/2013 | | $ 55.96 | Okefenoke | |
| 3/25/2013 | | $ 108.84 | Okefenoke | |
| 3/25/2013 | | $ 50.40 | Okefenoke | |
| 3/25/2013 | | $ 6,777.67 | City of Kingsland | |
| 3/25/2013 | | $ 5,356.63 | City of Kingsland | |
| 3/27/2013 | $ 1,282.00 | | Anania & Assoc. | |
| 4/8/2013 | $ 1,332.00 | | Sawyer & Assoc. | |
| 4/8/2013 | $ 2,000.00 | | Calming Spa | |
| 4/8/2013 | $ 1,332.00 | | Well Adjusted Chiropractic | |
| 4/8/2013 | $ 900.00 | | Bennett Surveying Inc | |
| 4/25/2013 | $ 0.69 | | interest | |
| Total | $ 33,323.37 | $ 14,243.60 | $ | 19,079.77 |

**Sec v. Price Reconciliation Rental Account (Page 4 of 4)**

| | Date | Debit | | Credit | Payee | Balance |
|---|---|---|---|---|---|---|
| May-13 | | $ 19,079.77 | | | | |
| | 5/1/2013 | $ 1,285.00 | | | Anania & Assoc. | |
| | 5/7/2013 | | $ | 704.60 | Remax Signature Properties | |
| | 5/7/2013 | | $ | 704.60 | Remax Signature Properties | |
| | 5/7/2013 | | $ | 58.62 | Okefenoke | |
| | 5/7/2013 | | $ | 96.47 | Okefenoke | |
| | 5/7/2013 | | $ | 660.06 | City of Kingsland | |
| | 5/7/2013 | | $ | 59.68 | City of Kingsland | |
| | 5/7/2013 | | $ | 540.00 | Landscape Innovations | |
| | 5/7/2013 | | $ | 540.00 | Landscape Innovations | |
| | 5/7/2013 | | $ | 118.06 | Southland Waste Systems | |
| | 5/16/2013 | $ 1,332.00 | | | Sawyer & Assoc. | |
| | 5/16/2013 | $ 1,500.00 | | | Calming Spa | |
| | 5/13/2013 | $ 900.00 | | | Bennett Surveying Inc | |
| | 5/28/2013 | $ 0.73 | | | interest | |
| Total | | $ 24,097.50 | $ | 3,482.09 | $ | 20,615.41 |
| | | | | | | |
| Jun-13 | | $ 20,615.41 | | | | |
| | 6/4/2013 | $ 1,282.00 | | | Anania & Assoc. | |
| | 6/6/2013 | | $ | 521.40 | Remax Signature Properties | |
| | 6/6/2013 | | $ | 117.25 | Southland Waste Systems | |
| | 6/6/2013 | | $ | 271.88 | City of Kingsland | |
| | 6/6/2013 | | $ | 28.42 | City of Kingsland | |
| | 6/6/2013 | | $ | 117.04 | Okefenoke | |
| | 6/6/2013 | | $ | 196.17 | Okefenoke | |
| | 6/6/2013 | | $ | 25.20 | Okefenoke | |
| | 6/14/2013 | $ 1,332.00 | | | Sawyer & Assoc. | |
| | 6/14/2013 | $ 1,500.00 | | | Calming Spa | |
| | 6/14/2013 | $ 900.00 | | | Bennett Surveying Inc | |
| | 6/25/2013 | $ 0.68 | | | interest | |
| Total | | $ 25,630.09 | $ | 1,277.36 | $ | 24,352.73 |
| | | | | | | |
| Jul-13 | | $ 24,352.73 | | | | |
| | 7/1/2013 | $ 1,285.00 | | | Anania & Assoc. | |
| | 7/1/2013 | $ 900.00 | | | Bennett Surveying Inc | |
| | 7/3/2013 | | $ | 540.00 | Landscape Innovations | |
| | 7/3/2013 | | $ | 540.00 | Landscape Innovations | |
| | 7/3/2013 | | $ | 116.24 | Okefenoke | |
| | 7/3/2013 | | $ | 200.32 | Okefenoke | |
| | 7/3/2013 | | $ | 50.40 | Okefenoke | |
| | 7/3/2013 | | $ | 521.70 | Remax Signature Properties | |
| | 7/3/2013 | | $ | 116.68 | Southland Waste Systems | |
| | 7/3/2013 | | $ | 5,000.00 | Camden County Tax Commisioner | |
| | 7/23/2013 | $ 1,232.00 | | | Calming Spa | |
| | 7/23/2013 | $ 85.00 | | | Calming Spa | |
| | 7/23/2013 | $ 268.00 | | | Calming Spa | |
| | 7/25/2013 | $ 1,000.00 | | | Anania & Assoc./Money order | |
| | 7/25/2013 | $ 285.00 | | | Anania & Assoc./Money order | |
| | 7/25/2013 | | $ | 284.90 | City of Kingsland | |
| | 7/25/2013 | | $ | 31.26 | City of Kingsland | |
| | 7/25/2013 | | $ | 52.93 | Okefenoke | |
| | 7/25/2013 | | $ | 93.90 | Okefenoke | |
| | 7/25/2013 | | $ | 50.40 | Okefenoke | |
| Total | | $ 29,407.73 | $ | 7,598.73 | $ | 21,809.00 |