# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE | : | |
| COMMISSION, | : | |
| | : | |
| **Plaintiff,** | : | Civil Action No. |
| | : | 1:12-cv-2296-TCB |
| | : | |
| | : | |
| v. | : | |
| | : | |
| AUBREY LEE PRICE; | : | |
| PFG, LLC; PFGBI, LLC; | : | |
| MONTGOMERY ASSET | : | |
| MANAGEMENT, LLC f/k/a PFG | : | |
| ASSET MANAGEMENT, LLC, (Florida | : | |
| Limited liability company); and | : | |
| MONTGOMERY ASSET | : | |
| MANGEMENT, LLC  f/k/a PFG | : | |
| ASSET MANAGEMENT, | : | |
| LLC (Georgia limited liability company), | : | |
| | : | |
| **Defendants.** | : | |
| _____/ | | |

## ORDER GRANTING RECEIVER'S EXPEDITED APPLICATION TO EMPLOY BART, MEYER & COMPANY LLP AS SUBSTITUTE ASSOCIATE COUNSEL IN THE SOUTHERN DISTRICT OF GEORGIA

THIS CAUSE came before the Court on the Receiver's Application to Employ Bart, Meyer & Company LLP as Substitute Associate Counsel (the "Application").  The Court having considered the Application, and finding that cause exists to grant the Application, it is

ORDERED as follows:

1.     The Application is granted.

2.     The Receiver is authorized to retain Bart, Meyer & Company LLP as substitute associate counsel in the Southern District of Georgia, *nunc pro tunc* to August 20, 2013.

DONE AND ORDERED in the Northern District of Georgia on August 22nd , 2013.

_____
UNITED STATES DISTRICT COURT JUDGE

Copies furnished to: All counsel of record.