IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>AUBREY LEE PRICE *et al.*,  )<br>)<br>Defendants.  ) | CASE NO. 1:12-CV-2296-TCB |

**JOINT MOTION OF PFG RECEIVER AND FDIC-R
TO EXTEND THE DEADLINE FOR RESPONSE TO PFG RECEIVER'S
MOTION TO APPROVE SALE OF LONGBOAT KEY PROPERTY WITH
ANY AND ALL LIENS ATTACHING TO SALE PROCEEDS TO BE HELD
IN ESCROW PENDING RESOLUTION OF ALL LIEN CLAIMS**

Appointed receiver Melanie Damian ("PFG Receiver") and Federal Deposit Insurance Corporation as Receiver of Montgomery Bank & Trust ("FDIC-R") (collectively, the "Parties") jointly move for a limited extension of the deadline to file a response to PFG Receiver's Motion to Approve Sale of Longboat Key Property with Any and All Liens Attaching to Sale Proceeds to be Held in Escrow Pending Resolution of All Lien Claims (the "Sale Motion"). [Dkt. No. 96.]  In support of their joint motion, the Parties show the Court as follows:

1.     On August 12, 2013, PFG Receiver filed the Sale Motion, seeking approval of this Court to sell certain real property located in Longboat Key, Florida and for other relief that FDIC-R contends will affect its rights.  [Dkt. No. 96.]

1

2. It is FDIC-R's position that the Longboat Key property secures a note held by FDIC-R, is subject to a mortgage granted by PFG, LLC to Montgomery Bank & Trust, and that both the note and the mortgage are assets of FDIC-R.

3. FDIC-R disputes that PFG Receiver is entitled to the relief she seeks in her Sale Motion.

4. The Parties have scheduled a face-to-face meeting for August 28, 2013 to address various issues and disputes between them, including those issues raised in PFG Receiver's Sale Motion.

5. To allow time for the Parties to address those issues and to determine whether any agreed resolution can be achieved, the Parties respectfully request that the Court extend the time to respond to PFG Receiver's Sale Motion [Dkt. No. 96] up to and including September 30, 2013, and that the Court not rule on PFG Receiver's Sale Motion until after that date.

Respectfully submitted this 27th day of August, 2013.

| | |
|---|---|
| */s/ Robert J. Waddell, Jr.* | */s/ Paul Vranicar* *(with permission)* |
| Robert J. Waddell, Jr. | John M. Hamrick |
| Georgia Bar No. 729571 | Georgia Bar No. 322079 |
| Laura E. Reinhold | Paul Vranicar, Esq. |
| Georgia Bar No. 584749 | Georgia Bar No. 288926 |
| MCGUIREWOODS LLP | HOLLAND & KNIGHT LLP |
| Suite 2100, Promenade | Suite 2000, One Atlantic Center |
| 1230 Peachtree Street NE | 1201 West Peachtree Street NE |
| Atlanta, GA 30309 | Atlanta, GA 30309 |
| Telephone: 404-443-5704 | |

Facsimile: 404-443-5781
rwaddell@mcguirewoods.com
*Counsel to the Federal Deposit*
*Insurance Corporation, as Receiver*
*of Montgomery Bank & Trust*

Telephone: 404-817-8500
Facsimile: 404-881-0470
john.hamrick@hklaw.com
paul.vranicar@hklaw.com
*Counsel for Receiver*

<u>/s/ Kenneth Dante Murena</u> *(with permission)*
Kenneth Dante Murena, P.A.
Florida Bar No. 147486
Admitted Pro Hac Vice
DAMIAN & VALORI LLP
1000 Brickell Avenue, Suite 1020
Miami, FL 33131
Telephone: 305-371-3960
Facsimile: 305-371-3965
kmurena@dvllp.com
*Counsel for Receiver*

## CERTIFICATE OF SERVICE AND <u>COMPLIANCE WITH LOCAL RULE 5.1</u>

I hereby certify that on the 27th day of August, 2013, I electronically filed the foregoing, which has been prepared using 14-point Times New Roman font, with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| W. Shawn Murnahan<br>murnahanw@sec.gov | Paul E. Vranicar<br>Paul.vranicar@hklaw.com |
| Madison Graham Loomis<br>loomism@sec.gov | Kenneth Dante Murena<br>kmurena@dvllp.com |
| John Michael Hamrick<br>John.hamrick@hklaw.com | Michael J. Athans<br>mathans@fieldshowell.com |

I further certify that I have served the foregoing by First Class U.S. Mail in an envelope with adequate postage affixed thereto upon the following:

Aubrey Lee Price  
4616 Rainwood Circle  
Valdosta, GA 31602

PFG, LLC  
Corporate Secretary  
255 Racetrack Road, Suite 2  
McDonough, GA 30252

PFGBI, LLC
Corporate Secretary
255 Racetrack Road, Suite 2
McDonough, GA 30252

PFG, LLC
PFGBI, LLC
Montgomery Asset Management, LLC
(Florida limited liability company)
Montgomery Asset Management, LLC
(Georgia limited liability company)
c/o Kathryn Giardina
Robert E. L. Garner, Esq.
HASKELL SLAUGHTER YOUNG
 & REDIKER, LLC
2001 Park Place, Suite 1400
Birmingham, AL 35203

*/s/ Robert J. Waddell, Jr.*
Robert J. Waddell, Jr.
Georgia Bar No. 729571
MCGUIREWOODS LLP
Suite 2100, Promenade
1230 Peachtree Street NE
Atlanta, GA 30309
Telephone: 404-443-5704
Facsimile: 404-443-5781
rwaddell@mcguirewoods.com
*Counsel to the Federal Deposit
Insurance Corporation, as Receiver
of Montgomery Bank & Trust*

5