IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION FILE |
| v. | ) ) | NUMBER 1:12-cv-2296-TCB |
| AUBREY LEE PRICE, et al., | ) ) ) | |
| Defendants. | ) | |

## **O R D E R**

This case is before the Court on the parties' joint motion for extension of time [99]. FDIC-R seeks an extension of time to respond to the receiver's motion to approve the sale of receivership property in which FDIC-R claims an interest [96].

The parties will meet on August 28, 2013 to discuss their interests and rights in the receivership property. The parties jointly request an extension until September 30, 2013 so FDIC-R's response can include information from the August 28, 2013 meeting.

The Court has considered the motion and finds good cause therein. The Court GRANTS the parties' joint motion [99] to extend FDIC-R's time to respond to the receiver's motion [96]. FDIC-R shall respond to the receiver's motion by September 30, 2013.

IT IS SO ORDERED this <u>28th</u> day of <u>August</u>, 2012.

 

_____
Timothy C. Batten, Sr.
United States District Judge