IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION FILE |
| v. | ) ) | NUMBER 1:12-cv-2296-TCB |
| AUBREY LEE PRICE, et al., | ) ) | |
| Defendants. | ) | |

## O R D E R

This case is before the Court on the receiver's motion to approve production of documents [95]. Having reviewed the record, it is HEREBY ORDERED AND ADJUDGED AS FOLLOWS:

1. The Receiver shall produce digital copies of the Receiver's Documents, as that term is defined in the Motion (the "Produced Documents"), to counsel for the parties of the FSC Claims (the "FSC Parties") subject to the conditions set forth in this Order.

2. Digital copies of the FDIC Documents, as that term is defined in the Motion, shall be produced to the FSC Parties only with the consent of the FDIC after agreeing to the FDIC's reasonable confidentiality requirements.

3. The Produced Documents shall be kept strictly confidential and shall only be available to the FSC Parties' counsel and their respective legal assistants, experts, and legal staff, and shall be used solely for the purposes of pursuing and defending the FSC Claims.

4. The FSC Parties shall review all of the Produced Documents within ninety days of receiving them from the Receiver and immediately and permanently destroy all of the Produced Documents, including all internal copies, that are not relevant to or will not be used by the parties in the FSC Claims. The FSC Parties shall notify the Receiver in writing within two business days after they have destroyed the irrelevant Produced Documents.

5. The FSC Parties shall use the remaining Produced Documents only for the purposes of the FSC Claims, including the defense

of those claims, and shall inform the respective arbitration panel that all of the Receiver's Documents are to be used only for that purpose and shall be maintained as confidential in that proceeding.

6. Within seven business days following the conclusion of the respective final hearing with respect to the FSC Claims, all of the remaining copies of the Receiver's Documents shall be permanently destroyed by the FSC Claimants, FSC, their counsel and any other parties in the possession of copies of the Receiver's Documents pursuant to this Order.

7. Any party that violates the confidentiality provisions of this Order shall be subject to the contempt powers of this Court.

IT IS SO ORDERED this 4th day of September, 2013.

_____
Timothy C. Batten, Sr.
United States District Judge