IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

          Plaintiff,

v.

AUBREY LEE PRICE, *et al.*,

          Defendants.

Civil Action No.
1:12-cv-2296-TCB

# ORDER GRANTING RECEIVER'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE LIQUIDATION AND DISTRIBUTION PLAN

THIS CAUSE came before the Court on the *Receiver's Second Unopposed Motion for Extension of Time to File Liquidation and Distribution Plan* (the "Motion) [D.E.103]. With the Court having considering the Motion, finding that cause exists to grant the Motion, and noting that it is unopposed, it is hereby **ORDERED** as follows:

1.     The Receiver's[1] Motion is **GRANTED**.

---

[1] Capitalized terms not defined herein shall have the same ascribed meaning as in the Motion.

2. The deadline for the Receiver to file her Liquidation and Distribution Plan is extended through and including **December 6, 2013**, or such later date as this Court may allow.

**DONE AND ORDERED** in the Northern District of Georgia, this 27th day of September, 2013.

_____
Timothy C. Batten, Sr.
United States District Judge

Copies to:

Kenneth Dante Murena, P.A.
*Counsel for the Receiver*