IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) ) | |
| Plaintiff, ) ) | CIVIL ACTION FILE |
| v. ) ) | NUMBER 1:12-cv-2296-TCB |
| AUBREY LEE PRICE, et al., ) ) | |
| Defendants. ) | |

## O R D E R

This case is before the Court on the parties' joint motion for extension of time [105]. The FDIC seeks an extension of time to respond to the receiver's motion to approve the sale of receivership property in which the FDIC claims an interest [96].

The parties met on August 28, 2013 to discuss their interests and rights in the receivership property. The parties jointly request an extension until October 30, 2013 so they can attempt to reach a resolution.

The Court has considered the motion and finds good cause therein. The Court GRANTS the parties' joint motion [105] to extend the FDIC's

time to respond to the receiver's motion [96].  The FDIC shall respond to the receiver's motion by October 30, 2013.

IT IS SO ORDERED this 27th day of September, 2013.

_____
Timothy C. Batten, Sr.
United States District Judge