# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | Civil Action No. 1:12-cv-2296-TCB |
| v. | |
| AUBREY LEE PRICE; PFG, LLC; PFGBI, LLC; MONTGOMERY ASSET MANAGEMENT, LLC f/k/a PFG ASSET MANAGEMENT, LLC, (Florida limited liability company); and MONTGOMERY ASSET MANGEMENT, LLC f/k/a PFG ASSET MANAGEMENT, LLC (Georgia limited liability company), | |
| Defendants. | |

## ORDER GRANTING RECEIVER'S MOTION TO APPROVE SALE OF PROPERTY OF THE ESTATE (LYONS, GEORGIA LAND)

THIS CAUSE came before the Court on the Receiver's Motion to Approve Sale of Property of the Estate (Lyons, Georgia Land) (the "Motion"). With the Court having considered the Motion, and finding that cause exists to grant the Motion, it is hereby ORDERED as follows:

1. The Motion is **GRANTED**.

2. The Court finds that the Receiver's efforts in marketing the property located at 3590 GA Highway 152, Lyons, Georgia, 30436 (the "Lyons, Georgia Land") meet the requirements, and comply with the spirit, of 28 U.S.C. 2001(b), and that the sale of the Lyons, Georgia Land is in the best interest of the Receivership Estate.

3. The Court therefore approves the private sale of the Lyons, Geporgia Land upon the terms and conditions set forth in the Offer (as defined in and attached as Exhibit A to the Motion), without requiring any further notice or process.

4. The Court further authorizes, upon the closing of the sale of the Lyons, Georgia Land the payment of the commission owed to the Receiver's broker, Routh Realtors, LLC ("Routh"), pursuant to the commission structure provided in the listing agreement entered into between Routh and the Receiver. Accordingly, Routh, and any realtor of the purchaser, collectively, are entitled to a commission payment of 8% of the purchase price as payment in full for their services performed in connection with the sale of Lyons, Georgia Land.

DONE AND ORDERED in the Northern District of Georgia, this 25th day of  October , 2013.

_____
UNITED STATES DISTRICT COURT JUDGE