**Sec v. Price Reconciliation of Receivership Account (Page 1 of 5)**

| Date | Receipts | Expenses | Explanation |
|---|---|---|---|
| 8/14/2012 | $ 339,482.80 | | Bank of America |
| 8/14/2012 | $ 244.10 | | Bank of America |
| 8/14/2012 | $ 314.04 | | Bank of America |
| 8/14/2012 | $ 1,710.00 | | Bank of America |
| 8/14/2012 | $ 3,883.31 | | Bank of America |
| 8/14/2012 | $ 16.21 | | Bank of America |
| 8/14/2012 | $ 0.01 | | Bank of America |
| 8/14/2012 | $ 0.02 | | Bank of America |
| 8/14/2012 | $ 2.55 | | Bank of America |
| 8/27/2012 | $ 16.57 | | Interest |
| **Total** | **$ 345,669.61** | **$ -** | **$ 345,669.61** |
| | | | |
| Sep-12 | $ 345,669.61 | | |
| 8/21/2012 | $ 86.75 | | Ameritrade |
| 8/21/2012 | $ 0.81 | | Ameritrade |
| 8/21/2012 | $ 9,985.58 | | Ameritrade |
| 8/28/2012 | $ 179.30 | | Schofield & Spencer PA |
| 8/28/2012 | $ 24.28 | | Bright House Networks |
| 8/28/2012 | $ 234.19 | | Manatee County |
| 9/4/2012 | | $ 2,565.94 | Translation/Transcript of Court Order |
| 9/4/2012 | | $ 146.88 | Reimbursement for Lock change |
| 9/6/2012 | | $ 185.00 | Luis Lopez Tree & Lawn Service |
| 9/6/2012 | | $ 62.31 | Town of Longboat Key |
| 9/6/2012 | | $ 27.47 | FPL |
| 9/10/2012 | | $ 35.90 | Town of Longboat Key |
| 9/10/2012 | | $ 310.25 | University Park of Commerce |
| 9/13/2012 | | $ 110.84 | Eugen Aldea |
| 9/13/2012 | | $ 1,090.00 | Cumberland Plumbing |
| 9/13/2012 | | $ 1,000.00 | Remax Signature Properties |
| 9/21/2012 | | $ 1,287.00 | MetLife |
| 9/19/2012 | $ 2,090.00 | | transfer from rental acct |
| 9/25/2012 | $ 70.22 | | interest |
| **Total** | **$ 358,340.74** | **$ 6,821.59** | **$ 351,519.15** |
| | | | |
| Oct-12 | $ 351,519.15 | | |
| 9/24/2012 | | $ 55.52 | FPL |
| 9/24/2012 | | $ 82.97 | FPL |
| 9/24/2012 | | $ 113.52 | FPL |
| 9/25/2012 | | $ 582.02 | FPL |
| 9/26/2012 | | $ 350.00 | South Coast Landscape |
| 9/26/2012 | | $ 520.00 | Luis Lopez Tree & Lawn Service |
| 9/26/2012 | | $ 1,375.70 | Roger P. Conley Chartered |
| 9/26/2012 | | $ 1,375.70 | Roger P. Conley Chartered |
| 9/26/2012 | | $ 1,375.70 | Roger P. Conley Chartered |
| 10/9/2012 | | $ 90.43 | FPL |
| 10/9/2012 | | $ 29.67 | Town of Longboat Key |
| 10/5/2012 | | $ 288.00 | Harbor Pines Condominium |
| 10/5/2012 | | $ 288.00 | Harbor Pines Condominium |
| 10/5/2012 | | $ 288.00 | Harbor Pines Condominium |
| 10/11/2012 | | $ 156.13 | Athene Annuity & Life Assurance Co. |
| 10/16/2012 | | $ 61.43 | FPL |
| 10/16/2012 | | $ 36.83 | FPL |
| 10/19/2012 | | $ 140.00 | FPL |
| 10/19/2012 | | $ 236.00 | FPL |
| 10/25/2012 | $ 71.30 | | interest |
| 10/29/2012 | | $ 288.00 | Harbor Pines Condominium |
| 10/29/2012 | | $ 288.00 | Harbor Pines Condominium |
| 10/29/2012 | | $ 288.00 | Harbor Pines Condominium |
| 10/29/2012 | | $ 300.25 | University Park of commerce |
| 10/31/2012 | | $ 293.80 | HSBC |
| **Total** | **$ 351,590.45** | **$ 8,903.67** | **$ 342,686.78** |

EXHIBIT D

**Sec v. Price Reconciliation of Receivership Account (Page 2 of 5)**

| Date | Receipts | Expenses | Explanation |
|---|---|---|---|
| Nov-12 | $ 342,686.78 | | |
| 11/5/2012 | | $ 42.74 | Kissimmee Utility Authority |
| 11/5/2012 | | $ 520.00 | Luis Lopez |
| 11/5/2012 | | $ 41.23 | FPL |
| 11/5/2012 | | $ 29.67 | Town of Longboat Key |
| 7/1/2012 | $ 489.72 | | Gary Olin |
| 11/12/2012 | $ 489.72 | | Gary Olin |
| 11/13/2012 | $ 489.72 | | Gary Olin |
| 11/13/2012 | $ 489.72 | | Gary Olin |
| 11/13/2012 | $ 489.72 | | Gary Olin |
| 11/21/2012 | $ 110.25 | | Teco People Gas |
| 11/26/2012 | $ 75.44 | | interest |
| **Total** | **$ 345,321.07** | **$ 633.64** | **$ 344,687.43** |
| Dec-12 | $ 344,687.43 | | |
| 11/28/2012 | $ 489.72 | | Gary Olin |
| 11/29/2012 | | $ 20.87 | FPL |
| 11/29/2012 | | $ 34.34 | FPL |
| 11/29/2012 | | $ 67.53 | FPL |
| 11/29/2012 | | $ 128.36 | FPL |
| 12/4/2012 | | $ 324.00 | FPL |
| 11/26/2012 | | $ 206.11 | Manatee County Utilities |
| 12/1/2012 | | $ 288.00 | Harbor Pines Condominium |
| 12/1/2012 | | $ 288.00 | Harbor Pines Condominium |
| 12/1/2012 | | $ 288.00 | Harbor Pines Condominium |
| 12/18/2012 | | $ 40.56 | Manatee County Utilities |
| 12/18/2012 | | $ 29.84 | Town of Longboat Key |
| 12/18/2012 | | $ 14.38 | FPL |
| 12/18/2012 | | $ 20.38 | FPL |
| 12/18/2012 | | $ 15.10 | FPL |
| 12/18/2012 | | $ 16.02 | FPL |
| 12/18/2012 | | $ 33.63 | FPL |
| 12/18/2012 | | $ 34.61 | FPL |
| 12/18/2012 | | $ 162,888.96 | Damian & Valori LLP |
| 12/18/2012 | | $ 10,649.97 | Integro Advisors, Inc. |
| 12/18/2012 | | $ 5,945.22 | Holland & Knight |
| 12/18/2012 | | $ 560.50 | Goodman McGuffey Lindsey & Johnson LLP |
| 12/18/2012 | | $ 11,279.00 | De Sola Pate & Brown |
| 12/18/2012 | | $ 25,992.00 | Kapila & Company |
| 12/18/2012 | | $ 19,935.45 | Petitt Worrell Craine Wolfe LLC |
| 12/20/2012 | $ 39,569.01 | | Petitt Worrell Craine Wolfe LLC |
| 12/26/2012 | $ 59.77 | | interest |
| **Total** | **$ 384,805.93** | **$ 239,100.83** | **$ 145,705.10** |
| Jan-13 | $ 145,705.10 | | |
| 12/31/2012 | $ 489.72 | | Gary Olin |
| 1/4/2013 | $ 10,345.73 | | Montgomery County Bankshares |
| 1/10/2012 | $ 160.41 | | FPL |
| 1/11/2013 | $ 65,752.12 | | Petitt Worrell Craine Wolfe LLC |
| 1/13/2013 | | $ 325.00 | Harbor Pines Condominium |
| 1/13/2013 | | $ 325.00 | Harbor Pines Condominium |
| 1/15/2013 | | $ 156.13 | Athene Annuity & Life Assurance Co. -KDM |
| 1/15/2013 | | $ 1,140.00 | Luis Lopez Tree & Lawn Service |
| 1/15/2013 | | $ 40.56 | Manatee County Utilities |
| 1/15/2013 | | $ 262.99 | University Park of commerce |
| 1/15/2013 | | $ 103.70 | Town of Longboat Key |
| 1/15/2013 | | $ 29.84 | Town of Longboat Key |
| 1/17/2013 | | $ 10,345.73 | Montgomery County Bankshares |
| 1/25/2013 | $ 41.55 | | interest |
| **Total** | **$ 222,494.63** | **$ 12,728.95** | **$ 209,765.68** |

EXHIBIT D

**Sec v. Price Reconciliation of Receivership Account (Page 3 of 5)**

| Date | Receipts | Expenses | Explanation |
|---|---|---|---|
| Feb-13 | $ 209,765.68 | | |
| 1/28/2013 | $ 489.76 | | Gary Olin |
| 1/29/2013 | $ 1,038,414.48 | | Genworth Life Insurance |
| 1/29/2013 | $ 1,897.62 | | Bank of America |
| 1/28/2013 | | $ 15.98 | FPL |
| 1/28/2013 | | $ 23.72 | FPL |
| 1/28/2013 | | $ 17.96 | FPL |
| 1/28/2013 | | $ 11.53 | FPL |
| 1/31/2013 | $ 314.06 | | FPL |
| 2/19/2013 | | $ 325.00 | Harbor Pines Condominium |
| 2/19/2013 | | $ 325.00 | Harbor Pines Condominium |
| 2/19/2013 | | $ 440.00 | Luis Lopez Tree & Lawn Service |
| 2/19/2013 | | $ 41.79 | Manatee County Utilities |
| 2/19/2013 | | $ 29.84 | Town of Longboat Key |
| 2/19/2013 | | $ 92.31 | FPL |
| 2/19/2013 | | $ 17.54 | FPL |
| 2/19/2013 | | $ 20.85 | FPL |
| 2/19/2013 | | $ 27.04 | FPL |
| 2/19/2013 | | $ 293.80 | HSBC |
| 2/28/2013 | $ 243.08 | | interest |
| **Total** | **$ 1,251,124.68** | **$ 1,682.36** | **$ 1,249,442.32** |
| | | | |
| Mar-13 | $ 1,249,442.32 | | |
| 3/1/2013 | | $ 300.00 | Harbor Pines Condominium |
| 3/1/2013 | | $ 300.00 | Harbor Pines Condominium |
| 3/1/2013 | $ 83,233.70 | | Gary Olin |
| 3/8/2013 | $ 4,620.43 | | Sunbelt Sgency |
| 3/11/2013 | $ 500,000.00 | | Household Life Insuance Company |
| 3/11/2013 | $ 43,561.64 | | Household Life Insuance Company |
| 3/19/2013 | | $ 160,989.27 | Damian & Valori LLP |
| 3/19/2013 | | $ 16,636.40 | De Sola Pate & Brown |
| 3/20/2013 | | $ 25.00 | Gibratar Private - wire fee |
| 3/25/2013 | $ 195.21 | | interest |
| **Total** | **$ 1,881,053.30** | **$ 178,250.67** | **$ 1,702,802.63** |
| | | | |
| Apr-13 | $ 1,702,802.63 | | |
| 3/19/2013 | | $ 20,249.60 | Ver Ploeg Lumkin PA |
| 3/19/2013 | | $ 10,242.07 | Holland & Knight |
| 3/19/2013 | | $ 27,533.67 | Petitt Worrell Craine Wolfe LLC |
| 3/19/2013 | | $ 7,999.69 | Integro Advisors, Inc. |
| 3/19/2013 | | $ 73,383.03 | Kapila & Company |
| 3/25/2013 | | $ 262.99 | University Park Commerce |
| 3/25/2013 | | $ 44.25 | Manatee County Utilities |
| 3/25/2013 | | $ 156.13 | Athene Annuity & Life Assurance Co. |
| 3/25/2013 | | $ 440.00 | Luis Lopez Tree & Lawn Service |
| 3/25/2013 | | $ 29.84 | Town of Longboat Key |
| 3/25/2013 | | $ 39.77 | FPL |
| 3/25/2013 | | $ 176.95 | Ver Ploeg Lumkin PA |
| 4/2/2013 | | $ 22.86 | FPL |
| 4/2/2013 | | $ 59.84 | FPL |
| 4/2/2013 | | $ 29.05 | FPL |
| 4/12/2013 | $ 156.13 | | Athene Annuity & Life Assurance Co. |
| 4/19/2013 | $ 101,886.73 | | Sale of Property |
| 4/25/2013 | $ 135.64 | | interest |
| **Total** | **$ 1,804,981.13** | **$ 140,669.74** | **$ 1,664,311.39** |

EXHIBIT D

**Sec v. Price Reconciliation of Receivership Account (Page 4 of 5)**

| Date | Credit | Debit | Payee |
|---|---|---|---|
| May-13 | $ 1,664,311.39 | | |
| 5/1/2013 | $ 92.79 | | FPL |
| 5/7/2013 | | $ 62.66 | Town of Longboat Key |
| 5/7/2013 | | $ 77.66 | FPL |
| 5/7/2013 | | $ 880.00 | Luis Lopez Tree and Lawn Service |
| 5/7/2013 | | $ 40.56 | Manatee County Utilities |
| 5/7/2013 | | $ 58.44 | FPL |
| 5/7/2013 | | $ 137.13 | FPL |
| 5/7/2013 | | $ 33.81 | FPL |
| 5/20/2013 | $ 37,401.86 | | Petitt Worrell Craine Wolfe LLC |
| 5/28/2013 | $ 37,396.53 | | Petitt Worrell Craine Wolfe LLC |
| 5/31/2013 | $ 152.39 | | interest |
| **Total** | **$ 1,739,354.96** | **$ 1,290.26** | **$ 1,738,064.70** |
| | | | |
| Jun-13 | $ 1,738,064.70 | | |
| Jun-13 | $ 3,185.25 | | Petitt Worrell Craine Wolfe LLC |
| 6/6/2013 | | $ 33.95 | FPL |
| 6/6/2013 | | $ 81.12 | Manatee County Utilities |
| 6/7/2013 | $ 146.93 | | FPL |
| 6/18/2013 | | $ 88,185.22 | Damian & Valori LLP |
| 6/18/2013 | | $ 23,306.51 | Ver Ploeg Lumkin PA |
| 6/18/2013 | | $ 3,151.52 | Holland & Knight |
| 6/18/2013 | | $ 25,419.59 | Petitt Worrell Craine Wolfe LLC |
| 6/18/2013 | | $ 6,752.00 | De Sola Pate & Brown |
| 6/18/2013 | | $ 26,951.50 | Kapila & Company |
| 6/18/2013 | | $ 1,200.00 | Integro Advisors, Inc. |
| 6/24/2013 | $ 291.92 | | |
| 6/30/2013 | $ 132.12 | | interest |
| **Total** | **$ 1,741,820.92** | **$ 175,081.41** | **$ 1,566,739.51** |
| | | | |
| Jul-13 | $ 1,566,739.51 | | |
| 7/3/2013 | | $ 20.12 | FPL |
| 7/3/2013 | | $ 42.73 | FPL |
| 7/3/2013 | | $ 29.84 | Town of Longboat Key |
| 7/3/2013 | | $ 81.73 | Manatee County Utilities |
| 7/3/2013 | | $ 880.00 | Luis Lopez Tree and Lawn Service |
| 7/3/2013 | | $ 176.00 | Richard's Workshop |
| 7/3/2013 | | $ 100.37 | Eugen Aldea |
| 7/9/2013 | $ 251,510.32 | | Athene Annuity & Life Assurance Company |
| 7/23/2013 | $ 191.78 | | Athene Annuity & Life Assurance Company |
| 7/25/2013 | | $ 74.19 | FPL |
| 7/25/2013 | | $ 62.66 | Town of Longboat Key |
| 7/26/2013 | $ 122,450.28 | | Petitt Worrell Craine Wolfe LLC |
| 7/29/2013 | $ 147.87 | | FPL |
| 7/25/2013 | $ 141.37 | | interest |
| **Total** | **$ 1,941,181.13** | **$ 1,467.64** | **$ 1,939,713.49** |
| | | | |
| Aug-13 | $ 1,939,713.49 | | |
| 8/27/2013 | | $ 212.17 | FPL |
| 8/27/2013 | | $ 40.38 | FPL |
| 8/27/2013 | | $ 440.00 | Luis Lopez Tree and Lawn Service |
| 8/27/2013 | | $ 2.62 | Manatee County Utilities |
| 8/25/2013 | $ 170.97 | | interest |
| **Total** | **$ 1,939,884.46** | **$ 695.17** | **$ 1,939,189.29** |

EXHIBIT D

**Sec v. Price Reconciliation of Receivership Account (Page 5 of 5)**

| Date | Deposit | Withdrawal | Payee |
|---|---|---|---|
| Sep-13 | $ 1,939,189.29 | | |
| 8/28/2013 | $ 94,192.61 | | Petitt Worrell Craine Wolfe LLC |
| 9/4/2013 | $ 5,030.25 | | Park Avenue Numismatics |
| 9/19/2013 | | $ 45.38 | FPL |
| 9/19/2013 | | $ 280.00 | Luis Lopez Tree and Lawn Service |
| 9/19/2013 | | $ 37.64 | Town of Longboat Key |
| 9/19/2013 | | $ 104,604.35 | Damian & Valori LLP |
| 9/19/2013 | | $ 30,384.34 | Ver Ploeg Lumkin PA |
| 9/19/2013 | | $ 1,605.14 | Holland & Knight |
| 9/19/2013 | | $ 20,774.06 | Petitt Worrell Craine Wolfe LLC |
| 9/19/2013 | | $ 5,740.40 | De Sola Pate & Brown |
| 9/19/2013 | | $ 22,983.70 | Kapila & Company |
| 9/19/2013 | | $ 1,687.91 | Integro Advisors, Inc. |
| 9/25/2013 | $ 166.17 | | interest |
| **Total** | **$ 2,038,578.32** | **$ 188,142.92** | **$ 1,850,435.40** |

| Date | Deposit | Withdrawal | Payee |
|---|---|---|---|
| Oct-13 | $ 1,850,435.40 | | |
| 10/24/2013 | | $ 160.00 | Luis Lopez Tree and Lawn Service |
| 10/24/2013 | | $ 29.84 | Town of Longboat Key |
| 10/24/2013 | | $ 38.82 | FPL |
| 10/24/2013 | | $ 90.19 | Corporation Services Company |
| 10/24/2013 | | $ 90.19 | Corporation Services Company |
| 10/24/2013 | | $ 90.19 | Corporation Services Company |
| 10/25/2013 | $ 163.13 | | interest |
| **Total** | **$ 1,850,598.53** | **$ 309.39** | **$ 1,850,289.14** |

EXHIBIT D