| | |
|---|---|
| Adams, Jon | Frey, Richard |
| Agner, Don | Garner, Bill |
| Allen, Linda L. | Garner, Jeanette |
| Allen, William E. | Giametta, Arlene T. |
| Amerson, Mack Arthur | Giametta, Joseph |
| Anderson, Shirlene | Gibson III, Joseph H. |
| Ankarstran, John Dale | Gilbert, Harrell |
| Ankarstran, Lorraine | Gilbert, Kathy |
| Austin, James W. | Gowan, Julie Ann |
| Barrientos, Martin | Gowan, Reg |
| Baxley, Ann T. | Greene, Deborah |
| Baxley, Gene | Grubbs, Cary |
| Boone, Margaret J. | Gunter, Michael |
| Buttrill, Connie | Hammack, Donna |
| Cain, Helen | Hammack, Steve |
| Cain, OD | Hendrix, Joan |
| Canady, Luise | Hoffman, Lara |
| Carney, Deborah | Holcomb, George |
| Carney, Steve | Hood, Darcy |
| Cassanova, Emma | Howard, Guy |
| Cassanova, Emmanuel | Huang, Rani |
| Champion, Beccy | Huang, Roupan |
| Chandonia, Charlene | Hunt, Patricia |
| Chandonia, Ron | Hurt, Tammy |
| Clifton, Joel | Jacobson, Stuart |
| Clifton, Linda | Johnson, Ericka |
| Coldwell, Joyce | Keith, Adam |
| Coldwell, Robert | King, Betty Jean |
| Collett, Beverly | Kirkwood, James |
| Collett, Grady | Klein, Barbara |
| Cooper, Barry | Lee, James C. |
| Cooper, Paula | Lee, Lisa |
| Cross, Wendy | Lee, Melvin Neal |
| Deane, Karen | Lwis, Osama |
| Dean, Michael | Main, Tabitha |
| Deloach, Michael | Main, William |
| Dumas, John W. | Manguart, Julie |
| Falk, Belinda A. | Mann, Violet |
| Falk, John D. | Massina, Wanda |
| Farist, Judy | McCormick, Debra |
| Fitzsimmons, Jennifer | McSwain, Dan |
| Fletcher, Linda | McSwain, Elaine |
| Fletcher, Steve | McSwain, Ginger |
| Fletcher, Thomas S. | McSwain, Jay |
| Foston, Barbara | McSwain, Keith |
| Fox, Vickie | McSwain, Wanda Messina |
| Freeman, Richard | MDC Family Foundation |
| Freeman, Shari | Michael, Jon |

EXHIBIT E

| | |
|---|---|
| Mock, Renee C. | |
| Moncrief, Joan E. | |
| Moreland, Lynda Sue | |
| Moreland, Sue | |
| Morris, Greg Adam | |
| Newsome Schutz, Kimberly | |
| O'Hara, Shannon | |
| Owens, Betty | |
| Parks, Angela B. | |
| Peek, Janice | |
| Peek, William W. | |
| Peters, Mary Jo | |
| Pluhar, Hans | |
| Price, Judy | |
| Richie, Susan | |
| Riner, Donnie | |
| Ron Chandonia | |
| Sciscoe, Sr., Daniel Ray | |
| Shirley, Blake W. | |
| Shiley, K'Marie | |
| Shirley, Gary W. | |
| Shirley Investments LP | |
| Simpson, Dennis | |
| Simpson, Mary Beth | |
| Skola, Liz | |
| Smith, Charles | |
| Smith, Diane | |
| Smith, Jacquelyn | |
| Smith, Marvel | |
| Smith, Michael | |
| Smith, Richard | |
| Sprowls, Darlene | |
| Sprowls, William A. | |
| Steinberg, Ruth | |
| Stone, Thomas Paris | |
| Teixiera, Merrilyn | |
| Thomason, John | |
| Thomason, Sherry | |
| Townsend, Danny | |
| Tyson, Anna Marie | |
| Tyson, John A. | |
| Vance, Gary | |
| Walker, Carolyn | |
| Walker, Jack | |
| Weinman, Rebecca W. | |
| Wesley, Beverly | |
| Westmoreland, Martha J. | |
| Wilbor, Beth | |

| |
|---|
| Wilbor, Elizabeth |
| Wilbor, Stark |
| Williams, Judy Y. |
| Willms, Shirley |
| Yocum, Dianna |
| Zegalia, Justin |
| Federal Deposit Insurance Corporation |

EXHIBIT E