IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| AUBREY LEE PRICE; et al | ) ) |
| Defendants, | ) ) ) |
| PROTECTIVE LIFE INSURANCE COMPANY | ) ) ) ) |
| Intervention Plaintiff, | ) ) |
| v. | ) ) |
| MELANIE E. DAMIAN, in her capacity as Receiver, | ) ) ) |
| Intervention Defendant.   ) | |

Civil Action No.
1:12-cv-2296-TCB

**[PROPOSED] ORDER GRANTING PROTECTIVE LIFE INSURANCE COMPANY'S EMERGENCY MOTION TO INTERVENE TO SUE RECEIVER AND TO STAY RULING ON RECEIVER'S MOTION TO APPROVE INITIAL PLAN OF DISTRIBUTION (DOC NO. 114) AND MEMORANDUM OF LAW IN SUPPORT THEREOF**

Having reviewed and considered Protective Life Insurance Company's Emergency Motion to Intervene to Sue Receiver and to Stay Ruling on Receiver's

02785022.1                                              1

Motion to Approve Initial Plan of Distribution (Doc. No. 114) and Memorandum of Law in Support thereof, it is **HEREBY ORDERED THAT**:

(1) Protective Life Insurance Company's Motion is **GRANTED;**

(2) Protective Life Insurance Company's Complaint in Intervention shall be deemed filed as of the date of this Order;

(3) Melanie E. Damian, as Receiver, shall respond to the Complaint within thirty days from the date of this Order; and

(4) The Court shall stay ruling on the Receiver's Motion to Approve (A) Investors and Creditors Claims Procedure and (B) Initial Plan of Distribution (Doc. No. 114), and on any other request by the Receiver that involves the distribution or disbursement of the Receivership Assets, pending final resolution of the claims set forth in Protective Life Insurance Company's Complaint in Intervention.

So **ORDERED** this the _____ day of January, 2014.

_____
HON. TIMOTHY C. BATTEN, SR.