# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**AUBREY LEE PRICE; et al** )<br>)<br>Defendants, )<br>)<br>)<br>**HOUSEHOLD LIFE INSURANCE COMPANY** )<br>)<br>Intervention Plaintiff, )<br>)<br>v. )<br>)<br>**MELANIE E. DAMIAN,** )<br>in her capacity as Receiver, )<br>)<br>Intervention Defendant. ) | **Civil Action No. 1:12-cv-2296-TCB** |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

1. The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more

02784950.2

of the stock of a party: Household Life Insurance Company is an indirect wholly owned subsidiary of Enstar Group Limited. Enstar Group Limited is a non-governmental corporate party and is a publicly traded corporation (NASDAQ: ESGR).

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case: Enstar Group Limited.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding: Alexander B. Feinberg (Ga. Bar No. 956505), Christopher C. Frost (Ga. Bar No. 101084), and John A. Little, Jr. (Ga. Bar. No. 528483).

Submitted this 21st day of January, 2014.

*s/ Alexander B. Feinberg*
Alexander B. Feinberg
Georgia Bar No. 956505
Christopher C. Frost
Georgia Bar No. 101084
John A. Little, Jr.
Georgia Bar No. 528483

**MAYNARD, COOPER & GALE, P.C.**
1901 Sixth Avenue North

02784950.2

2

2400 Regions Harbert Plaza
Birmingham, AL 35203
Telephone: 205-254-1160
Facsimile: 205-254-1999

*Attorneys for Intervening Party*
*Household Life Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of January, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. In the event that the CM/ECF system does not send notification of such filing to the following, undersigned counsel will serve the following via U.S. Mail:

Madison Graham Loomis
W. Shawn Murnahan
Securities & Exchange Commission
950 East Paces Ferry Rd., N.E.
Suite 900
Atlanta, GA 30326-1382

Robert J. Waddell, Jr.
Laura Elizabeth Reinhold
McGuire Woods LLP
1230 Peachtree Street, N.E.
Suite 2100, Promenade II
Atlanta, GA 30309

Kenneth Dante Murena
Damian& Valori, LLP
Suite 1020
1000 Brickell Avenue
Miami, FL 33131

Peter Muller
Goodman McGuffey Lindsey & Johnson, LLP
Suite 300
530 Stephenson Avenue
Savannah, GA 31405-5987

*s/ Alexander B. Feinberg*
Of Counsel

02784950.2

4