# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| AUBREY LEE PRICE; et al | ) ) | |
| Defendants, | ) ) | Civil Action No. 1:12-cv-2296-TCB |
| PROTECTIVE LIFE INSURANCE COMPANY | ) ) ) | |
| Intervention Plaintiff, | ) ) | |
| v. | ) ) | |
| MELANIE E. DAMIAN, in her capacity as Receiver, | ) ) ) | |
| Intervention Defendant. | ) | |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

1.     The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:  On April 29, 2011, Protective Life Insurance Company

02785035.1

assumed a business segment of Liberty Life Insurance Company, which included the policy at issue.   Protective Life Insurance Company is a nongovernmental corporate party, and is a wholly-owned subsidiary of Protective Life Corporation. Protective Life Corporation is a publicly traded corporation (NYSE PL).

2.     The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case: Protective Life Insurance Company and Protective Life Corporation.

3.     The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding: Christopher C. Frost (Ga. Bar No. 101084), John A. Little, Jr. (Ga. Bar. No. 528483), and Alexander B. Feinberg (Ga. Bar No. 956505)

Submitted this 21st day of January, 2014.

*s/ Alexander B. Feinberg*

Alexander B. Feinberg
Georgia Bar No. 956505
Christopher C. Frost
Georgia Bar No.  101084
John A. Little, Jr.
Georgia Bar No.  528483

**MAYNARD, COOPER & GALE, P.C.**
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203
Telephone: 205-254-1160
Facsimile: 205-254-1999

*Attorneys for Intervening Party*
*Protective Life Insurance Company*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 21st day of January, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.  In the event that the CM/ECF system does not send notification of such filing to the following, undersigned counsel will serve the following via U.S. Mail:

Madison Graham Loomis
W. Shawn Murnahan
Securities & Exchange Commission
950 East Paces Ferry Rd., N.E.
Suite 900
Atlanta, GA 30326-1382

Robert J. Waddell ,Jr.
Laura Elizabeth Reinhold
McGuire Woods LLP
1230 Peachtree Street, N.E.
Suite 2100,PromenadeII
Atlanta, GA 30309

Kenneth Dante Murena
Damian & Valori, LLP
Suite 1020
1000 Brickell Avenue
Miami, FL 33131

Peter Muller
Goodman McGuffey Lindsey & Johnson, LLP
Suite 300
530 Stephenson Avenue
Savannah, GA 31405-5987


_s/ Alexander B. Feinberg_____
Of Counsel

02785035.1                                           4