IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

AUBREY LEE PRICE *et al.*,

    Defendants.

CASE NO. 1:12-CV-2296 TCB

GENWORTH LIFE
INSURANCE COMPANY

    Plaintiff in Intervention,

v.

MELANIE DAMIAN,
in her capacity as Receiver,

    Defendant in Intervention.
_____/

**PROPOSED ORDER GRANTING GENWORTH LIFE INSURANCE COMPANY'S EMERGENCY MOTION TO INTERVENE AND SUE THE RECEIVER AND TO STAY THE RECEIVER'S MOTION TO APPROVE (A) INVESTORS AND CREDITORS CLAIMS PROEDURE; AND (B) <u>INITIAL PLAN OF DISTRIBUTION</u>**

THIS MATTER comes before the Court on Genworth Life Insurance Company's Motion to Intervene and to Stay the Receiver's Motion to Approve (A)

1

Investors and Creditors Claims Procedure; and (B) Initial Plan of Distribution (D.E. ___) ("Motion to Intervene"). Having reviewed the motion, argument, and applicable law, and being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that:

(1) Genworth Life Insurance Company's Motion to Intervene is **GRANTED**;

(2) Genworth Life Insurance Company's Proposed Complaint is deemed filed; and

(3) The Court will stay ruling on the Receiver's Motion to Approve (A) Investors and Creditors Claims Procedure and (B) Initial Plan of Distribution (D.E. 114), pending final resolution of the claims set forth in Genworth Life Insurance Company's Complaint.

Done and Ordered in Chambers this ____ day of January, 2014.

_____
Honorable Timothy C. Batten, Sr.
United States District Court,
Northern District of Georgia

Prepared By

David J. Forestner
Georgia Bar No. 269177
Carlton Fields Jorden Burt, P.A.
One Atlantic Center, Suite 3000
1201 W. Peachtree Street
Atlanta, GA 30309
Phone: 404-815-3400
Fax: 404-815-3415
Email: dforestner@cfjblaw.com