IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

AUBREY LEE PRICE *et al.*,

    Defendants.

CASE NO. 1:12-CV-2296 TCB

GENWORTH LIFE
INSURANCE COMPANY

    Plaintiff in Intervention,

v.

MELANIE DAMIAN,
in her capacity as Receiver,

    Defendant in Intervention.
_____/

**PLAINTIFF IN INTERVENTION, GENWORTH LIFE INSURANCE
COMPANY'S, CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, undersigned

counsel for Plaintiff in Intervention, Genworth Life Insurance Company, certifies

1

that the following is a complete list of all interested parties to this action and corporate parents and/or any publicly held corporation owning 10% or more Genworth Life Insurance Company's stock:

1. Genworth Life Insurance Company is wholly owned by Genworth North America, a Washington company.

2. Genworth North America is wholly owned by Genworth Holding, Inc., a Delaware company.

3. Genworth Holding, Inc., is wholly owned by Genworth Financial, Inc., a publicly traded Delaware company.

4. The following is a complete list of parties that may have an interest in the outcome of this case: Genworth Life Insurance Company; Genworth North America; Genworth Holding, Inc.; Genworth Financial, Inc.; and Receiver, Melanie Damian.

5. The following is a complete list of all attorneys serving as counsel to Genworth in this proceeding: David J. Forestner (Ga. Bar No. 269177) and Raul A. Cuervo (Fla. Bar No. 515840).

This 22nd day of January, 2014.

*s/ David J. Forestner*
David J. Forestner
Georgia Bar No. 269177

Carlton Fields Jorden Burt, P.A.
One Atlantic Center, Suite 3000
1201 W. Peachtree Street
Atlanta, GA 30309
Phone: 404-815-3400
Fax: 404-815-3415
Email: dforestner@cfjblaw.com

And

Raul Cuervo
Carlton Fields Jorden Burt, P.A.
Miami Tower
100 S.E. Second Street, Suite 4200
Miami, FL  33131-2113
Phone: 305-530-0050
Fax: 305-530-0055
Email: rcuervo@cfjblaw.com

***Attorneys for Plaintiff in Intervention***
***Genworth Life Insurance Company***

## LOCAL RUL 5.1(C), CERTIFICATION

Pursuant to Local Rule 5.1(C), I hereby certify that the foregoing has been prepared with Times New Roman, 14 point.

*/s/ David J. Forestner*
David M. Forestner

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

AUBREY LEE PRICE *et al.*,

    Defendants.

GENWORTH LIFE
INSURANCE COMPANY

    Plaintiff in Intervention,

v.

MELANIE DAMIAN,
in her capacity as Receiver,

    Defendant in Intervention.
_____/

CASE NO. 1:12-CV-2296 TCB

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a true and correct copy of foregoing *Plaintiff in Intervention, Genworth Life Insurance Company's Certificate of Interested Persons and Corporate Disclosure Statement* on opposing

counsel, by electronic mail and by depositing a copy of same in the United States Mail, adequate postage affixed thereon, addressed to:

Madison Graham Loomis
W. Shawn Murnahan
Securities & Exchange Commission
950 East Paces Ferry Road, N.E., Suite 900
Atlanta, GA 30326-1382

Robert J. Waddell, Jr.
Laura Elizabeth Reinhold
McGuire Woods, LLP
1230 Peachtree Street, N.E.
Suite 2100, Promenade II
Atlanta, GA 30309

Kenneth Dante Murena
Damian & Valori, LLP
1000 Brickell Avenue, Suite 1020
Miami, FL 33131

Peter Muller
Goodman McGuffey Lindsey & Johnson, LLP
530 Stephenson Avenue, Suite 300
Savannah, GA 31405-5987

Alexander B. Feinberg
Christopher C. Frost
John A. Little, Jr.
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203

This 22nd day of January, 2014.

/s/ *David J. Forestner*
David J. Forestner
Georgia Bar No. 269177
Carlton Fields Jorden Burt, P.A.
One Atlantic Center, Suite 3000
1201 W. Peachtree Street, NW
Atlanta, GA 30309

**Attorneys for Plaintiff in Intervention Genworth Life Insurance Company**