# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : : : Plaintiff, : : v. : : AUBREY LEE PRICE, et al. : : Defendants. : / | Civil Action No. 1:12-cv-2296-TCB |

## AGREED ORDER GRANTING RECEIVER'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE SIXTH STATUS REPORT

THIS CAUSE came before the Court on the *Receiver's Unopposed Motion for Extension of Time to File Sixth Status Report* (the "Motion) [D.E.129]. The Court having considering the Motion, and finding that cause exists to grant the Motion, it is hereby **ORDERED** as follows:

1. The Receiver's[1] Motion is **GRANTED**.

2. The deadline for the Receiver to file her Sixth Status Report is extended through and including **Fberuary 10, 2014**, or such later date as this Court may allow.

---

[1] Capitalized terms not defined herein shall have the same ascribed meaning as in the Motion.

**DONE AND ORDERED** in the Northern District of Georgia, this 31st day of January, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE

Copies to:

Kenneth Dante Murena, P.A.
*Counsel for the Receiver*