# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE | ) | |
| COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:12-CV-2296-TCB |
| AUBREY LEE PRICE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## AGREED ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE REPLY TO FDIC-R'S OBJECTIONS TO RECEIVER'S PLAN

THIS MATTER came before the Court upon *Agreed Motion for Extension of Time to File Reply to FDIC-R's Objections to Receiver's Plan* (the "Motion"), filed by Melanie E. Damian, as the Court-appointed Receiver (the "Receiver") in the above-captioned action. With the Court having considered the Motion, noting that the FDIC-R consents to relief requested therein, and being otherwise advised in the premises, it is hereby

ORDERED AS FOLLOWS:

The Motion is GRANTED.  The deadline for the Receiver to file her Reply

to the FDIC-R's Objections to Receiver's Plan is extended through and including

March 3, 2014.

IT IS SO ORDERED, this _31st_ day of January, 2014.

_____
HONORABLE TIMOTHY C. BATTEN, SR.
UNITED STATES DISTRICT COURT JUDGE

Copies Furnished To:

*Counsel of Record*