# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) | CASE NO. 1:12-CV-2296-TCB |
| AUBREY LEE PRICE *et al.*, | ) ) | |
| Defendants. | ) | |

### ORDER GRANTING RECEIVER'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE LIFE INSURANCE COMPANIES' MOTIONS TO INTERVENE

THIS CAUSE came before the Court on the Unopposed Motion for Extension of Time to Respond to the Life Insurance Companies' Motions to Intervene (the "Motion"). With the Court having considered the Motion, and finding that cause exists to grant the relief sought in the Motion, it is hereby ORDERED as follows:

1. The Motion is **GRANTED**.

2. The Court hereby extends the deadline for the Receiver to file a Response to (i) Protective Life Insurance Company's Emergency Motion to

Intervene and to Sue Receiver and to Stay Ruling on Receiver's Motion to Approve Initial Plan of Distribution and Memorandum of Law In Support Thereof [D.E. 122], (ii) Household Life Insurance Company's Emergency Motion to Intervene and to Sue Receiver and to Stay Ruling on Receiver's Motion to Approve Initial Plan of Distribution and Memorandum of Law In Support Thereof [D.E. 123], and (iii) Genworth Life Insurance Company's Emergency Motion to Intervene and Sue the Receiver and to Stay the Receiver's Motion to Approve (A) Investors and Creditors Claims Procedure; and (B) Initial Plan of Distribution [D.E. 127] through and including February 15, 2014.

DONE AND ORDERED in the Northern District of Georgia, this 31st day of January, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE