IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) ) Plaintiff, ) ) v. ) ) AUBREY LEE PRICE, et al ) ) Defendants, ) ) HOUSEHOLD LIFE ) INSURANCE COMPANY, ) ) Intervention Plaintiff, ) ) v. ) ) MELANIE E. DAMIAN, ) in her capacity as Receiver, ) ) Intervention Defendant. ) | Civil Action No. 1:12-cv-2296-TCB |

### NOTICE OF APPEARANCE OF C. ANDREW KITCHEN AS ADDITIONAL COUNSEL FOR INTERVENTION PLAINITFF HOUSEHOLD LIFE INSURANCE COMPANY

COMES C. Andrew Kitchen of Maynard Cooper & Gale, P.C., 1901 Sixth Avenue North, 2400 Regions Harbert Plaza, Birmingham, Alabama 35203, and enters his appearance as additional counsel for Intervention Plaintiff Household Life Insurance Company.

02804490.1                                          1

| | |
|---|---|
| Dated February 5, 2014. | Respectfully submitted, |

        *s/ C. Andrew Kitchen*
        C. Andrew Kitchen
        Georgia Bar. No. 271018

        **OF COUNSEL:**
        C. Andrew Kitchen
        Alexander B. Feinberg
        Christopher C. Frost
        **MAYNARD, COOPER & GALE, P.C.**
        1901 Sixth Avenue North
        2400 Regions Harbert Plaza
        Birmingham, AL 35203
        Telephone: 205-254-1160
        Facsimile: 205-254-1999

        *Attorneys for Intervening Party*
        *Household Life Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. In the event that the CM/ECF system does not send notification of such filing to the following, undersigned counsel will serve the following via U.S. Mail:

Madison Graham Loomis
W. Shawn Murnahan
Securities & Exchange Commission
950 East Paces Ferry Rd., N.E.
Suite 900
Atlanta, GA 30326-1382

Robert J. Waddell, Jr.
Laura Elizabeth Reinhold
McGuire Woods LLP
1230 Peachtree Street, N.E.
Suite 2100, Promenade II
Atlanta, GA 30309

Kenneth Dante Murena
Damian& Valori, LLP
Suite 1020
1000BrickellAvenue
Miami, FL 33131

Peter Muller
Goodman McGuffey Lindsey & Johnson, LLP
Suite 300
530 Stephenson Avenue
Savannah, GA 31405-5987

                                        *s/ C. Andrew Kitchen*
                                        Of Counsel