IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| **AUBREY LEE PRICE, et al** | ) ) | |
| Defendants, | ) ) | Civil Action No. 1:12-cv-2296-TCB |
| **PROTECTIVE LIFE INSURANCE COMPANY,** | ) ) ) ) | |
| Intervention Plaintiff, | ) ) | |
| v. | ) ) | |
| **MELANIE E. DAMIAN,** in her capacity as Receiver, | ) ) ) | |
| Intervention Defendant. | ) | |

### NOTICE OF APPEARANCE OF C. ANDREW KITCHEN AS ADDITIONAL COUNSEL FOR INTERVENTION PLAINITFF <u>PROTECTIVE LIFE INSURANCE COMPANY</u>

COMES C. Andrew Kitchen of Maynard Cooper & Gale, P.C., 1901 Sixth Avenue North, 2400 Regions Harbert Plaza, Birmingham, Alabama 35203, and

enters his appearance as additional counsel for Intervention Plaintiff Protective Life Insurance Company.

Dated February 5, 2014.                Respectfully submitted,


                                       *s/ C. Andrew Kitchen*
                                       C. Andrew Kitchen
                                       Georgia Bar. No. 271018


                                       **OF COUNSEL:**
                                       C. Andrew Kitchen
                                       Alexander B. Feinberg
                                       Christopher C. Frost
                                       **MAYNARD, COOPER & GALE, P.C.**
                                       1901 Sixth Avenue North
                                       2400 Regions Harbert Plaza
                                       Birmingham, AL 35203
                                       Telephone: 205-254-1160
                                       Facsimile: 205-254-1999

                                       *Attorneys for Intervening Party*
                                       *Protective Life Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. In the event that the CM/ECF system does not send notification of such filing to the following, undersigned counsel will serve the following via U.S. Mail:

Madison Graham Loomis
W. Shawn Murnahan
Securities & Exchange Commission
950 East Paces Ferry Rd., N.E.
Suite 900
Atlanta, GA 30326-1382

Robert J. Waddell, Jr.
Laura Elizabeth Reinhold
McGuire Woods LLP
1230 Peachtree Street, N.E.
Suite 2100, Promenade II
Atlanta, GA 30309

Kenneth Dante Murena
Damian& Valori, LLP
Suite 1020
1000BrickellAvenue
Miami, FL 33131

Peter Muller
Goodman McGuffey Lindsey & Johnson, LLP
Suite 300
530 Stephenson Avenue
Savannah, GA 31405-5987

                                                *s/ C. Andrew Kitchen*
                                                Of Counsel