**INVENTORY OF ASSETS**

**Real Properties**

6033 W 34th Street, Unit 136 **[SOLD]**
Bradenton, FL 34210

6033 W 34th Street, Unit 64 **[SOLD]**
Bradenton, FL 34210

6033 W 34th Street, Unit 69 **[SOLD]**
Bradenton, FL 34210

3211 Florida Blvd. **[SOLD]**
Bradenton, FL 34207

3103 Bayshore Gardens Parkway **[SOLD]**
Bradenton, FL 34207

3500 El Conquistador Parkway, Unit 120 **[SOLD]**
Bradenton, FL 34210

910 N. Commerce Blvd. (Industrial) **[SOLD]**
Sarasota, FL 34243

950 N. Commerce Blvd. (Industrial) **[SOLD]**
Sarasota, FL 34243

6960 Gulf of Mexico Drive
Longboat Key, FL 34228

102 Marsh Harbour Parkway (Shopping Center) **[SOLD AT AUCTION]**
Kingsland, GA 32548
Shops at Laurel Island Plantation
(Units 102, 103, 105, 106, 107 & 108)

71 Acres of Timber/Hunting Property **[SOLD]**
Hwy 352 Lyons, GA

2 farms in Venezuela (corn and sugar)

Interest in proceeds of harvest from farms in Venezuela

EXHIBIT A

Inventory of Assents (cont'd)

**Personal Property**

515  JFK 1964 half dollars – Total Face Value of $257.50  **[SOLD]**

4  JFK 1967 half dollars  - Total Face Value of $2.00 **[SOLD]**

13 Ben Franklin half dollars  - Total Face Value of $6.50 **[SOLD]**

97   Silver Dollars from 1922-23(and other years)- Total Face Value of $ 97 **[SOLD]**

Interest in Liberty Life/Athene life insurance policy **[LIQUIDATED]**

Interest in HSBC life insurance policy **[LIQUIDATED]**

Interest in GE Capital/Gentworth Financial life insurance policy **[LIQUIDATED]**

Interest in MetLife life insurance policy

Interest in fidelity bond issued by Traveler's Insurance Company

Interest in claims against third parties, some of which may be covered by known insurance policies with coverage for errors and omissions and directors and officers of the respective third parties (as more fully described in Status Report)

Interest in errors and omissions insurance policies, with respect to which one or more Receivership Entities is a named insured, that potentially cover claims against the Receivership Entities by certain third parties (as more fully described in Status Report)

Interest in proceeds of loans to third parties (as more fully described in Status Report)