## Sec v. Price Reconciliation of Receivership Account (Page 1 of 5)

| Date | Receipts | Expenses | Explanation |
|---|---|---|---|
| 8/14/2012 | $ 339,482.80 | | Bank of America |
| 8/14/2012 | $ 244.10 | | Bank of America |
| 8/14/2012 | $ 314.04 | | Bank of America |
| 8/14/2012 | $ 1,710.00 | | Bank of America |
| 8/14/2012 | $ 3,883.31 | | Bank of America |
| 8/14/2012 | $ 16.21 | | Bank of America |
| 8/14/2012 | $ 0.01 | | Bank of America |
| 8/14/2012 | $ 0.02 | | Bank of America |
| 8/14/2012 | $ 2.55 | | Bank of America |
| 8/27/2012 | $ 16.57 | | Interest |
| Total | $ 345,669.61 | $ - | $ 345,669.61 |
| Sep-12 | $ 345,669.61 | | |
| 8/21/2012 | $ 86.75 | | Ameritrade |
| 8/21/2012 | $ 0.81 | | Ameritrade |
| 8/21/2012 | $ 9,985.58 | | Ameritrade |
| 8/28/2012 | $ 179.30 | | Schofield & Spencer PA |
| 8/28/2012 | $ 24.28 | | Bright House Networks |
| 8/28/2012 | $ 234.19 | | Manatee County |
| 9/4/2012 | | $ 2,565.94 | Translation/Transcript of Court Order |
| 9/4/2012 | | $ 146.88 | Reimbursement for Lock change |
| 9/6/2012 | | $ 185.00 | Luis Lopez Tree & Lawn Service |
| 9/6/2012 | | $ 62.31 | Town of Longboat Key |
| 9/6/2012 | | $ 27.47 | FPL |
| 9/10/2012 | | $ 35.90 | Town of Longboat Key |
| 9/10/2012 | | $ 310.25 | University Park of Commerce |
| 9/13/2012 | | $ 110.84 | Eugen Aldea |
| 9/13/2012 | | $ 1,090.00 | Cumberland Plumbing |
| 9/13/2012 | | $ 1,000.00 | Remax Signature Properties |
| 9/21/2012 | | $ 1,287.00 | MetLife |
| 9/19/2012 | $ 2,090.00 | | transfer from rental acct |
| 9/25/2012 | $ 70.22 | | interest |
| Total | $ 358,340.74 | $ 6,821.59 | $ 351,519.15 |
| Oct-12 | $ 351,519.15 | | |
| 9/24/2012 | | $ 55.52 | FPL |
| 9/24/2012 | | $ 82.97 | FPL |
| 9/24/2012 | | $ 113.52 | FPL |
| 9/25/2012 | | $ 582.02 | FPL |
| 9/26/2012 | | $ 350.00 | South Coast Landscape |
| 9/26/2012 | | $ 520.00 | Luis Lopez Tree & Lawn Service |
| 9/26/2012 | | $ 1,375.70 | Roger P. Conley Chartered |
| 9/26/2012 | | $ 1,375.70 | Roger P. Conley Chartered |
| 9/26/2012 | | $ 1,375.70 | Roger P. Conley Chartered |
| 10/9/2012 | | $ 90.43 | FPL |
| 10/9/2012 | | $ 29.67 | Town of Longboat Key |
| 10/5/2012 | | $ 288.00 | Harbor Pines Condominium |
| 10/5/2012 | | $ 288.00 | Harbor Pines Condominium |
| 10/5/2012 | | $ 288.00 | Harbor Pines Condominium |
| 10/11/2012 | | $ 156.13 | Athene Annuity & Life Assurance Co. |
| 10/16/2012 | | $ 61.43 | FPL |
| 10/16/2012 | | $ 36.83 | FPL |
| 10/19/2012 | | $ 140.00 | FPL |
| 10/19/2012 | | $ 236.00 | FPL |
| 10/25/2012 | $ 71.30 | | interest |
| 10/29/2012 | | $ 288.00 | Harbor Pines Condominium |
| 10/29/2012 | | $ 288.00 | Harbor Pines Condominium |
| 10/29/2012 | | $ 288.00 | Harbor Pines Condominium |
| 10/29/2012 | | $ 300.25 | University Park of commerce |
| 10/31/2012 | | $ 293.80 | HSBC |
| Total | $ 351,590.45 | $ 8,903.67 | $ 342,686.78 |

EXHIBIT C

## Sec v. Price Reconciliation of Receivership Account (Page 2 of 5)

| Date | Receipts | Expenses | Explanation |
|---|---|---|---|
| Nov-12 | $ 342,686.78 | | |
| 11/5/2012 | | $ 42.74 | Kissimmee Utility Authority |
| 11/5/2012 | | $ 520.00 | Luis Lopez |
| 11/5/2012 | | $ 41.23 | FPL |
| 11/5/2012 | | $ 29.67 | Town of Longboat Key |
| 7/1/2012 | $ 489.72 | | Gary Olin |
| 11/12/2012 | $ 489.72 | | Gary Olin |
| 11/13/2012 | $ 489.72 | | Gary Olin |
| 11/13/2012 | $ 489.72 | | Gary Olin |
| 11/13/2012 | $ 489.72 | | Gary Olin |
| 11/21/2012 | $ 110.25 | | Teco People Gas |
| 11/26/2012 | $ 75.44 | | interest |
| Total | $ 345,321.07 | $ 633.64 | $ 344,687.43 |

| Date | Receipts | Expenses | Explanation |
|---|---|---|---|
| Dec-12 | $ 344,687.43 | | |
| 11/28/2012 | $ 489.72 | | Gary Olin |
| 11/29/2012 | | $ 20.87 | FPL |
| 11/29/2012 | | $ 34.34 | FPL |
| 11/29/2012 | | $ 67.53 | FPL |
| 11/29/2012 | | $ 128.36 | FPL |
| 12/4/2012 | | $ 324.00 | FPL |
| 11/26/2012 | | $ 206.11 | Manatee County Utilities |
| 12/1/2012 | | $ 288.00 | Harbor Pines Condominium |
| 12/1/2012 | | $ 288.00 | Harbor Pines Condominium |
| 12/1/2012 | | $ 288.00 | Harbor Pines Condominium |
| 12/18/2012 | | $ 40.56 | Manatee County Utilities |
| 12/18/2012 | | $ 29.84 | Town of Longboat Key |
| 12/18/2012 | | $ 14.38 | FPL |
| 12/18/2012 | | $ 20.38 | FPL |
| 12/18/2012 | | $ 15.10 | FPL |
| 12/18/2012 | | $ 16.02 | FPL |
| 12/18/2012 | | $ 33.63 | FPL |
| 12/18/2012 | | $ 34.61 | FPL |
| 12/18/2012 | | $ 162,888.96 | Damian & Valori LLP |
| 12/18/2012 | | $ 10,649.97 | Integro Advisors, Inc. |
| 12/18/2012 | | $ 5,945.22 | Holland & Knight |
| 12/18/2012 | | $ 560.50 | Goodman McGuffey Lindsey & Johnson LLP |
| 12/18/2012 | | $ 11,279.00 | De Sola Pate & Brown |
| 12/18/2012 | | $ 25,992.00 | Kapila & Company |
| 12/18/2012 | | $ 19,935.45 | Petitt Worrell Craine Wolfe LLC |
| 12/20/2012 | $ 39,569.01 | | Petitt Worrell Craine Wolfe LLC |
| 12/26/2012 | $ 59.77 | | interest |
| Total | $ 384,805.93 | $ 239,100.83 | $ 145,705.10 |

| Date | Receipts | Expenses | Explanation |
|---|---|---|---|
| Jan-13 | $ 145,705.10 | | |
| 12/31/2012 | $ 489.72 | | Gary Olin |
| 1/4/2013 | $ 10,345.73 | | Montgomery County Bankshares |
| 1/10/2012 | $ 160.41 | | FPL |
| 1/11/2013 | $ 65,752.12 | | Petitt Worrell Craine Wolfe LLC |
| 1/13/2013 | | $ 325.00 | Harbor Pines Condominium |
| 1/13/2013 | | $ 325.00 | Harbor Pines Condominium |
| 1/15/2013 | | $ 156.13 | Athene Annuity & Life Assurance Co. -KDM rein |
| 1/15/2013 | | $ 1,140.00 | Luis Lopez Tree & Lawn Service |
| 1/15/2013 | | $ 40.56 | Manatee County Utilities |
| 1/15/2013 | | $ 262.99 | University Park of commerce |
| 1/15/2013 | | $ 103.70 | Town of Longboat Key |
| 1/15/2013 | | $ 29.84 | Town of Longboat Key |
| 1/25/2013 | $ 41.55 | | interest |
| Total | $ 222,494.63 | $ 2,383.22 | $ 220,111.41 |

## Sec v. Price Reconciliation of Receivership Account (Page 3 of 5)

| Date | Receipts | Expenses | Explanation |
|---|---|---|---|
| Feb-13 | $ 220,111.41 | | |
| 1/28/2013 | $ 489.76 | | Gary Olin |
| 1/29/2013 | $ 1,038,414.48 | | Genworth Life Insurance |
| 1/29/2013 | $ 1,897.62 | | Bank of America |
| 1/28/2013 | | $ 15.98 | FPL |
| 1/28/2013 | | $ 23.72 | FPL |
| 1/28/2013 | | $ 17.96 | FPL |
| 1/28/2013 | | $ 11.53 | FPL |
| 1/31/2013 | $ 314.06 | | FPL |
| 2/19/2013 | | $ 325.00 | Harbor Pines Condominium |
| 2/19/2013 | | $ 325.00 | Harbor Pines Condominium |
| 2/19/2013 | | $ 440.00 | Luis Lopez Tree & Lawn Service |
| 2/19/2013 | | $ 41.79 | Manatee County Utilities |
| 2/19/2013 | | $ 29.84 | Town of Longboat Key |
| 2/19/2013 | | $ 92.31 | FPL |
| 2/19/2013 | | $ 17.54 | FPL |
| 2/19/2013 | | $ 20.85 | FPL |
| 2/19/2013 | | $ 27.04 | FPL |
| 2/19/2013 | | $ 293.80 | HSBC |
| 2/28/2013 | $ 243.08 | | interest |
| Total | $ 1,261,470.41 | $ 1,682.36 | $ 1,259,788.05 |

| Date | Receipts | Expenses | Explanation |
|---|---|---|---|
| Mar-13 | $ 1,259,788.05 | | |
| 3/1/2013 | | $ 300.00 | Harbor Pines Condominium |
| 3/1/2013 | | $ 300.00 | Harbor Pines Condominium |
| 3/1/2013 | $ 83,233.70 | | Gary Olin |
| 3/8/2013 | $ 4,620.43 | | Sunbelt Sgency |
| 3/11/2013 | $ 500,000.00 | | Household Life Insuance Company |
| 3/11/2013 | $ 43,561.64 | | Household Life Insuance Company |
| 3/19/2013 | | $ 160,989.27 | Damian & Valori LLP |
| 3/19/2013 | | $ 16,636.40 | De Sola Pate & Brown |
| 3/20/2013 | | $ 25.00 | Gibratar Private - wire fee |
| 3/25/2013 | $ 195.21 | | interest |
| Total | $ 1,891,399.03 | $ 178,250.67 | $ 1,713,148.36 |

| Date | Receipts | Expenses | Explanation |
|---|---|---|---|
| Apr-13 | $ 1,713,148.36 | | |
| 3/19/2013 | | $ 20,249.60 | Ver Ploeg Lumkin PA |
| 3/19/2013 | | $ 10,242.07 | Holland & Knight |
| 3/19/2013 | | $ 27,533.67 | Petitt Worrell Craine Wolfe LLC |
| 3/19/2013 | | $ 7,999.69 | Integro Advisors, Inc. |
| 3/19/2013 | | $ 73,383.03 | Kapila & Company |
| 3/25/2013 | | $ 262.99 | University Park Commerce |
| 3/25/2013 | | $ 44.25 | Manatee County Utilities |
| 3/25/2013 | | $ 156.13 | Athene Annuity & Life Assurance Co. |
| 3/25/2013 | | $ 440.00 | Luis Lopez Tree & Lawn Service |
| 3/25/2013 | | $ 29.84 | Town of Longboat Key |
| 3/25/2013 | | $ 39.77 | FPL |
| 3/25/2013 | | $ 176.95 | Ver Ploeg Lumkin PA |
| 4/2/2013 | | $ 22.86 | FPL |
| 4/2/2013 | | $ 59.84 | FPL |
| 4/2/2013 | | $ 29.05 | FPL |
| 4/12/2013 | $ 156.13 | | Athene Annuity & Life Assurance Co. |
| 4/19/2013 | $ 101,886.73 | | Sale of Property |
| 4/25/2013 | $ 135.64 | | interest |
| Total | $ 1,815,326.86 | $ 140,669.74 | $ 1,674,657.12 |

### Sec v. Price Reconciliation of Receivership Account (Page 4 of 5)

| Date | Deposit | Withdrawal | Payee/Description |
|---|---|---|---|
| May-13 | $ 1,674,657.12 | | |
| 5/1/2013 | $ 92.79 | | FPL |
| 5/7/2013 | | $ 62.66 | Town of Longboat Key |
| 5/7/2013 | | $ 77.66 | FPL |
| 5/7/2013 | | $ 880.00 | Luis Lopez Tree and Lawn Service |
| 5/7/2013 | | $ 40.56 | Manatee County Utilities |
| 5/7/2013 | | $ 58.44 | FPL |
| 5/7/2013 | | $ 137.13 | FPL |
| 5/7/2013 | | $ 33.81 | FPL |
| 5/20/2013 | $ 37,401.86 | | Petitt Worrell Craine Wolfe LLC |
| 5/28/2013 | $ 37,396.53 | | Petitt Worrell Craine Wolfe LLC |
| 5/31/2013 | $ 152.39 | | interest |
| Total | $ 1,749,700.69 | $ 1,290.26 | $ 1,748,410.43 |

| Date | Deposit | Withdrawal | Payee/Description |
|---|---|---|---|
| Jun-13 | $ 1,748,410.43 | | |
| Jun-13 | $ 3,185.25 | | Petitt Worrell Craine Wolfe LLC |
| 6/6/2013 | | $ 33.95 | FPL |
| 6/6/2013 | | $ 81.12 | Manatee County Utilities |
| 6/7/2013 | $ 146.93 | | FPL |
| 6/18/2013 | | $ 88,185.22 | Damian & Valori LLP |
| 6/18/2013 | | $ 23,306.51 | Ver Ploeg Lumkin PA |
| 6/18/2013 | | $ 3,151.52 | Holland & Knight |
| 6/18/2013 | | $ 25,419.59 | Petitt Worrell Craine Wolfe LLC |
| 6/18/2013 | | $ 6,752.00 | De Sola Pate & Brown |
| 6/18/2013 | | $ 26,951.50 | Kapila & Company |
| 6/18/2013 | | $ 1,200.00 | Integro Advisors, Inc. |
| 6/24/2013 | $ 291.92 | | |
| 6/30/2013 | $ 132.12 | | interest |
| Total | $ 1,752,166.65 | $ 175,081.41 | $ 1,577,085.24 |

| Date | Deposit | Withdrawal | Payee/Description |
|---|---|---|---|
| Jul-13 | $ 1,577,085.24 | | |
| 7/3/2013 | | $ 20.12 | FPL |
| 7/3/2013 | | $ 42.73 | FPL |
| 7/3/2013 | | $ 29.84 | Town of Longboat Key |
| 7/3/2013 | | $ 81.73 | Manatee County Utilities |
| 7/3/2013 | | $ 880.00 | Luis Lopez Tree and Lawn Service |
| 7/3/2013 | | $ 176.00 | Richard's Workshop |
| 7/3/2013 | | $ 100.37 | Eugen Aldea |
| 7/9/2013 | $ 251,510.32 | | Athene Annuity & Life Assurance Company |
| 7/23/2013 | $ 191.78 | | Athene Annuity & Life Assurance Company |
| 7/25/2013 | | $ 74.19 | FPL |
| 7/25/2013 | | $ 62.66 | Town of Longboat Key |
| 7/26/2013 | $ 122,450.28 | | Petitt Worrell Craine Wolfe LLC |
| 7/29/2013 | $ 147.87 | | FPL |
| 7/25/2013 | $ 141.37 | | interest |
| Total | $ 1,951,526.86 | $ 1,467.64 | $ 1,950,059.22 |

| Date | Deposit | Withdrawal | Payee/Description |
|---|---|---|---|
| Aug-13 | $ 1,950,059.22 | | |
| 8/27/2013 | | $ 212.17 | FPL |
| 8/27/2013 | | $ 40.38 | FPL |
| 8/27/2013 | | $ 440.00 | Luis Lopez Tree and Lawn Service |
| 8/27/2013 | | $ 2.62 | Manatee County Utilities |
| 8/25/2013 | $ 170.97 | | interest |
| Total | $ 1,950,230.19 | $ 695.17 | $ 1,949,535.02 |

## Sec v. Price Reconciliation of Receivership Account (Page 5 of 5)

| Sep-13 | $ | 1,949,535.02 | | | |
|---|---|---|---|---|---|
| 8/28/2013 | $ | 94,192.61 | | | Petitt Worrell Craine Wolfe LLC |
| 9/4/2013 | $ | 5,030.25 | | | Park Avenue Numismatics |
| 9/19/2013 | | | $ | 45.38 | FPL |
| 9/19/2013 | | | $ | 280.00 | Luis Lopez Tree and Lawn Service |
| 9/19/2013 | | | $ | 37.64 | Town of Longboat Key |
| 9/19/2013 | | | $ | 104,604.35 | Damian & Valori LLP |
| 9/19/2013 | | | $ | 30,384.34 | Ver Ploeg Lumkin PA |
| 9/19/2013 | | | $ | 1,605.14 | Holland & Knight |
| 9/19/2013 | | | $ | 20,774.06 | Petitt Worrell Craine Wolfe LLC |
| 9/19/2013 | | | $ | 5,740.40 | De Sola Pate & Brown |
| 9/19/2013 | | | $ | 22,983.70 | Kapila & Company |
| 9/19/2013 | | | $ | 1,687.91 | Integro Advisors, Inc. |
| 9/25/2013 | $ | 166.17 | | | interest |
| Total | $ | 2,048,924.05 | $ | 188,142.92 | $ 1,860,781.13 |

| Oct-13 | $ | 1,860,781.13 | | | |
|---|---|---|---|---|---|
| 10/24/2013 | | | $ | 160.00 | Luis Lopez Tree and Lawn Service |
| 10/24/2013 | | | $ | 29.84 | Town of Longboat Key |
| 10/24/2013 | | | $ | 38.82 | FPL |
| 10/24/2013 | | | $ | 90.19 | Corporation Services Company |
| 10/24/2013 | | | $ | 90.19 | Corporation Services Company |
| 10/24/2013 | | | $ | 90.19 | Corporation Services Company |
| 10/25/2013 | $ | 163.13 | | | interest |
| Total | $ | 1,860,944.26 | $ | 499.23 | $ 1,860,445.03 |

| Nov-13 | $ | 1,860,445.03 | | | |
|---|---|---|---|---|---|
| 11/25/2013 | | | $ | 45.22 | FPL |
| 11/25/2013 | | | $ | 29.84 | Town of Longboat Key |
| 11/25/2013 | | | $ | 10,345.73 | Montgomery County Bankshares |
| 11/25/2013 | $ | 147.84 | | | interest |
| Total | $ | 1,860,592.87 | $ | 10,420.79 | $ 1,850,172.08 |

| Dec-13 | $ | 1,850,172.08 | | | |
|---|---|---|---|---|---|
| 12/17/2013 | | | $ | 168,278.56 | Damian & Valori LLP |
| 12/17/2013 | | | $ | 15,409.90 | Ver Ploeg Lumkin PA |
| 12/17/2013 | | | $ | 703.60 | Holland & Knight |
| 12/17/2013 | | | $ | 3,311.00 | Bart Meyer & Company |
| 12/17/2013 | | | $ | 11,069.44 | Petitt Worrell Craine Wolfe LLC |
| 12/17/2013 | | | $ | 8,543.60 | De Sola Pate & Brown |
| 12/17/2013 | | | $ | 36,180.05 | Kapila & Company |
| 12/17/2013 | | | $ | 2,919.89 | Integro Advisors, Inc. |
| 12/17/2013 | | | $ | 45.22 | FPL |
| 12/17/2013 | | | $ | 33.12 | Town of Longboat Key |
| 12/17/2013 | | | $ | 320.00 | Luis Lopez Tree and Lawn Service |
| 12/25/2013 | $ | 152.96 | | | interest |
| Total | $ | 1,850,325.04 | $ | 246,814.38 | $ 1,603,510.66 |

| Jan-14 | $ | 1,603,510.66 | | | |
|---|---|---|---|---|---|
| 1/8/2014 | $ | 63,536.31 | | | Petitt Worrell Craine Wolfe LLC |
| 1/25/2014 | $ | 145.75 | | | interest |
| Total | $ | 1,667,192.72 | $ | - | $ 1,667,192.72 |