INVESTORS AND CREDITORS

| | |
|---|---|
| Adams, Jon | Frey, Richard |
| Agner, Don | Garner, Bill |
| Allen, Linda L. | Garner, Jeanette |
| Allen, William E. | Giametta, Arlene T. |
| Amerson, Mack Arthur | Giametta, Joseph |
| Anderson, Shirlene | Gibson III, Joseph H. |
| Ankarstran, John Dale | Gilbert, Harrell |
| Ankarstran, Lorraine | Gilbert, Kathy |
| Austin, James W. | Gowan, Julie Ann |
| Barrientos, Martin | Gowan, Reg |
| Baxley, Ann T. | Greene, Deborah |
| Baxley, Gene | Grubbs, Cary |
| Boone, Margaret J. | Gunter, Michael |
| Buttrill, Connie | Hammack, Donna |
| Cain, Helen | Hammack, Steve |
| Cain, OD | Hendrix, Joan |
| Canady, Luise | Hoffman, Lara |
| Carney, Deborah | Holcomb, George |
| Carney, Steve | Hood, Darcy |
| Cassanova, Emma | Howard, Guy |
| Cassanova, Emmanuel | Huang, Rani |
| Champion, Beccy | Huang, Roupan |
| Chandonia, Charlene | Hunt, Patricia |
| Chandonia, Ron | Hurt, Tammy |
| Clifton, Joel | Jacobson, Stuart |
| Clifton, Linda | Johnson, Ericka |
| Coldwell, Joyce | Keith, Adam |
| Coldwell, Robert | King, Betty Jean |
| Collett, Beverly | Kirkwood, James |
| Collett, Grady | Klein, Barbara |
| Cooper, Barry | Lee, James C. |
| Cooper, Paula | Lee, Lisa |
| Cross, Wendy | Lee, Melvin Neal |
| Deane, Karen | Lwis, Osama |
| Dean, Michael | Main, Tabitha |
| Deloach, Michael | Main, William |
| Dumas, John W. | Manguart, Julie |
| Falk, Belinda A. | Mann, Violet |
| Falk, John D. | Massina, Wanda |
| Farist, Judy | McCormick, Debra |
| Fitzsimmons, Jennifer | McSwain, Dan |
| Fletcher, Linda | McSwain, Elaine |
| Fletcher, Steve | McSwain, Ginger |
| Fletcher, Thomas S. | McSwain, Jay |
| Foston, Barbara | McSwain, Keith |
| Fox, Vickie | McSwain, Wanda Messina |
| Freeman, Richard | MDC Family Foundation |
| Freeman, Shari | Michael, Jon |

EXHIBIT D

INVESTORS AND CREDITORS

| |
|---|
| Mock, Renee C. |
| Moncrief, Joan E. |
| Moreland, Lynda Sue |
| Moreland, Sue |
| Morris, Greg Adam |
| Newsome Schutz, Kimberly |
| O'Hara, Shannon |
| Owens, Betty |
| Parks, Angela B. |
| Peek, Janice |
| Peek, William W. |
| Peters, Mary Jo |
| Pluhar, Hans |
| Price, Judy |
| Richie, Susan |
| Riner, Donnie |
| Ron Chandonia |
| Sciscoe, Sr., Daniel Ray |
| Shirley, Blake W. |
| Shiley, K'Marie |
| Shirley, Gary W. |
| Shirley Investments LP |
| Simpson, Dennis |
| Simpson, Mary Beth |
| Skola, Liz |
| Smith, Charles |
| Smith, Diane |
| Smith, Jacquelyn |
| Smith, Marvel |
| Smith, Michael |
| Smith, Richard |
| Sprowls, Darlene |
| Sprowls, William A. |
| Steinberg, Ruth |
| Stone, Thomas Paris |
| Teixiera, Merrilyn |
| Thomason, John |
| Thomason, Sherry |
| Townsend, Danny |
| Tyson, Anna Marie |
| Tyson, John A. |
| Vance, Gary |
| Walker, Carolyn |
| Walker, Jack |
| Weinman, Rebecca W. |
| Wesley, Beverly |
| Westmoreland, Martha J. |
| Wilbor, Beth |

| |
|---|
| Wilbor, Elizabeth |
| Wilbor, Stark |
| Williams, Judy Y. |
| Willms, Shirley |
| Yocum, Dianna |
| Zegalia, Justin |
| Federal Deposit Insurance Corporation |

EXHIBIT D