**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>v. )<br>AUBREY LEE PRICE *et al.*, )<br>)<br>Defendants. )<br>） | CASE NO. 1:12-CV-2296-TCB |

**ORDER GRANTING RECEIVER'S MOTION TO EXCEED THE PAGE LIMIT TO FILE HER OMNIBUS MEMORANDUM IN OPPOSITION TO <u>THE LIFE INSURANCE COMPANIES' MOTIONS</u>**

THIS CAUSE came before the Court on the Receiver's Motion to Exceed the Page Limit to File Her Omnibus Memorandum in Opposition to the Life Insurance Motions (the "Motion"). With the Court having considered the Motion, and finding that cause exists to grant the relief sough in the Moiton, it is hereby ORDERED AND ADJUDGED THAT:

1. The Receiver's Motion to Exceed the Page Limit is hereby granted.

2. The Omnibus Motion attached to the Motion as Exhibit A is hereby entered onto the docket as if filed, with all resulting deadlines beginning to run, on the date of this Order.

DONE AND ORDERED in the Northern District of Georgia, this ____ day of February, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE