# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) | CASE NO. 1:12-CV-2296-TCB |
| AUBREY LEE PRICE *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER GRANTING RECEIVER'S MOTION TO EXCEED THE PAGE LIMIT TO FILE HER OMNIBUS MEMORANDUM IN OPPOSITION TO THE LIFE INSURANCE COMPANIES' MOTIONS

THIS CAUSE came before the Court on the Receiver's Motion to Exceed the Page Limit to File Her Omnibus Memorandum in Opposition to the Life Insurance Motions (the "Motion"). With the Court having considered the Motion, and finding that cause exists to grant the relief sough in the Moiton, it is hereby ORDERED AND ADJUDGED THAT:

1. The Receiver's Motion to Exceed the Page Limit is hereby granted.

2. The Omnibus Motion attached to the Motion as Exhibit A is hereby entered onto the docket as if filed, with all resulting deadlines beginning to run, on the date of this Order.

DONE AND ORDERED in the Northern District of Georgia, this 19th day of February, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE