IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| AUBREY LEE PRICE, et al | ) ) | |
| Defendants, | ) ) | Civil Action No. 1:12-cv-2296-TCB |
| HOUSEHOLD LIFE INSURANCE COMPANY, | ) ) ) ) | |
| Intervention Plaintiff, | ) ) | |
| v. | ) ) | |
| MELANIE E. DAMIAN, in her capacity as Receiver, | ) ) ) | |
| Intervention Defendant. | ) | |

**ORDER GRANTING INTERVENTION PLAINTIFF PROTECTIVE LIFE INSURANCE COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME AND TO EXCEED PAGE LIMIT**

THIS CAUSE came before the Court on Intervention Plaintiff Protective Life Insurance Company's Unopposed Motion for Extension of Time and to Exceed Page Limit (the "Motion"). With the Court having considered the Motion

02830655.1                              1

and finding that good cause exists to grant the relief sought in the Motion, it is hereby ORDERED AND ADJUDGED THAT:

1. The Motion is hereby granted in its entirety.

2. Intervention Plaintiff Protective Life Insurance Company shall file its Reply in Support of its Motion to Intervene on or before March 17, 2014.

3. Intervention Plaintiff Protective Life Insurance Company shall have ten (10) additional pages for its Reply in Support of its Motion to Intervene.

DONE AND ORDERED this 28th day of February, 2014.

_____
Honorable Timothy C. Batten, Sr.
UNITED STATES DISTRICT COURT JUDGE