IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>AUBREY LEE PRICE, *et al.*, )<br>)<br>Defendants. )<br>_____) | CASE NO. 1:12-CV-2296-TCB |

**SECOND AGREED ORDER GRANTING
MOTION FOR EXTENSION OF TIME TO FILE
<u>REPLY TO FDIC-R'S OBJECTIONS TO RECEIVER'S PLAN</u>**

THIS MATTER came before the Court upon the *Second Agreed Motion for Extension of Time to File Reply to FDIC-R's Objections to Receiver's Plan* (the "Motion"), filed by Melanie E. Damian, as the Court-appointed Receiver (the "Receiver") in the above-captioned action. With the Court having considered the Motion, noting that counsel for the FDIC-R and counsel for the SEC consent to relief requested therein, and being otherwise dully advised in the premises, it is hereby

ORDERED AS FOLLOWS:

The Motion is GRANTED. The deadline for the Receiver to file her Reply to the FDIC-R's Objections to Receiver's Plan is extended through and including March 17, 2014.

IT IS SO ORDERED, this  28th  day of February, 2014

_____
HONORABLE TIMOTHY C. BATTEN, SR.
UNITED STATES DISTRICT COURT JUDGE

Copies Furnished To:

*Counsel of Record*