# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

CASE NO. 1:12-CV-2296 TCB

PROTECTIVE LIFE
INSURANCE COMPANY

    Plaintiff in Intervention,

HOUSEHOLD LIFE
INSURANCE COMPANY

    Plaintiff in Intervention,

GENWORTH LIFE
INSURANCE COMPANY

    Plaintiff in Intervention,

v.

AUBREY LEE PRICE *et al.*,

    Defendants,

FEDERAL DEPOSIT INSURANCE
CORPORATION,
in its capacity as Receiver

for Montgomery Bank & Trust,

    Defendant in Intervention,

MELANIE DAMIAN,
in her capacity as Receiver,

    Defendant in Intervention.
_____/

**PROPOSED ORDER GRANTING GENWORTH LIFE INSURANCE COMPANY'S, PLAINTIFF IN INTERVENTION, UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE ITS REPLY**

THIS CAUSE came before the Court on Plaintiff in Intervention, Genworth Life Insurance Company's, Unopposed Motion for Enlargement of Time to File its Reply ("Reply"). With the Court having considered the Motion and finding that good cause exists to grant the relief sought in the Motion, it is hereby ORDERED AND ADJUDGED THAT:

1.     The Motion is hereby GRANTED in its entirety.

2.     Plaintiff in Intervention, Genworth Life Insurance Company, shall file its Reply in Support off its Motion to Intervene on or before March 17, 2014.

DONE AND ORDERED in the Northern District of Georgia, this _28th_ day of February, 2014

_____
The Honorable Timothy C. Batten, Sr.
United States District Court Judge