IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SECURITIES AND EXCHANGE                :
COMMISSION,                            :
                                       :
                    Plaintiff,         :        Civil Action No.
                                       :        1:12-cv-2296-TCB
          v.                           :
                                       :
AUBREY LEE PRICE, et al.,              :
                                       :
                    Defendants.        :
_____/

## ORDER GRANTING RECEIVER'S AGREED MOTION FOR THIRTY-DAY EXTENSION OF DEADLINE FOR THE RECEIVER TO FILE REPLY TO THE FDIC-R'S OBJECTIONS TO THE RECEIVER'S DISTRIBUTION PLAN

THIS CAUSE came before the Court on the *Receiver's Agreed Motion for Thirty-Day Extension of Deadline for the Receiver to File Reply to the FDIC-R's Objections to the Receiver's Distribution Plan* (the "Motion) [D.E.150].  With the Court having considered the Motion, and finding that cause exists to grant the Motion, it is hereby **ORDERED** as follows:

1.     The Receiver's Motion is **GRANTED**.

2.     The deadline for the Receiver to file her Reply to the FDIC-R's Objections to the Receiver's Distribution Plan is extended through and including **April 16, 2014**, or such later date as this Court may allow.

**DONE AND ORDERED** in the Northern District of Georgia, this <u>17th</u> day of March, 2014.

_____

TIMOTHY C. BATTEN, SR.
UNITED STATES DISTRICT JUDGE