IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

AUBREY LEE PRICE *et al.*,

    Defendants.

CASE NO. 1:12-CV-2296 TCB

GENWORTH LIFE
INSURANCE COMPANY

    Plaintiff in Intervention,

v.

MELANIE DAMIAN,
in her capacity as Receiver,

    Defendant in Intervention.
_____/

### GENWORTH LIFE INSURANCE COMPANY'S, PLAINTIFF IN INTERVENTION, UNOPPOSED MOTION TO EXCEED THE PAGE LIMIT TO ITS REPLY IN SUPPORT OF EMERGENCY MOTION TO INTERVENE

Genworth Life Insurance Company ("Genworth"), Plaintiff in Intervention, hereby moves for an unopposed Motion To Exceed the Page Limit to its Reply to

1

the Receiver's Omnibus Memorandum of Law in Opposition to Life Insurance Companies' Motions to Intervene. In support, Genworth states the following:

1. On January 22, 2014, Genworth filed an Emergency Motion to Intervene, Sue the Receiver, and Stay the Receiver's Motion to Approve Distribution of the Investors and Creditors Claims Procedures and Initial Plan of Distribution. [D.E. 127].

2. The Receiver filed an Omnibus Memorandum in Opposition to the Life Insurance Companies Motions on February 19, 2014. [D.E. 139].

3. Genworth was granted an enlargement of time in which to file its Reply to the Receiver's Response. [D.E. 147].

4. Pursuant to Northern District of Georgia Local Rule 7.1(D), Genworth's Reply is limited to 15 pages. Genworth respectfully requests an additional 9 pages to reply to the Receiver's response in order to fully brief the issues raised in the response.

5. This Motion to Exceed the Page Limit is brought in good faith and is not interposed for purposes of delay or any other improper purpose.

6. Genworth's counsel has conferred with the Receiver and counsel for the Securities and Exchange Commission, who have no objection to the relief sought herein.

WHEREFORE, Genworth Life Insurance Company respectfully requests that this Court enter an Order granting its Motion to Exceed the Page Limit to file its Reply to the Receiver's Omnibus Memorandum in Opposition to the Life Insurance Companies Motions.

This 17th day of March, 2014.

Respectfully Submitted,

*s/ David J. Forestner*
David J. Forestner
Georgia Bar No. 269177
Carlton Fields Jorden Burt, P.A.
One Atlantic Center, Suite 3000
1201 W. Peachtree Street
Atlanta, GA 30309
Phone: 404-815-3400
Fax: 404-815-3415
Email: dforestner@cfjblaw.com

And

Raul Cuervo
Carlton Fields Jorden Burt, P.A.
Miami Tower
100 S.E. Second Street, Suite 4200
Miami, FL 33131-2113
Phone: 305-530-0050
Fax: 305-530-0055
Email: rcuervo@cfjblaw.com

***Attorneys for Plaintiff in Intervention***
***Genworth Life Insurance Company***

## LOCAL RULE 5.1(C), CERTIFICATION

Pursuant to Local Rule 5.1(C), I hereby certify that the foregoing has been prepared with Times New Roman, 14 point font.

*s/ David J. Forestner*
David J. Forestner

#213256