# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

AUBREY LEE PRICE *et al.*,

    Defendants.

CASE NO. 1:12-CV-2296 TCB

GENWORTH LIFE
INSURANCE COMPANY

    Plaintiff in Intervention,

v.

MELANIE DAMIAN,
in her capacity as Receiver,

    Defendant in Intervention.

_____/

**ORDER GRANTING GENWORTH LIFE INSURANCE COMPANY'S UNOPPOSED MOTION TO EXCEED THE PAGE LIMIT TO ITS REPLY**

THIS MATTER comes before the Court on Genworth Life Insurance Company's ("Genworth"), Plaintiff in Intervention, unopposed Motion To Exceed the Page Limit to its Reply to the Receiver's Omnibus Memorandum of Law in

1

Opposition to Life Insurance Companies' Motions to Intervene. Having considered the Motion and being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that:

(1) Genworth's Motion is granted in its entirety.

(2) Genworth shall have an additional 9 pages for its Reply in support of its Emergency Motion to Intervene.

DONE AND ORDERED this ___ day of March, 2014 in Chambers.

_____
HONORABLE TIMOTHY C. BATTEN, SR.
UNITED STATES DISTRICT COURT JUDGE,
NORTHERN DISTRICT OF GEORGIA

#213257