# EXHIBIT 3



**Genworth**
Financial

Genworth Life Insurance Company

700 Main Street, PO Box 1280
Lynchburg, VA 24504
(888) 325-5433
(434) 948-5819  fax
www.genworth.com

Mary V. Barney
Associate General Counsel
(434) 948-5193

**VIA FACSIMILE AND FIRST CLASS MAIL**

October 26, 2012

Kenneth Dante Murena, P.A.
Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, FL 33131

Re:   Securities and Exchange Commission v. Aubrey Lee Price, PFG, LLC,
PFGBI, LLC, Montgomery Asset Management, LLC, Montgomery Asset
Management, LLC f/k/a PFG, Asset Management, LLC.
Case No.: 1:12-CV-2296 TCB
Aubrey Lee Price – Policy No. 0010008910

Dear Mr. Murena:

This is in response to a phone message received on October 19, 2012 from Jeanette of
your office advising it was your intention to change the ownership designation only in your
recent request dated October 9, 2012.   Please note that the form advises that "unless your
Policy states otherwise, an ownership change revokes all third party changes, all prior
revocable beneficiary designations and all prior settlement options.  The new owner becomes
the beneficiary, unless a beneficiary is designated by this form, or there is an irrevocable
beneficiary."  I have enclosed another form should you wish to reinstate the previous
beneficiary, Rebekah Lynn Price.

Any correspondence that is mailed to us should be directed to my attention, Law
Department.  This will help avoid delays in complying with your requests.

Should you have any questions about the information provided, please contact my
assistant, Barbara Campbell, at 434-948-5563.



**(Page 1 of 2)**

Kenneth Dante Murena, P.A.
October 26, 2012
Page 2

Very truly yours,

Mary V. Barney
Associate General Counsel

MVB/bc
Enclosure