IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : : | |
| Plaintiff, | : : | Civil Action No. 1:12-cv-2296-TCB |
| v. | : : | |
| AUBREY LEE PRICE, et al., | : : | |
| Defendants. | : | |
| _____ / | | |

## ORDER GRANTING RECEIVER'S AGREED MOTION FOR FURTHER EXTENSION OF DEADLINE FOR THE RECEIVER TO FILE REPLY TO THE FDIC-R'S OBJECTIONS TO THE RECEIVER'S DISTRIBUTION PLAN

THIS CAUSE came before the Court on the *Receiver's Agreed Motion for Further Extension of Deadline for the Receiver to File Reply to the FDIC-R's Objections to the Receiver's Distribution Plan* (the "Motion) [D.E.160]. With the Court having considered the Motion, and finding that cause exists to grant the Motion, it is hereby **ORDERED** as follows:

1. The Receiver's Motion is **GRANTED**.

2. The deadline for the Receiver to file her Reply to the FDIC-R's Objections to the Receiver's Distribution Plan is extended through and including **May 16, 2014**, or such later date as this Court may allow.

**DONE AND ORDERED** in the Northern District of Georgia, this 16th day of April, 2014.

_____
Hon. Timothy C. Batten, Sr.
United States District Judge