**Sec v. Price Reconciliation of Receivership Account (Page 1 of 6)**

| Date | Receipts | | Expenses | | Explanation |
|------|---------|---|---------|---|-------------|
| 8/14/2012 | $ | 339,482.80 | | | Bank of America |
| 8/14/2012 | $ | 244.10 | | | Bank of America |
| 8/14/2012 | $ | 314.04 | | | Bank of America |
| 8/14/2012 | $ | 1,710.00 | | | Bank of America |
| 8/14/2012 | $ | 3,883.31 | | | Bank of America |
| 8/14/2012 | $ | 16.21 | | | Bank of America |
| 8/14/2012 | $ | 0.01 | | | Bank of America |
| 8/14/2012 | $ | 0.02 | | | Bank of America |
| 8/14/2012 | $ | 2.55 | | | Bank of America |
| 8/27/2012 | $ | 16.57 | | | Interest |
| **Total** | **$** | **345,669.61** | **$** | **-** | **$** 345,669.61 |
| | | | | | |
| **Sep-12** | **$** | **345,669.61** | | | |
| 8/21/2012 | $ | 86.75 | | | Ameritrade |
| 8/21/2012 | $ | 0.81 | | | Ameritrade |
| 8/21/2012 | $ | 9,985.58 | | | Ameritrade |
| 8/28/2012 | $ | 179.30 | | | Schofield & Spencer PA |
| 8/28/2012 | $ | 24.28 | | | Bright House Networks |
| 8/28/2012 | $ | 234.19 | | | Manatee County |
| 9/4/2012 | | | $ | 2,565.94 | Translation/Transcript of Court Order |
| 9/4/2012 | | | $ | 146.88 | Reimbursement for Lock change |
| 9/6/2012 | | | $ | 185.00 | Luis Lopez Tree & Lawn Service |
| 9/6/2012 | | | $ | 62.31 | Town of Longboat Key |
| 9/6/2012 | | | $ | 27.47 | FPL |
| 9/10/2012 | | | $ | 35.90 | Town of Longboat Key |
| 9/10/2012 | | | $ | 310.25 | University Park of Commerce |
| 9/13/2012 | | | $ | 110.84 | Eugen Aldea |
| 9/13/2012 | | | $ | 1,090.00 | Cumberland Plumbing |
| 9/13/2012 | | | $ | 1,000.00 | Remax Signature Properties |
| 9/21/2012 | | | $ | 1,287.00 | MetLife |
| 9/19/2012 | $ | 2,090.00 | | | transfer from rental acct |
| 9/25/2012 | $ | 70.22 | | | interest |
| **Total** | **$** | **358,340.74** | **$** | **6,821.59** | **$** 351,519.15 |
| | | | | | |
| **Oct-12** | **$** | **351,519.15** | | | |
| 9/24/2012 | | | $ | 55.52 | FPL |
| 9/24/2012 | | | $ | 82.97 | FPL |
| 9/24/2012 | | | $ | 113.52 | FPL |
| 9/25/2012 | | | $ | 582.02 | FPL |
| 9/26/2012 | | | $ | 350.00 | South Coast Landscape |
| 9/26/2012 | | | $ | 520.00 | Luis Lopez Tree & Lawn Service |
| 9/26/2012 | | | $ | 1,375.70 | Roger P. Conley Chartered |
| 9/26/2012 | | | $ | 1,375.70 | Roger P. Conley Chartered |
| 9/26/2012 | | | $ | 1,375.70 | Roger P. Conley Chartered |
| 10/9/2012 | | | $ | 90.43 | FPL |
| 10/9/2012 | | | $ | 29.67 | Town of Longboat Key |
| 10/5/2012 | | | $ | 288.00 | Harbor Pines Condominium |
| 10/5/2012 | | | $ | 288.00 | Harbor Pines Condominium |
| 10/5/2012 | | | $ | 288.00 | Harbor Pines Condominium |
| 10/11/2012 | | | $ | 156.13 | Athene Annuity & Life Assurance Co. |
| 10/16/2012 | | | $ | 61.43 | FPL |
| 10/16/2012 | | | $ | 36.83 | FPL |
| 10/19/2012 | | | $ | 140.00 | FPL |
| 10/19/2012 | | | $ | 236.00 | FPL |
| 10/25/2012 | $ | 71.30 | | | interest |
| 10/29/2012 | | | $ | 288.00 | Harbor Pines Condominium |
| 10/29/2012 | | | $ | 288.00 | Harbor Pines Condominium |
| 10/29/2012 | | | $ | 288.00 | Harbor Pines Condominium |
| 10/29/2012 | | | $ | 300.25 | University Park of commerce |
| 10/31/2012 | | | $ | 293.80 | HSBC |
| **Total** | **$** | **351,590.45** | **$** | **8,903.67** | **$** 342,686.78 |

EXHIBIT B

## Sec v. Price Reconciliation of Receivership Account (Page 2 of 6)

| Date | Receipts | | Expenses | | Explanation |
|------|----------|--|----------|--|-------------|
| Nov-12 | $ | 342,686.78 | | | |
| 11/5/2012 | | | $ | 42.74 | Kissimmee Utility Authority |
| 11/5/2012 | | | $ | 520.00 | Luis Lopez |
| 11/5/2012 | | | $ | 41.23 | FPL |
| 11/5/2012 | | | $ | 29.67 | Town of Longboat Key |
| 7/1/2012 | $ | 489.72 | | | Gary Olin |
| 11/12/2012 | $ | 489.72 | | | Gary Olin |
| 11/13/2012 | $ | 489.72 | | | Gary Olin |
| 11/13/2012 | $ | 489.72 | | | Gary Olin |
| 11/13/2012 | $ | 489.72 | | | Gary Olin |
| 11/21/2012 | $ | 110.25 | | | Teco People Gas |
| 11/26/2012 | $ | 75.44 | | | interest |
| **Total** | **$** | **345,321.07** | **$** | **633.64** | **$** 344,687.43 |
| | | | | | |
| Dec-12 | $ | 344,687.43 | | | |
| 11/28/2012 | $ | 489.72 | | | Gary Olin |
| 11/29/2012 | | | $ | 20.87 | FPL |
| 11/29/2012 | | | $ | 34.34 | FPL |
| 11/29/2012 | | | $ | 67.53 | FPL |
| 11/29/2012 | | | $ | 128.36 | FPL |
| 12/4/2012 | | | $ | 324.00 | FPL |
| 11/26/2012 | | | $ | 206.11 | Manatee County Utilities |
| 12/1/2012 | | | $ | 288.00 | Harbor Pines Condominium |
| 12/1/2012 | | | $ | 288.00 | Harbor Pines Condominium |
| 12/1/2012 | | | $ | 288.00 | Harbor Pines Condominium |
| 12/18/2012 | | | $ | 40.56 | Manatee County Utilities |
| 12/18/2012 | | | $ | 29.84 | Town of Longboat Key |
| 12/18/2012 | | | $ | 14.38 | FPL |
| 12/18/2012 | | | $ | 20.38 | FPL |
| 12/18/2012 | | | $ | 15.10 | FPL |
| 12/18/2012 | | | $ | 16.02 | FPL |
| 12/18/2012 | | | $ | 33.63 | FPL |
| 12/18/2012 | | | $ | 34.61 | FPL |
| 12/18/2012 | | | $ | 162,888.96 | Damian & Valori LLP |
| 12/18/2012 | | | $ | 10,649.97 | Integro Advisors, Inc. |
| 12/18/2012 | | | $ | 5,945.22 | Holland & Knight |
| 12/18/2012 | | | $ | 560.50 | Goodman McGuffey Lindsey & Johnson LLP |
| 12/18/2012 | | | $ | 11,279.00 | De Sola Pate & Brown |
| 12/18/2012 | | | $ | 25,992.00 | Kapila & Company |
| 12/18/2012 | | | $ | 19,935.45 | Petitt Worrell Craine Wolfe LLC |
| 12/20/2012 | $ | 39,569.01 | | | Petitt Worrell Craine Wolfe LLC |
| 12/26/2012 | $ | 59.77 | | | interest |
| **Total** | **$** | **384,805.93** | **$** | **239,100.83** | **$** 145,705.10 |
| | | | | | |
| Jan-13 | $ | 145,705.10 | | | |
| 12/31/2012 | $ | 489.72 | | | Gary Olin |
| 1/4/2013 | $ | 10,345.73 | | | Montgomery County Bankshares |
| 1/10/2012 | $ | 160.41 | | | FPL |
| 1/11/2013 | $ | 65,752.12 | | | Petitt Worrell Craine Wolfe LLC |
| 1/13/2013 | | | $ | 325.00 | Harbor Pines Condominium |
| 1/13/2013 | | | $ | 325.00 | Harbor Pines Condominium |
| 1/15/2013 | | | $ | 156.13 | Athene Annuity & Life Assurance Co. -KDM rein |
| 1/15/2013 | | | $ | 1,140.00 | Luis Lopez Tree & Lawn Service |
| 1/15/2013 | | | $ | 40.56 | Manatee County Utilities |
| 1/15/2013 | | | $ | 262.99 | University Park of commerce |
| 1/15/2013 | | | $ | 103.70 | Town of Longboat Key |
| 1/15/2013 | | | $ | 29.84 | Town of Longboat Key |
| 1/25/2013 | $ | 41.55 | | | interest |
| **Total** | **$** | **222,494.63** | **$** | **2,383.22** | **$** 220,111.41 |

**Sec v. Price Reconciliation of Receivership Account (Page 3 of 6)**

| Date | Receipts | | Expenses | | Explanation |
|------|---------:|---|---------:|---|-------------|
| Feb-13 | $ | 220,111.41 | | | |
| 1/28/2013 | $ | 489.76 | | | Gary Olin |
| 1/29/2013 | $ | 1,038,414.48 | | | Genworth Life Insurance |
| 1/29/2013 | $ | 1,897.62 | | | Bank of America |
| 1/28/2013 | | | $ | 15.98 | FPL |
| 1/28/2013 | | | $ | 23.72 | FPL |
| 1/28/2013 | | | $ | 17.96 | FPL |
| 1/28/2013 | | | $ | 11.53 | FPL |
| 1/31/2013 | $ | 314.06 | | | FPL |
| 2/19/2013 | | | $ | 325.00 | Harbor Pines Condominium |
| 2/19/2013 | | | $ | 325.00 | Harbor Pines Condominium |
| 2/19/2013 | | | $ | 440.00 | Luis Lopez Tree & Lawn Service |
| 2/19/2013 | | | $ | 41.79 | Manatee County Utilities |
| 2/19/2013 | | | $ | 29.84 | Town of Longboat Key |
| 2/19/2013 | | | $ | 92.31 | FPL |
| 2/19/2013 | | | $ | 17.54 | FPL |
| 2/19/2013 | | | $ | 20.85 | FPL |
| 2/19/2013 | | | $ | 27.04 | FPL |
| 2/19/2013 | | | $ | 293.80 | HSBC |
| 2/26/2013 | $ | 243.08 | | | interest |
| **Total** | **$** | **1,261,470.41** | **$** | **1,682.36** | **$               1,259,788.05** |
| | | | | | |
| Mar-13 | $ | 1,259,788.05 | | | |
| 3/1/2013 | | | $ | 300.00 | Harbor Pines Condominium |
| 3/1/2013 | | | $ | 300.00 | Harbor Pines Condominium |
| 3/1/2013 | $ | 83,233.70 | | | Gary Olin |
| 3/8/2013 | $ | 4,620.43 | | | Sunbelt Sgency |
| 3/11/2013 | $ | 500,000.00 | | | Household Life Insuance Company |
| 3/11/2013 | $ | 43,561.64 | | | Household Life Insuance Company |
| 3/19/2013 | | | $ | 160,989.27 | Damian & Valori LLP |
| 3/19/2013 | | | $ | 16,636.40 | De Sola Pate & Brown |
| 3/20/2013 | | | $ | 25.00 | Gibratar Private - wire fee |
| 3/25/2013 | $ | 195.21 | | | interest |
| **Total** | **$** | **1,891,399.03** | **$** | **178,250.67** | **$               1,713,148.36** |
| | | | | | |
| Apr-13 | $ | 1,713,148.36 | | | |
| 3/19/2013 | | | $ | 20,249.60 | Ver Ploeg Lumkin PA |
| 3/19/2013 | | | $ | 10,242.07 | Holland & Knight |
| 3/19/2013 | | | $ | 27,533.67 | Petitt Worrell Craine Wolfe LLC |
| 3/19/2013 | | | $ | 7,999.69 | Integro Advisors, Inc. |
| 3/19/2013 | | | $ | 73,383.03 | Kapila & Company |
| 3/25/2013 | | | $ | 262.99 | University Park Commerce |
| 3/25/2013 | | | $ | 44.25 | Manatee County Utilities |
| 3/25/2013 | | | $ | 156.13 | Athene Annuity & Life Assurance Co. |
| 3/25/2013 | | | $ | 440.00 | Luis Lopez Tree & Lawn Service |
| 3/25/2013 | | | $ | 29.84 | Town of Longboat Key |
| 3/25/2013 | | | $ | 39.77 | FPL |
| 3/25/2013 | | | $ | 176.95 | Ver Ploeg Lumkin PA |
| 4/2/2013 | | | $ | 22.86 | FPL |
| 4/2/2013 | | | $ | 59.84 | FPL |
| 4/2/2013 | | | $ | 29.05 | FPL |
| 4/12/2013 | $ | 156.13 | | | Athene Annuity & Life Assurance Co. |
| 4/19/2013 | $ | 101,886.73 | | | Sale of Property |
| 4/25/2013 | $ | 135.64 | | | interest |
| **Total** | **$** | **1,815,326.86** | **$** | **140,669.74** | **$               1,674,657.12** |

**Sec v. Price Reconciliation of Receivership Account (Page 4 of 6)**

| Date | Debit | Credit | Description |
|---|---|---|---|
| May-13 | $ 1,674,657.12 | | |
| 5/1/2013 | $ 92.79 | | FPL |
| 5/7/2013 | | $ 62.66 | Town of Longboat Key |
| 5/7/2013 | | $ 77.66 | FPL |
| 5/7/2013 | | $ 880.00 | Luis Lopez Tree and Lawn Service |
| 5/7/2013 | | $ 40.56 | Manatee County Utilities |
| 5/7/2013 | | $ 58.44 | FPL |
| 5/7/2013 | | $ 137.13 | FPL |
| 5/7/2013 | | $ 33.81 | FPL |
| 5/20/2013 | $ 37,401.86 | | Petitt Worrell Craine Wolfe LLC |
| 5/28/2013 | $ 37,396.53 | | Petitt Worrell Craine Wolfe LLC |
| 5/31/2013 | $ 152.39 | | interest |
| Total | $ 1,749,700.69 | $ 1,290.26 | $ 1,748,410.43 |

| Date | Debit | Credit | Description |
|---|---|---|---|
| Jun-13 | $ 1,748,410.43 | | |
| Jun-13 | $ 3,185.25 | | Petitt Worrell Craine Wolfe LLC |
| 6/6/2013 | | $ 33.95 | FPL |
| 6/6/2013 | | $ 81.12 | Manatee County Utilities |
| 6/7/2013 | $ 146.93 | | FPL |
| 6/18/2013 | | $ 88,185.22 | Damian & Valori LLP |
| 6/18/2013 | | $ 23,306.51 | Ver Ploeg Lumkin PA |
| 6/18/2013 | | $ 3,151.52 | Holland & Knight |
| 6/18/2013 | | $ 25,419.59 | Petitt Worrell Craine Wolfe LLC |
| 6/18/2013 | | $ 6,752.00 | De Sola Pate & Brown |
| 6/18/2013 | | $ 26,951.50 | Kapila & Company |
| 6/18/2013 | | $ 1,200.00 | Integro Advisors, Inc. |
| 6/24/2013 | $ 291.92 | | |
| 6/30/2013 | $ 132.12 | | interest |
| Total | $ 1,752,166.65 | $ 175,081.41 | $ 1,577,085.24 |

| Date | Debit | Credit | Description |
|---|---|---|---|
| Jul-13 | $ 1,577,085.24 | | |
| 7/3/2013 | | $ 20.12 | FPL |
| 7/3/2013 | | $ 42.73 | FPL |
| 7/3/2013 | | $ 29.84 | Town of Longboat Key |
| 7/3/2013 | | $ 81.73 | Manatee County Utilities |
| 7/3/2013 | | $ 880.00 | Luis Lopez Tree and Lawn Service |
| 7/3/2013 | | $ 176.00 | Richard's Workshop |
| 7/3/2013 | | $ 100.37 | Eugen Aldea |
| 7/9/2013 | $ 251,510.32 | | Athene Annuity & Life Assurance Company |
| 7/23/2013 | $ 191.78 | | Athene Annuity & Life Assurance Company |
| 7/25/2013 | | $ 74.19 | FPL |
| 7/25/2013 | | $ 62.66 | Town of Longboat Key |
| 7/26/2013 | $ 122,450.28 | | Petitt Worrell Craine Wolfe LLC |
| 7/29/2013 | $ 147.87 | | FPL |
| 7/25/2013 | $ 141.37 | | interest |
| Total | $ 1,951,526.86 | $ 1,467.64 | $ 1,950,059.22 |

| Date | Debit | Credit | Description |
|---|---|---|---|
| Aug-13 | $ 1,950,059.22 | | |
| 8/27/2013 | | $ 212.17 | FPL |
| 8/27/2013 | | $ 40.38 | FPL |
| 8/27/2013 | | $ 440.00 | Luis Lopez Tree and Lawn Service |
| 8/27/2013 | | $ 2.62 | Manatee County Utilities |
| 8/25/2013 | $ 170.97 | | interest |
| Total | $ 1,950,230.19 | $ 695.17 | $ 1,949,535.02 |

**Sec v. Price Reconciliation of Receivership Account (Page 5 of 6)**

| | | | | |
|---|---|---|---|---|
| Sep-13 | $ 1,949,535.02 | | | |
| 8/28/2013 | $ 94,192.61 | | | Petitt Worrell Craine Wolfe LLC |
| 9/4/2013 | $ 5,030.25 | | | Park Avenue Numismatics |
| 9/19/2013 | | $ | 45.38 | FPL |
| 9/19/2013 | | $ | 280.00 | Luis Lopez Tree and Lawn Service |
| 9/19/2013 | | $ | 37.64 | Town of Longboat Key |
| 9/19/2013 | | $ | 104,604.35 | Damian & Valori LLP |
| 9/19/2013 | | $ | 30,384.34 | Ver Ploeg Lumkin PA |
| 9/19/2013 | | $ | 1,605.14 | Holland & Knight |
| 9/19/2013 | | $ | 20,774.06 | Petitt Worrell Craine Wolfe LLC |
| 9/19/2013 | | $ | 5,740.40 | De Sola Pate & Brown |
| 9/19/2013 | | $ | 22,983.70 | Kapila & Company |
| 9/19/2013 | | $ | 1,687.91 | Integro Advisors, Inc. |
| 9/25/2013 | $ 166.17 | | | interest |
| Total | $ 2,048,924.05 | $ | 188,142.92 | $ 1,860,781.13 |

| | | | | |
|---|---|---|---|---|
| Oct-13 | $ 1,860,781.13 | | | |
| 10/24/2013 | | $ | 160.00 | Luis Lopez Tree and Lawn Service |
| 10/24/2013 | | $ | 29.84 | Town of Longboat Key |
| 10/24/2013 | | $ | 38.82 | FPL |
| 10/24/2013 | | $ | 90.19 | Corporation Services Company |
| 10/24/2013 | | $ | 90.19 | Corporation Services Company |
| 10/24/2013 | | $ | 90.19 | Corporation Services Company |
| 10/25/2013 | $ 163.13 | | | interest |
| Total | $ 1,860,944.26 | $ | 499.23 | $ 1,860,445.03 |

| | | | | |
|---|---|---|---|---|
| Nov-13 | $ 1,860,445.03 | | | |
| 11/25/2013 | | $ | 45.22 | FPL |
| 11/25/2013 | | $ | 29.84 | Town of Longboat Key |
| 11/25/2013 | | $ | 10,345.73 | Montgomery County Bankshares |
| 11/25/2013 | $ 147.84 | | | interest |
| Total | $ 1,860,592.87 | $ | 10,420.79 | $ 1,850,172.08 |

| | | | | |
|---|---|---|---|---|
| Dec-13 | $ 1,850,172.08 | | | |
| 12/17/2013 | | $ | 168,278.56 | Damian & Valori LLP |
| 12/17/2013 | | $ | 15,409.90 | Ver Ploeg Lumkin PA |
| 12/17/2013 | | $ | 703.60 | Holland & Knight |
| 12/17/2013 | | $ | 3,311.00 | Bart Meyer & Company |
| 12/17/2013 | | $ | 11,069.44 | Petitt Worrell Craine Wolfe LLC |
| 12/17/2013 | | $ | 8,543.60 | De Sola Pate & Brown |
| 12/17/2013 | | $ | 36,180.05 | Kapila & Company |
| 12/17/2013 | | $ | 2,919.89 | Integro Advisors, Inc. |
| 12/17/2013 | | $ | 45.22 | FPL |
| 12/17/2013 | | $ | 33.12 | Town of Longboat Key |
| 12/17/2013 | | $ | 320.00 | Luis Lopez Tree and Lawn Service |
| 12/25/2013 | $ 152.96 | | | interest |
| Total | $ 1,850,325.04 | $ | 246,814.38 | $ 1,603,510.66 |

| | | | | |
|---|---|---|---|---|
| Jan-14 | $ 1,603,510.66 | | | |
| 1/8/2014 | $ 63,536.31 | | | Petitt Worrell Craine Wolfe LLC |
| 1/25/2014 | $ 145.75 | | | interest |
| Total | $ 1,667,192.72 | $ - | | $ 1,667,192.72 |

**Sec v. Price Reconciliation of Receivership Account (Page 6 of 6)**

| | | | | | |
|---|---|---|---|---|---|
| Feb-14 | $ | 1,667,192.72 | | | |
| 2/5/2014 | | | $ | 80.40 | FPL |
| 2/5/2014 | | | $ | 59.68 | Town of Longboat Key |
| 2/25/2014 | $ | 133.29 | | | interest |
| Total | $ | 1,667,326.01 | $ | 140.08 | $ 1,667,185.93 |

| | | | | | |
|---|---|---|---|---|---|
| Mar-14 | $ | 1,667,185.93 | | | |
| 3/31/2014 | $ | 128.69 | | | interest |
| Total | $ | 1,667,314.62 | $ | - | $ 1,667,314.62 |

| | | | | | |
|---|---|---|---|---|---|
| Apr-14 | $ | 1,667,314.62 | | | |
| 4/14/2014 | | | $ | 66.24 | Town of Longboat Key |
| 4/14/2014 | | | $ | 82.22 | FPL |
| 4/14/2014 | | | $ | 640.00 | Luis Lopez Tree and Lawn Service |
| 4/14/2014 | | | $ | 103.70 | Town of Longboat Key |
| 4/30/2014 | $ | 151.67 | | | |
| Total | $ | 1,667,466.29 | $ | 892.16 | $ 1,666,574.13 |

**Sec v. Price Reconciliation Rental Account (Page 1 of 5)**

| Date | Receipts | Expense | Explanation |
|---|---|---|---|
| 8/29/2012 | $ 1,332.00 | | Sawyer & Assoc |
| 8/17/2012 | $ 2,664.00 | | Sawyer & Assoc |
| 8/18/2012 | $ 2,000.00 | | Calming Waters Spa |
| 8/18/2012 | $ 2,000.00 | | Calming Waters Spa |
| 8/25/2012 | $ 732.00 | | Bennett Surveying Inc |
| 8/27/2012 | $ 1,232.00 | | Anania & Assoc. |
| 8/27/2012 | $ 1,332.00 | | Well Adjusted Chiropractic |
| **Total** | **$ 11,292.00** | **$        -** | **$              11,292.00** |

| | Sep-12 | $ 11,292.00 | |
|---|---|---|---|
| 8/31/2012 | | $ 6,461.76 | Slade Hancock Phillips Ins. |
| 9/6/2012 | | $ 666.82 | Southland Waste Services |
| 6/29/2012 | | $ 1,332.00 | Sawyer & Assoc/stop payment |
| 9/7/2012 | | $ 10.00 | Returned check fee |
| 9/18/2012 | $ 732.00 | | Bennett Surveying Inc |
| 9/18/2012 | | $ 2,090.00 | transfer to main acct |
| 9/19/2012 | | $ 5.00 | transfer fee |
| 9/21/2012 | $ 1,232.00 | | Anania & Assoc. |
| **Total** | **$ 13,256.00** | **$ 10,565.58** | **$              2,690.42** |

| | Oct-12 | $ 2,690.42 | |
|---|---|---|---|
| 9/18/2012 | | $ 840.72 | Okefenoke |
| 9/18/2012 | | $ 361.30 | Okefenoke |
| 9/18/2012 | | $ 289.57 | Okefenoke |
| 9/18/2012 | | $ 96.88 | City of Kingsland |
| 9/18/2012 | | $ 1,037.14 | City of Kingsland |
| 10/1/2012 | $ 1,332.00 | | Sawyer & Assoc |
| 10/1/2012 | $ 1,332.00 | | Well Adjusted Chiropractic |
| 10/5/2012 | | $ 177.16 | Southland Waste Systems |
| 10/5/2012 | | $ 302.50 | Okefenoke |
| 10/5/2012 | | $ 120.00 | Okefenoke |
| 10/9/2012 | | $ 51.58 | Okefenoke |
| 10/9/2012 | $ 1,332.00 | | Sawyer & Assoc |
| 10/9/2012 | $ 2,196.00 | | Bennett Surveying Inc |
| 10/9/2012 | | $ 1,157.26 | Mason Ball |
| 10/9/2012 | | $ 1,658.10 | Bank Direct |
| 10/15/2012 | $ 2,000.00 | | Calming Spa |
| 10/15/2012 | $ 2,000.00 | | Calming Spa |
| 10/16/2012 | | $ 457.65 | Okefenoke |
| 10/22/2012 | $ 900.00 | | Bennett Surveying Inc |
| 10/24/2012 | $ 1,332.00 | | Well Adjusted Chiropractic |
| 10/25/2012 | $ 0.04 | | interest |
| 10/29/2012 | | $ 486.00 | Remax Signature Properties |
| 10/29/2012 | | $ 756.40 | Remax Signature Properties |
| 10/29/2012 | | $ 1,355.00 | Landscape Innovation |
| **Total** | **$ 15,114.46** | **$ 9,147.26** | **$              5,967.20** |

## Sec v. Price Reconciliation Rental Account (Page 2 of 5)

| Date | Receipts | | Expense | | Explanation |
|---|---|---|---|---|---|
| Nov-12 | $ | 5,967.20 | | | |
| 10/29/2012 | $ | 1,282.00 | | | Anania & Assoc. |
| 11/6/2012 | | | $ | 1,658.10 | Bank Direct |
| 11/7/2012 | | | $ | 1,388.96 | City of Kingsland |
| 11/12/2012 | $ | 900.00 | | | Bennett Surveying Inc |
| 11/12/2012 | $ | 1,332.00 | | | Sawyer & Assoc. |
| 11/12/2012 | $ | 2,000.00 | | | Calming Spa |
| 11/12/2012 | $ | 1,332.00 | | | Well Adjusted Chiropractic |
| 11/15/2012 | $ | 1,232.00 | | | Anania & Assoc. |
| 11/26/2012 | $ | 0.65 | | | interest |
| Total | $ | 14,045.85 | $ | 3,047.06 | $ 10,998.79 |

| Date | Receipts | | Expense | | Explanation |
|---|---|---|---|---|---|
| Dec-12 | $ | 10,998.79 | | | |
| 11/26/2012 | | | $ | 1,785.15 | Dekle Plumbing |
| 11/26/2012 | | | $ | 827.80 | Remax Signature Properties |
| 11/26/2012 | | | $ | 11.85 | Okefenoke |
| 11/26/2012 | | | $ | 50.10 | Okefenoke |
| 12/10/2012 | $ | 1,332.00 | | | Sawyer & Assoc. |
| 12/13/2012 | $ | 900.00 | | | Bennett Surveying Inc |
| 12/13/2012 | $ | 2,000.00 | | | Calming Spa |
| 12/13/2012 | $ | 1,332.00 | | | Well Adjusted Chiropractic |
| 12/18/2012 | | | $ | 270.96 | City of Kingsland |
| 12/18/2012 | | | $ | 22.48 | City of Kingsland |
| 12/18/2012 | | | $ | 1,658.10 | Bank Direct |
| 12/18/2012 | | | $ | 46.92 | Okefenoke |
| 12/18/2012 | | | $ | 22.20 | Okefenoke |
| 12/18/2012 | | | $ | 540.00 | Landscape Innovations |
| 12/26/2012 | $ | 1,282.00 | | | Anania & Assoc. |
| 12/26/2012 | $ | 1.26 | | | interest |
| Total | $ | 17,846.05 | $ | 5,235.56 | $ 12,610.49 |

| Date | Receipts | | Expense | | Explanation |
|---|---|---|---|---|---|
| Jan-13 | $ | 12,610.49 | | | |
| 1/14/2013 | $ | 1,332.00 | | | Sawyer & Assoc. |
| 1/14/2013 | $ | 2,000.00 | | | Calming Spa |
| 1/14/2013 | $ | 1,332.00 | | | Well Adjusted Chiropractic |
| 1/14/2013 | $ | 900.00 | | | Bennett Surveying Inc |
| 1/15/2013 | | | $ | 323.40 | City of Kingsland |
| 1/15/2013 | | | $ | 28.42 | City of Kingsland |
| 1/15/2013 | | | $ | 704.60 | Remax Signature Properties |
| 1/15/2013 | | | $ | 1,658.10 | Bank Direct |
| 1/15/2013 | | | $ | 540.00 | Landscape Innovations |
| 1/15/2013 | | | $ | 79.85 | Okefenoke |
| 1/15/2013 | | | $ | 22.20 | Okefenoke |
| 1/15/2013 | | | $ | 46.92 | Okefenoke |
| 1/27/2013 | $ | 1.71 | | | interest |
| 1/28/2013 | $ | 1,282.00 | | | Anania & Assoc. |
| Total | $ | 19,458.20 | $ | 3,403.49 | $ 16,054.71 |

**Sec v. Price Reconciliation Rental Account (Page 3 of 5)**

| Date | Receipts | Expense | Explanation |
|---|---|---|---|
| Feb-13 | $ 16,054.71 | | |
| 2/11/2013 | $ 1,332.00 | | Sawyer & Assoc. |
| 2/19/2013 | | $ 50.10 | Okefenoke |
| 2/19/2013 | | $ 22.20 | Okefenoke |
| 2/19/2013 | | $ 113.25 | Okefenoke |
| 2/19/2013 | | $ 540.00 | Landscape Innovations |
| 2/19/2013 | | $ 317.88 | City of Kingsland |
| 2/19/2013 | | $ 28.42 | City of Kingsland |
| 2/19/2013 | | $ 704.60 | Remax Signature Properties |
| 2/19/2013 | | $ 113.21 | Southland Waste Systems |
| 2/20/2013 | $ 2,000.00 | | Calming Spa |
| 2/20/2013 | $ 1,332.00 | | Well Adjusted Chiropractic |
| 2/20/2013 | $ 900.00 | | Bennett Surveying Inc |
| 2/25/2013 | $ 1.40 | | interest |
| **Total** | **$ 21,620.11** | **$ 1,889.66** | **$                19,730.45** |

| Date | Receipts | Expense | Explanation |
|---|---|---|---|
| Mar-13 | $ 19,730.45 | | |
| 3/1/2013 | $ 1,285.00 | | Anania & Assoc. |
| 3/7/2013 | | $ 104.00 | Salde Hancock Philllips |
| 3/11/2013 | $ 1,332.00 | | Sawyer & Assoc. |
| 3/11/2013 | $ 2,000.00 | | Calming Spa |
| 3/11/2013 | $ 1,332.00 | | Well Adjusted Chiropractic |
| 3/11/2013 | $ 900.00 | | Bennett Surveying Inc |
| 3/25/2013 | $ 1.23 | | interest |
| **Total** | **$ 26,580.68** | **$ 104.00** | **$                26,476.68** |

| Date | Receipts | Expense | Explanation |
|---|---|---|---|
| Apr-13 | $ 26,476.68 | | |
| 3/25/2013 | | $ 118.54 | Southland Waste Systems |
| 3/25/2013 | | $ 119.96 | Southland Waste Systems |
| 3/25/2013 | | $ 704.60 | Remax Signature Properties |
| 3/25/2013 | | $ 376.90 | City of Kingsland |
| 3/25/2013 | | $ 34.10 | City of Kingsland |
| 3/25/2013 | | $ 540.00 | Landscape Innovations |
| 3/25/2013 | | $ 55.96 | Okefenoke |
| 3/25/2013 | | $ 108.84 | Okefenoke |
| 3/25/2013 | | $ 50.40 | Okefenoke |
| 3/25/2013 | | $ 6,777.67 | City of Kingsland |
| 3/25/2013 | | $ 5,356.63 | City of Kingsland |
| 3/27/2013 | $ 1,282.00 | | Anania & Assoc. |
| 4/8/2013 | $ 1,332.00 | | Sawyer & Assoc. |
| 4/8/2013 | $ 2,000.00 | | Calming Spa |
| 4/8/2013 | $ 1,332.00 | | Well Adjusted Chiropractic |
| 4/8/2013 | $ 900.00 | | Bennett Surveying Inc |
| 4/25/2013 | $ 0.69 | | interest |
| **Total** | **$ 33,323.37** | **$ 14,243.60** | **$                19,079.77** |

## Sec v. Price Reconciliation Rental Account (Page 4 of 5)

### May-13  $ 19,079.77

| Date | Debit | Credit | Description |
|---|---|---|---|
| 5/1/2013 | $ 1,285.00 | | Anania & Assoc. |
| 5/7/2013 | | $ 704.60 | Remax Signature Properties |
| 5/7/2013 | | $ 704.60 | Remax Signature Properties |
| 5/7/2013 | | $ 58.62 | Okefenoke |
| 5/7/2013 | | $ 96.47 | Okefenoke |
| 5/7/2013 | | $ 660.06 | City of Kingsland |
| 5/7/2013 | | $ 59.68 | City of Kingsland |
| 5/7/2013 | | $ 540.00 | Landscape Innovations |
| 5/7/2013 | | $ 540.00 | Landscape Innovations |
| 5/7/2013 | | $ 118.06 | Southland Waste Systems |
| 5/16/2013 | $ 1,332.00 | | Sawyer & Assoc. |
| 5/16/2013 | $ 1,500.00 | | Calming Spa |
| 5/13/2013 | $ 900.00 | | Bennett Surveying Inc |
| 5/28/2013 | $ 0.73 | | interest |
| Total | $ 24,097.50 | $ 3,482.09 | $                    20,615.41 |

### Jun-13  $ 20,615.41

| Date | Debit | Credit | Description |
|---|---|---|---|
| 6/4/2013 | $ 1,282.00 | | Anania & Assoc. |
| 6/6/2013 | | $ 521.40 | Remax Signature Properties |
| 6/6/2013 | | $ 117.25 | Southland Waste Systems |
| 6/6/2013 | | $ 271.88 | City of Kingsland |
| 6/6/2013 | | $ 28.42 | City of Kingsland |
| 6/6/2013 | | $ 117.04 | Okefenoke |
| 6/6/2013 | | $ 196.17 | Okefenoke |
| 6/6/2013 | | $ 25.20 | Okefenoke |
| 6/14/2013 | $ 1,332.00 | | Sawyer & Assoc. |
| 6/14/2013 | $ 1,500.00 | | Calming Spa |
| 6/14/2013 | $ 900.00 | | Bennett Surveying Inc |
| 6/25/2013 | $ 0.68 | | interest |
| Total | $ 25,630.09 | $ 1,277.36 | $                    24,352.73 |

### Jul-13  $ 24,352.73

| Date | Debit | Credit | Description |
|---|---|---|---|
| 7/1/2013 | $ 900.00 | | Bennett Surveying Inc |
| 7/3/2013 | | $ 540.00 | Landscape Innovations |
| 7/3/2013 | | $ 540.00 | Landscape Innovations |
| 7/3/2013 | | $ 116.24 | Okefenoke |
| 7/3/2013 | | $ 200.32 | Okefenoke |
| 7/3/2013 | | $ 50.40 | Okefenoke |
| 7/3/2013 | | $ 521.70 | Remax Signature Properties |
| 7/3/2013 | | $ 116.68 | Southland Waste Systems |
| 7/3/2013 | | $ 5,000.00 | Camden County Tax Commisioner |
| 7/16/2013 | $ 1,332.00 | | Sawyer & Assoc. |
| 7/23/2013 | $ 1,232.00 | | Calming Spa |
| 7/23/2013 | $ 85.00 | | Calming Spa |
| 7/23/2013 | $ 268.00 | | Calming Spa |
| 7/25/2013 | $ 1,000.00 | | Anania & Assoc./Money order |
| 7/25/2013 | $ 285.00 | | Anania & Assoc./Money order |
| 7/25/2013 | $ 0.74 | | interest |
| 7/25/2013 | | $ 284.90 | City of Kingsland |
| 7/25/2013 | | $ 31.26 | City of Kingsland |
| 7/25/2013 | | $ 52.93 | Okefenoke |
| 7/25/2013 | | $ 93.90 | Okefenoke |
| 7/25/2013 | | $ 50.40 | Okefenoke |
| Total | $ 29,455.47 | $ 7,598.73 | $                    21,856.74 |

## Sec v. Price Reconciliation Rental Account (Page 5 of 5)

| Aug-13 | $ 21,856.74 | | | |
|---|---|---|---|---|
| 8/13/2013 | $ 1,285.00 | | | Anania & Assoc. |
| 8/13/2013 | $ 900.00 | | | Bennett Surveying Inc |
| 8/19/2013 | $ 1,332.00 | | | Sawyer & Assoc. |
| 8/27/2013 | | $ | 810.00 | Landscape Innovations |
| 8/27/2013 | | $ | 283.38 | City of Kingsland |
| 8/27/2013 | | $ | 31.26 | City of Kingsland |
| 8/27/2013 | | $ | 116.49 | Southland Waste Systems |
| 8/27/2013 | | $ | 521.70 | Remax Signature Properties |
| 8/27/2013 | | $ | 110.00 | Cumberland Plumbing |
| 8/25/2013 | $ 0.82 | | | interest |
| **Total** | **$ 25,374.56** | **$** | **1,872.83** | **$              23,501.73** |

| Sep-13 | $ 23,501.73 | | | |
|---|---|---|---|---|
| 8/29/2013 | $ 1,500.00 | | | Calming Waters Spa |
| 9/4/2013 | $ 1,285.00 | | | Anania & Assoc. |
| 9/9/2013 | $ 900.00 | | | Bennett Surveying Inc |
| 9/9/2013 | $ 1,332.00 | | | Sawyer & Assoc. |
| 9/19/2013 | | $ | 521.40 | Remax Signature Properties |
| 9/19/2013 | | $ | 540.00 | Landscape Innovations |
| 9/19/2013 | | $ | 254.10 | JR Enterprise |
| 9/19/2013 | | $ | 258.54 | City of Kingsland |
| 9/19/2013 | | $ | 28.42 | City of Kingsland |
| 9/25/2013 | $ 0.91 | | | interest |
| **Total** | **$ 28,519.64** | **$** | **1,602.46** | **$              26,917.18** |

| Oct-13 | $ 26,917.18 | | | |
|---|---|---|---|---|
| 10/25/2013 | $ 0.96 | | | interest |
| **Total** | **$ 26,918.14** | **$** | **-** | **$              26,918.14** |

| Nov-13 | $ 26,918.14 | | | |
|---|---|---|---|---|
| 11/25/2013 | $ 0.86 | | | interest |
| **Total** | **$ 26,919.00** | **$** | **-** | **$              26,919.00** |

| Dec-13 | $ 26,919.00 | | | |
|---|---|---|---|---|
| 12/25/2013 | $ 0.91 | | | interest |
| **Total** | **$ 26,919.91** | **$** | **-** | **$              26,919.91** |

| Jan-14 | $ 26,919.91 | | | |
|---|---|---|---|---|
| 1/25/2014 | $ 0.95 | | | interest |
| **Total** | **$ 26,920.86** | **$** | **-** | **$              26,920.86** |

| Feb-14 | $ 26,920.86 | | | |
|---|---|---|---|---|
| 2/25/2014 | $ 0.85 | | | interest |
| **Total** | **$ 26,921.71** | **$** | **-** | **$              26,921.71** |

| Mar-14 | $ 26,921.71 | | | |
|---|---|---|---|---|
| 3/25/2014 | $ 0.83 | | | interest |
| **Total** | **$ 26,922.54** | **$** | **-** | **$              26,922.54** |

| Apr-14 | $ 26,922.54 | | | |
|---|---|---|---|---|
| 4/25/2014 | $ 0.97 | | | interest |
| **Total** | **$ 26,923.51** | **$** | **-** | **$              26,923.51** |