INVESTORS AND CREDITORS

| | |
|---|---|
| Adams, Jon | Giametta, Joseph |
| Agner, Don | Gibson III, Joseph H. |
| Allen, Linda L. | Gilbert, Harrell |
| Allen, William E. | Gilbert, Kathy |
| Amerson, Mack Arthur | Gowan, Reg |
| Anderson, Shirlene | Greene, Deborah |
| Ankarstran, John Dale | Grubbs, Cary |
| Ankarstran, Lorraine | Gunter, Michael |
| Austin, James W. | Hammack, Donna |
| Barrientos, Martin | Hammack, Steve |
| Baxley, Ann T. | Hendrix, Joan |
| Baxley, Gene | Hoffman, Lara |
| Boone, Margaret J. | Holcomb, George |
| Buttrill, Connie | Hood, Darcy |
| Cain, Helen | Howard, Guy |
| Cain, OD | Huang, Rani |
| Canady, Luise | Huang, Roupan |
| Carney, Deborah | Hunt, Patricia |
| Carney, Steve | Hurt, Tammy |
| Cassanova, Emma | Jacobson, Stuart |
| Cassanova, Emmanuel | Johnson, Ericka |
| Chandonia, Charlene | Keith, Adam |
| Chandonia, Ron | King, Betty Jean |
| Clifton, Joel | Kirkwood, James |
| Clifton, Linda | Klein, Barbara |
| Coldwell, Joyce | Lee, James C. |
| Coldwell, Robert | Lee, Lisa |
| Collett, Beverly | Lee, Melvin Neal |
| Collett, Grady | Main, Tabitha |
| Cooper, Barry | Main, William |
| Cooper, Paula | Mann, Violet |
| Cross, Wendy | Massina, Wanda |
| Deloach, Michael | McCormick, Debra |
| Dumas, John W. | McSwain, Dan |
| Falk, Belinda A. | McSwain, Elaine |
| Falk, John D. | McSwain, Ginger |
| Farist, Judy | McSwain, Jay |
| Fitzsimmons, Jennifer | McSwain, Keith |
| Fletcher, Linda | McSwain, Wanda Messina |
| Fletcher, Steve | MDC Family Foundation |
| Foston, Barbara | Michael, Jon |
| Fox, Vickie | Mock, Renee C. |
| Freeman, Richard | Moncrief, Joan E. |
| Freeman, Shari | Moreland, Lynda Sue |
| Frey, Richard | Newsome Schutz, Kimberly |
| Garner, Bill | O'Hara, Shannon |
| Garner, Jeanette | Owens, Brian |
| Giametta, Arlene T. | Parks, Angela B. |

EXHIBIT C

INVESTORS AND CREDITORS

| |
|---|
| Peek, Janice |
| Estate of Peek, William W. |
| Peters, Mary Jo |
| Pluhar, Hans |
| Richie, Susan |
| Riner, Donnie |
| Ron Chandonia |
| Sciscoe, Sr., Daniel Ray |
| Shirley, Gary W. |
| Shirley Investments LP |
| Simpson, Dennis |
| Simpson, Mary Beth |
| Smith, Charles |
| Smith, Jacquelyn |
| Smith, Michael |
| Smith, Richard |
| Sprowls, William A. |
| Steinberg, Ruth |
| Stone, Thomas Paris |
| Teixiera, Merrilyn |
| Thomason, John |
| Thomason, Sherry |
| Townsend, Danny |
| Tyson, Anna Marie |
| Tyson, John A. |
| Vance, Gary |
| Walker, Carolyn |
| Walker, Jack |
| Weinman, Rebecca W. |
| Wesley, Beverly |
| Westmoreland, Martha J. |
| Wilbor, Beth |
| Wilbor, Elizabeth |
| Wilbor, Stark |
| Williams, Judy Y. |
| Willms, Shirley |
| Yocum, Dianna |
| Federal Deposit Insurance Corporation |

EXHIBIT C