# Ver Ploeg & Lumpkin, P.A.
Miami Tower Building
100 S.E. 2nd Street, 30th Floor
Miami, Florida 33131-2151
305.577.3996: TEL
305.577.3558: FAX

Tax ID #65-0615033

May 30, 2014

| | |
|---|---|
| Melanie E. Damian<br>Damian Valori, LLP<br>as Receiver for Aubrey Lee Price<br>1000 Brickell Avenue<br>Suite 1020<br>Miami, FL  33131 | Billing through    02/28/14<br>Invoice Number    11904<br>Account Number    D032-00100 |

**Damian, Melanie E. Esq. - Aubrey Lee Price**

## FOR PROFESSIONAL SERVICES RENDERED

| | | | |
|---|---|---|---|
| 02/10/14 | MLB | ASSET ANALYSIS AND RECOVERY: Telephone conference with Receiver re: intervention/stay status and assistance | 0.10 |

**Timekeeper**

| | Hours | Rate | Amount |
|---|---|---|---|
| Baldwin, Matthew  L | 0.10 | 260.00 | $26.00 |
| **Total fees for this matter** | **0.10 hrs.** | | **$26.00** |

### DISBURSEMENTS
AMEX; Pacer 10/31/13 - 12/31/13                                                                   39.80

**Total disbursements for this matter**                                                **$39.80**

### BILLING SUMMARY
| | |
|---|---|
| TOTAL FEES | $26.00 |
| TOTAL DISBURSEMENTS | $39.80 |
| **TOTAL CHARGES FOR THIS BILL** | **$65.80** |
| PLUS NET BALANCE FORWARD | $40,383.70 |
| **TOTAL BALANCE NOW DUE** | **$40,449.50** |

### BILLING HISTORY
| | Billed to Date | | Received to Date |
|---|---|---|---|
| Fees | $127,347.25 | Fees | $87,041.60 |
| Expenses | $2,563.75 | Expenses | $2,485.70 |

**PLEASE INCLUDE INVOICE NUMBER   11904   WITH YOUR PAYMENT.   THANK YOU.**

# Ver Ploeg & Lumpkin, P.A.

Miami Tower Building
100 S.E. 2nd Street, 30th Floor
Miami, Florida 33131-2151
305.577.3996: TEL
305.577.3558: FAX

Tax ID #65-0615033

April 04, 2014

Melanie E. Damian
Damian Valori, LLP
as Receiver for Aubrey Lee Price
1000 Brickell Avenue
Suite 1020
Miami, FL 33131

Billing through    03/31/14
Invoice Number    11738
Account Number    D032-00100

**Damian, Melanie E. Esq. - Aubrey Lee Price**

## FOR PROFESSIONAL SERVICES RENDERED

| Date | TK | Description | Hours |
|---|---|---|---|
| 03/05/14 | MLB | ASSET ANALYSIS AND RECOVERY: Plan and prepare for conference call with Receiver, related follow up | 0.20 |
| 03/06/14 | JSM | ASSET ANALYSIS AND RECOVERY: Strategy call with Mr. Murena and Mr. Giberson from Receiver's office | 0.40 |
| 03/06/14 | MLB | ASSET ANALYSIS AND RECOVERY: Telephone conference with Receiver re: action plan, pending motions, division of labor | 0.30 |
| 03/16/14 | JSM | ASSET ANALYSIS AND RECOVERY: Email from Mr. Giberson re: brief on life insurance proceeds | 0.10 |
| 03/17/14 | MLB | ASSET ANALYSIS AND RECOVERY: Receive Receiver's reponse to carriers' motion to intervene | 0.10 |
| 03/19/14 | MLB | ASSET ANALYSIS AND RECOVERY: Receive and review Receiver's motion to stay and opposing intervention re: life insurance issues | 0.50 |

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Mazer, Jason S. | 0.50 | 565.00 | $282.50 |
| Baldwin, Matthew L | 1.10 | 260.00 | $286.00 |
| **Total fees for this matter** | **1.60 hrs.** | | **$568.50** |

## DISBURSEMENTS
Photocopies                                                                                      7.35

Total disbursements for this matter                                             **$7.35**

## BILLING SUMMARY
TOTAL FEES                                                                                 $568.50
TOTAL DISBURSEMENTS                                                            $7.35
**TOTAL CHARGES FOR THIS BILL**                                          **$575.85**
PLUS NET BALANCE FORWARD                                                 $40,609.34

**PLEASE INCLUDE INVOICE NUMBER    11738    WITH YOUR PAYMENT. THANK YOU.**

| | TOTAL BALANCE NOW DUE | | $41,185.19 |
|---|---|---|---|

**BILLING HISTORY**

| | Billed to Date | | Received to Date |
|---|---|---|---|
| Fees | $126,500.75 | Fees | $87,041.60 |
| Expenses | $3,635.89 | Expenses | $2,485.70 |

**Ver Ploeg & Lumpkin, P.A.**
Miami Tower Building
100 S.E. 2nd Street, 30th Floor
Miami, Florida 33131-2151
305.577.3996: TEL
305.577.3558: FAX

Tax ID #65-0615033

May 06, 2014

Melanie E. Damian
Damian Valori, LLP
as Receiver for Aubrey Lee Price
1000 Brickell Avenue
Suite 1020
Miami, FL 33131

Billing through 04/30/14
Invoice Number 11838
Account Number D032-00100

**Damian, Melanie E. Esq. - Aubrey Lee Price**

## FOR PROFESSIONAL SERVICES RENDERED

| Date | TK | Description | Hours |
|---|---|---|---|
| 04/23/14 | JSM | ASSET ANALYSIS AND RECOVERY: Read new IVI exclusion case with respect to FDIC | 0.10 |
| 04/23/14 | JSM | ASSET ANALYS AND RECOVERY: Email to Receiver and Mr. Giberson re: recent court ruling with respect to FDIC exclusion. | 0.10 |
| 04/23/14 | MLB | ASSET ANALYSIS AND RECOVERY: Receive and review, trade email with JSM re: Hawker order on insurance exclusion pertinent to D+O policies | 0.30 |
| 04/28/14 | JSM | Listen to voicemail from Receiver and respond by email re: Evanston issues | 0.10 |
| 04/30/14 | JSM | ASSET ANALYSIS AND RECOVERY: Listen to voicemail from Receiver re: Evanston | 0.10 |

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Mazer, Jason S. | 0.40 | 565.00 | $226.00 |
| Baldwin, Matthew L | 0.30 | 260.00 | $78.00 |
| **Total fees for this matter** | **0.70 hrs.** | | **$304.00** |

## DISBURSEMENTS
Photocopies 0.45

**Total disbursements for this matter** **$0.45**

## BILLING SUMMARY

TOTAL FEES $304.00
TOTAL DISBURSEMENTS $0.45
-----------
**TOTAL CHARGES FOR THIS BILL** **$304.45**
PLUS NET BALANCE FORWARD $41,185.19
**TOTAL BALANCE NOW DUE** **$41,489.64**

PLEASE INCLUDE INVOICE NUMBER 11838 WITH YOUR PAYMENT. THANK YOU.

## BILLING HISTORY

|  | Billed to Date |  | Received to Date |
|---|---|---|---|
| Fees | $127,069.25 | Fees | $87,041.60 |
| Expenses | $3,643.24 | Expenses | $2,485.70 |