# Petitt Worrell Craine Wolfe LLC

One Urban Centre, Suite 475
4830 West Kennedy Boulevard
Tampa, FL 33609-2599 USA
*www.petittworrell.com*
Ph:813-443-5345  Fax: 813-443-8331

Melanie Damian
1000 Brickell Avenue
Suite 1020
Miami, FL 33131 USA

May 28, 2014
File #:   0430
Inv #:    5038

**Attention:**

**RE:**   Securities & Exchange Commission v. Price, et al.

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Feb-01-14 | [ASSET ANALYSIS AND RECOVERY] Conference with Michael Rocha regarding issue of whether the enforcer of a guaranty must also own and hold the underlying promissory note, and recommendation to Kenneth Murena that follow-up research is needed (.2). | 0.20 | 53.00 | RMB |
| Feb-03-14 | [CASE ADMINISTRATION] Review email between Jeremy White and Ken Murena regarding certificates of substitution of counsel | 0.10 | 26.50 | AEW |
|  | [ASSET ANALYSIS AND RECOVERY] E-mail to Attorney Kenneth Murena regarding whether a guaranty can be enforced without owning and holding the underlying promissory note. | 0.20 | 53.00 | MRR |
| Feb-07-14 | [CASE ADMINISTRATION] Review email from Ken Murena providing Melanie's consent | 0.10 | 26.50 | AEW |
| Feb-19-14 | [CASE ADMINISTRATION] Complete registration to the Northern District of Georgia court for filing of the Substitution of Counsel. | 0.40 | 106.00 | AEW |
| Mar-03-14 | [CASE ADMINISTRATION] Review revised notices of Substitution of Counsel (.2); File notices of Substitution of Counsel (.2) | 0.40 | 106.00 | AEW |
| Mar-07-14 | [CASE ADMINISTRATION] Review Notice | 0.20 | 53.00 | AEW |

EXHIBIT D

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | of Leave of Absence (.1); Review electronic notifcation of filing of pleading (.1). | | | |
| Mar-10-14 | [CASE ADMINISTRATION] Review exhibits to 3rd Amended Complaint filed by Guy Giberson - exhibits include confidential offering memorandum, Summary of misstatements, loan review, interagency policy statments and rating credit risk. | 1.50 | 397.50 | AEW |
| Mar-11-14 | [CASE ADMINISTRATION] Review emails between Guy Giberson and the Judges judicial assistant | 0.10 | 26.50 | AEW |
| Mar-13-14 | [CASE ADMINISTRATION] Review email from Jeanette Serna regarding Pro Hac Vice application for Peter Valori (.1); Review application for Pro Hac Vice for Peter Valori (.4). | 0.50 | 132.50 | AEW |
| Mar-14-14 | [CASE ADMINISTRATION] Review answer to counterclaim | 0.50 | 132.50 | AEW |
| Mar-18-14 | [CASE ADMINISTRATION] Review reason for rejection of Pro Hac Vice for Peter F. Valori | 0.20 | 53.00 | AEW |
| Mar-19-14 | [CASE ADMINISTRATION] Review Pre-trial Order and all attachments (.3); Review Motion for Extension of Time to Submit Objections (2.2); Review Order Granting Extension (.1). | 2.60 | 689.00 | AEW |
| Mar-20-14 | [CASE ADMINISTRATION] Review Motion to allow Plaintiff to submit deposition designation of Defendant's Corporate representation | 0.30 | 79.50 | AEW |
| Mar-21-14 | [CASE ADMINISTRATION] Review response in Opposition of Motion to allow Plaintiff to submit Deposition (.3); Review court approval of Pro Hac Vice application (.1). | 0.40 | 106.00 | AEW |
| Mar-24-14 | [CASE ADMINISTRATION] Review response to Motion to Allow Plaintiff to submit Application and review exhibits (.3); Review Plaintiff's reply to extension of time to submit objection (.2). | 0.50 | 132.50 | AEW |
| Mar-25-14 | [CASE ADMINISTRATION] Review Response in Opposition to Motion to Add Party Plaintiff | 0.40 | 106.00 | AEW |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Mar-26-14 | [CASE ADMINISTRATION] Review email from the Judge's clerk regarding shortening of time provided (.1); Review Motion to Strike and Proposed Order (.2). | 0.30 | 79.50 | AEW |
| | [CASE ADMINISTRATION] Schedule process server for subpoenas to Patrick Tuley and Mary. P. Hunneycutt | 0.20 | 15.00 | KR |
| Apr-02-14 | [CASE ADMINISTRATION] Email MLQ Attorney Services Invoices regarding Mary P. Hunneycutt and Patrick Tuley to Damian and Valori for payment | 0.10 | 7.50 | KR |
| Apr-04-14 | [CASE ADMINISTRATION] Schedule process server for supoenas to Patrick Tuley and Stephen Roberts | 0.30 | 22.50 | KR |
| Apr-08-14 | [CASE ADMINISTRATION] Review Notice to Take Deposition of Aubrey Lee Price (.2); Review reply to Motions to Add Party Plaintiff (.6); Review Order denying Damian Motion to Add Party (.7); Review Motion for Writ of Habeas Corpus (.6); Review email from law clerk to counsel (.1); Review Notice of Intent to file Objection to Writ of Habeas Corpus (.2). | 2.40 | 636.00 | AEW |
| Apr-09-14 | [CASE ADMINISTRATION] Email Proof of Service regarding Patrick Tuley and the Affidavit of Non-Service regarding Mary P. Hunneycutt to Jeanette at Damian and Valori | 0.10 | 7.50 | KR |
| Apr-10-14 | [CASE ADMINISTRATION] Review Order overruling KM Homes opposition to taking Prices' deposition (.2); Review Order permitting audio visual equipment in court room (.1); Review email from Guy Giberson to the law clerk (.1); Review emailed responses to Judge relating to whether Plaintiff should be allowed to depose Mr. Price (.5); Review email from Judge's law clerk regarding same (.1); Review Motions and Proposed Order relieving local counsel from appearance at pre-trial conference and trial (.2); Review response in Opposition to Writ (.4); Review Motions and Brief in Support of Motion to Dismiss for future Motions claim (.7); Review Order granting Plaintiff excusal of local counsel from pre-trial and trial (.1); Review Motion to | 2.70 | 715.50 | AEW |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Allow all phone and laptops into courtroom (.3). | | | |
| Apr-14-14 | [CASE ADMINISTRATION] Email MLQ Attorney Services Invoices regarding Patrick Tuley and Stephen Roberts to Damian and Valori for payment | 0.10 | 7.50 | KR |
| Apr-21-14 | [CASE ADMINISTRATION] Review court Minute sheet (.1); Review Plaintiff's objections to Defendant's Designation of Melanie Damian's deposition (.4); Review Designation of Depo for Katherine Giardina (.2); Review Plaintiff's exhibit list (.4); Review unapproved Motion for Extension of Time to File Response to Motion to Dismiss (.2); Review Plaintiff's Proposed Jury Instructions (.7); Review Defendant's Proposed Jury Instruction (.8); Review Proposed Verdict Form (.2); Review pleadings related to Filing of Verdict Form (.1); Review Notice of Filing for Firm Name Change (.1); Review Defendant's Supplemental Objection and Notice (.3); Review Defendant's Revised Special Verdict (.1); Review Defendant's Supplemental Objection to Designation of Depo for Kathryn Giardina (.2). | 3.80 | 1,007.00 | AEW |
| | [CASE ADMINISTRATION] Preparation of Chain of Custody forms for Hearing (.7); Deliver Chain of Custody copies to Peter Valori in Judge Batton's courtroom (1.4). | 2.10 | 157.50 | KR |
| Apr-22-14 | [CASE ADMINISTRATION] Review Order granting Motion for Extension of Time (.1); Review Notice of FBI Chain of Custody and several attachments (1.1); Review Entry of Minutes (.1). | 1.30 | 344.50 | AEW |
| Apr-23-14 | [CASE ADMINISTRATION] Review Order dismissing case against KM Homes, LLC (.1); Review Minute Entry for proceeding (.1); Review additional Minute Entry (.1). | 0.30 | 79.50 | AEW |
| | Totals | 22.30 | $5,358.50 | |

**DISBURSEMENTS**

| | | |
|---|---|---:|
| Feb-06-14 | Expense Recovery<br>Pacer-Court Electronic Records retrieval | 61.50 |
| Apr-21-14 | Expense Recovery<br>Copying Chain of Custody Forms for Hearing 805 @ 0.10 | 80.50 |
| | Expense Recovery<br>Parking Expense Deliver Chain of Custody copies to Peter Valori at Damian v. KM Homes, LLC Hearing 1 @ 7.00 | 7.00 |
| | ~~Expense Recovery~~<br>~~Mileage to Damian v. KM Homes, LLC hearing to deliver Chain of Custody copies 31.9 @ 0.56~~ | ~~17.86~~ |

Totals                                           ~~$166.86~~ $149.00

**Total Fee & Disbursements**                    ~~$5,525.36~~ $5,507.50
Previous Balance                                 43,495.13

**Balance Now Due**                              ~~$49,020.49~~ $49,002.63

TAX ID Number     27-3424894


| ATTORNEY CODE | TOTAL HOURS (Feb / Mar / April) |
|---|---|
| (RMB) Michael Brooks – Senior Of-Counsel | 0.2 hours x $265 |
| (MRR) Michael Rocha – Partner | 0.2 hours x $265 |
| (AEW) Andrew Worrell – Partner | 19.0 hours x $265 |
| (KR)  Kelly Rosser – Paralegal | 2.9 hours x $75 |
| | 22.3 hours (Total Invoice) |