**Bart, Meyer & Company** LLP
Attorneys at Law (T.I.N. 80-0082733)
Post Office Box 16089
Savannah, Georgia 31416

# Invoice

| Date | Invoice # |
|---|---|
| 5/27/2014 | 2014-0491 |

| Bill To |
|---|
| Melanie Damian |

| Matter |
|---|
| SEC Matter |

| Date | Item | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/7/2014 | REP Time | Receipt of motion for extension and status e-mail from co-counsel | 0.1 | 265.00 | 26.50 |
| 3/12/2014 | REP Time | Receipt and review of Court Order extending deadlines | 0.1 | 265.00 | 26.50 |
| 3/31/2014 | REP Time | Review of draft motion for extension; e-mail with co-counsel on need for proposed order and procedure | 0.2 | 265.00 | 53.00 |
| 4/11/2014 | REP Time | Review of Amended Complaint; review of docket sheet and prior orders; e-mail to co-counsel on potential amendment and upcoming local rule deadlines. | 0.8 | 265.00 | 212.00 |

WE NOW ACCEPT MAJOR CREDIT CARDS

**Total** $318.00

**Payments/Credits** $0.00

**Balance Due** $318.00

EXHIBIT E