# DE SOLA PATE & BROWN
ATTORNEYS & COUNSELORS
CARACAS, VENEZUELA

TEL: (58-212) 793-9898    FAX: (58-212) 793-9043

www.desolapate.com
dplaw@desolapate.com

STREET ADDRESS:

TORRE DOMUS, PISO 16
AV. ABRAHAM LINCOLN
SABANA GRANDE
CARACAS

MAILING ADDRESSES:

FROM OUTSIDE VENEZUELA

CCS-6818
P. O. BOX 025801
MIAMI, FL 33102-5801

FROM INSIDE VENEZUELA

APARTADO 52147
CARACAS 1050-A

No. -14
March 18, 2014

Melanie Damian, Esq., Receiver
c/o Damian & Valori
1000 Brickell Ave., Suite 1020
Miami, FL 33131

## DEBIT NOTE FOR PROFESSIONAL SERVICES

For professional services rendered Melanie Damian, Esq., as Receiver, during February 2014 in relation to the Venezuelan estate of Aubrey Lee Price, according to the attached detail.

Total of these services                                           US$439.50

**Total of this Debit Note**                                      **US$439.50**

Please make payment by wire transfer to

        Account name:      De Sola Pate & Brown
        Account number:    3290213921
        Bank:              Citibank
        Address:           120 S. Biscayne Blvd., Miami, FL 33131
        ABA routing:       266086554
        SWIFT:             CITIUS33

Or by check payable to De Sola Pate & Brown, for deposit only to account no. 3290213921, and mailed to Citibank, 120 S. Biscayne Blvd., Miami, FL 33131.

EXHIBIT F

Melanie Damian, Esq., Receiver

DEBIT NOTE FOR PROFESSIONAL SERVICES
**DETAIL OF SERVICES**

Hourly Billing Rate

| | | | |
|---|---|---|---|
| J. R. Pate | (Consultant) | US$265/hour | |
| A. Fernández C. | (Attorney) | US$200/hour | |

| FEBRUARY | PERSON | HOURS | DESCRIPTION |
|---|---|---|---|
| 1 | AFC | .3 | **Asset Analysis and Recovery.** Exchange mails with Mr. Rodriguez re La Yaguarita. |
| 4 | AFC | .3 | **Asset Analysis and Recovery.** Exchange mails with Ms. Damian re expenses for the farm. |
| 5 | AFC | .2 | **Asset Analysis and Recovery.** Calls with Mr. Rodriguez re matters of the farm. |
| 11 | AFC | .2 | **Asset Analysis and Recovery.** Call with Mr. Rodriguez re the latest harvest information. |
| 15 | AFC | .3 | **Asset Analysis and Recovery.** Call and mails with Mr. Rodriguez re paying the payroll of the farm. |
| 18 | AFC | .2 | **Asset Analysis and Recovery.** Calls with Mr. Rodriguez re expenses and the payroll. |
| 25 | AFC | .2 | **Asset Analysis and Recovery.** Exchange mails with Ms. Visconti re a conference call. |
| 26 | JRP | .3 | **Asset Analysis and Recovery.** Discuss with Mr. Fernandez re the mail from Ms. Visconti; instruct him re sending a report. Respond to the mail from Ms. Visconti re the power of attorney and re a conference call. |

| 26 | AFC | .1 | **Asset Analysis and Recovery.** Mails with Ms. Visconti re a conference call. |

# DE SOLA PATE & BROWN
## ATTORNEYS & COUNSELORS
## CARACAS, VENEZUELA

TEL: (58-212) 793-9898   FAX: (58-212) 793-9043

www.desolapate.com
dplaw@desolapate.com

STREET ADDRESS:

TORRE DOMUS, PISO 16
AV. ABRAHAM LINCOLN
SABANA GRANDE
CARACAS

MAILING ADDRESSES:

FROM OUTSIDE VENEZUELA

CCS-6818
P. O. BOX 025801
MIAMI, FL 33102-5801

FROM INSIDE VENEZUELA

APARTADO 52147
CARACAS 1050-A

No. 2449-14
April 29, 2014

Melanie Damian, Esq., Receiver
c/o Damian & Valori
1000 Brickell Ave., Suite 1020
Miami, FL 33131

## DEBIT NOTE FOR PROFESSIONAL SERVICES

For professional services rendered Melanie Damian, Esq., as Receiver, during March 2014 in relation to the Venezuelan estate of Aubrey Lee Price, according to the attached detail.

Total of these services                                          US$1,521.00

**Total of this Debit Note**                                     **US$1,521.00**

Please make payment by wire transfer to

      Account name:   De Sola Pate & Brown
      Account number: 3290213921
      Bank:           Citibank
      Address:        120 S. Biscayne Blvd., Miami, FL 33131
      ABA routing:    266086554
      SWIFT:          CITIUS33

Or by check payable to De Sola Pate & Brown, for deposit only to account no. 3290213921, and mailed to Citibank, 120 S. Biscayne Blvd., Miami, FL 33131.

No. 2449-14

April 29, 2014

Melanie Damian, Esq., Receiver

## DEBIT NOTE FOR PROFESSIONAL SERVICES
**DETAIL OF SERVICES**

### Hourly Billing Rate

| | | |
|---|---|---|
| J. R. Pate | (Consultant) | US$265/hour |
| A. Fernández C. | (Attorney) | US$200/hour |

| MARCH | PERSON | HOURS | DESCRIPTION |
|---|---|---|---|
| 5 | AFC | .3 | **Asset Analysis and Recovery.** Call with Mr. Rodriguez re farm maintenance. |
| 6 | JRP | .9 | **Asset Analysis and Recovery.** Call with Ms. Fernandez re attorneys in Guatemala. Mail Messrs. Muñoz re this. Conference call with Messrs. Damian, de la Portilla and Fernandez re the current situation of the farms and resolving the eventual sales. |
| 10 | AFC | .4 | **Asset Analysis and Recovery.** Call with Mr. Rodriguez re the sorghum harvest. |
| 17 | JRP | .2 | **Asset Analysis and Recovery.** Respond to the mail from Mr. Concheso re the offer of Mr. Montenegro. Mail Ms. Damian et al re the situation of Mr. Montenegro. |
| 17 | AFC | .3 | **Asset Analysis and Recovery.** Exchange mails with Mr. Rodriguez re the farm. |
| 18 | JRP | .8 | **Asset Analysis and Recovery.** Discuss the offer by Mr. Montenegro with Mr. Fernandez. See the mail from Mr. Concheso re this and forward it. Meet with Mr. Concheso re an analysis of the situation. Mail Ms. Damian et al. |
| 18 | AFC | .5 | **Asset Analysis and Recovery.** Exchange mails with Messrs. Pate and Damian re a possible buyer for the farm. Call from Mr. Montenegro re his interest in the farm. |

| | | | |
|---|---|---|---|
| 19 | JRP | .1 | **Asset Analysis and Recovery.** Respond to the mail from Ms. Serna re sending the power of attorney. |
| 20 | JRP | .1 | **Asset Analysis and Recovery.** Mails re the next conference call. |
| 20 | AFC | .1 | **Asset Analysis and Recovery.** Exchange mails re the next conference call. |
| 24 | AFC | .3 | **Asset Analysis and Recovery.** Mails with Mr. Murena re the call with Messrs. Price and Lwis. |
| 25 | JRP | .4 | **Asset Analysis and Recovery.** Discuss the upcoming conference call that is to include Messrs. Price and Lwis with Mr. Fernandez. Mail Mr. Murena re this. |
| 25 | AFC | .3 | **Asset Analysis and Recovery.** Mails with Mr. Murena to coordinate for the call with Messrs. Price and Lwis. |
| 26 | JRP | .4 | **Asset Analysis and Recovery.** See the mail from Mr. Concheso and call from him re the offer of Mr. Petschner. Forward this mail with the offer to Ms. Damian et al. See the mail from Mr. Fernandez with an improved offer from Mr. Montenegro. See the rejection of this by Ms. Damian. |
| 26 | AFC | .3 | **Asset Analysis and Recovery.** Receive the second offer from Mr. Montenegro and send this to Ms. Damian. |
| 28 | AFC | .2 | **Asset Analysis and Recovery.** See the mail from Mr. Murena with the scanned power of attorney signed by Mr. Price. |
| 31 | JRP | .5 | **Asset Analysis and Recovery.** See the mails from Messrs. Murena and Fernandez re one or more calls with Messrs. Price and |

|     |     |    | Lwis. Call Mr. Murena to coordinate. Call Mr. Fernandez to coordinate his having Mr. Lwis on the call. |
| --- | --- | --- | --- |
| 31  | AFC | .4 | **Asset Analysis and Recovery.** Exchange mails with Mr. Murena organizing the matter of the call with Messrs. Price and Lwis. |

# DE SOLA PATE & BROWN
ATTORNEYS & COUNSELORS
CARACAS, VENEZUELA

TEL: (58-212) 793-9898      FAX: (58-212) 793-9043

www.desolapate.com
dplaw@desolapate.com

STREET ADDRESS:

TORRE DOMUS, PISO 16
AV. ABRAHAM LINCOLN
SABANA GRANDE
CARACAS

MAILING ADDRESSES:

FROM OUTSIDE VENEZUELA

CCS-6818
P. O. BOX 025801
MIAMI, FL 33102-5801

FROM INSIDE VENEZUELA

APARTADO 52147
CARACAS 1050-A

No. 2500-14
May 19, 2014

Melanie Damian, Esq., Receiver
c/o Damian & Valori
1000 Brickell Ave., Suite 1020
Miami, FL 33131

## DEBIT NOTE FOR PROFESSIONAL SERVICES

For professional services rendered Melanie Damian, Esq., as Receiver, during April 2014 in relation to the Venezuelan estate of Aubrey Lee Price, according to the attached detail.

Total of these services                                             US$4,670.00

**Total of this Debit Note**                                        **US$4,670.00**

Please make payment by wire transfer to

    Account name:         De Sola Pate & Brown
    Account number:       3290213921
    Bank:                 Citibank
    Address:              120 S. Biscayne Blvd., Miami, FL 33131
    ABA routing:          266086554
    SWIFT:                CITIUS33

Or by check payable to De Sola Pate & Brown, for deposit only to account no. 3290213921, and mailed to Citibank, 120 S. Biscayne Blvd., Miami, FL 33131.

Melanie Damian, Esq., Receiver

# DEBIT NOTE FOR PROFESSIONAL SERVICES
## **DETAIL OF SERVICES**

### Hourly Billing Rate

| | | |
|---|---|---|
| J. R. Pate | (Consultant) | US$265/hour |
| A. Fernández C. | (Attorney) | US$200/hour |

| APRIL | PERSON | HOURS | DESCRIPTION |
|---|---|---|---|
| 1 | JRP | 2.1 | **Asset Analysis and Recovery.** Conference calls with Messrs. Damian, Murena, Price, Fernandez and Lwis, with his attorney Romero. Another conference call with Messrs. Damian, Visconti, de la Portilla, and Fernandez. Call with Mr. Murena re the power of attorney. Call with Mr. Fernandez re his meeting at the Ministry of Agriculture in Acarigua. |
| 1 | AFC | 6.4 | **Asset Analysis and Recovery.** Go to Barquisimeto and Acarigua to meet with Mr. Rodriguez re the situation at La Yaguarita. Meet with Mr. Lwis and his attorney. Participate in the conference calls with Messrs. Damian, Murena, Price, Lwis, Romero and Pate. |
| 2 | AFC | 5.0 | **Asset Analysis and Recovery.** Meetings during the day with Mr. Rodriguez and with officials of the ministry of agriculture re the sugar cane farm. |
| 3 | JRP | .3 | **Asset Analysis and Recovery.** See the mail from Mr. Concheso re a new offer from Mr. Llamozas. Mail this to Messrs. Damian et al. |
| 3 | AFC | .2 | **Asset Analysis and Recovery.** Review the new offer by Mr. Llamozas and discuss this with Mr. Pate. |

| | | | |
|---|---|---|---|
| 9 | AFC | .2 | **Asset Analysis and Recovery.** See the mail from Mr. Murena with letters from Mr. Price and his brother. |
| 10 | JRP | .6 | **Asset Analysis and Recovery.** Call with a criminal investigator re the possibility of obtaining the account records for the two accounts at Banco de Venezuela and Banco Exterior. Mail Mr. Murena re this situation. Reply to the mail from Mr. Concheso re the offer of Mr. Llamozas; send this to Ms. Damian. Exchange mails with Ms. Serna re sending the Price powers of attorney. Exchange further mails with Messrs. Damian and Concheso re the offer of Mr. Llamozas for La Yaguarita. |
| 10 | AFC | 1.0 | **Asset Analysis and Recovery.** See various mails re the matter of the offer by Mr. Llamozas. Call with Mr. Concheso re this. Call with Mr. Rodriguez re the farm. |
| 11 | AFC | .1 | **Asset Analysis and Recovery.** See a mail from Ms. Damian. |
| 12 | JRP | .5 | **Asset Analysis and Recovery.** See the mail from Ms. Damian with the mail from Mr. Adams. Review the latest offer from Mr. Llamozas and mail Ms. Damian re this and the comment of Mr. Adams. See her reply. |
| 12 | AFC | .1 | **Asset Analysis and Recovery.** Read the mails between Messrs. Damian and Pate. |
| 14 | JRP | .5 | **Asset Analysis and Recovery.** Respond to the mail from Mr. Concheso re the negotiation with Mr. Llamozas re the possible purchase of La Yaguarita. |
| 15 | JRP | .3 | **Asset Analysis and Recovery.** See the mail from Mr. Concheso re the offer of Mr. Llamozas. Respond to him. Mail Ms. Damian re this. |

| | | | |
|---|---|---|---|
| 15 | AFC | .3 | **Asset Analysis and Recovery.** See further mails re the Llamozas offer. Mail Mr. Murena re having received the power of attorney of Mr. Price. |
| 16 | JRP | .3 | **Asset Analysis and Recovery.** Call with Mr. Concheso re the offer by Mr. Llamozas and re meeting with him next week. |
| 16 | AFC | .1 | **Asset Analysis and Recovery.** Review the mail from Mr. Rodriguez re payments for the soghum crop. |
| 17 | AFC | .1 | **Asset Analysis and Recovery.** See the mail from Ms. Damian with a handwritten letter from Mr. Price. |
| 18 | JRP | .3 | **Asset Analysis and Recovery.** Call Ms. Damian re the offer by Mr. Llamozas, and re the foreign exchange and legal situations in Venezuela. |
| 18 | AFC | .3 | **Asset Analysis and Recovery.** Call with Mr. Rodriguez re the situation of La Yaguarita. |
| 21 | AFC | .3 | **Asset Analysis and Recovery.** Call with Mr. Rodriguez re maintenance situations at La Yaguarita and accounts payable. |
| 22 | JRP | .1 | **Asset Analysis and Recovery.** Call from Mr. Llamozas to set a meeting re his offer to buy La Yaguarita. |
| 23 | JRP | .7 | **Asset Analysis and Recovery.** Meet with Mr. Llamozas, together with Mr. Fernandez, re his offer to purchase La Yaguarita. Discuss the various factors related to this offer in the present context of the country. |
| 23 | AFC | .9 | **Asset Analysis and Recovery.** Review various bills payable sent by Mr. Rodriguez and the request for clothing for the farm workers. Meet with Messrs. Llamozas and Pate re the offer by Mr. Llamozas to |

| | | | |
|---|---|---|---|
| | | | purchase La Yaguarita. |
| 24 | JRP | .3 | **Asset Analysis and Recovery.** Mail Ms. Damian re the meeting with Mr. Llamozas, re his offer to buy La Yaguarita. |
| 24 | AFC | .2 | **Asset Analysis and Recovery.** Call with Mr. Rodriguez re the farm. |
| 30 | AFC | .2 | **Asset Analysis and Recovery.** Call with Mr. Rodriguez re current matters of the farm. |