

**Kapila & Company**
*Certified Public Accountants*

**SEC V. PFG, LLC**
**Client ID: 05402**
**Invoice #97428 - 02/28/14**

| Staff | Hours | Rate | Amount |
|---|---|---|---|
| SONEET R. KAPILA, CPA*, CIRA, CFE, CFF, Partner / Tax | 0.40 | 265.00 | $ 106.00 |
| LESLEY J. JOHNSON, CPA*, CIRA, Partner / Tax | 0.50 | 265.00 | 132.50 |
| MELISSA DAVIS, CPA*, CIRA, CFE, Partner | 1.60 | 265.00 | 424.00 |
| SURUCHI BANEZ, CPA*, CIRA, CFE [1], Principal | 6.70 | 207.00 | 1,386.90 |
| SURUCHI BANEZ, CPA*, CIRA, CFE [2], Principal | 0.00 | 150.00 | 0.00 |
| ANDREA N. FELDMAN, CPA*, Forensic Consultant | 14.20 | 207.00 | 2,939.40 |
| KELSEY J. JOHNSON, Forensic Analyst | 0.10 | 130.00 | 13.00 |
| TOTAL FEES | 23.50 | | $ 5,001.80 |
| Blended Rate | | $212.84 | |
| TOTAL EXPENSES | | | 7.10 |
| TOTAL AMOUNT OF THIS INVOICE | | | $ 5,008.90 |

CPA - Certified Public Accountant
CIRA - Certified Insolvency & Restructuring Advisor
CFE - Certified Fraud Examiner
CFF - Certified in Financial Forensics

* Regulated by the State of Florida

[1] Billed at $207 for Tasks other than Data Entry
[2] Billed at $150 for Data Entry

Exhibit G

$$\mathcal{K}apila \ \& \ Company$$

Certified Public Accountants
1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Phone - 954-761-1011  F - 954-761-1033  www.kapilaco.com
EIN #65-0311031

SEC V. PFG, LLC
C/O MELANIE DAMIAN, RECEIVER
1000 BRICKELL AVENUE
SUITE 1020
MIAMI, FL 33131

Invoice: 97428
02/28/2014

Client ID: 05402

FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY 28, 2014

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| LITIGATION SUPPORT | | | | |
| 02/03/2014 | MMD | REVIEW AND REVISE INSOLVENCY AND PONZI ANALYSIS; DRAFT EMAIL TO COUNSEL RE SAME. | 1.60 | 424.00 |
| 02/03/2014 | SRK | ATTEND TO INSOLVENCY ANALYSIS ISSUES WITH M. DAVIS | 0.40 | 106.00 |
| 02/04/2014 | SKB | ADDRESS EMAILS TO COUNSEL REGARDING INSOLVENCY ANALYSIS DRAFT. | 0.20 | 41.40 |
| 02/07/2014 | SKB | PARTICIPATE IN T/C WITH M. DAVIS REGARDING REAL ESTATE AND MB&T TIMELINES INFORMATION FOR INSOLVENCY ANALYSIS. | 0.40 | 82.80 |
| 02/07/2014 | SKB | T/C WITH A. FELDMAN REGARDING REAL ESTATE AND MB&T TIMELINES INFORMATION FOR INSOLVENCY ANALYSIS. | 0.40 | 82.80 |
| 02/07/2014 | ANF | DISCUSSION WITH S.BANEZ REGARDING RESEARCH FOR CREATING TIMELINE RELATED TO INSOLVENCY ANALYSIS | 0.40 | 82.80 |
| 02/07/2014 | SKB | UPDATE INSOLVENCY ANALYSIS PER DISCUSSION WITH M. DAVIS. | 0.60 | 124.20 |
| 02/10/2014 | ANF | RESEARCH OF FDIC CORRESPONDENCE WITH MCSBI AND NOTATION OF SIGNIFICANT EVENTS FOR TIMELINE | 2.70 | 558.90 |
| 02/10/2014 | ANF | RESEARCHED PLEADINGS AND CREATED TIMELINE REGARDING FDIC TRANSACTIONS AND IMPORTANT EVENTS FROM 2010-2012 FOR INSOLVENCY ANALYSIS | 2.40 | 496.80 |
| 02/10/2014 | ANF | RESEARCHED REAL ESTATE MARKET FLUCTATIONS ON FL, GA, AND NATIONAL LEVEL TO CREATE TIMELINE FOR INSOLVENCY ANALYSIS WITH PURPOSE OF ACCURATLY VALUING ASSETS/HOUSING FROM 2008-2012 | 3.50 | 724.50 |
| 02/10/2014 | SKB | RESEARCH AND ADDRESS INQUIRIES FROM A. FELDMAN REGARDING REAL ESTATE AND MB&T INFORMATION FOR TIMELINES TO BE USED IN INSOLVENCY ANALYSIS. | 0.80 | 165.60 |
| 02/11/2014 | SKB | REVIEW AND UPDATE REAL ESTATE AND MB&T TIMELINES AND UPDATE INSOLVENCY ANALYSIS AND REAL ESTATE PROPERTY ANALYSIS ACCORDINGLY. | 1.10 | 227.70 |
| 02/12/2014 | SKB | REVISE PROPERTY ANALYSIS SCHEDULE WITH TIMELINE OF REAL ESTATE TO MODIFY AMOUNTS IN INSOLVENCY ANALYSIS. | 0.40 | 82.80 |
| 02/21/2014 | ANF | RESEARCH OF MASTER RECONSTRUCTION TO DETERMINE IF PICTORAL PURCHASE OF STOCKS NEEDS TO BE UPDATED | 1.20 | 248.40 |

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| | | WITH CURRENT INFORMATION. | | |
| 02/21/2014 | ANF | UPDATED PICTORAL PURCHASE OF STOCK CHARTS AND EXTRACTED SUPPORTING DOCUMENTS FOR COUNSEL | 0.80 | 165.60 |
| 02/21/2014 | SKB | REVIEW AND ANALYZE RECONSTRUCTION TO UPDATE STOCK PURCHASE SCHEDULES AND PICTORIALS WITH MOST CURRENT INFORMATION. | 2.80 | 579.60 |
| 02/24/2014 | ANF | REVIEWED MB&T FLOW CHARTS PREVIOUSLY CREATED TO DETERMINE UPDATED CATEGORY AMOUNTS OF RECEIPTS AND DISBURSEMENTS | 0.60 | 124.20 |
| 02/24/2014 | ANF | REVIEWED CURRENT MASTER RECONSTRUCTION AND CREATED NEW FLOW CHART BASED UPON CATEGORIES AND FIGURES FOR COUNSEL | 2.60 | 538.20 |

TAX SERVICES - ADVISORY

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| 02/14/2014 | LJJ | ADDRESS TRANSCRIPT QUESTIONS REGARDING MONTGOMERY | 0.20 | 53.00 |
| 02/14/2014 | LJJ | ADDRESS TRANSCRIPT QUESTIONS | 0.10 | 26.50 |

TAX SERVICES - PREPARE FORMS

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| 02/03/2014 | KJJ | SCANNING AND EFILING OF TAX FORMS 1096 AND 1099 | 0.10 | 13.00 |
| 02/26/2014 | LJJ | RESPOND TO TRANSCRIPT QUESTIONS | 0.20 | 53.00 |

                                                  5,001.80

EXPENSES

| Date | Staff | Description | | Amount |
|---|---|---|---|---|
| 02/28/2014 | EXP | COPY CHARGE FOR FEBRUARY 2014 | | 3.00 |
| 02/28/2014 | EXP | PACER FOR FEBRUARY 2014 BILL | | 4.10 |

                                                  7.10

Total amount of this invoice     $5,008.90

Invoice payable upon receipt. Thank you for this opportunity to be of service.


**Kapila & Company**
*Certified Public Accountants*

---

| | SEC V. PFG, LLC |
|---|---|
| | Client ID: 05402 |
| | Invoice #97478 - 03/31/14 |

| Staff | Hours | Rate | Amount |
|---|---|---|---|
| LESLEY J. JOHNSON, CPA*, CIRA, Partner / Tax | 0.40 | 265.00 | $ 106.00 |
| BERNADETTE L. LOMBARDO, CPA*, CIRA | 16.20 | 230.00 | 3,726.00 |
| SURUCHI BANEZ, CPA*, CIRA, CFE [1], Principal | 3.40 | 207.00 | 703.80 |
| SURUCHI BANEZ, CPA*, CIRA, CFE[2], Principal | 0.00 | 150.00 | 0.00 |
| TOTAL FEES | 20.00 | | $ 4,535.80 |
| Blended Rate | | $226.79 | |
| TOTAL EXPENSES | | | 33.00 |
| TOTAL AMOUNT OF THIS INVOICE | | | $ 4,568.80 |

CPA - Certified Public Accountant
CIRA - Certified Insolvency & Restructuring Advisor
CFE - Certified Fraud Examiner

* Regulated by the State of Florida

[1] Billed at $207 for Tasks other than Data Entry
[2] Billed at $150 for Data Entry

# Kapila & Company
## Certified Public Accountants
1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Phone - 954-761-1011   F - 954-761-1033   www.kapilaco.com
EIN #65-0311031

SEC V. PFG, LLC
C/O MELANIE DAMIAN, RECEIVER
1000 BRICKELL AVENUE
SUITE 1020
MIAMI, FL 33131

Invoice: 97478
03/31/2014
Client ID: 05402

FOR PROFESSIONAL SERVICES RENDERED THROUGH MARCH 31, 2014

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| LITIGATION SUPPORT | | | | |
| 03/03/2014 | SKB | PREPARE SOURCES AND USES FLOW CHART BASED ON MASTER BANK RECONSTRUCTION CATEGORIES. | 1.30 | 269.10 |
| 03/18/2014 | SKB | PARTICIPATE IN T/C WITH G. GIBERSON REGARDING KEITH MCSWAIN TRANSACTIONS RELATING TO KM HOMES TRIAL. | 0.20 | 41.40 |
| 03/18/2014 | SKB | PREPARE TRANSACTION DETAIL FOR KEITH MCSWAIN CASH ACTIVITY IN PREPARATION FOR KM HOMES TRIAL PER REQUEST OF G. GIBERSON. | 0.50 | 103.50 |
| 03/21/2014 | SKB | RESEARCH AND ADDRESS EMAIL FROM J. SERNA REGARDING PREPARATION FOR KM HOMES TRIAL AND PROVIDE SUPPORT FOR KM HOMES TRANSACTIONS. | 1.10 | 227.70 |
| 03/26/2014 | SKB | RESEARCH AND ADDRESS EMAIL FROM K. MURENA REGARDING KM HOMES AND K. MCSWAIN TRANSACTIONS. | 0.30 | 62.10 |
| TAX SERVICES - PREPARE FORMS | | | | |
| 03/27/2014 | BLL | BEGIN PROPERTY RESEARCH RELATED TO SALE OF PROPERTY DURING 2013. | 1.60 | 368.00 |
| 03/27/2014 | BLL | CONTINUE WITH PROPERTY RESEARCH. DOWNLOAD PROPERTY PROERTY CARDS RELATED TO SALE OF PROPERTIES DURING 2013. ANALYSIS OF SETTLEMENT STATEMENTS. DRAFT SCHEDULES COMPUTING G/L ON SALE FOR EACH PROPERTY. | 3.20 | 736.00 |
| 03/28/2014 | BLL | COMPLETE PROPERTY RESEARCH. COMPLETE ANALYSIS OF PROPERTY SALES. COMPLETE CREATING SCHEDULES OF EACH PROPERTY SALE AND CALCUATION OF LOSS OF PROPERTY SALE. | 2.60 | 598.00 |
| 03/30/2014 | BLL | CONTINUE WITH ANALYSIS OF GB BANK REC FOR PURPOSE OF DRAFTING 2013 ACCOUNTING WORKPAPERS. | 2.40 | 552.00 |
| 03/30/2014 | BLL | COMPLETE 2013 AJE WORKSHEET. BEGIN TO COMBINE ACCOUNTING FOR RENTAL AND RECEIVER MAIN ACCOUNTS FOR 2013. | 1.90 | 437.00 |
| 03/31/2014 | BLL | CHECK TRIAL BALANCE AND ADJUSTING JOURNAL ENTRIES. | 2.70 | 621.00 |
| 03/31/2014 | BLL | ACCESS MANATEE PROPERTY APPRAISER WEBSITE AND D/L PROPERT CARD FOR 3211 FLORIDA BLVD. ANALYSIS OF SETTLEMENT STATEMENT RE THE SAME. DRAFT SCHEDULE OF PROPERTY SALE. | 1.20 | 276.00 |

| Date | Code | Description | Hours | Amount |
|---|---|---|---|---|
| 03/31/2014 | BLL | BEGIN DRAFTING LIST OF QUESTIONS FOR RECEIVER IN ORDER TO PREPARE TAX RETURN. | 0.60 | 138.00 |
| 03/31/2014 | LJJ | ADDRESS TAX ACCOUNTING WITH BL | 0.40 | 106.00 |
| | | | | 4,535.80 |

EXPENSES

| Date | Code | Description | | Amount |
|---|---|---|---|---|
| 03/14/2014 | EXP | LONG DISTANCE BILL 03.14.2014 | | 1.50 |
| 03/31/2014 | EXP | COPY CHARGE - MARCH 2014 | | 31.50 |
| | | | | 33.00 |

| | Total amount of this invoice | $4,568.80 |
|---|---|---|

Invoice payable upon receipt.  Thank you for this opportunity to be of service.



**Kapila & Company**
*Certified Public Accountants*

| | SEC V. PFG, LLC |
| --- | --- |
| | Client ID: 05402 |
| | Invoice #97551 - 04/30/14 |

| Staff | Hours | Rate | Amount |
| --- | --- | --- | --- |
| LESLEY J. JOHNSON, CPA*, CIRA, Partner / Tax | 40.40 | 265.00 | $ 10,706.00 |
| SURUCHI BANEZ, CPA*, CIRA, CFE [1], Principal | 7.00 | 207.00 | 1,449.00 |
| SURUCHI BANEZ, CPA*, CIRA, CFE [2], Principal | 0.00 | 150.00 | 0.00 |
| BERNADETTE L. LOMBARDO, CPA*, CIRA, Forensic Consultant | 2.50 | 230.00 | 575.00 |
| ANDREA N. FELDMAN, CPA*, Forensic Analyst | 2.00 | 150.00 | 414.00 |
| TOTAL FEES | 51.90 | | $ 13,144.00 |
| | Blended Rate | $253.26 | |
| TOTAL EXPENSES | | | 35.95 |
| TOTAL AMOUNT OF THIS INVOICE | | | $ 13,179.95 |

CPA - Certified Public Accountant
CIRA - Certified Insolvency & Restructuring Advisor
CFE - Certified Fraud Examiner

* Regulated by the State of Florida

[1] Billed at $207 for Tasks other than Data Entry
[2] Billed at $150 for Data Entry

*Kapila & Company*
Certified Public Accountants
1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Phone - 954-761-1011  F - 954-761-1033  www.kapilaco.com
EIN #65-0311031

SEC V. PFG, LLC
C/O MELANIE DAMIAN, RECEIVER  Invoice: 97551
1000 BRICKELL AVENUE  04/30/2014
SUITE 1020
MIAMI, FL 33131  Client ID: 05402

FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL 30, 2014

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| **LITIGATION SUPPORT** | | | | |
| 04/15/2014 | SKB | ADDRESS EMAIL REQUEST FROM KENNY MURENA REGARDING UPDATE TO RECONSTRUCTION. | 0.30 | 62.10 |
| 04/16/2014 | SKB | T/C WITH A. FELDMAN REGARDING SCAN INTERNATIONAL REQUEST FROM COUNSEL. | 0.10 | 20.70 |
| 04/16/2014 | ANF | REVIEWED MASTER RECONSTRUCTION AND EXTRACTED SCAN INTERNATIONAL TRANSACTIONS | 0.40 | 82.80 |
| 04/16/2014 | ANF | CREATED SEPERATE BANK RECONSTRUCTION FOR SCAN INTERNATIONAL | 0.50 | 103.50 |
| 04/16/2014 | ANF | REVIEWED INTERCOMPANY TRANSFERS AND REVISED SCAN INTERNATIONAL INTERCOMPANY TO REFLECT CORRECT BALANCES | 0.50 | 103.50 |
| 04/16/2014 | SKB | PREPARE REVISED MASTER RECONSTRUCTION TO EXTRACT AND SEGREGATE SCAN INTERNATIONAL RECONSTRUCTED ACTIVITY. | 0.60 | 124.20 |
| 04/17/2014 | SKB | T/C WITH K. MURENA REGARDING SCAN INTERNATIONAL ANALYSIS. | 0.40 | 82.80 |
| 04/17/2014 | SKB | T/C WITH A. FELDMAN REGARDING SCAN INTERNATIONAL ANALYSIS. | 0.30 | 62.10 |
| 04/17/2014 | ANF | UPDATE MASTER RECONSTRUCTION BY RENAMING SCAN INTERNATIONAL TRANSACTIONS | 0.60 | 124.20 |
| 04/17/2014 | SKB | PREPARE VARIOUS SORTS AND SUBTOTAL SUMMARIES TO REVISED RECONSTRUCTION AND RECENTLY SEGREGATED SCAN INTERNATIONAL SCHEDULES PER REQUEST OF COUNSEL. PREPARE SCHEDULE OF DETAILED TRANSACTIONS RELATING TO SCAN INTERNATIONAL FROM RECEIVERSHIP ENTITIES. | 2.10 | 434.70 |
| 04/18/2014 | SKB | REVIEW AND COMPILE SUPPORT FOR KEITH MCSWAIN TRANSACTION DETAIL REPORTED IN BANK RECONSTRUCTION. | 0.80 | 165.60 |
| 04/24/2014 | SKB | DRAFT NARRATIVE TO INCLUDED IN FIRST QUARTER 2014 RECEIVER'S STATUS REPORT FILED WITH THE COURT. | 2.40 | 496.80 |
| **TAX SERVICES - ADVISORY** | | | | |
| 04/21/2014 | LJJ | T/C/W M. DAVIS REGARDING PARTNERSHIP PRESENTATION OF WITHDRAWALS, T/C/W RECEIVER'S COUNSEL AND REVIEW | 3.20 | 848.00 |

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| | | ACCOUNTING AND TAX RETURNS FOR PARTNERSHIP TO ASSIST WITH TRIAL PREPARATION | | |
| 04/22/2014 | LJJ | ADDRESS PARTNERSHIP REPORTING ISSUES AND DETAILED REVEIEW OF PARTNER TAX RETURNS IN AN EFFORT TO FIND INTEREST DEDUCTION RELATED TO PFG LOANS TO PARTNERSHIP - ASSISTING WITH LITIGATION RE KM HOMES | 4.60 | 1,219.00 |
| 04/23/2014 | LJJ | FOLLOW-UP REGARDING RECEIVER LITIGATION WITH KM HOMES AND DISC WITH MD | 0.20 | 53.00 |

TAX SERVICES - PREPARE FORMS

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| 03/28/2014 | BLL | BEGIN ANALYSIS OF RECEIVE BANK RECONCILIATIONS AND RECEIPTS AND DISBURSEMENTS LEDGERS. BEGIN DRAFTING AJES FOR 2013 FOR RENTAL ACCOUNT. BEGIN DRAFTING CR AND CD SUMMARY FOR 2013. | 2.50 | 575.00 |
| 04/02/2014 | LJJ | REVIEW TAX ACCOUNTING FOR RECEIVERSHIP, INCLUDING MULTIPLE REAL PROPERTY SALES, REVISE ACCOUNTING AND DRAFT ADJUSTING ENTRIES TO RECORD PROPERTY SALES. | 5.60 | 1,484.00 |
| 04/04/2014 | LJJ | FINALIZE REVIEW OF REAL PROPERTY SALES AND ADJUSTING ENTRIES TO REPORT IN TRUST TAX RETURN | 4.60 | 1,219.00 |
| 04/24/2014 | LJJ | UPDATE ACCOUNTING BASED ON ANSWERS RECEIVED FROM RECEIVER'S OFFICE | 6.60 | 1,749.00 |
| 04/25/2014 | LJJ | RECONCILE INCOME BUCKETS TO ALLOW REPORTING IN TAX RETURN OF RECEIVERSHIP ACTIVITY | 6.80 | 1,802.00 |
| 04/28/2014 | LJJ | PREPARATION OF 2013 TRUST TAX RETURN | 6.20 | 1,643.00 |
| 04/29/2014 | LJJ | FINALIZE 2013 TRUST TAX RETURN | 2.60 | 689.00 |

|  |  |  |  | 13,144.00 |
|---|---|---|---|---|

EXPENSES

| Date | Type | Description | | Amount |
|---|---|---|---|---|
| 04/08/2014 | EXP | POSTAGE | | 0.25 |
| 04/30/2014 | EXP | COPY CHARGE | | 35.70 |
|  |  |  |  | 35.95 |
|  |  | Total amount of this invoice | | $13,179.95 |

Invoice payable upon receipt. Thank you for this opportunity to be of service.