THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SECURITIES AND EXCHANGE

    Plaintiff,

v.

    Case No. 1:12-CV-2296-TCB

AUBREY LEE PRICE *et al.*

    Defendants.

GENWORTH LIFE INSURANCE
COMPANY

    Plaintiff in Intervention

v.

MELANIE DAMIAN,
In her capacity as Receiver,

    Defendant in Intervention.
_____/

## RULE 5.4 CERTIFICATE OF SERVICE

Plaintiff Genworth Life Insurance Company, pursuant to Local Rule 5.4, hereby certifies that on June 5, 2014, Plaintiff served its First Set of Interrogatories to Defendant Receiver Melanie Damian and First Set of Requests for the Production of Documents and Requests for Admission to Defendant Receiver Melanie Damian by depositing a copy of same in the United States mail, postage prepaid, and addressed as follows:

35026292.1

Madison Graham Loomis
W. Shawn Murnahan
Securities & Exchange Commission
950 East Paces Ferry Road, N.E., Suite 900
Atlanta, GA  30326-1382

Robert J. Waddell, Jr.
Laura Elizabeth Reinhold
McGuire Woods, LLP
1230 Peachtree Street, N.E.
Suite 2100, Promenade II
Atlanta, GA  30309

Kenneth Dante Murena
Damian & Valori, LLP
1000 Brickell Avenue, Suite 1020
Miami, FL  33131

Peter Muller
Goodman McGuffey Lindsey & Johnson, LLP
530 Stephenson Avenue, Suite 300
Savannah, GA  31405-5987

Alexander B. Feinberg
Christopher C. Frost
John A. Little, Jr.
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL  35203

This 5th day of June, 2014.

/s/ David J. Forestner
David J. Forestner
Georgia Bar No. 269177

35026292.1

Carlton Fields Jorden Burt, P.A.
One Atlantic Center, Suite 3000
1201 W. Peachtree Street, NW
Atlanta, GA 30309

*Attorneys for Plaintiff in Intervention Genworth Life Insurance Company*

35026292.1