IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**  )<br>)<br>**Plaintiff,**  )<br>)<br>v.  )<br>)<br>**AUBREY LEE PRICE; et al**  )<br>)<br>**Defendants,**  )<br>)<br>) | **Civil Action No.**<br>**1:12-cv-2296-TCB** |

## RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, Plaintiff Household Life Insurance Company k/n/a Pavonia Life Insurance Company of Michigan hereby certifies that on June 5, 2014, Plaintiff served its First Set of Interrogatories, First Set of Requests for Production, and First Set of Requests for Admission upon Intervention Defendant Melanie E. Damian by depositing a copy of the same in the United States mail, postage prepaid, and addressed as follows:

Kenneth Dante Murena
Damian & Valori LLP
Suite 1020
1000 Brickell Avenue
Miami, FL 33131
305-371-3960
 Email:Kmurena@dvllp.Com

02928952.1

Peter D. Muller
Goodman McGuffey Lindsey & Johnson, LLP
Suite 300
 532 Stephenson Avenue
Savannah, GA 31405-5987
912-503-2170
 Email:Pmuller@gmlj.Com

John Michael Hamrick
Paul E. Vranicar
Holland & Knight-Atlanta
1201 West Peachtree Street, N.E. One Atlantic Center, Suite 2000
Atlanta, GA 30309-3453
404-817-8500
Email:John.Hamrick@hklaw.Com
Email:Paul.Vranicar@hklaw.Com

W. Shawn Murnahan
Madison Graham Loomis
Securities & Exchange Commission-GA
950 East Paces Ferry Rd., N.E. Suite 900
Atlanta, GA 30326-1382
404-842-7600
Email:Murnahanw@sec.Gov
Email:Loomism@sec.Gov

David John Forestner
Carlton Fields Jorden Burt, PA - Atlanta
One Atlantic Center, Suite 3000
1201 W. Peachtree Street, N.W.
Atlanta, GA 30309
404-815-2706
 Email:Dforestner@cfjblaw.Com

Ian Francis Curley
Robinson Curley & Clayton, P.C.
300 South Wacker Drive
Chicago, IL 60606

02928952.1                                              2

312-663-3100
 Email:Acurley@robinsoncurley.Com

 Robert J. Waddell , Jr.
Laura Elizabeth Reinhold
McGuire Woods LLP-GA
1230 Peachtree Street, N.E. Suite 2100, Promenade Ii
Atlanta, GA 30309
404-443-5500
Email:Rwaddell@mcguirewoods.Com
Email:Lreinhold@mcguirewoods.Com

Dated June 5, 2014.                                     Respectfully submitted,


                                                        */s Alexander B. Feinberg*
                                                        Alexander B. Feinberg
                                                        Georgia Bar. No. 956505

                                                        **OF COUNSEL:**
                                                        C. Andrew Kitchen
                                                        Alexander B. Feinberg
                                                        Christopher C. Frost
                                                        MAYNARD, COOPER & GALE, P.C.
                                                        1901 Sixth Avenue North, Suite 2400
                                                        Birmingham, AL 35203
                                                        Telephone: 205-254-1000
                                                        Facsimile: 205-254-1999

                                                        *Attorneys for Intervention Plaintiff*
                                                        *Household Life Insurance Company*

02928952.1                              3