IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | : : : | |
| Plaintiff, | : : | Civil Action No. 1:12-cv-2296-TCB |
| v. | : : | |
| **AUBREY LEE PRICE, et al.,** | : : | |
| Defendants. | : : | |
| _____/ | | |

**ORDER GRANTING RECEIVER'S UNOPPOSED MOTION FOR SEVEN-DAY EXTENSION OF DEADLINE TO FILE REPLY TO INSURANCE COMPANIES' OBJECTIONS TO THE RECEIVER'S SEVENTH INTERIM APPLICATION FOR ORDER AUTHORIZING PAYMENT OF FEES AND EXPENSES OF <u>RECEIVER AND HER PROFESSIONALS</u>**

THIS CAUSE came before the Court on the *Receiver's Unopposed Motion for Seven-Day Extension of Deadline for the Receiver to File Reply to Insurance Companies' Objections to the Receiver's Seventh Interim Application for Order Authorizing Payment of Fees and Expenses of Receiver and Her Professionals* (the

"Motion") [D.E.185].  With the Court having considered the Motion, and finding that cause exists to grant the Motion, it is hereby **ORDERED** as follows:

1. The Receiver's Motion is **GRANTED**.

2. The deadline for the Receiver to file her Reply to the Insurance Companies' Objections to the Receiver's Seventh Interim Application for Order Authorizing Payment of Fees and Expenses of Receiver and Her Professionals is extended through and including **June 26, 2014**, or such later date as this Court may allow.

**DONE AND ORDERED** in the Northern District of Georgia, this 20th day of June, 2014.

_____
Timothy C. Batten, Sr.
United States District Judge

Copies to:

All Counsel of Record.