IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : : | |
| Plaintiff, | : : | Civil Action No. 1:12-cv-2296-TCB |
| v. | : : | |
| AUBREY LEE PRICE, et al., | : : | |
| Defendants. | : | |

**ORDER GRANTING UNOPPOSED MOTION TO APPROVE
SETTLEMENT AND RELEASE AGREEMENT**

THIS CAUSE came before the Court on the Receiver's Unopposed Motion to Approve Settlement and Release Agreement (the "Motion").

THIS COURT has reviewed the Motion and attachments thereto, including the executed Settlement and Release Agreement, and the pertinent portions of the record, and, being otherwise fully advised in the premises, it is hereby

ORDERED as follows:

1. The Receiver's Motion is GRANTED.

2. The Settlement and Release Agreement, attached as Exhibit A to the Receiver's Motion, is APPROVED.

DONE AND ORDERED in Atlanta, Georgia, this 25th day of June, 2014.

_____
HON. TIMOTHY C. BATTEN
UNITED STATES DISTRICT JUDGE

Copies provided to: All Counsel of Record

EXHIBIT B