IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SECURITIES AND EXCHANGE
COMMISSIONS,                                              Case No.: 1:12-cv-2296-TCB

    Plaintiff,

v.

AUBREY LEE PRICE; PFG, LLC;
PFGBI, LLC; MONTGOMERY ASSET
MANAGEMENT, LLC f/k/a PFG
ASSET MANAGEMENT, LLC (Florida
Limited liability company); and
MONTGOMERY ASSET MANAGEMENT,
LLC, f/k/a PFG ASSET MANAGEMENT,
LLC (Georgia limited liability company),

    Defendants.
_____/

### RECEIVER'S RESPONSE TO ST. PAUL'S MOTION TO INTERVENE AND FOR LEAVE TO PROCEED WITH CLAIMS IN DECLARATORY JUDGMENT ACTION AGAINST MELANIE DAMIAN, AS RECEIVER, AND INCORPORATED MEMORANDUM OF LAW

The Receiver files her response to *St. Paul's Motion to Intervene and for Leave to Proceed with Claims in Declaratory Judgment Action Against Melanie Damian, as Receiver, and Incorporated Memorandum of Law* [D.E. 187] (the "Motion") and states as follows:

Without waiving any arguments in response to the legal arguments made in the Motion or in the declaratory judgment action that is subject of the Motion, the Receiver hereby consents to the limited relief sought by the Motion.

Respectfully submitted this 7th day of July, 2014.

>DAMIAN & VALORI LLP
>*Counsel for the Receiver*
>1000 Brickell Avenue, Suite 1020
>Miami, Florida 33131
>Telephone: 305-371-3960
>Facsimile: 305-371-3965
>
>/s/ Kenneth Dante Murena
>Kenneth Dante Murena, P.A.
>Florida Bar No.: 147486
>Guy F. Giberson, P.A.
>Florida Bar No.: 627402
>*Admitted Pro Hac Vice*
>
>/s/Andrew E. Worrell
>Andrew Worrell
>Georgia Bar No.: 311027
>PETITT WORRELL CRAINE WOLFE, LLC
>*Co-Counsel for the Receiver*
>Suite 1030, One Glenlake
>1 Glenlake Parkway
>Atlanta, GA 30328
>Telephone: 404-249-7480
>Facsimile: 404-442-4463
>Email: Andrew@petittworrell.com

## LOCAL RULE 7.1D CERTIFICATION

By signature below, counsel certifies that the foregoing document was prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1B.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this day I electronically filed with the Clerk of Court **Receiver's Response to St. Paul's Motion to Intervene and for Leave to Proceed with Claims in Declaratory Judgment Action Against Melanie Damian, as Receiver, and Incorporated Memorandum of Law** using the CM/ECF system, this 7th day of July, 2014, upon all counsel of record.

/s/ Kenneth Dante Murena
Kenneth Dante Murena, P.A.
Florida Bar No.: 147486
*Admitted Pro Hac Vice*