**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORIGA
ATLANTA DIVISION**

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

                                   Civil Action No.
v.                             1:12-cv-2296-TCB

AUBREY LEE PRICE, et al.,

      Defendants.


GENWORTH LIFE INSURANCE
COMPANY, PROTECTIVE LIFE
INSURANCE COMPANY, AND
HOUSEHOLD LIFE INSURANCE
COMPANY,

      Plaintiffs in Intervention,

v.

MELANIE E. DAMIAN,
in her capacity as Receiver,

      Defendant in Intervention.
_____/

**Joint Preliminary Report and Discovery Plan**

1.    **Description of Case:**

    (a)    Describe briefly the nature of this action.

\* \* \* \* \* \* \* \* \* \* \* \* \*

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the parties, the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified: *18, 2014.*

*The parties shall file a numbered list of stipulated facts by August 18, 2014. The discovery period shall be four months.*

IT IS SO ORDERED, this *8th* day of *July*, 2014.

_____
UNITED STATES DISTRICT JUDGE