IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION FILE |
| v. | ) ) | NUMBER 1:12-cv-2296-TCB |
| AUBREY LEE PRICE, et al., | ) ) | |
| Defendants. | ) | |

## **O R D E R**

This case comes before the Court on the receiver's motion to approve the proposed investors and creditors claims procedure and initial plan of distribution [114].

On December 6, 2013, the receiver filed the instant motion. On May 12, 2014, the Court granted motions to intervene brought by several life insurance companies. Those insurers had previously paid to the receiver proceeds from life insurance policies on Aubrey Lee Price. Now that Price has been found alive, the insurers insist that the proceeds should be returned to them. Because the receiver's proposals involve distributing funds that the insurers contend are not receivership property, the Court

cannot approve the claims procedure or the distribution plan until the insurers' claims are adjudicated.

Accordingly, the receiver's motion to approve [114] is DENIED. The Court GRANTS the receiver LEAVE TO REFILE the motion upon adjudication of the insurers' claims. The receiver's motion for an extension of time [196] is DENIED AS MOOT.

IT IS SO ORDERED this 16th day of July, 2014.

_____
Timothy C. Batten, Sr.
United States District Judge