IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORIGA
ATLANTA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

AUBREY LEE PRICE, et al.,

    Defendants.

Civil Action No.
1:12-cv-2296-TCB

GENWORTH LIFE INSURANCE
COMPANY, PROTECTIVE LIFE
INSURANCE COMPANY, AND
HOUSEHOLD LIFE INSURANCE
COMPANY,

    Plaintiffs in Intervention,

v.

MELANIE E. DAMIAN,
in her capacity as Receiver,

    Defendant in Intervention.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of INTERVENTION PLAINTIFF PROTECTIVE LIFE INSURANCE COMPANY'S INITIAL

02966355.1

DISCLOSURES was served upon all counsel and attorneys of record via depositing the same in the United States Mail on this 17th day of July, 2014.

Respectfully submitted,

/s/ C. Andrew Kitchen
C. Andrew Kitchen

**OF COUNSEL:**
C. Andrew Kitchen
Alexander B. Feinberg
Christopher C. Frost
**MAYNARD, COOPER & GALE, P.C.**
1901 Sixth Avenue North, Suite 2400
Birmingham, AL 35203
Telephone: 205-254-1000
Facsimile: 205-254-1999

*Attorneys for Intervention Plaintiffs*
*Protective Life Insurance Company and*
*Household Life Insurance Company*

02966355.1