**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

SECURITIES AND EXCHANGE
COMMISSION,

     Plaintiff,

                                Case No.  1:12-CV-2296-TCB

v.

AUBREY LEE PRICE *et al.*

     Defendants.


GENWORTH LIFE INSURANCE
COMPANY,

     Plaintiff in Intervention,

v.

MELANIE DAMIAN,
In her capacity as Receiver,

     Defendant in Intervention.
_____/

## <u>CERTIFICATION OF SERVICE</u>

     Pursuant to Northern District of Georgia Local Rule 5.4, Plaintiff in

Intervention Genworth Life Insurance Company ("Genworth"), hereby certifies

that on this 17th day of July, 2014, Genworth served its initial disclosures via

electronic mail to the following counsel of record at the email addresses listed

below:

**Madison Graham Loomis**
**W. Shawn Murnahan**
Securities & Exchange Commission-GA
950 East Paces Ferry Rd., N.E., Suite 900
Atlanta, GA 30326-1382
Telephone: 404-842-7600
Email: loomism@sec.gov
Email: murnahanw@sec.gov

**Christopher C. Frost**
**Charles Andrew Kitchen**
**Alexander Bunnen Feinberg**
Maynard Cooper & Gale
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203-2602
Telephone: 205-254-1186
Email: cfrost@maynardcooper.com
Email: dkitchen@maynardcooper.com
Email: afeinberg@maynardcooper.com

**Alan Francis Curley**
Robinson Curley & Clayton, P.C.
300 South Wacker Drive
Chicago, IL 60606
Telephone: 312-663-3100
Email: acurley@robinsoncurley.com

**Robert J. Waddell , Jr.**
**Laura Elizabeth Reinhold**
McGuire Woods LLP-GA
1230 Peachtree Street, N.E.
Suite 2100, Promenade II
Atlanta, GA 30309
Telephone: 404-443-5500

Fax: 404-443-5599
Email: rwaddell@mcguirewoods.com
Email: lreinhold@mcguirewoods.com

**Philip Keith Lichtman**
Mills, Paskert, Divers P.C.
1355 Peachtree Street NE, Suite 1550
Atlanta, GA 30309
Telephone: 404-870-8200
Email: klichtman@mpdlegal.com

**Andrew E. Worrell**
Petitt Worrell Craine Wolfe, LLC
One Glenlake
1 Glenlake Parkway, N.E., Suite 1030
Atlanta, GA 30328-7267
Telephone: 404-249-7480
Fax: 404-442-4463
Email: andrew@petittworrell.com

**Guy F. Giberson**
Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, FL 33131
Telephone: 305-371-3960
Email: ggiberson@dvllp.com

**Jason Mazer**
Ver Ploeg & Lumplin, P.A.
100 S.E. Second Street, 30th Floor
Miami, Fl 33131
Telephone: 305-577-3996
Email: jmazer@vpl-law.com

**Kenneth Dante Murena**
Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, FL 33131

Telephone: 305-371-3960
Email: kmurena@dvllp.com

**Peter D. Muller**
Goodman McGuffey Lindsey & Johnson, LLP
532 Stephenson Avenue, Suite 300
Savannah, GA 31405-5987
Telephone: 912-503-2170
Email: pmuller@gmlj.com

This 17th day of July, 2014.

/s/ David J. Forestner
David J. Forestner
Georgia Bar No. 269177

Carlton Fields Jorden Burt, P.A.
One Atlantic Center, Suite 3000
1201 W. Peachtree Street, NW
Atlanta, GA 30309

*Attorney for Plaintiff in Intervention*
*Genworth Life Insurance Company*

35911156.1