IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>AUBREY LEE PRICE;<br>PFG, LLC; PFGBI, LLC;<br>MONTGOMERY ASSET<br>MANAGEMENT, LLC f/k/a PFG<br>ASSET MANAGEMENT, LLC,<br>(Florida limited liability company); and<br>MONTGOMERY ASSET<br>MANAGEMENT, LLC f/k/a PFG<br>ASSET MANAGEMENT, LLC,<br>(Georgia limited liability company),<br><br>    Defendants. | Civil Action No.:<br>1:12-CV-2296-TCB |

### ORDER GRANTING ST. PAUL'S MOTION TO INTERVENE AND FOR LEAVE TO PROCEED WITH CLAIMS IN DECLARATORY JUDGMENT ACTION AGAINST MELANIE DAMIAN, AS RECEIVER

THIS CAUSE came before the Court upon Plaintiff St. Paul Mercury Insurance Company's ("St. Paul") *Motion to Intervene and for Leave to Proceed With Claims in Declaratory Judgment Action Against Melanie Damian, as Receiver*. Upon due consideration of the motion and of the record, the Court is satisfied that the motion is well-founded and should be granted. Accordingly, it is:

ORDERED, ADJUDGED and DECREED that the Motion is GRANTED. Accordingly:

1. St. Paul is permitted to immediately proceed with its claims against Melanie Damian, as Receiver, which St. Paul has alleged in its Declaratory Judgment Action, currently pending before this court: Civil Action No. 1:14-cv-01302-TCB.

DONE AND ORDERED at U.S. District Court, Northern District of Georgia, Atlanta Division on _____July 23rd, 2014_____.

_____
Timothy C. Batten, Sr.
United States District Judge