<u>**INVENTORY OF ASSETS**</u>

**<u>Cash on Hand</u>**

Cash in main receivership account:  $2,381,979.43

Cash in receivership account for rent collected from Kingsland Shopping Center: $26,926.20

TOTAL: $2,408,905.63

**<u>Receivables</u>**

$965,000 due from KM Homes, LLC on or before December 31, 2014 pursuant to Settlement Agreement

**<u>Real Properties</u>**

6960 Gulf of Mexico Drive **[LISTED FOR SALE]**
Longboat Key, FL 34228

4616 Rainwood Circle **[PRICE RESIDENCE – LISTED FOR SALE]**
Valdosta, GA 31602

2 farms in Venezuela (corn and sugar)

Interest in proceeds of harvest from farms in Venezuela

**<u>Personal Property</u>**

Interest in $1 million financial institution bond issued by Traveler's Insurance Company/St. Paul Mercury Insurance Company

Claims against Osama Lwis seeking approximately $1.25 million

Claims against SCAN International, USA, Inc., SCAN Internacional de Nicaragua, Edgar Stuardo Marroquin Archila, and Ronaldo Enrique Rodriguez Garcia, seeking approximately $1.2 million

Claims against Montgomery County Bankshares, Inc., Trae D. Dorough, Miller Peterson ("Pete") Robinson  and DeeAnn McDaniel, seeking approximately $10 million

EXHIBIT A

Inventory of Assets (cont'd)

Claims against Montgomery County Bankshares, Inc., Tina Jones, Greg Morris, John Falk, Beccy Champion, Lloyd E. Moses, T.A. Peterson, III, Larry Coleman and John L. Robinson, seeking approximately $4 million

Claims against A&D Hospitality, LLC and Adam Van Nus, seeking approximately $17,000.

Claims against Federal Deposit Insurance Corporation, as Receiver for Montgomery Bank & Trust, seeking approximately $23 million

Interest in claims against third parties, some of which may be covered by known insurance policies with coverage for errors and omissions and/or liability of directors and officers of the respective third parties (as more fully described in Status Report)

Interest in errors and omissions insurance policies, with respect to which one or more Receivership Entities is a named insured, that potentially cover claims against the Receivership Entities by certain third parties (as more fully described in Status Report)

Interest in claims to recover principle and interest due pursuant to loans the Receivership Defendants made to third parties (as more fully described in Status Report)