Sec v. Price Reconciliation of Receivership Account (Page 1 of 6)

| Date | Receipts | Expenses | Explanation |
|---|---|---|---|
| 8/14/2012 | $ 339,482.80 | | Bank of America |
| 8/14/2012 | $ 244.10 | | Bank of America |
| 8/14/2012 | $ 314.04 | | Bank of America |
| 8/14/2012 | $ 1,710.00 | | Bank of America |
| 8/14/2012 | $ 3,883.31 | | Bank of America |
| 8/14/2012 | $ 16.21 | | Bank of America |
| 8/14/2012 | $ 0.01 | | Bank of America |
| 8/14/2012 | $ 0.02 | | Bank of America |
| 8/14/2012 | $ 2.55 | | Bank of America |
| 8/27/2012 | $ 16.57 | | Interest |
| Total | $ 345,669.61 | $        - | $ 345,669.61 |
| | | | |
| Sep-12 | $ 345,669.61 | | |
| 8/21/2012 | $ 86.75 | | Ameritrade |
| 8/21/2012 | $ 0.81 | | Ameritrade |
| 8/21/2012 | $ 9,985.58 | | Ameritrade |
| 8/28/2012 | $ 179.30 | | Schofield & Spencer PA |
| 8/28/2012 | $ 24.28 | | Bright House Networks |
| 8/28/2012 | $ 234.19 | | Manatee County |
| 9/4/2012 | | $ 2,565.94 | Translation/Transcript of Court Order |
| 9/4/2012 | | $ 146.88 | Reimbursement for Lock change |
| 9/6/2012 | | $ 185.00 | Luis Lopez Tree & Lawn Service |
| 9/6/2012 | | $ 62.31 | Town of Longboat Key |
| 9/6/2012 | | $ 27.47 | FPL |
| 9/10/2012 | | $ 35.90 | Town of Longboat Key |
| 9/10/2012 | | $ 310.25 | University Park of Commerce |
| 9/13/2012 | | $ 110.84 | Eugen Aldea |
| 9/13/2012 | | $ 1,090.00 | Cumberland Plumbing |
| 9/13/2012 | | $ 1,000.00 | Remax Signature Properties |
| 9/21/2012 | | $ 1,287.00 | MetLife |
| 9/19/2012 | $ 2,090.00 | | transfer from rental acct |
| 9/25/2012 | $ 70.22 | | interest |
| Total | $ 358,340.74 | $ 6,821.59 | $ 351,519.15 |
| | | | |
| Oct-12 | $ 351,519.15 | | |
| 9/24/2012 | | $ 55.52 | FPL |
| 9/24/2012 | | $ 82.97 | FPL |
| 9/24/2012 | | $ 113.52 | FPL |
| 9/25/2012 | | $ 582.02 | FPL |
| 9/26/2012 | | $ 350.00 | South Coast Landscape |
| 9/26/2012 | | $ 520.00 | Luis Lopez Tree & Lawn Service |
| 9/26/2012 | | $ 1,375.70 | Roger P. Conley Chartered |
| 9/26/2012 | | $ 1,375.70 | Roger P. Conley Chartered |
| 9/26/2012 | | $ 1,375.70 | Roger P. Conley Chartered |
| 10/9/2012 | | $ 90.43 | FPL |
| 10/9/2012 | | $ 29.67 | Town of Longboat Key |
| 10/5/2012 | | $ 288.00 | Harbor Pines Condominium |
| 10/5/2012 | | $ 288.00 | Harbor Pines Condominium |
| 10/5/2012 | | $ 288.00 | Harbor Pines Condominium |
| 10/11/2012 | | $ 156.13 | Athene Annuity & Life Assurance Co. |
| 10/16/2012 | | $ 61.43 | FPL |
| 10/16/2012 | | $ 36.83 | FPL |
| 10/19/2012 | | $ 140.00 | FPL |
| 10/19/2012 | | $ 236.00 | FPL |
| 10/25/2012 | $ 71.30 | | interest |
| 10/29/2012 | | $ 288.00 | Harbor Pines Condominium |
| 10/29/2012 | | $ 288.00 | Harbor Pines Condominium |
| 10/29/2012 | | $ 288.00 | Harbor Pines Condominium |
| 10/29/2012 | | $ 300.25 | University Park of commerce |
| 10/31/2012 | | $ 293.80 | HSBC |
| Total | $ 351,590.45 | $ 8,903.67 | $ 342,686.78 |

EXHIBIT B

## Sec v. Price Reconciliation of Receivership Account (Page 2 of 6)

| Date | Receipts | Expenses | Explanation |
|---|---|---|---|
| Nov-12 | $ 342,686.78 | | |
| 11/5/2012 | | $ 42.74 | Kissimmee Utility Authority |
| 11/5/2012 | | $ 520.00 | Luis Lopez |
| 11/5/2012 | | $ 41.23 | FPL |
| 11/5/2012 | | $ 29.67 | Town of Longboat Key |
| 7/1/2012 | $ 489.72 | | Gary Olin |
| 11/12/2012 | $ 489.72 | | Gary Olin |
| 11/13/2012 | $ 489.72 | | Gary Olin |
| 11/13/2012 | $ 489.72 | | Gary Olin |
| 11/13/2012 | $ 489.72 | | Gary Olin |
| 11/21/2012 | $ 110.25 | | Teco People Gas |
| 11/26/2012 | $ 75.44 | | interest |
| **Total** | **$ 345,321.07** | **$ 633.64** | **$ 344,687.43** |

| Date | Receipts | Expenses | Explanation |
|---|---|---|---|
| Dec-12 | $ 344,687.43 | | |
| 11/28/2012 | $ 489.72 | | Gary Olin |
| 11/29/2012 | | $ 20.87 | FPL |
| 11/29/2012 | | $ 34.34 | FPL |
| 11/29/2012 | | $ 67.53 | FPL |
| 11/29/2012 | | $ 128.36 | FPL |
| 12/4/2012 | | $ 324.00 | FPL |
| 11/26/2012 | | $ 206.11 | Manatee County Utilities |
| 12/1/2012 | | $ 288.00 | Harbor Pines Condominium |
| 12/1/2012 | | $ 288.00 | Harbor Pines Condominium |
| 12/1/2012 | | $ 288.00 | Harbor Pines Condominium |
| 12/18/2012 | | $ 40.56 | Manatee County Utilities |
| 12/18/2012 | | $ 29.84 | Town of Longboat Key |
| 12/18/2012 | | $ 14.38 | FPL |
| 12/18/2012 | | $ 20.38 | FPL |
| 12/18/2012 | | $ 15.10 | FPL |
| 12/18/2012 | | $ 16.02 | FPL |
| 12/18/2012 | | $ 33.63 | FPL |
| 12/18/2012 | | $ 34.61 | FPL |
| 12/18/2012 | | $ 162,888.96 | Damian & Valori LLP |
| 12/18/2012 | | $ 10,649.97 | Integro Advisors, Inc. |
| 12/18/2012 | | $ 5,945.22 | Holland & Knight |
| 12/18/2012 | | $ 560.50 | Goodman McGuffey Lindsey & Johnson LLP |
| 12/18/2012 | | $ 11,279.00 | De Sola Pate & Brown |
| 12/18/2012 | | $ 25,992.00 | Kapila & Company |
| 12/18/2012 | | $ 19,935.45 | Petitt Worrell Craine Wolfe LLC |
| 12/20/2012 | $ 39,569.01 | | Petitt Worrell Craine Wolfe LLC |
| 12/26/2012 | $ 59.77 | | interest |
| **Total** | **$ 384,805.93** | **$ 239,100.83** | **$ 145,705.10** |

| Date | Receipts | Expenses | Explanation |
|---|---|---|---|
| Jan-13 | $ 145,705.10 | | |
| 12/31/2012 | $ 489.72 | | Gary Olin |
| 1/4/2013 | $ 10,345.73 | | Montgomery County Bankshares |
| 1/10/2012 | $ 160.41 | | FPL |
| 1/11/2013 | $ 65,752.12 | | Petitt Worrell Craine Wolfe LLC |
| 1/13/2013 | | $ 325.00 | Harbor Pines Condominium |
| 1/13/2013 | | $ 325.00 | Harbor Pines Condominium |
| 1/15/2013 | | $ 156.13 | Athene Annuity & Life Assurance Co. -KDM rein |
| 1/15/2013 | | $ 1,140.00 | Luis Lopez Tree & Lawn Service |
| 1/15/2013 | | $ 40.56 | Manatee County Utilities |
| 1/15/2013 | | $ 262.99 | University Park of commerce |
| 1/15/2013 | | $ 103.70 | Town of Longboat Key |
| 1/15/2013 | | $ 29.84 | Town of Longboat Key |
| 1/25/2013 | $ 41.55 | | interest |
| **Total** | **$ 222,494.63** | **$ 2,383.22** | **$ 220,111.41** |

**Sec v. Price Reconciliation of Receivership Account (Page 3 of 6)**

| Date | Receipts | Expenses | Explanation | |
|---|---|---|---|---|
| Feb-13 | $ 220,111.41 | | | |
| 1/28/2013 | $ 489.76 | | Gary Olin | |
| 1/29/2013 | $ 1,038,414.48 | | Genworth Life Insurance | |
| 1/29/2013 | $ 1,897.62 | | Bank of America | |
| 1/28/2013 | | $ 15.98 | FPL | |
| 1/28/2013 | | $ 23.72 | FPL | |
| 1/28/2013 | | $ 17.96 | FPL | |
| 1/28/2013 | | $ 11.53 | FPL | |
| 1/31/2013 | $ 314.06 | | FPL | |
| 2/19/2013 | | $ 325.00 | Harbor Pines Condominium | |
| 2/19/2013 | | $ 325.00 | Harbor Pines Condominium | |
| 2/19/2013 | | $ 440.00 | Luis Lopez Tree & Lawn Service | |
| 2/19/2013 | | $ 41.79 | Manatee County Utilities | |
| 2/19/2013 | | $ 29.84 | Town of Longboat Key | |
| 2/19/2013 | | $ 92.31 | FPL | |
| 2/19/2013 | | $ 17.54 | FPL | |
| 2/19/2013 | | $ 20.85 | FPL | |
| 2/19/2013 | | $ 27.04 | FPL | |
| 2/19/2013 | | $ 293.80 | HSBC | |
| 2/28/2013 | $ 243.08 | | interest | |
| Total | $ 1,261,470.41 | $ 1,682.36 | $ | 1,259,788.05 |
| | | | | |
| Mar-13 | $ 1,259,788.05 | | | |
| 3/1/2013 | | $ 300.00 | Harbor Pines Condominium | |
| 3/1/2013 | | $ 300.00 | Harbor Pines Condominium | |
| 3/1/2013 | $ 83,233.70 | | Gary Olin | |
| 3/8/2013 | $ 4,620.43 | | Sunbelt Sgency | |
| 3/11/2013 | $ 500,000.00 | | Household Life Insuance Company | |
| 3/11/2013 | $ 43,561.64 | | Household Life Insuance Company | |
| 3/19/2013 | | $ 160,989.27 | Damian & Valori LLP | |
| 3/19/2013 | | $ 16,636.40 | De Sola Pate & Brown | |
| 3/20/2013 | | $ 25.00 | Gibratar Private - wire fee | |
| 3/25/2013 | $ 195.21 | | interest | |
| Total | $ 1,891,399.03 | $ 178,250.67 | $ | 1,713,148.36 |
| | | | | |
| Apr-13 | $ 1,713,148.36 | | | |
| 3/19/2013 | | $ 20,249.60 | Ver Ploeg Lumkin PA | |
| 3/19/2013 | | $ 10,242.07 | Holland & Knight | |
| 3/19/2013 | | $ 27,533.67 | Petitt Worrell Craine Wolfe LLC | |
| 3/19/2013 | | $ 7,999.69 | Integro Advisors, Inc. | |
| 3/19/2013 | | $ 73,383.03 | Kapila & Company | |
| 3/25/2013 | | $ 262.99 | University Park Commerce | |
| 3/25/2013 | | $ 44.25 | Manatee County Utilities | |
| 3/25/2013 | | $ 156.13 | Athene Annuity & Life Assurance Co. | |
| 3/25/2013 | | $ 440.00 | Luis Lopez Tree & Lawn Service | |
| 3/25/2013 | | $ 29.84 | Town of Longboat Key | |
| 3/25/2013 | | $ 39.77 | FPL | |
| 3/25/2013 | | $ 176.95 | Ver Ploeg Lumkin PA | |
| 4/2/2013 | | $ 22.86 | FPL | |
| 4/2/2013 | | $ 59.84 | FPL | |
| 4/2/2013 | | $ 29.05 | FPL | |
| 4/12/2013 | $ 156.13 | | Athene Annuity & Life Assurance Co. | |
| 4/19/2013 | $ 101,886.73 | | Sale of Property | |
| 4/25/2013 | $ 135.64 | | interest | |
| Total | $ 1,815,326.86 | $ 140,669.74 | $ | 1,674,657.12 |

## Sec v. Price Reconciliation of Receivership Account (Page 4 of 6)

| Month/Date | Credit | Debit | Payee/Description |
|---|---:|---:|---|
| May-13 | $1,674,657.12 | | |
| 5/1/2013 | $92.79 | | FPL |
| 5/7/2013 | | $62.66 | Town of Longboat Key |
| 5/7/2013 | | $77.66 | FPL |
| 5/7/2013 | | $880.00 | Luis Lopez Tree and Lawn Service |
| 5/7/2013 | | $40.56 | Manatee County Utilities |
| 5/7/2013 | | $58.44 | FPL |
| 5/7/2013 | | $137.13 | FPL |
| 5/7/2013 | | $33.81 | FPL |
| 5/20/2013 | $37,401.86 | | Petitt Worrell Craine Wolfe LLC |
| 5/28/2013 | $37,396.53 | | Petitt Worrell Craine Wolfe LLC |
| 5/31/2013 | $152.39 | | interest |
| **Total** | **$1,749,700.69** | **$1,290.26** | **$1,748,410.43** |
| Jun-13 | $1,748,410.43 | | |
| Jun-13 | $3,185.25 | | Petitt Worrell Craine Wolfe LLC |
| 6/6/2013 | | $33.95 | FPL |
| 6/6/2013 | | $81.12 | Manatee County Utilities |
| 6/7/2013 | $146.93 | | FPL |
| 6/18/2013 | | $88,185.22 | Damian & Valori LLP |
| 6/18/2013 | | $23,306.51 | Ver Ploeg Lumkin PA |
| 6/18/2013 | | $3,151.52 | Holland & Knight |
| 6/18/2013 | | $25,419.59 | Petitt Worrell Craine Wolfe LLC |
| 6/18/2013 | | $6,752.00 | De Sola Pate & Brown |
| 6/18/2013 | | $26,951.50 | Kapila & Company |
| 6/18/2013 | | $1,200.00 | Integro Advisors, Inc. |
| 6/24/2013 | $291.92 | | |
| 6/30/2013 | $132.12 | | interest |
| **Total** | **$1,752,166.65** | **$175,081.41** | **$1,577,085.24** |
| Jul-13 | $1,577,085.24 | | |
| 7/3/2013 | | $20.12 | FPL |
| 7/3/2013 | | $42.73 | FPL |
| 7/3/2013 | | $29.84 | Town of Longboat Key |
| 7/3/2013 | | $81.73 | Manatee County Utilities |
| 7/3/2013 | | $880.00 | Luis Lopez Tree and Lawn Service |
| 7/3/2013 | | $176.00 | Richard's Workshop |
| 7/3/2013 | | $100.37 | Eugen Aldea |
| 7/9/2013 | $251,510.32 | | Athene Annuity & Life Assurance Company |
| 7/23/2013 | $191.78 | | Athene Annuity & Life Assurance Company |
| 7/25/2013 | | $74.19 | FPL |
| 7/25/2013 | | $62.66 | Town of Longboat Key |
| 7/26/2013 | $122,450.28 | | Petitt Worrell Craine Wolfe LLC |
| 7/29/2013 | $147.87 | | FPL |
| 7/25/2013 | $141.37 | | interest |
| **Total** | **$1,951,526.86** | **$1,467.64** | **$1,950,059.22** |
| Aug-13 | $1,950,059.22 | | |
| 8/27/2013 | | $212.17 | FPL |
| 8/27/2013 | | $40.38 | FPL |
| 8/27/2013 | | $440.00 | Luis Lopez Tree and Lawn Service |
| 8/27/2013 | | $2.62 | Manatee County Utilities |
| 8/25/2013 | $170.97 | | interest |
| **Total** | **$1,950,230.19** | **$695.17** | **$1,949,535.02** |

## Sec v. Price Reconciliation of Receivership Account (Page 5 of 6)

| Date | Credit | Debit | Description |
|---|---|---|---|
| Sep-13 | $ 1,949,535.02 | | |
| 8/28/2013 | $ 94,192.61 | | Petitt Worrell Craine Wolfe LLC |
| 9/4/2013 | $ 5,030.25 | | Park Avenue Numismatics |
| 9/19/2013 | | $ 45.38 | FPL |
| 9/19/2013 | | $ 280.00 | Luis Lopez Tree and Lawn Service |
| 9/19/2013 | | $ 37.64 | Town of Longboat Key |
| 9/19/2013 | | $ 104,604.35 | Damian & Valori LLP |
| 9/19/2013 | | $ 30,384.34 | Ver Ploeg Lumkin PA |
| 9/19/2013 | | $ 1,605.14 | Holland & Knight |
| 9/19/2013 | | $ 20,774.06 | Petitt Worrell Craine Wolfe LLC |
| 9/19/2013 | | $ 5,740.40 | De Sola Pate & Brown |
| 9/19/2013 | | $ 22,983.70 | Kapila & Company |
| 9/19/2013 | | $ 1,687.91 | Integro Advisors, Inc. |
| 9/25/2013 | $ 166.17 | | interest |
| Total | $ 2,048,924.05 | $ 188,142.92 | $ 1,860,781.13 |
| | | | |
| Oct-13 | $ 1,860,781.13 | | |
| 10/24/2013 | | $ 160.00 | Luis Lopez Tree and Lawn Service |
| 10/24/2013 | | $ 29.84 | Town of Longboat Key |
| 10/24/2013 | | $ 38.82 | FPL |
| 10/24/2013 | | $ 90.19 | Corporation Services Company |
| 10/24/2013 | | $ 90.19 | Corporation Services Company |
| 10/24/2013 | | $ 90.19 | Corporation Services Company |
| 10/25/2013 | $ 163.13 | | interest |
| Total | $ 1,860,944.26 | $ 499.23 | $ 1,860,445.03 |
| | | | |
| Nov-13 | $ 1,860,445.03 | | |
| 11/25/2013 | | $ 45.22 | FPL |
| 11/25/2013 | | $ 29.84 | Town of Longboat Key |
| 11/25/2013 | | $ 10,345.73 | Montgomery County Bankshares |
| 11/25/2013 | $ 147.84 | | interest |
| Total | $ 1,860,592.87 | $ 10,420.79 | $ 1,850,172.08 |
| | | | |
| Dec-13 | $ 1,850,172.08 | | |
| 12/17/2013 | | $ 168,278.56 | Damian & Valori LLP |
| 12/17/2013 | | $ 15,409.90 | Ver Ploeg Lumkin PA |
| 12/17/2013 | | $ 703.60 | Holland & Knight |
| 12/17/2013 | | $ 3,311.00 | Bart Meyer & Company |
| 12/17/2013 | | $ 11,069.44 | Petitt Worrell Craine Wolfe LLC |
| 12/17/2013 | | $ 8,543.60 | De Sola Pate & Brown |
| 12/17/2013 | | $ 36,180.05 | Kapila & Company |
| 12/17/2013 | | $ 2,919.89 | Integro Advisors, Inc. |
| 12/17/2013 | | $ 45.22 | FPL |
| 12/17/2013 | | $ 33.12 | Town of Longboat Key |
| 12/17/2013 | | $ 320.00 | Luis Lopez Tree and Lawn Service |
| 12/25/2013 | $ 152.96 | | interest |
| Total | $ 1,850,325.04 | $ 246,814.38 | $ 1,603,510.66 |
| | | | |
| Jan-14 | $ 1,603,510.66 | | |
| 1/8/2014 | $ 63,536.31 | | Petitt Worrell Craine Wolfe LLC |
| 1/25/2014 | $ 145.75 | | interest |
| Total | $ 1,667,192.72 | $ - | $ 1,667,192.72 |

### Sec v. Price Reconciliation of Receivership Account (Page 6 of 6)

| Date | Credit | Debit | Description |
|---|---|---|---|
| **Feb-14** | **$ 1,667,192.72** | | |
| 2/5/2014 | | $ 80.40 | FPL |
| 2/5/2014 | | $ 59.68 | Town of Longboat Key |
| 2/25/2014 | $ 133.29 | | interest |
| **Total** | **$ 1,667,326.01** | **$ 140.08** | **$ 1,667,185.93** |
| | | | |
| **Mar-14** | **$ 1,667,185.93** | | |
| 3/31/2014 | $ 128.69 | | interest |
| **Total** | **$ 1,667,314.62** | **$ -** | **$ 1,667,314.62** |
| | | | |
| **Apr-14** | **$ 1,667,314.62** | | |
| 4/14/2014 | | $ 66.27 | Town of Longboat Key |
| 4/14/2014 | | $ 82.22 | FPL |
| 4/14/2014 | | $ 640.00 | Luis Lopez Tree and Lawn Service |
| 4/14/2014 | | $ 103.70 | Town of Longboat Key |
| 4/30/2014 | $ 151.67 | | interest |
| **Total** | **$ 1,667,466.29** | **$ 892.19** | **$ 1,666,574.10** |
| | | | |
| **May-14** | **$ 1,666,574.10** | | |
| 5/23/2014 | | $ 42.81 | FPL |
| 5/23/2014 | | $ 1,200.00 | Luis Lopez Tree and Lawn Service |
| 5/23/2014 | | $ 29.84 | Town of Longboat Key |
| 5/22/2014 | $ 700,000.00 | | KM Homes |
| 5/31/2014 | $ 149.34 | | |
| **Total** | **$ 2,366,723.44** | **$ 1,272.65** | **$ 2,365,450.79** |
| | | | |
| **Jun-14** | **$ 2,365,450.79** | | |
| 6/11/2014 | $ 18,000.00 | | Perry Law Firm LLC |
| 6/30/2014 | $ 189.05 | | |
| **Total** | **$ 2,383,639.84** | **$ -** | **$ 2,383,639.84** |
| | | | |
| **Jul-14** | **$ 2,383,639.84** | | |
| 6/30/2014 | | $ 337.50 | Cannon Construction |
| 6/30/2014 | | $ 1,000.00 | Services Unlimited |
| 6/30/2014 | | $ 81.75 | Routh Realtors |
| 6/30/2014 | | $ 300.00 | Luis Lopez Tree and Lawn Service |
| 6/30/2014 | | $ 90.42 | FPL |
| 6/30/2014 | | $ 59.68 | Town of Longboat Key |
| 7/31/2014 | $ 208.94 | | |
| **Total** | **$ 2,383,848.78** | **$ 1,869.35** | **$ 2,381,979.43** |

## Sec v. Price Reconciliation Rental Account (Page 1 of 6)

| Date | Receipts | Expense | Explanation |
|---|---|---|---|
| 8/29/2012 | $ 1,332.00 | | Sawyer & Assoc |
| 8/17/2012 | $ 2,664.00 | | Sawyer & Assoc |
| 8/18/2012 | $ 2,000.00 | | Calming Waters Spa |
| 8/18/2012 | $ 2,000.00 | | Calming Waters Spa |
| 8/25/2012 | $ 732.00 | | Bennett Surveying Inc |
| 8/27/2012 | $ 1,232.00 | | Anania & Assoc. |
| 8/27/2012 | $ 1,332.00 | | Well Adjusted Chiropractic |
| Total | $ 11,292.00 | $ - | $ 11,292.00 |

Sep-12  $ 11,292.00

| Date | Receipts | Expense | Explanation |
|---|---|---|---|
| 8/31/2012 | | $ 6,461.76 | Slade Hancock Phillips Ins. |
| 9/6/2012 | | $ 666.82 | Southland Waste Services |
| 6/29/2012 | | $ 1,332.00 | Sawyer & Assoc/stop payment |
| 9/7/2012 | | $ 10.00 | Returned check fee |
| 9/18/2012 | $ 732.00 | | Bennett Surveying Inc |
| 9/18/2012 | | $ 2,090.00 | transfer to main acct |
| 9/19/2012 | | $ 5.00 | transfer fee |
| 9/21/2012 | $ 1,232.00 | | Anania & Assoc. |
| Total | $ 13,256.00 | $ 10,565.58 | $ 2,690.42 |

Oct-12  $ 2,690.42

| Date | Receipts | Expense | Explanation |
|---|---|---|---|
| 9/18/2012 | | $ 840.72 | Okefenoke |
| 9/18/2012 | | $ 361.30 | Okefenoke |
| 9/18/2012 | | $ 289.57 | Okefenoke |
| 9/18/2012 | | $ 96.88 | City of Kingsland |
| 9/18/2012 | | $ 1,037.14 | City of Kingsland |
| 10/1/2012 | $ 1,332.00 | | Sawyer & Assoc |
| 10/1/2012 | $ 1,332.00 | | Well Adjusted Chiropractic |
| 10/5/2012 | | $ 177.16 | Southland Waste Systems |
| 10/5/2012 | | $ 302.50 | Okefenoke |
| 10/5/2012 | | $ 120.00 | Okefenoke |
| 10/9/2012 | | $ 51.58 | Okefenoke |
| 10/9/2012 | $ 1,332.00 | | Sawyer & Assoc |
| 10/9/2012 | $ 2,196.00 | | Bennett Surveying Inc |
| 10/9/2012 | | $ 1,157.26 | Mason Ball |
| 10/9/2012 | | $ 1,658.10 | Bank Direct |
| 10/15/2012 | $ 2,000.00 | | Calming Spa |
| 10/15/2012 | $ 2,000.00 | | Calming Spa |
| 10/16/2012 | | $ 457.65 | Okefenoke |
| 10/22/2012 | $ 900.00 | | Bennett Surveying Inc |
| 10/24/2012 | $ 1,332.00 | | Well Adjusted Chiropractic |
| 10/25/2012 | $ 0.04 | | interest |
| 10/29/2012 | | $ 486.00 | Remax Signature Properties |
| 10/29/2012 | | $ 756.40 | Remax Signature Properties |
| 10/29/2012 | | $ 1,355.00 | Landscape Innovation |
| Total | $ 15,114.46 | $ 9,147.26 | $ 5,967.20 |

## Sec v. Price Reconciliation Rental Account (Page 2 of 6)

| Date | Receipts | Expense | Explanation | |
|---|---|---|---|---|
| Nov-12 | $ 5,967.20 | | | |
| 10/29/2012 | $ 1,282.00 | | Anania & Assoc. | |
| 11/6/2012 | | $ 1,658.10 | Bank Direct | |
| 11/7/2012 | | $ 1,388.96 | City of Kingsland | |
| 11/12/2012 | $ 900.00 | | Bennett Surveying Inc | |
| 11/12/2012 | $ 1,332.00 | | Sawyer & Assoc. | |
| 11/12/2012 | $ 2,000.00 | | Calming Spa | |
| 11/12/2012 | $ 1,332.00 | | Well Adjusted Chiropractic | |
| 11/15/2012 | $ 1,232.00 | | Anania & Assoc. | |
| 11/26/2012 | $ 0.65 | | interest | |
| Total | $ 14,045.85 | $ 3,047.06 | $ | 10,998.79 |

| Date | Receipts | Expense | Explanation | |
|---|---|---|---|---|
| Dec-12 | $ 10,998.79 | | | |
| 11/26/2012 | | $ 1,785.15 | Dekle Plumbing | |
| 11/26/2012 | | $ 827.80 | Remax Signature Properties | |
| 11/26/2012 | | $ 11.85 | Okefenoke | |
| 11/26/2012 | | $ 50.10 | Okefenoke | |
| 12/10/2012 | $ 1,332.00 | | Sawyer & Assoc. | |
| 12/13/2012 | $ 900.00 | | Bennett Surveying Inc | |
| 12/13/2012 | $ 2,000.00 | | Calming Spa | |
| 12/13/2012 | $ 1,332.00 | | Well Adjusted Chiropractic | |
| 12/18/2012 | | $ 270.96 | City of Kingsland | |
| 12/18/2012 | | $ 22.48 | City of Kingsland | |
| 12/18/2012 | | $ 1,658.10 | Bank Direct | |
| 12/18/2012 | | $ 46.92 | Okefenoke | |
| 12/18/2012 | | $ 22.20 | Okefenoke | |
| 12/18/2012 | | $ 540.00 | Landscape Innovations | |
| 12/26/2012 | $ 1,282.00 | | Anania & Assoc. | |
| 12/26/2012 | $ 1.26 | | interest | |
| Total | $ 17,846.05 | $ 5,235.56 | $ | 12,610.49 |

| Date | Receipts | Expense | Explanation | |
|---|---|---|---|---|
| Jan-13 | $ 12,610.49 | | | |
| 1/14/2013 | $ 1,332.00 | | Sawyer & Assoc. | |
| 1/14/2013 | $ 2,000.00 | | Calming Spa | |
| 1/14/2013 | $ 1,332.00 | | Well Adjusted Chiropractic | |
| 1/14/2013 | $ 900.00 | | Bennett Surveying Inc | |
| 1/15/2013 | | $ 323.40 | City of Kingsland | |
| 1/15/2013 | | $ 28.42 | City of Kingsland | |
| 1/15/2013 | | $ 704.60 | Remax Signature Properties | |
| 1/15/2013 | | $ 1,658.10 | Bank Direct | |
| 1/15/2013 | | $ 540.00 | Landscape Innovations | |
| 1/15/2013 | | $ 79.85 | Okefenoke | |
| 1/15/2013 | | $ 22.20 | Okefenoke | |
| 1/15/2013 | | $ 46.92 | Okefenoke | |
| 1/27/2013 | $ 1.71 | | interest | |
| 1/28/2013 | $ 1,282.00 | | Anania & Assoc. | |
| Total | $ 19,458.20 | $ 3,403.49 | $ | 16,054.71 |

## Sec v. Price Reconciliation Rental Account (Page 3 of 6)

| Date | Receipts | Expense | Explanation |
|---|---|---|---|
| Feb-13 | $ 16,054.71 | | |
| 2/11/2013 | $ 1,332.00 | | Sawyer & Assoc. |
| 2/19/2013 | | $ 50.10 | Okefenoke |
| 2/19/2013 | | $ 22.20 | Okefenoke |
| 2/19/2013 | | $ 113.25 | Okefenoke |
| 2/19/2013 | | $ 540.00 | Landscape Innovations |
| 2/19/2013 | | $ 317.88 | City of Kingsland |
| 2/19/2013 | | $ 28.42 | City of Kingsland |
| 2/19/2013 | | $ 704.60 | Remax Signature Properties |
| 2/19/2013 | | $ 113.21 | Southland Waste Systems |
| 2/20/2013 | $ 2,000.00 | | Calming Spa |
| 2/20/2013 | $ 1,332.00 | | Well Adjusted Chiropractic |
| 2/20/2013 | $ 900.00 | | Bennett Surveying Inc |
| 2/25/2013 | $ 1.40 | | interest |
| Total | $ 21,620.11 | $ 1,889.66 | $ 19,730.45 |

| Date | Receipts | Expense | Explanation |
|---|---|---|---|
| Mar-13 | $ 19,730.45 | | |
| 3/1/2013 | $ 1,285.00 | | Anania & Assoc. |
| 3/7/2013 | | $ 104.00 | Salde Hancock Phillips |
| 3/11/2013 | $ 1,332.00 | | Sawyer & Assoc. |
| 3/11/2013 | $ 2,000.00 | | Calming Spa |
| 3/11/2013 | $ 1,332.00 | | Well Adjusted Chiropractic |
| 3/11/2013 | $ 900.00 | | Bennett Surveying Inc |
| 3/25/2013 | $ 1.23 | | interest |
| Total | $ 26,580.68 | $ 104.00 | $ 26,476.68 |

| Date | Receipts | Expense | Explanation |
|---|---|---|---|
| Apr-13 | $ 26,476.68 | | |
| 3/25/2013 | | $ 118.54 | Southland Waste Systems |
| 3/25/2013 | | $ 119.96 | Southland Waste Systems |
| 3/25/2013 | | $ 704.60 | Remax Signature Properties |
| 3/25/2013 | | $ 376.90 | City of Kingsland |
| 3/25/2013 | | $ 34.10 | City of Kingsland |
| 3/25/2013 | | $ 540.00 | Landscape Innovations |
| 3/25/2013 | | $ 55.96 | Okefenoke |
| 3/25/2013 | | $ 108.84 | Okefenoke |
| 3/25/2013 | | $ 50.40 | Okefenoke |
| 3/25/2013 | | $ 6,777.67 | City of Kingsland |
| 3/25/2013 | | $ 5,356.63 | City of Kingsland |
| 3/27/2013 | $ 1,282.00 | | Anania & Assoc. |
| 4/8/2013 | $ 1,332.00 | | Sawyer & Assoc. |
| 4/8/2013 | $ 2,000.00 | | Calming Spa |
| 4/8/2013 | $ 1,332.00 | | Well Adjusted Chiropractic |
| 4/8/2013 | $ 900.00 | | Bennett Surveying Inc |
| 4/25/2013 | $ 0.69 | | interest |
| Total | $ 33,323.37 | $ 14,243.60 | $ 19,079.77 |

## Sec v. Price Reconciliation Rental Account (Page 4 of 6)

**May-13 $ 19,079.77**

| Date | Debit | Credit | Payee |
|---|---|---|---|
| 5/1/2013 | $ 1,285.00 | | Anania & Assoc. |
| 5/7/2013 | | $ 704.60 | Remax Signature Properties |
| 5/7/2013 | | $ 704.60 | Remax Signature Properties |
| 5/7/2013 | | $ 58.62 | Okefenoke |
| 5/7/2013 | | $ 96.47 | Okefenoke |
| 5/7/2013 | | $ 660.06 | City of Kingsland |
| 5/7/2013 | | $ 59.68 | City of Kingsland |
| 5/7/2013 | | $ 540.00 | Landscape Innovations |
| 5/7/2013 | | $ 540.00 | Landscape Innovations |
| 5/7/2013 | | $ 118.06 | Southland Waste Systems |
| 5/16/2013 | $ 1,332.00 | | Sawyer & Assoc. |
| 5/16/2013 | $ 1,500.00 | | Calming Spa |
| 5/13/2013 | $ 900.00 | | Bennett Surveying Inc |
| 5/28/2013 | $ 0.73 | | interest |
| Total | $ 24,097.50 | $ 3,482.09 | $ 20,615.41 |

**Jun-13 $ 20,615.41**

| Date | Debit | Credit | Payee |
|---|---|---|---|
| 6/4/2013 | $ 1,282.00 | | Anania & Assoc. |
| 6/6/2013 | | $ 521.40 | Remax Signature Properties |
| 6/6/2013 | | $ 117.25 | Southland Waste Systems |
| 6/6/2013 | | $ 271.88 | City of Kingsland |
| 6/6/2013 | | $ 28.42 | City of Kingsland |
| 6/6/2013 | | $ 117.04 | Okefenoke |
| 6/6/2013 | | $ 196.17 | Okefenoke |
| 6/6/2013 | | $ 25.20 | Okefenoke |
| 6/14/2013 | $ 1,332.00 | | Sawyer & Assoc. |
| 6/14/2013 | $ 1,500.00 | | Calming Spa |
| 6/14/2013 | $ 900.00 | | Bennett Surveying Inc |
| 6/25/2013 | $ 0.68 | | interest |
| Total | $ 25,630.09 | $ 1,277.36 | $ 24,352.73 |

**Jul-13 $ 24,352.73**

| Date | Debit | Credit | Payee |
|---|---|---|---|
| 7/1/2013 | $ 900.00 | | Bennett Surveying Inc |
| 7/3/2013 | | $ 540.00 | Landscape Innovations |
| 7/3/2013 | | $ 540.00 | Landscape Innovations |
| 7/3/2013 | | $ 116.24 | Okefenoke |
| 7/3/2013 | | $ 200.32 | Okefenoke |
| 7/3/2013 | | $ 50.40 | Okefenoke |
| 7/3/2013 | | $ 521.70 | Remax Signature Properties |
| 7/3/2013 | | $ 116.68 | Southland Waste Systems |
| 7/3/2013 | | $ 5,000.00 | Camden County Tax Commisioner |
| 7/16/2013 | $ 1,332.00 | | Sawyer & Assoc. |
| 7/23/2013 | $ 1,232.00 | | Calming Spa |
| 7/23/2013 | $ 85.00 | | Calming Spa |
| 7/23/2013 | $ 268.00 | | Calming Spa |
| 7/25/2013 | $ 1,000.00 | | Anania & Assoc./Money order |
| 7/25/2013 | $ 285.00 | | Anania & Assoc./Money order |
| 7/25/2013 | $ 0.74 | | interest |
| 7/25/2013 | | $ 284.90 | City of Kingsland |
| 7/25/2013 | | $ 31.26 | City of Kingsland |
| 7/25/2013 | | $ 52.93 | Okefenoke |
| 7/25/2013 | | $ 93.90 | Okefenoke |
| 7/25/2013 | | $ 50.40 | Okefenoke |
| Total | $ 29,455.47 | $ 7,598.73 | $ 21,856.74 |

## Sec v. Price Reconciliation Rental Account (Page 5 of 6)

### Aug-13  $ 21,856.74

| Date | Debit | Credit | Description |
|---|---|---|---|
| 8/13/2013 | $ 1,285.00 | | Anania & Assoc. |
| 8/13/2013 | $ 900.00 | | Bennett Surveying Inc |
| 8/19/2013 | $ 1,332.00 | | Sawyer & Assoc. |
| 8/27/2013 | | $ 810.00 | Landscape Innovations |
| 8/27/2013 | | $ 283.38 | City of Kingsland |
| 8/27/2013 | | $ 31.26 | City of Kingsland |
| 8/27/2013 | | $ 116.49 | Southland Waste Systems |
| 8/27/2013 | | $ 521.70 | Remax Signature Properties |
| 8/27/2013 | | $ 110.00 | Cumberland Plumbing |
| 8/25/2013 | $ 0.82 | | interest |
| Total | $ 25,374.56 | $ 1,872.83 | $ 23,501.73 |

### Sep-13  $ 23,501.73

| Date | Debit | Credit | Description |
|---|---|---|---|
| 8/29/2013 | $ 1,500.00 | | Calming Waters Spa |
| 9/4/2013 | $ 1,285.00 | | Anania & Assoc. |
| 9/9/2013 | $ 900.00 | | Bennett Surveying Inc |
| 9/9/2013 | $ 1,332.00 | | Sawyer & Assoc. |
| 9/19/2013 | | $ 521.40 | Remax Signature Properties |
| 9/19/2013 | | $ 540.00 | Landscape Innovations |
| 9/19/2013 | | $ 254.10 | JR Enterprise |
| 9/19/2013 | | $ 258.54 | City of Kingsland |
| 9/19/2013 | | $ 28.42 | City of Kingsland |
| 9/25/2013 | $ 0.91 | | interest |
| Total | $ 28,519.64 | $ 1,602.46 | $ 26,917.18 |

### Oct-13  $ 26,917.18

| Date | Debit | Credit | Description |
|---|---|---|---|
| 10/25/2013 | $ 0.96 | | interest |
| Total | $ 26,918.14 | $ - | $ 26,918.14 |

### Nov-13  $ 26,918.14

| Date | Debit | Credit | Description |
|---|---|---|---|
| 11/25/2013 | $ 0.86 | | interest |
| Total | $ 26,919.00 | $ - | $ 26,919.00 |

### Dec-13  $ 26,919.00

| Date | Debit | Credit | Description |
|---|---|---|---|
| 12/25/2013 | $ 0.91 | | interest |
| Total | $ 26,919.91 | $ - | $ 26,919.91 |

### Jan-14  $ 26,919.91

| Date | Debit | Credit | Description |
|---|---|---|---|
| 1/25/2014 | $ 0.95 | | interest |
| Total | $ 26,920.86 | $ - | $ 26,920.86 |

### Feb-14  $ 26,920.86

| Date | Debit | Credit | Description |
|---|---|---|---|
| 2/25/2014 | $ 0.85 | | interest |
| Total | $ 26,921.71 | $ - | $ 26,921.71 |

### Mar-14  $ 26,921.71

| Date | Debit | Credit | Description |
|---|---|---|---|
| 3/25/2014 | $ 0.83 | | interest |
| Total | $ 26,922.54 | $ - | $ 26,922.54 |

### Apr-14  $ 26,922.54

| Date | Debit | Credit | Description |
|---|---|---|---|
| 4/25/2014 | $ 0.97 | | interest |
| Total | $ 26,923.51 | $ - | $ 26,923.51 |

### May-14  $ 26,923.51

| Date | Debit | Credit | Description |
|---|---|---|---|
| 5/25/2014 | $ 0.89 | | interest |
| Total | $ 26,924.40 | $ - | $ 26,924.40 |

## Sec v. Price Reconciliation Rental Account (Page 6 of 6)

| Date | Amount | | Description | Balance |
|---|---|---|---|---|
| Jun-14 | $ 26,924.40 | | | |
| 6/25/2014 | $ 0.85 | | interest | |
| Total | $ 26,925.25 | $ - | $ | 26,925.25 |
| Jul-14 | $ 26,925.25 | | | |
| 7/27/2014 | $ 0.95 | | interest | |
| Total | $ 26,926.20 | $ - | $ | 26,926.20 |