IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CASE NO. 1:12-cv-2296-TCB

Securities and Exchange Commission,

    Plaintiff,

vs.

Aubrey Lee Price, PFG, LLC, PFGBI, LLC, Montgomery Asset Management, LLC f/k/a PFG Asset Management, Montgomery Asset Management, LLC f/k/a PFG Asset Management,

    Defendants.

_____/

Genworth Life Insurance Company, Protective Life Insurance Company, Household Life Insurance Company,

    Plaintiffs in Intervention,

vs.

Melanie E. Damian, as Receiver for the Estate of Aubrey Lee Price, PFG, LLC, PFGBI, LLC, Montgomery Asset Management, LLC f/k/a PFG Asset Management, Montgomery Asset Management, LLC f/k/a PFG Asset Management,

    Defendant in Intervention.

_____/

## RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Northern District of Georgia Local Rule 5.4, Defendant in Intervention, Melanie E. Damian, as Receiver for the Estate of Aubrey Lee Price, PFG, LLC, PFGBI, LLC, Montgomery Asset Management, LLC f/k/a PFG Asset Management (Florida limited liability company), Montgomery Asset Management, LLC f/k/a PFG Asset Management (Georgia limited liability company) (the "Receiver"), hereby certifies that on this 6th day of August, 2014, Receiver provided her Responses to Intervention Plaintiffs' Genworth Life Insurance Company's, Protective Life Insurance Company's, and Household Life Insurance Company's First Set of Interrogatories, First Set of Requests for the Production of Documents, and Requests for Admission upon *via* electronic mail to the following counsel of record at the email addresses listed below:

| SERVICE LIST | |
|---|---|
| **Madison Graham Loomis, Esq.** <br> **W. Shawn Murnahan, Esq.** <br> Securities & Exchange Commission-GA <br> 950 East Paces Ferry Road, N.E. <br> Suite 900 <br> Atlanta, Georgia 30326 <br> Telephone: (404) 842-7600 <br> Email: loomism@sec.gov <br> Email: murnahanw@sec.gov <br> *Securities and Exchange Commission* | **Robert J. Waddell, Jr., Esq.** <br> **Laura E. Reinhold, Esq.** <br> McGuire Woods, LLP <br> Suite 2100, Promenade II <br> 1230 Peachtree Street, N.E. <br> Atlanta, Georgia 30309 <br> Telephone: (404) 443-5500 <br> Email: rwaddell@mcguirewoods.com <br> Email: lreinhold@mcguirewoods.com <br> *Counsel for FDIC* |

216042_1
D032.100

| | |
|---|---|
| **Peter D. Muller**<br>GOODMAN MCGUFFEY LINDSEY &<br>JOHNSON, LLP<br>Suite 300<br>532 Stephenson Avenue<br>Savannah, GA 31405-5987<br>Telephone: (912) 503-2170<br>pmuller@gmlj.com<br>*Counsel for Receiver, Melanie Damian* | **David J. Forestner, Esq.**<br>CARLTON FIELDS JORDEN BURT, P.A.<br>One Atlantic Center, Suite 3000<br>1201 W. Peachtree Street<br>Atlanta, Georgia 30309<br>Telephone: (404) 815-3400<br>Email: dforestner@cfjblaw.com<br>*Counsel for Plaintiff in Intervention,*<br>*Genworth Life Insurance Company* |
| **Christopher C. Frost, Esq.**<br>**C. Andrew Kitchen, Esq.**<br>**Alexander B. Feinberg, Esq.**<br>MAYNARD, COOPER & GALE, P.C.<br>1901 Sixth Avenue North<br>2400 Regions Harbert Plaza<br>Birmingham, Alabama 35203<br>Telephone: (205) 254-1186<br>Email: cfrost@maynardcooper.com<br>Email: dkitchen@maynardcooper.com<br>Email: afeinberg@maynardcooper.com<br>*Counsel for Plaintiffs in Intervention,*<br>*Protective Life Insurance Company and*<br>*Household Life Insurance Company* | **Raul Cuervo, Esq.**<br>CARLTON FIELDS JORDEN BURT, P.A.<br>100 S.E. 2nd Street<br>Suite 4200<br>Miami, Florida 33131<br>Telephone: (305) 530-0050<br>Email: rcuervo@cfjblaw.com<br>*Counsel for Plaintiff in Intervention,*<br>*Genworth Life Insurance Company* |
| **Alan Francis Curley**<br>ROBINSON CURLEY & CLAYTON, P.C.<br>300 South Wacker Drive<br>Chicago, IL 60606<br>Telephone: (312) 663-3100<br>acurley@robinsoncurley.com<br>*Counsel for Plaintiffs in Intervention,*<br>*Genworth Life Insurance Company* | **Philip Keith Lichtman**<br>MILLS, PASKERT, DIVERS P.C.<br>Suite 1550<br>1355 Peachtree Street NE<br>Atlanta, GA 30309<br>404-870-8200<br>klichtman@mpdlegal.com<br>*Counsel for Plaintiffs in Intervention, St.*<br>*Paul Mercury Insurance Company* |

Respectfully submitted,

**VER PLOEG & LUMPKIN, P.A.**

/s/ Jason S. Mazer
**Jason S. Mazer**
Florida Bar No. 0149871
jmazer@vpl-law.com
**Matthew L. Baldwin**
Florida Bar No. 27463
mbaldwin@vpl-law.com
100 S.E. 2nd Street, 30th Floor
Miami, Florida 33131
Telephone: (305) 577-3996
Facsimile: (305) 577-3558
*Special Insurance Counsel for the Receiver, Admitted Pro Hac Vice*

and

**DAMIAN & VALORI, LLP**
**Kenneth Dante Murena, P.A.**
Florida Bar No. 147486
kmurena@dvllp.com
**Guy F. Giberson, P.A.**
Florida Bar No. 627402
ggiberson@dvllp.com
1000 Brickell Avenue, Suite 1020
Telephone: (305) 371-3960
Facsimile: (305) 371-3965
*Counsel for the Receiver, Admitted Pro Hac Vice*

and

        **PETITT  WORRELL  CRAINE WOLFE, LLC**
        **Andrew Worrell, Esquire**
        Georgia Bar No. 311027
        Andrew@petittworrell.com
        Suite 1030, One Glenlake
        1 Glenlake Parkway
        Atlanta, Georogia 30328
        Telephone: (404) 249-7480
        Facsimile: (404) 442-4463
        *Co-Counsel for the Receiver*

216042_1
D032.100