IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>AUBREY LEE PRICE; PFG, LLC; PFGBI, LLC; MONTGOMERY ASSET MANAGEMENT, LLC f/k/a PFG ASSET MANAGEMENT, LLC, (Florida limited liability company); and MONTGOMERY ASSET MANAGEMENT, LLC f/k/a PFG ASSET MANAGEMENT, LLC, (Georgia limited liability company),<br><br>    Defendants,<br><br>and<br><br>ST. PAUL MERCURY INSURANCE COMPANY,<br><br>    Intervenor. | Civil Action No.:<br>1:12-CV-2296-TCB |

## NOTICE OF CHANGE OF ADDRESS FOR INTERVENOR, ST. PAUL MERCURY INSURANCE COMPANY

COMES NOW, counsel for Intervenor, and gives notice that, effective immediately, attorney P. Keith Lichtman and the law firm of Mills Paskert Divers has relocated its Atlanta office to the following address:

819095.1

1

Mills Paskert Divers
One Atlantic Center
1201 West Peachtree Street, Suite 2610
Atlanta, Georgia 30309
(404) 870-8200 Telephone
(404) 870-3080 Facsimile

Please direct service of all pleadings and future correspondence to our new address.

MILLS PASKERT DIVERS

/s/ P. Keith Lichtman, Esq.
P. Keith Lichtman, Esq.
Georgia Bar No. 521321
One Atlantic Center
1201 West Peachtree Street, Suite 2610
Atlanta, Georgia 30309
(404) 870-8200 Telephone
(404) 870-3080 Facsimile
klichtman@mpdlegal.com
*Attorney for Intervenor St. Paul*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 6, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

/s/ P. Keith Lichtman
Attorney