IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 1:12-CV-2296-TCB |
| AUBREY LEE PRICE *et al.*, | ) ) | |
| Defendants. | ) | |

## RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4(a) for the United States District Court for the Northern District of Georgia, and other applicable rules of the United States District Courts, Melanie E. Damian, Esq. as receiver (the "Receiver") over all assets of Defendant Aubrey Lee Price, and over PFG, LLC, PFGBI, LLC, Montgomery Asset Management, LLC, and Montgomery Asset management, LLC f/k/a PFG Asset Management, LLC hereby files this Certificate of Service.  This is to certify that the Receiver has served a Subpoena Duces Tecum to Produce Documents on the following person by email, Fax and Federal Express on August 8, 2014, addressed as follows:

Rhonda M. Norris
TJS Deemer Dana, LLP
1004 Hillcrest Parkway
Dublin, GA 31021

And

TJS Deemer Dana, LLP
Attention: Records Custodian
1004 Hillcrest Parkway
Dublin, GA 31021

The Receiver also served copies of the subpoenas upon the following parties:

W. Shawn Murnahan, Esq.
Email: murnahanw@sec.gov
Elizabeth Skola, Esq.
Email: skolae@sec.gov
Securities and Exchange Commission
950 East Paces Ferry Road, N.E., Ste. 900
Atlanta, GA 30326
*Via E-mail*

Robert J. Waddell, Jr., Esq.
*Counsel for FDIC*
Email:  rwaddell@mcguirewoods.com
Laura E. Reinhold, Esq.
Email:  lreinhold@mcguirewoods.com
McGuire Woods, LLP
Suite 2100, Promenade II
1230 Peachtree Street, NE
Atlanta, GA  30309
*Via E-mail*

Alan F. Curley
  Email: acurley@robinsoncurley.com
*Counsel to the FDIC as Receiver of Montgomery Bank & Trust*
Robinson Curley & Clayton, P.C.
300 South Wacker Drive, Suite 1700
Chicago, IL 60606
*Via Email*

Michael J. Athans, Esq.
*Attorney for Evanston Insurance*
  Email: mathans@fieldshowell.com
191 Peachtree Street NE, Suite 4600
Atlanta, GA 30303
*Via Email*

David J. Forestner
*Attorneys for Plaintiff in Intervention,
Genworth Life Insurance Company*
  Email: dforestner@cfjblaw.com
Carlton Fields Jorden Burt, P.A.
One Atlantic Center, Suite 3000
1201 W. Peachtree Street
Atlanta, GA 30309
*Via Email*

Raul Cuervo
*Attorneys for Plaintiff in Intervention,
Genworth Life Insurance Company*
  Email: rcuervo@cfjblaw.com
Carlton Fields Jorden Burt, P.A.
Miami Tower
100 SE 2nd Steet, Suite 4200
Miami, FL 33131-2113
*Via Email*

Alexander B. Feinberg
Charles Andrew Kitchen
*Attorneys for Intervening Parties*
*Protective Life Insurance Company and*
*Household Life Insurance Company*
   Email: afeinberg@maynardcooper.com
   Email: dkitchen@maynardcooper.com
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203
*Via Email*

Keith Lichtman, Esq.
Seth Mills, Jr., Esq.
*Attorney for St. Paul Mercury Insurance Company*
   Email: klichtman@mpdlegal.com
   Email: smills@mpdlegal.com
Mills Paskert Divers
One Atlantic Center
1201 West Peachtree Street, Suite 2610
Atlanta, GA 30309
*Via Email*

     Respectfully submitted this 12th day of August, 2014.

                    DAMIAN & VALORI LLP
                    *Counsel for the Receiver*
                    1000 Brickell Avenue, Suite 1020
                    Miami, Florida 33131
                    Telephone: 305-371-3960
                    Facsimile: 305-371-3965

                    /s/ Kenneth Dante Murena
                    Kenneth Dante Murena
                    Florida Bar No.: 147486

*Admitted Pro Hac Vice*

/s/Andrew E. Worrell
Andrew Worrell
Georgia Bar No.: 311027
PETITT WORRELL CRAINE WOLFE, LLC
*Co-Counsel for the Receiver*
Suite 1030, One Glenlake
1 Glenlake Parkway
Atlanta, GA 30328
Telephone: 404-249-7480
Facsimile: 404-442-4463
Email: Andrew@petittworrell.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this day I electronically filed with the Clerk of Court the foregoing **Rule 5.4 Certificate of Service** using the CM/ECF system, this 12th day of August, 2014, which will automatically send email notification of such filing upon all counsel of record.

/s/ Kenneth Dante Murena
Kenneth Dante Murena
Florida Bar No.: 147486