**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE** | : | |
| **COMMISSION,** | : | |
| | : | |
| **Plaintiff,** | : | **Civil Action No.** |
| | : | **1:12-cv-2296-TCB** |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| **AUBREY LEE PRICE;** | : | |
| **PFG, LLC; PFGBI, LLC;** | : | |
| **MONTGOMERY ASSET** | : | |
| **MANAGEMENT, LLC f/k/a PFG** | : | |
| **ASSET MANAGEMENT, LLC, (Florida** | : | |
| **Limited liability company); and** | : | |
| **MONTGOMERY ASSET** | : | |
| **MANGEMENT, LLC  f/k/a PFG** | : | |
| **ASSET MANAGEMENT,** | : | |
| **LLC(Georgia limited liability company),** | : | |
| | : | |
| **Defendants.** | : | |
| _____/ | | |

**ORDER GRANTING RECEIVER'S APPLICATION TO EMPLOY
NASSAR ABOGADOS AS FOREIGN COUNSEL**

THIS CAUSE came before the Court on the Receiver's Application to Employ Nassar Abogados as Foreign Counsel (the "Application").  The Court having considered the Application, and finding that cause exists to grant the Application, it is

ORDERED as follows:

1.      The Application is granted.

2.      The Receiver is authorized to retain Nassar Abogados as foreign counsel.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated:  August 19 , 2014.