IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORIGA
ATLANTA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

AUBREY LEE PRICE, et al.,

    Defendants.

Civil Action No.
1:12-cv-2296-TCB

GENWORTH LIFE INSURANCE
COMPANY, PROTECTIVE LIFE
INSURANCE COMPANY, AND
HOUSEHOLD LIFE INSURANCE
COMPANY,

    Plaintiffs in Intervention,

v.

MELANIE E. DAMIAN,
in her capacity as Receiver,

    Defendant in Intervention.
_____/

**PLAINTIFF PROTECTIVE LIFE INSURANCE COMPANY'S
RULE 5.4 CERTIFICATE OF SERVICE**

Pursuant to Northern District of Georgia Local Rule 5.4, Plaintiff Protective Life Insurance Company ("Protective") hereby certifies that on this 20th day of August, 2014, Protective served: (1) Protective Life Insurance Company's

Response to Defendant Melanie Damian's Requests for Production; (2) Protective Life Insurance Company's Response to Defendant Melanie Damian's Interrogatories, Set One; and (3) Protective Life Insurance Company's Response to Melanie Damian's Requests for Admission, upon the following counsel of record via United States Mail:

Jason S. Mazer
Mathew L. Baldwin
VER PLOEG & LUMPKIN, P.A.
100 S.E. 2nd Street, 30th Floor
Miami, Florida 33131
Telephone: (305) 577-3996
Facsimile: (305) 577-3558

Kenneth Dante Murena
Guy F. Giberson
DAMIAN & VALORI, LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: (305) 371-3960
Facsimile: (305) 371-3965

Andrew Worrell
PETITT WORRELL CRAINE WOLFE, LLC
Suite 1030, One Glenlake
1 Glenlake Parkway
Atlanta, Georgia 30328
Telephone: (404) 249-7480
Facsimile: (404) 442-4463

*Counsel for the Receiver Melanie Damian*

Madison G. Loomis
W. Shawn Murnahan
SEC – GA
950 East Paces Ferry Road, N.E.

Suite 900
Atlanta, Georgia 30326
Telephone: (404) 842 – 7600

*Counsel for Securities and Exchange Commission*

Robert J. Waddell
Laura E. Reinhold
MCGUIRE WOODS, LLP
1230 Peachtree Street, N.E.
Suite 2100, Promenade II
Atlanta, Georgia 30309
Telephone: (404) 443-5500

Alan Francis Curley
ROBINSON CURLEY & CLAYTON, P.C.
300 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 663-3100

*Counsel for FDIC*

Peter Muller
GOODMAN MCGUFFEY LINDSEY & JOHNSON, LLP
532 Stephenson Ave.
Savannah, Georgia 31405
Telephone: (912) 503-2170

*Counsel for Receiver Melanie Damian*

David J. Forestner
CARLTON FIELDS JORDAN BURT, P.A.
One Atlantic Center, Suite 3000
1201 W. Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 815-3400

Raul Cuervo
CARLTON FIELDS JORDAN BURT, P.A.
100 S.E. 2nd Street
Suite 4200
Miami, Florida 33131
Telephone: (305) 530-0050

*Counsel for Intervenor Plaintiff Genworth Life Insurance Company*

Philip Keith Lichtman
MILLS, PASKERT, DIVERS P.C.
1355 Peachtree Street N.E.
Suite 1550
Atlanta, Georgia 30309
Phone: (404) 870-8200

*Counsel for Intervenor Plaintiff St. Paul Mercury Insurance Company*

|   |   |
|---|---|
| Dated August 20, 2014. | Respectfully submitted, |
|  | /s/ Alexander B. Feinberg |
|  | Alexander B. Feinberg |
|  |  |
|  | OF COUNSEL: |
|  | C. Andrew Kitchen |
|  | Alexander B. Feinberg |
|  | Christopher C. Frost |
|  | MAYNARD, COOPER & GALE, P.C. |
|  | 1901 Sixth Avenue North, Suite 2400 |
|  | Birmingham, AL 35203 |
|  | Telephone: 205-254-1000 |
|  | Facsimile: 205-254-1999 |
|  |  |
|  | *Attorneys for Intervenor Plaintiffs Protective Life Insurance Company and Household Life Insurance Company* |