**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORIGA**
**ATLANTA DIVISION**

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

AUBREY LEE PRICE, et al.,

Defendants.

Civil Action No. 1:12-cv-2296-TCB

GENWORTH LIFE INSURANCE COMPANY, PROTECTIVE LIFE INSURANCE COMPANY, AND HOUSEHOLD LIFE INSURANCE COMPANY,

Plaintiffs in Intervention,

v.

MELANIE E. DAMIAN, in her capacity as Receiver,

Defendant in Intervention.
_________________________________/

**PLAINTIFF HOUSEHOLD LIFE INSURANCE COMPANY'S**
**RULE 5.4 CERTIFICATE OF SERVICE**

Pursuant to Northern District of Georgia Local Rule 5.4, Plaintiff Household Life Insurance Company ("Household") hereby certifies that on this 20th day of August, 2014, Household served: (1) Household Life Insurance Company's

Response to Defendant Melanie Damian's Requests for Production; (2) Household Life Insurance Company's Response to Defendant Melanie Damian's Interrogatories, Set One; and (3) Household Life Insurance Company's Response to Melanie Damian's Requests for Admission, upon the following counsel of record via United States Mail:

Jason S. Mazer
Mathew L. Baldwin
VER PLOEG & LUMPKIN, P.A.
100 S.E. 2nd Street, 30th Floor
Miami, Florida 33131
Telephone: (305) 577-3996
Facsimile: (305) 577-3558

Kenneth Dante Murena
Guy F. Giberson
DAMIAN & VALORI, LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: (305) 371-3960
Facsimile: (305) 371-3965

Andrew Worrell
PETITT WORRELL CRAINE WOLFE, LLC
Suite 1030, One Glenlake
1 Glenlake Parkway
Atlanta, Georgia 30328
Telephone: (404) 249-7480
Facsimile: (404) 442-4463

***Counsel for the Receiver Melanie Damian***

Madison G. Loomis
W. Shawn Murnahan
SEC – GA
950 East Paces Ferry Road, N.E.

Suite 900
Atlanta, Georgia 30326
Telephone: (404) 842 – 7600

***Counsel for Securities and Exchange Commission***

Robert J. Waddell
Laura E. Reinhold
MCGUIRE WOODS, LLP
1230 Peachtree Street, N.E.
Suite 2100, Promenade II
Atlanta, Georgia 30309
Telephone: (404) 443-5500

Alan Francis Curley
ROBINSON CURLEY & CLAYTON, P.C.
300 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 663-3100

***Counsel for FDIC***

Peter Muller
GOODMAN MCGUFFEY LINDSEY & JOHNSON, LLP
532 Stephenson Ave.
Savannah, Georgia 31405
Telephone: (912) 503-2170

***Counsel for Receiver Melanie Damian***

David J. Forestner
CARLTON FIELDS JORDAN BURT, P.A.
One Atlantic Center, Suite 3000
1201 W. Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 815-3400

Raul Cuervo
CARLTON FIELDS JORDAN BURT, P.A.
100 S.E. 2nd Street

Suite 4200
Miami, Florida 33131
Telephone: (305) 530-0050

***Counsel for Intervenor Plaintiff Genworth Life Insurance Company***

Philip Keith Lichtman
MILLS, PASKERT, DIVERS P.C.
1355 Peachtree Street N.E.
Suite 1550
Atlanta, Georgia 30309
Phone: (404) 870-8200

***Counsel for Intervenor Plaintiff St. Paul Mercury Insurance Company***

Dated August 20, 2014.

Respectfully submitted,

/s/ Alexander B. Feinberg
Alexander B. Feinberg

OF COUNSEL:
C. Andrew Kitchen
Alexander B. Feinberg
Christopher C. Frost
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North, Suite 2400
Birmingham, AL 35203
Telephone: 205-254-1000
Facsimile: 205-254-1999

*Attorneys for Intervenor Plaintiffs Protective Life Insurance Company and Household Life Insurance Company*