# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

     Plaintiff,

                                 Case No.  1:12-CV-2296-TCB

v.

AUBREY LEE PRICE *et al.*

     Defendants.


GENWORTH LIFE INSURANCE
COMPANY,

     Plaintiff in Intervention,

v.

MELANIE DAMIAN,
In her capacity as Receiver,

     Defendant in Intervention.

                                       /

## CERTIFICATION OF SERVICE

Pursuant to Northern District of Georgia Local Rule 5.4, Plaintiff in Intervention Genworth Life Insurance Company ("Genworth"), hereby certifies that on this 20th day of August, 2014, Genworth served its Responses and Objections to Receiver's First Request for Production of Documents, Request for

Admissions, and Interrogatories via electronic mail to the following counsel of

record at the email addresses listed below:

**Madison Graham Loomis**
**W. Shawn Murnahan**
Securities & Exchange Commission-GA
950 East Paces Ferry Rd., N.E., Suite 900
Atlanta, GA 30326-1382
Telephone: 404-842-7600
Email: loomism@sec.gov
Email: murnahanw@sec.gov

**Christopher C. Frost**
**Charles Andrew Kitchen**
**Alexander Bunnen Feinberg**
Maynard Cooper & Gale
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203-2602
Telephone: 205-254-1186
Email: cfrost@maynardcooper.com
Email: dkitchen@maynardcooper.com
Email: afeinberg@maynardcooper.com

**Alan Francis Curley**
Robinson Curley & Clayton, P.C.
300 South Wacker Drive
Chicago, IL 60606
Telephone: 312-663-3100
Email: acurley@robinsoncurley.com

**Robert J. Waddell , Jr.**
**Laura Elizabeth Reinhold**
McGuire Woods LLP-GA
1230 Peachtree Street, N.E.
Suite 2100, Promenade II
Atlanta, GA 30309

36257502.1

Telephone: 404-443-5500
Fax: 404-443-5599
Email: rwaddell@mcguirewoods.com
Email: lreinhold@mcguirewoods.com

**Philip Keith Lichtman**
Mills, Paskert, Divers P.C.
1355 Peachtree Street NE
Suite 1550
Atlanta, GA 30309
Telephone: 404-870-8200
Email: klichtman@mpdlegal.com

**Andrew E. Worrell**
Petitt Worrell Craine Wolfe, LLC
One Glenlake
1 Glenlake Parkway, N.E.
Suite 1030
Atlanta, GA 30328-7267
Telephone: 404-249-7480
Fax: 404-442-4463
Email: andrew@petittworrell.com

**Guy F. Giberson**
Damian & Valori LLP
1000 Brickell Avenue
Suite 1020
Miami, FL 33131
Telephone: 305-371-3960
Email: ggiberson@dvllp.com

**Jason Mazer**
Ver Ploeg & Lumplin, P.A.
100 S.E. Second Street, 30th Floor
Miami, Fl 33131
Telephone: 305-577-3996
Email: jmazer@vpl-law.com

36257502.1

**Kenneth Dante Murena**
Damian & Valori LLP
1000 Brickell Avenue
Suite 1020
Miami, FL 33131
Telephone: 305-371-3960
Email: kmurena@dvllp.com

**Peter D. Muller**
Goodman McGuffey Lindsey & Johnson, LLP
532 Stephenson Avenue
Suite 300
Savannah, GA 31405-5987
Telephone: 912-503-2170
Email: pmuller@gmlj.com

This 20th day of August, 2014.

/s/ David J. Forestner
David J. Forestner
Georgia Bar No. 269177

Carlton Fields Jorden Burt, P.A.
One Atlantic Center
Suite 3000
1201 W. Peachtree Street, NW
Atlanta, GA 30309
Phone: 404-815-3400
Fax: 404-815-3415
Email: dforestner@cfjblaw.com

And

Raul Cuervo (Admitted *pro hac vice*)
Carlton Fields Jorden Burt, P.A.

36257502.1

Miami Tower
100 S.E. Second Street
Suite 4200
Miami, FL 33131-2113
Phone: 305-530-0050
Fax: 305-530-0055
Email: rcuervo@cfjblaw.com

***Attorneys for Plaintiff in
Intervention Genworth Life
Insurance Company***

36257502.1