IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>vs.<br><br>AUBREY LEE PRICE et al.,<br><br>      Defendants. | Case No.:<br>1:12-CV-2296-TCB |

**RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY**

As required by LR 5.4, N.D. Ga., I hereby certify that on this day I served Third-Parties Rhonda Norris and TJS Deemer Dana LLP's Objections to the Receiver's Subpoenas to Produce Documents Without Deposition by mailing a true and accurate copy to:

| | |
|---|---|
| W. Shawn Murnahan<br>Madison Graham Loomis<br>Securities and Exchange Commission<br>950 East Paces Ferry Rd., NE Ste. 900<br>Atlanta GA 30326 | Michael J. Athans<br>Fields Howell<br>191 Peachtree Street NE<br>Suite 4600<br>Atlanta, GA 30303 |

| | |
|---|---|
| Robert S. Waddell, Jr.<br>Laura Reinhold<br>McGuire Woods LLP<br>Suite 2100 Promenade II<br>1230 Peachtree Street, NE<br>Atlanta, GA 30309 | David J. Forestner<br>Carlton Fields Jordan Burt, P.A.<br>One Atlantic Center<br>Suite 3000<br>1201 W. Peachtree Street<br>Atlanta, GA 30309 |
| Alan F. Curley<br>Robinson, Curley & Clayton, P.C.<br>300 South Wacker Drive<br>Suite 1700<br>Chicago, IL 60606 | Namarata Joshi<br>Raul Cuervo<br>Carlton Fields Jordan Burt, P.A.<br>Miami Tower<br>100 SE 2nd Street, Suite 4200<br>Miami, FL 33131 |
| Christopher C. Frost<br>Alexander B. Feinberg<br>Charles Andrew Kitchen<br>Maynard, Cooper & Gale, P.C.<br>1901 Sixth Avenue North<br>2400 Regions Harbert Plaza<br>Birmingham, AL 35203 | Philip Keith Lichtman<br>Seth Mills<br>Mills Paskert Divers<br>1201 West Peachtree Street, Suite 2610<br>Atlanta, GA 30309 |
| Melanie Damian<br>Guy F. Giberson<br>Kenneth Dante Murena<br>Damian & Valori LLP, Ste. 1020<br>1000 Brickell Ave.<br>Miami, FL 33131 | Peter D. Muller<br>Goodman, McGuffey, Lindsey &<br>Johnson, LLP, Ste. 300<br>532 Stephenson Ave.<br>Savannah, GA 31405 |
| Jason Mazer<br>Ver, Ploeg & Lumplin, P.A.<br>30th Floor<br>100 S.E. Second Street<br>Miami, FL 33131 | Andrew E. Worrell<br>Petitt, Worrell, Craine, Wolfe, LLC,<br>Suite 1030<br>1 Glenlake Parkway, NE<br>Atlanta, GA 30328 |

- 3 -

This 27th day of August, 2014.

                Respectfully Submitted,

                CARLOCK, COPELAND & STAIR, LLP

                By:   */s/ Joe Kingma*
                         JOHANNES S. KINGMA
                         State Bar No.:  421650
                         jkingma@carlockcopelande.com

                         *Counsel for Third Parties Rhonda Norris and TJS Deemer Dana LLP*

191 Peachtree Street, NE
Suite 3600
Atlanta, Georgia  30303
(T) 404-522-8220
(F) 404-222-9482

- 3 -