# Ver Ploeg & Lumpkin, P.A.

100 S.E. Second Street, 30th Floor
Miami, Florida 33131-2151
305.577.3996: TEL
305.577.3558: FAX

Tax ID #65-0615033

June 19, 2014

Melanie E. Damian
Damian Valori, LLP
as Receiver for Aubrey Lee Price
1000 Brickell Avenue
Suite 1020
Miami, FL 33131

Billing through 05/31/14
Invoice Number 12233
Account Number D032-00100

**Damian, Melanie E. Esq. - Aubrey Lee Price**

## FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours |
|---|---|---|---|
| 05/01/14 | JSM | ASSET ANALYSIS AND RECOVERY: Confer with MLB in prep for strategy call with receiver. | 0.30 |
| 05/01/14 | JSM | ASSET ANALYSIS AND RECOVERY: Strategy conf with Receiver | 1.20 |
| 05/01/14 | MLB | ASSET ANALYSIS AND RECOVERY: Telephone conference with Receiver re: case plan, action plan, status update, discussion of insurance issues | 1.20 |
| 05/01/14 | MLB | ASSET ANALYSIS AND RECOVERY: Plan and prepare for phone call with Receiver | 0.60 |
| 05/02/14 | JSM | ASSET ANALYSIS AND RECOVERY: Read emails re: new dec action filed by Travellers; confer with MLB re: substance and needed response to Receiver. | 0.20 |
| 05/02/14 | MLB | ASSET ANALYSIS AND RECOVERY: Receive and review incoming email, motion re: 2012 Travelers Bond, draft email to Receiver [redacted] | 0.70 |
| 05/06/14 | JSM | ASSET ANALYSIS AND RECOVERY: Read email from Receiver's counsel re: dec action filed by St. Paul | 0.10 |
| 05/13/14 | JSM | ASSET ANALYSIS AND RECOVERY: Trade emails with Mr Murena re: responding to Traveller's complaint. | 0.10 |
| 05/14/14 | MLB | ASSET ANALYSIS AND RECOVERY: Receive and review email from Receiver re: meeting re: answer to Travelers' complaint | 0.20 |
| 05/16/14 | JSM | ASSET ANALYSIS AND RECOVERY: Strategy mtg with Receiver re: life insurance litigation, 2012 bond dec action and comprehensive deal with FDIC to facilitate insurance recoveries. | 0.70 |
| 05/16/14 | JSM | ASSET ANALYSIS AND RECOVERY: Review draft demand letter from Receiver to Mr. Sawicki re: Montgomery Bankshares D&Os | 0.20 |
| 05/16/14 | MLB | ASSET ANALYSIS AND RECOVERY: Telephone conference with Receiver, JSM re: action plan, demand letter re: Travelers policies, review of strategy based upon legal merits | 0.70 |
| 05/19/14 | JSM | ASSET ANALYSIS AND RECOVERY: Review changes to demand letter from Reciever; trade emails with same. | 0.20 |
| 05/22/14 | MLB | ASSET ANALYSIS AND RECOVERY: Receive and review demand letter to Travelers, review applicable Georgia bad faith law and prerequisites | 2.40 |
| 05/23/14 | MLB | ASSET ANALYSIS AND RECOVERY: Research re: [redacted] | 3.00 |

**PLEASE INCLUDE INVOICE NUMBER   12233   WITH YOUR PAYMENT. THANK YOU.**

# EXHIBIT C

| Date | Atty | Description | Hours |
|---|---|---|---|
| 05/27/14 | JSM | ASSET ANALYSIS AND RECOVERY: Review draft demand letter to Travelers and email MLB with revisions | 0.50 |
| 05/27/14 | JSM | ASSET ANALYSIS AND RECOVERY: Email from Mr. Giberson re: draft response to Motion to Dismiss | 0.10 |
| 05/27/14 | JSM | ASSET ANALYSIS AND RECOVERY: Email to MLB re: response to to Motion to Dismiss Third Amended Complaint | 0.10 |
| 05/27/14 | JSM | ASSET ANALYSIS AND RECOVERY: Review draft response to individual defendant's motion to dismiss as requested by Receiver for coverage purposes | 0.90 |
| 05/27/14 | JSM | ASSET ANALYSIS AND RECOVERY: Terms of policy and strategy going forward | 0.10 |
| 05/27/14 | MLB | ASSET ANALYSIS AND RECOVERY: Research re: [redacted] | 4.20 |
| 05/27/14 | MLB | ASSET ANALYSIS AND RECOVERY: Draft/revise revisions to Receiver's demand letter, trade email with Receiver, JSM re: same | 2.70 |
| 05/28/14 | JSM | ASSET ANALYSIS AND RECOVERY: Email from Reciever re: demand letter to JB Grossman's carrier | 0.10 |
| 05/28/14 | JSM | ASSET ANALYSIS AND RECOVERY: Email to MLB regarding Protective Life Complaint | 0.10 |
| 05/28/14 | JSM | ASSET ANALYSIS AND RECOVERY: Read email from MLB to Receiver regarding demand letter | 0.10 |
| 05/28/14 | JSM | ASSET ANALYSIS AND RECOVERY: Email from Mr. Giberson regarding bad faith component of demand letter | 0.10 |
| 05/28/14 | JSM | ASSET ANALYSIS AND RECOVERY: Exchange emails with MLB re: allegations of Third Amended Complaint | 0.10 |
| 05/28/14 | MLB | ASSET ANALYSIS AND RECOVERY: Plan and prepare for briefing with JSM, Receiver re: declaratory judgment action, strategy | 1.10 |
| 05/28/14 | MLB | ASSET ANALYSIS AND RECOVERY: Plan and prepare for briefing with JSM, Receiver re: third amended complaint, response to third amended complaint, identify coverage issues, draft outline to JSM re: same | 4.10 |
| 05/28/14 | MLB | ASSET ANALYSIS AND RECOVERY: Plan and prepare for briefing with JSM, Receiver re: life insurance suit, relevent case law and defenses, including review of draft pleading | 2.40 |
| 05/29/14 | JSM | ASSET ANALYSIS AND RECOVERY: Discuss [redacted] prior to call with Receiver; Phone conf w Receiver re: [redacted] on life ins litigation, D&O and fidelity bond dec action (.5) (prorated). | 0.70 |
| 05/29/14 | JSM | ASSET ANALYSIS AND RECOVERY: Email from Mr. Murena re: life insurance policies | 0.10 |
| 05/29/14 | JSM | ASSET ANALYSIS AND RECOVERY: Read and respond to emails from Receiver re: demand letter | 0.10 |
| 05/29/14 | CDS | ASSET ANALYSIS AND RECOVERY: Office conference with JSM and MLB regarding current case status and next steps. | 0.20 |
| 05/29/14 | CDS | ASSET ANALYSIS AND RECOVERY: Telephone conference with Receiver regarding current status of D&O lawsuit and dec actions filed by life insurance carriers. | 0.50 |
| 05/29/14 | MLB | ASSET ANALYSIS AND RECOVERY: Telephone conference with JSM, CDS, Receiver re: case status, strategy, division of labor, action plan | 0.50 |
| 05/29/14 | MLB | ASSET ANALYSIS AND RECOVERY: Preparation with JSM, CDS re: briefing to Receiver re: strategy and action plan, related follow up emails to JSM, Receiver | 1.10 |
| 05/29/14 | MLB | ASSET ANALYSIS AND RECOVERY: Draft/revise changes to redline per call with Receiver re: FDIC claims | 0.70 |
| 05/29/14 | MLB | ASSET ANALYSIS AND RECOVERY: Plan and prepare for to Receiver re: strategy and action plan, case law review | 1.00 |
| 05/30/14 | JSM | ASSET ANALYSIS AND RECOVERY: Email from Receiver re: Chubb policy | 0.10 |
| 05/30/14 | MLB | ASSET ANALYSIS AND RECOVERY: Plan and prepare for revisions to Receiver's | 0.80 |

**PLEASE INCLUDE INVOICE NUMBER   12233   WITH YOUR PAYMENT. THANK YOU.**

answer and affirmative defenses to life insurer complaint in intervention

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Steklof, Cary D. | 0.70 | 250.00 | $175.00 |
| Mazer, Jason S. | 6.20 | 565.00 | $1,790.50 |
| Baldwin, Matthew L | 27.40 | 260.00 | $7,124.00 |
| **Total fees for this matter** | **34.30 hrs.** | | **$9,089.50** |

**DISBURSEMENTS**

| | |
|---|---|
| Pacer; Jan - Mar 2014 | 5.00 |
| Pacer; Jan - Mar 2014 | 5.00 |
| Photocopies | 10.05 |
| **Total disbursements for this matter** | **$20.05** |

**BILLING SUMMARY**

| | |
|---|---|
| TOTAL FEES | $9,089.50 |
| TOTAL DISBURSEMENTS | $20.05 |
| **TOTAL CHARGES FOR THIS BILL** | **$9,109.55** |

The above fees reflect a reduction of $1,772.50.

# Ver Ploeg & Lumpkin, P.A.

100 S.E. Second Street, 30th Floor
Miami, Florida 33131-2151
305.577.3996: TEL
305.577.3558: FAX

Tax ID #65-0615033

July 09, 2014

Melanie E. Damian
Damian Valori, LLP
as Receiver for Aubrey Lee Price
1000 Brickell Avenue
Suite 1020
Miami, FL 33131

Billing through 06/30/14
Invoice Number 12234
Account Number D032-00100

**Damian, Melanie E. Esq. - Aubrey Lee Price**

## FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours |
|---|---|---|---|
| 06/02/14 | JSM | ASSET ANALYSIS AND RECOVERY: Confer with MLB re: Answers and Defenses; trade emails re: same with Mr Murena. | 0.20 |
| 06/02/14 | JSM | ASSET ANALYSIS AND RECOVERY: Revise Answer and Aff defenses to Protective Life Complaint; review memo for same and to draft Answers to remaining carriers. | 1.50 |
| 06/02/14 | MLB | ASSET ANALYSIS AND RECOVERY: Draft/revise revisions to affirmative defenses to life insurers' complaints in intervention | 3.20 |
| 06/02/14 | MLB | ASSET ANALYSIS AND RECOVERY: Research re: [redacted] | 1.50 |
| 06/03/14 | JSM | ASSET ANALYSIS AND RECOVERY: Phone conf with Mr Giberson re: [redacted] | 0.20 |
| 06/03/14 | JSM | ASSET ANALYSIS AND RECOVERY: Phone conf with Mr Murena to finalize Answers and defenses to life insurer complaints. | 0.30 |
| 06/03/14 | JSM | ASSET ANALYSIS AND RECOVERY: Trade emails with Mr Murena re: jury demand and additional revisions | 0.20 |
| 06/03/14 | JSM | ASSET ANALYSIS AND RECOVERY: Draft Answers and Affirmative defenses for Household Insurance Co complaint; revise and finalize Answer and defenses to Protective Life Complaint; trade emails with Mr Murena re: same and Answer to Genworth complaint; confer with Mr Murena re: Genworth Answer and defenses; trade emails with him re: same | 2.30 |
| 06/03/14 | JSM | ASSET ANALYSIS AND RECOVERY: Email from MLB re: call from Seth Mills and extension for response deadline | 0.10 |
| 06/03/14 | JSM | ASSET ANALYSIS AND RECOVERY: Read [redacted] draft email to Mr Mills re: same; trade responses. | 0.50 |
| 06/03/14 | MLB | ASSET ANALYSIS AND RECOVERY: Telephone conference with Receiver re: affirmative defenses, related follow up review of draft redlines, emails re: revisions | 1.40 |
| 06/04/14 | JSM | ASSET ANALYSIS AND RECOVERY: Email from Mr. Mills regarding Receiver's request for extension of time | 0.10 |
| 06/04/14 | JSM | ASSET ANALYSIS AND RECOVERY: Read email from Mr Mills; trade emails with Mr Murena re: proper procedural approach. | 0.20 |
| 06/04/14 | MLB | ASSET ANALYSIS AND RECOVERY: Receive and review, trade email with JSM, | 0.30 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | Receiver re: Friday conference call with opposing counsel re: declaratory judgment action | |
| 06/05/14 | JSM | ASSET ANALYSIS AND RECOVERY: Confer with CDS regarding status of proceeding and next steps | 0.10 |
| 06/06/14 | JSM | ASSET ANALYSIS AND RECOVERY: Read email from Mr Murena re: abatement. | 0.10 |
| 06/06/14 | JSM | ASSET ANALYSIS AND RECOVERY: Review Dec action filed by Travelers in order to discuss with Mr Mills; phone conf with Mr Mills and Mr Murena re; stay relief and next steps on merits (.3) | 0.80 |
| 06/09/14 | JSM | ASSET ANALYSIS AND RECOVERY: Trade emails with Receiver's counsel and Mr. Mills re: draft Order on motion to abate | 0.10 |
| 06/09/14 | MLB | ASSET ANALYSIS AND RECOVERY: Receive and review email re: declaratory judgment action status | 0.10 |
| 06/11/14 | JSM | ASSET ANALYSIS AND RECOVERY: Email from Receiver's counsel re: Global Agreement proposed by the FDIC | 0.10 |
| 06/12/14 | JSM | ASSET ANALYSIS AND RECOVERY: Review proposed agreement from FDIC-R as requested by General Counsel for Receiver and provide feedback to MLB | 0.40 |
| 06/12/14 | JSM | ASSET ANALYSIS AND RECOVERY: Trade emails with MLB regarding proposed agreement | 0.10 |
| 06/12/14 | MLB | ASSET ANALYSIS AND RECOVERY: Receive and review, trade email with team re: meeting with Receiver, conference call, related review of settlement agreement | 0.50 |
| 06/13/14 | JSM | ASSET ANALYSIS AND RECOVERY: Email from Mr. Murena with outstanding discovery | 0.10 |
| 06/13/14 | JSM | ASSET ANALYSIS AND RECOVERY: Phone conf with Mr. Murena and Giberson re: next steps and FDIC-R Agreement. | 0.40 |
| 06/13/14 | JSM | ASSET ANALYSIS AND RECOVERY: Confer with MLB re: action plan on various insurance matters and needed email to Receiver. | 0.10 |
| 06/13/14 | MLB | ASSET ANALYSIS AND RECOVERY: Telephone conference with Receiver re: action plan, settlement agreement, related preparation | 0.50 |
| 06/13/14 | MLB | ASSET ANALYSIS AND RECOVERY: Plan and prepare for follow up action plan, memo to Receiver re: bond provisions | 1.10 |
| 06/17/14 | JSM | ASSET ANALYSIS AND RECOVERY: Email from Mr. Murena re: discovery from carriers | 0.10 |
| 06/17/14 | CDS | ASSET ANALYSIS AND RECOVERY: Receive and review requests for admission, interrogatories, and notice of deposition served by carrier. | 0.20 |
| 06/17/14 | MLB | ASSET ANALYSIS AND RECOVERY: Receive and review, trade email with JSM, Receiver re: action plan, discovery deadlines and responses | 0.20 |
| 06/18/14 | JSM | ASSET ANALYSIS AND RECOVERY: Email from Mr. Giberson re: 2012 bond claim | 0.10 |
| 06/18/14 | KMS | ASSET ANALYSIS AND RECOVERY: Review complaints filed by carriers, discovery, and court docket; email attorneys regarding applicable deadlines | 0.30 |
| 06/18/14 | MLB | ASSET ANALYSIS AND RECOVERY: Receive and begin review of incoming carrier discovery re: life cases | 0.50 |
| 06/19/14 | JSM | Trade emails with MLB re: scheduling report and court ordered conference. ASSET ANALYSIS AND RECOVERY: | 0.20 |
| 06/19/14 | MLB | ASSET ANALYSIS AND RECOVERY: Plan and prepare for conference call with Receiver re: Bond issues, life insurer case status and follow up | 0.90 |
| 06/20/14 | JSM | ASSET ANALYSIS AND RECOVERY: Confer with MLB re: action plan and procedural issues. | 0.30 |
| 06/20/14 | JSM | ASSET ANALYSIS AND RECOVERY: Confer with CDS re: comprehensive overview of suggested strategy to Receiver. | 0.20 |
| 06/20/14 | JSM | ASSET ANALYSIS AND RECOVERY: Review memo from MLB in prep for call with Receiver and counsel. | 0.30 |
| 06/20/14 | JSM | ASSET ANALYSIS AND RECOVERY: Call with Mr. Murena and MLB re: carrier | 0.30 |

| Date | TK | Description | Hours |
|---|---|---|---|
| | | complaints against Receiver with respect to return of life insurance proceeds | |
| 06/20/14 | JSM | ASSET ANALYSIS AND RECOVERY: Email from Mr. Murena enclosing Order abating dec action | 0.10 |
| 06/20/14 | CDS | ASSET ANALYSIS AND RECOVERY: Telephone conference with counsel regarding status and next steps regarding life insurance policy, fidelity bond, and D&O policies; office conference with MLB regarding same. | 1.40 |
| 06/20/14 | CDS | ASSET ANALYSIS AND RECOVERY: Review/analyze various materials regarding fidelity bond and D&O policies in preparation for call with counsel. | 0.80 |
| 06/20/14 | CDS | ASSET ANALYSIS AND RECOVERY: Office conference with JSM and MLB regarding status of fidelity bond proceedings and D&O cases. | 0.20 |
| 06/20/14 | MLB | ASSET ANALYSIS AND RECOVERY: Telephone conference with Receiver re: case status update, action plan re: life and Bond cases, related follow up | 1.20 |
| 06/20/14 | MLB | ASSET ANALYSIS AND RECOVERY: Plan and prepare for call with Receiver re: case status update, action plan, coordinate Rule 26f conference with opposing counsel | 1.60 |
| 06/23/14 | JSM | ASSET ANALYSIS AND RECOVERY: Email from Mr. Murena re: carriers request to depose Receiver | 0.10 |
| 06/23/14 | JSM | ASSET ANALYSIS AND RECOVERY: Review incoming Motion to Intervene and For Leave to Proceed with Claims In Declaratory Judgment Action | 0.10 |
| 06/23/14 | JSM | ASSET ANALYSIS AND RECOVERY: Email from Mr. Feinberg re: Receiver's deposition | 0.10 |
| 06/23/14 | JSM | ASSET ANALYSIS AND RECOVERY: Confer with CDS re: written action plan requested by Receiver. | 0.10 |
| 06/23/14 | JSM | ASSET ANALYSIS AND RECOVERY: Read emails from MLB re: Rule 26 conf. | 0.10 |
| 06/23/14 | KMS | ASSET ANALYSIS AND RECOVERY: Read emails from opposing counsel regarding pretrial deadline; confer with MLB regarding same and update calendar | 0.20 |
| 06/23/14 | KMS | ASSET ANALYSIS AND RECOVERY: Review pleadings and correspondence from Receiver and prepare same for analysis by CDS | 0.60 |
| 06/23/14 | CDS | ASSET ANALYSIS AND RECOVERY: Draft e-mail correspondence to JSM regarding case status and next steps. | 0.10 |
| 06/23/14 | CDS | ASSET ANALYSIS AND RECOVERY: Office conference with JSM regarding action plan going forward. | 0.10 |
| 06/23/14 | MLB | ASSET ANALYSIS AND RECOVERY: Plan and prepare for Rule 26f conference with opposing counsel, review pretrial orders re: same, complete call and follow up with counsel, JSM, Receiver re: deadlines and agreements | 2.00 |
| 06/24/14 | JSM | ASSET ANALYSIS AND RECOVERY: Email to Mr. Murena re: St. Paul's Motion to Intervene | 0.10 |
| 06/24/14 | JSM | ASSET ANALYSIS AND RECOVERY: Review ST Paul's motion to intervene and trade emails with Mr Murena re: same | 0.30 |
| 06/24/14 | MLB | ASSET ANALYSIS AND RECOVERY: Receive and review, trade email with Receiver, life insurers' counsel, JSM re: scheduling, Rule 26 conference initial disclosure deadlines, draft follow up notes re: same | 0.80 |
| 06/25/14 | JSM | ASSET ANALYSIS AND RECOVERY: Email from Mr. Murena re: response to Motion to Intervene | 0.10 |
| 06/25/14 | CDS | ASSET ANALYSIS AND RECOVERY: Telephone message left for Mr. Murena regarding response to request for stay relief in bond matter. | 0.10 |
| 06/25/14 | MLB | ASSET ANALYSIS AND RECOVERY: Draft/revise action plan for life insurer case, discovery plan for review by JSM | 0.50 |

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Steklof, Cary D. | 2.90 | 250.00 | $725.00 |
| Mazer, Jason S. | 10.50 | 565.00 | $2,940.50 |

**PLEASE INCLUDE INVOICE NUMBER  12234  WITH YOUR PAYMENT. THANK YOU.**

| | | | | |
|---|---|---|---|---|
| Shaw, Kathleen M. | | 1.10 | 235.00 | $258.50 |
| Baldwin, Matthew L | | 16.30 | 260.00 | $4,238.00 |
| | **Total fees for this matter** | **30.80 hrs.** | | **$8,162.00** |

**DISBURSEMENTS**

| | |
|---|---|
| West Payment Center; Online Research; services through May 31, 2014 | 186.48 |
| Color Photocopies | 26.00 |
| Photocopies | 22.85 |
| **Total disbursements for this matter** | **$235.33** |

**BILLING SUMMARY**

| | |
|---|---|
| TOTAL FEES | $8,162.00 |
| TOTAL DISBURSEMENTS | $235.33 |
| | --------------- |
| **TOTAL CHARGES FOR THIS BILL** | **$8,397.33** |

The above fees reflect a reduction of $2,992.00.

## Ver Ploeg & Lumpkin, P.A.

100 S.E. Second Street, 30th Floor
Miami, Florida 33131-2151
305.577.3996: TEL
305.577.3558: FAX

Tax ID #65-0615033

August 18, 2014

Melanie E. Damian  
Damian Valori, LLP  
as Receiver for Aubrey Lee Price  
1000 Brickell Avenue  
Suite 1020  
Miami, FL 33131

Billing through 07/31/14  
Invoice Number 12198  
Account Number D032-00100

**Damian, Melanie E. Esq. - Aubrey Lee Price**

## FOR PROFESSIONAL SERVICES RENDERED

| Date | Initials | Description | Hours |
|---|---|---|---|
| 07/14/14 | JSM | ASSET ANALYSIS AND RECOVERY: Email from Mr. Cuervo re: meeting to discuss resolution of matter | 0.10 |
| 07/02/14 | JSM | ASSET ANALYSIS AND RECOVERY: Exchange emails with MLB re: ▮ | 0.10 |
| 07/02/14 | JSM | ASSET ANALYSIS AND RECOVERY: Read emails between MLB and opposing counsel re: joint discovery plan and certificate of interested persons | 0.10 |
| 07/02/14 | JSM | ASSET ANALYSIS AND RECOVERY: Phone conference with Receiver re: ▮ call with CDS regarding same | 0.10 |
| 07/02/14 | JSM | ASSET ANALYSIS AND RECOVERY: Phone call with Receiver re: ▮ | 0.20 |
| 07/02/14 | JSM | ASSET ANALYSIS AND RECOVERY: Exchange emails with MLB re: ▮ | 0.10 |
| 07/02/14 | CDS | ASSET ANALYSIS AND RECOVERY: Telephone conference with Receiver regarding ▮ | 0.20 |
| 07/02/14 | MLB | ASSET ANALYSIS AND RECOVERY: Draft/revise revisions to joint discovery plan and joint certificate of interested persons, confer with Receiver re: same | 3.00 |
| 07/03/14 | JSM | ASSET ANALYSIS AND RECOVERY: Phone call with CDS re: ▮ | 0.10 |
| 07/03/14 | JSM | ASSET ANALYSIS AND RECOVERY: Emails from Mr. Feinburg with revised Joint Discovery Plan | 0.10 |
| 07/03/14 | JSM | ASSET ANALYSIS AND RECOVERY: Read follow-up emails from opposing counsel and MLB re: finalization of joint discovery plan | 0.10 |
| 07/03/14 | KMS | ASSET ANALYSIS AND RECOVERY: Review and analyze Joint Preliminary Report and email MLB regarding same | 0.20 |
| 07/03/14 | CDS | ASSET ANALYSIS AND RECOVERY: Telephone conference with JSM regarding ▮ | 0.10 |
| 07/03/14 | MLB | ASSET ANALYSIS AND RECOVERY: complete revisions to draft pleadings to file, confer with opposing counsel and KMS re: same, finalize documents for finaling | 2.50 |
| 07/05/14 | JSM | ASSET ANALYSIS AND RECOVERY: Emails with Receiver's counsel and CDS re: ▮ | 0.10 |
| 07/07/14 | JSM | ASSET ANALYSIS AND RECOVERY: Strategy emails with Receiver's counsel re: ▮ | 0.10 |

PLEASE INCLUDE INVOICE NUMBER 12198 WITH YOUR PAYMENT. THANK YOU.

| Date | Atty | Description | Hours |
|---|---|---|---|
| 07/07/14 | CDS | ASSET ANALYSIS AND RECOVERY: Receive and review e-mail correspondence from Mr. Giberson regarding ▮ | 0.10 |
| 07/08/14 | JSM | ASSET ANALYSIS AND RECOVERY: Email from MLB re: ▮ | 0.10 |
| 07/08/14 | JSM | ASSET ANALYSIS AND RECOVERY: Strategy conference with CDS and KMS ▮ | 0.10 |
| 07/08/14 | CDS | ASSET ANALYSIS AND RECOVERY: Telephone conference with JSM regarding ▮ | 0.20 |
| 07/08/14 | MLB | ASSET ANALYSIS AND RECOVERY: Receive and review incoming court orders and rules re: scheduling, confer with JSM re: same, prepare notes for discovery outline | 0.50 |
| 07/09/14 | MLB | ASSET ANALYSIS AND RECOVERY: Receive and review stay relief motion, insurer's motion re: sur-reply, confer with JSM re: same | 0.50 |
| 07/09/14 | MLB | ASSET ANALYSIS AND RECOVERY: Draft/revise, trade email with team, Receiver, carriers' counsel re: ▮ | 0.20 |
| 07/11/14 | MLB | ASSET ANALYSIS AND RECOVERY: Draft/revise notes re: ▮ | 0.50 |
| 07/13/14 | KMS | ASSET ANALYSIS AND RECOVERY: ▮ files provided by Receiver's office ▮ | 0.90 |
| 07/14/14 | JSM | ASSET ANALYSIS AND RECOVERY: Read ▮ | 0.10 |
| 07/14/14 | JSM | ASSET ANALYSIS AND RECOVERY: Email from Receiver re: ▮ | 0.10 |
| 07/14/14 | MLB | ASSET ANALYSIS AND RECOVERY: Draft/revise Receiver's discovery requests to carriers: requests for production, interrogatories, requests for admissions | 4.30 |
| 07/15/14 | MLB | ASSET ANALYSIS AND RECOVERY: Receive and review carriers' discovery responses, prepare outline of answers re: same | 1.80 |
| 07/15/14 | JSM | ASSET ANALYSIS AND RECOVERY: Read and respond to email from MLB re: ▮ | 0.10 |
| 07/15/14 | JSM | ASSET ANALYSIS AND RECOVERY: Email from Ms. Espenkotter re: ▮ | 0.10 |
| 07/16/14 | KMS | ASSET ANALYSIS AND RECOVERY: Review case correspondence and pleadings and prepare initial draft of Rule 26 Disclosures | 0.60 |
| 07/16/14 | KMS | ASSET ANALYSIS AND RECOVERY: review and supplement draft Rule 26 Disclosures; confer with MLB regarding same | 0.70 |
| 07/16/14 | MLB | ASSET ANALYSIS AND RECOVERY: Draft/revise revisions to discovery to carriers, follow up with KMS and Receiver re: ▮ | 1.80 |
| 07/17/14 | JSM | ASSET ANALYSIS AND RECOVERY: Phone conference with Receiver and counsel regarding ▮ | 0.70 |
| 07/17/14 | JSM | ASSET ANALYSIS AND RECOVERY: Review ▮ with respect to ▮ | 0.10 |
| 07/17/14 | JSM | ASSET ANALYSIS AND RECOVERY: Read incoming Order Denying Receiver's Motion to Approve | 0.10 |
| 07/17/14 | JSM | ASSET ANALYSIS AND RECOVERY: Review summary transfers provided by Receiver | 0.10 |
| 07/17/14 | KMS | ASSET ANALYSIS AND RECOVERY: Emails to Ms. Serna re: ▮ | 0.10 |
| 07/17/14 | CDS | ASSET ANALYSIS AND RECOVERY: Review/analyze proposed requests for production, interrogatories, and requests for admission, and revise same; office conference with MLB regarding same | 1.10 |
| 07/17/14 | CDS | ASSET ANALYSIS AND RECOVERY: Telephone conference with Receiver and counsel regarding ▮ | 0.70 |
| 07/17/14 | MLB | ASSET ANALYSIS AND RECOVERY: Draft/revise initial disclosures, offensive | 5.30 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | discovery to carriers, ▊▊▊ | |
| 07/17/14 | MLB | ASSET ANALYSIS AND RECOVERY: Telephone conference with Receiver re: ▊▊▊ | 0.70 |
| 07/18/14 | JSM | ASSET ANALYSIS AND RECOVERY: Confer with MLB regarding ▊▊▊ | 0.10 |
| 07/18/14 | JSM | ASSET ANALYSIS AND RECOVERY: Email from MLB to Receiver re: ▊▊▊ | 0.10 |
| 07/18/14 | JSM | ASSET ANALYSIS AND RECOVERY: Call with Mr. Cuervo to discuss settlement | 0.30 |
| 07/18/14 | JSM | ASSET ANALYSIS AND RECOVERY: Phone call with MLB in preparation for call with Mr. Cuervo | 0.10 |
| 07/18/14 | JSM | ASSET ANALYSIS AND RECOVERY: Email from MLB to Mr. Mills re: meeting on bond | 0.10 |
| 07/18/14 | CDS | ASSET ANALYSIS AND RECOVERY: Review/analyze ▊▊▊ | 1.90 |
| 07/18/14 | MLB | ASSET ANALYSIS AND RECOVERY: Telephone conference with opposing counsel, JSM re: potential settlement options and meeting, related follow up re: same | 0.50 |
| 07/18/14 | MLB | Draft/revise case outline and action plan for follow up next week with carriers, JSM, Receiver | 1.00 |
| 07/19/14 | JSM | ASSET ANALYSIS AND RECOVERY: Emails with Mr. Mills re: meeting on bonds | 0.10 |
| 07/19/14 | JSM | ASSET ANALYSIS AND RECOVERY: Email to MLB re: ▊▊▊ | 0.10 |
| 07/20/14 | JSM | ASSET ANALYSIS AND RECOVERY: Email from Mr. Murena re: ▊▊▊ | 0.10 |
| 07/20/14 | KMS | ASSET ANALYSIS AND RECOVERY: Confer with MLB ▊▊▊ | 0.30 |
| 07/21/14 | JSM | ASSET ANALYSIS AND RECOVERY: Trade emails with MLB regarding ▊▊▊ | 0.10 |
| 07/21/14 | JSM | ASSET ANALYSIS AND RECOVERY: Email to Receiver re: ▊▊▊ | 0.10 |
| 07/21/14 | KMS | ASSET ANALYSIS AND RECOVERY: Analyze ▊▊▊ | 0.20 |
| 07/21/14 | CDS | ASSET ANALYSIS AND RECOVERY: Review/analyze ▊▊▊ regarding ▊▊▊ | 0.90 |
| 07/21/14 | MLB | ASSET ANALYSIS AND RECOVERY: Draft/revise, finalize ▊▊▊ | 3.10 |
| 07/22/14 | JSM | ASSET ANALYSIS AND RECOVERY: Email from Mr. Giberson ▊▊▊ | 0.10 |
| 07/22/14 | CDS | ASSET ANALYSIS AND RECOVERY: Review/analyze ▊▊▊ | 2.00 |
| 07/23/14 | CDS | ASSET ANALYSIS AND RECOVERY: Review/analyze ▊▊▊ | 1.50 |
| 07/23/14 | CDS | ASSET ANALYSIS AND RECOVERY: Office conference with MLB regarding ▊▊▊ | 0.70 |
| 07/23/14 | CDS | ASSET ANALYSIS AND RECOVERY: Draft outline of issues to be addressed regarding ▊▊▊ | 0.60 |
| 07/23/14 | CDS | ASSET ANALYSIS AND RECOVERY: Review/analyze ▊▊▊ | 2.40 |
| 07/23/14 | MLB | ASSET ANALYSIS AND RECOVERY: Office conference with CDS re: ▊▊▊ | 0.70 |
| 07/23/14 | MLB | ASSET ANALYSIS AND RECOVERY: Draft/revise, trade email with JSM, opposing | 0.50 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | counsel, KMS re: ▓▓▓ | |
| 07/24/14 | JSM | ASSET ANALYSIS AND RECOVERY: Read detailed email from Mr. Giberson regarding the bond; trade emails with Receiver regarding same | 0.10 |
| 07/24/14 | MLB | ASSET ANALYSIS AND RECOVERY: Draft/revise follow up notes re: ▓▓▓ | 0.10 |
| 07/25/14 | JSM | ASSET ANALYSIS AND RECOVERY: Phone call with CDS re: ▓▓▓ | 0.20 |
| 07/25/14 | JSM | ASSET ANALYSIS AND RECOVERY: Phone call with Mr. Curley re: FDIC's motion to dismiss dec action | 0.40 |
| 07/25/14 | JSM | ASSET ANALYSIS AND RECOVERY: Email to Mr. Curley re: caselaw supporting FDIC's motion to dismiss the dec action | 0.10 |
| 07/25/14 | JSM | ASSET ANALYSIS AND RECOVERY: Email from MLB to Mr. Cuervo re: request to exchange discovery responses by August 6th | 0.10 |
| 07/25/14 | JSM | ASSET ANALYSIS AND RECOVERY: Follow-up email from CDS re: dec action | 0.10 |
| 07/25/14 | JSM | ASSET ANALYSIS AND RECOVERY: Read and respond to email from Ms. Glasgow re: dec action | 0.10 |
| 07/25/14 | JSM | ASSET ANALYSIS AND RECOVERY: Read email from Ms. Espenkotter re: ▓▓▓ | 0.10 |
| 07/25/14 | JSM | ASSET ANALYSIS AND RECOVERY: Email to Mr. Giberson requesting ▓▓▓ | 0.20 |
| 07/25/14 | CDS | ASSET ANALYSIS AND RECOVERY: Telephone message left for coverage counsel; draft e-mail correspondence following up on date for response and meeting. | 0.20 |
| 07/25/14 | CDS | ASSET ANALYSIS AND RECOVERY: Draft e-mail correspondence to Receiver regarding call with coverage counsel on date to answer and upcoming meeting. | 0.20 |
| 07/25/14 | CDS | ASSET ANALYSIS AND RECOVERY: Telephone conference with counsel to carrier regarding due date of response and upcoming meeting. | 0.30 |
| 07/25/14 | CDS | ASSET ANALYSIS AND RECOVERY: Telephone conference with JSM regarding case status and upcoming assignments. | 0.20 |
| 07/25/14 | CDS | ASSET ANALYSIS AND RECOVERY: Draft e-mail correspondence to JSM regarding ▓▓▓ | 0.10 |
| 07/25/14 | MLB | ASSET ANALYSIS AND RECOVERY: Draft/revise email to carriers re: ▓▓▓ | 0.10 |
| 07/26/14 | JSM | ASSET ANALYSIS AND RECOVERY: Email from CDS to Mr. Glasgow re: ▓▓▓ | 0.10 |
| 07/26/14 | JSM | ASSET ANALYSIS AND RECOVERY: Listen to voice mail from Julia Glasgow, Esq. re: dec action and email CDS regarding same | 0.10 |
| 07/27/14 | JSM | ASSET ANALYSIS AND RECOVERY: Email to Mr. Giberson re: ▓▓▓ | 0.10 |
| 07/28/14 | CDS | ASSET ANALYSIS AND RECOVERY: Review/analyze materials for call with Receiver regarding ▓▓▓ leave telephone message for Mr. Giberson regarding same. | 0.20 |
| 07/28/14 | CDS | ASSET ANALYSIS AND RECOVERY: Review/analyze ▓▓▓ | 1.50 |
| 07/29/14 | JSM | ASSET ANALYSIS AND RECOVERY: Emails with CDS re: upcoming matters and action plan for same | 0.10 |
| 07/29/14 | JSM | ASSET ANALYSIS AND RECOVERY: Read email from Mr. Cuervo re: suggestion for stipulated facts | 0.10 |
| 07/29/14 | MLB | ASSET ANALYSIS AND RECOVERY: Draft/revise, trade email with JSM, opposing counsel re: settlement discussions and meeting | 0.50 |
| 07/30/14 | JSM | ASSET ANALYSIS AND RECOVERY: Email from CDS re: his conversation with Ms. Glasgow requesting an extension of time to respond to complaint until mediation is completed | 0.10 |
| 07/30/14 | JSM | ASSET ANALYSIS AND RECOVERY: Email from CDS re: status update on pending | 0.10 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| | | matters | |
| 07/30/14 | JSM | ASSET ANALYSIS AND RECOVERY: Phone call with CDS in preparation for call with Receiver | 0.20 |
| 07/30/14 | JSM | ASSET ANALYSIS AND RECOVERY: Email from Ms. Damian re: ▇▇▇ | 0.10 |
| 07/30/14 | KMS | ASSET ANALYSIS AND RECOVERY: Review deadlines for dec action and report same to CDS | 0.10 |
| 07/30/14 | CDS | ASSET ANALYSIS AND RECOVERY: Draft e-mail correspondence to coverage counsel regarding stipulated date to file answer or otherwise respond to dec action. | 0.10 |
| 07/30/14 | CDS | ASSET ANALYSIS AND RECOVERY: Telephone conference with coverage counsel regarding date to respond to dec action; draft e-mail correspondence to Receiver regarding same. | 0.30 |
| 07/30/14 | CDS | ASSET ANALYSIS AND RECOVERY: Telephone conference with Receiver and co-counsel regarding ▇▇▇ | 0.80 |
| 07/30/14 | CDS | ASSET ANALYSIS AND RECOVERY: Telephone conference with Mr. Giberson regarding ▇▇▇ | 1.30 |
| 07/30/14 | MLB | ASSET ANALYSIS AND RECOVERY: Telephone conference with JSM, CDS, Receiver re: ▇▇▇ | 0.80 |
| 07/30/14 | MLB | ASSET ANALYSIS AND RECOVERY: Receive and review trade email with Receiver's counsel re: ▇▇▇ | 0.40 |
| 07/30/14 | MLB | ASSET ANALYSIS AND RECOVERY: Receive and review overview of carriers' discovery requests for drafting tomorrow | 0.40 |
| 07/31/14 | JSM | ASSET ANALYSIS AND RECOVERY: Email to CDS ▇▇▇ | 0.10 |
| 07/31/14 | JSM | ASSET ANALYSIS AND RECOVERY: Email from Mr. Curley re: FDIC's intention to file Motion to Dismiss St. Paul's Dec Action | 0.10 |
| 07/31/14 | JSM | ASSET ANALYSIS AND RECOVERY: Email to Mr. Curley advising that the Receiver would join in a motion to dismiss but the FDIC must work collaboratively with the Receiver | 0.10 |
| 07/31/14 | JSM | ASSET ANALYSIS AND RECOVERY: Read Receiver's Eighth Status Report | 0.10 |
| 07/31/14 | JSM | ASSET ANALYSIS AND RECOVERY: Read and respond to CDS's strategy email to Receiver | 0.10 |
| 07/31/14 | JSM | ASSET ANALYSIS AND RECOVERY: Email from Receiver re: ▇▇▇ | 0.10 |
| 07/31/14 | JSM | ASSET ANALYSIS AND RECOVERY: Telephone conference with CDS regarding ▇▇▇ | 0.40 |
| 07/31/14 | JSM | ASSET ANALYSIS AND RECOVERY: Read email from CDS to Mr. Curley re: deadline to respond to St. Paul's dec action | 0.10 |
| 07/31/14 | KMS | ASSET ANALYSIS AND RECOVERY: Review Request for Production to Receiver from Genworth and prepare documents in response thereto | 0.70 |
| 07/31/14 | CDS | ASSET ANALYSIS AND RECOVERY: Draft e-mail correspondence to Receiver regarding status of review and action plan. | 0.20 |
| 07/31/14 | CDS | ASSET ANALYSIS AND RECOVERY: Draft e-mail correspondence to FDIC counsel regarding coordinating response date to dec action. | 0.20 |
| 07/31/14 | CDS | ASSET ANALYSIS AND RECOVERY: Receive and review Receiver's 8th status report. | 0.30 |
| 07/31/14 | CDS | ASSET ANALYSIS AND RECOVERY: Telephone conference with JSM regarding ▇▇▇ | 0.40 |
| 07/31/14 | MLB | ASSET ANALYSIS AND RECOVERY: Draft/revise responses to carriers' discovery requests--Genworth | 1.90 |

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Steklof, Cary D. | 18.70 | 250.00 | $4,675.00 |
| Mazer, Jason S. | 7.60 | 565.00 | $2,564.00 |
| Shaw, Kathleen M. | 3.80 | 235.00 | $893.00 |
| Baldwin, Matthew L | 31.10 | 260.00 | $8,086.00 |
| **Total fees for this matter** | **61.20 hrs.** | | **$16,218.00** |

**DISBURSEMENTS**

| | |
|---|---|
| West Payment Center; Online Research; services through Jun 30, 2014 | 7.19 |
| West Payment Center; Online Research; services through Jun 30, 2014 | 43.10 |
| Color Photocopies | 2.00 |
| Photocopies | 43.80 |
| **Total disbursements for this matter** | **$96.09** |

**BILLING SUMMARY**

| | | |
|---|---|---|
| | TOTAL FEES | $16,218.00 |
| | TOTAL DISBURSEMENTS | $96.09 |
| | **TOTAL CHARGES FOR THIS BILL** | **$16,314.09** |

The above fees reflect a credit of $1,730.00