## Bart, Meyer & Company LLP

Attorneys at Law (T.I.N. 80-0082733)
Post Office Box 16089
Savannah, Georgia 31416

# Invoice

| Date | Invoice # |
|---|---|
| 8/19/2014 | 2014-0879 |

| Bill To |
|---|
| Melanie Damian |

| Matter |
|---|
| SEC Matter |

| Date | Item | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/9/2014 | REP Time | Check docket sheet and briefly review status; e-mail to cocounsel on upcoming deadlines | 0.2 | 265.00 | 53.00 |
| 5/28/2014 | REP Time | Telecon with Guy Giberson on motion to close case; review of motion for extension and proposed order filed by FDIC | 0.6 | 265.00 | 159.00 |
| 5/29/2014 | REP Time | Receipt and review of court order dismissing action for statistical purposes | 0.1 | 265.00 | 26.50 |

| | |
|---|---|
| **Total** | $238.50 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $238.50 |

WE NOW ACCEPT MAJOR CREDIT CARDS

EXHIBIT D