# Petitt Worrell Craine Wolfe LLC

One Urban Centre, Suite 475
4830 West Kennedy Boulevard
Tampa, FL 33609-2599 USA
www.petittworrell.com
Ph:813-443-5345  Fax: 813-443-8331

Melanie Damian
1000 Brickell Avenue
Suite 1020
Miami, FL 33131 USA

August 12, 2014
File #:  0430
Inv #:  5349

**Attention:**

**RE:**  Securities & Exchange Commission v. Price, et al.

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| May-06-14 | [CASE ADMINISTRATION] Telephone conference with process server regarding lawsuit against Montgomery County Bankshares et.al. (.2); exchange messages with Receiver regarding acceptance of same as registered agent (.2). | 0.40 | 106.00 | RMB |
| May-07-14 | [CASE ADMINISTRATION] Receive and review nature of served lawsuit against Montgomery County Bankshares et.al. (.3); forward to Receiver for further direction (.1); exchange e-mails with Kenneth Murena regarding same and exchange of Georgia local counsel (.2). | 0.60 | 159.00 | RMB |
| May-09-14 | [CASE ADMINISTRATION] Review Complaint and attachments filed by St. Paul Mercury Insurance | 1.50 | 397.50 | AEW |
|  | [CASE ADMINISTRATION] Research of federal rules and notes regarding response time for multiple public and private parties to Montgomery County Bankshares et.al. case (.5); exchange e-mails with Kenneth Murena regarding same and change of control of PFGBI (.3). | 0.80 | 212.00 | RMB |
| May-23-14 | [CASE ADMINISTRATION] Confer regarding issues related to extension of time to | 0.50 | 132.50 | AEW |

EXHIBIT E

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | file response (.2); Review Motion for Extension of Time to File Response and Order (.3). | | | |
| | [CASE ADMINISTRATION] Filing of Unopposed Motion of Defendant for Extension of Time to Respond to Complaint for Declaratory Relief | 0.20 | 15.00 | KR |
| Jun-02-14 | [CASE ADMINISTRATION] Review email from Jeanette Serna regarding Pro Hac Vice Application for Jason Mazer (.1); Review and correct Pro Hac Vice Application for Jason Mazer (.3). | 0.40 | 106.00 | AEW |
| Jun-03-14 | [CASE ADMINISTRATION] Review unapproved Motion for Leave to file Excess Pages with Brief in Support (.3); Review Plaintiff's Memorandum of Law in Opposition to Individual Defendant's Motion to Dismiss the Third Amended Complaint (.5); Review Plaintiff's Memorandum of Law in Opposition to Montgomery County Bankshares Motion to Dismiss Third Amended Complaint (.7). | 1.50 | 397.50 | AEW |
| Jun-04-14 | [CASE ADMINISTRATION] Review email from Kenneth D. Murena regarding extension of time to file response to Declaratory Relief (.1); Review Motion for Extension of Time to respond to Motion for Declaratory Relief (.2). | 0.30 | 79.50 | AEW |
| | [CASE ADMINISTRATION] Prepare Application for Admission Pro Hac Vice for Jason Mazer and file with the court | 0.80 | 60.00 | KR |
| Jun-05-14 | [CASE ADMINISTRATION] Review Answer and Defenses to Household Life Insurance Company's Complaint (.3); Email to Kenneth Murena regarding missing Proposed Order (.1); Review Order granting Extension of Time to Respond to Complaint for Declaratory Relief. (.1) | 0.50 | 132.50 | AEW |
| | [CASE ADMINISTRATION] File 2nd Motion for Extention to file Response on Complaint for Declaratory Relief | 0.50 | 37.50 | KR |
| Jun-06-14 | [CASE ADMINISTRATION] Review Certificate of Service for production request for protective life (.1); Review Certificate of Service for Household Life Insurance | 0.30 | 79.50 | AEW |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Company (.1); Review Certificate of Service for Genworth Life Insurance Company (.1). | | | |
| Jun-09-14 | [CASE ADMINISTRATION] Refile Pro Hac Vice Application for Jason Mazer due to issue with the Northern District Court's website | 0.50 | 37.50 | KR |
| Jun-11-14 | [CASE ADMINISTRATION] Review Order granting leave to attach additional pages (.1); Review Order granting additional time to file response Motion to Defendant's Motion to Dismiss Third Amended Complaint (.1); Review Order granting Defendant's Consent Motion to Abate Action as to St. Paul's claims against, PFGBI, LLC (.1); Review Consent Motion to Abate Action as to St. Paul's claims against PFGBI, LLC (.2); Review Plaintiff's Memo of Law in Opposition to the Defendant's Motion to Dismiss Third Party Claim (.6); Review Plaintiff's Memo of Law to Mongomery County Bankshares Motion to Dismiss the Third Amended Compalint (.6). | 1.70 | 450.50 | AEW |
| Jun-12-14 | [CASE ADMINISTRATION] Review proposed Order granting St. Paul Mercury's Motion for Entry for Clerk's Default Against FDIC (.1); Review St. Paul Mercury's Motion for Entry of Clerk's Default Against FDIC (.1); Review St. Paul Mercury's Motion for Entry of Default Against Montgomery County Bankshares (.2); Review proposed Order of Clerk's Default Against Montgomery County Bankshares (.1). | 0.60 | 159.00 | AEW |
| Jun-13-14 | [CASE ADMINISTRATION] Review email regarding correction of Pro Hac Vice (.1); Review email from clerk regarding Entry of Default against Montgomery County Bankshares and FDIC (.1). | 0.20 | 53.00 | AEW |
| Jun-16-14 | [CASE ADMINISTRATION] Review court approval of Pro Hac Vice for Namrate Joshi (.1); Review court approval for Pro Hac Vice for Jason Mazer (.1); Review court approval for Pro Hac Vice for Raul Cuervo (.1). | 0.30 | 79.50 | AEW |
| | [ASSET DISPOSITION] Receive and review proposed contract for Longboat bank property (.4). | 0.40 | 106.00 | RMB |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Jun-17-14 | [ASSET DISPOSITION] Draft and prepare terms of counter offer and forward to Receiver for execution (.8); exchange multiple e-mails with Kenneth Murena regarding terms of same and scope of previous order approving sale (.4). | 1.20 | 318.00 | RMB |
| Jun-18-14 | [CASE ADMINISTRATION] Review Bankshares Unapposed Motion for Extension of Time to Reply to Plaintiff's Response to MCBI Motion to Dismiss Third Complaint (.2); Review Proposed Order. (.1) | 0.30 | 79.50 | AEW |
| | [ASSET DISPOSITION] Coordinate exchange of signatures and exchange multiple e-mails with Kenneth Murena and broker (.4). | 0.40 | 106.00 | RMB |
| Jun-19-14 | [CASE ADMINISTRATION] Review signed Order Relating to Extension of Time | 0.10 | 26.50 | AEW |
| Jun-20-14 | [CASE ADMINISTRATION] Review lengthy Reply Brief to Motion to Dismiss for failure to state a claim to plaintiff's third amended complaint and exhibits. | 0.70 | 185.50 | AEW |
| Jun-22-14 | [CASE ADMINISTRATION] Review final judgment in favor of St Paul Mercury Insurance against Montgomery Bankshares | 0.10 | 26.50 | AEW |
| Jun-23-14 | [ASSET DISPOSITION] Multiple telephone conferences and e-mails regarding status of unexecuted counter offer and issues related to same (.6). | 0.60 | 159.00 | RMB |
| Jun-24-14 | [CASE ADMINISTRATION] Review Motion to Vacate Clerk's Default against FDIC and Proposed Order (.3); Review Motion to Intervene and for Leave to proceed with claims in Declaratory Judgment action against Melanie Damian and review all exhibits. (1.0) | 1.30 | 344.50 | AEW |
| | [ASSET DISPOSITION] Exchange multiple e-mails with Kenneth Murena and broker regarding status of counter offer and proposed addendum regarding effective date (.5). | 0.50 | 132.50 | RMB |
| Jun-27-14 | [CASE ADMINISTRATION] Review Order entered in favor or St Paul against Montgomery Bankshares.(.1); Review Order granting Receiver's 188 unopposed Motion | 0.20 | 53.00 | AEW |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | to Approve Settlement and Release Agreement. (.1) | | | |
| | [ASSET DISPOSITION] Exchange multiple e-mails regarding status of executed counter offer (.3). | 0.30 | 79.50 | RMB |
| Jun-30-14 | [CASE ADMINISTRATION] Review Order to vacate Clerk's correct Default against FDI (.1); Review Motion for Extension of Time to file Reply to Insurance Companies Objections. (.3) | 0.40 | 106.00 | AEW |
| | [ASSET DISPOSITION] Exchange multiple e-mails regarding status of counter offer and buyer's intent to wire escrow funds (.5). | 0.50 | 132.50 | RMB |
| Jul-01-14 | [ASSET DISPOSITION] Follow-up regarding lack of escrow funds and signed contract (.3) | 0.30 | 79.50 | RMB |
| Jul-02-14 | [CASE ADMINISTRATION] Review Order granting Motion for Extension of Time for Receiver to reply to Insurance Companies' objections (.1); Review Motion to Approve Settlement and Release; Review Settlement Agreement (.1); Review draft Order (.1); Review Montgomery Bankshares reply in support of it's Motion to Dismiss (.4); Review draft Order granting St. Paul's Consent Motion to vacate Clerk's Default against FDIC (.1); Review St. Paul's Motion to Vacate Clerk's Entry of Default against FDIC and Montgomery Bank and Trust (.2); Review Proposed Order to Vacate Default against Montgomery Bank and Trust (.1); Review Receiver's Reply to Insurance Companies' Joint Objection to the Receiver's 7th Interim Application for Order (.4). | 1.70 | 450.50 | AEW |
| | [ASSET DISPOSITION] Receive and review update from broker regarding hospitalization of interested buyer (.2). | 0.20 | 53.00 | RMB |
| Jul-03-14 | [ASSET DISPOSITION] Exchange e-mails with broker regarding interest of proposed buyer to change brokers and submit a revised contract (.3). | 0.30 | 79.50 | RMB |
| Jul-07-14 | [CASE ADMINISTRATION] Review joint Preliminary Report and Discovery Plan. | 0.40 | 106.00 | AEW |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | [ASSET DISPOSITION] Exchange e-mails with Kenneth Murena and broker regarding status of new contract (.2). | 0.20 | 53.00 | RMB |
| Jul-09-14 | [CASE ADMINISTRATION] Review response Motion to Intervene for Leave to Proceed with claims in Declaratory Judgment against Melanie Damian (.1); Review Joint Report and Discovery Plan (.1); Review Insurance Company's Motion for Leave to File reply in Support of their Joint Objection to Receiver's Application for Fee's, Exhibits, and surreply along with Proposed Order (.5). | 0.70 | 185.50 | AEW |
| Jul-10-14 | [ASSET DISPOSITION] Exchange e-mails with Kenneth Murena and broker regarding status of new contract (.2). | 0.20 | 53.00 | RMB |
| Jul-11-14 | [CASE ADMINISTRATION] Review email regarding new complaint to be filed | 0.10 | 26.50 | AEW |
| Jul-14-14 | [CASE ADMINISTRATION] Review new complaint to be filed against Osama Lwis | 1.50 | 397.50 | AEW |
| | [ASSET DISPOSITION] Exchange e-mails with Kenneth Murena and broker regarding status of new contract (.2). | 0.20 | 53.00 | RMB |
| | [CASE ADMINISTRATION] File Complaint and Summons for new case against Osama Lwis | 0.30 | 22.50 | KR |
| Jul-15-14 | [CASE ADMINISTRATION] Review emails related to filing of new complaint and summons (.2); Review Motion for Extension of Time to File Response to FDIC objections (.1). | 0.30 | 79.50 | AEW |
| Jul-16-14 | [CASE ADMINISTRATION] Review file cover sheet, complaint and summons. | 0.30 | 79.50 | AEW |
| | [ASSET DISPOSITION] Receive and review new contract for Longboat property (.3); draft edits for counter offer and forward to Receiver for execution (.6). | 0.90 | 238.50 | RMB |
| Jul-17-14 | [ASSET DISPOSITION] Coordinate execution of counter offer and forward to proposed purchaser (.3). | 0.30 | 79.50 | RMB |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Jul-18-14 | [CASE ADMINISTRATION] Review Genworth Life Insurance inital disclosures | 0.50 | 132.50 | AEW |
| | [ASSET DISPOSITION] Receive and review executed counter offer (.2). | 0.20 | 53.00 | RMB |
| Jul-19-14 | [ASSET DISPOSITION] Exchange e-mails with Kenneth Murena and broker regarding effect of buyer's failure to make initial deposit, and review of contract terms regarding same (.6). | 0.60 | 159.00 | RMB |
| Jul-22-14 | [CASE ADMINISTRATION] Review Certificate of Service for Discovery for the Receiver (.1); Review Receiver's First Discovery Requests to Protective Life Insurance Company (.4); Review Certificate of Service for Initial Disclosures (.1); Review Certificate of Service for Protective Life's Initial Disclosures (.1); Review Certificate of Service for Household Life's Initial Disclosures (.1); Review Order denying Receiver's Motion to Approve (.1); Review instructions to parties and counsel (.5); Review Receiver's further Extension of Deadline to Reply to FDIC objection (.1). | 1.50 | 397.50 | AEW |
| | [ASSET DISPOSITION] Exchange e-mails with Kenneth Murena and broker regarding continued failure to make initial deposit (.3). | 0.30 | 79.50 | RMB |
| Jul-24-14 | [CASE ADMINISTRATION] Review Order granting St. Paul's Motion to Intervene | 0.10 | 26.50 | AEW |
| | [ASSET DISPOSITION] Exchange e-mails with Kenneth Murena and broker regarding continued failure to make initial deposit and recommendation regarding options (.3). | 0.40 | 106.00 | RMB |
| Jul-25-14 | [ASSET DISPOSITION] Exchange e-mails with Kenneth Murena and broker regarding continued failure to make initial deposit and recommendation to send notice of default (.2). | 0.20 | 53.00 | RMB |
| Jul-28-14 | [CASE ADMINISTRATION] Review email from Jeanette Serna regarding new Complaint to be filed | 0.10 | 26.50 | AEW |
| | [ASSET DISPOSITION] Prepare notice of default and forward to Kenneth Murena for | 0.60 | 159.00 | RMB |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | approval, and exchange e-mails regarding same (.6). | | | |
| Jul-30-14 | [CASE ADMINISTRATION] Review new Complaint against Scan International | 0.90 | 238.50 | AEW |
| | [ASSET DISPOSITION] Investigation of buyer's address and contacts information (.4); delivery of default notice via e-mail (.2). | 0.60 | 159.00 | RMB |
| | Totals | 32.50 | $8,175.50 | |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Jul-13-14 | Expense Recovery<br>Photocopies - Black and White  26 @ 0.20 | 5.20 |
| Jul-14-14 | Expense Recovery<br>Filing Fee - File Complaint and Summons for Damian v. Osama Lwis 1 @ 400.00 | 400.00 |
| Jul-31-14 | Expense Recovery<br>Photocopies - Black and White  5 @ 0.20 | 1.00 |
| | Totals | $406.20 |

| | |
|---|---|
| **Total Fee & Disbursements** | $8,581.70 |
| Previous Balance | 49,152.63 |
| Previous Payments | 150.00 |
| **Balance Now Due** | **$57,584.33** |

TAX ID Number    27-3424894

## PAYMENT DETAILS

| Date | Description | Amount |
|---|---|---|
| Jun-20-14 | On Account of Fees and Disbursements | 150.00 |
| | **Total Payments** | **$150.00** |

# ATTORNEY BREAKDOWN

Petitt Worrell Invoice (May 2014 - July 2014) #5349

|     |                                          | Asset Distribution (hours) | Asset Analysis And Recovery (hours) | Case Administration (hours) |      |
| --- | ---------------------------------------- | -------------------------- | ----------------------------------- | --------------------------- | ---- |
| RMB | Michael Brooks Senior Of-Counsel         | 9.4                        | 0                                   | 1.8                         | 11.2 |
| AEW | Andrew Worrell Senior Partner            | 0                          | 0                                   | 18.6                        | 18.6 |
| KR  | Kelly Rosser Paralegal ($75 / hr)        | 0                          | 0                                   | 2.7                         | 2.7  |
|     |                                          | 9.4                        | 0                                   | 23.1                        | **32.5** Total Hours |