# DE SOLA PATE & BROWN
ATTORNEYS & COUNSELORS
CARACAS, VENEZUELA

TEL: (58-212) 793-9898   FAX: (58-212) 793-9043

www.desolapate.com
dplaw@desolapate.com

STREET ADDRESS:

TORRE DOMUS, PISO 16
AV. ABRAHAM LINCOLN
SABANA GRANDE
CARACAS

MAILING ADDRESSES:

FROM OUTSIDE VENEZUELA

CCS-6818
P. O. BOX 025801
MIAMI, FL 33102-5801

FROM INSIDE VENEZUELA

APARTADO 52147
CARACAS 1050-A

No. 2678-14
June 26, 2014

Melanie Damian, Esq., Receiver
c/o Damian & Valori
1000 Brickell Ave., Suite 1020
Miami, FL 33131

## DEBIT NOTE FOR PROFESSIONAL SERVICES

For professional services rendered Melanie Damian, Esq., as Receiver, during May 2014 in relation to the Venezuelan estate of Aubrey Lee Price, according to the attached detail.

Total of these services                                                                                       US$4,468.50

**Total of this Debit Note**                                                                              **US$4,468.50**

Please make payment by wire transfer to

Account name:     De Sola Pate & Brown
Account number:   3290213921
Bank:             Citibank
Address:          120 S. Biscayne Blvd., Miami, FL 33131
ABA routing:      266086554
SWIFT:            CITIUS33

Or by check payable to De Sola Pate & Brown, for deposit only to account no. 3290213921, and mailed to Citibank, 120 S. Biscayne Blvd., Miami, FL 33131.

No. 2678-14

EXHIBIT F

| | | | |
|---|---|---|---|
| 8 | AFC | .3 | **Asset Analysis and Recovery.** Call with Mr. Rodriguez re various matters affecting the farm. |
| 9 | JRP | .8 | **Asset Analysis and Recovery.** Discuss with Mr. Fernandez the possibility of opening an account at Banplus in the name of Ms. Damian and re the financial estimates required by Ms. Visconti. Review the draft complaint for the suit against Mr. Lwis. |
| 12 | JRP | .7 | **Asset Analysis and Recovery.** Make comments on the draft complaint against Mr. Lwis and send this to Ms. Visconti with further comments on ways to proceed in the case of Mr. Lwis. |
| 12 | AFC | .1 | **Asset Analysis and Recovery.** Comment with Mr. Pate re his mail to Ms. Visconti. |
| 13 | JRP | .1 | **Asset Analysis and Recovery.** Follow up on obtaining the information on the value of the sugar cane harvests for the last four years and re opening an account at Banplus. |
| 13 | AFC | .6 | **Asset Analysis and Recovery.** Several emails and calls with Messrs. Rodriguez and Romero re trying to estimate the revenues and expenses of Mr. Lwis from the sugar cane harvests. |
| 15 | JRP | .6 | **Asset Analysis and Recovery.** Conference call with Messrs. Damian and Visconti re proceeding with the suit against Mr. Lwis, the situation of La Yaguarita, opening a separate account in Venezuela, and related matters. |
| 19 | JRP | .3 | **Asset Analysis and Recovery.** See the mail from Ms. Visconti re the matter of service of process in Venezuela. Send this to Mr. Bachrich. |
| 20 | JRP | .3 | **Asset Analysis and Recovery.** Meet with Mr. Fernandez re the possibility of opening an account at Banplus. Meet with Ms. |

| | | | |
|---|---|---|---|
| | | | Basciani re the service of process matter. |
| 20 | CBN | .7 | **Asset Analysis and Recovery.** Review the Hague Convention re service of process in relation to the mail from Ms. Visconti. Discuss this with Ms. Basciani. |
| 20 | MBY | .5 | **Asset Analysis and Recovery.** Work with Mr. Bachrich re the procedure for achieving service of process. |
| 21 | JRP | 1.1 | **Asset Analysis and Recovery.** Discuss with Messrs. Basciani re responding to Ms. Visconti re service of process on Mr. Lwis, and Fernandez re the interest of Mr. Lwis in La Yaguarita and the Banplus bank account. Call a vice president at Banplus to verify certain aspects. Respond to the inquiry of Ms. Visconti re Mr. Lwis' interest in La Yaguarita. Mail Ms. Damian re the possibility of opening an account at Banplus. Work on the explanation re the Hague Convention for service of process and send this to Ms. Visconti. |
| 21 | AFC | .3 | **Asset Analysis and Recovery.** Analyze the mail from Mr. Rodriguez re the expenses of La Yaguarita for May. |
| 21 | MBY | .5 | **Asset Analysis and Recovery.** Mail Ms. Visconti in relation to the service of process matter. |
| 22 | JRP | 1.1 | **Asset Analysis and Recovery.** Respond to the mail from Ms. Visconti re the translation of the complaint and other documents against Mr. Lwis. Review the latest draft of the complaint. Discuss several points with Mr. Fernandez. Mail Ms. Visconti with comments on this draft. |
| 27 | AFC | 5.0 | **Asset Analysis and Recovery.** Go to Acarigua to go to the farm. |

| 28 | JRP | .7 | **Asset Analysis and Recovery.** Read the latest version of the complaint prepared by Ms. Visconti. Follow up with Mr. Fernandez re the estimated value of the sugarcane harvests. Mail Ms. Visconti with comments on the complaint. |
| 28 | AFC | 5.0 | **Asset Analysis and Recovery.** In Acarigua, go to the office of the Ministry of Agriculture and the National Land Institute, all re confirming ownership of the two farms and re attempting to obtain information on the sugar cane harvests. |

# DE SOLA PATE & BROWN
## ATTORNEYS & COUNSELORS
## CARACAS, VENEZUELA

TEL: (58-212) 793-9898  FAX: (58-212) 793-9043

www.desolapate.com
dplaw@desolapate.com

STREET ADDRESS:

TORRE DOMUS, PISO 16
AV. ABRAHAM LINCOLN
SABANA GRANDE
CARACAS

MAILING ADDRESSES:

FROM OUTSIDE VENEZUELA

CCS-6818
P. O. BOX 025801
MIAMI, FL 33102-5801

FROM INSIDE VENEZUELA

APARTADO 52147
CARACAS 1050-A

No. 2726-14
July 28, 2014

Melanie Damian, Esq., Receiver
c/o Damian & Valori
1000 Brickell Ave., Suite 1020
Miami, FL 33131

## DEBIT NOTE FOR PROFESSIONAL SERVICES

For professional services rendered Melanie Damian, Esq., as Receiver, during June 2014 in relation to the Venezuelan estate of Aubrey Lee Price, according to the attached detail.

Total of these services                                    US$2,344.00

**Total of this Debit Note**                               US$2,344.00


Please make payment by wire transfer to

| | |
|---|---|
| Account name: | De Sola Pate & Brown |
| Account number: | 3290213921 |
| Bank: | Citibank |
| Address: | 120 S. Biscayne Blvd., Miami, FL 33131 |
| ABA routing: | 266086554 |
| SWIFT: | CITIUS33 |

Or by check payable to De Sola Pate & Brown, for deposit only to account no. 3290213921, and mailed to Citibank, 120 S. Biscayne Blvd., Miami, FL 33131.

| | | | selling La Yaguarita. |
|---|---|---|---|
| 9 | JRP | .6 | **Asset Analysis and Recovery.** Mail Ms. Damian to clarify re the salary increase for Mr. Rodriguez; see her reply. See the mail from Ms. Damian re the position of Mr. Lwis in connection with selling La Yaguarita. Instruct Mr. Fernandez re an estimate for the value of this year's harvest. Mail Ms. Damian re the problem of trying to sell La Yaguarita without first resolving the situation of Mr. Lwis. |
| 9 | AFC | .8 | **Asset Analysis and Recovery.** Discussion with Messrs. Damian and Pate re the participation of Mr. Lwis in the ownership of the La Yaguarita farm. Exchange mails with Mr. Rodriguez re expenses in May. Exchange mails with Messrs. Damian and Pate re increasing the salary of Mr. Rodriguez as of May. |
| 10 | JRP | .4 | **Asset Analysis and Recovery.** Exchange mails with Messrs. Damian, Visconti and Fernandez re the attitude of Mr. Lwis vis a vis La Yaguarita, trying to obtain an estimate of this year's harvest, and re a conference call. |
| 10 | AFC | .5 | **Asset Analysis and Recovery.** Mails with Mr. Rodriguez re expenses in May, re a conference call about Mr. Lwis, and with Ms. Visconti re how it might be possible to have Mr. Lwis renounce any interest in La Yaguarita. |
| 13 | JRP | 1.5 | **Asset Analysis and Recovery.** See the estimate on the corn harvest from Mr. Rodriguez and send this to Ms. Damian. Conference call with Messrs. Damian, Visconti and Fernandez. Review the earlier draft document whereby Mr. Lwis was to assign his interest in La Yaguarita to Ms. Damian. Prepare a draft of a new document by which Mr. Lwis renounces any interest in La Yaguarita. Instruct Mr. Fernandez re this. |

| | | | |
|---|---|---|---|
| 13 | AFC | 1.3 | **Asset Analysis and Recovery.** Conference call with Messrs. Damian, Visconti and Pate re the farms and re the suit against Mr. Lwis. Exchange mails with Mr. Rodriguez re the estimate for the value of the corn harvest for this year. Call from Mr. Lwis complaining about the investigations as to the gains from the sugar cane farm. |
| 14 | AFC | .2 | **Asset Analysis and Recovery.** Mail Mdmes. Damian and Visconti re the call from Mr. Lwis. |
| 16 | JRP | .3 | **Asset Analysis and Recovery.** Discuss with Mr. Fernandez re his call with Mr. Lwis, re Paujicito. See the supposed assignment signed by Mr. Price transferring to Mr. Lwis the 50% interest of Mr. Price in Paujicito. Instruct Mr. Fernandez. |
| 17 | JRP | .3 | **Asset Analysis and Recovery.** See the mail from Mr. Fernandez re the call from Mr. Lwis questioning the investigation of the sugar harvests. Mail Ms. Damian re this and re the supposed assignment by Mr. Price to Mr. Lwis of the interest of Mr. Price in the sugarcane farm. |
| 17 | AFC | .2 | **Asset Analysis and Recovery.** Exchange mails with Mr. Romero re the investigation re the production of Paujicito. |
| 18 | LML | .5 | **Asset Analysis and Recovery.** Work on the proposed document whereby Mr. Lwis would renounce any interest in La Yaguarita. |
| 18 | AFC | .3 | **Asset Analysis and Recovery.** Review the proposed assignment document to hopefully be signed by Mr. Lwis. |
| 19 | JRP | .9 | **Asset Analysis and Recovery.** Work on the document for Mr. Lwis to renounce any interest in La Yaguarita. Mail Ms. Damian re this and to ask for instructions to proceed. |

| 20 | JRP | .1 | **Asset Analysis and Recovery.** See the response from Ms. Damian re proceeding with the declaration of Mr. Lwis renouncing his interest in La Yaguarita. Instruct Mr. Fernandez re this. |
| 20 | AFC | .1 | **Asset Analysis and Recovery.** See the approval of Ms. Damian to proceed with the proposed assignment by Mr. Lwis and prepare to deliver this to Mr. Lwis and his attorney. |

# DE SOLA PATE & BROWN
ATTORNEYS & COUNSELORS
CARACAS, VENEZUELA

TEL: (58-212) 793-9898     FAX: (58-212) 793-9043

www.desolapate.com
dplaw@desolapate.com

STREET ADDRESS:

TORRE DOMUS, PISO 16
AV. ABRAHAM LINCOLN
SABANA GRANDE
CARACAS

MAILING ADDRESSES:

FROM OUTSIDE VENEZUELA

CCS-6818
P. O. BOX 025801
MIAMI, FL 33102-5801

FROM INSIDE VENEZUELA

APARTADO 52147
CARACAS 1050-A

No. 2829-14
August 18, 2014

Melanie Damian, Esq., Receiver
c/o Damian & Valori
1000 Brickell Ave., Suite 1020
Miami, FL 33131

## DEBIT NOTE FOR PROFESSIONAL SERVICES

For professional services rendered Melanie Damian, Esq., as Receiver, during July 2014 in relation to the Venezuelan estate of Aubrey Lee Price, according to the attached detail.

Total of these services                                          US$7,007.50

**Total of this Debit Note**                                     **US$7,007.50**

Please make payment by wire transfer to

    Account name:      De Sola Pate & Brown
    Account number:    3290213921
    Bank:              Citibank
    Address:           120 S. Biscayne Blvd., Miami, FL 33131
    ABA routing:       266086554
    SWIFT:             CITIUS33

Or by check payable to De Sola Pate & Brown, for deposit only to account no. 3290213921, and mailed to Citibank, 120 S. Biscayne Blvd., Miami, FL 33131.

| 30 | JRP | .5 | **Asset Analysis and Recovery.** Work with Ms. Basciani on the service of process documents re the suit against Mr. Lwis. Re the mail from Ms. Visconti in re an attorney in Guatemala, call Ms. Nassar of the Nassar law firm and mails to Mdmes. Visconti and Nassar. |
| 30 | AFC | 4.0 | **Asset Analysis and Recovery.** Go to La Yaguarita to meet with Messrs. Mesias of Alimex and Rodriguez. Visit other properties in the area of Alimex. |
| 30 | MBY | .4 | **Asset Analysis and Recovery.** Review the court documentation re the Lwis suit, in re service of process. |
| 31 | JRP | .8 | **Asset Analysis and Recovery.** Discuss with Mr. Fernandez the results of his trip to Portuguesa. Mails re a conference call. Work on the service of process documentation re the Lwis suit. |
| 31 | AFC | 2.0 | **Asset Analysis and Recovery.** Calls with Messrs. Bastidas and Rodriguez. Return to Caracas. |
| 31 | MBY | .6 | **Asset Analysis and Recovery.** Work on the letter rogatory. |