

**Kapila/Mukamal**
CPAs, Forensic and Insolvency Advisors

| | SEC V. PFG, LLC<br>Client ID: 05402<br>Invoice # 117 - 05/31/14 | | |
|---|---|---|---|

| Staff | Hours | Rate | Amount |
|---|---|---|---|
| LESLEY J. JOHNSON, CPA, CIRA, Partner / Tax | 0.10 | 265.00 | $ 26.50 |
| SURUCHI BANEZ, CPA, CIRA, CFE [1,] Principal | 20.90 | 207.00 | 4,326.30 |
| SURUCHI BANEZ, CPA, CIRA, CFE[2], Principal | 0.00 | 150.00 | 0.00 |
| ANDREA N. FELDMAN, CPA, Forensic Analyst | 11.20 | 207.00 | 2,318.40 |
| KELSEY J. JOHNSON, Forensic Analyst | 1.10 | 130.00 | 143.00 |
| TOTAL FEES | 33.30 | | $ 6,814.20 |
| | Blended Rate | $204.63 | |
| TOTAL EXPENSES | | | 16.76 |
| TOTAL AMOUNT OF THIS INVOICE | | | $ 6,830.96 |

[1] Billed at $207 for Tasks other than Data Entry
[2] Billed at $150 for Data Entry

*1000 South Federal Highway, Suite 200*
*Fort Lauderdale, Florida 33316*
P 954·761·1011   F 954·761·1033

*SunTrust International Center*
*1 SE 3rd Avenue, Suite 2150*
*Miami, Florida 33131*
P 786·517·5771   F 786·517·5772

www.KapilaMukamal.com

EXHIBIT G



**Kapila/Mukamal**
CPAs, Forensic and Insolvency Advisors
1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Phone - 954-761-1011   F - 954-761-1033   www.kapilamukamal.com
EIN #46-5394135

SEC V. PFG, LLC
C/O MELANIE DAMIAN, RECEIVER
1000 BRICKELL AVENUE
SUITE 1020
MIAMI, FL 33131

Invoice: 117
05/31/2014
Client ID: 05402

FOR PROFESSIONAL SERVICES RENDERED THROUGH MAY 31, 2014

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| LITIGATION SUPPORT | | | | |
| 05/02/2014 | SKB | PREPARE UPDATED INVESTOR DATABASE FROM MASTER RECONSTRUCTION AND PROVIDE COUNSEL WITH ACCOMPANYING SUMMARY SCHEDULES. | 2.20 | 455.40 |
| 05/05/2014 | SKB | T/C WITH A. FELDMAN REGARDING UPDATED INVESTOR LIST AND RECONSTRUCTION. | 0.20 | 41.40 |
| 05/05/2014 | ANF | REVIEWED BANK RECONSTRUCTION AND PULLED INVESTOR SUPPORT FOR NELL ROLAND | 0.80 | 165.60 |
| 05/05/2014 | SKB | RESEARCH AND ANALYZE INVESTOR LIST PROVIDED BY COUNSEL AND UPDATE RECONSTRUCTION WITH NEW INFORMATION GLEANED FROM REVISED LIST FROM COUNSEL. | 1.10 | 227.70 |
| 05/06/2014 | ANF | REVIEWED TRANSACTIONS FOR 15 POTENTIAL TARGETS ALONG WITH SUPPORT TO DETERMINE LOCATION INFORMATION ABOUT EACH TARGET FOR COUNSEL TO CONTACT | 1.10 | 227.70 |
| 05/06/2014 | ANF | CREATED SCHEDULE OF TRANSACTIONS AND BANKING/LOCATION DETAIL WITH 15 POTENTIAL TARGETS AND EXTRACTED SUPPORT FOR COUNSEL | 0.80 | 165.60 |
| 05/06/2014 | SKB | RESEARCH AND ANALYZE NELL AND CARL ROLAND SUPPORT AND PROVIDE SUPPORTING DOCUMENTS FOR ALL RELATED TRANSACTIONS TO COUNSEL. | 0.80 | 165.60 |
| 05/06/2014 | SKB | REVIEW AND ANALYZE ADVANTA DOCUMENTS RELATING TO SHERRY AND JOHN THOMASON AND UPDATE RECONSTRUCTION AS NEEDED. | 1.20 | 248.40 |
| 05/06/2014 | SKB | PREPARE SCHEDULE WITH TARGET INFORMATION FOR 15 TARGETS FROM BANK RECONSTRUCTION PER REQUEST FROM COUNSEL. PROVIDE SUPPORT IF RECONSTRUCTION DOES NOT PROVIDE SUFFICIENT LEADS TO LOCATE TARGETS. | 2.10 | 434.70 |
| 05/07/2014 | ANF | REVIEWED RECONSTRUCTION AND UPDATED ROLAND INVESTOR CATEGORIES | 0.40 | 82.80 |
| 05/07/2014 | ANF | REVIEWED EXHIBIT C PROVIDED BY COUNSEL AND COMPARED INVESTOR LIST TO RECONSTRUCTION TO ENSURE ALL INVESTORS ARE ACCOUNTED FOR | 2.10 | 434.70 |
| 05/07/2014 | SKB | RESEARCH AND ADDRESS EMAIL FROM K. MURENA REGARDING CARL AND NELL ROLAND AND UPDATE RECONSTRUCTION ACCORDINGLY. | 0.40 | 82.80 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 05/07/2014 | SKB | FINALIZE SCHEDULE WITH TARGET INFORMATION FOR ABOUT 15 TARGETS FROM BANK RECONSTRUCTION PER REQUEST OF COUNSEL. GATHER SUPPORT IF RECONSTRUCTION DOES NOT PROVIDE SUFFICIENT LEADS TO LOCATE TARGETS. | 0.40 | 82.80 |
| 05/08/2014 | SKB | PREPARE UPDATED POTENTIAL FRAUDULENT TRANSFEREE SCHEDULES WITH REVISIONS FROM COUNSEL. | 1.80 | 372.60 |
| 05/08/2014 | SKB | REVIEW AND REVISE COMPARISON LIST OF INVESTORS FROM COUNSEL'S INVESTOR LIST WITH THOSE REPORTED IN RECONSTRUCTION AND NOTIFY COUNSEL OF DIFFERENCES. | 0.70 | 144.90 |
| 05/09/2014 | ANF | TELEPHONE CONFERENCE WITH S.BANEZ REGARDING REQUEST OF COUNSEL TO UPDATE INVESTORS | 0.30 | 62.10 |
| 05/09/2014 | ANF | REVIEWED INVESTOR LIST AND COMPARED TO RECONSTRUCTION TO DETERMINE IF CATEGORY NEEDS UPDATE OR CHANGE REGARDING COUNSEL'S COMMENTS | 1.10 | 227.70 |
| 05/09/2014 | ANF | REVIEWED PFG INVESTOR ACTIVITY AND UPDATED ANALYSIS FOR COUNSEL | 0.80 | 165.60 |
| 05/09/2014 | ANF | REVIEWED CHANGES IN CATEGORIES TO BE MADE AND UPDATED RECONSTRUCTION ALONG WITH POTENTIAL TARGET ANALYSIS | 0.70 | 144.90 |
| 05/09/2014 | SKB | MAKE CHANGES TO MASTER RECONSTRUCTION, INVESTOR DATABASE AND POTENTIAL FRAUDULENT TRANSFEREE SCHEDULES FROM K. MURENA AND CONFIRM ADDITION OF INVESTORS TO COUNSEL'S LIST. | 1.40 | 289.80 |
| 05/12/2014 | SKB | T/C WITH K.MURENA REGARDING BANK RECONSTRUCTION, INVESTOR DATABASE & POTENTIAL FRAUDULENT TRANSFEREE UPDATES AND CHANGES. | 0.50 | 103.50 |
| 05/12/2014 | SKB | T/C WITH A.FELDMAN REGARDING BANK RECONSTRUCTION, INVESTOR DATABASE & POTENTIAL FRAUDULENT TRANSFEREE UPDATES AND CHANGES. | 0.30 | 62.10 |
| 05/12/2014 | ANF | REVIEWED INVESTOR ACTIVITY IN RECONSTRUCTION TO DETERMINE NATURE OF ACTIVITY AND POSSIBILITY OF RECATEGORIZING OR UPDATING INVESTOR CATEGORY | 2.10 | 434.70 |
| 05/12/2014 | ANF | TELEPHONE CONFERENCE WITH S.BANEZ TO DISCUSS CHANGES TO BE MADE TO RECONSTRUCTION PER HER CONVERSATION WITH COUNSEL | 0.30 | 62.10 |
| 05/12/2014 | ANF | REVIEW OF INTERMEDIARY TRANSCATIONS UNDER INVESTOR CATEGORY AND UPDATED CATEGORY ACCORDING TO CONVERSATION WITH S.BANEZ | 0.70 | 144.90 |
| 05/12/2014 | SKB | REVIEW AND REVISE BANK RECONSTRUCTION WITH COUNSEL'S CHANGES AND PREPARE UPDATED INVESTOR DATABASE SCHEDULES AND POTENTIAL FRAUDULENT TRANSFEREE SCHEDULES. | 2.30 | 476.10 |
| 05/13/2014 | SKB | CONTINUE TO REFINE AND REVISE BANK RECONSTRUCTION WITH COUNSEL'S CHANGES AND PREPARE UPDATED INVESTOR DATABASE SCHEDULES AND POTENTIAL FRAUDULENT TRANSFEREE SCHEDULES. | 3.90 | 807.30 |
| 05/14/2014 | SKB | CONTINUE TO REFINE AND REVISE BANK RECONSTRUCTION WITH COUNSEL'S CHANGES AND PREPARE UPDATED INVESTOR DATABASE SCHEDULES AND POTENTIAL | 1.60 | 331.20 |

FRAUDULENT TRANSFEREE SCHEDULES.

## TAX SERVICES - PREPARE FORMS

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 05/01/2014 | KJJ | ASSEMBLY OF TAX RETURN | 0.30 | 39.00 |
| 05/02/2014 | LJJ | SIGN 2013 TAX RETURN | 0.10 | 26.50 |
| 05/07/2014 | KJJ | MAILING OF TAX RETURN | 0.20 | 26.00 |
| 05/14/2014 | KJJ | SCANNING AND EFILING OF TAX RETURN | 0.60 | 78.00 |

6,814.20

## EXPENSES

| Date | Type | Description | Amount |
|---|---|---|---|
| 05/07/2014 | EXP | POSTAGE | 2.66 |
| 05/30/2014 | EXP | COPY CHARGE | 14.10 |

16.76

Total amount of this invoice    $6,830.96

Invoice payable upon receipt. Thank you for this opportunity to be of service.



# Kapila/Mukamal
CPAs, Forensic and Insolvency Advisors

---

**SEC V. PFG, LLC**
**Client ID: 05402**
**Invoice # 163 - 06/30/14**

| Staff | Hours | Rate | Amount |
|---|---|---|---|
| SURUCHI BANEZ, CPA, CIRA, CFE [1,] Principal | 1.30 | 207.00 | $ 269.10 |
| SURUCHI BANEZ, CPA, CIRA, CFE [2], Principal | 0.00 | 150.00 | 0.00 |
| ANDREA N. FELDMAN, CPA, Forensic Analyst | 0.90 | 207.00 | 186.30 |
| **TOTAL FEES** | **2.20** | | **$ 455.40** |
| | Blended Rate | $207.00 | |
| TOTAL EXPENSES | | | 1.55 |
| **TOTAL AMOUNT OF THIS INVOICE** | | | **$ 456.95** |

[1] Billed at $207 for Tasks other than Data Entry
[2] Billed at $150 for Data Entry

The Kapila Building
1000 S. Federal Highway, Suite 200
Fort Lauderdale, Florida 33316
P 761.1011  F 954.761.1033

Sun Trust International Center
1 SE 3rd Avenue, Suite 2150
Miami, Florida  33131
P 736.517.5771  F 786-517.5772



**CPAs, Forensic and Insolvency Advisors**

1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Phone - 954-761-1011  F - 954-761-1033  www.kapilamukamal.com
EIN #46-5394135

SEC V. PFG, LLC
C/O MELANIE DAMIAN, RECEIVER
1000 BRICKELL AVENUE
SUITE 1020
MIAMI, FL 33131

Invoice: 163
06/30/2014
Client ID: 05402

FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE 30, 2014

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| LITIGATION SUPPORT | | | | |
| 06/02/2014 | ANF | REVIEW SUPPORT RECEIVED FROM COUNSEL FOR INVESTOR AND UPDATE RECONSTRUCTION WITH NEW INFORMATION | 0.30 | 62.10 |
| 06/03/2014 | SKB | RESEARCH AND ADDRESS EMAIL FROM K. MURENA REGARDING SUSANNAH GATERUD SUPPORTING DOCUMENTS PRODUCED AND UPDATE RECONSTRUCTION ACCORDINGLY. | 0.40 | 82.80 |
| 06/19/2014 | ANF | RESEARCH ROLAND TRANSACTIONS FROM COUNSEL TO DETERMINE POSSIBLE RECATEGORIZATION IN BANK RECONSTRUCTION | 0.60 | 124.20 |
| 06/19/2014 | SKB | REVIEW AND ANALYZE DOCUMENTS PRODUCED NELL AND CARL ROLAND INVESTORS AND REVISE RECONSTRUCTION ACCORDINGLY. | 0.90 | 186.30 |
| | | | | 455.40 |
| EXPENSES | | | | |
| 06/14/2014 | EXP | LONG DISTANCE BILL 06.14.14 | | 0.50 |
| 06/30/2014 | EXP | PRINTED COPY CHARGE JUNE 2014 | | 1.05 |
| | | | | 1.55 |
| | | Total amount of this invoice | | $456.95 |

Invoice payable upon receipt. Thank you for this opportunity to be of service.



CPAs, Forensic and Insolvency Advisors

| | **SEC V. PFG, LLC**<br>**Client ID: 05402**<br>**Invoice # 280 - 07/31/14** | | |
|---|---|---|---|

| **Staff** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| SURUCHI BANEZ, CPA, CIRA, CFE [1,] Principal | 5.50 | 207.00 | $ 1,138.50 |
| SURUCHI BANEZ, CPA, CIRA, CFE [2], Principal | 0.00 | 150.00 | 0.00 |
| ANDREA N. FELDMAN, CPA, Forensic Analyst | 1.50 | 207.00 | 310.50 |
| TOTAL FEES | 7.00 | | $ 1,449.00 |
| | Blended Rate | $207.00 | |
| TOTAL EXPENSES | | | 0.30 |
| TOTAL AMOUNT OF THIS INVOICE | | | $ 1,449.30 |

[1] Billed at $207 for Tasks other than Data Entry
[2] Billed at $150 for Data Entry

The Kapila Building
1000 S. Federal Highway, Suite 200
Fort Lauderdale, Florida 33316
P 761.1011  F 954.761.1033

Sun Trust International Center
1 SE 3rd Avenue, Suite 2150
Miami, Florida  33131
P 736.517.5771  F 786-517.5772



## Kapila/Mukamal
CPAs, Forensic and Insolvency Advisors

1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Phone - 954-761-1011  F - 954-761-1033  www.kapilamukamal.com
EIN #46-5394135

SEC V. PFG, LLC
C/O MELANIE DAMIAN, RECEIVER
1000 BRICKELL AVENUE
SUITE 1020
MIAMI, FL 33131

Invoice: 280
07/31/2014
Client ID: 05402

FOR PROFESSIONAL SERVICES RENDERED THROUGH JULY 31, 2014

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| **LITIGATION SUPPORT** | | | | |
| 07/15/2014 | SKB | RESEARCH AND ADDRESS REQUEST FROM K. MURENA REGARDING FUNDING INTO CONVERGEX AND NORTHPOINT PFG LLC ACCOUNTS. | 1.30 | 269.10 |
| 07/16/2014 | SKB | RESEARCH AND ADDRESS INQUIRY FROM K. MURENA REGARDING COMMINGLED FUNDS IN NORTHPOINT TRADING AND CONVERGEX ACCOUNTS. | 1.20 | 248.40 |
| 07/17/2014 | SKB | RESEARCH AND ADDRESS INQUIRIES FROM A. FERNANDEZ REGARDING SCAN INTERNATIONAL TRANSACTIONS AND BREAKDOWN BETWEEN U.S. ENTITY AND SOUTH AMERICAN ENTITY. | 0.30 | 62.10 |
| 07/18/2014 | SKB | DRAFT NARRATIVE FOR SECOND QUARTER STATUS REPORT. | 1.80 | 372.60 |
| 07/22/2014 | ANF | REVIEWED TRANSACTIONS FROM RECONSTRUCTION AND CREATED PAYMENT SCHEDULE FOR WOODRUM, VAN NUSS, AND A&D FOR COUNSEL | 0.80 | 165.60 |
| 07/22/2014 | ANF | REVIEWED TRANSFER SCHEDULE FOR WOODRUM, A&D & VAN NUSS AND COMBINED SUPPORT FOR COUNSEL | 0.70 | 144.90 |
| 07/22/2014 | SKB | REVIEW AND REVISE DETAILED SCHEDULES OF TRANSACTIONS TO AND FROM ANFRE WOODRUM, ADAM VAN NUSS AND A&D HOSPITALITY AND PROVIDE SUPPORT REGARDING THE SAME. | 0.90 | 186.30 |
| | | | | 1,449.00 |
| **EXPENSES** | | | | |
| 07/31/2014 | EXP | COPY CHARGE | | 0.30 |
| | | | | 0.30 |
| | | Total amount of this invoice | | $1,449.30 |

*Invoice payable upon receipt. Thank you for this opportunity to be of service.*