**EXHIBIT D**

*Securities and Exchange Commission v. Aubrey Lee Price, et al.*
Case No. 1:12-cv-2296-TCB (N.D. Ga.)

## Genworth Life Insurance Company's Amended Privilege Log

| Log Number | Bates Number(s) | Number of Pages | Date | Author | Recipient | Persons Included in Lower E-mail Strings | Description | Nature of Protection Claimed |
|---|---|---|---|---|---|---|---|---|
| P-1 | Genworth000127-Genworth000138 | 12 | 10/12/2012 | Barbara Campbell [in-house legal coordinator] | Hunter Hopkins [Genworth employee] | n/a | E-mail string between Genworth in-house legal coordinator and Genworth employee relating to analysis and advice of in-house counsel reflecting the beneficiary change to Aubrey Lee Price's Policy | Attorney-client privilege; work-product doctrine |
| P-2 | Genworth000205-Genworth000207 | 3 | 6/26/2012 | n/a | n/a | n/a | Memorandum and related communication prepared by in-house counsel in anticipation of litigation pertaining to Price insurance policies | Attorney-client privilege; work-product doctrine |
| P-3 | Genworth000333-Genworth000335 | 3 | 6/26/2012 | n/a | n/a | n/a | Memorandum and related communication prepared by in-house counsel in anticipation of litigation pertaining to Price insurance policies | Attorney-client privilege; work-product doctrine |
| P-4 | Genworth000589-Genworth000597 | 9 | 6/26/2012 | n/a | n/a | n/a | Memorandum and related communication prepared by in-house counsel in anticipation of litigation pertaining to Price insurance policies | Attorney-client privilege; work-product doctrine |
| P-5 | Genworth000598-Genworth000599 | 2 | 10/12/2012; 10/15/2012 | n/a | n/a | n/a | Policy standard notes reflecting communications and advice of legal department regarding policy change, produced in redacted form | Attorney-client privilege; work-product doctrine |
| P-6 | Genworth000609-Genworth000610 | 2 | 6/26/2012 | n/a | n/a | n/a | Memorandum and related communication prepared by in-house counsel in anticipation of litigation pertaining to Price insurance policies | Attorney-client privilege; work-product doctrine |
| P-7 | Genworth000669-Genworth000677 | 9 | 10/12/2012 | Hunter Hopkins [Genworth employee] | Barbara Campbell [in-house legal coordinator] | n/a | E-mail string with attachment between Genworth in-house legal coordinator and Genworth employee relating to analysis and advice of in-house counsel reflecting the beneficiary change to Aubrey Lee Price's Policy | Attorney-client privilege; work-product doctrine |

*Securities and Exchange Commission v. Aubrey Lee Price, et al.*
Case No. 1:12-cv-2296-TCB (N.D. Ga.)

## Genworth Life Insurance Company's Amended Privilege Log

| Log Number | Bates Number(s) | Number of Pages | Date | Author | Recipient | Persons Included in Lower E-mail Strings | Description | Nature of Protection Claimed |
|---|---|---|---|---|---|---|---|---|
| P-8 | Genworth000680-Genworth000681 | 2 | 6/25/2012 | Angela Price [Genworth employee] | Michelle Clark [Genworth employee]; Barbara Campbell [in-house legal coordinator] | n/a | Redacted and produced email to in-house legal coordinator regarding conversation with Sgt. Aaron Pritchett | Attorney-client privilege; work-product doctrine |
| P-9 | Genworth000682-Genworth000687 | 6 | 7/13/2012 | Barbara Campbell [in-house legal coordinator] | John Pettit [Genworth employee]; Mary Barney [in-house attorney] | n/a | E-mail with attachments from in-house legal coordinator to Genworth employee and in-house counsel reflecting the analysis, advice, and impressions of legal counsel regarding Price's insurance policies | Attorney-client privilege; work-product doctrine |
| P-10 | Genworth000729-Genworth000731 | 3 | 6/27/2012 | Mary Barney [in-house attorney]; Hunter Hopkins [Genworth employee] | | n/a | Legal memorandum by in-house attorney reflecting mental impressions, advice, and analysis after Genworth was contacted by law enforcement about Price | Attorney-client privilege; work-product doctrine |
| P-11 | Genworth000732-Genworth000736 | 5 | 8/15/2014; 1/13/2014; 1/10/2014 | Reinaldo Carvajal [Genworth employee] | Mary Barney [in-house attorney] | Harry Markland [Genworth employee] | E-mail string regarding analysis of legal issues and Genworth's litigation strategy after Aubrey Lee Price reappeared | Attorney-client privilege; work-product doctrine |

*Securities and Exchange Commission v. Aubrey Lee Price, et al.*
Case No. 1:12-cv-2296-TCB (N.D. Ga.)

## Genworth Life Insurance Company's Amended Privilege Log

| Log Number | Bates Number(s) | Number of Pages | Date | Author | Recipient | Persons Included in Lower E-mail Strings | Description | Nature of Protection Claimed |
|---|---|---|---|---|---|---|---|---|
| P-12 | Genworth000737 | 1 | 8/15/2014 | Reinaldo Carvajal [Genworth employee] | Mary Barney [in-house attorney] | n/a | E-mail from Genworth employee to in-house counsel relating to and in connection with litigation, produced in redacted form | Attorney-client privilege; work-product doctrine |
| P-13 | Genworth000738-Genworth000739 | 2 | 8/18/2014; 8/15/2014 | Mary Barney [in-house attorney] | Raul Cuervo [outside counsel] | Peggy Shaner [Genworth paralegal]; Reinaldo Carvajal [Genworth employee] | E-mails between in-house and outside counsel and Genworth employee relating to and in connection with litigation, produced in redacted form | Attorney-client privilege; work product doctrine |
| P-14 | Genworth000740-Genworth000745 | 6 | 8/18/2014; 8/14/2014 | Mary Barney [in-house attorney] | Raul Cuervo [outside counsel] | Reinaldo Carvajal [Genworth employee] | E-mails between in-house and outside counsel and Genworth employee relating to and in connection with litigation, produced in redacted form | Attorney-client privilege; work-product doctrine |