IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

AUBREY LEE PRICE *et al.*,

    Defendants.

GENWORTH LIFE INSURANCE
COMPANY,

    Plaintiff in Intervention,

v.

MELANIE E. DAMIAN,
In her capacity as Receiver,

    Defendant in Intervention.
_____/

Case No. 1:12-CV-2296-TCB

## CERTIFICATION OF SERVICE

Pursuant to Northern District of Georgia Local Rule 5.4, Plaintiff in Intervention Genworth Life Insurance Company ("Genworth"), hereby certifies that on this 15th day of October, 2014, Genworth served its Objections to Receiver's Notice of Videotape Deposition Pursuant to Rule 30(b)(6) of the

- 1 -

Federal Rules of Civil Procedure via electronic mail to the following counsel of record at the email addresses listed below:

**Madison Graham Loomis**
**W. Shawn Murnahan**
Securities & Exchange Commission-GA
950 East Paces Ferry Rd., N.E., Suite 900
Atlanta, GA 30326-1382
Telephone: 404-842-7600
Email: loomism@sec.gov
Email: murnahanw@sec.gov

**Christopher C. Frost**
**Charles Andrew Kitchen**
**Alexander Bunnen Feinberg**
Maynard Cooper & Gale
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203-2602
Telephone: 205-254-1186
Email: cfrost@maynardcooper.com
Email: dkitchen@maynardcooper.com
Email: afeinberg@maynardcooper.com

**Alan Francis Curley**
Robinson Curley & Clayton, P.C.
300 South Wacker Drive
Chicago, IL 60606
Telephone: 312-663-3100
Email: acurley@robinsoncurley.com

**Robert J. Waddell , Jr.**
McGuire Woods LLP-GA
1230 Peachtree Street, N.E.
Suite 2100, Promenade II
Atlanta, GA 30309
Telephone: 404-443-5500
Fax: 404-443-5599
Email: rwaddell@mcguirewoods.com

**Philip Keith Lichtman**
Mills, Paskert, Divers P.C.
1355 Peachtree Street NE, Suite 1550
Atlanta, GA 30309
Telephone: 404-870-8200
Email: klichtman@mpdlegal.com

**Andrew E. Worrell**
Petitt Worrell Craine Wolfe, LLC
One Glenlake
1 Glenlake Parkway, N.E., Suite 1030
Atlanta, GA 30328-7267
Telephone: 404-249-7480
Fax: 404-442-4463
Email: andrew@petittworrell.com

**Guy F. Giberson**
Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, FL 33131
Telephone: 305-371-3960
Email: ggiberson@dvllp.com

**Jason Mazer**
Ver Ploeg & Lumpkin, P.A.
100 S.E. Second Street, 30th Floor
Miami, Fl 33131
Telephone: 305-577-3996
Email: jmazer@vpl-law.com

36829217.1

**Kenneth Dante Murena**
Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, FL 33131
Telephone: 305-371-3960
Email: kmurena@dvllp.com

**Peter D. Muller**
Goodman McGuffey Lindsey & Johnson, LLP
532 Stephenson Avenue, Suite 300
Savannah, GA 31405-5987
Telephone: 912-503-2170
Email: pmuller@gmlj.com

This 15th day of October, 2014.

Respectfully submitted,

*/s/ David Forestner*
David J. Forestner
Georgia Bar No. 269177
CARLTON FIELDS JORDEN BURT, P.A.
One Atlantic Center, Suite 3000
1201 W. Peachtree Street
Atlanta, GA 30309
Phone: 404-815-3400
Fax: 404-815-3415
Email: dforestner@cfjblaw.com

Raul Cuervo (admitted *pro hac vice*)
Carlton Fields Jorden Burt, P.A.
Miami Tower
100 S.E. Second Street, Suite 4200
Miami, FL 33131-2113
Phone: 305-530-0050
Fax: 305-530-0055
Email: rcuervo@cfjblaw.com

***Attorneys for Plaintiff in Intervention
Genworth Life Insurance Company***