# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:12-cv-02296-TCB
### Securities and Exchange Commission v. Price et al
### Honorable Timothy C. Batten, Sr.

Minute Sheet for proceedings held In Open Court on 10/21/2014.

TIME COURT COMMENCED: 10:40 A.M.
TIME COURT CONCLUDED: 10:50 A.M.        COURT REPORTER: Lori Burgess
TIME IN COURT: 00:10                    DEPUTY CLERK: Julee Smilley
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Raul Cuervo representing Genworth Life Insurance Company<br>Alexander Feinberg representing Household Life Insurance Company<br>David Forestner representing Genworth Life Insurance Company<br>Charles Kitchen representing Household Life Insurance Company<br>Jason Mazer representing Melanie Damian |
| PROCEEDING CATEGORY: | Discovery Hearing(Oral Argument Hearing); |
| MOTIONS RULED ON: | [224]Motion for Extension of Time to Complete Discovery GRANTED Discovery ends 12/19/14. |
| MINUTE TEXT: | Prior to the hearing counsel discussed the issues and reached agreement on some issues (see record). Summary Judgment motions are due in accordance with the Local and Federal Rules. |