SEC v. PFG, LLC                           www.dvllp.com

|  |  |
|---|---|
| Invoice Date: | October 31, 2014 |
| End of Billing Date: | Oct 31/14 |

**Attention:**  Securities Exchange Commission

|  |  |
|---|---|
| Client #: | 676 |
| Inv #: | 11142 |

**RE:**     SEC v. Aubrey Lee Price; PFG LLC et al, Case No. 1:12-cv-2296

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Aug-01-14 | [Asset analysis and recovery] Telephone call with Venezuelan counsel regarding status and strategy regarding potential sale of property and/or harvest (.5); review and comment on FDIC proposal (.5). | 1.00 | 265.00 | MME |
|  | [Asset analysis and recovery] Prepare for further interview of Mr. Price(2.5); conduct interview with Mr. Price (3.8); prepare summaries of interviews with Mr. Price, Mr. Roundtree and Mr. Powell (2.1); telephone conferences with counsel regarding issues arising in interviews (1.2). | 9.60 | 2,544.00 | GFG |
|  | [Asset analysis and recovery] Email from local counsel in Georgia confirming filing of Complaint against SCAN International and its principals, review Summonses issued by the Court, and coordinate serving of Complaint and Summonses (.2); emails with special insurance counsel regarding preparation of responses to life insurance companies' discovery requests and information to be included and documents to be referenced or produced with those response, review various documents and provide information responsive to requests (.9); review forensic reports for certain deposits into PFG and PFGBI accounts during certain months and the supporting documents for those deposits and coordinate | 1.70 | 450.50 | KDM |

EXHIBIT "B"

sending those documents evidencing the deposits to individual requesting them (.4); email from special insurance counsel regarding drafts of Receiver's Response to Genworth's Interrogatories, Requests for Admissions and Requests for Production and begin reviewing those drafts (.2).

| | | | | |
|---|---|---|---|---|
| | [Case administration] Email from website manager confirming posting of the latest Status Report on the receivership website and review website to confirm all updates and additions were made properly (.2); emails and telephone call from Receiver regarding her revisions to the FDIC-R's latest revision to the global settlement agreement, review the Receiver's revisions, strategize with the Receiver and team members regarding those and other possible revisions, and revise agreement pursuant to requests and comments of Receiver and team members (.9); prepare and send email to counsel for FDIC-R forward the Receiver's revision to the FDIC-R's latest revised agreement (.1). | 1.20 | 318.00 | KDM |
| | [Asset analysis and recovery] Emails to and from Alina Nassar regarding representation in Guatemala (0.2). | 0.20 | 30.00 | AF |
| Aug-04-14 | [Asset analysis and recovery] Email with insurance counsel regarding various issues (.3); review and revise interrogatory answers in Life Insurance matters and responses to requests for admissions(.6); review and execute FDIC real estate agreement (.3). | 1.50 | 397.50 | MME |
| | [Asset analysis and recovery] Review documents on server regarding claims against auditor, law firm and directors and officers (1.7); research comparative fault issues in Georgia regarding claims for 2010 conduct (1.4); review Third Amended Complaint regarding additional information about motive for 2010 conduct and research same (1.9). | 5.00 | 1,325.00 | GFG |
| | [Asset analysis and recovery] Continue reviewing and begin revising drafts of Receiver's Response to Genworth's | 2.80 | 742.00 | KDM |

Interrogatories, Requests for Admissions and Requests for Production and begin reviewing those drafts (.6); discuss the Receiver's revisions to those discovery responses and work on incorporating the Receiver's revisions in the responses (.7); work with team members on confirming all investigations of the Receiver and counsel and all persons that the Receiver and counsel interviewed in connection with those investigations, discuss with Receiver and revise the discovery responses accordingly (.7); exchange emails with special insurance counsel regarding revisions to the Receivers responses to Genworth's discovery requests (.2); report to Receiver the status of retaining counsel in Guatemala for purposes of action against SCAN and its principals and having the Complaint professionally translated and follow up on search for Guatemala counsel (.2); review Consent Motion for extension of time for Receiver to respond to Complaint of St. Paul Mercury in declaratory relief action pursuant to the Financial Institution Bond, review special insurance counsel's proposed revision thereto, discuss with Receiver, and send email to special insurance counsel approving form of the Motion (.3); review invoice from expert regarding legal malpractice and discuss with team members (.1).

| | | | |
|---|---|---|---|
| [Case administration] Emails with counsel for FDIC-R regarding FDIC-R's acceptance of latest revision to the Agreement resolving all real estate issues with the FDIC-R and the parties' execution of that Agreement (.1); review that Agreement, confirm that all of the Receiver's latest changes are incorporated, discuss with Receiver further revisions regarding the Court's approval and removing certain Longboat Key property sale requirements imposed by the Court, and send emails to counsel for FDIC-R regarding proposed revisions to address these administrative issues (.6); revise Partial Settlement Agreement to address those administrative issues and send proposed | 1.20 | 318.00 | KDM |

revision to counsel for FDCI-R and counsel
for SEC for review and approval (.5).

|  | [Asset analysis and recovery] SCAN: Phone call with Alina Nassar and Carlos Castillo regarding representation in Guatemala. | 0.30 | 45.00 | AF |
|---|---|---|---|---|
| Aug-05-14 | [Asset analysis and recovery] Meetings with counsel regarding status and strategy for FDIC, Auditor and Nelson Mullins issues. | 0.50 | 132.50 | MME |
|  | [Asset disposition] Review Notice of Termination of Contract with potential purchaser of the Longboat Key property based on his failure to provide deposit  and exchange emails with real estate counsel regarding sending that Notice (.1). | 0.10 | 26.50 | KDM |
|  | [Asset analysis and recovery] Follow up on getting Complaint against SCAN International and its principals translated, review quotes for translation services, discuss with Receiver and coordinate obtaining quote from Venezuela counsel's translation service (.2); review emails with counsel for St. Paul Mercury regarding Consent Motion for Extension of Time for Receiver to Respond to Complaint and follow up on agreement to form and the filing of the Motion (.1); review Instructions issued by Judge Batten who was assigned to the action against SCAN and inter principals and review those Instructions (.2); coordinate preparation of Motions to appear pro hac vice in actions against SCAN and against O. Lwis and coordinate contacting local counsel in N.D. Ga. for purposes of designating counsel in that jurisdiction (.2); strategize with Receiver and team members regarding investigation of services performed by auditor of MB&T and their communications with A.L. Price and another auditor for purposes of formulating the Receiver's claim against auditor, negotiating a tolling agreement, and determining the applicable statute of limitations (.6); review invoice from expert for purposes of the Receiver's claims against Nelson Mullins and discuss with team members services provided and to be provided | 4.20 | 1,113.00 | KDM |

by expert and status of negotiations with Nelson Mullins (.2); review and revise Complaint against A&D Hospitality and A. Van Nus and present to Receiver for review (2.7).

| | | | |
|---|---|---|---|
| | [Case administration] Emails from and to counsel for FDIC-R regarding their acceptance of the Receiver's final revisions to the Agreement resolving all real estate issues and proposed further minor revisions, review and approve the FDIC's final minor revisions, and request final execution copy of the Agreement (.3). | 0.30 | 79.50 | KDM |
| | [Asset analysis and recovery] Emails to and from Alfredo Fernandez regarding translation of Complaint (0.2). | 0.20 | 30.00 | AF |
| | [Asset analysis and recovery] SCAN: Review Instruction to Parties and Counsel issued by Judge. | 0.30 | 45.00 | AF |
| Aug-06-14 | [Asset analysis and recovery] Review and revise Complaint against A & D. | 0.30 | 79.50 | MME |
| | [Asset analysis and recovery] Emails with Venezuela counsel regarding certified translation of Complaint against O. Lwis and obtaining a translation of Complaint against SCAN and its principals that will be effective in Guatemala and Nicaragua (.2); emails with special insurance counsel regarding the Receiver's verification of her Responses to the life insurance companies' discovery requests and coordinate and follow up on having Receiver sign the verifications and sending them to special insurance counsel for filing (.2); review final versions of the Receiver's Responses to those discovery requests, receive confirmation of their being served on counsel for the life insurance counsel, and review notice of service filed with the Court (.2); review recent case law related to a receiver's claim for a tax refund and discuss with Receiver our investigation into the income taxes paid by Receivership entities and whether the Receiver has a claim for any | 1.50 | 397.50 | KDM |

refund (.3); discuss with Receiver revisions to be made to the Complaint against A&D Hospitality and A. Van Nus, revise Complaint accordingly and perform final review and revision to the Complaint, and coordinate finalizing and filing of Complaint (.6).

| | | | |
|---|---|---|---|
| [Case administration] Emails with counsel for FDIC-R regarding status of the Receiver's consideration of final revision to the Partial Settlement Agreement resolving issues related to real property and the review and consideration of counsel for the SEC, the timing of the approval and execution of the Agreement and seeking Court approval (.2); meet with Receiver to discuss the FDIC-R's final revisions to the Agreement (.1); emails with counsel for SEC regarding the FDIC-R's final revisions to the Agreement and forward counsel the final draft (.2). | 0.50 | 132.50 | KDM |
| [Asset analysis and recovery] Email to Alina Nassar regarding status of the Retainer Agreement. | 0.10 | 15.00 | AF |

Aug-07-14    [Asset analysis and recovery] Assist with          1.40          371.00          KDM
preparation of Civil Cover Sheet for Complaint against A&D Hospitality and principals and follow up with local counsel on review, approval and filing of Complaint (.3); assist with gathering additional documents to be produced to Plaintiffs and Defendants in FINRA actions pursuant to Subpoenas and coordinate notifying respective counsel that certain responsive documents cannot be produced pursuant to Confidentiality Agreement with the FDIC-R (.4); review Notice of Change of Address of counsel for St. Paul Mercury and coordinate updated contact information and Service Lists (.1); review statute of limitations analysis for all fraudulent transferees and investors who received net gains, strategize regarding issues to research related to the discovery rule and the applicable statute of repose, review provision in Receivership Order tolling applicable statutes of limitations, determine which fraudulent transferees to file actions against and which

net winning investors to enter into tolling agreements with, strategize regarding claims to allege against fraudulent transferees, and coordinate preparation of Complaints (.4); telephone call and email from title company for sale of real property once owned by Gary Olin, who paid his debt to the Estate pursuant to loan from PFG, requesting Satisfaction of Mortgage, and review proposed Satisfaction of Mortgage and documents regarding forthcoming sale of the property, the deed to the property and related documents (.2).

| | | | | |
|---|---|---|---|---|
| | [Case administration] Email from counsel or SEC regarding comments and suggestions for revisions to proposed Partial Settlement Agreement resolving disputes with the FDIC-R related to the real properties, revise that Agreement to address counsel's comments and suggestions, and send to counsel for FDIC-R for review and consideration (.9). | 0.90 | 238.50 | KDM |
| | [Asset analysis and recovery] Revise and update statute of limitations analysis chart (1.0); Email to forensic accountant requesting the dates and amounts of transfers sent to individuals which are not on the statute of limitations chart (0.2). | 1.20 | 180.00 | AF |
| | [Asset analysis and recovery] Review Appointment Order for tolling provision (0.2); Research regarding discovery rule for fraudulent transfers in Georgia (0.4). | 0.60 | 90.00 | AF |
| Aug-08-14 | [Asset analysis and recovery] Strategize with team members regarding preparation of Complaint against two fraudulent transferees and allegations to include regarding the Receiver's discovery of the transfers and the lack of reasonable equivalent value provided by transferees (.5); review research memorandum of law on statute of limitations, discovery rule and equitable tolling of the statute in Florida and Georgia and strategize regarding further research required for equitable tolling and discovery rule for fraudulent transfer actions in Georgia (.5); receive report of findings from research of | 5.90 | 1,563.50 | KDM |

equitable tolling and discovery rule in
Georgia, review applicable case law, and
strategize with team members regarding
application to the Receiver's claims against
certain third parties (.8); follow up on filing of
Application to appear pro hac vice in action
against SCAN International and its principals
and receive notice form Court of admission
pro hac vice in that action (.2); explain to
Receiver circumstances surrounding upcoming
sale of property once owned by Gary Olin and
title company's need for Satisfaction of
Mortgage, have Receiver review and sign
Satisfaction, send to title company, receive
email with shipping label and coordinate
sending original Satisfaction to title company
(.3); work on Subpoenas to auditors of MB&T,
strategize with team member regarding
documents to request, review proposed
document request, and finalize and sign the
Subpoena and coordinate service thereof (.4);
follow up on settlement negotiations with
Nelson Mullins (.1); receive update regarding
search for certain fraudulent transferees for
purposes of serving them with Complaint to
avoid fraudulent transfers (.2); assist with
factual allegations for Complaints against two
fraudulent transferees (.5); exchange emails
with forensic accountant regarding obtaining
updated forensic analyses of transfers between
those fraudulent transferees and the
Receivership Defendants, review those
updated analyses, strategize with team
members working on Complaints against those
transferees and coordinate incorporating
updated transfer amounts (.5); review and
revise Complaints against two fraudulent
transferees and present to the Receiver for
review (1.3); review updated forensic analyses
of transfers to investors with net gains for
purposes of determining commencement of
applicable limitations periods and strategize
with team members (.3); follow up on
negotiations with auditor of MB&T regarding
entering into a tolling agreement, strategize
with team members, and review the proposed
tolling agreement and the letter presenting it to
the auditor (.3).

| | | | | |
|---|---|---|---|---|
| | [Case administration] Follow up on the FDIC-R's consideration of the Receiver's latest revision to the global settlement agreement (.1). | 0.10 | 26.50 | KDM |
| | [Asset analysis and recovery] Research regarding tolling of statute of limitation in Georgia (1.3); Draft email memorandum regarding tolling of statute of limitation based on fraud (0.4). | 1.70 | 255.00 | AF |
| | [Asset analysis and recovery] Conference with K. Murena and G. Giberson regarding tolling of the statute of limitations (0.3); Research regarding application of statute of limitations against a Receiver (1.1). | 1.40 | 210.00 | AF |
| | [Asset analysis and recovery] Draft Complaint for fraudulent transfer against Cannady and review forensic analysis re transfers to Cannady. | 2.80 | 742.00 | CP |
| Aug-11-14 | [Asset analysis and recovery] Review correspondence from Nelson Mullins and e-mail to counsel regarding same (.2); review and revise complaints against Cannady and Adams (1.0). | 1.20 | 318.00 | MME |
| | [Asset analysis and recovery] Meet with Receiver regarding Complaints against fraudulent transferees (.2); review Summonses issued by the Court in action against A&D Hospitality its principal and coordinate service of Complaint and Summonses on Defendants (.1); review Instructions from Judge Batten for action against A&D and its principal and coordinate calendaring applicable deadline (.2); review and approve Rule 5.4 Certificate of Service for the Subpoenas sent to the former auditors of MB&T and coordinate filing with the Court (.1); coordinate sending Complaint against SCAN International and its principals to prospective counsel in Guatemala and Nicaragua to obtain certified translation for purposes of serving Complaint and other process in jurisdictions where SCAN International and its principals are located, and contacting prospective counsel to strategize | 1.70 | 450.50 | KDM |

regarding service, translation and related matters (.8); email from prospective counsel in Guatemala regarding fee for translation and Receiver's approval thereof (.1); review letter from Nelson Mullins producing supplemental production in response to our request for documents and discuss with team members (.2).

| | | | |
|---|---|---|---|
| | [Case administration] Review proposed engagement letter from prospective counsel in Guatemala and Nicaragua, have Receiver review engagement letter and discuss with and obtain approval from Receiver, and coordinate preparation of Application to employ such counsel (.4). | 0.40 | 106.00 | KDM |
| | [Asset analysis and recovery] SCAN: Emails from and to Alina Nassar, Guatemala counsel, regarding potential engagement letter (0.2); Review engagement letter sent by Alina Nassar (0.2); Email to Alina Nassar accepting the terms of the engagement letter (0.1); Email to and from Jeanette Arango regarding translation of the Complaint (0.2). | 0.70 | 105.00 | AF |
| Aug-12-14 | [Asset analysis and recovery] Meet with Receiver regarding Complaints against certain fraudulent transferees, her approval of those Complaints, our efforts to locate those transferees and lack of responses to multiple demand letters, and the accounts into which the transfers from Defendants were deposited (.2); review forensics reflecting accounts into which transferees received the transfers and coordinate preparation of Subpoenas to the banks where those accounts were located (.3); review emails with counsel for the auditor of MB&T regarding the basis for the Receiver's claims and the entry into a tolling agreement and strategize with team members regarding dealing with that counsel (.3). | 0.80 | 212.00 | KDM |
| | [Case administration] Emails to and from counsel for FDIC-R regarding the latest revisions to the Agreement resolving all real estate issues and scheduling a call to address those issues (.2). | 0.20 | 53.00 | KDM |

| | | | | |
|---|---|---|---|---|
| | [Case administration] (No charge - Fee Applications)  Work on gathering invoices from real estate counsel for purposes of preparing fee application, exchange emails with real estate counsel, and review invoice and coordinate incorporating amounts of fees and costs and description of work performed into fee application (.2). | 0.20 | 0.00 | KDM |
| | [Asset analysis and recovery] SCAN: Fill out client registration form sent by Jeanette Arango at office of Guatemala counsel and email back. | 0.20 | 30.00 | AF |
| Aug-13-14 | [Case administration] Meet with counsel regarding FDIC update. | 0.20 | 53.00 | MME |
| | [Asset analysis and recovery] Draft tolling agreement (.6); conferences with counsel for auditing firm and his assistant regarding comments to tolling agreement (0.3); revise and re-circulate (0.3); review agreement signed by counsel, conference with counsel regarding conditions and strategy (0.4). | 1.60 | 424.00 | GFG |
| | [Asset analysis and recovery] Conference with counsel regarding strategy as to auditor of MCBI, telephone conference with counsel for auditor, Johannes Kingma, regarding tolling agreement and related issues. | 0.50 | 132.50 | GFG |
| | [Asset analysis and recovery] Strategize with team members regarding which fraudulent transferees to sue based on forensic analyses and status of negotiations with certain transferees, and assist with preparation of Complaints against certain fraudulent transferees (.4); meet with Receiver regarding status of negotiations with Nelson Mullins and negotiations with counsel for the FDIC-R regarding the global settlement agreement (.2); telephone call and email from counsel for auditor of MB&T and strategize with Receiver and team members regarding claims against that auditor and its successor entity and status of their agreement to enter into tolling agreements (.5); email from Jim Price regarding his recent communications with A.L. | 1.90 | 503.50 | KDM |

Price and certain documents supporting the Receiver's claims against various third parties and strategize with team members regarding obtaining further information from A.L. Price and locating certain relevant documents (.4); review coordinated action plan from special insurance counsel for purposes of the Receiver's claims under and interest in all insurance policies and the financial institution bond and discuss with the Receiver (.4).

| | | | | |
|---|---|---|---|---|
| | [Case administration] Telephone call with counsel for the FDIC-R regarding the latest revisions to the Partial Settlement Agreement resolving all remaining real estate disputes and discuss the FDIC-R's rejection of certain revisions and making other revisions (.6); prepare and send to counsel for the FDIC-R certain language to be included in the revision to that Agreement that he sends to his client for approval (.3). | 0.90 | 238.50 | KDM |
| Aug-14-14 | [Asset analysis and recovery] Meet with counsel regarding status and strategy for claim against Nelson Mullins and FDIC issues. | 0.40 | 106.00 | MME |
| | [Asset analysis and recovery] Review auditor related documents in attorney production, email to counsel for Thigpen Jones regarding tolling agreement. | 0.60 | 159.00 | GFG |
| | [Asset analysis and recovery] Review documents produced by law firm (2.6); conferences with counsel regarding documents and strategy (0.5); conference with the Receiver regarding new information in newly produced documents (0.4). | 3.50 | 927.50 | GFG |
| | [Asset analysis and recovery] Work on revising and finalizing Complaints against two fraudulent transferees (.4); strategize and assist team members with preparation of Complaint against additional fraudulent transferees (.4); work with team members and forensic accountant on investigating certain transfers from Defendants to fraudulent transferees and locating documents underlying those transfers to confirm identity and location of transferees | 3.90 | 1,033.50 | KDM |

to trace the funds (1.2); emails with forensic accountant regarding documents underlying certain transfers (.2); review letters from the FDIC-R regarding its objection to the two auditors of MB&T producing any bank records to the Receiver in response to the Receiver's subpoenas and discuss with team members issues related to such objections (.4); receive update regarding negotiations with Nelson Mullins, further investigation of the Receiver's claims against that firm, and supporting documentation (.3); strategize with team members regarding certain persons to depose for purposes of the Receiver's claims against Nelson Mullins (.2); meet with Receiver and team members regarding negotiations with counsel for the auditors of MB&T regarding the execution of tolling agreements, the existence of malpractice insurance policies and their carrier's involvement with executing tolling agreements, and the preparation of complaints against those auditors if they fail to execute tolling agreements (.5); investigate dates of certain transfers to former associate of PFG and strategize with team members regarding fraudulent transfer and other claims of the Receiver against that associate (.3).

| | | | | |
|---|---|---|---|---|
| | [Case administration] Coordinate and assist with preparation of Motion to approve real estate agreement with the FDIC-R (.4); review and revise Motion to approve employment of counsel in Guatemala and Nicaragua for purposes of action against SCAN International and its principals (.4). | 0.80 | 212.00 | KDM |
| | [Asset analysis and recovery] Prepare initial draft of the Motion to Employ counsel in Guatemala regarding the SCAN International matter. | 0.30 | 22.50 | pl |
| Aug-15-14 | [Asset analysis and recovery] Continue reviewing documents produced by law firm (1.9); conference with counsel regarding strategy (0.2); review affidavit and complaint (0.8); conference with the Receiver regarding key documents (0.2). | 3.10 | 821.50 | GFG |

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] Email from forensic accountant regarding documents evidencing transfers to and deposits into account of fraudulent transferee for purposes of confirming amounts and locating transferee and follow, review those documents, and assist with preparation of fraudulent transfer complaint (.5); coordinate and assist with preparation of fraudulent transfer complaint against another fraudulent transferee (.2); coordinate preparing and sending Subpoena to bank into which those transfers were deposited and assist with preparing document request (.2); review and revise proposed Stipulated Facts in actions against life insurance companies, exchange telephone calls and emails with special insurance counsel regarding the proposed revisions and sending our revisions to counsel for the insurance companies, and the deadline to submit the Stipulated Facts (.9); emails to and from the Receiver regarding the Stipulated Facts (.1); follow up on status of tolling agreement with the auditors of MB&T, receive report regarding auditors agreement to enter into tolling agreement, and review tolling agreement signed by counsel for the auditors (.4). | 2.30 | 609.50 | KDM |
| [Case administration] Emails to and from counsel for FDIC-R regarding language to be added to the agreement resolving all real estate disputes with the FDIC-R (.2); review and revise Motion to approve employment of counsel in Guatemala and Nicaragua and send email to counsel for SEC regarding proposed employment of such counsel (.5). | 0.70 | 185.50 | KDM |
| [Asset analysis and recovery] Review checks sent by Sandra Shirley (0.1); Phone call to Gary Shirley regarding relationship to Sandra Shirley (0.1); Email to Blake Shirley regarding any relation to Sandra Shirley (0.1). Email from Blake Shirley regarding relationship to Sandra Shirley (0.1). | 0.40 | 60.00 | AF |
| [Asset analysis and recovery] Make edits to Receiver's Application to Employ Nassar | 0.30 | 22.50 | pl |

Abogados as Foreign Counsel and prepare
proposed order regarding same.

| | | | | |
|---|---|---|---|---|
| Aug-16-14 | [Asset analysis and recovery] Prepare fraudulent transfer complaints against fraudulent transferees (1.6); review forensic analysis regarding transfers to same (0.4). | 2.00 | 530.00 | CP |
| Aug-18-14 | [Asset disposition] Email from counsel for Amerisave regarding the status of our efforts to sell the Price residence and whether the Receiver would agree to a consent order of foreclosure and follow up with the Receiver's realtor regarding the status of his marketing of the property (.3). | 0.30 | 79.50 | KDM |
| | [Asset analysis and recovery] Telephone call from counsel for the SEC regarding issues related to the securities license of Montgomery Asset Management and certain issues related to the Receiver's pending insurance claims (.2); receive report regarding status of obtaining auditor's signatures on Tolling Agreements and recent communications with their counsel regarding counsels' authority to sign the Agreements and strategize regarding preparation of Complaint against the auditors (.5); review emails with counsel for the auditors regarding status of client's execution of agreements (.1); meet with team members regarding settlement negotiations with Nelson Mullins, recent communications with expert witness, and possible need to finalize and file the Complaint (.4); emails to and from special insurance counsel regarding preparation for meeting with counsel for St. Paul Mercury regarding the Receiver's claim against the financial institution bond, various relevant facts and schedule a call with counsel (.3); investigate certain facts relevant to the Receiver's claim against the bond (.4); review and revise Complaint against J. Zegalia to recover fraudulent transfers and exchange emails with Receiver regarding the claims alleged and the filing of the Complaint (.6); review final version of Joint Statement of Stipulated Facts by the Receiver and the Life Insurance Companies, confirming which | 3.50 | 927.50 | KDM |

|  | | | | |
|---|---|---|---|---|
| | revisions the insurance company accepted and any additional changes they requested (.4); telephone call from A. Van Nus regarding his receipt of the Complaint seeking to avoid fraudulent transfers and the bankruptcy filing of him personally and his company A&D Hospitality (.2); investigate those bankruptcy filings to determine whether A. Van Nus received a discharge and whether any assets were distributed to creditors in either case (.4). | | | |
| | [Case administration] Emails to and from counsel for SEC regarding the proposed engagement of counsel in Guatemala and Nicaragua for purposes of action against SCAN International and its principals (.1); telephone call from counsel for SEC regarding same (.1); finalize and file Application to employ counsel in Guatemala and Nicaragua (.2); assist with preparation of Motion to approve agreement with FDIC-R resolving all real estate issues (.4). | 0.80 | 212.00 | KDM |
| | [Asset analysis and recovery] Thigpen: Research regarding attorney's authority to bind client to agreement (1.4); Research regarding apparent authority to enter into tolling agreement (0.8). | 2.20 | 330.00 | AF |
| | [Asset analysis and recovery] SCAN: Email to counsel in Guatemala regarding motion and proposed order to employ counsel. | 0.10 | 15.00 | AF |
| Aug-19-14 | [Asset analysis and recovery] Revise complaint against Thigpen (.8); proof complaint and revise, working with legal assistant Jeannette Serna to prepare for filing (.6); emails with counsel for Thigpen regarding tolling agreement and proposed revisions (.3); telephone conference with assistant to counsel for Thigpen firm regarding execution of agreement and review final signed agreement (.2); conferences with counsel regarding withdrawal of complaint, strategy and deadlines (.4). | 2.30 | 609.50 | GFG |
| | [Asset analysis and recovery] Emails with | 0.10 | 26.50 | GFG |

counsel for Thigpen Jones regarding claims
and conference with counsel (.1).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] Telephone calls from and to probation officer for A.L. Price regarding investor losses analysis, review the latest analysis from forensic accountant, and exchange emails with forensic accountant regarding further updates to that analysis (.4); prepare and send email to probation officer for A.L. Price forwarding and explaining draft of forensic analysis of investor loses (.2); telephone calls from and to FDIC Investigator regarding restitution analysis based on victim losses, his previous meeting with A.L. Price, revisions he is making to his analysis, and scheduling a meeting to compare his analysis to the Receiver's forensic accountant's analysis (.4); review proposed Complaint against former auditor of MB&T and strategize with team members regarding revisions to Complaint and timing and procedure for filing it through local counsel if auditor does not sign tolling agreement (.7); emails with team members regarding auditor's execution of tolling agreement and review emails with counsel for auditor and the executed tolling agreement (.3); receive update regarding telephone call with A. Van Nus regarding bankruptcy case of A&D Hospitality, whether its debt to PFG was scheduled, and additional information required related to its bankruptcy filing (.2); work on determining which complaints against fraudulent transferees should be prepared and filed and coordinate preparation of those complaints and contacting certain investors who received net gains for purposes of entering into tolling agreements with them (.5); receive report regarding communications with two investors regarding whether they have any connection to one of the fraudulent transferees (.1); telephone call with special insurance counsel to prepare for upcoming settlement conference with counsel for St. Paul Mercury related to Receiver's claim against the Financial Institution Bond and discuss preparation of analysis of issues to be addressed at settlement conference (1.0); | 4.00 | 1,060.00 | KDM |

| | | | | |
|---|---|---|---|---|
| | strategize with team members regarding theory of recovery under the Bond and the factual basis and evidentiary support therefor (.2). | | | |
| | [Case administration] Strategize regarding Motion to approve agreement with FDIC-R resolving all real estate issues and coordinate adding section to the Motion (.3); review Order granting Application to employ counsel in Guatemala and Nicaragua and coordinate forwarding to counsel, and follow up on counsel's efforts to translate the Complaint against SCAN International and its principals and commencing the process to have them served (.3). | 0.60 | 159.00 | KDM |
| | [Case administration] (No charge - Fee Application)  Assist with preparation of Fee Application (.4). | 0.40 | 0.00 | KDM |
| | [Asset analysis and recovery] Correspondence with Venezuela counsel (.2); revise Hague letter (.2). | 0.40 | 106.00 | MDV |
| | [Asset analysis and recovery] (No charge) Gather and review invoices from professionals hired by Receiver in preparation of Eighth Interim Fee Application (0.5); Begin drafting Eighth Interim Fee Application (0.7). | 1.20 | 0.00 | AF |
| | [Asset analysis and recovery] Review order granting Receiver's application to employ Nassar Abogados (0.1); Email order to Alina Nassar (0.1). | 0.20 | 30.00 | AF |
| | [Asset analysis and recovery] Work on case strategy regarding claims against fraudulent transferees. | 0.20 | 30.00 | AF |
| | [Asset analysis and recovery] Prepare Motion to approve partial settlement with the FDIC (2.2); review proposed settlement agreement and background information concerning various real property disputes with the FDIC (0.6). | 2.80 | 742.00 | CP |
| Aug-20-14 | [Asset disposition] Telephone call from the | 0.80 | 212.00 | KDM |

Receiver's realtor for the sale of the Price Residence regarding his efforts to market the property for sale, the need to have the locks re-keyed and to reschedule open houses and other showings to potential purchasers because the mortgagee hired a company to change the locks and install new lock boxes, and his recommendation to extend the listing agreement for three months to facilitate further marketing and showings and to lower the asking price (.3); telephone call to counsel for the mortgagee regarding the changing of the locks, cancellation of showings, and other impediments to marketing the property imposed by the mortgagee and demand to cease and desist such conduct and reimburse the realtor for the cost to re-key the locks (.2); telephone call to the Receiver's realtor regarding the mortgagee's counsel's efforts to cease its client's improper conduct and turning over the combination to the lock box so the realtor can access the property (.1); exchange emails with the Receiver's realtor regarding extending the listing agreement and lowering the asking price (.1); emails with M. Dhanji regarding the termination of the contract for the sale of the Longboat Key property and coordinate the continued maintenance and upkeep of the property and its grounds (.1).

| | 3.60 | 954.00 | KDM |
|---|---|---|---|

[Asset analysis and recovery] Review updated tracking chart indicating which fraudulent transferees could not be located and/or which demand letters were returned because of incorrect addresses and coordinate and assist with continued efforts to locate certain fraudulent transferees (.9); determine list of transferees for which backup documents are required and coordinate obtaining those documents from forensic account and preparing of Subpoenas to banks into which the fraudulent transfers were deposited (.4); receive report of new addresses located for certain fraudulent transferees based on recent investigations and coordinate preparation and sending of demand letters to those fraudulent transferees (.3); review and revise demand letter to send to fraudulent transferees and coordinate sending out multiple demand letters

(.2); assist with revisions to spreadsheets showing fraudulent transfers to be enclosed with demand letters (.2); review emails with special insurance counsel regarding making joint demands with the FDIC-R to certain insurance companies and strategize with team members (.2); email from special insurance counsel regarding his recent telephone call with counsel for FDIC-R regarding the financial institution bond and the D&O policies and strategize with team members issues to resolve to facilitate and agreement on certain of these issues with the FDIC-R (.2); review Certificates of Service of responses to discovery by life insurance companies, review Genworth's responses and privilege log and follow up on receipt of other insurers' responses (.5); follow up on translation of complaint against SCAN International and the commencement of the process for serving that Complaint by Guatemala counsel (.1); email from forensic accountant with updated investors analyses and new analysis of potential investors and review those analyses (.4); prepare and send email to forensic accountant proposing further revisions to those analyses and provide update regarding investigation into transfers to and from certain of the investors (.2).

| | | | |
|---|---|---|---|
| [Case administration] (No charge - Fee Application)  Review and revise invoices of counsel for the Receiver (2.5); work on gathering invoices from other counsel and professionals of the Receiver to submit with the Fee Application (.2). | 2.70 | 0.00 | KDM |
| [Asset analysis and recovery] Correspondence with Venezuela counsel to follow up on status of certified copies of complaint against O. Lwis. | 0.10 | 26.50 | MDV |
| [Asset analysis and recovery] Update list of fraudulent transferees to draft complaints against and email to C. Perez (0.1); Compile list of fraudulent transferees to further investigate and email to C. Perez (0.2); Draft demand letters to Tim Cannady, Justin Zegalia, | 1.80 | 270.00 | AF |

Sandra Martin Shirley, and Ygor Zerpa (1.3);
Create analysis of transfers to be enclosed for
the demand letters (0.1)

| | | | | |
|---|---|---|---|---|
| Aug-21-14 | [Asset disposition] Email from realtor for the Price Residence with revised listing agreement extending the term and lowering the asking price, review listing agreement, fill in certain information, and present to Receiver for review and execution (.2); email from counsel for Amerisave regarding code for lockbox that Safeguard installed and send email to realtor forwarding lockbox code and requesting invoice for locksmith for reimbursement from Amerisave (.2). | 0.40 | 106.00 | KDM |
| | [Asset analysis and recovery] Exchange emails with special insurance counsel regarding Household Life's and Protective Life's responses to the Receiver's discovery requests (.1); review those discovery responses (.8); exchange emails with special insurance counsel regarding Genworth's discovery responses and privilege log (.1); email from forensic accountant regarding recent revisions to the investors analysis and summary report based on recently discovered information and review the updated summary report (.3); email from forensic accountant regarding documentation supporting certain transfers to potential fraudulent transferees and findings from further investigations into the identity of certain transferees and proposed revisions to the master reconstruction based on those findings, and authorize those revisions and request other revisions to master reconstruction and the investor and fraudulent transferee analyses and summary report (.6); exchange emails with forensic accountant regarding transaction with Sarasota Rare Coin Gallery and contact that company to confirm sale of gold to PFG (.3); follow up on communications with G. Adams to confirm the transfer to him was for a real estate transaction and review and approve letter responding to his response to our demand letter (.3); review, revise and coordinate service of Subpoenas to certain banks requesting information account holders and accounts into which certain | 3.50 | 927.50 | KDM |

transfers from Defendants were deposited (.3); email from special insurance counsel regarding his recent communications with counsel for the FDIC-R regarding their claims against the financial institution bond and the D&O policy and review emails exchanged with the FDIC-R's counsel (.2); review various portions of analysis provided by special insurance counsel for purposes of formulating strategy for upcoming meeting with counsel for Bond company (.5).

| | | | |
|---|---|---|---|
| [Business operations] Review invoices from website manager and coordinate payment thereof (.1). | 0.10 | 26.50 | KDM |
| [Case administration] Email from counsel for FDIC-R regarding proposed revisions to the Settlement Agreement in light of the Receiver's last round of revisions, forward to the Receiver and strategize with team members (.6). | 0.60 | 159.00 | KDM |
| [Case administration] (No charge - Fee Application) Finish reviewing and revising invoices of the Receiver and counsel for purposes of the Eighth Interim Fee Application (1.8). | 1.80 | 0.00 | KDM |
| [Asset analysis and recovery] Finalize response to Gary Adams and coordinate sending out response. | 0.20 | 30.00 | AF |
| [Asset analysis and recovery] (No charge) Review remainder of invoices sent by professionals for the Fee Application (0.5); Continue to draft fee application (2.0). | 2.50 | 0.00 | AF |
| [Asset analysis and recovery] SCAN: Email to Guatemala counsel regarding service of defendants (0.1); Email from and to Guatemala counsel regarding next step to serve defendants in Guatemala (0.2). | 0.30 | 45.00 | AF |
| [Asset analysis and recovery] Research potential fraudulent transferees and attempt to locate the following transferees: Stephen | 2.50 | 662.50 | CP |

Bettancur; Shannon Camp; Cheng Sing Chee;
Luis Rodriguez; Doug Wilbond; and Ygor
Zerpa (1.5); review forensic analysis and
support for each and update contact
information for service of complaint and
demand letters (0.4); run background searches
on the transferees listed above (0.4); review
notes from Price regarding why funds were
transferred to each of the transferees listed
above (0.2).

| | | | | |
|---|---|---|---|---|
| Aug-22-14 | [Asset analysis and recovery] Telephone messages and draft email to expert, Douglas Chandler, attaching key documents regarding legal malpractice claims and updating him regarding status of complaint and settlement. | 1.40 | 371.00 | GFG |
| | [Asset disposition] Emails to and from realtor for the Price Residence regarding his successful use of the lockbox code to retrieve the new key and access the property and a recent offer to purchase the property that he received (.1); review offer to purchase the property and send email to realtor instructing him to counter at our new asking price with explanation regarding the minimum amount we can sell the property for given the mortgage, taxes, closing costs and broker commissions due (.3). | 0.40 | 106.00 | KDM |
| | [Asset analysis and recovery] Email from forensic accountant regarding new information regarding transfer to Sarasota Rare Coin Gallery and make telephone call and send email to Jim Price to confirm the information (.2); telephone call from Jim Price regarding the basis for transfer to Sarasota Rare Coin Gallery, the purchase of gold from and the subsequent sale of gold to that company, and the purpose of such purchase and sale (.3); review and revise Subpoenas and document requests to various banks requesting documents and information related to accounts into made from Defendants for purposes of locating transferees (.7); review analysis prepared by special insurance counsel for purposes of meeting between the Receiver and insurance | 2.10 | 556.50 | KDM |

counsel and counsel for St. Paul Mercury in the declaratory relief action on the financial institution bond and exchange emails with special insurance counsel (.9).

| | | | |
|---|---|---|---|
| [Case administration] (No charge - Fee Application)  Continue assisting with gathering invoices from the Receiver's professionals and review those invoices (.5); exchange emails and telephone calls with certain counsel regarding revisions to invoices (.2); review and revise Eighth Interim Fee Application and coordinate further revisions (1.5). | 2.20 | 583.00 | KDM |
| [Case administration] Review and revise Motion to approve real estate agreement with the FDIC-R and coordinate further revisions to the Motion (.9). | 0.90 | 238.50 | KDM |
| [Asset analysis and recovery] (No charge) Review July invoice sent by De Sola Pate (0.2); Update and revise Eighth Fee Application (1.2). | 1.40 | 0.00 | AF |
| [Asset analysis and recovery] Prepare and revise subpoenas and document requests for banks where fraudulent transferees received fraudulent transfers (0.6); research bank locations and service information (1.0); review forensic support for fraudulent transfers to determine how best to locate the transferees' and their bank account information (0.5); exchange emails with forensic accountant regarding same (0.2); research National Financial Services LLC as an intermediary recipient of fraudulent transfers (0.2). | 2.50 | 662.50 | CP |
| [Asset analysis and recovery] Finalize subpoenas to certain banks regarding potential fraudulent transfers to potential targets and prepare package for service. | 0.60 | 45.00 | pl |

Aug-25-14  [Asset analysis and recovery] Review bond issues and analysis in preparation for meeting with Bond carrier (2.0); meet with counsel regarding same and follow up after meeting regarding status and strategy (1.5).     3.50     927.50     MME

| | | | |
|---|---|---|---|
| [Case administration] (No charge) Travel to and from Atlanta. | 5.00 | 0.00 | MME |
| [Asset disposition] Coordinate sending Renewal Listing Agreement to realtor for Price residence and follow up on outcome of recent showings at the property (.1). | 0.10 | 26.50 | KDM |
| [Asset analysis and recovery] Email from special insurance counsel and telephone call from Receiver regarding origin of certain transfers to MB&T and strategize regarding upcoming settlement conference with counsel for St. Paul Mercury in declaratory relief action under financial institution bond (.3); review forensic reports and summaries regarding various transfers to and from MB&T, coordinate investigation by forensic accountant and team members into the source and purpose of those transfers, and conduct independent investigation into the transfers at issue (.6); telephone call and email from forensic accountant regarding the preliminary findings of her investigation and make telephone call and send email to Receiver regarding those findings (.5); review full analysis of forensic accountant's findings and forward to Receiver and special insurance counsel (.3); review forensic accountant's analysis of transfers from investors to National Financial Services as a clearing house and treatment of those transfers and investors for purposes of the investors' analysis (.2); follow up on preparation of demand letters to certain fraudulent transferees for which new addresses were located and status of locating other fraudulent transferees for which our demand letters were returned as undeliverable (.2). | 2.10 | 556.50 | KDM |
| [Case administration] Emails with Receiver regarding the FDIC-R's latest revisions and comments to our revisions to the Settlement Agreement and strategize regarding accepting certain of the proposed revisions (.2). | 0.20 | 53.00 | KDM |
| [Asset analysis and recovery] Revise demand letter to Ygor Zerpa and Tim Cannady and create summaries of transfers. | 1.20 | 180.00 | AF |

| | | | | |
|---|---|---|---|---|
| | [Asset analysis and recovery] Revise Motion to approve settlement with FDIC and prepare proposed Order approving same. | 1.30 | 344.50 | CP |
| Aug-26-14 | [Case administration] (No charge) Review and revise fee application. | 1.00 | 0.00 | MME |
| | [Case administration] Review and revise motion to approve agreement concerning real estate with FDIC (0.7); meet with counsel regarding same (.2). | 0.90 | 238.50 | MME |
| | [Asset disposition] Emails to and from realtor for Longboat Key property regarding expiration of Listing Agreement and request for six-month extension (.1); emails to and from realtor regarding verbal recent offer to purchase the property and the forthcoming Letter of Intent and review emails with potential purchaser (.2); provide update to Receiver regarding status of marketing efforts and forthcoming Letter of Intent (.1). | 0.40 | 106.00 | KDM |
| | [Asset analysis and recovery] Emails to and from special insurance counsel regarding the latest revisions to the proposed global settlement agreement with the FDIC-R (.2); meet with Receiver regarding outcome of meeting with St. Paul Mercury to resolve claim to the financial institution bond and the related declaratory relief action and strategize regarding necessary steps before an agreement can be reached (.2); emails to and from special insurance counsel regarding the FDIC-R's Motion to dismiss declaratory relief action commenced by St. Paul Mercury under the financial institution bond, review that Motion and St. Paul Mercury's Motion for extension of time to respond thereto, and strategize with team members (.7); email from counsel for St. Paul Mercury regarding scheduling the Rule 26(f) conference, exchange emails with special insurance counsel regarding scheduling the conference with all parties including the FDIC-R, and coordinate efforts and communications with all team members (.2); receive confirmation of receipt of full settlement amount from J. Manguart pursuant | 1.40 | 371.00 | KDM |

to settlement agreement regarding return of fraudulent transfers and coordinate updating of account reconciliation (.1).

| | | | |
|---|---|---|---|
| | [Case administration] Meet with Receiver to strategize regarding the FDIC-R's proposed revisions to our latest revision to the global settlement agreement and formulate conditions and additional provision to add if the FDIC-R's revisions are to be accepted (.2); emails with special insurance counsel regarding language to be added to global settlement agreement (.2); strategize regarding the language to be proposed and certain revisions proposed by the FDIC-R (.3); confer with Receiver regarding revisions to the Motion to approve settlement agreement resolving real estate disputes with the FDIC-R and proposed Order, revise Motion in accordance with Receiver's suggestions, and send to counsel for the FDIC-R (.4). | 1.10 | 291.50 | KDM |
| Aug-27-14 | [Asset disposition] Email from realtor for Longboat Key property with proposed extension to the Listing Agreement, review that Listing Agreement and present to Receiver for review (.2); review executed Listing Agreement, send to realtor and inquire about marketing strategy for remaining marketing period (.2). | 0.40 | 106.00 | KDM |
| | [Asset analysis and recovery] Multiple emails from and to counsel for St. Paul Mercury, counsel for the FDIC-R and all other counsel in the case regarding Rule 26(f) conference (.2); review Response and Objections to Subpoena served upon former accountant to MB&T, MCBI and related entities and strategize with team members regarding objections asserted and whether requests can be narrowed (.6); review emails with counsel for Nelson Mullins regarding latest settlement offer and proposal to schedule another mediation and extend the tolling agreement and strategize with Receiver and team members (.3). | 1.10 | 291.50 | KDM |
| | [Case administration] Emails with counsel for | 1.20 | 318.00 | KDM |

FDIC-R regarding the FDIC-R's consideration of our proposed Unopposed Motion for approval of the Partial Settlement Agreement resolving real estate issues and begin revising Motion to address counsel's comments (.5); strategize regarding certain language to be proposed to FDIC-R to include in global settlement agreement and dealing with the FDIC-R's refusal to address insurance issues in that agreement (.5); emails with special insurance counsel regarding proposed language to be inserted in global agreement with the FDIC-R (.2).

| | | | | |
|---|---|---|---|---|
| | [Asset analysis and recovery] Create exhibits for Eighth fee application. | 1.00 | 150.00 | AF |
| Aug-28-14 | [Asset analysis and recovery] Multiple conferences with the counsel regarding claims against law firm and settlement offers. | 0.50 | 132.50 | MME |
| | [Asset analysis and recovery] Conference with the Receiver regarding claims against law firm (0.3); emails with the mediator, John Sherrill, regarding potential counteroffer (0.6); review counteroffer from counsel for law firm and emails from Mr. Sherrill (0.4); conference with the Receiver regarding offer from the law firm (0.2). | 1.50 | 397.50 | GFG |
| | [Asset analysis and recovery] Revise tolling agreement with conditions and send to mediator with email regarding willingness to extend agreement (.7); review complaint and affidavit and revise for filing (.2). | 0.90 | 238.50 | GFG |
| | [Asset analysis and recovery] Follow up on confirmation of bankruptcy filing of A&D Hospitality, whether it was a no asset case and PFG was listed as a creditor, and communications with principal of that company (.2); strategize with Receiver and team members regarding negotiations with counsel for Nelson Mullins and possible scheduling of another mediation (.3). | 0.50 | 132.50 | KDM |
| | [Case administration] Finish revising Motion to approve real estate settlement agreement | 0.90 | 238.50 | KDM |

with FDIC-R in accordance with requests of counsel for FDIC-R and exchange emails with counsel regarding those revisions (.4); review special insurance counsel's proposed addition to the FDIC-R's latest revision to the global settlement agreement and strategize with team members regarding the FDIC-R's position with respect to various insurance issues and resolving those issues in this agreement (.5).

| | | | |
|---|---|---|---|
| [Case administration] (No charge - Fee Application)  Exchange emails with certain professionals regarding revised invoices, review those invoices, and coordinate calculation of amount of reduction, preparation of those invoices for filing and revision of Fee Application to reflect new amounts of fees sought (.3). | 0.30 | 0.00 | KDM |

Aug-29-14  [Asset analysis and recovery] Email correspondence with Venezuelan counsel regarding harvest issues and sale issues.     0.40     106.00     MME

[Asset analysis and recovery] Prepare complaint against law firm for filing (.3); work with Jeannette Serna regarding preparation of complaint, civil cover sheet, attachments and summons (.6); telephone conference with counsel in Atlanta regarding claims (.4); revise tolling agreement with no conditions for shorter period, telephone conferences and emails with counsel for law firm regarding tolling agreement, withdraw complaint after filing (.9).     2.20     583.00     GFG

[Asset analysis and recovery] Review and approve demand letter to fraudulent transferee and coordinate confirming new addresses for other fraudulent transferees (.3); strategize with team members regarding status of its execution of new tolling agreement and finalizing and filing of complaint against Nelson Mullins in the event agreement is not executed (.4); review final version of complaint against Nelson Mullins and discuss filing because Nelson Mullins failed to execute tolling agreement (.5); emails with team members regarding receipt of executed     1.40     371.00     KDM

tolling agreement after complaint was filed and successful efforts to contact clerk's office to withdraw filing (.2).

| | | | | |
|---|---|---|---|---|
| | [Case administration] Exchange emails with special insurance counsel and team members regarding proposed revisions to the global agreement with the FDIC-R and strategy for resolving issues related to the parties' respective claims against insurance policies (.3). | 0.30 | 79.50 | KDM |
| | [Asset analysis and recovery] Review correspondence from Venezuela counsel (.1). | 0.10 | 26.50 | MDV |
| | [Asset analysis and recovery] SCAN: Email to Guatemala counsel regarding service on the defendants. | 0.10 | 15.00 | AF |
| | [Asset analysis and recovery] (No charge) Revise the Eighth Fee Application. | 0.20 | 0.00 | AF |
| Sep-01-14 | [Asset analysis and recovery] Telephone conference with counsel for PFG's former counsel regarding possible mediation and settlement. | 0.10 | 26.50 | GFG |
| | [Asset analysis and recovery] Emails with the Receiver regarding claims against former PFG law firm. | 0.10 | 26.50 | GFG |
| Sep-02-14 | [Asset analysis and recovery] Meet with team members regarding the global settlement agreement with the FDIC-R. | 0.30 | 79.50 | MME |
| | [Asset analysis and recovery] Emails with counsel for the FDIC regarding revisions to agreement, conference with counsel regarding same (.1); conference regarding proposed language regarding insurance policies and review email to FDIC's counsel (.1). | 0.20 | 53.00 | GFG |
| | [Asset analysis and recovery] Emails and conference with counsel regarding statute of limitations on auditor claims. | 0.10 | 26.50 | GFG |

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] Strategize regarding documents to be analyzed for purposes of supporting claims against MCBI and directors and officers, and third parties who received funds from, or caused injury to, the Receivership Defendants (.8); receive report regarding telephone call from T. Cannady regarding demand letter (.2); follow up on tracking demand letters sent to fraudulent transferees (.2); follow up on pro hac vice applications for the actions against O. Lwis and SCAN International and review and approve application for A. Fernandez and coordinate filing in those actions (.2); follow up on withdrawal of complaint against Nelson Mullins and refund of filing fee from the clerk's office (.1); emails with special insurance counsel regarding response to complaint in declaratory relief action under the bond and schedule a follow-up call (.2); strategize with team members regarding obtaining computer hard drives or images of those drives from the AUSA's office and send email to AUSA requesting drives or images (.4); strategize regarding obtaining email records from Google and Verizon and obtaining consent from A.L. Price to those companies producing all email records to the Receiver and preparing notarized consent letter for A.L. Price to sign (.3); review letter from G. Adams responding to demand letter and providing documentation evidencing the real estate transaction underlying the transfers from PFG to him, review those documents, forward them to forensic accountant to confirm the dates of the transfers and, if appropriate, re-categorize the transfers under real estate transactions, and coordinate preparation of letter to G. Adams regarding the withdrawal of the Receiver's demand (.8). | 3.20 | 848.00 | KDM |
| [Case administration] Meet with Receiver and team members regarding further revisions to be made to the global settlement agreement with the FDIC-R (0.3); revise proposed language to be added to agreement regarding cooperation with insurance claims (0.4); and exchange emails with counsel for FDIC-R regarding those revisions (.2). | 0.90 | 238.50 | KDM |

|  | [Asset analysis and recovery] Prepare pro hac vice applications for attorney K. Murena and A. Fernandez in the SCAN International matter and for K. Murena and M. Visconti in the Osama Lwis matter. | 0.80 | 60.00 | pl |
|---|---|---|---|---|
| Sep-03-14 | [Asset analysis and recovery] Various meetings with counsel regarding claims, fraudulent conveyances and status and strategy. | 0.80 | 212.00 | MME |
|  | [Asset analysis and recovery] Emails with forensic accountant regarding updates to the master reconstruction of accounts and transfers involving Receivership Defendants and affiliates (.2); telephone call with special insurance counsel regarding strategy for response and defenses to St. Paul Mercury's complaint in declaratory relief action under the financial institution bond, the FDIC-R's motion to dismiss that complaint, and gathering of documentary and forensic evidence in support of the Receiver's claim against the bond and defenses to the complaint (1.0); strategize with team members regarding different theories for recovering the proceeds of the bond, certain claims that PFGBI and PFG would have based on certain fraudulent transfers to third parties, and related matters (.3); emails with special insurance counsel regarding recent communications with counsel for the life insurance companies regarding scheduling settlement conference and discuss with Receiver and team members, and confirm conference call to further discuss the matter (.2); meet with Receiver and team members regarding strategy for settlement negotiations with counsel for Nelson Mullins (.2); review and revise letter to G. Adams withdrawing demand for return of funds received from Receivership Defendants for purchase of Sarasota Lots, discuss with Receiver and coordinate finalizing and sending letter (.3); meet with Receiver regarding status of all demands sent to fraudulent transferee, the responses received thus far, and the complaints to be filed against those who fail to return the fraudulent transfers (.2); review email from counsel for FDIC-R regarding draft joint | 2.60 | 689.00 | KDM |

|          |                                                                                                                                                                                                                                                                                                                                 |      |        |     |
|----------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|--------|-----|
|          | motion to for partial stay of discovery in St. Paul Mercury's declaratory relief action under the bond and discuss with Receiver (.2).                                                                                                                                                                                            |      |        |     |
|          | [Asset analysis and recovery] Draft letter to Gary Adams regarding withdrawal of demand for turnover of funds.                                                                                                                                                                                                                   | 0.30 | 45.00  | AF  |
| Sep-04-14 | [Asset analysis and recovery] Review draft joint motion to for partial stay of discovery and proposed Order in St. Paul Mercury's declaratory relief action under the bond and discuss with Receiver (.5); review and approve letter to jail where A.L. Price is being held regarding laptop computer (.1); review, finalize and sign demand letters to two fraudulent transferees and coordinate sending them out (.2). | 0.80 | 212.00 | KDM |
|          | [Asset analysis and recovery] Revise letter to Gary Adams regarding withdrawal of demand and coordinate mailing out (0.2); Create transfer summaries to Justin Zegalia and Sandra Martin Shirley for demand letters (0.5); Revise and finalize demand letters to Justin Zegalia and Sandra Martin Shirley (0.2). | 0.90 | 135.00 | AF  |
|          | [Asset analysis and recovery] SCAN: Phone call to Guatemala counsel regarding service of defendants in Guatemala.                                                                                                                                                                                                                | 0.10 | 15.00  | AF  |
|          | [Asset analysis and recovery] Conferred with G. Giberson about TJS subpoena                                                                                                                                                                                                                                                      | 1.00 | 150.00 | MJS |
|          | [Asset analysis and recovery] Read TJS's Objection to Receiver's Subpoena                                                                                                                                                                                                                                                        | 0.10 | 15.00  | MJS |
| Sep-05-14 | [Asset analysis and recovery] Telephone call with insurance counsel regarding life insurance issues.                                                                                                                                                                                                                             | 0.80 | 212.00 | MME |
|          | [Asset analysis and recovery] Review research by counsel regarding limitations period.                                                                                                                                                                                                                                           | 0.10 | 26.50  | GFG |
|          | [Asset analysis and recovery] Review the Court's approval of Applications to appear pro hac vice in action against SCAN International                                                                                                                                                                                             | 1.50 | 397.50 | KDM |

and follow up on status of service of
Defendants in Guatemala (.2); telephone
conference with Receiver and special
insurance counsel regarding various matter
related to the actions against the life insurance
counsel and the action against St. Paul
Mercury under the financial institution bond
(0.8); strategize regarding discovery issues and
evidence in support of the Receiver's defenses
and positions in those insurance-related
actions, and delegation of work to be done for
those actions (0.5).

| | | | | |
|---|---|---|---|---|
| Sep-08-14 | [Asset analysis and recovery] Emails with the mediator and Mr. Wood regarding possible mediation; attention to scheduling mediation with former law firm (.1); telephone conference with the mediator, Mr. Sherrill, regarding settlement and likely fruitfulness of another mediation (.3). | 0.40 | 106.00 | GFG |
| Sep-09-14 | [Asset analysis and recovery] Review email from FDIC's counsel with revised draft of agreement, conference regarding same. | 0.20 | 53.00 | GFG |
| | [Asset analysis and recovery] Review Orders granting Applications to appear pro hac vice in action against O. Lwis (.1); telephone calls from and to counsel for A. Van Nus regarding the Receiver's claims and the gathering of documents in support of Mr. Van Nus's and A&D Hospitality's defenses and un-collectability (.2); review response from SunTrust to Subpoena requesting documents related to fraudulent transferee and coordinate updating of tracking chart and continued search for that transferee (.2). | 0.50 | 132.50 | KDM |
| | [Case administration] Email from counsel for FDIC-R regarding latest revisions to the global settlement agreement (0.2); review those revisions (0.8); discuss with team members (0.3). | 0.70 | 185.50 | KDM |
| | [Asset analysis and recovery] Review Pro Hac Vice Motion for filing (.2). | 0.20 | 53.00 | MDV |

| | | | | |
|---|---|---|---|---|
| | [Asset analysis and recovery] SCAN: Email to Guatemala counsel regarding service to defendants. | 0.10 | 15.00 | AF |
| Sep-10-14 | [Asset analysis and recovery] Review FDIC proposed revisions to agreement and meet with counsel regarding same. | 0.30 | 79.50 | MME |
| | [Asset analysis and recovery] Review draft answer, defenses and affirmative defenses in bond case, review forensics provided by auditor and emails with insurance co-counsel (.2); review forensic information on file regarding investors, conference regarding strategy regarding issues raised by insurance counsel (.3); emails with insurance counsel regarding strategy and related issues (.2); telephone conference with special insurance counsel (.4); revise defenses and affirmative defenses (.2); research implication of alternative strategy (.7); conference regarding strategy in bond case (.2). | 2.20 | 583.00 | GFG |
| | [Asset analysis and recovery] Exchange multiple emails with special insurance counsel and team members regarding documents related to the members and equity interest owners of PFGBI at various times for purposes of refining our claims against certain third parties and insurance policies and the financial institution bond, gather, review and circulate to team members documents related to PFGBI and its members and owners, and meet with team members to discuss related issues and formulate strategy for pursuing claims, and identify legal issues to be researched for purposes of supporting our claims (1.4); receive report from G. Giberson regarding his research findings and determine strategy for pursuing claims based on those findings (.3); exchange emails with forensic accountant regarding investigation into the source of funds in PFG and PFGBI and the investors of those entities at various times, review updated pictorial analyses of the transfers to PFG and PFGBI and to MCBI and MB&T at various times, and strategize with team members regarding the implications and uses of the forensic analyses (.5); exchange emails with | 5.10 | 1,351.50 | KDM |

special insurance counsel regarding the
FDIC-R's claim against the bond and review
file for related documents (.4); prepare and
send analysis of evidence in support of our
claim against the bond to team members
including special insurance counsel (.4);
exchange emails with special insurance
counsel regarding that analysis and to schedule
a call to further discuss (.2); emails to and
from special insurance counsel regarding draft
of Answer, Defenses and Counterclaim to
Complaint in St. Paul Mercury's declaratory
relief action under the financial institution
bond, review draft and strategize with team
members regarding defenses and counterclaim
and revisions to be made (1.2); strategize
regarding issues related to compulsory
counterclaims, requirements for declaratory
relief actions, and other issues to be researched
for purposes of preparing defenses and
counterclaim (.3); receive report regarding
research findings,  strategize regarding
revisions to be made to the defenses and
counterclaim, and review email from G.
Giberson to special insurance counsel with
proposed revisions to Answer, Defenses and
Counterclaim (.4).

| | | |
|---|---|---|
| [Case administration] Email from counsel for FDIC-R regarding latest revisions to the Settlement Agreement resolving real estate issues, review those revisions and send clean and redlined versions to counsel for the SEC for consideration (.6); discuss with the Receiver and team members the FDIC-R's latest revisions to the global agreement, strategize regarding implications and effects of the FDIC-R's latest additions to the Agreement not previously discussed, and send email to counsel for SEC for consideration (.7). | 1.30    344.50 | KDM |
| [Asset disposition] Review update from Venezuela counsel (.2). | 0.20     53.00 | MDV |

Sep-11-14    [Asset analysis and recovery] Review revised       0.40    106.00    GFG
answer and defenses (0.2); emails with special
insurance counsel and conferences with

counsel regarding bond related issues and
review draft defenses and representations
(0.2).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] Multiple emails with special insurance counsel regarding the Answer, Defenses and Counterclaim to St. Paul Mercury's declaratory relief action under the financial institution bond, coordinate scheduling call with team members and Receiver, and discuss with Receiver (.5); telephone conference with special insurance counsel regarding the foregoing matters and issues related to the investors of PFGBI and the forensic analyses of transfers from PFGBI to MCBI for purposes of settlement negotiations with St. Paul Mercury and determine what evidence should be disclosed to St. Paul Mercury (.4); review special insurance counsel's latest revision to the Answer, Defenses and Counter Claim, coordinate final revisions, and authorize special insurance counsel to file it with the Court (.4); review Tolling Agreement with Nelson Mullins signed by all parties except Receiver and coordinate having Receiver sign the Agreement (.1); emails with special insurance counsel regarding the preparation and filing of Applications to appear pro hac vice in declaratory relief action and revising the Answer so that local counsel can file it while the Applications are pending, and coordinate the preparation and filing of the Applications (.3); review email from counsel for Nelson Mullins regarding scheduling another mediation and the need for another extended tolling agreement and strategize with team members (.2). | 1.90 | 503.50 | KDM |
| [Case administration] Telephone calls from and AUSA regarding the upcoming sentencing of A.L. Price, the investors of PFG and PFGBI and the latest list of investors based on our review of all records, interviews of various individuals, and forensic analyses of the bank records (.4); emails from and to counsel for the SEC regarding their consideration of the global agreement with the FDIC-R and the timing of filing a motion to approve it, and | 1.20 | 318.00 | KDM |

coordinate telephone call to discuss certain issues (.2); coordinate and assist with preparation of Motion to approve global agreement the FDIC-R (.2); exchange emails with counsel for FDIC-R regarding revisions to the Motion to approve the real estate agreement and coordinate call to discuss certain revisions (.2); telephone call from counsel for FDIC-R regarding final revisions to the Motion to approve real estate agreement and status of FDIC-R's review and approval of the Motion (.2).

| | | | | |
|---|---|---|---|---|
| | [Asset analysis and recovery] Research regarding statute of limitations for accountant and auditor liability in Georgia (2.0); Draft memorandum to G. Giberson regarding statute of limitations for professional malpractice (0.5). | 2.50 | 375.00 | AF |
| Sep-12-14 | [Asset analysis and recovery] Review and comment on draft answer and counterclaim regarding bond. | 0.60 | 159.00 | MME |
| | [Asset analysis and recovery] Extended conference with criminal counsel for Mr. Price (.9); review file regarding victims and sentencing related issues (.5). | 1.40 | 371.00 | GFG |
| | [Asset analysis and recovery] Review final version of answer, defenses and counterclaim. | 0.10 | 26.50 | GFG |
| | [Asset analysis and recovery] Review revision of FDIC agreement prepared by co-counsel following SEC comments. | 0.20 | 53.00 | GFG |
| | [Asset analysis and recovery] Emails with special insurance counsel regarding filing of Answer, Defenses and Counterclaim to St. Paul Mercury's complaint for declaratory relief under the Bond and coordinate calculating and calendaring of deadline for St. Mercury to respond to the Counterclaim (.2); emails from and to counsel for various investors in FINRA arbitration against FSC Securities regarding the Receiver's testifying at the upcoming arbitration hearing and coordinate the Receiver's appearance at that | 0.50 | 132.50 | KDM |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| | hearing (.2); telephone call from counsel for A. Van Nus regarding action against A. Van Nus and A&D Hospitality (.1). | | | |
| | [Case administration] Telephone call from counsel for SEC regarding questions, comments and proposed revisions to real estate settlement agreement with the FDIC-R and global agreement with the FDIC-R (1.1); strategize with team members regarding issues raised by counsel for the SEC and further revisions to be made to both agreements (.5). | 1.60 | 424.00 | KDM |
| Sep-15-14 | [Asset analysis and recovery] Telephone calls to and from counsel for A. Van Nus regarding the documents and time line to be produced by A. Van Nus, additional time required for counsel to review those documents and time line and prepare and answer, and related issues (.3); review fully executed tolling agreement with Nelson Mullins and coordinate sending it to counsel for Nelson Mullins (.1); meet with A. Fernandez regarding status of Guatemala counsel's serving SCAN and its principals with the Receiver's complaint and other matters related to other litigation matters (.3); review FDIC-R's Motion to stay the declaratory action by St. Paul Mercury pursuant to the Bond, the Memorandum of Law in support of that Motion, and the proposed Order and strategize with team members regarding that Motion, our position with respect to that Motion, and the effect on our negotiations with St. Paul Mercury (1.4). | 2.10 | 556.50 | KDM |
| | [Case administration] Assist with preparation of Motion to approve global agreement with the FDIC-R, providing background and other information (.4). | 0.40 | 106.00 | KDM |
| | [Asset analysis and recovery] Conference with K. Murena regarding responses to demand letters. | 0.30 | 45.00 | AF |
| | [Asset analysis and recovery] Review settlement agreement between Receiver and FDIC (0.5); review summary of FDIC lawsuit and MCBI lawsuit (0.5); draft Motion to | 3.20 | 848.00 | CP |

Approve Settlement Agreement with FDIC
and proposed Order regarding same (2.2).

| Sep-16-14 | [Asset analysis and recovery] Meet with counsel regarding FDIC global agreement (.2); review FDIC real estate agreement and motion to approve same (.3). | 0.50 | 132.50 | MME |
| | [Asset analysis and recovery] Exchange emails with counsel for various investors regarding the Receiver's appearance and testimony at the hearing in the FINRA arbitration against FSC Securities and coordinate rescheduling conference call with counsel (.2); emails with team members regarding strategy for the Receiver's testimony and attending conference call with Receiver and investors' counsel (.3). | 0.50 | 132.50 | KDM |
| | [Asset analysis and recovery] (Life insurance action) Emails with special insurance counsel regarding strategy and proposal for settlement offers to be made to counsel for the life insurance companies (.3); review emails between Receiver and special insurance counsel regarding authority to make settlement offer to counsel for the life insurance companies (.1); exchange emails with special insurance counsel regarding gathering evidence in support of our defenses to the life insurer's claims and gathering further documents responsive to their document requests (.2). | 0.60 | 159.00 | KDM |
| | [Asset analysis and recovery] (Bond action) Review St. Paul Mercury's Response to the FDIC-R's Motion to Dismiss in the declaratory relief action under the bond (.5); email from special insurance counsel regarding the proposed Scheduling Order and the Joint Preliminary Report and Discovery Plan and begin reviewing those documents (.7). | 1.20 | 318.00 | KDM |
| | [Case administration] Telephone call with counsel for the SEC regarding the proposed global agreement with the FDIC-R, the creditors of the estate, the claims process proposed in the agreement, and certain | 1.30 | 344.50 | KDM |

proposed revisions to the Agreement (.5); discuss with the Receiver the SEC's comments and proposed revisions to the Agreement (.3); emails from and to counsel for FDIC-R regarding the final revisions to the Motion to approve the real estate agreement with the FDIC-R and the proposed Order, review the FDIC-R's final revisions, and present to Receiver for review (.3) discuss the final proposed revisions to the Motion and Order with the Receiver and send email to counsel for FDIC-R regarding the Receiver's acceptance of revisions (.2).

| | | | | |
|---|---|---|---|---|
| Sep-17-14 | [Asset analysis and recovery] (Bond action) Finish reviewing proposed  Scheduling Order and the Joint Preliminary Report and Discovery Plan, make revisions and send to special insurance counsel to finalize and send to counsel for St. Paul Mercury (.5); review email from special insurance counsel to counsel for St. Paul Mercury regarding the proposed final revisions to the Report and Plan (.1); review St. Paul Mercury's revisions to the Scheduling Order and the Joint Preliminary Report and Discovery Plan, review emails exchanged between special insurance counsel and St. Paul Mercury's counsel, and approve final revisions (.3). | 0.90 | 238.50 | KDM |
| | [Asset analysis and recovery] (SCAN action) Meet with the Receiver regarding the status of service of SCAN International and its principals and coordinate following up with Guatemala counsel regarding the commencement of the action in Guatemala to facilitate service (.2). | 0.20 | 53.00 | KDM |
| | [Asset analysis and recovery]  Meet with Receiver regarding the status of various asset recovery efforts including actions against third parties and scheduling of meetings with adverse parties including insurers to resolve certain issues and discuss strategy with team members (.4). | 0.40 | 106.00 | KDM |
| | [Asset analysis and recovery] (Life insurance action) Exchange emails with special | 1.30 | 344.50 | KDM |

|  |  |  |  |  |
|---|---|---|---|---|
|  | insurance counsel regarding damages calculations and settlement negotiations in the life insurance actions and begin investigation into expenses incurred by the estate during the relevant time period (.6); emails to and from special insurance counsel regarding further documents requested in the life insurance companies document requests and begin search for those documents (.7). |  |  |  |
|  | [Asset analysis and recovery] Update Receiver regarding status of Lwis Complaint (.1); correspondence with Venezuela counsel regarding same (.2). | 0.30 | 79.50 | MDV |
|  | [Asset analysis and recovery] SCAN: Email to Guatemala counsel regarding setting up conference to discuss service on defendants. | 0.10 | 15.00 | AF |
| Sep-18-14 | [Asset analysis and recovery] Review status of insurance issues (.2); review status of FDIC issues (.3). | 0.50 | 132.50 | MME |
|  | [Asset analysis and recovery] Review initial disclosures of St. Paul. | 0.20 | 53.00 | GFG |
|  | [Asset disposition] Email and telephone call from realtor for the Price residence regarding the status of his efforts to market the property for sale and recommendations for attracting buyers (.2). | 0.20 | 53.00 | KDM |
|  | [Asset analysis and recovery] (Bond action) Emails with counsel for St. Paul Mercury regarding agreement on the revised drafts of the Scheduling Order and the Joint Report and Discovery Plan and submitting it to counsel for the FDIC-R (.2); review revisions to those documents proposed by counsel for the FDIC-R and confirm that all parties agree to the changes and the filing of both documents with the Court (.4); review final versions of those documents filed with the Court (.2); review Initial Disclosures filed by St. Paul Mercury (.2). | 1.00 | 265.00 | KDM |
|  | [Asset analysis and recovery] (Life insurance | 0.50 | 132.50 | KDM |

|  |  |  |  |  |
|---|---|---|---|---|
|  | action) Email from counsel for SEC regarding strategy for pursuing insurance claims and relevant case law, review case law and strategize with team members (.5). |  |  |  |
|  | [Asset analysis and recovery] Correspondence with Venezuela counsel regarding service on Lwis and review update from counsel (.3). | 0.30 | 79.50 | MDV |
|  | [Asset analysis and recovery] SCAN: Email from counsel in Guatemala regarding scheduling conference call. | 0.10 | 15.00 | AF |
| Sep-19-14 | [Asset analysis and recovery] (Bond action) Review emails with counsel for St. Paul Mercury and emails from counsel for FDIC-R regarding the proposed Scheduling Order and certain objections of the FDIC-R to certain dates in that Order, and review the joint email of St. Paul Mercury and the FDIC-R to the Judge's law clerk regarding those issues (.3). | 0.30 | 79.50 | KDM |
|  | [Asset analysis and recovery] (Life insurance action) Continue working on gathering documents to be produced to life insurance companies in response to document requests and working on analysis related to damages calculation (.9). | 0.90 | 238.50 | KDM |
|  | [Asset analysis and recovery] Review update from Venezuela counsel regarding service issues. | 0.10 | 26.50 | MDV |
|  | [Asset analysis and recovery] SCAN: Phone call with Guatemalan counsel regarding service on defendants and what is required to go through Guatemalan courts. | 0.60 | 90.00 | AF |
| Sep-22-14 | [Asset analysis and recovery] Review status of insurance issues (.2); review status of FDIC issues (.3). | 0.50 | 132.50 | MME |
|  | [Asset disposition] Telephone calls from and to realtor for Price Residence regarding extension of listing agreement, status of market efforts, and upcoming open house (.2); | 0.30 | 79.50 | KDM |

|  |  |  |  |  |
|---|---|---|---|---|
|  | coordinate sending realtor the extension of listing agreement signed by the Receiver (.1). |  |  |  |
|  | [Asset analysis and recovery] (Bond action) Review Scheduling Order entered in declaratory relief action brought by St. Paul Mercury under the bond and coordinate calendaring of all deadlines (.2). | 0.20 | 53.00 | KDM |
|  | [Asset analysis and recovery] (Life insurance action) Continue searching for emails responsive to the life insurance companies' requests for production of documents (.5). | 0.50 | 132.50 | KDM |
|  | [Case administration] Email from counsel for FDIC-R regarding revisions to the Motion to approve real estate agreement and the proposed Order (.1); review and revise real estate agreement to incorporate comments and suggestions of counsel to the SEC (.9); prepare and send email to counsel for FDIC-R regarding the SEC's comments and suggestions, forwarding the latest revised draft of the agreement, summarizing the proposed revisions, and addressing related issues (0.2). | 1.20 | 318.00 | KDM |
| Sep-23-14 | [Case administration] Review and consent to confidentiality order. | 0.20 | 53.00 | MME |
|  | [Asset analysis and recovery] Emails with FDIC's counsel regarding insurance related issues, conference with co-counsel regarding same. | 0.20 | 53.00 | GFG |
|  | [Asset analysis and recovery] Emails with counsel for certain investors, John Chapman, regarding MCBI's attendance at the scheduled FINRA deposition of Mr. Price and conferences with counsel regarding the Receiver's position (.5); telephone conference with Jim Price, further emails with Mr. Chapman and voice mail left with criminal counsel for Mr. Price (.6). | 1.10 | 291.50 | GFG |
|  | [Asset analysis and recovery] (Life insurance action) Finish gathering documents responsive to the life insurance companies' requests for | 1.60 | 424.00 | KDM |

production and prepare and send email to special insurance counsel forwarding those documents and discussing issues related to the responsiveness and confidentiality of certain of those documents (.9). email to special insurance counsel regarding the proposed expert for the life insurance actions (.2); email from special insurance counsel regarding the Confidentiality Agreement proposed by two life insurance companies, review that proposed Agreement and discuss with the Receiver (.3); emails with special insurance counsel regarding the status of the preparation of the motion to compel one life insurance company to produce requested documents (.2).

| | | |
|---|---|---|
| [Asset analysis and recovery] Strategize regarding the Receiver's claims against certain financial institutions and possible claims to be brought on behalf of the investors against those institutions (.8); review emails with counsel for FSC Securities and counsel for various investors in FINRA action regarding proposed deposition of A.L. Price and strategize with team members regarding the deposition and the position of A.L. Price and his criminal counsel (.6); review correspondence between and among counsel for various investors, counsel for FSC Securities, and counsel for certain Ds and Os of MB&T regarding the attendance of the Ds and Os at the deposition of A.L. Price and strategize regarding the investors' counsel's objection and issues associated with the requested attendance (.4); receive report from special insurance counsel regarding recent telephone call with counsel for the FDIC-R regarding various insurance-related matters and exchange emails with counsel regarding those matters and the status of the global settlement negotiations with the FDIC-R (.4). | 2.20 | 583.00 | KDM |
| [Asset analysis and recovery] (Bond action) Review emails between counsel for the FDIC-R and counsel for St. Paul Mercury regarding an extension of time to file Reply Brief in support of the FDIC-R's Motion to Dismiss and an extension of time for the FDIC-R to serve its Initial Disclosures and | 1.10 | 291.50 | KDM |

discuss with team members (.2); email from counsel for the FDIC-R regarding the financial institution bond and prepare and send email to special insurance counsel regarding the FDIC-R's inquiry and issues related thereto (.3); email from special insurance counsel regarding the proposed detailed letter to the carrier regarding the Receiver's claim under the bond and various issues related to coverage and review that letter (.6).

| | | | |
|---|---|---|---|
| [Case administration] Multiple emails to and from counsel for FDIC-R regarding the latest revisions to the real estate agreement regarding the proposed changes to the release provision and issues related to the assignment of all rights under the loan documents to pursue any deficiency from the principals of SCAN (.8); strategize with team members regarding the position of the FDIC-R regarding the proposed revision to the release provision in that agreement and possible revisions to satisfy the FDIC-R and the SEC (.7); prepare and send email to counsel for the SEC regarding the FDIC-R's response and position with respect to the latest revisions to the release provision and requesting consent to the latest version of the Agreement (.1); email from counsel for FDIC-R regarding the latest revisions to the global settlement agreement and strategize regarding certain additional revisions to propose (.3). | 1.90 | 503.50 | KDM |
| Sep-24-14 | [Asset analysis and recovery] (Bond action) Review letter to bond carrier and providing response to insurance counsel. | 0.50 | 132.50 | MME |
| | [Asset analysis and recovery] (Bond action) Emails with counsel regarding stay issue. | 0.10 | 26.50 | GFG |
| | [Asset analysis and recovery] (Life insurance action) Review motion to compel in life insurance case (.2). | 0.20 | 53.00 | GFG |
| | [Asset analysis and recovery] Emails with counsel for the investors regarding deposition of Mr. Price and review related communications. | 0.20 | 53.00 | GFG |

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (Bond action) Review emails with insurance counsel regarding FDIC claims against insurance bond. | 0.10 | 26.50 | GFG |
| [Asset analysis and recovery] Review emails from investors' counsel regarding deposition of Mr. Price and review file regarding same. | 0.10 | 26.50 | GFG |
| [Asset analysis and recovery] (Bond action) Review letter drafted by special insurance counsel regarding bond coverage, with attachments, and draft email with comments. | 0.40 | 106.00 | GFG |
| [Asset analysis and recovery] (Life insurance action) Email from Receiver regarding proposed Confidentiality Agreement for productions from two life insurance companies and send email to special insurance counsel authorizing execution of that Agreement (.1); finish reviewing various documents and preparing damages calculations and settlement negotiations for action against life insurance companies, prepare and send email to special insurance counsel and Receiver explaining estimates and underlying analysis, and discuss with Receiver (3.2); review and confirm final version of Motion to compel discovery from Genworth (.2); email from law clerk regarding the procedures for resolving discovery disputes and discuss compliance therewith with team members (.2); | 3.70 | 980.50 | KDM |
| [Asset analysis and recovery] Review email from counsel for various investors in FINRA arbitration proceedings regarding his communications with criminal counsel for A.L. Price and his decision to not attend deposition in FINRA proceeding and strategize regarding contingencies stated by counsel regarding possible future appearance at deposition (.2). | 0.20 | 53.00 | KDM |
| [Asset analysis and recovery] (Bond action) Email from special insurance counsel regarding information and documents requested by counsel for the FDIC-R related to the Receiver's claims under the Bond and | 1.50 | 397.50 | KDM |

prepare and send email to counsel for FDIC-R providing requested information (.2); emails with special insurance counsel regarding strategy related to detailed demand letter to the carrier under the bond, the forensics to be included with demand letter, exchanging Proofs of Loss and forensics with the FDIC-R, issues related to allocation of bond proceeds between the Receiver and the FDIC-R and other issues related to the FDIC-R's claim (.5); review detailed demand letter and charts providing proof of loss, strategize with Receiver and team members regarding revisions to letter and approve final form of the letter (.4); telephone call and email from special insurance counsel regarding deadline to file Rule 26 Disclosures and consenting to the FDIC-R's and St. Paul Mercury's Joint Motion for, and consent orders granting, extensions of time, review that Joint Motion and those proposed orders, and review emails with Receiver regarding approval (.2); discuss with Receiver and propose to special insurance counsel date for mediation of the bond action (.2).

| | | | |
|---|---|---|---|
| [Case administration] emails with counsel for MCBI regarding the status of settlement negotiations with the FDIC-R and the status of the MCBI action against the FDIC-R (.3); review annual statements from Georgia registered agents for MAM, PFG and PFGBI and coordinate payment and changing of contact person on each account (.1); emails from and to counsel for SEC regarding final proposed revisions to the real estate agreement, revise agreement accordingly, and suggest minor change to proposed revision (.4); email to counsel for the FDIC-R regarding the global agreement and further revisions being considered (.1). | 0.90 | 238.50 | KDM |

| | | | | |
|---|---|---|---|---|
| Sep-25-14 | [Asset analysis and recovery] Status update with counsel regarding Osama Lwis complaint (.2); status update with counsel regarding Scan lawsuit (.2). | 0.40 | 106.00 | MME |

| | | | |
|---|---|---|---|
| [Business operations] Telephone call with Venezuelan counsel regarding farm operations. | 0.40 | 106.00 | MME |

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (Life insurance action) Review email from Court regarding discovery dispute procedures, emails with counsel regarding same. | 0.20 | 53.00 | GFG |
| [Case administration] Telephone conference with counsel for SEC regarding revisions to the agreement and revise agreement pursuant to discussion. | 1.30 | 344.50 | GFG |
| [Asset analysis and recovery] (Life insurance action) Meet with Receiver regarding proposed expert in actions against life insurance companies, the terms of engagement, and issues related to the requested retainer, and send email to special insurance counsel regarding the Receiver's approval of the terms of the engagement (.3); exchange emails with special insurance counsel regarding coordinating conference call to discuss discovery disputes with Genworth and procedure for resolving those issues and strategize with team members (.3); email from special insurance counsel regarding damages calculation and schedule call to discuss those calculations and related issues (.1). | 0.70 | 185.50 | KDM |
| [Asset analysis and recovery] (SCAN action) Meet with Receiver and team members regarding the status of the Guatemala proceeding to serve the principals of SCAN International and having Venezuela counsel separately use the Complaint to negotiate with the principals, and coordinate following up with Guatemala counsel regarding the status of service and the commencement of the necessary proceeding and obtain a copy of the translated Complaint (.4). | 0.40 | 106.00 | KDM |
| [Case administration] Emails to and from counsel for SEC regarding final revisions to the real estate agreement with the FDIC-R, certain proposed language to satisfy all parties' concerns, and whether they have objections thereto (.2); send latest revision of | 2.40 | 636.00 | KDM |

that agreement to counsel for the FDIC-R and exchange emails regarding the SEC approval and submitting the Agreement to the FDIC-R for approval (.3); work with team member on revising global agreement with the FDIC-R based on various concerns and questions raised by counsel for the SEC, strategize regarding further negotiations with counsel for the FDIC-R, and discuss with the Receiver (1.9).

| | | | |
|---|---|---|---|
| | [Asset analysis and recovery] Phone conference with Venezuela counsel regarding status regarding Lwis and the Venezuela properties (.5); finalize Hague paperwork (.2). | 0.70 | 185.50 | MDV |
| | [Asset analysis and recovery] SCAN: Email regarding status of assets research on Defendants and translated Complaint. | 0.10 | 15.00 | AF |
| | [Asset analysis and recovery] Update tracking chart regarding demand letters sent to potential targets in preparation for meeting with attorney A. Fernandez to discuss how to proceed. | 1.40 | 105.00 | pl |
| Sep-26-14 | [Asset analysis and recovery] Conference with Guy Giberson regarding Price testimony and cooperation letter. | 0.30 | 79.50 | PFV |
| | [Asset analysis and recovery] Conference with Guy Giberson regarding potential FINRA claims. | 0.50 | 132.50 | PFV |
| | [Case administration] Revise agreement with FDIC, conferences with counsel regarding changes and revise, dispatch to FDIC. | 2.50 | 662.50 | GFG |
| | [Asset analysis and recovery] (Life insurance action) Emails with special insurance counsel regarding expert in action against life insurance companies and schedule call to further discuss various issues (.2); coordinate filing Notice of Withdrawal of Motion to compel Genworth to produced documents and discuss strategy for compelling production with team members (.2); exchange emails with special insurance counsel regarding privilege | 2.10 | 556.50 | KDM |

logs to be produced to the life insurance companies' counsel with the supplemental production of documents, review those privilege logs, request clarification regarding certain entries, and approve the privilege logs (.6); telephone call with special insurance counsel regarding various issues related to the actions against the life insurance companies including the supplemental production and privilege logs, certain discovery matters including scheduling depositions, the status of resolving the pending discovery dispute and the strategy for presenting to the Court argument regarding the remaining dispute, and gathering information and performing calculations necessary for settlement negotiations, and strategize with team members regarding information required and calculations to be done (.7); coordinate updating of reconciliation of receivership account, review updated reconciliation, and provide to special insurance counsel for purposes of determining certain amounts and performing calculations for settlement negotiations (.3); review Order granting Joint Motion for extension of time and coordinate calendaring of new deadlines (.1).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (Bond action) Exchange emails with special insurance counsel regarding scheduling mediation in action against St. Paul Mercury under the bond and the status of finalizing the global settlement with the FDIC-R and follow up on negotiations with counsel for FDIC-R (.3). | 0.30 | 79.50 | KDM |
| [Case administration] Telephone call from AUSA regarding the forensics related to investor losses and information related to various investors (.2); work on gathering information and documents requested by AUSA and send to AUSA (.4); telephone calls from and to probation officer regarding the forensic analysis of investor losses and certain information regarding those investors (.3). | 0.90 | 238.50 | KDM |
| Sep-27-14     [Case administration] Review revised global settlement agreement with the FDIC-R, | 0.40 | 106.00 | KDM |

incorporating several revision based on comments of counsel for the SEC and other revisions and strategize regarding negotiations with the FDIC-R (.4).

| Sep-28-14 | [Asset analysis and recovery] SCAN: Review email from Guatemala counsel regarding confirmation of defendants' addresses. | 0.10 | 15.00 | AF |
| Sep-29-14 | [Case administration] Telephone call with counsel for claimants in broker cases (.5); telephone call and correspondence with insurance counsel regarding bond issues (.3); meeting with counsel regarding FDIC issues (.3). | 1.10 | 291.50 | MME |
| | [Asset analysis and recovery] Review file regarding FINRA forum claims (0.6); research related issues (0.7); telephone conference with potential counsel (0.3). | 1.60 | 424.00 | GFG |
| | [Asset analysis and recovery] (Life insurance action) Review emails between counsel for FDIC-R and special insurance counsel regarding submitting joint demand to St. Paul Mercury for the bond proceeds and strategize with Receiver and team members (.2); exchange emails with special insurance counsel and Receiver regarding approval for making joint demand for the bond proceeds without allocation between Receiver and FDIC-R (.2); email from special insurance counsel regarding updated damages analysis and obtaining an expert to testify regarding that analysis and review that analysis (.4); strategize with team members regarding the damages analysis and proposed expert (.2); email from special insurance counsel regarding Stipulated Protective Order proposed by Genworth, review that proposed Order, and send email to counsel approving the form of the proposed Order and authorized execution thereof (.5). | 1.50 | 397.50 | KDM |
| | [Asset analysis and recovery] Emails from and to counsel for SEC regarding recent communications with AUSA and issues related to disgorgement and investor losses and | 0.30 | 79.50 | KDM |

schedule a call to further discuss these issues
(.2); emails with counsel for various investors
confirming conference call with Receiver
regarding her upcoming appearance at FINRA
arbitration proceeding (.1).

| | | | |
|---|---|---|---|
| [Case administration] Revise and update list of pending actions, claims, tasks and issues to address for all team members and follow up on status of certain items (.5). | 0.50 | 132.50 | KDM |
| [Asset analysis and recovery] SCAN: Email to Guatemala counsel confirming address for Defendants. | 0.10 | 15.00 | AF |

Sep-30-14

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] Meet with counsel regarding FDIC agreement status (.4); e-mail with Venezuelan counsel regarding harvest and status (.2); review life insurance claim filings (.2). | 0.80 | 212.00 | MME |
| [Asset analysis and recovery] Research and review file regarding FINRA forum claims and conference regarding same. | 0.80 | 212.00 | GFG |
| [Asset analysis and recovery] Telephone conference with counsel for investors, John Chapman, regarding testimony, review testimony of the Receiver, conference with the Receiver regarding testimony. | 0.70 | 185.50 | GFG |
| [Case administration] Extended telephone conference with counsel for the FDIC, Alan Curley, regarding revisions to agreement, emails to group regarding strategy, review file regarding revisions and other issues raised. | 1.60 | 424.00 | GFG |
| [Asset disposition] Review Property Tax Statement for the Price residence and strategize regarding payment of taxes now or at the closing of any sale (.2). | 0.20 | 53.00 | KDM |
| [Asset analysis and recovery] Discuss with team members the status of negotiations with counsel for the former auditor of MB&T and former counsel to PFG and coordinate | 0.30 | 79.50 | KDM |

calendaring of tolling agreements with former auditor and former counsel (.3).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (Life insurance action) Review Receiver's First Supplemental Rule 26 Disclosure in action against Genworth (.1). | 0.10 | 26.50 | KDM |
| [Asset analysis and recovery] Email from counsel for various investors in FINRA arbitration regarding the Receiver's testimony at upcoming arbitration hearing and the transcript of the Receiver's testimony at the last hearing and review list of subjects relevant to the upcoming hearing and portions of the Receiver's prior testimony (.3). | 0.30 | 79.50 | KDM |
| [Asset analysis and recovery] (Bond action) Emails with special insurance counsel regarding preparation of joint demand letter with the FDIC-R to St. Paul Mercury demanding the bond proceed and the possible need for two separate demand letters from the Receiver and the FDIC-R (.2); emails with special insurance counsel confirming that the Receiver's demand letter was sent to St. Paul Mercury but that the joint letter with the FDIC-R will be sent upon the finalizing of the global agreement with the FDIC-R, and strategize with Receiver regarding issues raised by special insurance counsel (.3). | 0.50 | 132.50 | KDM |
| [Case administration] Meet with Receiver and G. Giberson regarding G. Giberson's recent call with counsel for FDIC-R in response to the Receiver's latest revisions to the global agreement with the FDIC-R, certain revisions to be proposed to address issues raised by the FDIC-R, and resolving issues raised by counsel for the SEC, and coordinate making revisions to the agreement to be proposed to the SEC and the FDIC-R (.5); send email to counsel for the SEC to schedule a call to discuss the FDIC-R's response to the latest revision and to propose further revisions to address all parties' concerns (.1). | 0.60 | 159.00 | KDM |

| | | | | |
|---|---|---|---|---|
| | [Asset analysis and recovery] Correspondence with Venezuela counsel regarding documents for service on Lwis. | 0.20 | 53.00 | MDV |
| Oct-01-14 | [Asset analysis and recovery] Email response to Venezuelan counsel regarding status. | 0.20 | 53.00 | MME |
| | [Asset analysis and recovery] Revise agreement with FDIC pursuant to necessary changes arising out of research (0.8); discussions with counsel, SEC and the Receiver (.5); emails and conferences with counsel for the Receiver regarding changes to agreement with FDIC and other related issues (.5); revise agreement and email to counsel (.3). | 2.10 | 556.50 | GFG |
| | [Case administration] Telephone conference with counsel for the FDIC regarding proposed changes to agreement (.4); emails, text messages and conference with counsel regarding additional issues raised regarding FDIC agreement (.2). | 0.60 | 159.00 | GFG |
| | [Asset disposition] Email from realtor for Longboat Key property regarding recent offer to purchase the property, strategize regarding offer, and send email authorizing counteroffer (.2). | 0.20 | 53.00 | KDM |
| | [Asset analysis and recovery] Emails with special insurance counsel regarding upcoming depositions in the life insurance actions and coordinate reserving conference room for those depositions (.2). | 0.20 | 53.00 | KDM |
| | [Case administration] Emails from and to counsel for SEC regarding scheduling call to discuss latest revisions to the global agreement with FDIC-R and coordinate sending them to counsel for SEC prior to call (.2); review latest revision to the global agreement with the FDIC-R based on recent discussion with counsel for FDIC-R and strategize regarding further revisions and legal issues to research (.4); prepare and send email to counsel for SEC forwarding latest revision to the | 1.50 | 397.50 | KDM |

agreement and summarizing legal issues raised by the FDIC-R (.3); telephone call from counsel for the SEC regarding the revisions and legal issues and schedule follow-up call to further discuss these matters (.4); strategize regarding legal issues related to the agreement with the FDIC-R and coordinate research of that issue (.2).

| | | | | |
|---|---|---|---|---|
| Oct-02-14 | [Asset analysis and recovery] Meet with Receiver and team member regarding claim against broker/dealer and strategize regarding pursuing that claim (.2); emails from and to counsel for FSC Securities regarding scheduling the Receiver's telephonic appearance at the FINRA arbitration hearing (.2). | 0.40 | 106.00 | KDM |
| | [Asset analysis and recovery] (Life insurance action) Emails with special insurance counsel regarding documents to be provided to expert to perform certain calculations, review the proposed documents and strategize regarding which documents to send (.3). | 0.30 | 79.50 | KDM |
| | [Case administration] Strategize with Receiver and team members regarding the scope of the Receivership Order, the assets of the Receivership Estate including present and future assets of Defendants, waiver of right to seek reconsideration of Order, and other related issues arising from the latest revisions to the global agreement with the FDIC-R (.4). | 0.40 | 106.00 | KDM |
| Oct-03-14 | [Asset analysis and recovery] Meet with counsel regarding FDIC (.3); meeting with counsel regarding life insurance status (.2); e-mails with counsel regarding Scan claims (.3); prepare for testimony in broker suits (1.0). | 1.80 | 477.00 | MME |
| | [Asset analysis and recovery] Telephone conference with counsel for FSC and emails regarding documents sought for arbitration; review documents from Kuglar. | 0.20 | 53.00 | GFG |
| | [Case administration] Telephone conference with Al Curley regarding agreement and | 0.50 | 132.50 | GFG |

logistics of preparation of new draft (.2); conference with counsel regarding FDIC agreement and review related documents (.3).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] Emails with counsel for FSC Securities regarding the Receiver's telephonic appearance at the FINRA arbitration hearing, reschedule call to discuss scheduling of Receiver's appearance, and strategize with Receiver and team member (.2); coordinate contacting counsel for investors in FINRA arbitration action and counsel for FSC Securities to discuss the Receiver's availability to appear at the arbitration hearing and the documents counsel would like the Receiver to review and receive report regarding calls with counsel (.3); email from investors' counsel regarding the exhibits FSC Securities intends to introduce through the Receiver and discuss with team members (.2). | 0.70 | 185.50 | KDM |
| [Asset analysis and recovery] (Life insurance action) review Stipulated Protective Order entered by the Court in the Genworth action (.1); telephone calls from and to special insurance counsel regarding status of settlement negotiations with counsel for the life insurance companies, strategy for continued negotiations, the status of discovery, scheduling mediation or a settlement conference, and obtaining certain requested documents from those companies, strategy for obtaining production and scheduling mediation, the status of forensic accountant's analysis for purposes of settlement negotiations and preparing for trial, and various other matters (.3); provide update to the Receiver regarding the foregoing matters and formulate strategy for settlement negotiations and mediation (.2). | 0.60 | 159.00 | KDM |
| [Asset analysis and recovery] (Bond action) Review St. Paul Mercury's Answer and Affirmative Defenses to Receiver's Counterclaim and strategize with team members (.4); review St. Paul Mercury's Opposition to Motion to Stay Proceedings (.2); | 0.60 | 159.00 | KDM |

| | | | | |
|---|---|---|---|---|
| | [Asset analysis and recovery] (SCAN action) Receive and review Spanish translation of Complaint against SCAN and principals, forward to private investigator communicating with principals, and exchange emails with investigator regarding strategy for negotiating with principals (.3). | 0.30 | 79.50 | KDM |
| | [Case administration] Email from counsel for SEC regarding the SEC's position with respect to certain provisions of the revised global settlement agreement with the FDIC-R and the scope and effect of the Order Appointing Receiver and strategize with team members regarding further revisions to be made to the Agreement (.4); telephone call with counsel for the SEC regarding the foregoing issues and proposed revisions, work with G. Giberson on revisions to propose to counsel for the FDIC-R, and coordinate contacting counsel for the FDIC-R to discuss the foregoing issues and proposed revisions and work on finalizing the agreement (.6); meet with Receiver and G. Giberson regarding the call with counsel for the FDIC-R, his agreement to certain revisions we proposed, and his preparation of final revisions (.2). | 1.20 | 318.00 | KDM |
| | [Asset analysis and recovery](Lisa Fazzah-Diaz) Update Clawback Matters Deadlines Spreadsheet. | 0.10 | 7.50 | pl |
| Oct-05-14 | [Asset analysis and recovery] Review deposition transcript to prepare for testimony in broker cases. | 0.60 | 159.00 | MME |
| | [Asset analysis and recovery] Telephone conference with counsel for FSC, John Chapman, and review related documents. | 0.40 | 106.00 | GFG |
| | [Asset analysis and recovery] Emails with counsel in FSC arbitration regarding documents and review attached documents, forward to the Receiver and co-counsel with comments. | 0.30 | 79.50 | GFG |
| | [Asset analysis and recovery] Emails with criminal counsel for A.L. Price regarding the | 1.10 | 291.50 | KDM |

upcoming sentencing and coordinate scheduling meeting with counsel (.2); multiple emails from Jim Price regarding A.L. Price's upcoming sentencing and the position of the AUSA and probation officer (.2); emails with counsel for investors in FINRA arbitration matter regarding Receiver's appearance at arbitration hearing and exhibits to be introduced through Receiver and confirm with Receiver and team members her appearance at hearing (.2); review emails with counsel for FSC Securities in FINRA arbitration regarding exhibits he would like Receiver to review and testify about at hearing, review those documents, and strategize with Receiver and G. Giberson (.5).

| | | | | |
|---|---|---|---|---|
| | [Case administration] Discuss with Receiver retrieval of PFG's and Price's computers from the FBI and discuss accessing and storing those computers (.2). | 0.20 | 53.00 | KDM |
| Oct-06-14 | [Asset analysis and recovery] Review and respond to counsel email regarding life insurance claims (.4); email and telephone call with counsel regarding FDIC (.2); email with counsel regarding bond issues (.1). | 0.70 | 185.50 | MME |
| | [Case administration] Prepare with counsel, review documents and testify in broker case. | 2.20 | 583.00 | MME |
| | [Asset analysis and recovery] Review documents emailed by counsel in FINRA case and conferences with the Receiver regarding same. | 0.70 | 185.50 | GFG |
| | [Asset analysis and recovery] Telephone conferences with Ms. Damian and Mr. Chapman regarding testimony at FINRA panel (0.1); review documents provided by counsel in FSC arbitration (0.1); attend hearing by telephone (2.0). | 2.20 | 583.00 | GFG |
| | [Asset disposition] Telephone calls from and to realtor for the Price residence regarding marketing update, recent offer, outcome of open house,, extension of listing agreement to continue marketing it for sale, and the status | 0.20 | 53.00 | KDM |

of the mortgagee's attempt to foreclose and
discuss with the Receiver (.2).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] Review email and invoice from expert for malpractice claim against Nelson Mullins, confer with team members and office manager regarding status of analysis provided and payment of invoice balance, and review check for payment (.1). | 0.10 | 26.50 | KDM |
| [Asset analysis and recovery] (Life insurance action) Emails with special insurance counsel regarding email to send to Court regarding discovery disputes related to document production and scheduling and scope of 30(b)(6) depositions and review and revise proposed email to Court (.4); review email from the Court's chambers regarding discovery dispute (.1); review emails from counsel for the life insurance companies to the Court responding to our email (.1); receive update from special insurance counsel regarding life insurance companies promise to produce the requested documents and the remaining dispute regarding the deposition (.2); discuss with Receiver status of life insurance actions and moving them towards settlement through mediation or otherwise and follow up with special insurance counsel regarding scheduling settlement conference or mediation (.2). | 1.00 | 265.00 | KDM |
| [Asset analysis and recovery] (Bond action) Review FDIC-R's Motion to Dismiss Receiver's Counterclaim in declaratory relief action filed by St. Paul Mercury under the financial institution bond and supporting memorandum of law and coordinate calendaring of deadline to respond to that Motion (.4). | 0.40 | 106.00 | KDM |
| [Case administration] Discuss with Receiver status of settlement negotiations with FDIC-R regarding global agreement and the FDIC-R's consideration of our latest proposed revisions (.2); receive report from G. Giberson regarding FDIC-R's consideration of our latest proposed revisions and certain language the | 1.00 | 265.00 | KDM |

FDIC-R proposes to insert regarding claims of other creditors (.2); telephone calls from and to investor regarding status of the receivership, assets in the Estate, including the cash, the remaining real property and the Estate's claims against third parties, disputes with the FDIC-R and the life insurance companies, the timing of the claims administration process, and various other matters (.6).

| | | | |
|---|---|---|---|
| | [Asset analysis and recovery] Contact criminal attorney for Lee Price, J. Lowther for purposes of coordinating a meeting prior to Price's forthcoming sentencing hearing. | 0.10 | 7.50 | pl |
| Oct-07-14 | [Case administration] Review proposed FDIC agreement and meeting with counsel regarding same. | 0.60 | 159.00 | MME |
| | [Case administration] Review draft agreement from FDIC and review previous drafts and related documents (0.2); conference with counsel regarding same (0.1). | 0.30 | 79.50 | GFG |
| | [Asset analysis and recovery] (SCAN action) Review Corrected Summons for one of the principals of SCAN International and Notice of Corrected Summons, coordinate sending it to Guatemala counsel to be served through Guatemala notary, and send Corrected Summons to private investigator for purposes of negotiations with principals of SCAN International (.2). | 0.20 | 53.00 | KDM |
| | [Asset analysis and recovery]  Discuss with Receiver status of preparation of Complaint against MCBI and its Ds and Os for 2012 misconduct and Complaint against financial advisors of MAM, the related insurance claims against the Travelers 2012 D&O policy and the Evanston E&O policy, and the status of negotiations with Evanston (.2). | 0.20 | 53.00 | KDM |
| | [Asset analysis and recovery] (Bond action) Discuss with Receiver the FDIC-R's Motion to Dismiss Receiver's Counterclaim in declaratory action under the financial institution bond, the legal basis for that | 0.20 | 53.00 | KDM |

Motion, and the FDIC-R's standing to file
such an action as a defendant (.2).

| | | | |
|---|---|---|---|
| | [Case administration] Email from counsel for FDIC-R forwarding latest revision to the global settlement agreement, review that revision, and discuss with Receiver (1.1); send FDIC-R's latest revision to counsel for the SEC and exchange emails with counsel regarding scheduling a call to discuss agreement (.2). | 1.30 | 344.50 | KDM |
| | [Asset analysis and recovery] SCAN: Email to Guatemala counsel regarding address for Ronaldo Rodriguez. | 0.10 | 15.00 | AF |
| Oct-08-14 | [Asset analysis and recovery] Review correspondence from SEC and meeting with counsel regarding same. | 0.30 | 79.50 | MME |
| | [Case administration] Review emails from S.E.C.'s counsel regarding comments to new agreement and review agreement in connection with additional comments (0.2); conferences with counsel regarding comments (0.2). | 0.40 | 106.00 | GFG |
| | [Asset analysis and recovery] (Life insurance action) Review Genworth's Amended Responses and Objections to Receiver's First Request for Admissions (.2); review Notice of 30(b)(6) deposition of representative of Genworth and coordinate calendaring for all team members (.1); emails with special insurance counsel regarding selecting date and location of deposition of Receiver (.1). | 0.40 | 106.00 | KDM |
| | [Asset analysis and recovery] Confirm expiration of tolling agreements with auditor of MB&T and Nelson Mullins and discuss status of negotiations with team members (.1). | 0.10 | 26.50 | KDM |
| | [Case administration] Assist with preparation of Receiver Status Report, providing information regarding work performed and accomplishments during the application period (1.4); prepare and send email to FBI agent | 1.80 | 477.00 | KDM |

regarding the government's maintaining custody of PFG's computers and whether those computers can be shipped to the Receiver, and receive email from FBI agent regarding his confirming whether government still needs computers or can transfer them to Receiver (.3); follow up on scheduling meeting with criminal counsel for A.L. Price prior to sentencing (.1).

| | | | | |
|---|---|---|---|---|
| | [Asset analysis and recovery] (SCAN action) Review new summons issued for Edgar Marroquin (0.1); Send new summons to Guatemala counsel (0.1). | 0.20 | 30.00 | AF |
| | [Asset analysis and recovery] Begin drafting Receiver's 9th Status Report (1.7); review pending actions, dockets and settlement agreements in preparation for same (0.7); meet with K. Murena to discuss same (0.3). | 2.70 | 715.50 | CP |
| Oct-09-14 | [Asset analysis and recovery] (Life insurance action) Review status and strategy of life insurance issues with counsel. | 0.50 | 132.50 | MME |
| | [Asset analysis and recovery] Telephone conference with potential counsel regarding representations over certain third party issues (1.0); review file regarding issues raised (0.1). | 1.10 | 291.50 | GFG |
| | [Asset analysis and recovery] Conferences with counsel regarding research and potential other legal issues arising out of proposed FDIC agreement. | 0.60 | 159.00 | GFG |
| | [Case administration] Emails with counsel regarding logistics of SEC comments (0.3); prepare for call with SEC counsel (0.2); attend telephone conference with S.E.C. counsel and prepare additional comments and revisions (0.8); conference with counsel regarding additional comments to agreement (.3); review FDIC related documents regarding additional comments and research legal issues related to discussions with S.E.C. and other FDIC issues in current draft in order to advise the Receiver (2.2). | 3.80 | 1,007.00 | GFG |

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (SCAN action) Emails with private investigator regarding strategy for negotiating with SCAN International's principals and schedule call to discuss strategy (.1); follow up with Guatemala counsel regarding receipt of corrected summons and status of service of Defendants through notary in Guatemala (.2). | 0.30 | 79.50 | KDM |
| [Asset analysis and recovery] (Bond action) Review FDIC-R's Reply in support of its Motion to abate declaratory relief action brought by St. Paul Mercury under the financial institution bond (.2). | 0.20 | 53.00 | KDM |
| [Asset analysis and recovery] (Life insurance action) Review email from the Court's law clerk conveying the Court's determination regarding the discovery disputes and determining that no depositions or discovery should go forward given that only legal issues need to be decided, exchange emails with special insurance counsel, and strategize with Receiver and team members (.3). | 0.30 | 79.50 | KDM |
| [Case administration] Emails from and to counsel for the SEC regarding the latest revision to the global agreement with the FDIC-R and coordinate scheduling a call with counsel for discuss issues related to that revision (.2); receive report regarding call with counsel for the SEC and the questions and comments they had related to the latest revision to the agreement (.2); review G. Giberson's analysis of the FDIC-R's latest revisions to the global agreement and potential pitfalls the Estate could face as a result of certain proposed language and strategize regarding the pros and cons of that language and certain language proposed by counsel for SEC in response to the FDIC-R's revisions, and work on formulating language to propose to the FDIC-R to protect the Estate and preserve its rights under certain circumstances (1.0); review and approve the latest revision to the global agreement to propose to the FDIC-R and have Receiver review and approve transmittal to counsel for the FDIC-R (.3). | 1.70 | 450.50 | KDM |

| | | | | |
|---|---|---|---|---|
| Oct-10-14 | [Asset analysis and recovery] Review documents regarding third party claims and related defenses and research related issues under Georgia law. | 4.80 | 1,272.00 | GFG |
| | [Asset disposition] Emails from and to counsel for Amerisave regarding the Receiver's efforts to sell the Price residence (.2); follow up with the realtor for the Price residence regarding his continued efforts to market the property for sale and the outcome of the last open house (.2). | 0.40 | 106.00 | KDM |
| | [Asset analysis and recovery] (Life insurance action) Email from special insurance counsel forward proposed response email to the Court's law clerk, setting forth case law and analysis demonstrating that there are issues of fact to be determined and for which discovery is necessary before the Court can determine the insurers' claims as a matter of law and seeking reconsideration of Judge's determination, review the proposed response and case law, and strategize with team members (.4); review proposed revisions to the response, confer with team members regarding approval, and review final version sent to the Court (.2); review the Judge's determination regarding our request for reconsideration, strategize with team members, and follow up on obtaining the discovery and scheduling the depositions authorized by the Judge (.2). | 0.80 | 212.00 | KDM |
| | [Asset analysis and recovery] (Bond action) Review FDIC-R's counsel's Application to appear pro hac vice in declaratory relief action under the financial institution bond (.1); exchange emails with special insurance counsel regarding documents related to the financial institution bond, the Receiver's claim against that Bond, and the preparation of the Initial Disclosures and the deadline to file and serve them (.2); work on gathering documents related to the bond, send them to special insurance counsel, and exchange emails with special insurance counsel regarding those documents (.5). | 0.80 | 212.00 | KDM |

| | | | | |
|---|---|---|---|---|
| | [Asset analysis and recovery] Confer with G. Giberson regarding legal research on comparted liability. | 0.20 | 30.00 | MJS |
| | [Asset analysis and recovery] Legal research on corporate liability. | 3.30 | 495.00 | MJS |
| Oct-13-14 | [Asset analysis and recovery] Research legal issues related to claims against former auditor and auditor documents (1.1); review auditor documents in FDIC file (1.8); research legal issues related to most likely defenses to auditor claims (.9). | 3.80 | 1,007.00 | GFG |
| | [Asset disposition] Emails with counsel for Amerisave regarding additional time for Receiver to market the Price residence and the mortgagee's intentions with respect to foreclosure (.2). | 0.20 | 53.00 | KDM |
| | [Asset analysis and recovery] Telephone calls from A.L. Price regarding various investors listed on forensic accountant's investor analysis report and information related to the amounts they invested and received back from Defendants (.6); review updated investor report, prepare and send email to forensic accountant requesting that further updates be made and certain transfers be investigated, and explaining bases for new proposed re-categorization of transferors and transferees in consolidated master reconstruction of accounts (.9); follow up on scheduling meeting with criminal counsel for A.L. Price (.1). | 1.60 | 424.00 | KDM |
| | [Case administration] Follow up with counsel for FDIC-R regarding FDIC-R's approval of final version of the real estate agreement and exchange emails with counsel (.2); assist with preparation of Receiver's Status Report, providing additional information to be included in report and updates regarding work being performed (1.2). | 1.40 | 371.00 | KDM |
| | [Asset analysis and recovery] continue legal research on corporate liability based on discussion with G. Giberson. | 1.70 | 255.00 | MJS |

| | | | | |
|---|---|---|---|---|
| Oct-14-14 | [Asset analysis and recovery] Email from forensic accountant regarding updating of the master reconstruction to reflect new information obtained from A.L. Price (.1). | 0.40 | 106.00 | KDM |
| | [Asset analysis and recovery] (Life insurance action) Review emails from counsel for life insurance company and the Court's law clerk regarding discovery dispute, the Court's consideration of the dispute, and the Court's request that each party submit further emails to assert arguments related to production of documents and scheduling of depositions and strategize with Receiver and team members regarding proposed deposition dates and location and preparation of email to the Court (.3). | 0.30 | 79.50 | KDM |
| | [Case administration] Continue assisting with preparation of Receiver's Status Report, including providing information related to the status of efforts to sell the remaining real property of the Estate (.3). | 0.30 | 79.50 | KDM |
| | [Asset analysis and recovery] Continue drafting Receiver's 9th Status Report (2.2); review pending actions, pending real estate transactions, value of remaining assets, dockets and settlement agreements in preparation for same (1.0). | 3.20 | 848.00 | CP |
| Oct-15-14 | [Asset analysis and recovery] Telephone call with counsel in Venezuela regarding status and strategy and farm operations (.4); telephone call with investigator regarding Scan (.3); review and revise e-mail to court regarding Life Insurance case status conference (.2). | 0.90 | 238.50 | MME |
| | [Asset disposition] Follow up and exchange emails with realtor for Longboat Key property regarding marketing of the property, paying for a housekeeper to clean up the inside of the building, an upcoming showing with a potential purchaser, possibly lowering the asking price, and the deadline to sell the property pursuant to the agreement with the FDIC-R (.3). | 0.30 | 79.50 | KDM |

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (Life insurance action) Review life insurer's Objections to Receiver's Notice of Video Tape Deposition and strategize with Receiver and team members regarding arguments raised therein and response arguments (.3); exchange emails with Receiver and various team members including special insurance counsel regarding preparation of email to be sent to the Court responding to arguments raised by life insurers related to production of documents and scheduling of depositions, review draft of email prepared by special insurance counsel, and strategize with team members regarding revisions (.5); meet with Receiver regarding status of scheduling depositions in the life insurance actions and coordinate travel arrangements to allow for deposition if necessary (.1). | 0.90 | 238.50 | KDM |
| [Asset analysis and recovery] (SCAN action) Discuss status of Guatemala counsel's service of the Complaint and Summonses on SCAN and its principals, follow up with A. Fernandez regarding status, receive update from A. Fernandez regarding another issue with Summons for one of the principals requiring the Court to reissue that Summons, and coordinate obtaining new Summons from the Court (.3); telephone conference with Receiver and private investigator regarding the claims against SCAN and its principals, the status of service of the Complaint and Summonses, and strategy for negotiating with them (.3). | 0.60 | 159.00 | KDM |
| [Asset analysis and recovery] (Bond action) Email from special insurance counsel regarding Initial Disclosures to be filed and served in declaratory judgment action by St. Paul Mercury under the financial institution bond and deadline to serve those Disclosures (.1). | 0.10 | 26.50 | KDM |
| [Case administration] Email from counsel for FDIC-R regarding their latest revisions to the real estate agreement subject to final approval by FDIC-R supervisor, and review revised draft of the agreement (.4); meet with Receiver regarding status of global agreement with the | 1.20 | 318.00 | KDM |

FDIC-R, the real estate agreement with the FDIC-R, and related matters and follow up with team members (.2); emails with Receiver and team members regarding our latest revision to the global agreement with the FDIC-R, legal research on issue arising from the FDIC-R's latest revision, and possible revisions to proposed based on research findings (.3); review summary of research findings and strategize with team members regarding recommendation to be made to the Receiver with respect to the proposed latest revisions to the global agreement with the FDIC-R (.3).

| | | | | |
|---|---|---|---|---|
| | [Asset analysis and recovery] Telephone conference with Venezuelan attorneys (0.5); confer with Receiver regarding same (0.1). | 0.60 | 159.00 | MDV |
| | [Asset analysis and recovery] SCAN: Email from Guatemala counsel regarding address for Ronaldo Rodriguez Garcia (0.1); Coordinate obtaining corrected summons for defendants (0.1). | 0.20 | 30.00 | AF |
| Oct-16-14 | [Asset analysis and recovery] Review proposed changes and meeting with counsel regarding FDIC agreement (.4); meet with counsel regarding status and strategy of other matters (.2). | 0.60 | 159.00 | MME |
| | [Asset analysis and recovery] Conference with Guy Giberson regarding FDIC issues and settlement. | 0.50 | 132.50 | PFV |
| | [Asset disposition] Email from realtor for Longboat Key property regarding cost to clean up the interior of the building and status of previously schedule showing of the property to a potential purchaser (.1); discuss with Receiver status of realtor's marketing efforts (.1). | 0.20 | 53.00 | KDM |
| | [Asset analysis and recovery] Receive update regarding analysis of the Estate's and the individual investors' claims against certain financial institutions and strategize regarding issues related to standing to pursue and the | 0.50 | 132.50 | KDM |

factual support for those claims, and the
logistics and procedures for pursuing those
claims through FINRA (.5).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (SCAN action) Review and approve Notice of Filing Corrected Summons and proposed Summons for principals of SCAN International and coordinate filing and following up with the Clerk's Office to expedite the issuance of those Summons (.2); coordinate preparation of Notice of Waiver of Service and letter to A.L. Price in jail inquiring as to whether he will waive service of complaint against SCAN as its registered agent, review and revise Notice and letter, and coordinate sending to A.L. Price (.2). | 0.40 | 106.00 | KDM |
| [Asset analysis and recovery] (Life Insurance Actions) Telephone call with forensic account regarding expert report to be prepared for litigation against life insurance companies (.3); emails with special insurance counsel regarding expert report for that litigation and information needed for that report and coordinate confirmation of certain information related to funds in the Estate (.4); emails with special insurance counsel regarding draft response letter to Genworth's letter to Receiver regarding its document requests, review Genworth's letter to Receiver, and review draft response letter to Genworth (.3); search for additional documents responsive to Genworth's document requests, review correspondence that may be responsive, and send to special insurance counsel with explanation of context of correspondence, and comments regarding response letter to Genworth (.9); discuss with special insurance counsel motion for extension of discovery deadline to facilitate document production and depositions and review email to counsel for life insurers requesting position on that motion (.1) review proposed follow up letter to Judge's law clerk regarding the Receiver's position with respect to disputes related to document production, depositions, and whether additional discovery is legally justified, exchange emails with team members | 2.60 | 689.00 | KDM |

regarding revisions to that letter, and review final letter sent to law clerk (.3); review two letters from counsel for life insurers to law clerk responding to the Receiver's letter and making new arguments regarding discovery dispute and strategize with team members regarding new arguments raised and insurer's violation of Judge's procedures for addressing discovery disputes (.3).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (Bond Action) Review and coordinate revisions to Initial Disclosures to be filed and served in declaratory relief action against St. Paul Mercury under the financial institution bond and discuss with team members proposed revisions and finalizing the Disclosures (.6); meet with Receiver regarding preparation of our response to FDIC-R's Motion to dismiss our counterclaim for lack of subject matter jurisdiction and confirm deadline to file response (.2); exchange multiple emails with special insurance counsel regarding status of preparation of response to that Motion to dismiss, the deadline to respond, and need for additional time to prepare the response, and coordinate obtaining consent from FDIC-R's counsel to extension and filing Motion for extension (.4). | 1.20 | 318.00 | KDM |
| [Case administration] Strategize with team members regarding legal issues related to latest revision to the global settlement agreement with the FDIC-R and exchange emails with counsel for the SEC to schedule call to discuss those issues (.4); meet with Receiver and team members to strategize regarding two particular provisions of the global settlement agreement and their effect on the future claims administration process and any actions brought by the FDIC-R against third parties and comparison of the FDIC-R's latest revision to the agreement and our proposed latest revision (.6); prepare and present to the Receiver comparison of the two sets of the revisions to the agreement, discuss certain provisions with Receiver, and receive authority from Receiver to submit our latest revisions to the FDIC-R (.6); exchange emails | 2.10 | 556.50 | KDM |

and meet with team members regarding PFGAM, LLC and various documents referring to or involving that entity (.3); emails with special insurance counsel regarding status of global settlement with FDIC-R and the remaining issues to resolve for purposes of formulating strategy for pursuing insurance claims jointly with FDIC-R (.2).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (SCAN action) Prepare Notice of Filing Corrected Summonses for Edgar Marroquin and Ronaldo Garcia, prepare corrected summonses regarding same and file electronically. | 0.60 | 45.00 | pl |
| [Asset analysis and recovery] (SCAN action) Prepare waiver of service of summons for Scan International, USA for attorney's review and prepare package to send to Aubrey Lee Price. | 0.00 | 0.00 | pl |

Oct-17-14    [Asset analysis and recovery] Respond to e-mail from counsel regarding life insurance matters and hearing.    0.30    79.50    MME

[Asset analysis and recovery] (Life Insurance actions) Review final version of Motion to Extend Discovery Period and discuss proposed deadlines with team members (.3); email from Judge's law clerk regarding scheduling conference in chambers to decide outstanding discovery issues related to document production, depositions and discovery deadline, and exchange emails with Receiver and team members and counsel for the insurers regarding availability and attendance at conference (.3); review Notice of Conference Hearing issued by the Court and strategize with Receiver and team members regarding issues to be addressed at the hearing and possible settlement of merits of the case (.4); exchange emails with special insurance counsel regarding information pertinent to the analysis to be done by our forensic expert (.2); emails to and from forensic expert regarding the scope of the proposed expert report and estimated cost to prepare it, discuss with Receiver, and provide update to expert    1.60    424.00    KDM

explaining the status of the case, efforts to
settle all claims, and upcoming hearing and
settlement conference (.4).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (SCAN Action) Review Corrected Summons issued by the Court and coordinate sending to Guatemala counsel to serve on principals of SCAN (.1). | 0.10 | 26.50 | KDM |
| [Asset analysis and recovery] (Bond Action) Review FDIC-R's Reply to St. Paul Mercury's Response to the FDIC-R's Motion to Dismiss and Exhibits thereto including Declaration of counsel for FDIC-R and discuss with team members (.5); email from special insurance counsel regarding his call with counsel for FDIC-R and response to the FDIC-R's motion to dismiss counterclaim, strategize with team members regarding options, coordinate preparation of Motion for agreed upon extension, review and revise Motion and proposed Order, and supervise finalizing and filing it through local counsel (.6); exchange emails with special insurance counsel regarding confusion regarding deadline to move to strike affirmative defenses based on conflict between Federal Rules and Court's rules and procedures, review conflicting authority and discuss with team members (.3); review and revise Motion for extension of time to respond to St. Paul Mercury's motion to strike affirmative defenses and proposed Order and coordinate making revisions and filing with the Court through local counsel (.4); gather information to be included in Certificate of Interested Parties to be filed and served in the Bond Action, coordinate inserting information and finalizing Certificate, review final version and coordinate filling with the Court through local counsel (.3); coordinate contacting local counsel to facilitate timely filing of two Motions for extension and Certificate of Interested Parties and provide instructions to special insurance counsel (.1); coordinate finalizing of Initial Disclosures and serving on all parties and preparing and filing Certificate of Service (.2); review Application to appear pro hac vice filed by counsel for FDIC-R in | 2.50 | 662.50 | KDM |

Bond action and follow up on confirming that orders granting our appearance pro hac vice have been entered (.1).

| | [Case administration] Telephone call and email to counsel for SEC regarding certain issues related to global agreement with the FDIC-R, forward latest revision to counsel, and discuss with team members status of SEC's consideration of that revision (.2); strategize with G. Giberson regarding sending latest revision to the global agreement to counsel for the FDIC-R and preparing for call with counsel to discuss issues arising from latest revision, and prepare and send to counsel latest revision (.4). | 0.60 | 159.00 | KDM |
| Oct-20-14 | [Asset analysis and recovery] (Life insurance action) Review life insurance matter files to prepare for hearing. | 1.40 | 371.00 | MME |
| | [Case administration] (No charge) Travel to Atlanta. | 3.00 | 0.00 | MME |
| | [Asset analysis and recovery] (Bond Action) Follow up on filing of Certificate of Interested Parties filed in the Bond action (.1); review Order granting Receiver's Motion for Extension of Time to Move to Strike Affirmative Defenses of St. Paul Mercury to Counterclaim and coordinate calendaring of new deadline (.1). | 0.20 | 53.00 | KDM |
| | [Asset analysis and recovery] (Life Insurance Actions) Email from Judge's law clerk requesting certain discovery requests and deposition notices from Plaintiff, review email from Genworth's counsel to the Court forwarding certain discovery requests, and discuss with Receiver (.2); emails with special insurance counsel and Receiver regarding various dates that the Receiver is available in Atlanta to be deposed and coordinate offering those dates to opposing counsel and attendance by special insurance counsel (.2); receive update regarding call from Judge's law clerk requesting the Receiver's discovery requests and deposition notices, discuss with | 1.80 | 477.00 | KDM |

Receiver and special insurance counsel,
coordinate sending requests, responses and
notices to law clerk, and review emails to law
clerk forwarding requests, responses and
notices (.3); review email from counsel for
insurer forwarding draft deposition notices and
claiming that signed notices were never served
and discuss with team members (.1); review
email from special insurance counsel to
counsel for the life insurers regarding
proposed dates for the Receiver's deposition
(.1); strategize with special insurance counsel
regarding narrowing the scope of the
upcoming hearing on the pending discovery
disputes and the discovery responses at issue,
and review email to the Judge's law clerk and
the letter to life insurers' counsel regarding
which discovery responses remain in dispute
and which are moot (.3); review email from
counsel for insurer responding to our email
regarding the remaining and moot discovery
issues and discuss with team members (.2);
work on gathering Court filings and discovery
responses for purposes of preparing Receiver
for upcoming hearing on pending discovery
disputes and discuss with Receiver issues to be
addressed at hearing (.4).

| | 1.90 | 503.50 | KDM |
|---|---|---|---|

[Case administration] Emails from and to
counsel for SEC regarding rescheduling call to
discuss latest draft of global settlement
agreement with FDIC-R and coordinate
re-calendaring of conference call (.1); prepare
for call with counsel for SEC and review
revisions to the agreement being proposed (.2);
telephone call with G. Giberson to counsel for
the SEC regarding the latest revisions to the
global settlement agreement wit the FDIC-R,
certain claims of the Receiver against third
parties, and related matters (.5); continue
reviewing the FDIC-R's latest revision to the
real estate agreement, compare them to our
latest revision to identify any disputed terms,
discuss the remaining disputed term with the
Receiver and send email to counsel for the
FDIC-R requesting an explanation regarding
the FDIC-R's proposed language for that
disputed term (.9); prepare and send email to
counsel for the SEC regarding the one

| | | | | |
|---|---|---|---|---|
| | remaining disputed terms of the real estate agreement (.2). | | | |
| | [Case administration] Begin reviewing initial draft of Receiver's Ninth Status Report (.4). | 0.40 | 106.00 | KDM |
| | [Asset analysis and recovery] SCAN: Email to Guatemala action regarding corrected summons (0.1); Email from Guatemala counsel regarding serving defendants (0.1). | 0.20 | 30.00 | AF |
| | [Asset analysis and recovery] Prepare hearing folder for Receiver's review in preparation for hearing regarding discovery dispute with Life Insurance companies scheduled for October 21, 2014. | 0.60 | 45.00 | pl |
| Oct-21-14 | [Asset analysis and recovery] Meeting with counsel regarding status and strategy for hearing (.5); attend hearing and meeting with opposing counsel regarding life insurance case (1.0); e-mail correspondence among counsel regarding hearing, discovery and strategy (.5). | 2.00 | 530.00 | MME |
| | [Case administration] (No charge) Return travel from Atlanta. | 3.00 | 0.00 | MME |
| | [Asset analysis and recovery] Telephone conference with Scott Dimond regarding third party claims. | 0.50 | 132.50 | GFG |
| | [Asset analysis and recovery] Telephone conference with Joshua Lowther regarding preparation of an appropriate letter regarding Mr. Price (0.3); conference with Receiver regarding letter (0.2), draft proposed letter (0.8). | 1.30 | 344.50 | GFG |
| | [Asset analysis and recovery] (Bond Action) Multiple emails with special insurance counsel regarding settlement negotiations with St. Paul, status of settlement negotiations with FDIC-R for purposes of making a joint demand to St. Paul under the Bond, and scheduling a call to discuss these and related issues (.4); provide update to special insurance counsel regarding negotiations with the | 0.60 | 159.00 | KDM |

FDIC-R and confirm time and date of call (.1); review St. Paul Mercury's Unopposed Motion for Extension of Time for PFGBI-R to File Motion to Strike St. Paul's Affirmative Defenses (.1).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (Life Insurance actions) Review hearing proceeding memorandum from hearing on discovery disputes related to the production of documents and scheduling of deposition, strategize with team members, and coordinate calendaring of new discovery deadline and calculating deadline to file dispositive motions based on Federal and Local Rules (.3). | 0.30 | 79.50 | KDM |
| [Asset analysis and recovery] Email from counsel for certain investors regarding outcome of FINRA arbitration and discuss with team members the effect on the Receivership and the future claims administration process (.3); email from investor regarding status of the Receiver's claims against MB&T and certain related parties and evidence that implicates those third parties (.2). | 0.50 | 132.50 | KDM |
| [Case administration] Email from counsel for SEC regarding certain release language in the proposed real estate agreement with the FDIC-R (.1); prepare and send email to counsel for the FDIC-R regarding the Receiver's acceptance of the latest version of the agreement, possible objection by the SEC, and effecting the execution of the agreement (.2); emails with counsel for FDIC-R regarding resolving issue with agreement raised by counsel for the SEC and coordinating a call with such counsel (.1); emails with counsel for SEC regarding scheduling a call between him and counsel for the FDIC-R and provide update to counsel for FDIC-R (.2); emails from investor regarding the status of the Receivership and the negotiations with the FDIC-R and prepare and send email to that investor providing an update of the status of the Receivership (.3); emails with criminal counsel for A.L. Price regarding | 2.00 | 530.00 | KDM |

scheduling  call in lieu of in-person meeting, confirm available times, and coordinate scheduling and calendaring call with counsel (.2); prepare for call with criminal counsel for A.L. Price (.2);  attend call with counsel for A.L. Price and discuss with team members the upcoming sentencing of A.L. Price (.3); telephone calls from and to FBI regarding the FBI's imaging of the hard drives of PFG's and Price's computers and sending the images to the Receiver (.2); emails from and to counsel for FDIC-R regarding their acceptance of our latest revision to the global agreement and one additional sentence to be added and discuss with team members and Receiver (.2).

| | | | | |
|---|---|---|---|---|
| | [Case administration] (Status Report) Continue reviewing and begin revising initial draft of Receiver's Ninth Status Report (.5). | 0.50 | 132.50 | KDM |
| Oct-22-14 | [Asset analysis and recovery] Meet with counsel regarding FDIC's final changes to agreements with FDIC (.5); conference with counsel regarding broker claims (0.2). | 0.70 | 185.50 | MME |
| | [Case administration] Review and revise letter for Price sentencing hearing (.3); conference with counsel regarding same (.2). | 0.50 | 132.50 | MME |
| | [Asset analysis and recovery] Revise letter to Mr. Lowther regarding cooperation of Mr. Price and conference with co-counsel regarding draft letter and counsel with the Receiver regarding same. | 1.50 | 397.50 | GFG |
| | [Asset analysis and recovery] Telephone conference with FDIC's counsel, Al Curley, regarding revisions to settlement agreement and conference with counsel regarding settlement. | 0.40 | 106.00 | GFG |
| | [Asset disposition] Emails with realtor for Price residence regarding lowering the asking price and having the Receiver execute an extension to the Listing Agreement, review the proposed extension, and coordinate revising the asking price, having Receiver execute the extension, and sending executed copy to the | 0.30 | 79.50 | KDM |

realtor (.2); follow up with realtor for the Longboat Key property regarding the outcome of the last showing of the property and the status of his marketing efforts (.1).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] Emails from Venezuela counsel regarding proposal to rent a portion of one farm in Venezuela and status of negotiations with company interested in purchasing the farm, and review attachments providing details regarding rental proposal (.2). | 0.20 | 53.00 | KDM |
| [Asset analysis and recovery] (Bond Action) Telephone call with special insurance counsel regarding strategy and arguments for the Receiver's Response in opposition to FDIC-R's Motion to dismiss the Receiver's counterclaim to St. Paul Mercury's declaratory relief claims under the financial institution bond (.2); coordinate legal research of issues raised in Motion and in support of arguments to be asserted in Response brief, work on developing strategy and arguments, and coordinate preparation of brief (.4). | 0.60 | 159.00 | KDM |
| [Asset analysis and recovery] (Life Insurance Actions)  Confirm deadline to file dispositive motions and coordinate calendaring of deadline for all team members (.1). | 0.10 | 26.50 | KDM |
| [Asset analysis and recovery] (D&O Action) Email and telephone call from special insurance counsel regarding strategy for pursuing claim against D&O insurance policy (.2). | 0.20 | 53.00 | KDM |
| [Case administration] (Status Report) Continue revising Ninth Status Report of Receiver (.4); coordinate and assist with preparation and updating of Exhibits (.3). | 0.70 | 185.50 | KDM |
| [Case administration] Telephone call from A.L. Price regarding outcome of FINRA arbitration brought by certain investors and settlements entered into by other investors, and latest version of the forensic analysis of investor loses and discuss with team members | 1.60 | 424.00 | KDM |

(.3); review Order granting Motion to Direct US Marshalls Service to Serve Subpoena ad Testificandum and Pay Witness Fees and Costs and discuss with Receiver and G. Giberson requested appearance at sentencing hearing and preparation of letter to criminal counsel regarding A.L. Price's cooperation in lieu of appearance (.3); review and revise letter to criminal counsel and discuss with Receiver and G. Giberson (.2); email from counsel for FDIC-R regarding proposed final revisions to global settlement agreement, review those proposed revisions and discuss with Receiver and G. Giberson, and send email to counsel for FDIC-R agreeing to those revisions and requesting that he obtain final approval and execution by the FDIC-R (.4); exchange emails with special insurance counsel regarding agreement with the FDIC-R and strategy for pursuing joint demand with FDIC-R against insurance policies and bond (.2); review latest version of the investor analysis/report regarding investments and losses and exchange emails with forensic accountant regarding status of preparation of update to that analysis/report (.2).

| | | | |
|---|---|---|---|
| | [Asset analysis and recovery] (Bond action) Prepare pro hac vice applications for attorneys K. Murena and J. Mazer for filing. | 0.70 | 52.50 | pl |
| | [Asset analysis and recovery] (No charge) Assist attorney G. Giberson in finalizing letter to Price's criminal attorney, J. Lowther. | 0.70 | 0.00 | pl |
| Oct-23-14 | [Asset disposition] Receive update from realtor regarding marketing of the Longboat Key property, recent meeting with potential purchaser and his inquiries regarding surrounding properties (.1). | 0.10 | 26.50 | KDM |
| | [Asset analysis and recovery] Emails with forensic accountant regarding updated consolidated reconstruction of accounts and updated analysis of investor transactions and losses with explanation regarding updates made to reconstruction, investor analysis and | 0.60 | 159.00 | KDM |

other reports (.3); review updated
reconstruction and investor analysis (.3).

[Asset analysis and recovery] (Bond action)          1.70        450.50          KDM
Emails with counsel for FDIC-R and special
insurance counsel regarding joint demand
letter by Receiver and FDIC-R to St. Paul
Mercury under the financial institution bond
and revisions to be made before both parties
can sign it, and strategize with team members
(.2); review Order granting FDIC-R's Motion
to Stay all proceedings unrelated to FDIC-R's
Motion to Dismiss for Lack of Subject Matter
Jurisdiction, discuss with team members, and
coordinate removing all deadlines from
calendar (.2); review Order granting
Receiver's Motion for extension of time to
move to strike St. Paul Mercury's affirmative
defenses to Counterclaim, coordinate
calendaring new deadline and follow up with
special insurance counsel regarding
preparation of that Motion to strike (.2);
review and approve Applications to appear pro
hac vice for lead counsel and special insurance
counsel in Bond action and coordinate filing
with the Court (.1); exchange emails with
special insurance counsel regarding effect of
Court's Order granting a stay on all matters
but the FDIC-R's Motion to Dismiss action on
our deadline to move to strike St. Paul
Mercury's affirmative defenses to our
Counterclaim and other pending matters and
strategize regarding obtaining clarification of
Stay Order (.4); have C. Perez contact Court's
chambers to obtain clarification of the Stay
Order and effect on pending motions including
FDIC-R's Motion to Dismiss Counterclaim
and inquire as to Court's ruling on our Motion
for extension of time to respond to that
Motion, and receive report from C. Perez
regarding call with chambers and Court's
intention to grant extension of time (.3);
review Order granting extension of time to
respond to FDIC-R's Motion to Dismiss
Counterclaim and coordinate calendaring new
deadline and strategize regarding response
arguments (.3).

| | | | | |
|---|---|---|---|---|
| | [Case administration] Receive update from G. Giberson regarding recent communications with counsel for the SEC and counsel for the FDIC-R regarding certain issues with the final version of the global agreement between the Receiver and the FDIC-R and strategy for resolving those issues (.3). | 0.30 | 79.50 | KDM |
| | [Asset analysis and recovery] Review FDIC's motion and memorandum of law to dismiss Receiver's counterclaim in St. Paul Mercury declaratory action and FDIC's motion to dismiss Declaratory Action (1.0); review statute and case law regarding scope of statute governing asset of failed bank and regarding FDIC standing to file motion to dismiss counterclaim (1.3). | 2.30 | 609.50 | CP |
| Oct-24-14 | [Asset analysis and recovery] Telephone conference with Joshua Lowther regarding cooperation letter (.9); finalize and dispatch letter to Mr. Lowther (.2). | 1.10 | 291.50 | GFG |
| | [Asset analysis and recovery] Telephone conference with Scott Dimond regarding third party claims. | 0.30 | 79.50 | GFG |
| | [Asset disposition] Review emails from Venezuela counsel regarding potential joint venture involving the rental of one of the farms, discuss with the Receiver, and review the Receiver's response to Venezuela counsel authorizing further investigation into joint venture and rental proposal (.2). | 0.20 | 53.00 | KDM |
| | [Asset analysis and recovery] (Bond Action) Strategize regarding legal basis for FDIC-R's Motion to dismiss Receiver's Counterclaim in Bond Action and arguments to be raised in Response Brief (.3); review report regarding findings from research on issue of FDIC-R's standing to seek to dismiss claim related to bond in which the FDIC claims to have an interest, review case law and applicable Federal statute, and strategize regarding arguments to be raised in response to Motion to dismiss (.6). | 0.90 | 238.50 | KDM |

| | | | | |
|---|---|---|---|---|
| | [Asset analysis and recovery] Exchange emails with forensic accountant regarding further updates to the investor analysis based on newly discovered information, review that analysis, send to criminal counsel for A.L. Price and Probation Officer,  and coordinate sending it to the FDIC-R agent working on the FDIC-R's restitution calculation for purposes of A.L. Price's sentencing (.4); review final version of letter to criminal counsel for A.L. Price regarding his cooperation and assistance with the Receiver's efforts to recover assets and follow up on service to counsel (.1). | 0.50 | 132.50 | KDM |
| | [Case administration] Email from counsel for FDIC-R regarding the FDIC-R's final revisions to release language in real estate agreement, review that proposed revision, and strategize with team members regarding accepting that language an adding similar language our release provision (.3); prepare language for our release provision and prepare and send email to counsel for FDIC-R proposing insertion of that language (.3); strategize with team members regarding final revisions to propose to the global agreement with the FDIC-R in light of certain final revisions the FDIC-R seeks to make to the release provision in the real estate agreement, and the respective positions of counsel for the FDIC-R and counsel for the SEC as asserted during previous conversations with each counsel (.4); review and approve language to propose to counsel for FDIC-R for global agreement (.2); emails with counsel for FDIC-R agreeing to proposed language to be added to global agreement and his submission of that agreement with those revisions to his client for final review and approval (.2). | 1.40 | 371.00 | KDM |
| | [Asset analysis and recovery] SCAN: Phone call to Guatemala counsel regarding service of Defendants. | 0.10 | 15.00 | AF |
| Oct-27-14 | [Asset analysis and recovery] (Bond Action) Emails with special insurance counsel regarding the effect of the Court's stay on all pending matters in the Bond action and whether clarification from the Court is | 0.40 | 106.00 | KDM |

necessary or whether the Receiver should comply with the Court's recently extended deadlines (.2); review Order granting FDIC-R's counsel's Application to appear pro hac vice and confirm entry of Order granting Applications of special insurance counsel for the Receiver (.1); emails with special insurance counsel regarding coordination of preparation of Response to FDIC-R's Motion to dismiss the Receiver's Counterclaim and discuss with Receiver (.1).

| | | | | |
|---|---|---|---|---|
| [Asset analysis and recovery] (SCAN action) Follow up with team members on the service of the Complaints and Summonses on SCAN International and its principals and O. Lwis and coordinate communications with Venezuela and Guatemala counsel coordinating service or process (.3). | 0.30 | 79.50 | KDM |
| [Case administration] (Status Report) Continue working on reviewing and revising Receiver's Ninth Status Report (4.9); follow up on the status of various pending actions, claims and work being done for purposes of updating the Court in the Report (.4); follow up on preparation of the Exhibits to the Report (.3). | 5.60 | 1,484.00 | KDM |
| [Case administration] Email from counsel for the FDIC-R regarding proposed further revisions to the release language in the real estate agreement and the parties execution of the agreement, review the proposed revisions, and strategize with team members regarding whether the Receiver should agree to those revisions and execute the agreement (.4). | 0.40 | 106.00 | KDM |
| [Asset analysis and recovery] Correspondence with Venezuelan counsel regarding O. Lwis. | 0.10 | 26.50 | MDV |
| [Asset analysis and recovery] SCAN: Phone call to Guatemala counsel regarding service of defendants (0.1); Phone call from Guatemala counsel regarding service of Defendants (0.1). | 0.20 | 30.00 | AF |

| | | | | |
|---|---|---|---|---|
| Oct-28-14 | [Case administration] Review and revise 9th status report. | 1.20 | 318.00 | MME |

| | | | |
|---|---|---|---|
| [Case administration] (Nelson Mullins action) (No charge) Travel to Atlanta for mediation. | 3.00 | 0.00 | MME |
| [Asset analysis and recovery] Review mediation materials and documents from subsequent document production and review research file and conduct additional research on defenses and claims against Nelson Mullins. | 2.40 | 636.00 | GFG |
| [Asset analysis and recovery] Telephone conference and emails with counsel for Thigpen regarding tolling agreement (.3); review amended complaint and existing tolling agreement and telephone conference with counsel regarding preparation of amendment to tolling agreement (.3); review amended tolling agreement (0.1); telephone conference with counsel for Thigpen regarding tolling agreement and other issues (0.2); telephone conference and email amendment to tolling agreement to counsel for Thigpen (.2). | 1.10 | 291.50 | GFG |
| [Asset analysis and recovery] Finalize Civil Cover Sheet and Summons for fraudulent transfer Complaint against T. Cannady and coordinate sending to Georgia counsel for filing (.4); follow up with Georgia counsel regarding filing of Complaint and submission of Summons, and receive confirmation of filing (.2); receive report regarding recent communications with former auditor for MB&T regarding extending the tolling agreement and producing documents that the Receiver previously requested and strategize regarding moving to compel production and preparation of Complaint in case auditor does not sign extension of tolling agreement (.3). | 0.90 | 238.50 | KDM |
| [Case administration] (Status Report) Continue working on preparation of Exhibits to the Report and review certain of those Exhibits including the reconciliation of receipts and disbursements for receivership accounts (.4); coordinate inserting certain amounts into the draft Status Report and presenting the Status Report and its Exhibits to the Receiver for review (.3); follow up with | 0.90 | 238.50 | KDM |

service on SCAN and principals in Guatemala
and O. Lwis in Venezuela for the separate
actions against them for purposes of updating
the Status Report (.2).

| | | | |
|---|---|---|---|
| [Case administration] Email from counsel for FDIC-R regarding status of Receiver's approval of final version of the real estate agreement, meet with Receiver regarding the FDIC-R's final revisions to the agreement, and prepare and send email to counsel for SEC regarding the FDIC-R's final revisions and the SEC's approval thereof (.4). | 0.40 | 106.00 | KDM |
| [Asset analysis and recovery] Draft amendment to tolling agreement. | 0.60 | 90.00 | MJS |
| [Asset analysis and recovery] Prepare exhibits for the Ninth Status Report. | 0.60 | 45.00 | pl |

Oct-29-14

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (Nelson Mullins action) Prepare for and attend mediation for Nelson Mullins and meet with counsel regarding status and strategy of pending matters (4.2); follow-up calls regarding mediation (.3). | 4.50 | 1,192.50 | MME |
| [Business operations] Review joint venture agreement for Venezuela second crop (.3); email with Venezuelan counsel regarding same (.2). | 0.50 | 132.50 | MME |
| [Asset analysis and recovery] Telephone conferences with counsel for Thigpen regarding tolling agreement (.5), revise complaint and prepare for filing (2.4); emails and telephone conference with counsel for Thigpen (.4); review revised tolling agreement (.4). | 3.70 | 980.50 | GFG |
| [Asset analysis and recovery] (Nelson Mullins action) Review Nelson Mullins complaint (0.1); conferences with legal assistant regarding filing of complaint (0.1); review newest produced documents and affidavit (0.3). | 0.50 | 132.50 | GFG |

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (Nelson Mullins action) Prepare for and attend mediation with Nelson Mullins at the office of John Sherrill (6.0); conferences with the Receiver regarding lawsuit filing and potential settlement (0.3); conference with representatives of firm following mediation (0.3). | 6.60 | 1,749.00 | GFG |
| [Asset analysis and recovery] (No charge) Local travel to and from mediation at offices of John Sherrill. | 0.80 | 0.00 | GFG |
| [Asset analysis and recovery] (Status Report) Revise Receiver's Ninth Status Report in accordance with Receiver's comments and edits (.8); follow up on confirming certain information to be included in Report (.2); coordinate finalizing of Exhibits to the Report (.1). | 1.10 | 291.50 | KDM |
| [Asset analysis and recovery] Review Summons issued by the Court in fraudulent transfer action against T. Cannady and coordinate service of process on him (.1). | 0.10 | 26.50 | KDM |
| [Asset analysis and recovery] (Life Insurance Claims) Emails with special insurance counsel regarding certain evidence in support of the Receiver's defenses and coordinate gathering the evidence requested (.2). | 0.20 | 53.00 | KDM |
| [Asset analysis and recovery] (Bond Action) Emails with special insurance counsel regarding the proposed revisions to St. Paul Mercury's Affirmative Defenses and begin reviewing proposed revisions (.2). | 0.20 | 53.00 | KDM |
| [Asset analysis and recovery] Emails with Venezuela counsel and the Receiver regarding draft of joint venture agreement to rent the farm, the effect of the agreement on the harvest for that farm, and the status of the service of process on O. Lwis for the action the Receiver commenced against him (.2). | 0.20 | 53.00 | KDM |
| [Case administration] Email from counsel for SEC regarding no objection to the latest circulated version of the proposed real estate | 0.80 | 212.00 | KDM |

agreement (.1); emails to and from counsel for FDIC-R regarding the Receiver's acceptance of the latest circulated version of the real estate agreement and one final technical correction to be made (.2); make that final correction to the agreement and forward the final version of the agreement to counsel for the FDIC-R (.2); emails and telephone calls from investors regarding the sentencing hearing of A.L. Price, the restitution amount, and distributions to be made to investors, and coordinate setting up calls with investors to respond to their inquiries (.3).

| | | | | |
|---|---|---|---|---|
| | [Asset analysis and recovery] Review and respond to correspondence from Venezuela counsel regarding farms and service efforts on Lwis. | 0.30 | 79.50 | MDV |
| | [Asset analysis and recovery] Communicate with local counsel regarding possible filing of complaints against Nelson Mullins and against Thigpen. | 0.20 | 15.00 | pl |
| | [Asset analysis and recovery] Prepare exhibits for Nelson Mullins Complaint and Thigpen Complaint. | 0.50 | 37.50 | pl |
| Oct-30-14 | [Asset analysis and recovery] Emails and telephone calls with Guy Giberson regarding status of attorney and auditor claims. | 0.40 | 106.00 | MME |
| | [Asset analysis and recovery] Telephone conference with Josh Katz regarding documents needed for third party claims (1.3); review FDIC communications and Thigpen documents (.6). | 1.90 | 503.50 | GFG |
| | [Asset analysis and recovery] (SCAN Action) Receive update from Guatemala counsel regarding service of E. Marroquin and status of efforts to serve R. Garcia, review Notary's certification of service, and coordinate preparation of affidavit of service and having Guatemalan Notary sign that affidavit for filing with the Court (.3); emails to and from Receiver regarding service of E. Marroquin and send update and Notary's certification to | 0.50 | 132.50 | KDM |

private investigator to follow up with E. Marroquin and R. Garcia (.2).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (Osama Lwis action) Receive the latest update from Venezuela counsel regarding status of service of process on O. Lwis and strategize with team member regarding next steps to effect service (.1). | 0.10 | 26.50 | KDM |
| [Asset analysis and recovery] (Life insurance actions) Follow up on obtaining evidence from bank requested by special insurance counsel, review the evidence, and exchange emails with special insurance counsel (.2). | 0.20 | 53.00 | KDM |
| [Asset analysis and recovery] (Clawback actions)  Review Court's Instructions to Parties and Counsel entered in action against T. Cannady, follow up on service of process, and coordinate preparation and filing of applications to appear pro hac vice (.3). | 0.30 | 79.50 | KDM |
| [Asset analysis and recovery] (Nelson Mullins)  Strategize with G. Giberson regarding outcome of mediation, Nelson Mullins's request for additional time to present a higher settlement offer and possible extension of the tolling agreement, and finalizing of Complaint for malpractice (.3); review final version of Complaint and assist with filing through local counsel (.4). | 0.70 | 185.50 | KDM |
| [Asset analysis and recovery] (Bond action) Finish reviewing proposed amendment to Affirmative Defenses of St. Paul Mercury, confer with Receiver and exchange emails with special insurance counsel (.2); review email from Court's law clerk regarding the Court's clarification of stay Order and effect on deadline to move to strike affirmative defenses and deadline to respond to FDIC-R's Motion to Dismiss Counterclaim and exchange emails with special insurance counsel on the matter (.1); review Court's approval of applications of lead counsel and special insurance counsel to appear pro hac vice (.1). | 0.40 | 106.00 | KDM |

| | | | |
|---|---|---|---|
| | [Case administration] Telephone call from investor regarding status of receivership and sentencing of A.L. Price and exchange emails with Receiver regarding investor calls (.2); reschedule call with another investor to respond to his inquiries (.1). | 0.30 | 79.50 | KDM |
| | [Case administration] (Status Report) Insert in Receiver's Ninth Status Report update regarding claim against former auditor of MCBI, investigation and tolling agreement, and finalize the Report (.5); work on revising and finalizing all Exhibits to the Report (.3); coordinate finalizing and filing Report and Exhibits with the Court (.1). | 0.90 | 238.50 | KDM |
| | [Asset analysis and recovery] SCAN: Email from and to Guatemala counsel regarding service of Edgar Marroquin (0.2); Review notary document (0.1); Conference with K. Murena regarding filing proof of service of Edgar Marroquin (0.1); Email to Guatemala counsel regarding proof of service form to fill out (0.1); Phone call to Guatemala action regarding proof of service (0.1). | 0.60 | 90.00 | AF |
| | [Asset analysis and recovery] Review tolling agreement. | 0.20 | 30.00 | MJS |
| | [Asset analysis and recovery] (Nelson Mullins) Assist attorney G. Giberson in finalizing Nelson Mullins complaint, prepare updated civil cover sheet and summonses, and coordinate filing of complaint with local counsel. | 1.30 | 97.50 | pl |
| | [Case administration] Assist attorney K. Murena in finalizing Receiver's Ninth Status Report and file electronically. | 1.00 | 75.00 | pl |
| Oct-31-14 | [Asset analysis and recovery] Confer with counsel regarding Status Report and to include certain claims (.1). | 0.10 | 26.50 | MME |
| | [Asset analysis and recovery] (Nelson Mullins action) Telephone conference with general | 0.20 | 53.00 | GFG |

counsel for law firm and review local rules
regarding waiver of service.

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (A&D Hospitality)  Follow up with counsel for A&D Hospitality regarding production of documents and timeline in support of its defenses to the Receiver's claim (.2). | 0.20 | 53.00 | KDM |
| [Asset analysis and recovery] Discuss with Receiver the extended tolling agreement entered into with former auditor of MCBI and coordinate calendaring of new deadline to file a claim against auditor (.2). | 0.20 | 53.00 | KDM |
| [Case administration] Telephone calls to two investors regarding A.L. Price's sentencing hearing, certain testimony that he provided, the status of the receivership and the Receiver's assets recovery efforts, the resolution of disputes with the FDIC-R, and the status of the actions against the life insurance companies, the status and timetable for the prospective plan for claims administration and distribution (.9); discuss with Receiver regarding finalizing and filing of the Report and the information included regarding the status certain claims (.1). | 1.00 | 265.00 | KDM |

HOUR TOTALS:                                         428.40                    $101,300.00

**ATTORNEY/PARALEGAL SUMMARY**

| NAME | INTIALS | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Melanie E. Damian | MME | 53.10 | $265.00 | $10,096.50 |
| Peter F. Valori | PFV | 1.30 | $265.00 | $344.50 |
| Guy F. Giberson | GFG | 93.20 | $265.00 | $24,486.00 |
| Kenneth D. Murena | KDM | 208.20 | $265.00 | $53,742.00 |
| Melissa Damian Visconti | MDV | 3.60 | $265.00 | $954.00 |

| | | | | |
|---|---|---|---|---|
| Amanda Fernandez | AF | 26.80 | $150.00 | $3,225.00 |
| Casandra Perez Murena | CP | 25.30 | $265.00 | $6,704.50 |
| Melanie J. Spencer | MJS | 7.10 | $150.00 | $1,065.00 |
| Paralegal | pl | 9.80 | $75.00 | $682.50 |

## DISBURSEMENTS

| | | |
|---|---|---|
| | Pacer Photocopy | 33.50 |
| Aug-15-14 | Filing Fee: Certified Copies of the Osama Lwis Complaint and Summons | 35.00 |
| Aug-20-14 | Postage  1 @ 0.48 | 0.48 |
| Aug-26-14 | Postage  2 @ 6.48 | 12.96 |
| | Postage  1 @ 6.69 | 6.69 |
| Aug-27-14 | Filing Fee:: Complaint - Damian, as Receiver v. AD Hospitality | 400.00 |
| Aug-29-14 | Postage  1 @ 0.49 | 0.49 |
| Aug-31-14 | Webpage design, renewal and hosting | 258.30 |
| | Secures Phone Service for Aubrey Price | 19.95 |
| | Photocopies  118 @ 0.12 | 14.16 |
| | Filing Fee:: Complaint - Damian, as Receiver v. Nelson Mullins | 400.00 |
| | FedEx Shipment Ms. Renick 8/22/14 | 20.96 |
| | FedEx Shipment Clerk of US District court 8/25/14 | 21.46 |
| | FedEx Shipment John Pate 8/25/14 | 67.13 |
| | FedEx Shipment Clerk of US District Court 8/21/14 | 20.96 |
| | FedEx Shipment Rhonda Norris 8/8/14 | 23.42 |
| | FedEx Shipment Records Custodian 8/8/14 | 23.42 |
| | FedEx Shipment Captain Staten 9/4/14 | 56.19 |
| | Service Fee: A & D Hospitality LLC c/o Adam Van Nus 8/25/14 | 190.00 |
| | Lexis Nexis Data Research A D Hospitality | 4.00 |
| | Lexis Nexis Data Research Adam Van Nus | 19.00 |
| | Lexis Nexis Data Research Sandra Martin | 4.00 |
| | Lexis Nexis Data Research Justin Zegalia | 4.00 |
| | Lexis Nexis Data Research Francisco Zerpa | 4.00 |
| | Lexis Nexis Data Research Tim Cannady | 4.00 |
| Sep-05-14 | Postage  3 @ 6.48 | 19.44 |
| Sep-15-14 | Background research with Instant Checkmate, Inc. for fraudulent transfers 8/20/14 | 22.86 |

| | | |
|---|---|---:|
| Sep-29-14 | FedEx Shipment Marian Basciani Yanes 9/25/14 | 65.96 |
| | FedEx Shipment Craig Kuglar 9/16/14 | 19.96 |
| Oct-16-14 | Postage  1 @ 2.03 | 2.03 |
| Oct-31-14 | Filing Fee Complaint Damian v. Mullins | 400.00 |
| | Filing Fee Pro Hac Vice K. Murena | 150.00 |
| | Filing Fee Pro Hac Vice J. Mazer | 150.00 |
| | Filing Fee Complaint Damian v. Tim Cannady | 400.00 |
| | Lexis Nexis Data Research Tim Cannady | 24.00 |
| | Totals | $2,898.32 |

**Total Fee & Disbursements**                                  **$104,198.32**

Previous Balance                                               724,346.57

**Balance Now Due**                                            **$828,544.89**

**Terms: Balance Due Upon Receipt**

Payments received after the billing date of  Oct 31/14may not be included on this statement.

TAX ID Number       20-1324240