Petitt Worrell Craine Wolfe LLC
One Urban Centre, Suite 475
4830 West Kennedy Boulevard
Tampa, FL 33609-2599 USA

Ph:813-443-5345    Fax:813-443-8331

Melanie Damian
1000 Brickell Avenue
Suite 1020
Miami, FL
33131 USA

November 3, 2014

File #:    0430
Inv #:    5663

**Attention:**

**RE:**    Securities & Exchange Commission v. Price, et al.

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Aug-01-14 | [CASE ADMINISTRATION] File Complaint and Summons for Damian v. Scan International U.S.A, Inc. | 0.40 | 30.00 | KR |
| Aug-05-14 | [ASSET DISPOSITION] Review of termination provisions in contract; prepare and forward Notice of Termination to absentee purchaser for Long Boat Key bank site; forward same and update to client. | 1.00 | 265.00 | RMB |
| Aug-06-14 | [CASE ADMINISTRATION] Review instructions to parties and counsel (.4); Review filed Complaint and Summons (.5). | 0.90 | 238.50 | AEW |
| Aug-07-14 | [CASE ADMINISTRATION] Review email from co-counsel regarding another Complaint to be filed (.1); Review Motion for Extension of Time for Damian to Respond to Complaint (.4); Review Order granting Consent Motion for Extension of Time for Damian to Respond to Complaint (.1). | 0.60 | 159.00 | AEW |
| Aug-08-14 | [CASE ADMINISTRATION] Review Complaint and Summons | 1.10 | 291.50 | AEW |

EXHIBIT "D"

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Aug-09-14 | [CASE ADMINISTRATION] Review Notice of Change of Address for counsel of St. Paul (.1); Review emails regarding Pro Hac Vice Application (.1). | 0.20 | 53.00 | AEW |
| Aug-12-14 | [CASE ADMINISTRATION] Review email from co-counsel regarding subpoenas to be served and review subpoenas (.2); Review Order regarding Granting Extensioin of Time to Respond to Complaint (.1); Review Certificate of Service (.1). | 0.40 | 106.00 | AEW |
| Aug-19-14 | [CASE ADMINISTRATION] Review Thigpen Complaint | 1.00 | 265.00 | AEW |
| Aug-20-14 | [CASE ADMINISTRATION] Review Order granting Motions to Add Foreign Counsel (.1); Review Joint Statement of Stipulated Facts from Household Life Insurance Company and Protective Life Insurance Company (.5); Review Proposed Order (.1); Review Motion to Add Foreign Counsel (.3). | 1.00 | 265.00 | AEW |
| Aug-21-14 | [CASE ADMINISTRATION] Review Genworth's responses and objections to Receiver's First Request to Produce, Interrogatories and Requests for Admission (1.4); Review priviledge log (.4); Review Certificates of Service for Genworth and Household Life Insurance (.2). | 2.00 | 530.00 | AEW |
| Aug-29-14 | [CASE ADMINISTRATION] Review Complaint against Nelson Mullins and various other individuals along with attachments (1.4); Email to Guy Giberson regarding potential conflict (.1); Confer with Guy Giberson regarding issues with Complaint and potential conflict (.4); Various emails from and to Guy Giberson regarding Complaint (.4); Confer with Mark Robinson regarding new Complaint (.3). | 2.60 | 689.00 | AEW |
|  | [CASE ADMINISTRATION] Review of complaint, revisions to complaint, filing, and phone call with counsel. | 2.30 | 609.50 | MSR |
|  | [CASE ADMINISTRATION] Confer with co-counsel regarding receipt of Tolling Agreement and retraction of Complaint. | 0.20 | 53.00 | MSR |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | [CASE ADMINISTRATION] Filing of Summons and Complaint on Nelson Mullins along with Exhibits and Affidavit | 0.80 | 60.00 | KR |
| Sep-02-14 | [CASE ADMINISTRATION] Review Pro Hac Vice Applications for Kenneth Dante Murena and Amanda Lara Fernandez for the Lwis and Scan International cases | 0.40 | 106.00 | AEW |
| | [CASE ADMINISTRATION] Filing of Pro Hac Vice for Amanda Lara Fernandez on Scan International | 0.20 | 15.00 | KR |
| | [CASE ADMINISTRATION] Filing of Pro Hac Vice for Melissa Damian Visconti on Osama Lwis | 0.20 | 15.00 | KR |
| | [CASE ADMINISTRATION] Filing of Pro Hac Vice for Kenneth Dante Murena on Scan International | 0.20 | 15.00 | KR |
| | [CASE ADMINISTRATION] Filing of Pro Hac Vice for Kenneth Dante Murena on Osama Lwis | 0.20 | 15.00 | KR |
| Sep-03-14 | [CASE ADMINISTRATION] Review of Rhonda Norris and TJS Deeman Dana, LLP's Objections to the Receiver's subpoenas to produce documents without deposition | 0.40 | 106.00 | AEW |
| Sep-05-14 | [CASE ADMINISTRATION] Review note from the court admitting Kenneth Dante Murena (.1); Review note from the court admitting Amanda Lara Fernandez (.1); Review note from the court admitting Timothy Batten Sur (.1). | 0.30 | 79.50 | AEW |
| Sep-12-14 | [CASE ADMINISTRATION] Review Complaint Answer and Exhibit to Answer for St. Paul v. Montgomery et. al.(1.7); Email to co-counsel regarding Answer filed (.1). | 1.80 | 477.00 | AEW |
| | [CASE ADMINISTRATION] File Answer, Affirmative Defenses, and Counterclaim on St. Paul Mercury Insurance Co. v. Damian | 0.40 | 30.00 | KR |
| Sep-22-14 | [CASE ADMINISTRATION] Review St. Paul Mercury Insurance Company's initial disclosures and attachments (.7); Review Joint Preliminary Report and Discovery Plan filed by St. Paul Mercury (.8); Review Propsed Scheduling Order (.2); Review Memorandum | 2.70 | 715.50 | AEW |

| | | | | |
|---|---|---:|---:|---|
| | in Support of Motion of FDIC-R as receiver for Montgomery Bank and Trust for immediate stay of proceedings (.8); Review Proposed Order (.1); Review signed Scheduling Order (.1). | | | |
| Sep-23-14 | [CASE ADMINISTRATION] Review several emails related to extension requested by FDIC-R as receiver to complete its reply Brief on the Motion to Dismiss (.2); Review St. Paul's response to the FDIC-R's Motion to Dismiss and review numerous exhibits (2.0) | 2.20 | 583.00 | AEW |
| Sep-24-14 | [CASE ADMINISTRATION] Review Joint Motion for Extension of Time from FDIC-R and St. Paul to respond to FDIC-R's Motion to Stay and FDIC-R's Reply to St. Paul's Response to FDIC'receiver's Motion to Dismiss (.2); Review Proposed Order (.1); Review Receiver's First Request for Production, Request for Admission and Interrogatories (.9); Review Motion to Compel Discovery and Memorandum of Law (1.0) | 2.20 | 583.00 | AEW |
| Sep-25-14 | [CASE ADMINISTRATION] Review Waiver exhibits and correspondence related to the Motion to Compel (.4); Review priviledge log (.3); Review Genworth's responses and Objections to Receiver's First Request for Production of Documents, Request for Admissions and Interrogatories (.8); Review email from the Judge's law clerk regarding Resolution of Discovery disputes (.1). | 1.60 | 424.00 | AEW |
| Sep-29-14 | [CASE ADMINISTRATION] Review Order granting extension | 0.10 | 26.50 | AEW |
| Oct-02-14 | [CASE ADMINISTRATION] Review Stipulated Protective Order | 0.80 | 212.00 | AEW |
| Oct-06-14 | [CASE ADMINISTRATION] Review Stipulated Protective Order | 0.90 | 238.50 | AEW |
| Oct-07-14 | [CASE ADMINISTRATION] Review memo in support of FDIC-R Motion to Dismiss PFGBI Receiver's Counterclaim for Lack of Subject Matter Jurisdiction | 0.70 | 185.50 | AEW |
| Oct-08-14 | [CASE ADMINISTRATION] Review Genworth Life Insurance Company's amended | 0.50 | 132.50 | AEW |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Response and Objections to Receiver's First Request for Admissions (.4); Review Summons issued to Edgar Stuardo in Guatemala (.1). | | | |
| Oct-09-14 | [CASE ADMINISTRATION] Review email from court regarding Notice of Video Deposition | 0.20 | 53.00 | AEW |
| Oct-10-14 | [CASE ADMINISTRATION] Review reply in support of FDIC-R's Motion to Stay | 1.00 | 265.00 | AEW |
| Oct-15-14 | [CASE ADMINISTRATION] Review Genworth Insurance Company's Objection to Receiver's Notice of Videotaped Deposition | 0.90 | 238.50 | AEW |
| Oct-17-14 | [CASE ADMINISTRATION] Review Certificate of Service for Genworth Objections to Receiver's Notice of Videotaped Deposition (.1); Review electronic summons issued for various parties (.2); Review Receiver's Motion to Extend Discovery Period (.8); Review Exhibit A to Motion (.3); Review Exhibit B to Motion (.1) | 1.50 | 397.50 | AEW |
| | [CASE ADMINISTRATION] File Unopposed Motion for Enlargement of Time to File Response to FDIC-R's Motion to Dismiss and Motion for Enlargement of Time to File Motion to Strike Counter-Def Affirmative Def - St Paul along with corresponding Orders with the Northern District of Georgia | 0.50 | 37.50 | KR |
| Oct-18-14 | [CASE ADMINISTRATION] Review Affidavit of Alan Curley and exhibits (1.0); Review Motion for Enlargement of Time to File Motion to Strike (.5); Review Order (.1); Review Unopposed Motion for Enlargement of Time to File Response to FDIC-R's Motion to Dismiss (.4); Review Order (.1) | 2.10 | 556.50 | AEW |
| Oct-20-14 | [CASE ADMINISTRATION] Review Receiver's Initial Rule 26 Disclosure's and exhibits (1.4); Review Certificate of Service (.1); Review Certificate of Interested Persons and Corporate Disclosure Statement (.4); Review Order Granting Enlargement of Time to Strike Affimative Defense (.1). | 2.00 | 530.00 | AEW |
| | [CASE ADMINISTRATION] File Certificate | 0.30 | 22.50 | KR |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | of Interested Persons with Northern District of Georgia | | | |
| Oct-22-14 | [CASE ADMINISTRATION] Review Pro Hac Vice Applicaion for Kenneth Dante Murena in St. Paul Mercury v. Montgomery County (.2); Review and revise Pro Hac Vice Applicaion for Jason Mazer in St. Paul Mercury v. Montgomery County (.2). | 0.40 | 106.00 | AEW |
| Oct-23-14 | [CASE ADMINISTRATION] Prepare Application of Pro Hac Vice for Kenneth Dante Murena and Jason S. Mazer (1.0); File Applications of Pro Hac Vice with the Northern District Court of Georgia (.2). | 1.20 | 90.00 | KR |
| Oct-27-14 | [CASE ADMINISTRATION] Review Order Enlarging Time to File Response to Motion to Dismiss | 0.20 | 53.00 | AEW |
| Oct-28-14 | [CASE ADMINISTRATION] Review and revise the Complaint for Tim Cannady (1.5); Email to Jeanette to get clarification on spelling of Defendant's name (.1). | 1.60 | 424.00 | AEW |
| | [CASE ADMINISTRATION] File Complaint and Summons for new case against Timothy Cannady. | 0.50 | 37.50 | KR |
| Oct-30-14 | [CASE ADMINISTRATION] Review and revise Complaint for Nelson Mullins. | 1.50 | 397.50 | MSR |
| | [CASE ADMINISTRATION] Revise Complaint for Nelson Mullins and File with the Northern District of GA. | 0.70 | 185.50 | KR |
| Oct-31-14 | [CASE ADMINISTRATION] Review approval of Pro Hac Vice Minute Order for Kenneth D. Murena (.1); Review approval of Admission of Jason Mazer Pro Hac Vice (.1); Review Receiver's Ninth Status Report and all exhibits (2.0); Review Order granting Pro Hac Vice application for Jason Mazer (.1); Review Order approving Pro Hac Vice for Kenneth D. Murena (.1); Review Instructions to Parties (.5). | 2.90 | 768.50 | AEW |
| | [CASE ADMINISTRATION] Notice from court of filing of complaint - review of documents received. | 0.30 | 79.50 | MSR |

|        |       |            |
|--------|------:|-----------:|
| Totals | 48.10 | $11,815.50 |

**DISBURSEMENTS**

| Date | Description | Amount |
|------|-------------|-------:|
| Aug-01-14 | Photocopies - Black and White  25 @ 0.15 | 3.75 |
| Sep-02-14 | Photocopies - Black and White  41 @ 0.15 | 6.15 |
| Sep-12-14 | Photocopies - Black and White  57 @ 0.15 | 8.55 |
| Oct-17-14 | Photocopies - Black and White  16 @ 0.15 | 2.40 |
| Oct-20-14 | Photocopies - Black and White  8 @ 0.15  | 1.20 |
| Oct-28-14 | Photocopies - Black and White  18 @ 0.15 | 2.70 |
| Oct-30-14 | Photocopies - Black and White  22 @ 0.15 | 3.30 |
|           | Totals | $28.05 |

|   |   |
|---|--:|
| **Total Fee & Disbursements** | **$11,843.55** |
| Previous Balance | 57,582.78 |
| **Balance Now Due** | **$69,426.33** |

TAX ID Number     27-3424894

ATTORNEY BREAKDOWN

Petitt Worrell Invoice (August 2014 - October 2014) #5663

| | | Asset Disposition (hours) | Asset Analysis And Recovery (hours) | Case Administration (hours) | |
|---|---|---|---|---|---|
| RMB | Michael Brooks Senior Of-Counsel | 1.0 | 0 | 0 | 1.0 |
| AEW | Andrew Worrell Senior Partner | 0 | 0 | 37.2 | 37.2 |
| MSR | Mark Robinson Senior Partner | 0 | 0 | 4.3 | 4.3 |
| KR | Kelly Rosser Paralegal ($75 / hr) | 0 | 0 | 5.6 | 5.6 |
| | | 1.0 | 0 | 47.1 | **48.1** Total Hours |