# DE SOLA PATE & BROWN

### ATTORNEYS & COUNSELORS
### CARACAS, VENEZUELA

**TEL: (58-212) 793-9898      FAX: (58-212) 793-9043**

www.desolapate.com
dplaw@desolapate.com

STREET ADDRESS:

TORRE DOMUS, PISO 16
AV. ABRAHAM LINCOLN
SABANA GRANDE
CARACAS

MAILING ADDRESSES:

FROM OUTSIDE VENEZUELA

CCS-6818
P. O. BOX 025801
MIAMI, FL 33l02-5801

FROM INSIDE VENEZUELA

APARTADO 52l47
CARACAS I050-A

No. 2843-14
September 9, 2014

Melanie Damian, Esq., Receiver
c/o Damian & Valori
1000 Brickell Ave., Suite 1020
Miami, FL 33131

## DEBIT NOTE FOR PROFESSIONAL SERVICES

For professional services rendered Damian Melanie, Esq., as Receiver, during August 2014, in relation to the Venezuelan estate of Aubrey Lee Price, according to the attached detail.

| | |
|---|---|
| Total of these services | US$1,116.00 |
| **Total of this Debit Note** | **US$1,116.00** |

Please make payment by wire transfer to

| | |
|---|---|
| Account name: | De Sola Pate & Brown |
| Account number: | 3290213921 |
| Bank: | Citibank |
| Address: | 120 S. Biscayne Blvd., Miami, FL 33131 |
| ABA routing: | 266086554 |
| SWIFT: | CITIUS33 |

Or by check payable to De Sola Pate & Brown, for deposit only to account no. 3290213921, and mailed to Citibank, 120 S. Biscayne Blvd., Miami, FL 33131.

EXHIBIT "E"

Melanie Damian, Esq., Receiver

DEBIT NOTE FOR PROFESSIONAL SERVICES
**DETAIL OF SERVICES**

Hourly Billing Rate

| J. R. Pate | (Consultant) | US$265/hour |
| A. Fernández C. | (Attorney) | US$200/hour |
| M. Basciani Y. | (Attorney) | US$170/hour |

| AUGUST | PERSON | HOURS | DESCRIPTION |
|---|---|---|---|
| 1 | JRP | .8 | **Asset Analysis and Recovery.** Conference call with Messrs. Damian, Visconti, Fernandez and Basciani. Instruct Mr. Fernandez re his follow-up contacts with the buyer and with Mr. Lwis. Discuss with Ms. Basciani observations on the service of process documents. |
| 1 | AFC | 1.2 | **Asset Analysis and Recovery.** Conference call with Mdmes. Damian and Visconti re the status of La Yaguarita. Mails with Mdmes. Visconti and Basciani re the suit against Mr. Lwis. |
| 1 | MBY | .3 | **Asset Analysis and Recovery.** Modify the letter rogatory in relation to the suit against Mr. Lwis and send this to Ms. Visconti. |
| 4 | AFC | .2 | **Asset Analysis and Recovery.** Call with Mr. Rodriguez re the corn crop. |
| 5 | AFC | .5 | **Asset Analysis and Recovery.** Work with the translator on the translation into Spanish of the complaint against Mr. Lwis. |
| 7 | AFC | .1 | **Asset Analysis and Recovery.** Call with the representative of Alimentos El Tunal re the harvesting of the corn crop. |

| 8 | AFC | .2 | **Asset Analysis and Recovery.** Call with Mr. Rodriguez re the farm and the crop. |
| 13 | AFC | .5 | **Asset Analysis and Recovery.** Calls with Messrs. Rodriguez and people of El Tunal re harvesting the corn crop and selling it to El Tunal directly. |
| 14 | AFC | .7 | **Asset Analysis and Recovery.** Call with a representative of Aproven, the company that provides inputs for the farm. Call with Mr. Rodriguez re the situation of the farm. |
| 19 | JRP | .2 | **Asset Analysis and Recovery.** Discuss with Mr. Fernandez the latest contacts with the El Tunal group and the possibility of entering into an arrangement for the sale of the corn harvest. |
| 20 | AFC | .3 | **Asset Analysis and Recovery.** Exchange mails with Ms. Visconti re obtaining certified copies of the documents related to the Lwis suit. |
| 26 | AFC | .2 | **Asset Analysis and Recovery.** Call with the representative of El Tunal re negotiations regarding La Yaguarita. |
| 29 | AFC | .1 | **Asset Analysis and Recovery.** Mail Ms. Damian re authorization to travel to the farm; see her reply. |

# DE SOLA PATE & BROWN

### ATTORNEYS & COUNSELORS
### CARACAS, VENEZUELA

TEL: (58-212) 793-9898     FAX: (58-212) 793-9043

www.desolapate.com
dplaw@desolapate.com

MAILING ADDRESSES:

FROM OUTSIDE VENEZUELA

CCS-6818
P. O. BOX 025801
MIAMI, FL 33l02-5801

FROM INSIDE VENEZUELA

APARTADO 52l47
CARACAS I050-A

STREET ADDRESS:

TORRE DOMUS, PISO 16
AV. ABRAHAM LINCOLN
SABANA GRANDE
CARACAS

No.  2942-14
November 19, 2014

Melanie Damian, Esq., Receiver
c/o Damian & Valori
1000 Brickell Ave., Suite 1020
Miami, FL 33131

## DEBIT NOTE FOR PROFESSIONAL SERVICES

For professional services rendered Melanie Damian, Esq., as Receiver, during September 2014 in relation to the Venezuelan estate of Aubrey Lee Price, according to the attached detail.

Total of these services                                             US$412.50

**Total of this Debit Note**                                        **US$412.50**

Please make payment by wire transfer to

| | |
|---|---|
| Account name: | De Sola Pate & Brown |
| Account number: | 3290213921 |
| Bank: | Citibank |
| Address: | 120 S. Biscayne Blvd., Miami, FL 33131 |
| ABA routing: | 266086554 |
| SWIFT: | CITIUS33 |

Or by check payable to De Sola Pate & Brown, for deposit only to account no. 3290213921, and mailed to Citibank, 120 S. Biscayne Blvd., Miami, FL 33131.

Melanie Damian, Esq., Receiver

DEBIT NOTE FOR PROFESSIONAL SERVICES
**DETAIL OF SERVICES**

Hourly Billing Rate

| J. R. Pate | (Consultant) | US$265/hour |
| A. Fernández C. | (Attorney) | US$200/hour |
| M. Basciani Y. | (Attorney) | US$170/hour |
| C. F. Perez | (Paralegal) | US$ 60/hour |
| S. Collazos | (Paralegal) | US$ 60/hour |

| SEPTEMBER | PERSON | HOURS | DESCRIPTION |
|-----------|--------|-------|-------------|
| 12 | JRP | .1 | **Asset Analysis and Recovery.** Instruct Ms. Basciani re how to proceed in view of the additional requirement of the Ministry of Interior re the letter rogatory. |
| 12 | SC | 1.0 | **Asset Analysis and Recovery.** Take the letter rogatory to the consular section of the Ministry of Interior. |
| 25 | AFC | .5 | **Asset Analysis and Recovery.** Conference call with Mdmes. Damian, Visconti and Basciani re the letter rogatory procedure and re the La Yaguarita farm. |
| 25 | MBY | .5 | **Asset Analysis and Recovery.** Conference call with Messrs. Damian, Visconti and Fernandez re the letter rogatory procedure and re the La Yaguarita farm. |
| 30 | MBY | .3 | **Asset Analysis and Recovery.** Prepare the documents re the lawsuit to present to the foreign ministry. |
| 30 | CFP | 1.5 | **Asset Analysis and Recovery.** Take the letter rogatory and other documents to the foreign ministry. |

# DE SOLA PATE & BROWN

### ATTORNEYS & COUNSELORS
### CARACAS, VENEZUELA

TEL:  (58-212) 793-9898       FAX: (58-212) 793-9043

www.desolapate.com
dplaw@desolapate.com

STREET ADDRESS:

TORRE DOMUS, PISO 16
AV. ABRAHAM LINCOLN
SABANA GRANDE
CARACAS

MAILING ADDRESSES:

FROM OUTSIDE VENEZUELA

CCS-6818
P. O. BOX 025801
MIAMI, FL 33I02-5801

FROM INSIDE VENEZUELA

APARTADO 52I47
CARACAS I050-A

No.  3061-14
November 20, 2014

Melanie Damian, Esq., Receiver
c/o Damian & Valori
1000 Brickell Ave., Suite 1020
Miami, FL 33131

## DEBIT NOTE FOR PROFESSIONAL SERVICES

For professional services rendered Melanie Damian, Esq., as Receiver, during October 2014 in relation to the Venezuelan estate of Aubrey Lee Price, according to the attached detail.

| | |
|---|---|
| Total of these services | US$4,772.50 |
| **Total of this Debit Note** | **US$4,772.50** |

Please make payment by wire transfer to

| | |
|---|---|
| Account name: | De Sola Pate & Brown |
| Account number: | 3290213921 |
| Bank: | Citibank |
| Address: | 120 S. Biscayne Blvd., Miami, FL 33131 |
| ABA routing: | 266086554 |
| SWIFT: | CITIUS33 |

Or by check payable to De Sola Pate & Brown, for deposit only to account no. 3290213921, and mailed to Citibank, 120 S. Biscayne Blvd., Miami, FL 33131.

No. 3061-14

Melanie Damian, Esq., Receiver

DEBIT NOTE FOR PROFESSIONAL SERVICES
**<u>DETAIL OF SERVICES</u>**

<u>Hourly Billing Rate</u>

| J. R. Pate | (Consultant) | US$265/hour |
|---|---|---|
| L. Mingarelli L. | (Attorney) | US$200/hour |
| A. Fernández C. | (Attorney) | US$200/hour |
| M. Basciani Y. | (Attorney) | US$170/hour |
| S. Collazos | (Paralegal) | US$ 60/hour |

| OCTOBER | PERSON | HOURS | DESCRIPTION |
|---|---|---|---|
| 1 | AFC | .2 | **Asset Analysis and Recovery.** Exchange mails with Ms. Damian re traveling to Acarigua. |
| 2 | AFC | .1 | **Asset Analysis and Recovery.** Call with Mr. Rodriguez re matters at the farm. |
| 4 | AFC | .1 | **Asset Analysis and Recovery.** Call with Mr. Rodriguez re the harvest in process. |
| 6 | JRP | .3 | **Asset Analysis and Recovery.** Discuss with and instruct Mr. Fernandez re the matter of permitting El Tunal to grow sorghum on the farm during the off season and how to document this, also regarding cash flow projections. |
| 7 | AFC | 6.0 | **Asset Analysis and Recovery.** In Acarigua and Barquisimeto, go to the farm to check on the harvest, meet with Mr. Lwis re requesting his collaboration, and meet with representatives of El Tunal. |
| 8 | AFC | 3.6 | **Asset Analysis and Recovery.** Meet with Mr. Rodriguez re all matters at the farm. |

| | | | |
|---|---|---|---|
| 9 | AFC | .2 | **Asset Analysis and Recovery.** Call with Mr. Rodriguez re the harvest. |
| 9 | MBY | .3 | **Asset Analysis and Recovery.** Check on the status of the letter rogatory at the foreign ministry. |
| 14 | JRP | .1 | **Asset Analysis and Recovery.** See the report of Mr. Fernandez re his latest trip. Mails re a conference call. |
| 14 | AFC | .6 | **Asset Analysis and Recovery.** Exchange mails with Mr. Bastidas of El Tunal re the agreement re the planting of sorghum. Mails with Mdmes. Damian and Visconti re the harvest and other farm matters. |
| 14 | MBY | .3 | **Asset Analysis and Recovery.** Check on the status of the letter rogatory. |
| 15 | JRP | .9 | **Asset Analysis and Recovery.** Conference call with Mdmes. Damian and Visconti, together with Messrs. Fernandez and Basciani, re the latest on Mr. Lwis and the farm. Mail Mr. Concheso re a consultation on the proposed joint venture with El Tunal for sorghum and on remittances. |
| 15 | AFC | .6 | **Asset Analysis and Recovery.** Call with Mr. Rodriguez. Call with Mdmes. Damian and Basciani. |
| 15 | MBY | .5 | **Asset Analysis and Recovery.** Conference call with Messrs. Damian and Fernandez. |
| 16 | JRP | .3 | **Asset Analysis and Recovery.** Exchange mails with Mr. Concheso re information on the proposal of El Tunal and re exchange matters. Instruct Mr. Fernandez. |
| 17 | JRP | .4 | **Asset Analysis and Recovery.** Work on the draft joint venture agreement sent by the attorney of El Tunal. |

| | | | |
|---|---|---|---|
| 18 | AFC | .1 | **Asset Analysis and Recovery.** Call with Mr. Rodriguez re the harvest. |
| 20 | JRP | .2 | **Asset Analysis and Recovery.** See the report of Mr. Romero re the sorghum project with El Tunal. Instruct Mr. Fernandez re this. |
| 20 | LML | 2.0 | **Asset Analysis and Recovery.** Work on the contract with El Tunal; modify this to be a joint venture agreement. |
| 21 | JRP | .4 | **Asset Analysis and Recovery.** Discussions with Mr. Fernandez re the El Tunal project. See the mail from Mr. Bastidas. Instruct Mr. Fernandez. |
| 21 | AFC | .7 | **Asset Analysis and Recovery.** Exchange mails with Mr. Bastidas re the matter of the pricing of the sorghum joint venture and re the agreement for this. |
| 22 | JRP | .5 | **Asset Analysis and Recovery.** Mail Ms. Damian re the joint venture with El Tunal re sorghum, including the modified terms and conditions for this. |
| 22 | AFC | .3 | **Asset Analysis and Recovery.** Exchange mails with Mr. Rodriguez re the expected income from the corn harvest. |
| 24 | JRP | .4 | **Asset Analysis and Recovery.** Work on the joint venture contract with El Tunal with Mr. Fernandez. Resend mails re this matter to Ms. Damian. |
| 27 | JRP | .3 | **Asset Analysis and Recovery.** Review the draft contract for the joint venture and comment to Mr. Fernandez. |
| 27 | AFC | .1 | **Asset Analysis and Recovery.** Discuss the contract with Mr. Pate. |

| | | | |
|---|---|---|---|
| 27 | MBY | .4 | **Asset Analysis and Recovery.** Review the status of the letter rogatory now at the interior ministry. |
| 28 | JRP | 1.1 | **Asset Analysis and Recovery.** Work on modifying the joint venture agreement and send this to Mr. Fernandez. |
| 28 | SC | 1.0 | **Asset Analysis and Recovery.** Go to the interior ministry re checking on the letter rogatory. |
| 29 | JRP | .6 | **Asset Analysis and Recovery.** Send the draft joint venture contract to Ms. Damian for review and approval. Exchange mails with her re this. Instruct Mr. Fernandez to proceed with it. |
| 29 | AFC | .4 | **Asset Analysis and Recovery.** Exchange mails with Mr. Bastidas re the joint venture contract. |