

| **SEC V. PFG, LLC** |
| :---: |
| **Client ID: 05402** |
| **Invoice # 324 - 08/31/14** |

| **Staff** | **Hours** | **Rate** | **Amount** |
| :--- | ---: | ---: | ---: |
| MELISSA DAVIS, CPA, CIRA, CFE, Partner | 2.60 | 265.00 | $ 689.00 |
| SURUCHI BANEZ, CPA, CIRA, CFE [1], Principal | 12.70 | 207.00 | 2,628.90 |
| SURUCHI BANEZ, CPA, CIRA, CFE [2], Principal | 0.00 | 150.00 | 0.00 |
| ANDREA N. FELDMAN, CPA, Forensic Analyst | 0.70 | 207.00 | 144.90 |
| TOTAL FEES | 16.00 | | $ 3,462.80 |
| | Blended Rate | $216.43 | |
| TOTAL EXPENSES | | | 0.00 |
| TOTAL AMOUNT OF THIS INVOICE | | | $ 3,462.80 |

[1] Billed at $207 for Tasks other than Data Entry
[2] Billed at $150 for Data Entry

The Kapila Building
1000 S. Federal Highway, Suite 200
Fort Lauderdale, Florida 33316
P 954.761.1011   F 954.761.1033

Sun Trust International Center
1 SE 3rd Avenue, Suite 2150
Miami, Florida 33131
P 736.517.5771  F 786-517.5772

EXHIBIT "F"



1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Phone - 954-761-1011   F - 954-761-1033   www.kapilamukamal.com
EIN #46-5394135

SEC V. PFG, LLC
C/O MELANIE DAMIAN, RECEIVER
1000 BRICKELL AVENUE
SUITE 1020
MIAMI, FL  33131

Invoice: 324

08/31/2014

Client ID: 05402

FOR PROFESSIONAL SERVICES RENDERED THROUGH AUGUST 31, 2014

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| LITIGATION SUPPORT | | | | |
| 08/08/2014 | ANF | CREATED PAYMENT SCHEDULES FOR TWO INVESTORS PER COUNSELS REQUEST | 0.70 | 144.90 |
| 08/08/2014 | SKB | PREPARE DETAILED TRANSACTION SCHEDULE FOR INDIVIDUALS/ENTITIES REQUESTED BY A. FERNANDEZ. | 1.60 | 331.20 |
| 08/15/2014 | SKB | T/C WITH CARY STEKLOF AND M. DAVIS REGARDING STOCK PURCHASE TRANSACTIONS AND FLOW CHARTS REGARDING PROFIT OF LOSS AND INSURANCE LIABILITY. | 0.50 | 103.50 |
| 08/15/2014 | SKB | FOLLOW UP T/C WITH M. DAVIS REGARDING STOCK PURCHASE TRANSACTIONS AND FLOW CHARTS REGARDING PROFIT OF LOSS AND INSURANCE LIABILITY TO RECAP DISCUSSION WITH C. STEKLOF. | 0.30 | 62.10 |
| 08/15/2014 | MMD | T/C WITH CARY STEKLOFF REGARDING BOND CLAIM AND RELATED ANALYSIS REQUIRED FOR MEDIATION. | 0.50 | 132.50 |
| 08/15/2014 | SKB | PROVIDE SUPPORT FOR SANDRA SHIRLEY MARTIN PER REQUEST OF COUNSEL. | 0.90 | 186.30 |
| 08/15/2014 | SKB | REVIEW AND ANALYZE STOCK PURCHASE (PRE AND POST) TRANSACTIONS AND FLOW CHARTS IN PREPARATION FOR CALL WITH CARY STEKLOF. | 0.50 | 103.50 |
| 08/18/2014 | SKB | T/C WITH M. DAVIS REGARDING PROOF OF LOSS ANALYSIS. | 0.40 | 82.80 |
| 08/18/2014 | SKB | PREPARE LOSS OF PROFIT DETAIL SCHEDULES AND FLOW CHART FOR 2011 ACTIVITY AND CONFIRM THE FLOW OF THE TRANSACTIONS WITH THE MOST CURRENT RECONSTRUCTION. | 2.40 | 496.80 |
| 08/18/2014 | MMD | RESPOND TO EMAIL FROM COUNSEL RE PROOF OF LOSS. | 0.20 | 53.00 |
| 08/19/2014 | SKB | PREPARE LOSS OF PROFIT DETAIL SCHEDULES AND FLOW CHART FOR 2012 ACTIVITY AND STOCK PURCHASE ACTIVITY. | 0.90 | 186.30 |
| 08/20/2014 | SKB | T/C WITH CARY STEKLOF AND M. DAVIS REGARDING PROOF OF LOSS ANALYSIS. | 0.40 | 82.80 |
| 08/20/2014 | MMD | PREPARE FOR AND ATTEND T/C WITH COUNSEL RE PROOF OF LOSS. | 0.60 | 159.00 |
| 08/20/2014 | SKB | PREPARE INVESTOR DATABASE WITH MOST UPDATED BANK RECONSTRUCTION ACTIVITY. | 0.90 | 186.30 |
| 08/20/2014 | SKB | PREPARE DETAIL SCHEDULES REFLECTING $1.6 MILLION FLOW OF FUNDS FOR PROOF OF LOSS ANALYSIS. | 0.80 | 165.60 |
| 08/21/2014 | SKB | RESEARCH AND ADDRESS EMAIL INQUIRIES FROM K. MURENA | 0.30 | 62.10 |

| | | | | | |
|---|---|---|---|---|---|
| | | | REGARDING INVESTOR DATABASE. | | |
| 08/21/2014 | SKB | REVIEW AND ANALYZE DETAIL TRANSACTIONS FOR REQUESTED ENTITIES/INDIVIDUALS AND PROVIDE SUPPORT TO CASSANDRA PEREZ FOR THE SAME. | 2.10 | 434.70 |
| 08/25/2014 | SKB | RESEARCH AND ADDRESS EMAIL FROM CASSANDRA PEREZ REGARDING NATIONAL FINANCIAL SERVICES INQUIRY. | 0.40 | 82.80 |
| 08/25/2014 | MMD | ANALYZE TRANSACTION FLOW BETWEEN PFG AND MB&T POST STOCK PURCHASE; SEND CHARTS TO COUNSEL AS REQUESTED SUMMARIZING TRANSACTIONS. | 1.30 | 344.50 |
| 08/26/2014 | SKB | RESEARCH AND ADDRESS EMAIL REQUEST FROM A. FERNANDEZ REGARDING TRANSACTION DETAIL SCHEDULES FOR VARIOUS INDIVIDUALS. | 0.30 | 62.10 |

                                                                                  3,462.80

                                                    Total amount of this invoice    $3,462.80



**SEC V. PFG, LLC**
**Client ID: 05402**
**Invoice # 385 - 09/30/14**

| **Staff** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| MELISSA DAVIS, CPA, CIRA, CFE, Partner | 1.60 | 265.00 | $ 424.00 |
| SURUCHI BANEZ, CPA, CIRA, CFE [1,] Principal | 3.50 | 207.00 | 724.50 |
| SURUCHI BANEZ, CPA, CIRA, CFE[2], Principal | 0.00 | 150.00 | 0.00 |
| TOTAL FEES | 5.10 | | $ 1,148.50 |
| | Blended Rate | $225.20 | |
| TOTAL EXPENSES | | | 0.90 |
| TOTAL AMOUNT OF THIS INVOICE | | | $ 1,149.40 |

[1]Billed at $207 for Tasks other than Data Entry
[2] Billed at $150 for Data Entry

The Kapila Building                                    Sun Trust International Center
1000 S. Federal Highway, Suite 200                     1 SE 3rd Avenue, Suite 2150
Fort Lauderdale, Florida 33316                         Miami, Florida  33131
P 761.1011   F 954.761.1033                            P 736.517.5771  F 786-517.5772



**CPAs, Forensic and Insolvency Advisors**

1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Phone - 954-761-1011   F - 954-761-1033   www.kapilamukamal.com
EIN #46-5394135

SEC V. PFG, LLC
C/O MELANIE DAMIAN, RECEIVER
1000 BRICKELL AVENUE
SUITE 1020
MIAMI, FL 33131

Invoice: 385
09/30/2014
Client ID: 05402

FOR PROFESSIONAL SERVICES RENDERED THROUGH SEPTEMBER 30, 2014

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| LITIGATION SUPPORT | | | | |
| 09/03/2014 | SKB | T/C WITH C. STEKLOF AND M. DAVIS REGARDING PROOF OF LOSS ANALYSIS. | 0.60 | 124.20 |
| 09/03/2014 | MMD | ATTEND T/C WITH COUNSEL RE BOND CLAIM AND RELATED ANALYSIS. | 1.00 | 265.00 |
| 09/03/2014 | SKB | RESEARCH AND ADDRESS EMAIL FROM COUNSEL REGARDING GARY ADAMS AND MODIFY RECONSTRUCTION ACCORDINGLY. | 0.20 | 41.40 |
| 09/09/2014 | MMD | ATTEND T/C WITH C. STEKLOFF REGARDING BOND CLAIM. | 0.60 | 159.00 |
| 09/19/2014 | SKB | PREPARE PROOF OF LOSS CHARTS FOR DEMAND LETTER AS REQUESTED BY CARY STEKLOF. | 0.60 | 124.20 |
| 09/22/2014 | SKB | PREPARE PROFIT OF LOSS TRANSACTION DETAIL SCHEDULES FOR DEMAND LETTER. | 0.80 | 165.60 |
| 09/23/2014 | SKB | T/C WITH CARY STEKLOF REGARDING PROOF OF LOSS ANALYSIS AND SCHEDULES FOR DEMAND LETTERS. | 0.40 | 82.80 |
| 09/23/2014 | SKB | RESEARCH AND ADDRESS PROOF OF LOSS EMAIL INQUIRIES FROM CARY STEKLOF AND REVISE DEMAND LETTER SCHEDULES AS DISCUSSED. | 0.90 | 186.30 |
| | | | | 1,148.50 |
| EXPENSES | | | | |
| 09/30/2014 | EXP | COPY CHARGE | | 0.90 |
| | | | | 0.90 |
| | | Total amount of this invoice | | $1,149.40 |

Invoice payable upon receipt.  Thank you for this opportunity to be of service.



**CPAs, Forensic and Insolvency Advisors**

**SEC V. PFG, LLC**
**Client ID: 05402**
**Invoice #508 - 10/31/14**

### TIME SUMMARY BY STAFF

| Staff | Hours | Rate | Amount |
|---|---|---|---|
| SURUCHI BANEZ - Principal, CPA, CIRA, CFE | 6.70 | 207.00 | 1,386.90 |
| MELISSA DAVIS - Partner, CPA, CIRA, CFE | 4.90 | 265.00 | 1,298.50 |
| TOTAL | 11.60 | | $2,685.40 |
| **BLENDED RATE** | | $231.50 | |
| TOTAL EXPENSES | | | 0.45 |
| TOTAL AMOUNT OF THIS INVOICE | | | $2,685.85 |

The Kapila Building
1000 S. Federal Highway, Suite 200
Fort Lauderdale, Florida 33316
P 761.1011  F 954.761.1033

Sun Trust International Center
1 SE 3rd Avenue, Suite 2150
Miami, Florida 33131
P 786.517.5771  F 786.517.5772



**1000 S. Federal Highway, Suite 200**
**Fort Lauderdale, FL 33316**
Phone - 954-761-1011   F - 954-761-1033   www.kapilamukamal.com
EIN #46-5394135

SEC V. PFG, LLC
C/O MELANIE DAMIAN, RECEIVER                          Invoice: 508
1000 BRICKELL AVENUE
SUITE 1020                                            10/31/2014
MIAMI, FL 33131                                       Client ID: 05402

FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER 31, 2014

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| LITIGATION SUPPORT | | | | |
| 10/01/2014 | MMD | ATTEND T/C WITH MATT BALDWIN REGARDING LIFE INSURANCE ANALYSIS. | 0.20 | 53.00 |
| 10/06/2014 | SKB | T/C WITH M. DAVIS REGARDING INSURANCE PROCEEDS ANALYSIS. | 0.30 | 62.10 |
| 10/07/2014 | SKB | T/C WITH M. DAVIS REGARDING INSURANCE PROCEEDS ANALYSIS. | 0.20 | 41.40 |
| 10/07/2014 | SKB | PREPARE ANALYSIS OF INSURANCE PROCEEDS AS COMPARED TO EXPENSES DURING 2012. | 1.80 | 372.60 |
| 10/09/2014 | MMD | ATTEND TO ANALYSIS OF LIFE INSURANCE RECEIPTS AND EXPERT REPORT. | 0.70 | 185.50 |
| 10/14/2014 | SKB | REVIEW AND ANALYZE COMMENTS FROM K. MURENA FROM CALL WITH AUBREY PRICE TO UPDATE RECONSTRUCTION ACCORDINGLY. | 0.60 | 124.20 |
| 10/16/2014 | MMD | PREPARE EXPERT REPORT REGARDING LIFE INSURANCE PROCEEDS REMAINING. | 3.30 | 874.50 |
| 10/17/2014 | MMD | UPDATE LIFE INSURNCE PROEEDS ANALYSIS. | 0.70 | 185.50 |
| 10/20/2014 | SKB | PREPARE DRAFT OF THIRD QUARTER NARRATIVE FOR QUARTERLY STATUS REPORT. | 0.90 | 186.30 |
| 10/23/2014 | SKB | REVIEW AND REVISE MASTER RECONSTRUCTION WITH COMMENTS FROM K. MURENA AND PREPARE VARIOUS SUMMARY SCHEDULES FROM RECONSTRUCTION AND MASTER INVESTOR ACTIVITY SCHEDULES AND SUMMARIES BY CATEGORY AND NAME FROM MASTER RECONSTRUCTION. | 2.60 | 538.20 |
| 10/24/2014 | SKB | RESEARCH AND ADDRESS EMAIL FROM K. MURENA REGARDING INVESTOR SUMMARY SCHEDULES. | 0.30 | 62.10 |
| | | | | 2,685.40 |
| EXPENSES | | | | |
| 10/31/2014 | EXP | PRINTED COPY CHARGE - OCTOBER 2014 | | 0.45 |
| | | | | 0.45 |
| | | Total amount of this invoice | | $2,685.85 |

Invoice payable upon receipt.  Thank you for this opportunity to be of service.