**ALGIERS CONSULTANTS GUATEMALA, SOCIEDAD ANÓNIMA**
ALGIERS CONSULTANTS
12 Calle 1-25, Zona 10  Oficina 1203, Edificio Géminis 10
Guatemala, Guatemala.

# Invoice N° 22

| Day | Month | Year |
|-----|-------|------|
| 24 | November | 2014 |

16:50

**Client: Damian & Valori, LLP (C00006)**

**Address: USA**

**Terms: Contado**

**RFC:**

**Ref.:**

| Date | | Detail | Hrs/Qty. | Rate | Total |
|------|--|--------|----------|------|-------|
| 2/09/2014 | JA | Exchange communications with Atty. Amanda Fernandez to explain the process to serve plaintiffs in Guatemala. | 0.50 | 150.00 | 75.00 |
| 18/09/2014 | JA | Telephone conference with Atty. Amanda Fernandez to review process to serve plaintiffs in Guatemala. | 0.50 | 150.00 | 75.00 |
| 26/09/2014 | JA | Preliminary investigation of plaintiffs and current activities. | 1.00 | 150.00 | 150.00 |
| 2/10/2014 | JA | Investigation Scan Internacional in Mercantile Registry. | 1.50 | 150.00 | 225.00 |
| 3/10/2014 | ADMIN | Professional fees of translator. Invoice #1117 | 1.00 | 381.11 | 381.11 |
| 8/10/2014 | JA | Exchange communications with Atty. Amanda Fernandez to incorporate correct addresses in summons to plaintiffs. | 0.50 | 150.00 | 75.00 |
| 13/10/2014 | JA | Physical verification of obtained addresses to determine if they were the correct and current addresses. Exchange communications with Atty. Amanda Fernandez to inform findings. | 3.00 | 150.00 | 450.00 |
| 14/10/2014 | JA | Review telephone registries and addresses related to plaintiffs. | 1.50 | 150.00 | 225.00 |
| 15/10/2014 | JA | Verification of addresses obtained through telephone registries. | 0.75 | 150.00 | 112.50 |
| 28/10/2014 | JA | Preparation of service notarial documents. | 0.70 | 150.00 | 105.00 |
| 29/10/2014 | JA | Service to Mr. Edgar Marroquín, Mr. Ronaldo Rodriguez and Scan Internacional. Only service to Mr. Edgar Marroquin was accepted. Communication to Atty. Amanda Fernandez with service information. | 2.00 | 150.00 | 300.00 |

------------------------------------------------ Last Line ------------------------------------------------

| | | |
|--|--|--|
| Amount in words: Two thousand four hundred thirty-four and Forty-four Hundredths Dólares | **Services:** | USD 2,173.61 |
| Comments: | **Charges:** | USD |
| | **Sub - Total:** | USD 2,173.61 |
| | **Discount:** | USD 0 |
| | **Tax:** | USD 260.83 |
| | **Total:** | USD 2,434.44 |

1- When payment is made, please specify your invoice number.
2- If you make your payment by check, please make payable to: Algiers Consultants Guatemala, S.A.
3- If you make your payment by bank transfer, please make it to the following US bank account:

INTERMEDIARY BANK
NAME: BAC FLORIDA BANK
ADDRESS: 169 Miracle R-10 Coral Gables Florida
SWIFT CODE: BFLBUS3M
ABA: 067009044
BENEFICIARY BANK
Name: Banco de América Central S.A.
ADDRESS: 7ª ave 6-26 Zona 9, Guatemala
Account number: 030861600
SWIFT: AMCNGTGT
Final Beneficiary
Name: Algiers Consultants Guatemala, S.A.
Address: 12 Calle 1-25 Zona 10 Edificio Géminis 10 Torre Norte Of.
1203, Guatemala.
Account Number: 901607317
Currency: USD

Please instruct your banker to charge any commissions to your account.

EXHIBIT "G"