# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

AUBREY LEE PRICE, et al.,

    Defendants.

Civil Action No.
1:12-cv-2296-TCB

## ORDER GRANTING MOTION TO APPROVE SETTLEMENT AND RELEASE AGREEMENT

THIS CAUSE came before the Court on the Receiver's Motion to Approve Settlement and Release Agreement (the "Motion").

THIS COURT has reviewed the Motion and attachments thereto, including the executed Settlement and Release Agreement, and the pertinent portions of the record, and, being otherwise fully advised in the premises, it is hereby

ORDERED as follows:

1. The Receiver's Motion is GRANTED.

2. The Settlement and Release Agreement, attached as Exhibit A to the Receiver's Motion, is APPROVED.

DONE AND ORDERED in Atlanta, Georgia, this  23rd  day of December, 2014.

_____
HON. TIMOTHY C. BATTEN
UNITED STATES DISTRICT JUDGE