IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

v.

AUBREY LEE PRICE; PFG, LLC;
PFGBI, LLC; MONTGOMERY ASSET
MANAGEMENT, LLC f/k/a PFG ASSET
MANAGEMENT, LLC, (Florida limited
liability company); and MONTGOMERY
ASSET MANAGEMENT, LLC f/k/a
PFG ASSET MANAGEMENT, LLC
(Georgia limited liability company),

      Defendants.
_____/

Civil Action No.:
1:12-cv-2296-TCB

**NOTICE OF WITHDRAWAL OF RECEIVER'S UNOPPOSED
MOTION TO APPROVE PRODUCTION OF DOCUMENTS TO
ST. PAUL MERCURY INSURANCE COMPANY SUBJECT
TO CONFIDENTIALITY REQUIREMENTS [E.C.F. # 237]**

Melanie E. Damian, as Receiver for the Estate of Aubrey Lee Price, PFG, LLC, PFGBI, LLC, Montgomery Asset Management, LLC f/k/a PFG Asset Management (Florida limited liability company), Montgomery Asset Management, LLC f/k/a PFG Asset Management (Georgia limited liability company) (the "Receiver"), hereby gives notice that she is withdrawing her *Unopposed Motion to*

*Approve Production of Documents to St. Paul Mercury Insurance Company Subject to Confidentiality Requirements* [E.C.F. # 237], filed on January 12, 2015.

The Receiver will file a corrected version Motion in short order.

Respectfully submitted this 12th day of January, 2015.

> DAMIAN & VALORI LLP
> *Counsel for the Receiver*
> 1000 Brickell Avenue, Suite 1020
> Miami, Florida 33131
> Telephone: 305-371-3960
> Facsimile: 305-371-3965
>
> /s/ Kenneth Dante Murena
> Kenneth Dante Murena, Esq.
> Florida Bar No. 147486
> *Admitted Pro Hac Vice*

## LOCAL RULE 5.1 CERTICATION

By signature below, counsel certifies that the foregoing document was repared in Times New Roman, 14-point font in compliance with Local Rule 5.1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 12, 2015, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which provides notice of such filing to all counsel of record.

>/s/ Kenneth Dante Murena
>Kenneth Dante Murena, Esq.
>Florida Bar No. 147486
>*Admitted Pro Hac Vice*
>DAMIAN & VALORI LLP
>*Counsel for the Receiver* 1000
>Brickell Avenue, Suite 1020
>Miami, Florida 33131
>Telephone: 305-371-3960
>Facsimile: 305-371-3965