## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

**SECURITIES AND EXCHANGE COMMISSION,**

      **Plaintiff,**

**v.**

**AUBREY LEE PRICE; PFG, LLC; PFGBI, LLC; MONTGOMERY ASSET MANAGEMENT, LLC f/k/a PFG ASSET MANAGEMENT, LLC, (Florida limited liability company); and MONTGOMERY ASSET MANAGEMENT, LLC f/k/a PFG ASSET MANAGEMENT, LLC (Georgia limited liability company)**

      **Defendants.**

**Civil Action No.: 1:12-cv-2296-TCB**

_____/

## <u>AGREED ORDER</u>

This cause came before the Court on the Receiver's Unopposed Motion to Approve Production of Documents to St. Paul Mercury Insurance Company Subject to Confidentiality Requirements (the "Motion"), and having reviewed the Record and being otherwise fully advised of the matter, it is HEREBY ORDERED AND ADJUDGED AS FOLLOWS:

1. The Receiver shall produce digital copies of the Receiver's Documents, as that term is defined in the Motion (the "Produced Documents"), to counsel

for St. Paul Mercury Insurance Company ("St. Paul") subject to the conditions set forth in this Order.

2. The Produced Documents shall be kept strictly confidential and only available to the St. Paul counsel and their respective legal assistants, experts, and legal staff, and shall be used solely for the purposes of evaluating the "Claim," as defined in the Motion.

3. St. Paul shall use the Produced Documents only for the purposes of the Claim.

4. Within seven business days following the resolution of the Claim, all of the remaining copies of the Produced Documents shall be permanently destroyed by St. Paul, their counsel and any other parties in the possession of copies of the Produced Documents pursuant to this Order.

5. Any party that violates the confidentiality provisions of this Order shall be subject to the contempt powers of this Court.

IT IS SO ORDERED, this 20th day of January, 2015, in Atlanta, Georgia.

_____
Honorable Timothy C. Batten
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF GEORGIA