# INVENTORY OF ASSETS

### Cash on Hand

Cash in main receivership account:  $2,881,631.24

Cash in receivership account for rent collected from Kingsland Shopping Center: $26,931.60

Cash in trust account in Venezuela: $34,000.00

TOTAL: $2,942,562.84

### Real Properties

6960 Gulf of Mexico Drive
Longboat Key, FL 34228
**[LISTED FOR SALE]**

4616 Rainwood Circle
Valdosta, GA 31602
**[PRICE RESIDENCE – NO EQUITY IN PROPERTY AND SUBJECT TO FORECLOSURE]**

2 farms in Venezuela (corn and sugar)

Interest in proceeds of harvest from farms in Venezuela

### Personal Property

Interest in $1 million financial institution bond issued by Traveler's Insurance Company/St. Paul Mercury Insurance Company

Claims against Osama Lwis, seeking approximately $1.25 million

Claims against SCAN International, USA, Inc., SCAN Internacional de Nicaragua, Edgar Stuardo Marroquin Archila, and Ronaldo Enrique Rodriguez Garcia, seeking approximately $700,000.00

Claims against Montgomery County Bankshares, Inc., Trae D. Dorough, Miller Peterson ("Pete") Robinson  and DeeAnn McDaniel, seeking approximately $10 million

Claims against Thomas A. Peterson, Larry Coleman, William J. Peterson, Gregory A. Morris, Mary Jeanne Fulmer, Lloyd Moses, John L.Robison Jr., Charles T. Clements, Thomas A. Peterson, III, Nicki A. Eason, Michael R. Calhoun and McLain, Calhoun, McCollough, Clark And Co., P.C, seeking approximately $10 million.

EXHIBIT A

Inventory of Assets (cont'd)

Claims against certain Directors and Officers of MCBI for 2012 misconduct.

Claims against former auditor of MCBI, seeking approximately $10 million.

Claims against A&D Hospitality, LLC and Adam Van Nus, seeking approximately $17,000.

Claims against Timothy Cannady, seeking approximately $73,128.06.

Claims against Justin Zegalia, seeking approximately $299,552.91.

Claims against Federal Deposit Insurance Corporation, as Receiver for Montgomery Bank & Trust, seeking approximately $23 million

Interest in claims against third parties, some of which may be covered by known insurance policies with coverage for errors and omissions and/or liability of directors and officers of the respective third parties (as more fully described in Status Report)

Interest in errors and omissions insurance policies, with respect to which one or more Receivership Entities is a named insured, that potentially cover claims against the Receivership Entities by certain third parties (as more fully described in Status Report)

Interest in claims to recover principle and interest due pursuant to loans the Receivership Defendants made to third parties (as more fully described in Status Report)