INVESTORS AND CREDITORS

| | |
|---|---|
| Adams, Jon | Fletcher, Steve |
| Agner, Don | Fletcher, Thomas S. |
| Allen, Linda L. | Foston, Barbara |
| Allen, William E. | Fox, Vickie |
| Amerson, Mack Arthur | Freeman, Richard |
| Anderson, Shirlene | Freeman, Shari |
| Ankarstran, John Dale | Frey, Richard |
| Ankarstran, Lorraine | Garner, Bill |
| Armistead, Pauline S. | Garner, Jeanette |
| Austin, James W. | Giametta, Arlene T. |
| Baranski, Rafal R. | Giametta, Joseph |
| Barrientos, Martin | Gibson III, Joseph H. |
| Baxley, Ann T. | Gilbert, Harrell |
| Baxley, Gene | Gilbert, Kathy |
| Boone, Margaret J. | Gowan, Reg |
| Buttrill, Connie | Greene, Deborah |
| Cain, Helen | Gresham, Jack E. |
| Cain, OD | Gresham, W. |
| Caldwell, Joyce | Grubbs, Cary |
| Caldwell, Robert | Gunter, Michael |
| Canady, Luise | Hammack, Donna |
| Carney, Deborah | Hammack, Steve |
| Carney, Steve | Hendrix, Joan |
| Cassanova, Emma | Hoffman, Lara |
| Cassanova, Emmanuel | Holcomb, George |
| Cassanova, Martha f/b/o another Cassanova | Hood, Darcy |
| | Howard, Guy |
| Chandonia, Charlene | Huang, Rani |
| Chandonia, Ron | Huang, Roupan |
| Clifton, Joel | Hunt, Patricia |
| Clifton, Linda | Hurt, Tammy |
| Coldwell, Joyce | Jacobson, Stuart |
| Coldwell, Robert | Johnson, Ericka |
| Collett, Beverly | Keith, Adam |
| Collett, Grady | King, Betty Jean |
| Cooper, Barry | Kirkwood, James |
| Cooper, Paula | Klein, Barbara |
| Cross, Wendy | Lee, James C. |
| Dean, Karen Gowan | Lee, Lisa |
| Deloach, Michael | Lee, Melvin Neal |
| Dumas, John W. | Main, Tabitha |
| Falk, Belinda A. | Main, William |
| Falk, John D. | Manguart, Julie J. |
| Farist, Judy | Mann, Violet |
| Federal Deposit Insurance Corporation | Massina, Wanda G. |
| | McCormick, Debra |
| Ferguson | McSwain, Dan |
| Fitzsimmons, Jennifer | McSwain, Elaine |
| Fletcher, Linda | |

EXHIBIT C

| |
|---|
| McSwain, Ginger |
| McSwain, Jay |
| McSwain, Keith |
| McSwain, Wanda Messina |
| MDC Family Foundation |
| Michael, Jon |
| Mock, Renee C. |
| Moncrief, Joan E. |
| Moreland, Lynda Sue |
| Morris, Greg |
| Newsome Schutz, Kimberly |
| O'Hara, Shannon |
| Owens, Brian |
| Parks, Angela B. |
| Peek, Janice |
| Estate of Peek, William W. |
| Peters, Mary Jo |
| Pluhar, Hans |
| Richie, Susan |
| Riner, Donnie |
| Roland, Carl |
| Roland, Nell |
| Ron Chandonia |
| Sciscoe, Sr., Daniel Ray |
| Shirley, Gary W. |
| Shirley Investments LP |
| Simpson, Dennis |
| Simpson, Mary Beth |
| Smith, Charles |
| Smith, Elizabeth |
| Smith, Jacquelyn |
| Smith, Michael |
| Smith, Richard |
| Sprowls, William A. |
| Steinberg, Ruth |
| Stone, Thomas Paris |
| Teixiera, Merrilyn |
| Thomason, John |
| Thomason, Sherry |
| Townsend, Danny |
| Tyson, Anna Marie |
| Tyson, John A. |
| Vance, Gary |
| Walker, Carolyn |
| Walker, Jack |
| Weiland, Charolett F. |
| Weinman, Rebecca W. |
| Wesley, Beverly |

| |
|---|
| Westmoreland, Martha J. |
| Wilbor, Beth |
| Wilbor, Elizabeth |
| Wilbor, Stark |
| Williams, Judy Y. |
| Willms, Shirley |
| Yocum, Dianna |