IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>    Plaintiff,<br><br>v.<br><br>AUBREY LEE PRICE, *et al.*,<br>    Defendants. | :<br>:<br>:<br>:  CIVIL ACTION NO.<br>:<br>:  1:12-CV-2296-TCB<br>:<br>:<br>: |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that pursuant the undersigned attorney hereby enters his appearance as counsel in the above captioned case on behalf of Amerisave Mortgage Corporation, and further requests that all notices, pleadings, and other filings made in the above captioned case be duly served on the undersigned at the address hereunder noted.

This 9th day of February, 2015.

                                         */s/ Wm. Matthew Suber*
                                         Wm. Matthew Suber
                                         Georgia Bar No. 153002
                                         Butler & Hosch, P.A.
                                         1303 Hightower Trail, Suite 315
                                         Sandy Springs, GA 30350
                                         Phone: 678-298-2117
                                         Fax: 770-874-9622
                                         Email: msuber@closingsource.net

## CERTIFICATE OF SERVICE

This is to certify that I have caused a copy of the foregoing **NOTICE OF APPEARANCE** to be served electronically on the parties through their counsels of record through the CM/ECF system.

This 9th day of February, 2015.

                                                */s/ Wm. Matthew Suber*
                                                Wm. Matthew Suber