IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Civil Action No.: 1:12-cv-2296-TCB

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

AUBREY LEE PRICE; PFG, LLC;
PFGBI, LLC; MONTGOMERY ASSET
MANAGEMENT, LLC f/k/a PFG ASSET
MANAGEMENT, LLC, (Florida limited
liability company); and MONTGOMERY
ASSET MANAGEMENT, LLC f/k/a
PFG ASSET MANAGEMENT, LLC
(Georgia limited liability company)

    Defendants.
_____/

## CONFIDENTIALITY ORDER AS TO PRODUCTION OF DOCUMENTS TO NELSON MULLINS RILEY & SCARBOROUGH, L.L.P., J. BRENNAN RYAN, AND JASON R. WOLFERSBERGER

This cause came before the Court on the Receiver's *Unopposed Motion to Approve Production of Documents to Nelson Mullins Riley & Scarborough, L.L.P., J. Brennan Ryan, and Jason R. Wolfersberger, Subject to Confidentiality Requirements* (the "Motion"), and having reviewed pertinent portions of the Record and being otherwise fully advised in the premises, it is HEREBY ORDERED AND ADJUDGED AS FOLLOWS:

1. The Receiver shall produce digital copies of the Receiver's Documents, as that term is defined in the Motion (the "Produced Documents"), to counsel for Nelson Mullins Riley & Scarborough, L.L.P., J. Brennan Ryan, and Jason R. Wolfersberger ("Nelson Mullins"), subject to the conditions set forth in this Order.

2. The Produced Documents shall be kept strictly confidential and only available to Nelson Mullins, its employees and counsel, their respective legal assistants, experts, and legal staff, and shall be used solely for the purposes of litigating the case styled as *Melanie E. Damian, as Receiver for the Estate of Aubrey Lee Price, et al. v. Nelson Mullins Riley & Scarborough, L.L.P., et al.*, Case No. 1:14-cv-03498-TCB, pending in the United States District Court for the Northern District of Georgia (Atlanta) ("Nelson Mullins Action").

3. Within seven (7) business days following the resolution of the Nelson Mullins Action, all of the remaining copies of the Produced Documents shall be permanently destroyed by Nelson Mullins, their counsel and any other parties possessing any copies of the Produced Documents, pursuant to the Order.

4. Within three (3) days after destruction of the documents, Nelson Mullins shall file an affidavit, by a person with direct knowledge, stating that all copies have been destroyed, and providing the date and specific manner(s) of destruction.

5. Any party that violates the confidentiality provisions of this Order shall be subject to the contempt powers of this Court.

IT IS SO ORDERED, this 10th day of February, 2015, in Atlanta, Georgia.

_____
Honorable Timothy C. Batten
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF GEORGIA