

# Exhibit B

## BENEFIT PROVISIONS

**Death Benefit Payable** – We will pay the Death Benefit promptly after we receive, at our Home Office, due proof that the Insured died prior to the Final Expiration Date and while this Policy was in Full Force. Death Benefits will be paid to the Beneficiary. We will refund the unused portion of the premium from the date following the date of your death to the end of the period for which the premium has been paid. Payments are subject to all provisions of this Policy.

**Death Benefit** – The Death Benefit is the Face Amount on Page 3.

**Claims of Creditors** – To the full extent allowed by law, Death Benefits will not be subject to claims or legal process on behalf of a payee's creditors.

## PREMIUM PROVISIONS

**Amount and Frequency** – The premiums payable for this Policy are specified on Page 3. After the Initial Term Period, the Premium will be changed annually. Renewal Premiums are shown on Page 3A.

The first premium is due on the Date of Issue; after that, each premium is due and payable at the end of the period covered by the prior premium. Premiums are payable to our Home Office.

Subject to our consent, premiums may be paid as follows:

   (a) once a year (annually);
   (b) twice a year (semiannually);
   (c) four times a year (quarterly); or
   (d) twelve times a year (monthly).

**Grace Period** – A Grace Period of 31 days from the due date is allowed for payment of each premium except the first one. This Policy remains in Full Force during the Grace Period.

If a full premium is not paid by the end of the Grace Period, this Policy will lapse and be of no value. If your death occurs during a Grace Period, we will deduct from the Death Benefit that part of the unpaid premium from the due date to the date of your death.

**Premium Refund at Death** – We will refund and pay with the Death Benefit that part of the premium paid past the date of your death. No refund will be made if the amount is less than $2.

**Reinstatement** – This Policy may be put back in Full Force within five years after the date of lapse but not after the Final Expiration Date.

To reinstate this Policy, we will require receipt by us of the following:

   (a) evidence of your insurability satisfactory to us;
   (b) payment of all past due premiums; and
   (c) payment of interest on each premium from its due date at six percent (6.0%) compounded yearly.

Reinstatement will take effect when approved by us at our Home Office provided you are alive and all conditions used to determine your insurability remain as stated in the reinstatement application.

We may not contest the reinstated Policy for material misstatements in the reinstatement application after the reinstated Policy has been in force during the lifetime of the Insured for two years from the date of reinstatement.

## RENEWAL PROVISIONS

**Renewal** – The Owner may renew this Policy at the end of the Initial Term Period and each Renewal Term Period thereafter, without evidence of your insurability, until the Final Expiration Date, if:

   (a) all premiums have been paid to that date; and
   (b) the first premium for the next Renewal Term Period is paid within the Grace Period.

The premium for this Policy will increase at the beginning of each Renewal Term Period as shown on Page 3A. The total premium for a Renewal Term Period will be the sum of the policy premium, plus the premium for any additional benefit rider included with the Policy. Renewal premiums for the Policy are shown in the Table of Renewal Term Premiums on Page 3A.

**Renewal Term Period** means each one-year period after the Initial Term Period.

Protective 000009