SEC v. PFG, LLC

| | |
|---|---|
| Invoice Date: | January 31, 2015 |
| End of Billing Date: | Jan 31/15 |

**Attention:** Securities Exchange Commission

| | |
|---|---|
| Client #: | 676 |
| Inv #: | 11469 |

**RE:** SEC v. Aubrey Lee Price; PFG LLC et al, Case No. 1:12-cv-2296

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Nov-03-14 | [Case administration] Review revisions to Real Estate agreement with FDIC. | 0.10 | 26.50 | MME |
| | [Asset analysis and recovery] (Life Insurance Actions) Email from counsel for Household Life and Protective Life regarding Amended Notices of Deposition of Receiver, review those Notices, and coordinate confirmation of availability of all counsel and calendaring (.2). | 0.20 | 53.00 | KDM |
| | [Case administration] Have Receiver review and execute latest revised version of the Real Estate Agreement with the FDIC-R, discuss final revisions made, and send to counsel for FDIC-R for execution by his clients (.2); follow up on FDIC-R's approval of the final version of the global agreement (.1). | 0.30 | 79.50 | KDM |
| Nov-04-14 | [Asset disposition] Emails with realtor for Longboat Key property regarding status of showings of the property, interested purchasers, and recommendation that the Receiver lower the asking price (.2). | 0.20 | 53.00 | KDM |
| | [Asset analysis and recovery] (Scan Action) Review email from Guatemala counsel regarding their efforts to service one of the individual defendants and the strategy for effecting service on that defendant (.1). | 0.10 | 26.50 | KDM |

EXHIBIT B

| | | | | |
|---|---|---|---|---|
| | [Asset analysis and recovery] (A&D Hospitality)  Follow up with counsel for A&D regarding production of documents to support defenses to Receiver's claims and to demonstrate insolvency of the company (.2). | 0.20 | 53.00 | KDM |
| | [Asset analysis and recovery] (Life Insurance claims)  Email from counsel for Genworth regarding Cross-Notice of Receiver's Deposition, review Cross-Notice and discuss with team members (.2). | 0.20 | 53.00 | KDM |
| | [Asset analysis and recovery] Correspondence with Venezuela counsel regarding status of service on Lwis (.2). | 0.20 | 53.00 | MDV |
| | [Asset analysis and recovery] Em al to Jeannette Arango regarding status of serving SCAN and Ronaldo Garcia. | 0.10 | 15.00 | AF |
| Nov-05-14 | [Asset analysis and recovery] Review Motion to Dismiss Counterclaim. | 0.10 | 26.50 | GFG |
| | [Asset analysis and recovery] Review email from Mr. Steklof regarding MAM claims and review file regarding same. | 0.30 | 79.50 | GFG |
| | [Asset analysis and recovery] Email from counsel for FDIC-R regarding execution by FDIC-R of real estate agreement and timing of filing motion to approve agreement and review executed agreement (.2). | 0.20 | 53.00 | KDM |
| | [Asset analysis and recovery] (Clawback Actions)  Receive Notice from the Court regarding pro hac vice admission of counsel for Trustee (.1). | 0.10 | 26.50 | KDM |
| | [Asset analysis and recovery] (Malpractice Action)  Email from expert for claim against Nelson Mullins regarding status and invoice (.1). | 0.10 | 26.50 | KDM |
| | [Asset analysis and recovery] (Life Insurance Actions) Emails with special insurance counsel regarding preparation for the | 0.10 | 26.50 | KDM |

Receiver's deposition and efforts to schedule mediation with life insurance companies (.1).

| | | | | |
|---|---|---|---|---|
| Nov-06-14 | [Asset disposition] Emails from realtor for Longboat Key property regarding reduction in asking price, review form authorizing reduction, present to Receiver for review and execution, and send executed form to realtor (.2). | 0.20 | 53.00 | KDM |
| | [Asset analysis and recovery] Exchange emails with special insurance counsel regarding the Receiver's claim against the Evanston policy and claims against certain financial advisors covered under that policy, and issue related to the response to the FDIC-R's motion to dismiss the Receiver's counterclaim to St. Paul Mercury's Declaratory Relief action under the financial institution bond (.3). | 0.30 | 79.50 | KDM |
| | [Case administration] Exchange emails with Receiver regarding the FDIC-R's execution of the real estate agreement and the preparation and filing of a motion to approve it (.1); work on finalizing motion to approve real estate agreement and proposed Order and ensuring that the executed agreement and its Exhibits are complete (.4); compare certain versions of the Assignment Agreement to be attached as an Exhibit to the real estate agreement and exchange emails with counsel for FDIC-R regarding the final version of that Assignment Agreement (.2). | 0.70 | 185.50 | KDM |
| | [Asset analysis and recovery] Correspondence with Venezuela counsel regarding service on Lwis (.1); strategize with K. Murena regarding need for motion for extension of time to serve Lwis (.2). | 0.30 | 79.50 | MDV |
| | [Asset analysis and recovery] Prepare Motion for Enlargement of Time to Serve Osama Lwis for attorney M. Visconti's review. | 0.40 | 30.00 | pl |
| Nov-07-14 | [Asset analysis and recovery] Review FDIC's Motion to Dismiss and strategize regarding response to FDIC's motion to dismiss the | 1.30 | 344.50 | GFG |

| | | | | |
|---|---|---|---|---|
| | Counterclaim in bond case (.7); compare to motion to dismiss underlying complaint (1.4); preliminary research regarding N.D. Ga. case (.2). | | | |
| | [Asset analysis and recovery] Emails and telephone conference with Bill Wood regarding service and logistical issues, emails with the Receiver regarding potential settlement and certain documents (.4); review Nelson Mullins file regarding Powell Reports and review all Powell related documents in connection with NM claims (.5); review filing information and review local rules regarding service of lawsuit (.2); review complaint as filed regarding affidavit, emails with assistant, Ms. Serna, regarding affidavit and attention to affidavit filing (.3). | 1.40 | 371.00 | GFG |
| | [Asset analysis and recovery] (Lwis Action) Strategize with M. Visconti regarding need for additional time to serve O. Lwis and preparation and filing of Motion for Enlargement of Time (.2). | 0.20 | 53.00 | KDM |
| | [Case administration] Exchange emails with counsel for FDIC-R regarding the final version of the Assignment Agreement to be an exhibit to the real estate agreement and work on confirming that the version sent by counsel is the final version (.3). | 0.30 | 79.50 | KDM |
| | [Asset analysis and recovery] Revise Motion for Extension of Time for Filing (.1). | 0.10 | 26.50 | MDV |
| Nov-10-14 | [Asset analysis and recovery] (Lwis Action) Review Order granting extension of time to serve Defendant Lwis and coordinate calendaring of new deadline (.1). | 0.10 | 26.50 | KDM |
| | [Asset analysis and recovery] (Life Insurance Actions) Review Amended Notice of Taking Deposition of Receiver filed by Household Life coordinate updating calendar (.1). | 0.10 | 26.50 | KDM |
| | [Asset analysis and recovery] Emails with special insurance counsel regarding scheduling | 0.10 | 26.50 | KDM |

|  | | | | |
|---|---|---|---|---|
|  | meeting to discuss issues related to claims against certain financial advisors of MAMA and the related claim against the Evanston insurance company (.1). | | | |
|  | [Case administration] Finish comparing different versions of the Assignment Agreement to confirm the latest version approved by all parties and send email to counsel for the FDIC-R regarding same (.3); coordinate and assist with finalizing and filing with the Court the Motion to approve the real estate agreement (.2); review Notice from U.S. DOJ regarding sentencing of A.L. Price and notifications regarding restitution to be provided by Victim Notification System (.1). | 0.60 | 159.00 | KDM |
|  | [Asset analysis and recovery] Research case law concerning setoff rights of the Estate with respect to contingent, unliquidated, time-barred claims; send email summary re: same to K. Murena. | 1.50 | 397.50 | CP |
|  | [Asset analysis and recovery] Confer with Melanie Damian and Guy Giberson regarding 2012 D&O case. | 0.30 | 67.50 | MCE |
|  | [Asset analysis and recovery] Research shareholder/derivative actions in Georgia. | 0.50 | 112.50 | MCE |
| Nov-11-14 | [Asset analysis and recovery] Telephone calls and e-mails to insurance counsel regarding status (.3); meet with counsel regarding draft complaint for 2012 activity (.3); review bond demand (.3); review status of SCAN lawsuit (.2); review status of pending lawsuits (.3). | 1.40 | 371.00 | MME |
|  | [Asset analysis and recovery] Telephone conference with counsel regarding MAM policy claims and other issues (.4); review documents related to MAM claims and financial services (.8). | 1.20 | 318.00 | GFG |
|  | [Asset disposition] Email from realtor regarding his recent meeting with potential purchaser of the Longboat Key property and | 0.20 | 53.00 | KDM |

|  | | | | |
|---|---|---|---|---|
| | his intention to submit an offer and provide update to Receiver (.2). | | | |
| | [Asset analysis and recovery] Emails with special insurance counsel regarding the claim against the financial advisors of MAM and the Evanston E&O policy, and the FDIC-R's claim against that policy (.2); emails with Receiver, special insurance counsel and other team members regarding status of preparation of complaint against directors and officers of MCBI in 2012 and demand letter to insurance company, revisions being made, and sending it to special insurance counsel for input (.3). | 0.50 | 132.50 | KDM |
| | [Asset analysis and recovery] (SCAN International)  Emails with Receiver and team members regarding status of search for one of the individual defendants to the SCAN action and service of the other defendants and coordinate following up with Guatemala counsel regarding efforts to locate individual defendant (.2). | 0.20 | 53.00 | KDM |
| | [Asset analysis and recovery] SCAN: Email to Jeannette Arango regarding filling out proof of service (0.1); Email from Jeannette Arango regarding service of SCAN (0.1); Research regarding deadline for foreign defendant to respond to complaint (0.8). | 1.00 | 150.00 | AF |
| | [Asset analysis and recovery] Emails with Guy Giberson regarding 2012 case. | 0.20 | 45.00 | MCE |
| Nov-12-14 | [Asset analysis and recovery] Meet with counsel regarding insurance issues (.2); e-mail with counsel regarding mediation in Life insurance matter (.1). | 0.30 | 79.50 | MME |
| | [Asset analysis and recovery] Telephone conference with Mr. Wood regarding waiver of service and other issues (.3); attention to preparation of waiver of service documents (.3); draft letter to Mr. Wood attaching waiver of service documents, finalize and review for deliver (.3). | 0.90 | 238.50 | GFG |

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] Teleconference with special insurance counsel regarding the Receiver's claims against the financial advisors of MAM and the related Evanston insurance policy, and the Receiver's claims against MCBI and the directors and officers for 2012 conduct (.9); strategize with G. Giberson regarding fraudulent transfer claim against J. Zegalia, other claims against him and K. Giardina, claim against the Evanston policy, and claims against MCBI and its directors and officers for 2012 conduct (.3); meet with Receiver regarding the foregoing matters (.2); coordinate finalizing of Complaint against J. Zegalia, discuss with Receiver, and file it with the Court (.4); strategize with A. Fernandez regarding the Receiver's claims against certain potential fraudulent transferees, the dates of the transfers and case law determining the statute of limitations, and updating tracking chart of fraudulent transferees (.4). | 2.20 | 583.00 | KDM |
| [Asset analysis and recovery] (Life Insurance Actions) Emails with special insurance counsel regarding holding mediation prior to deposition of the Receiver and whether there will be another opportunity for mediation and discuss response to the life insurer's inquiry regarding mediation (.2). | 0.20 | 53.00 | KDM |
| [Asset analysis and recovery] (SCAN International) Meet with Receiver regarding status of search for individual defendant Rolando Garcia for purposes of serving him with Complaint and Summons and negotiating a settlement with him and strategize regarding having private investigator locate Mr. Garcia and continue settlement negotiations with both individual defendants (.3); emails with private investigator regarding his communications with E. Marroquin and his attorney and discuss with Receiver those communications and strategy for settlement negotiations (.3); prepare and send email private investigator regarding addresses used for R. Garcia for purposes of locating that defendant, and receive email from private investigator regarding his search for that defendant (.2). | 0.80 | 212.00 | KDM |

| | | | |
|---|---|---|---|
| | [Asset analysis and recovery] Telephone call with G. Giberson and meet with K. Murena regarding strategy for responding to FDIC motion to dismiss counterclaim in declaratory action on financial institution bond (.4); begin drafting response (.9). | 1.30 | 344.50 | CP |
| | [Asset analysis and recovery] Review statute of limitations for potential fraudulent transferees (0.2);  Conference with K. Murena regarding case strategy for filing cases against investors and fraudulent transferees (0.2). | 0.40 | 60.00 | AF |
| | [Asset analysis and recovery] (No charge) Create updated list of potential fraudulent transferees and investors. | 0.20 | 0.00 | pl |
| | [Asset analysis and recovery] (No charge) Prepare cover letters to Nelson Mullins defendants regarding waiver of service | 0.30 | 0.00 | pl |
| Nov-13-14 | [Asset analysis and recovery] Meet with counsel regarding status and strategy for Venezuela property. | 0.40 | 106.00 | MME |
| | [Asset analysis and recovery] Emails with the mediator, Mr. Sherrill, regarding potential resolution of claims. | 0.20 | 53.00 | GFG |
| | [Asset disposition] Discuss with Venezuela counsel and Receiver the status of efforts to sell one of the farms in Venezuela, the potential purchaser's continued interest in the farm, and the strategy for overcoming the obstacles to the sale (.3). | 0.30 | 79.50 | KDM |
| | [Asset analysis and recovery] (Lwis action) Meet with Receiver and Venezuela counsel regarding status of service of Complaint and Summons on O. Lwis, recent communications with his attorney and strategy. | 0.40 | 106.00 | KDM |
| | [Asset analysis and recovery] (Life Insurance Actions) Email from counsel for Household Life and Protective Life forwarding documents responsive to Receiver's document requests | 0.20 | 53.00 | KDM |

and privilege logs and review those documents and privilege logs (.2).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (SCAN action) Review email from Guatemala counsel regarding service of process on SCAN International and inability to serve R. Garcia, review proof of service for SCAN and E. Marroquin, and coordinate filing with the Court proof of service for those two defendants and calendaring deadline for those defendants to respond to Complaint (.3); discuss with Receiver service of SCAN International and efforts to locate one of the individual defendants (.1). | 0.40 | 106.00 | KDM |
| [Case administration] Review Order approving real estate agreement with the FDIC-R, coordinate calendaring the applicable deadlines, and discuss with Receiver (.2). | 0.20 | 53.00 | KDM |
| [Asset analysis and recovery] SCAN: Emails to and from Jeannette Arango regarding service on Scan Internacional (0.1); Review proof of service for Edgar Marroquin and Scan Internacional (0.1). | 0.20 | 30.00 | AF |
| [Asset analysis and recovery] (No charge) Finalize cover letters to Nelson Mullins Defendants and prepare email communication and Federal Express package to Mr. Bill Woods enclosing the Complaint and waiver of service documents. | 0.80 | 0.00 | pl |
| [Asset analysis and recovery] (No charge) Continue working on list of potential fraudulent transferees and investors. | 0.60 | 0.00 | pl |

Nov-14-14

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] Conference with counsel regarding counterclaim on financial institution and review research regarding that issue. | 0.40 | 106.00 | GFG |
| [Asset analysis and recovery] Emails with Bill Wood regarding documents and other information and review document and file regarding due diligence related issues (.8). | 0.80 | 212.00 | GFG |

| | | | |
|---|---|---|---|
| [Asset disposition] Email from realtor regarding cash offer to purchase Longboat Key property, review written offer and latest authorization to reduce asking price, and strategize with Receiver regarding making counteroffer (.3); exchange emails with realtor regarding making counter offer and the lowest amount for which the Receiver will agree to sell the property (.2); email from realtor regarding real estate market on Longboat Key and similar commercial properties and recommendation regarding counter offer and negotiation strategy and send email to realtor authorizing counter offer (.3). | 0.80 | 212.00 | KDM |
| [Asset analysis and recovery] Strategize with team members regarding claims against MCBI and its directors and officers for 2012 conduct for purposes of revising the Complaint against those parties based on discussions with Receiver and special insurance counsel (.4). | 0.40 | 106.00 | KDM |
| [Asset analysis and recovery] (Bond Action) Strategize with team members regarding findings from research related to FDIC-R's motion to dismiss counterclaim for lack of subject matter jurisdiction, arguments to be made in response brief, and communications with FDIC-R regarding the parties respective claims to the bond (.4); review case law regarding jurisdiction and forum of actions involving claims of the FDIC-R (.3); continue assisting with research for response to FDIC-R's motion to dismiss counterclaim and receive report regarding applicable case law and coordinate further research (.8); review certain provisions of the financial institution bond and strategize regarding arguments to be made in response brief related to the terms of the bond issues raised in FDIC-R (.2). | 1.70 | 450.50 | KDM |
| [Asset analysis and recovery] (SCAN International)  Email from private investigator regarding his communications with counsel for the individual defendants and their intention to defend against the Receiver's claims, strategize with the Receiver regarding her claims against SCAN and the individual | 0.20 | 53.00 | KDM |

defendants, and exchange emails regarding
scheduling call with their counsel (.2).

| | | | | |
|---|---|---|---|---|
| | [Case administration] Emails with investor regarding status of the enforcement action and receivership and the claims process and distribution plan to be proposed to the Court (.2). | 0.20 | 53.00 | KDM |
| Nov-15-14 | [Asset analysis and recovery] Research case law regarding applicability of FIRREA [REDACTED] (2.5); prepare and send email to G. Giberson explaining the law and discussing the strategy for the response (.9). | 3.40 | 901.00 | CP |
| Nov-16-14 | [Asset analysis and recovery] (No charge) Review draft response to motion to dismiss. | 0.40 | 0.00 | GFG |
| Nov-17-14 | [Asset analysis and recovery] Review bond insurer response and e-mails from Bond insurance counsel regarding request for conference with the Court (.7); telephone calls and e-mails to insurance counsel regarding status (.2); review status of SCAN lawsuit (.2); review status of pending lawsuits (.3); conference call with insurance counsel regarding pending issues (.4). | 1.80 | 477.00 | MME |
| | [Asset analysis and recovery] (Reduced time) Revise response to the FDIC's motion to dismiss, telephone conference with counsel for the FDIC, Alan Curley (1.9); conference with co-counsel regarding arguments related to fidelity bond (.3); conference with counsel regarding assignment related to legal issues related to bond and review related research (.3); conference with the Receiver regarding arguments related to fidelity bond (.2); telephone conference with counsel for the FDIC-R regarding position as to issues raised by St. Paul's counsel and other issues (.2); review letter from St. Paul's counsel and related correspondence (.3); conferences regarding revisions to the response to the FDIC-R's motion to dismiss and research and revise response and prepare for telephone conference with insurance counsel (2.6). | 5.40 | 1,431.00 | GFG |

| | | | |
|---|---|---|---|
| [Asset disposition] Email from realtor regarding his submitting Receiver's counteroffer to potential purchaser of the Longboat Key property (.1); exchange further emails with realtor regarding previous offers to purchase the property, following up with potential purchasers who previously submitted offers, and the real estate market on Longboat Key over the past few years (.2); discuss the foregoing matters with the Receivers and conducting independent investigation of the market for purposes of determining whether to accept the most recent highest offer (.2); telephone call to independent real estate broker regarding investigation into the real estate market on Longboat Key over the past few years (.2); email to realtor for Longboat Key property regarding further investigation and time table for responding to offer (.1). | 0.80 | 212.00 | KDM |
| [Asset analysis and recovery] (Life Insurance Actions) (No charge) Emails with special insurance counsel regarding selection of mediator and strategize with Receiver and team members (.2). | 0.20 | 0.00 | KDM |
| [Asset analysis and recovery] (Bond Action) Review initial draft of Response to FDIC-R's Motion to Dismiss Counterclaim and analyses of relevant case law, and strategize with team members regarding legal authority in support of arguments against dismissal of counterclaim and further research to be done and revisions to be made to the response brief (.9); receive report regarding communications with counsel for FDIC-R regarding Receiver's response to motion to dismiss counterclaim and possible abeyance of that motion pending resolution of FDIC-R's motion to dismiss St. Paul Mercury's declaratory action on the bond and strategize regarding seeking abeyance (.2); exchange emails with special insurance counsel regarding status and strategy for the bond action and scheduling a call to discuss same (.1); review email from counsel for St. Paul Mercury regarding its questions and concerns related to the bond action, discovery, the stay in effect, and the statutory demands by the Receiver and the FDIC-R, and counsel's | 2.30 | 609.50 | KDM |

intention to request conference call with the Court to seek direction to address those demands (.2); review email from counsel for FDIC-R to St. Paul Mercury's counsel responding to request for conference call with the judge regarding the effect of the stay on the demand letters to the insurer (.1); review email from special insurance to St. Paul Mercury's counsel responding to that email and strategize with Receiver and team members regarding response, issues raised by St. Paul Mercury's counsel, and resolving those issues (.5); review letter from St. Paul Mercury's counsel to special insurance counsel responding to the latest demand letters from special insurance counsel and counsel for the FDIC-R demanding the limits of the bond and discuss with team members (.3).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (SCAN Action) Emails to and from Jim Price to follow up on Waiver of Service that we sent to A.L. Price to execute for the action against SCAN and its principals and request that Jim Price contact A.L. Price to inquire as to the status of his execution and returning of the Waiver (.2); emails with private investigator regarding confirmation of conference call with counsel for Defendants, discuss with Receiver and strategize with A. Fernandez regarding negotiations with Defendants' counsel (.2); telephone call with Receiver to private investigator in preparation for call with Defendants' counsel, attempt to call Defendants' counsel, and coordinate follow up call with Defendants' counsel (.2). | 0.60 | 159.00 | KDM |
| [Asset analysis and recovery] (D&O Action) Email from special insurance counsel regarding strategy and options for pursuing claims against the insurance policy and strategize with team members (.4). | 0.40 | 106.00 | KDM |
| [Asset analysis and recovery] Revise response to FDIC motion to dismiss counterclaim (.5); research case law distinguishing FDIC cited cases and research additional case law concerning definition of terms contained in | 3.20 | 848.00 | CP |

FIRREA (1.5); discuss same with G. Giberson
(.4); prepare email case law summaries to G.
Giberson (.8).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] SCAN: Prepare for phone call with private investor (0.2); Phone conference with private investor (0.2); Email from private investor with contact information for SCAN attorney (0.1); Email from private investor containing notes from conference with attorney for defendants (0.1). | 0.60 | 90.00 | AF |
| [Asset analysis and recovery] Confer with G. Giberson regarding limitations on filing insurance claims under Georgia law (.2); Legal research regarding same (.8). | 1.00 | 150.00 | MJS |
| [Asset analysis and recovery] (No charge) Prepare Motion for Extension of Time to serve complaint on Ronaldo Garcia for attorney K. Murena's review. | 0.40 | 0.00 | pl |

| | | | | |
|---|---|---|---|---|
| Nov-18-14 | [Asset analysis and recovery] Review and revise response to motion to dismiss by FDIC in Bond action (1.0); meet with counsel regarding same (.1); e-mail with counsel regarding insurance issues (.4). | 1.50 | 397.50 | MME |
| | [Asset analysis and recovery] Review response letter from insurance counsel. | 0.20 | 53.00 | GFG |
| | [Asset analysis and recovery] (Reduced time) Revise response to motion to dismiss, circulate to insurance counsel and co-counsel, and strategize with team members. | 1.90 | 503.50 | GFG |
| | [Asset disposition] Telephone call with independent realtor regarding conclusions with respect to market analysis and sales history for Longboat Key commercial properties (.2); discuss conclusions with Receiver for purposes of determining amount of final counteroffer to make to the potential purchaser (.2); emails to and from realtor for Longboat Key property regarding the Receiver's counteroffer, strategy for presenting that | 0.60 | 159.00 | KDM |

counteroffer, and possible reduction in closing costs (.2).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (SCAN Action) Review and revise Motion for enlargement of time to serve Defendant Garcia and proposed Order granting motion and coordinate making final revisions and filing it with the Court (.3); follow up with Jim Price on having A.L. Price sign the Waiver of Service form on behalf of SCAN USA (.2); email with private investigator regarding his recent communications with counsel for Defendants and scheduling conference call to discuss various issues related to service of process, the Receiver's claims, and possible settlement of those claims and coordinate setting up conference call and sending out call-in information to all prospective participants in the call (.2);   telephone call with A. Fernandez to Guatemala counsel regarding Defendants' counsel position with respect to the effectiveness of service of process on his clients and the merits of the Receiver's claims and strategize for upcoming conference call with Defendants' counsel (.4). | 1.10 | 291.50 | KDM |
| [Asset analysis and recovery] (Life Insurance Actions) Email from special insurance counsel regarding proposed letter to counsel for Household Life and Protective Life stating objections to the insurers' responses and supplemental productions and privilege logs and review proposed letter and the insurers' responses (.4). | 0.40 | 106.00 | KDM |
| [Asset analysis and recovery] (Bond Action) Email from special insurance counsel regarding proposed response to St. Paul Mercury's correspondence regarding clarification of the stay and the 60-day cure period for purposes of advancing settlement negotiations, review proposed response and discuss revisions with Receiver, and exchange emails with special insurance counsel regarding revisions to the response and finalizing and sending it to counsel for St. Paul Mercury (.4). | 0.40 | 106.00 | KDM |

| | | | | |
|---|---|---|---|---|
| | [Case administration] Follow up on the FDIC-R's consideration and approval of the global settlement agreement and begin revising motion to approve that agreement (.3). | 0.30 | 79.50 | KDM |
| | [Asset analysis and recovery] Correspondence with Venezuela counsel (.1). | 0.10 | 26.50 | MDV |
| | [Asset analysis and recovery] SCAN: Email to Alberto regarding attorney in Guatemala (0.1); Phone call to Jeannette Arango regarding claims made by Defendants (0.3); Email to Jeannette Arango containing notes from conversation with Defendants' attorney (0.1). | 0.50 | 75.00 | AF |
| Nov-19-14 | [Asset analysis and recovery] Review status of SCAN lawsuit and telephone call with opposing counsel (.4); review and execute agreement to sell Long Boat Key property (.3); e-mails with insurance counsel regarding pending issues (.2). | 0.90 | 238.50 | MME |
| | [Asset analysis and recovery] Revise response to motion to dismiss pursuant to comments from counsel and the Receiver (.5); conferences with co-counsel regarding response and strategy (0.2). | 0.70 | 185.50 | GFG |
| | [Asset analysis and recovery] Telephone conference with FDIC-R's counsel, Al Curley, regarding issues related to Bond, Thigpen documents and general agreement (.3); review Thigpen related documents (.4). | 0.70 | 185.50 | GFG |
| | [Asset disposition] Email and telephone from realtor regarding potential purchaser's counteroffer to the Receiver's counteroffer regarding the purchase of the Longboat Key property, and discuss with Receiver the counteroffer and obtain consent to accept it, and convey acceptance to realtor (.3); review contract to purchaser the property signed by the purchaser and exchange emails with real estate counsel regarding approval of the form of the contract, the known title issue, and the applicable receivership entities to be | 1.30 | 344.50 | KDM |

referenced in the contract (.3); insert applicable receivership entities into the contract and present contract to Receiver for review and execution (.1); discuss final version of contract with Receiver, have her execute it, and send signed contract to realtor and real estate counsel (.2); exchange emails with real estate counsel regarding title commitment obtained for this property, work done to resolve title issue, and streamlining of work to be done for closing (.2); emails with real estate counsel regarding obtaining certified copy of the Order approving the real estate agreement with the FDIC-R and coordinate having Court send real estate counsel certified copy (.2).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (Bond Action) Emails with special insurance counsel regarding final version of response to St. Paul Mercury's correspondence regarding the stay of proceedings and the 60-day cure period and Receiver's consent to send to counsel for St. Paul Mercury (.1); emails with special insurance counsel regarding the status of preparation of our Response to the FDIC-R's Motion to Dismiss Counterclaim and coordinate sending draft to special insurance counsel (.2); review near final version of the Response to the FDIC-R's Motion to Dismiss Counterclaim, email from special insurance counsel with proposed revisions, and discuss with team members those proposed revisions (.4); review and make final revisions to Response and coordinate filing it with the Court (.4). | 1.10 | 291.50 | KDM |
| [Asset analysis and recovery] (Life Insurance Actions)  Follow up with special insurance counsel on finalizing of conferral letter to counsel for Household Life and Protective Life regarding objections to their latest productions and privilege logs and review final version of the letter (.2). | 0.20 | 53.00 | KDM |
| [Asset analysis and recovery] (SCAN Action) Telephone call to Jim Price to follow up on having A.L. Price sign the Waiver of Service for SCAN USA, his communications with A.L. | 0.30 | 79.50 | KDM |

|  | | | | |
|---|---|---|---|---|
| | Price regarding the waiver or service and issues related to A.L. Price's move to another detention facility, and coordinate resending Jim Price the waiver of service to have A.L. Price sign and return to us (.3). | | | |
| | [Asset analysis and recovery] Review letter from FDIC-R regarding the issue of its waiver of privilege with respect to documents that Receiver requested from former auditor of MCBI and conditions under which FDIC-R would agree to production and strategize with team members regarding those conditions and responding to letter (.2). | 0.20 | 53.00 | KDM |
| | [Case administration] (No charge) Work on having all professionals of the Receiver provide their invoices to expedite the preparation of the next Fee Application (.2); review and revise invoice of Receiver and lead counsel for the Receiver (3.0). | 3.20 | 0.00 | KDM |
| | [Asset analysis and recovery] SCAN: Phone conference with defendants' attorney regarding response to complaint; (0.7); Phone call to Jeannette Arango regarding service  on defendants (0.2); Phone call from Jeannette Arango regarding phone conference with defendants' attorney (0.2); Email from Jeannette Arango containing original service (0.1); Conference with K. Murena regarding seeking Clerk's entry of default (0.3). | 1.50 | 225.00 | AF |
| | [Asset analysis and recovery] (No charge) Pull caselaw on Georgia statute of limitations. | 0.30 | 0.00 | MJS |
| | [Asset analysis and recovery] (No charge) Assist attorney K. Murena in finalizing motion for extension of time to serve defendant Ronaldo Garcia with the Complaint and Summons. | 0.60 | 0.00 | pl |
| Nov-20-14 | [Asset analysis and recovery] (No charge) Review and respond to insurance counsel regarding e-mails to court regarding Bond demand issue. | 0.50 | 0.00 | MME |

| | | | | |
|---|---|---|---|---|
| | [Asset analysis and recovery] (Bond) Review letter to the Court from St. Paul's counsel and conference with counsel regarding same (.2); review draft letter from co-counsel regarding response to letter to the Court, conference regarding comments and multiple emails with counsel and the Receiver regarding revisions (1.6); review correspondence from the Court and correspondence from FDIC's counsel (.2). | 2.00 | 530.00 | GFG |
| | [Asset analysis and recovery] (Bond Action) Review email from counsel for FDIC-R regarding our Response to FDIC-R's Motion to Dismiss Counterclaim and discuss with team members the FDIC-R's reaction and response to our arguments in the Response brief (.2); review email counsel for St. Paul requesting the Court to clarify stay provision in light of the 60-day cure period and request to utilize the Court's informal procedure for resolving issues, review email from counsel for FDIC-R objecting to St. Paul's email, and review email from Court acknowledging that email and informing the parties regarding the Court's consideration of all parties' emails (.3); review multiple emails with special insurance counsel, Receiver and G. Giberson regarding preparation of response to St. Paul's request for information resolution of its request for clarification, strategize with team members, and review final response email sent to the Court (.3). | 0.80 | 212.00 | KDM |
| | [Asset analysis and recovery] Correspondence with Venezuela counsel (.1). | 0.10 | 26.50 | MDV |
| | [Asset analysis and recovery] (No charge) Review invoices for professionals during application period (0.4); Draft fee application (2.9). | 3.30 | 0.00 | AF |
| Nov-21-14 | [Asset analysis and recovery] Revise MAM related complaint pursuant to comments of insurance counsel and review of relevant documents and forensics. | 4.30 | 1,139.50 | GFG |
| | [Asset disposition] Email from realtor regarding additional signature required on | 0.30 | 79.50 | KDM |

certain page of Contract for sale of Longboat Key property and coordinate having Receiver sign that page (.1); email from counsel for Amerisave regarding status of marketing of the Price residence and follow up with realtor regarding status of marketing, recent showings and whether any reasonable offers have been made (.2).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (Life Insurance Actions) Emails with special insurance counsel regarding potential damage models (.2). | 0.20 | 53.00 | KDM |
| [Asset analysis and recovery] (SCAN action) Emails from and to Jim Price regarding status of A.L. Price's execution of the Waiver of Service and issue related to his transfer to another corrections facility (.2); review Response to Complaint filed by individual defendants and strategize with Receiver regarding bases for striking that Response and obtaining a default against those Defendants based on the Response being written in Spanish and filed through an attorney not licensed to practice in Georgia or the United States (.2). | 0.40 | 106.00 | KDM |
| [Asset analysis and recovery] SCAN: Review response mailed by opposing counsel. | 0.20 | 30.00 | AF |
| [Asset analysis and recovery] (No charge) Prepare exhibits for the Ninth Fee Application, include fees and costs for DVLLP and De Sola Pate and calculate the 20% holdback and update the fee application (.7); prepare proposed order regarding the Ninth Fee Application for attorney K. Murena's review (.3). | 1.00 | 0.00 | pl |

| Nov-24-14 | [Case administration] (No charge) Review fee application. | 1.00 | 0.00 | MME |
|---|---|---|---|---|
| | [Asset disposition] Emails from and to counsel for Amerisave regarding its interest in foreclosing on the property and additional time required to complete current marketing efforts (.2); emails with realtor regarding the | 0.60 | 159.00 | KDM |

company used to maintain the Longboat Key property and its landscaping and coordinate connecting landscaper and prospective purchaser (.2); emails with realtor and real estate counsel regarding the sales contract and circulate executed and initialed copy of main signature page (.1); emails with real estate counsel regarding confirmation of receipt of initial deposit from prospective purchaser (.1).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (Life Insurance Actions) Emails with special insurance counsel regarding possible damages models, discuss with Receiver, and strategize in preparation for mediation (.4); exchange emails with special insurance counsel regarding mediation fee agreement, certain terms of that agreement and review agreement and the mediator's fee schedule (.4); emails from and to mediator regarding mediation fee agreement, the fees to be paid by each party, and revising the agreement to reflect the proper division of fees between and among the four parties participating in mediation (.4); emails from counsel for life insurance companies regarding revisions to the mediation fee agreement and discuss with special insurance counsel (.2); email from counsel for two insurance companies regarding submission of mediation statement to mediator and exchange emails with special insurance regarding status of preparation of our mediation statement (.2). | 1.60 | 424.00 | KDM |
| [Asset analysis and recovery] (Scan International)  Strategize with Receiver regarding moving to strike response filed by Guatemala counsel for Marroquin and Garcia and coordinate preparation of motion to strike, providing grounds for motion (.3). | 0.30 | 79.50 | KDM |
| [Case administration] (No charge) Review invoices from all other professionals of Receiver, discuss with Receiver and coordinate having certain of those invoices revised (.8); emails from Guatemala counsel forwarding and explaining invoice to be included with Fee Application, review invoice, | 3.50 | 0.00 | KDM |

coordinate having it revised, and review revised invoice (.3); telephone call real estate counsel regarding revisions to be made to invoices and discuss with Receiver (.2); emails and telephone call with special insurance counsel regarding revisions to be made to the invoices (.4); review and revise Fee Application and present to Receiver for review (1.6); discuss with Receiver revisions to be made to the Fee Application (.2).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (No charge) Continue to draft fee application. | 0.70 | 0.00 | AF |
| [Asset analysis and recovery] (No charge) SCAN: Email to Jeannette Arango requesting invoices for fee application (0.1); Email from Adriana Barboza containing invoice (0.1); Email to Adriana Barboza regarding correction to invoice (0.1); Email from Adriana Barboza containing revised invoice (0.1). | 0.40 | 60.00 | AF |
| [Asset analysis and recovery] (No charge) Revise fee application. | 0.80 | 0.00 | AF |

| | | | | |
|---|---|---|---|---|
| Nov-25-14 | [Asset analysis and recovery] E-mails with counsel in Venezuela regarding status. | 0.20 | 53.00 | MME |
| | [Asset analysis and recovery] Review 2012 conduct complaints in light of comments of insurance counsel and revise MAM complaint. | 0.60 | 159.00 | GFG |
| | [Asset disposition] Review Notice of Escrow Receipt regarding initial deposit for purchase of Longboat Key property, exchange emails with real estate counsel, and discuss with Receiver (.2); exchange emails with real estate counsel regarding whether the FDIC-R needs to sign any document or provide any information including payoff letter for the closing of the sale of the Longboat Key property (.2); exchange emails with real estate counsel regarding Satisfaction of Mortgage likely required from FDIC-R to obtain clear title for closing and status of obtaining certified copy of Order approving agreement | 0.60 | 159.00 | KDM |

with FDIC-R regarding the sale of the property
and follow up on obtaining certified copy (.2).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (SCAN Action) Review notice from the Clerk's Office regarding filing of Answer by individual defendants, review Court filing associated with that Notice, and coordinate confirming with Clerks office that their Answer was filed and docketed by the Clerk (.2); review and revise Motion for extension of time to serve Complaint and Summonses on Defendants Garcia and SCAN USA and proposed Order and coordinate further revisions and filing with the Court (.2). | 0.40 | 106.00 | KDM |
| [Asset analysis and recovery] (Bond Action) Discuss with Receiver status of FDIC-R's consideration of the arguments raised in Receiver's response to FDIC-R's Motion to Dismiss Counterclaim and whether it will withdraw that motion and coordinate following up with counsel for the FDIC-R (.2). | 0.20 | 53.00 | KDM |
| [Asset analysis and recovery] (Life Insurance Actions) Review revised Mediation Fee Agreement from Mediator's office, reflecting corrected division of fee among the four parties, discuss with Receiver and have her review and execute Agreement, coordinate payment of Receiver's share of the fee, exchange emails with special insurance counsel regarding payment and execution of the Agreement, and send signed Agreement to mediator's office (.3); exchange emails with special insurance counsel regarding damages models, discuss with Receiver and authorize further analysis to be done (.2); gather and provide to special insurance counsel various documents needed by expert to complete possible damages models with explanation regarding certain of those documents (.5). | 1.00 | 265.00 | KDM |
| [Case administration] (Fee Application) (No charge) Revise Fee Application in accordance with the Receiver's edits, gather all Exhibits, and send Application and Exhibits to counsel for SEC with explanation regarding revisions | 0.40 | 0.00 | KDM |

|  |  |  |  |  |
|---|---|---|---|---|
|  | to the invoices and the deadline to file the Application (.4). |  |  |  |
|  | [Asset analysis and recovery] Correspondence with Venezuela counsel regarding status of efforts to serve Lwis (.1). | 0.10 | 26.50 | MDV |
|  | [Asset analysis and recovery] Review response to complaint filed by Edgar Marroquin and Ronaldo Rodriguez Garcia (0.2); Coordinate with L. Diaz to call court to correct filing (0.1). | 0.30 | 45.00 | AF |
|  | [Asset analysis and recovery] SCAN: Review and revise motion for enlargement of time to serve defendants and proposed order (0.8); Finalize motion for enlargement of time and proposed order (0.1); Coordinate filing of motion for enlargement of time and proposed order (0.1). | 1.00 | 150.00 | AF |
| Nov-26-14 | [Asset disposition] Emails with realtor regarding the status of scheduling the closing (.1). | 0.10 | 26.50 | KDM |
|  | [Asset analysis and recovery] (SCAN Action) Review Notice of corrected docket entry from the Court and confirm that the response in Spanish that we received from Defendants' counsel was the Answer docketed by the Court (.1); strategize with team members regarding bases for seeking to strike that response and preparation of Motion to Strike and coordinate having A. Fernandez provide C. Perez with certain information to be included in that Motion (.3). | 0.40 | 106.00 | KDM |
|  | [Asset analysis and recovery] (Bond Action) Email from the Court setting forth its determination regarding St. Paul's request for clarification regarding the effect of the stay on the 60-day cure period and exchange emails with special insurance counsel regarding that determination and the deadline for St. Paul to complete its investigation and respond to our demand (.2); review letter from St. Paul regarding the Court's determination on its request for clarification of stay and scheduling | 0.40 | 106.00 | KDM |

of examination under oath of Receiver, exchange emails with special insurance counsel regarding same, and discuss with Receiver (.2).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (Life Insurance Actions) Emails from and to the mediator's office regarding the signed Mediation Fee Agreement and the case management fee, send the signed agreement to the mediator's office, coordinate sending the case management fee to the mediator, and exchange emails with special insurance counsel regarding the signed agreement and payment (.2); exchange emails with mediator's office regarding billing information and procedure for making payment (.1); review mediation confirmation package from mediator and special insurance counsel's response to the mediator's request for information from the parties, and send email to special insurance counsel regarding certain of the information requested and the procedures for payment of the mediator's fee (.2); review Notices of Video Depositions of representative of the three insurance companies and coordinate calendaring (.2); email from counsel for Genworth regarding Objection to scope of Video Depositions and transcript from Status Conference before the court on discovery disputes (.2). | 0.90 | 238.50 | KDM |
| [Asset analysis and recovery] Review response to complaint filed by Defendants Archila and Garcia (.5); research law on basis to strike (1.8); draft motion to strike response (3.2). | 5.50 | 1,457.50 | CP |
| [Asset analysis and recovery] SCAN: Draft email to C. Perez regarding motion to strike response to complaint and service of defendants. | 0.30 | 45.00 | AF |
| Nov-28-14    [Asset analysis and recovery] Telephone conference with Mr. Wood regarding settlement related issues (.1); review Powell Reports (.2). | 0.30 | 79.50 | GFG |
| [Asset analysis and recovery] Review draft letter to St. Paul's counsel. | 0.20 | 53.00 | GFG |

|  |  |  |  |  |
|---|---|---|---|---|
|  | [Asset analysis and recovery] (Life Insurance Action)  Email from counsel for life insurer regarding scheduling conference to discuss objection to scope of depositions of insurers' representatives (.1); email from special insurance counsel regarding re-noticing of depositions and narrowing the scope of the depositions pursuant to the agreement among the parties at the status conference before the Court (.1). | 0.20 | 53.00 | KDM |
| Nov-29-14 | [Asset analysis and recovery] (Life Insurance Actions) Emails with special insurance counsel regarding preparation for deposition of Receiver and scheduling meeting to prepare Receiver (.2). | 0.20 | 53.00 | KDM |
|  | [Asset analysis and recovery] (SCAN International)  Strategize with C. Perez regarding arguments raised in Spanish response filed with the Court on behalf of Defendants Marroquin and Garcia, arguments to assert in Motion to Strike, and issues to be researched for that Motion, and receive report regarding research findings (.5). | 0.50 | 132.50 | KDM |
| Nov-30-14 | [Asset analysis and recovery] (Life Insurance Action) Review mediation statement and case law in Life insurance matter and responding to counsel regarding same. | 1.00 | 265.00 | MME |
|  | [Asset analysis and recovery] (Life Insurance Actions) (No charge) Exchange emails with special insurance counsel regarding Mediation Statement and review Mediation Statement (.3). | 0.30 | 0.00 | KDM |
| Dec-01-14 | [Asset analysis and recovery] Prepare for mediation and deposition in life insurance matter. | 2.60 | 689.00 | MME |
|  | [Asset disposition] Emails from and to realtor regarding the prospective buyer's inspection of the property, consent to break lock to roof access, and status of scheduling closing (.2). | 0.20 | 53.00 | KDM |
|  | [Asset analysis and recovery] (Life Insurance | 0.90 | 238.50 | KDM |

Actions)  Work with Receiver and special insurance counsel on preparing Receiver for upcoming deposition to be taken by life insurance companies, providing information regarding various aspects of the Receivership including the investigations by the Receiver and law enforcement authorities of Price's disappearance (.7); emails with special insurance counsel regarding case law in support of the Receiver's position and the authority upon which the life insurance companies rely for their claims (.2).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (Scan Action) Receive and review Waiver of Service signed by A.L. Price on behalf of Scan International USA and coordinate filing it with the Court (.1). | 0.10 | 26.50 | KDM |
| [Asset analysis and recovery] (Bond Action) Review emails with counsel for St. Paul, special insurance counsel, and Receiver regarding scheduling time and location of examination under oath (.1); exchange multiple emails with special insurance counsel and other team members regarding St. Paul's letter regarding the scope of the examination under and the documents requested from the Receiver, the strategy for resolving issues raised in the letter and related issues, preparation of letter responding to that letter, and review proposed response letter and revisions proposed by team members (.3). | 0.40 | 106.00 | KDM |
| [Case administration] (No charge) Obtain and review revised invoices from professionals of Receiver and coordinate finalizing Exhibits to the Ninth Interim Fee Application (.3); telephone calls from and to real estate counsel regarding revised invoices (.2); emails to and from counsel for SEC regarding its consideration of and no objection to Fee Application (.1); discuss with Receiver revisions to professionals invoices and SEC's consent to relief requested in Fee Application (.1); coordinate and assist with finalizing and filing of Fee Application and all Exhibits (.3). | 1.00 | 0.00 | KDM |

| | | | | |
|---|---|---|---|---|
| | [Asset analysis and recovery] Review exhibits to Archila and Garcia's Response to Complaint (.5); discuss exhibits with K. Murena (.3). | 0.80 | 212.00 | CP |
| | [Asset analysis and recovery] Review waiver of service for SCAN International USA. | 0.10 | 15.00 | AF |
| | [Case administration] (No charge) Assist attorney K. Murena in finalizing the 9th Fee Application, updating invoice amounts for special insurance counsel and  Georgia counsel and file electronically. | 1.10 | 0.00 | pl |
| Dec-02-14 | [Asset analysis and recovery] Attend mediation in life insurance matter and meet with counsel regarding status and strategy regarding same. | 6.00 | 1,590.00 | MME |
| | [Asset analysis and recovery] Draft letter to counsel for auditor regarding non-production of documents and potential claims. | 0.50 | 132.50 | GFG |
| | [Asset analysis and recovery] Conferences with the Receiver regarding 2012 claims and conferences with counsel regarding forensics related to 2012 claims (.5); revise complaint and circulate (2.9). | 3.40 | 901.00 | GFG |
| | [Asset analysis and recovery] Review documents regarding auditor claims following conversations with FDIC's counsel. | 1.30 | 344.50 | GFG |
| | [Asset analysis and recovery] Review Powell Reports and prepare potential production (1.1); draft email and telephone with Mr. Curley regarding same (.4); email Mr. Curley with previously entered orders and agreements on Powell Reports and related documents (.2). | 1.70 | 450.50 | GFG |
| | [Asset analysis and recovery] (Scan International)  Review Order granting Motion for extension of time to serve certain Defendants and follow up on calendaring new deadline (.1); review Notice from the Court regarding SCAN USA's waiver of service and setting deadline for SCAN USA to respond to Complaint and coordinate calendaring of | 0.30 | 79.50 | KDM |

deadline (.1); discuss with M. Damian Motion to Strike answer filed by individual defendants and preparation of Motion for Entry of Default against SCAN (.1).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (Bond Action) Review various documents and strategize with G. Giberson regarding evidence in support of Receiver's claim against the Bond (.4); review email from G. Giberson to Receiver regarding analysis of those documents (.1). | 0.50 | 132.50 | KDM |
| [Asset analysis and recovery] (Life Insurance Actions) Exchange emails with Receiver regarding information needed for mediation, obtain and confirm the information, and provide it to the Receiver (.3); emails to and from Receiver regarding status of the mediation and whether her deposition will go forward and coordinate with court reporter (.2); discuss with Receiver outcome of mediation, status of settlement negotiations, upcoming deadline to respond to the Receiver's offer, rescheduling of depositions of the parties, and strategy for reaching settlement (.4); review emails between special insurance counsel and Receiver regarding outcome of the mediation and deadlines agreed to by the parties regarding further negotiations and postponed depositions (.1). | 1.00 | 265.00 | KDM |
| [Asset analysis and recovery] Telephone call from realtor for the Price residence regarding status of marketing efforts, highest offer received for the property, the current amount due on the property to the mortgagee and the tax collector, and recommendation regarding lowering the price or allowing the mortgagee to foreclose (.2); discuss the foregoing matters with the Receiver (.1); email from realtor for the Longboat Key property regarding the status of the utility accounts and the prospective buyer's upcoming inspection of the property and follow up on confirming that water and electric accounts are current (.2). | 0.50 | 132.50 | KDM |

| | | | | |
|---|---|---|---|---|
| Dec-03-14 | [Asset analysis and recovery] Telephone call | 0.20 | 53.00 | MME |

with insurance counsel regarding response to
bond insurer.

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] Conference with counsel, Mr. Steklof, regarding confidentiality and other document production issues. | 0.40 | 106.00 | GFG |
| [Asset analysis and recovery] Telephone conference regarding bond (.2); review file regarding previous motions to produce and draft motion to produce documents and proposed order (.5). | 0.70 | 185.50 | GFG |
| [Asset analysis and recovery] Review documents regarding auditor's claims and claims against non-active directors (.8); review auditor documents in FDIC documents (1.9); review loan review documents and other documents related to coastal loans (2.5), review notes from Mr. Price interview and related documents (.8). | 6.00 | 1,590.00 | GFG |
| [Asset analysis and recovery] (Life Insurance Actions) (No charge) Emails with special insurance counsel regarding confirmation of schedule for upcoming depositions and requirement for Court order to postpone them past agreed upon date and discuss with team members (.2). | 0.20 | 0.00 | KDM |
| [Asset analysis and recovery] (Bond Action) Email from special insurance counsel regarding, and discuss with team members, the scope of St. Paul's requests for documents, responding to their latest letter regarding the Receiver's examination under oath and production of documents, and the strategy for responding to letter and producing documents (.2); exchange emails with special insurance counsel regarding documents to be produced in connection with Rule 26 disclosures and documents responsive to St. Paul's latest request for documents for purposes of its investigation of Receiver's claim, and confer with team members regarding same (.3). | 0.50 | 132.50 | KDM |
| [Asset analysis and recovery] (KM Homes) Discuss with Receiver balance of settlement | 0.30 | 79.50 | KDM |

amount to be paid by KM Homes and deadline to pay balance under the Settlement Agreement and prepare and send email to counsel for KM Homes regarding the amount and deadline for payment (.2); email from counsel for KM Homes regarding timing of payment to Receiver (.1).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (SCAN Action) Continue reviewing and revising Motion to Strike individual defendants' response to the Complaint (.9). | 0.90 | 238.50 | KDM |
| [Asset analysis and recovery] SCAN: Draft notice of entry of clerk's default. | 0.30 | 45.00 | AF |

Dec-04-14    [Asset analysis and recovery] Review and revise motion to strike in Scan matter.    0.40    106.00    MME

[Asset analysis and recovery] (Scan Action) Revise Motion to Strike response filed by individual defendants (.3).    0.30    79.50    KDM

[Asset analysis and recovery] (Life Insurance Actions)  Telephone calls from and to counsel for insurance company regarding the status of the Receivership and claims process, the expected claims from investors and creditors, and the projected distributions to claimants for purposes of settlement negotiations (.2); discuss call with Receiver and other team members and strategize regarding settlement negotiations (.2).    0.40    106.00    KDM

[Asset analysis and recovery] (Bond Action) Assist with gathering of documents responsive to St. Paul's request for documents for purposes of its investigation of the Receiver's claim (.7); emails with special insurance counsel regarding proposed comprehensive response letter to St. Paul's letter regarding request for production of documents in connection with its investigation of Receiver's claim and strategize with team members regarding that response letter (.4).    1.10    291.50    KDM

[Asset analysis and recovery] SCAN:    0.90    135.00    AF

Investigate active military service of individual defendant (0.2); Research regarding affidavit for non active military for foreign national (.7).

| | | | | |
|---|---|---|---|---|
| | [Asset analysis and recovery] (Reduced time) Gather and copy to flash drive all documents produced to the Receiver by the AUSA, the FDIC and all third parties in response to subpoenas for production of documents to Traveler's Insurance Company. | 2.90 | 217.50 | pl |
| Dec-05-14 | [Asset analysis and recovery] Conferences with counsel regarding status and strategy of Nelson Mullins and FDIC issues. | 0.50 | 132.50 | MME |
| | [Asset analysis and recovery] Review draft letter to St. Paul, draft inserts and email comments and inserts to Mr. Steklof (.7); calls with Mr. Steklof (.5); review letter from FDIC's counsel to St. Paul's counsel (.1). | 1.30 | 344.50 | GFG |
| | [Asset analysis and recovery] (Scan Action) Revise Motion to Strike in accordance with Receiver's edits, discuss with Receiver and prepare proposed Order granting Motion to Strike (.4); discuss with Receiver status of preparation of Motion for Clerk's entry of Default against Defendants, service issues related to Defendants, military service affidavit regarding individual Defendants, and obtaining a declaration of private investigator regarding communications with Defendants' counsel (.2); review draft of Motion for Clerk's Entry of Default and Non-Military Affidavit and coordinate research into requirements of and alternatives to such affidavits for foreign nationals and coordinate Guatemalan counsel's search for certain information regarding individual defendants needed for affidavit (.3). | 0.90 | 238.50 | KDM |
| | [Asset analysis and recovery] (Bond Action) Continue assisting with gathering documents to be produced to St. Paul pursuant to the document requests for purposes of its investigation of the Receiver's claim and documents pursuant to Rule 26 disclosure | 2.20 | 583.00 | KDM |

requirements (.9); emails and telephone calls with special insurance counsel regarding documents to be produced, confidentiality issues, and revision to letter to be sent to St. Paul providing more comprehensive response to its letter regarding the documents it requires for investigation of Receiver's claim (.4); emails from special insurance counsel regarding further revisions to the letter to St. Paul and strategize with team members regarding the different categories of documents to be produced, obtaining consent from the FDIC-R to produce certain documents, and obtaining a Court order to produce other documents (.3); strategize regarding preparation of Motion for authority to produce certain documents to St. Paul and possible confidentiality agreement to propose to St. Paul (.3); review letter from counsel for FDIC-R to St. Paul responding to its letter regarding the production of documents for purposes of St. Paul's investigation of the Receiver's and the FDIC-R's claims against the bond and related issues, and strategize with team members regarding various issues raised in FDIC-R's response letter (.3).

| | | | |
|---|---|---|---|
| | [Asset analysis and recovery] Correspondence with Venezuelan counsel regarding service on Lwis (.1). | 0.10 | 26.50 | MDV |
| | [Asset analysis and recovery] SCAN: Email to J. Arango regarding military affidavits for defendants. | 0.10 | 15.00 | AF |
| | [Asset analysis and recovery] Continue to gather and copy to flash drive all documents produced to the Receiver by the AUSA, the FDIC and all third parties in response to subpoenas for production of documents to Traveler's Insurance Company. | 1.20 | 90.00 | pl |
| Dec-08-14 | [Asset analysis and recovery] Review response in Bond case and e-mail with counsel regarding same. | 0.40 | 106.00 | MME |
| | [Asset analysis and recovery] (Bond action) | 0.30 | 79.50 | GFG |

Review Reply Brief filed by FDIC in support
of Motion to Dismiss Counterclaim.

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] Emails with counsel for Thigpen regarding document production. | 0.10 | 26.50 | GFG |

[Asset analysis and recovery] (Malpractice
action) Telephone conference and emails with
Mr. Wood regarding document production and
settlement (0.1); review record regarding same
(0.1).                                                   0.20        53.00        GFG

[Asset analysis and recovery] (Reduced
time)Telephone conference with Mr. Curley
regarding third party claims, document
production to St. Paul, document production to
Nelson Mullins and other related issues (.5);
review confidentiality letter regarding Nelson
Mullins signed by FDIC (.1); emails with
FDIC's counsel and insurance counsel
regarding open policies (.1); emails with Mr.
Curley regarding document production and
telephone conference with Mr. Curley (.4).              1.00       265.00        GFG

[Asset disposition] Emails with realtor
regarding outcome of inspection of Longboat
Key property and obtaining an estimate for
certain repairs needed to the A/C (.2).                 0.20        53.00        KDM

[Asset analysis and recovery] (Bond Action)
Locate and review various documents to be
produced to St. Paul pursuant to Rule 26
disclosure requirements, discuss documents to
be produced with special insurance counsel,
and forward documents to special insurance
counsel for purposes of confirming production
(.9); review special insurance counsel's
revised draft of letter responding to St. Paul's
letter regarding production of documents
requested for investigation of Receiver's claim
and strategize regarding further revisions to be
made (.2); review FDIC-R's Reply in Support
of Motion to Dismiss Receiver's Counterclaim
and strategize with team members regarding
arguments raised in Reply (.5); exchange
emails with team members and Receiver
regarding communications with counsel for     1.80       477.00        KDM

FDIC-R and response letter to counsel for St. Paul regarding production of documents for its investigation (.2).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (Life Insurance Claims)  Emails with special insurance counsel regarding mediation update and potential discovery disputes (.2). | 0.20 | 53.00 | KDM |
| [Asset analysis and recovery] (Cannady Action)  Review Affidavit of Service filed with the Court and coordinate calendaring of deadline for Defendant to file response to the Complaint (.1). | 0.10 | 26.50 | KDM |
| [Asset analysis and recovery] (Zegalia Action)  Follow up on status of service of Defendant (.1). | 0.10 | 26.50 | KDM |
| [Asset analysis and recovery] Correspondence with Venezuelan counsel regarding next steps in efforts to serve Lwis (.1). | 0.10 | 26.50 | MDV |

| | | | | |
|---|---|---|---|---|
| Dec-09-14 | [Asset analysis and recovery] Revise 2011/2012 complaint against Zegalia and Giardina of MAM. | 0.90 | 238.50 | GFG |
| | [Case administration] Review Insurers' objection to Eighth and Ninth Fee application for purposes of formulating arguments in response to objection. | 0.10 | 26.50 | GFG |
| | [Asset disposition] Emails with realtor and real estate counsel regarding the due diligence period provided for under the Sales Contract (.2). | 0.20 | 53.00 | KDM |
| | [Asset analysis and recovery] (Bond Action) Emails with special insurance counsel regarding documents Receiver proposes to produce pursuant to Rule 26 disclosure requirement and coordinate sending those documents with letter to counsel for St. Paul (.2); strategize regarding preparation of Motion and proposed Agreed Order regarding the production of certain documents to St. Paul pursuant to its request for documents related to | 0.90 | 238.50 | KDM |

the investigation of the Receiver's claim (.2); exchange emails with special insurance counsel and other team members regarding revisions and attachments to comprehensive letter responding to St. Paul's letter regarding the scope of its investigation and document request related to the Receiver's claim to the bond (.2); review revision to the comprehensive response letter to St. Paul and proposed Agreed Order regarding production of documents to St. Paul and strategize regarding the relief sought (.3).

| | | | |
|---|---|---|---|
| | [Asset analysis and recovery] SCAN: emails from Jeanette Arango regarding information for military affidavits. | 0.20 | 30.00 | AF |
| | [Asset analysis and recovery] (No charge) Assist attorney G. Giberson in finalizing Proposed Agreed Order regarding production of documents to St. Paul Mercury Subject  to Confidentiality Requirements. | 0.30 | 0.00 | pl |
| Dec-10-14 | [Asset analysis and recovery] Telephone call with Mediator regarding life insurance matter (.4); meet with counsel regarding potential claims and amended complaint in Bank case (.3). | 0.70 | 185.50 | MME |
| | [Asset analysis and recovery] Emails with Mr. Curley and insurer's counsel regarding cited opinion in Second Circuit case. | 0.40 | 106.00 | GFG |
| | [Asset analysis and recovery] (Bond action) Telephone conference with Mr. Curley, revise letter regarding document production to Bond counsel for St. Paul Mercury. | 0.40 | 106.00 | GFG |
| | [Asset disposition] Discuss with Receiver consent to Amerisave's foreclosure of the Prices' residence, certain debts on that property and having the mortgage cover those debts (.2); review invoice for association fees on the residence (.1); prepare and send email to counsel for Amerisave regarding Receiver's consent to foreclosure provided that the Receiver and the Estate do not incur any | 0.50 | 132.50 | KDM |

liability as a result of foreclosure or any related action (.2).

|  | | | | |
|---|---|---|---|---|
| | [Asset analysis and recovery] (Bond Action) Review final revisions to comprehensive letter to St. Paul responding to letter regarding scope of document requests for its investigation of Receiver's claim and production of documents pursuant to those requests and Rule 26 disclosure requirements and exchange emails with special insurance counsel regarding same (.3). | 0.30 | 79.50 | KDM |
| | [Asset analysis and recovery] (Life Insurance Actions) (No charge) Email from special insurance counsel with final versions of Notices of Depositions of all three insurers and review those Notices, outlining the scope of the depositions (.2). | 0.20 | 0.00 | KDM |
| Dec-11-14 | [Asset analysis and recovery] Telephone calls with counsel regarding Life Insurance case (.3); e-mails with Venezuelan counsel regarding status (.3). | 0.60 | 159.00 | MME |
| | [Asset disposition] Emails with counsel for Amerisave regarding the Receiver's consent to stay relief to pursue foreclosure action and counsel's preparation of Agreed Motion for Stay Relief (.2). | 0.20 | 53.00 | KDM |
| | [Asset analysis and recovery] (KM Homes) (No charge) Exchange emails with counsel for KM Homes regarding approximate date of payment of remaining balance of settlement amount and discuss with Receiver (.2). | 0.20 | 0.00 | KDM |
| | [Asset analysis and recovery] (Life Insurance claims) (No charge) Emails from counsel for life insurers, review Amended Notices of Deposition of Receiver from counsel for life insurers, and confirm updated information for Deposition is calendared (.2). | 0.20 | 0.00 | KDM |
| | [Asset analysis and recovery] (Bond Action) Review final version of letter from special insurance counsel to St. Paul's counsel | 0.20 | 53.00 | KDM |

| | | | | |
|---|---|---|---|---|
| | regarding scope of document production, issues related to confidentiality of certain documents and need for Court order to produce them, and the documents being produced pursuant to Rule 26 disclosure requirement (.2). | | | |
| | [Asset analysis and recovery] (Lwis Action) Receive update regarding efforts to service O. Lwis, upcoming deadline to serve him, and need for additional time and review and finalize Second Motion for Extension of Time to serve complaint (.2). | 0.20 | 53.00 | KDM |
| | [Case administration] Email from website manager regarding invoices for web hosting and domain name renewal, review invoices and coordinate payment thereof (.1); review Objection of the three life insurance companies to the Receiver's Eighth and Ninth Fee Applications, coordinate calendaring of deadline to respond, discuss with Receiver, and confer with team members regarding preparations of response to Objection (.2). | 0.30 | 79.50 | KDM |
| | [Asset analysis and recovery] Review update from Venezuelan counsel and revise Motion for Extension of Time to Serve Lwis (.3). | 0.30 | 79.50 | MDV |
| | [Asset analysis and recovery] (No charge) Prepare Motion for Extension of Time to Serve Defendant Osama Lwis with Complaint and prepare proposed order regarding same (.4); file electronically (.3). | 0.60 | 0.00 | pl |
| Dec-12-14 | [Asset analysis and recovery] Emails and telephone calls with counsel regarding Life Insurance case. | 0.40 | 106.00 | MME |
| Dec-14-14 | [Asset analysis and recovery] Review emails regarding settlement with Genworth (.6); draft settlement agreement with Genworth (1.2); draft motion to approve settlement agreement and proposed order (2.3). | 4.10 | 1,086.50 | CP |
| Dec-15-14 | [Asset analysis and recovery] Telephone calls with counsel and meeting with counsel | 6.00 | 1,590.00 | MME |

regarding settlement discussions with Life
Insurance Carriers (.8); review draft settlement
agreement (.4); review draft motion for
approval (.3); prepare for and being deposed
by Protective and Household's counsel (4.5).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (Life Insurance actions)  Telephone call from Receiver regarding settlement with Genworth Life and preparation of Motion to Approve Settlement (.2); exchange emails with special insurance counsel regarding preparation of Settlement Agreement and Motion to Approve Agreement, and certain terms of the Agreement (.4); discuss with Receiver certain terms of the Agreement with Genworth, coordinate preparation of Agreement and Motion to Approve Agreement, and provide information and direction for preparation of both documents (.6); review and revise Settlement Agreement with Genworth and send to special insurance counsel and Receiver for review and approval (1.2); strategize with team members regarding issue related to interest and revise Agreement accordingly (.3); telephone call with special insurance counsel regarding additional language to add to the Agreement and other provisions, revise Agreement and send to special insurance counsel (.3); review email from special insurance counsel forwarding draft Agreement to counsel for Genworth (.1); discuss Agreement and special insurance counsel's input with Receiver (.2); review and revise Motion to approve Agreement with Genworth (.9); receive update from special insurance counsel regarding negotiations with Household Life and Protective Life and final preparations for deposition of M. Damian (.2); confer with Receiver and special insurance counsel regarding questions of counsel for Household and Protective and issues that were raised during deposition (.3); emails to and from counsel for SEC regarding proposed Settlement with Genworth and whether it could affect global agreement with FDIC-R (.2); revise Settlement Agreement and Motion to Approve Settlement Agreement in | 5.40 | 1,431.00 | KDM |

accordance with the Receiver's requested revisions and discuss with Receiver (.5).

| | | | |
|---|---|---|---|
| | [Case administration] Meet with Receiver regarding status of global settlement with FDIC-R, the motion to approve that agreement, and the preparation of revised Motion to approve claims process and distribution plan upon the settlement with the FDIC-R and all three life insurance companies (.3). | 0.30 | 79.50 | KDM |
| Dec-16-14 | [Asset disposition] Emails with counsel for Amerisave regarding invoice from HOA for the Price's residence and send invoice to counsel (.2); emails with realtor regarding purported purchaser's rescission of the contract based on the inspection report and the issues with air conditioning system and obtaining a estimate to repair it (.2); telephone calls from and to realtor regarding the foregoing matters, requesting authority to pay for estimate for repair of air conditioner, and discussing possible price reduction depending on repair estimate (.2). | 0.60 | 159.00 | KDM |
| | [Asset analysis and recovery] Email from prison where A.L. Price is incarcerated regarding setting up email account to communicate with A.L. Price and work on setting up email account through prison email system (.2). | 0.20 | 53.00 | KDM |
| | [Asset analysis and recovery] (Life Insurance Actions)  Emails with special insurance counsel and counsel or Genworth regarding Genworth's consideration of and revisions to our draft agreement (.3); further emails with counsel for SEC regarding the proposed settlement agreement and discuss with Receiver (.2). | 0.50 | 132.50 | KDM |
| | [Asset analysis and recovery] (Lwis Action) (No charge) Review Order granting extension of time to serve Defendant and coordinate calendaring new deadline (.1); follow up on efforts to have Defendant served (.1). | 0.20 | 0.00 | KDM |

|  |  |  |  |  |
|---|---|---|---|---|
| | [Case administration] Provide further information and direction to C. Perez for purposes of preparing Motion to approve claims process and distribution plan pursuant to agreement with the FDIC-R (.8); strategize regarding arguments being made in Reply to Objections to 8th and 9th Fee Applications of Receiver and her professionals and preparation of Reply brief (.4). | 1.20 | 318.00 | KDM |
| Dec-17-14 | [Asset disposition] Emails with counsel for Amerisave regarding the HOA invoice and the effect of the foreclosure on any lien created as a result of the outstanding HOA fees (.1); email from real estate counsel regarding return of deposit to purported purchaser of Longboat Key property pursuant to rescission based on inspection results (.1); discuss with Receiver the purchaser's rescission of the contract to purchase Longboat Key property, the inspection results, and having air conditioner inspected and possibly repaired (.1); follow up with realtor regarding inspection by air conditioning repair company (.1). | 0.40 | 106.00 | KDM |
| | [Asset analysis and recovery] (Life Insurance Action)  Email from special insurance counsel regarding Genworth's revisions to proposed Settlement Agreement, review their revisions to the Agreement, and discuss with Receiver agreeing to proposed additional term and status of finalizing motion to approve agreement (.4); exchange emails with special insurance counsel regarding having Genworth execute the Agreement prior to filing Motion to approve Agreement and related issues (.2); review Joint Supplemental Statement of Stipulated Facts and discuss with special insurance counsel (.3); follow up on status of settlement negotiations with Household Life and Protective Life and discuss with team members (.2). | 1.10 | 291.50 | KDM |
| | [Asset analysis and recovery] Draft response to Objection to Fee Application by life insurance companies. | 2.30 | 609.50 | CP |

| | | | | |
|---|---|---|---|---|
| | [Asset analysis and recovery] Correspondence with Venezuelan Counsel regarding service on Lwis (.1). | 0.10 | 26.50 | MDV |
| Dec-18-14 | [Asset analysis and recovery] Telephone conference with Mr. Wood and review service waivers, and review email from Mr. Wood. | 0.20 | 53.00 | GFG |
| | [Asset analysis and recovery] Review 2012 complaint against MCBI officers and email to the Receiver. | 0.10 | 26.50 | GFG |
| | [Asset disposition] Emails from and to realtor regarding the inspection of the air conditioner of the Longboat Key property and preparation of estimate of repair of the unit (.2); email from realtor with estimate for replacement or repair of air conditioner and review estimate (.1); telephone calls from and to realtor regarding confirmation of receipt of cancellation of contract and release return of initial deposit, the repair estimate, obtaining a second repair estimate, contacting previous potential purchaser regarding possible purchase after repairs to air conditioner are made, and relisting the property at a lower asking price (.3); emails from and to realtor regarding buyer's rejection of offer to repair air conditioner and sell at contract price, review cancellation of contract and release, and confirm relisting of property and marketing strategy (.2); have Receiver review and execute the release and coordinate sending it to realtor and real estate counsel (.1). | 0.90 | 238.50 | KDM |
| | [Asset analysis and recovery] (Bond Action) Emails with special insurance counsel regarding recent case law applicable to issues in Bond Action and review case law (.4); review updated Notice of Examination Under Oath of Receiver and letter from counsel for St. Paul and coordinate updating calendar (.2); exchange emails with special insurance counsel regarding preparing Receiver for examination under oath and possible objections to raise (.2); emails with special insurance counsel regarding production of documents to St. Paul pursuant to | 1.40 | 371.00 | KDM |

confidentiality agreement or order of the Court and possible submission of agreed order to the Court (.2); email from special insurance counsel regarding materials and legal analyses for preparing the Receiver for St. Paul's examination under oath and review those materials and analyses for purposes of developing strategy with Receiver and team members (.4).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (Life Insurance Actions)  Emails with special insurance counsel regarding status of Genworth's execution of the Settlement Agreement and possible filing of Notice of Settlement with the Court while Genworth's considers the latest draft of the Agreement (.2); exchange emails with special insurance counsel proposed draft of email to the Court regarding request for conference call with the Judge regarding discovery, compelling second mediation, in camera inspection of certain documents withheld by Household Life and Protective Life, and related issues, review proposed email to the Court, strategize with team members regarding revisions, and review final version of the email (.4); emails with special insurance counsel regarding recent conference with counsel for Household Life and Protective life regarding issues to be addressed in email to Court and counsel's position on each issue (.2). | 0.80 | 212.00 | KDM |
| [Case administration] Review and revise Reply to Objections of Household Life and Protective Life to the Receiver's Eighth and Ninth Fee Applications and present to Receiver for review (1.2). | 1.20 | 318.00 | KDM |

Dec-19-14 | [Asset analysis and recovery] Prepare for investigative interview with bond carrier. | 1.00 | 265.00 | MME

[Asset analysis and recovery] Draft letter to Thigpen's counsel regarding document production and deposition of accountants, review file regarding lawsuit filed on 12/30. | 0.50 | 132.50 | GFG

| | | | |
|---|---|---|---|
| [Asset disposition] Send Cancellation of Contract and Release signed by Receiver to realtor and real estate attorney (.1); exchange emails with realtor regarding obtaining second estimate for A/C repair and overall marketing strategy and deadline to enter into sales contract pursuant to agreement with the FDIC-R (.2); follow up on scheduling inspection and obtaining estimate from second A/C repair company and coordinate contacting first company to discuss payment for inspection and diagnosis (.2). | 0.50 | 132.50 | KDM |
| [Asset analysis and recovery] (Bond Action) Work with special insurance counsel on preparing Receiver for examination under oath and discuss documents underlying certain forensic reports to obtain from forensic account to produce to St. Paul (.8); review forensic reports of transfers in 2012 and exchange emails with forensic accountant regarding compiling back up documents for those reports (.2); email from counsel for St. Paul requesting documents to be brought to Receiver's examination under oath and exchange emails with special insurance counsel regarding same (.2); begin searching for requested documents and coordinate compiling various bank statements (.4); email from special insurance counsel to counsel for St. Paul regarding upcoming examination under oath, videotaping issue, latest requested documents, and confidentiality issues and require a court order authorizing production of certain documents (.1); email from forensic accountant forwarding the back-up documents for the forensic reports regarding transfers in 2012, review those back-up documents and compare to forensic reports, and send documents to special insurance counsel to produce to St. Paul in connection with examination under oath (.9). | 2.60 | 689.00 | KDM |
| [Asset analysis and recovery] (Life Insurance Actions) Email from counsel for Genworth confirming his client's execution of Settlement Agreement and exchange emails with special insurance counsel regarding obtaining a copy of the signature page to attach to the Motion | 0.90 | 238.50 | KDM |

to approve the Agreement (.2); emails with special insurance counsel and Receiver regarding second mediation and requesting in camera inspection of certain documents we have requested (.1); telephone call from special insurance counsel regarding documents to be submitted to Court for in camera inspection, resolving objections of Household Life and Protective Life, the insurance companies' request for documents related to a boat previously owned by A.L. Price that the FBI investigated, the insurance companies' request for declaration from Receiver regarding production of certain documents, and obtaining a signed copy of the Settlement Agreement from Genworth (.2); search for documents related to the FBI's investigation of boat (.4).

| Date | Description | Hours | Amount | Atty |
|------|-------------|------:|-------:|------|
| Dec-22-14 | [Asset analysis and recovery] Prepare for and being deposed by bond carrier. | 7.30 | 1,934.50 | MME |
| | [Case administration] (No charge) Review and revise response to life insurance companies' objections to fee application. | 0.70 | 0.00 | MME |
| | [Asset analysis and recovery] Conferences with the Receiver and insurance counsel, Mr. Steklof, regarding St. Paul's examination of the Receiver (.7); emails with counsel for St. Paul regarding proposed motion and order regarding confidential documents, revise and re circulate proposed motion and order (.5); conference with counsel for St. Paul, Mr. Lichtman, regarding proposed motion and order (.2). | 1.40 | 371.00 | GFG |
| | [Asset analysis and recovery] Review letter and emails with counsel for Thigpen, telephone conference with counsel's legal assistant and with Brian Spitler, review file regarding Thigpen lawsuit and tolling agreement. | 0.30 | 79.50 | GFG |
| | [Asset disposition] Exchange emails with realtor regarding reducing listing price for Longboat Key property, review agreement to reduce price, present to Receiver for review | 0.60 | 159.00 | KDM |

and execution, and send executed copy of
executed agreement to realtor (.2); email from
realtor with cash offer from new purchaser and
respond with counteroffer and strategy for
negotiating with purchaser (.2); approve
second A/C repair company to visit Longboat
Key property to inspect A/C and provide repair
estimate and coordinate with realtor to have
him meet repair company (.1); emails with
realtor regarding the new buyer's willingness
to increase his offer and the realtor's
willingness to reduce his commission to make
the sale and strategy for negotiations (.1).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (Bond Action) Emails with special insurance counsel regarding final preparations of Receiver for examination under oath (.1); discuss with Receiver and special insurance counsel the examination under oath (.2); emails with special insurance counsel and counsel for St. Paul regarding Motion for confidentiality Order, review proposed Motion and proposed confidentiality Order and discuss with team members (.2); review revised versions of Motion and Order and coordinate sending it to counsel for St. Paul for approval (.2). | 0.70 | 185.50 | KDM |
| [Asset analysis and recovery] (Life Insurance Actions) Email from special insurance counsel regarding recent communications with counsel for Protective Life and Household life, seeking to compel a second mediations with his clients present, Protective Life's latest settlement offer, and related matters, and strategize with Receiver and team members regarding responding to settlement offer (.3); emails from special insurance counsel regarding discussing certain issues with mediator, communications between mediator and Household Life and Protective Life, and determining amount of counteroffer (.2); email from special insurance counsel with analysis regarding settlement offer for purpose determining amount of our counteroffer (.1); emails with special insurance counsel regarding recommended counter offer amount based on counsel's analysis (.1); work with team members on locating and providing | 2.40 | 636.00 | KDM |

documents to special insurance counsel for purposes of negotiations and pursuant to insurers' document requests, including acknowledgment of Receiver in connection with Petition for Presumed Death Certificate (.3); continue search for documents related to investigation of boats previously owned by A.L. Price and exchange emails with special insurance counsel regarding that search and preparation of declaration of Receiver regarding search for such documents (.5); telephone calls to and from special insurance counsel regarding same, certain documents that Household Life has agreed to produce and the condition to such production (.3); email from special insurance counsel and Receiver regarding Household Life's condition to producing certain emails involving in-house counsel (.1); review proposed declaration of Receiver regarding our search for documents and coordinate revisions based on certain documents to be produced (.2); review Settlement Agreement executed by Genworth Life, have Receiver review and execute same, finalize Motion to Approve Agreement and coordinate filing it with the Court (.3).

| | | | |
|---|---|---|---|
| | [Case administration] Revise Reply to life insurance companies' objections to Receiver's Eighth and Ninth Fee Applications in accordance with Receiver's directions and coordinate filing Reply brief with the Court (.3). | 0.30 | 79.50 | KDM |
| | [Asset analysis and recovery] Telephone call to air conditioning repair companies in the Bradenton and Sarasota Florida area for purposes of obtaining price quotes for service call to the Longboat Key property; coordinate with realtor Eugen Aldea. | 0.30 | 22.50 | pl |
| Dec-23-14 | [Asset analysis and recovery] Review bond insurers' requests for documents and logistics of same. | 0.30 | 79.50 | MME |
| | [Case administration] Review life insurance objections to Genworth settlement and e-mail with counsel. | 0.30 | 79.50 | MME |

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] Emails with counsel for St. Paul regarding motion and order for production of documents (.1); emails with insurance counsel regarding documents (.2). | 0.30 | 79.50 | GFG |
| [Asset analysis and recovery] Telephone conference with counsel for FDIC regarding issues related to claims against auditor (.8), review additional auditor related documents from 2010 (.4). | 1.20 | 318.00 | GFG |
| [Asset disposition] Exchange emails with realtor regarding latest offer from potential purchaser of Longboat Key property and assessment of the current commercial real estate market on Longboat Key for purposes of negotiating with this purchaser, making another counteroffer, and marketing the property to other potential purchaser (.3); discuss with Receiver latest offer for potential purchaser and strategize regarding making a counteroffer (.1); send email to realtor authorizing counteroffer (.1). | 0.50 | 132.50 | KDM |
| [Asset analysis and recovery] (Bond Action) Email from special insurance counsel regarding St. Paul's examination under oath, various issues raised during examination, the effect of the Court's stay on reaching a settlement, and St. Paul's request for various information and documents for purposes of processing the Receiver's claim, and review the request for information and documents (.2); exchange emails with team members regarding St. Paul's request for information and documents that will be produced in the Receiver's production (.3); review emails with special insurance counsel and counsel for FDIC-R regarding responses to St. Paul's letter requesting various documents for purposes of its investigation and production of documents and strategize regarding providing FDIC-R's counsel with our responses (.3). | 0.80 | 212.00 | KDM |
| [Asset analysis and recovery] (Life Insurance Actions) Exchange emails with special insurance counsel regarding producing certain | 1.30 | 344.50 | KDM |

documents to the insurance companies pursuant to their document requests and revising cover letter and Declaration regarding search for certain requested documents and production of responsive documents located (.4); review and revise Declaration and have Receiver review it and documents to be produced and execute Declaration to be produced to insurance companies with documents (.3); review Household Life and Protective Life's Objection to Motion to approve settlement with Genworth and coordinate calendaring of deadline to file Reply brief (.2); review Order approving settlement with Genworth, discuss with Receiver, and exchange emails with special insurance counsel regarding approval over the other insurance companies' objection and Genworth's request for remittance of settlement amount (.3); discuss with Receiver Genworth's request for remittance of settlement amount (.1).

| | | | |
|---|---|---|---|
| | [Asset analysis and recovery] Receive update from G. Giberson regarding negotiation of extended tolling agreement with former auditor for MCBI, evidence regarding the Receiver's claims against the auditor, and communications with counsel for the FDIC-R regarding the Receiver's claims (.3); review proposed extended tolling agreement and discuss with team members (.1). | 0.40 | 106.00 | KDM |
| Dec-24-14 | [Asset analysis and recovery] Conference with Guy Giberson regarding potential [REDACTED] claims. | 0.30 | 79.50 | PFV |
| | [Asset analysis and recovery] Review documents regarding auditor claims and other claims for 2010 conduct (1.5); research regarding fraudulent and negligent omissions (1.6). | 2.10 | 556.50 | GFG |
| | [Asset analysis and recovery] (Bond Action) Review revised version of Motion to approve production to St. Paul subject to certain confidentiality requirements, discuss with G. Giberson St. Paul's requested revisions to that | 0.50 | 132.50 | KDM |

|  | | | | |
|---|---|---|---|---|
|  | motion, and strategize regarding revisions to be made (.4); prepare and send email to counsel for SEC regarding its consent to the relief requested in the Motion (.1). | | | |
|  | [Asset analysis and recovery] (Bond Action) Strategize with G. Giberson regarding claims against former auditor for MCBI, possible claims against that auditor's predecessor, and possible amendments to Third Amended Complaint against Directors and Officers of MCBI (.7); receive update from G. Giberson regarding his communications with counsel for FDIC-R regarding claims against auditors, documents to be obtained from and regarding MCBI's auditors, and certain documents to be produced to St. Paul Mercury upon entry of Agreed Order authorizing production (.5). | 1.20 | 318.00 | KDM |
|  | [Asset analysis and recovery] (Reduced Time) Prepare revised claims administration process and pro rata plan of distribution, motion to approve and notice of claims process (1.6). | 1.60 | 424.00 | CP |
| Dec-26-14 | [Asset analysis and recovery] Telephone conference with counsel for the FDIC, Alan Curley, regarding numerous issues including auditor claims, documents, insurance related issues and settlement (.8); review documents indicated by Mr. Curley from previous production and review other documents in file regarding [REDACTED] claims and research same (2.5); conference with counsel regarding potential claims against [REDACTED] (.3); further research regarding [REDACTED] claims (.8); conference with counsel regarding potential claims against [REDACTED] (.2). | 4.60 | 1,219.00 | GFG |
|  | [Asset analysis and recovery] Discuss strategy regarding additional lawsuit with the Receiver (.3); research and draft complaint against former directors and officers of MCBI and former accounting firm (2.9). | 3.20 | 848.00 | GFG |
|  | [Asset disposition] Email from realtor with estimate from second A/C repair company for the repair of the A/C at the Longboat Key | 0.20 | 53.00 | KDM |

|  | property, review estimate and coordinate payment thereof (.2). | | | |
|---|---|---|---|---|
|  | [Asset analysis and recovery] Review and revise Motion to approve global agreement with FDIC-R (.9); prepare proposed Order granting Motion (.2). | 1.10 | 291.50 | KDM |
|  | [Asset analysis and recovery] (MCBI action) Strategize with team members regarding the Receiver's claims against certain officers and directors of MCBI and against a former auditor and accountant for MCBI based on their omissions (.7); strategize regarding claims to be included in Fourth Amended Complaint against MCBI and its officers and directors (.6). | 1.30 | 344.50 | KDM |
|  | [Case administration] (Claims Process)  Assist with preparation of the Receiver's Motion to approve claim administration process and distribution plan and strategize with C. Perez regarding certain provisions to be included in claims process and distribution plan (.9). | 0.90 | 238.50 | KDM |
| Dec-27-14 | [Asset analysis and recovery] Continue working on complaint and attachments to complaint against former directors and officers of MCBI for 2012 conduct. | 5.30 | 1,404.50 | GFG |
|  | [Asset analysis and recovery] Telephone conferences with counsel for Thigpen, revise tolling agreement and review file regarding same. | 1.10 | 291.50 | GFG |
| Dec-29-14 | [Asset analysis and recovery] Review revised complaint against additional O's & D's (1.0); discuss same with counsel (.2). | 1.20 | 318.00 | MME |
|  | [Asset analysis and recovery] Revise complaint against certain directors and officers of MCBI and against former accounting firm (3.5); telephone conferences with the Receiver regarding claims and strategy (.2); telephone conference with co-counsel regarding draft complaint and strategy (.2); telephone conference with employees of former | 5.80 | 1,537.00 | GFG |

accounting firm regarding potential tolling agreement and leave detailed message with partner of firm (.3); telephone conference and emails with insurance counsel regarding complaint (.2); revise complaint and distribute to working group (.9); review additional documents following communications with FDIC counsel (.5).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (KM Homes) (No charge) Exchange emails and telephone calls with representative of KM Homes regarding transfers of balance of settlement amount to the Receiver, send him wiring instructions and request confirmation of transfer (.3); email from KM Homes representative confirming wire transfer of funds (.1); work on confirming receipt of wire transfer (.1); receive confirmation of receipt of wire transfer and exchange emails with KM Homes representative confirming receipt of funds (.2). | 0.70 | 0.00 | KDM |
| [Asset analysis and recovery] (Bond Action) Emails from and to counsel for SEC regarding proposed Motion to approve production of documents to St. Paul Mercury, confidentiality issues, and basis for filing Motion in main receivership action (.2); review Motion and propose to counsel for SEC revision to certain language (.2); email from special insurance counsel regarding letter from St. Paul Mercury responding to our demand and bad faith letter and review that letter (.5). | 0.90 | 238.50 | KDM |
| [Asset analysis and recovery] Strategize with G. Giberson regarding the Receiver's claims against certain directors and officers of MCBI and a former auditor and accountant of MCBI, the Complaint being prepared against them, the applicable insurance policies, and the insurance issues for special insurance counsel to analyze (.6); begin reviewing and revising draft Complaint and strategize regarding further revisions (1.9); emails from special insurance counsel regarding communications with counsel for FDIC-R regarding its claims against MAM and its financial advisors and the Evanston policy and preparation of | 2.80 | 742.00 | KDM |

Receiver's complaint against those parties and strategize with team members regarding the Receiver's and the FDIC-R's respective claims (.3).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (Clawback Actions)  Receive update regarding efforts to serve J. Zegalia and coordinate and strategize regarding further investigation into his whereabouts (.3); follow up on status of Tim Cannady's filing of response to Complaint to avoid fraudulent transfers and coordinate contacting him to inquire as to whether he has retained counsel and intends to respond (.2). | 0.50 | 132.50 | KDM |

| | | | | |
|---|---|---|---|---|
| Dec-30-14 | [Asset analysis and recovery] Revise complaint to be filed on December 31 (7.3); conferences with receivership administrator regarding logistical issues (0.3); conferences with counsel regarding complaint (0.5); emails with the Receiver regarding same (0.2). | 8.30 | 2,199.50 | GFG |
| | [Asset disposition] Email from realtor regarding selection of company to repair the A/C based on the two estimates received, and expectation of receipt of another cash offer to purchase the Longboat Key property, and coordinate responding to realtor regarding Receiver's schedule and need to approve repair estimate (.2). | 0.20 | 53.00 | KDM |
| | [Asset analysis and recovery] (Clawback Actions)   Confirm expiration of deadline for Tim Cannady to respond to fraudulent transfer complaint and coordinate preparation of Motion for Clerk's Entry of Default (.2). | 0.20 | 53.00 | KDM |
| | [Asset analysis and recovery] (Bond Action) Review and analyze Order granting FDIC-R's Motion to Dismiss St. Paul's declaratory relief action and the Receiver's Counterclaim thereto (1.0); strategize with G. Giberson regarding the effect of that Order on the Receiver's claim against the Bond, pursuing that claim in another forum including the S.D. Ga. action pending against the FDIC-R, and possible issues related to global settlement agreement being negotiated with the FDIC-R (.8); review | 1.90 | 503.50 | KDM |

Judgment of Dismissal and Clerk's Notice of termination of case (.1).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] Work with G. Giberson on making further revisions and adding citations to the Complaint against certain directors and officers of MCBI and its former auditor (.4); email from special insurance counsel with his proposed revisions to the Complaint, discuss with G. Giberson and coordinate incorporating some of his proposed revisions into the final version of the Complaint (.4); emails with local counsel regarding final review and filing of Complaint (.2); assist team members with finalizing Complaint and sending to local counsel for filing with the Court (.3). | 1.30 | 344.50 | KDM |
| [Asset analysis and recovery] (No charge) Make edits to Complaint against D's & O's and gather exhibits to complaint (1.2); prepare civil cover sheet and summonses for each defendant for attorney G. Giberson and K. Murena's review (.3). | 1.50 | 0.00 | pl |

| | | | | |
|---|---|---|---|---|
| Dec-31-14 | [Asset analysis and recovery] Work on Complaint against directors and officers and auditor of MCBI and exhibits. | 1.20 | 318.00 | PFV |
| | [Asset analysis and recovery] Conference with Guy Giberson regarding same. | 0.20 | 53.00 | PFV |
| | [Asset analysis and recovery] (Reduced time) Conferences with counsel regarding complaint against directors and officers (.6); revise complaint with attachments and attention to filing (3.6). | 2.20 | 583.00 | GFG |
| | [Asset analysis and recovery] (Reduced time) Continue making edits to Complaint against D's and O's and auditor of MCBI for final review prior to filing. | 0.50 | 37.50 | pl |
| Jan-02-15 | [Asset analysis and recovery] (Bond) Review Order dismissing St. Paul's declaratory action and counterclaim and review record regarding same (.4). | 0.40 | 106.00 | GFG |

|  | | | | |
|---|---|---|---|---|
| | [Asset analysis and recovery] Emails with special insurance counsel regarding possible revocation by SEC of MAM's registration and effect on claims against insurance policies and certain third parties (.3). | 0.30 | 79.50 | KDM |
| | [Asset analysis and recovery] (Scan Action) Revise Motion for Entry of Clerk's Default (.3); receive update from A. Fernandez regarding information obtain from Guatemala counsel related to Defendants' Garcia and Archila and coordinate making revisions to Affidavit to accompany the Motion for Entry of Clerk's Default (.2). | 0.50 | 132.50 | KDM |
| Jan-05-15 | [Asset analysis and recovery] Review court order on Bond case (.5); telephone call with counsel regarding status and strategy (.5). | 1.00 | 265.00 | MME |
| | [Asset analysis and recovery] (Bond) Emails with counsel regarding dismissal of declaratory action and counterclaim (.6); conference with counsel, Ken Murena (.2); telephone conference with counsel, Ken Murena, Jason Maser and Cary Steklof, regarding strategy, emails with counsel regarding N.D. of Georgia case and analysis of Georgia law (.6). | 1.40 | 371.00 | GFG |
| | [Asset analysis and recovery] Review documents in connection with claims against certain third parties. | 3.80 | 1,007.00 | GFG |
| | [Asset analysis and recovery] Prepare document production to Josh Katz regarding potential claims of the Receiver against third parties. | 0.60 | 159.00 | GFG |
| | [Asset analysis and recovery] (Nelson Mullins) Telephone conference with firm's counsel regarding settlement related issues. | 0.10 | 26.50 | GFG |
| | [Asset analysis and recovery] Telephone calls from and to AUSA in S.D. Ga. regarding criminal action against A.L. Price, restitution determination, forensic analysis of victim losses, proposed claims procedure and distribution plan, making criminal restitution | 1.30 | 344.50 | KDM |

order subject to receivership order approving
claims process, and coordinating with forensic
accountant for testimony at restitution hearing
(.9); emails with AUSA regarding contact
information and request for updated investor
losses analysis and introduction to forensic
accountant (.2); emails with forensic
accountant regarding working with the AUSA
for purposes of the restitution hearing (.2).

[Asset analysis and recovery] (Bond) Discuss          3.20          848.00          KDM
with Receiver Court's Order dismissing Bond
Action and Receiver's counterclaim based on
FDIC-R's Motions to Dismiss (.3); exchange
emails with special insurance counsel
regarding that Order and scheduling a call to
discuss the effect of that Order on our claim
against the bond, negotiations with the
FDIC-R, and various other related matters (.2);
conference call with Receiver G. Giberson and
special insurance counsel regarding same (.6);
review applicable sections of FIRREA to
determine [REDACTED] and review case law
addressing issue of [REDACTED] (1.7);
discuss with Receiver and send email to
special insurance counsel regarding initial
research findings regarding [REDACTED]
(.2); discuss with team members status of SEC
position with respect to Motion to approve
production of documents to St. Paul subject to
confidentiality requirements and follow up
with counsel for SEC (.2).

[Asset analysis and recovery] (SCAN action)          0.20          53.00          KDM
Follow up and receive report regarding status
of preparation of non-military affidavit for
purposes of Motion for entry of default against
Defendants based on new personal information
obtained for individual defendants (.2).

[Case administration] Provide information and          0.60          159.00          KDM
direction to C. Perez for purposes of
preparation of Receiver's Tenth Status Report
(.6).

Jan-06-15          [Asset analysis and recovery] Review and          1.00          265.00          MME
revise complaint against Ds and O's for post

acquisition transactions and discuss with
counsel.

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (Scan action) Meet with counsel regarding SCAN action regarding the Court's ruling on our Motion to strike response filed on behalf of Defendants. | 0.30 | 79.50 | MME |
| [Case administration] Review and revise motion to approve FDIC settlement (.8); review status of pending matters with counsel (.3). | 1.10 | 291.50 | MME |
| [Asset analysis and recovery] (MAM Lawsuit) Revise complaint in light of dismissal order and coverage issues raised by insurance counsel. | 1.50 | 397.50 | GFG |
| [Asset analysis and recovery] (Bond) Emails with counsel regarding strategy and present law with litigation group (.2); review record regarding settlement documents with FDIC, FDIC administrative action, appeal of administrative decision, three relevant policies and Order dismissing bond action (1.6); call with litigation group regarding strategy (.2). | 2.00 | 530.00 | GFG |
| [Asset analysis and recovery] (Nelson Mullins) Emails with mediator, review file regarding mediation arrangement. | 0.10 | 26.50 | GFG |
| [Asset analysis and recovery] Emails with forensic accountant regarding testifying at restitution hearing (.2); prepare and send email to AUSAs handling restitution hearing providing information and the latest forensic report on investor losses (.3); review email from AUSA to forensic accountant regarding preparing for restitution hearing and issues related to investor losses (.2); meet with Receiver regarding status of all pending litigation and claims against third parties, confirm status of certain actions and claims, and coordinate preparation of tracking chart (.6); meet with Receiver regarding complaint against certain third parties, strategize regarding the claims alleged in complaint and | 2.20 | 583.00 | KDM |

research to be done to confirm and support claims, and begin reviewing Complaint (.9).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (Bond) Strategize with team members regarding law applicable to pursuing claim against bond or [REDACTED] (.6); exchange emails with special insurance counsel and G. Giberson regarding communications with counsel for FDIC-R regarding its plan for pursuing claim against the bond (.3). | 0.90 | 238.50 | KDM |
| [Asset analysis and recovery] (Life Insurance Actions) Emails with special insurance counsel regarding the merits of the life insurers claims, the status of settlement negotiations with Household and Protective Life, the possibility of scheduling a second mediation, the cross summary judgment motions, and the status of preparation of our motion for summary judgment (.4). | 0.40 | 106.00 | KDM |
| [Asset analysis and recovery] (SCAN action) Exchange emails and meet with Receiver regarding status of SCAN action including the Court's ruling on our Motion to strike response filed on behalf of Defendants and the preparation of the Motion for clerk's entry of default (.3). | 0.30 | 79.50 | KDM |
| [Case administration] Discuss with Receiver Motion to approve global agreement with the Receiver, certain provisions of latest version of the Agreement circulated to the FDIC-R, and the status of the FDIC-R's consideration of that version of Agreement (.3); coordinate following up with FDIC-R's counsel regarding its consideration of Agreement (.1). | 0.40 | 106.00 | KDM |
| [Asset analysis and recovery] Correspondence with Venezuela counsel regarding proof of service on Lwis. | 0.10 | 26.50 | MDV |

| | | | | |
|---|---|---|---|---|
| Jan-07-15 | [Asset analysis and recovery] Review insurance and D & O issues with counsel regarding pending and drafting claims. | 0.50 | 132.50 | MME |

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (Nelson Mullins) Emails with firm's counsel regarding production of documents and waiver of the FDIC (.2); review FDIC production and prepare production to firm, email to the Receiver regarding update (.5). | 0.70 | 185.50 | GFG |
| [Asset analysis and recovery] (MAM Lawsuit) Revise complaint and distribute to litigation group. | 0.40 | 106.00 | GFG |
| [Asset disposition] Email from counsel for Amerisave regarding proposed Consent Motion for Stay Relief to permit foreclosure on Price residence, review proposed Motion, and request that counsel make certain revisions and include certain language in proposed Order (.4). | 0.40 | 106.00 | KDM |
| [Asset analysis and recovery] Strategize with team members regarding claims against the financial advisors of MAM and the claim against the Evanston policy and review draft Complaint and provide comments and revisions (1.9); review spreadsheets from forensic accountant regarding transfers from PFG to MB&T and MCBI, strategize with team members, and calculate total amount of transfers during certain time periods (.4); continue reviewing draft complaint against 2012 directors and officers of MCBI and strategize with Receiver and G. Giberson regarding [REDACTED] in the draft Complaint (2.1); emails with forensic accountant and AUSA regarding scheduling of and preparation for restitution hearing (.2). | 4.60 | 1,219.00 | KDM |
| [Asset analysis and recovery] (Zegalia) Receive update regarding new address located for Zegalia, authorize process server to attempt service at that address, and discuss possible hiring of private investigator to locate him (.2). | 0.20 | 53.00 | KDM |
| [Asset analysis and recovery] (A&D Hospitality) Coordinate following up with Defendants to obtain records in support of their defenses to the Receiver's claims including documents from the individual | 0.20 | 53.00 | KDM |

debtor's bankruptcy case, receive report regarding efforts to contact Defendants, and coordinate further efforts to reach Defendants and counsel for A&D Hospitality (.2).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (Bond) Strategize with G. Giberson regarding effect of Order dismissing counterclaim against St. Paul based on Receiver's claim against the bond, and research issues related to [REDACTED] and coordinate research project (.6). | 0.60 | 159.00 | KDM |
| [Asset analysis and recovery] Confer with G. Giberson regarding legal research project on insurance claims (.6): Legal research on bringing third-party claims (1.2) | 1.80 | 270.00 | MJS |

Jan-08-15

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] Telephone conference with Josh Katz regarding certain third party claims and logistical issues. | 0.40 | 106.00 | GFG |
| [Asset analysis and recovery] (Nelson Mullins) Emails with the Receiver and receivership administrator regarding mediation and update. | 0.10 | 26.50 | GFG |
| [Asset disposition] Emails with counsel for Amerisave regarding additional language to be included in proposed Order granting stay relief so Amerisave may proceed with foreclosure on the Price residence and review proposed language (.2); review revised version of the Consent Motion for stay relief and proposed Order and exchange emails with counsel for Amerisave confirming approval of form of Motion and Order and recommending that we seek the approval of the SEC prior to filing (.3); send email to counsel for SEC inquiring as to its position of Amerisave's proposed Consent Motion and Order regarding stay (.1). | 0.60 | 159.00 | KDM |
| [Asset analysis and recovery] Multiple emails with forensic accountant and AUSA regarding issues pertinent to upcoming restitution hearing (.3); emails with forensic accountant regarding call with AUSA (.2); telephone call from forensic accountant regarding call with AUSA, information requested by AUSA, the | 2.70 | 715.50 | KDM |

status of account reconstruction and need for claims process to finalize amounts of investors losses, and preparation for restitution hearing (.2); meet with Receiver regarding forensic report on transfers to MB&T and MCBI and certain claims alleged in draft complaint against the 2012 directors and officers of MCBI and law applicable [REDACTED] review forensic report and discuss certain transfers [REDACTED] (.6); review and discuss with team members research findings related to various issues underlying the Receiver's claims in draft complaint against 2012 directors and officers (.4); coordinate and assist with making further revisions to the Complaint (.9); coordinate calendaring deadline to file complaint against 2012 directors and officers (.1).

| | | | | |
|---|---|---|---|---|
| | [Asset analysis and recovery] (Lwis action) Correspondence with Venezuela counsel. | 0.10 | 26.50 | MDV |
| | [Asset analysis and recovery] Confer with K. Murena regarding 2012 D & O complaint and review research. | 0.30 | 67.50 | MCE |
| | [Case administration] Create litigation spreadsheet for Aubrey Price/PFG matters including all pending litigations and future litigations, upcoming deadlines, status and contact information. | 1.30 | 97.50 | pl |
| Jan-09-15 | [Asset analysis and recovery] (Bond) Emails with St. Paul's counsel regarding text of motion and proposed order and strategize with co-counsel regarding revisions to motion to produce documents to carrier. | 0.10 | 26.50 | GFG |
| | [Asset analysis and recovery] (Bond) Revise motion to produce documents to Bond carrier and proposed order. | 0.30 | 79.50 | GFG |
| | [Asset analysis and recovery] (MAM Lawsuit) Review comments of Cary Steklof to draft of complaint and markup via email (.2); telephone conference with Mr. Steklof regarding coverage issues (.2). | 0.40 | 106.00 | GFG |

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (Bond/MAM Policy/2010 Claims against MCBI) Review all documents related to FDIC claim and denovo action in the S.D. of Georgia and review draft settlement document. | 0.80 | 212.00 | GFG |
| [Asset analysis and recovery] (Bond) Review email from Cary Steklof regarding call with FDIC's counsel (.2). | 0.20 | 53.00 | GFG |
| [Asset disposition] Emails with counsel for Amerisave regarding the position of counsel for the SEC on his proposed Consent Motion for stay relief to permit the bank to foreclose on the Price residence (.2). | 0.20 | 53.00 | KDM |
| [Asset analysis and recovery] (Life Insurance Actions) Emails with special insurance counsel regarding Genworth's request to confirm transfer of settlement amount, discuss with Receiver, work on confirming that Order approving Genworth Settlement is final and no objections or motions for reconsideration were filed, and discuss with team members legal issues related to transfer of settlement amount pursuant to that Order (.4). | 0.40 | 106.00 | KDM |
| [Asset analysis and recovery] (Lwis Action) Receive update that O. Lwis was served with Complaint and Summons and follow up on obtaining affidavit of service (.2); receive update that process server in Venezuela has issued affidavit of service and coordinate having affidavit of service translated into English (.2). | 0.40 | 106.00 | KDM |
| [Asset analysis and recovery] Email from special insurance counsel with detailed summary and analysis of recent communications with counsel for FDIC-R regarding the respective receivers' claims against the Bond, the financial advisors of MAM and the Evanston Policy, the FDIC-R's game plan regarding its claims, and strategy for working with the FDIC-R to pursue Bond and insurance claims and litigation related to those claims (.3); strategize with team members regarding special insurance counsel's | 0.70 | 185.50 | KDM |

analysis of the foregoing matters and various
related issues (.4).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (MAM Action) Finish reviewing and providing comments and revisions to Complaint against financial advisors of MAM and strategize with team members regarding further revisions (1.8); review special insurance counsel's revision of Complaint and discuss with team members counsel's proposed revisions and certain issues related thereto (.7). | 2.50 | 662.50 | KDM |
| [Business operations] Review emails between M. Dhanji and tax consultant regarding the reconciliation of the accounts for all receivership entities, the disbursements to third parties for which 1099s is required, the preparation of the 1099s, and forwarding documents necessary to prepare the 1099s, and review those documents (.4). | 0.40 | 106.00 | KDM |
| [Case administration] Work on gathering and providing information to C. Perez for purposes of preparation of Receiver's Tenth Status Report (1.1). | 1.10 | 291.50 | KDM |
| [Asset analysis and recovery] Legal research regarding [REDACTED]. | 1.40 | 210.00 | MJS |
| [Business operations] (Mary Dhanji) Work calculations and preparation of 1099s. | 0.50 | 37.50 | pl |

| | | | | |
|---|---|---|---|---|
| Jan-12-15 | [Asset analysis and recovery] Emails to counsel and receivership administrator regarding motion to release Receiver's documents (.3); telephone conference with counsel for the FDIC, Al Curley, regarding motion to produce Receiver's documents, attention to withdrawal of motion (.3). | 0.60 | 159.00 | GFG |
| | [Asset analysis and recovery] (Bond) Email from St. Paul Mercury inquiring as to the status of the filing of the Motion to approve production of documents pursuant to confidentiality requirements, discuss with team members status of SEC's counsel's | 0.40 | 106.00 | KDM |

consideration of that Motion, and exchange emails with SEC's counsel confirming no objection to the Motion (.3); coordinate finalizing of Motion and proposed Order and filing them with the Court (.1).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (Life Insurance Actions) Review Federal Rules and other authority regarding to finality and appealability of Orders approving settlements in receivership actions and ancillary proceedings filed in the context of such actions and strategize with G. Giberson regarding research findings and issue of timing of payment of settlement amount (.9); coordinate having check for Settlement amount written from receivership account and revise and sign cover letter forwarding check to Genworth (.2). | 1.10 | 291.50 | KDM |
| [Asset analysis and recovery] Meet with Receiver regarding claims against 2012 directors and officers of MCBI, status of preparation of Complaint, and timing of its filing with the Court (.2); review latest version of the Complaint and strategize with team members regarding further revisions to be made (1.1). | 1.30 | 344.50 | KDM |
| [Case administration] Continue assisting with preparation of Receiver's Tenth Status Report, providing information and direction regarding various activities performed during the Reporting Period (.9). | 0.90 | 238.50 | KDM |
| [Asset analysis and recovery] Prepare Receiver's Tenth Status Report (2.3); review docket for purposes of preparing report (.5); discuss outstanding issues and work performed with receivership team members (.5). | 3.30 | 874.50 | CP |
| [Asset analysis and recovery] Communicate with Pro Translating and obtain quote for cost of translating the proof of service on Osama Lwis (.1); discuss cost of certified translation with M. Visconti and obtain approval (.1); request certified translation for Pro Translating (.1). | 0.30 | 22.50 | pl |

| Jan-13-15 | [Asset analysis and recovery] Review farm financial, operational issues and litigation issues with counsel (.5); review and revise MAM complaint (1.0). | 1.50 | 397.50 | MME |
| | [Asset analysis and recovery] (Nelson Mullins) Telephone conference with Firm's counsel regarding settlement (.1); conference with the Receiver regarding settlement (.1). | 0.20 | 53.00 | GFG |
| | [Asset disposition] Multiple emails with realtor for Longboat Key property regarding recent showings, interested purchasers and status of Receiver's approval of repair the A/C unit and payment of service fee to second repair company (.2); discuss with Receiver two proposals to repair the A/C unit and notify realtor of Receiver's approval of repair by first company and payment of service fee of second company (.2); coordinate payment of service fee to second company (.1). | 0.50 | 132.50 | KDM |
| | [Asset analysis and recovery] (SCAN Action) Review Order regarding deadline to file Certificate of Interested Parties and Joint Scheduling Report, discuss status of Court's ruling on Motion to Strike Response of Defendants, and coordinate inquiring with the Court as to the status of that Motion and preparing Certificate of Interested Parties (.2); review and revise Certificate of Interested Parties, discuss with A. Fernandez, and coordinate filing it with the Court (.2). | 0.40 | 106.00 | KDM |
| | [Asset analysis and recovery] Strategize with G. Giberson regarding revisions being made to the Complaint against the 2012 directors and officers of MCBI and the Receiver's deadline to file the Complaint (.5); discuss with Receiver the status of preparation of that Complaint and special insurance counsel's input (.1); discuss with Receiver the latest draft of the Complaint against the financial advisors of MAM and special insurance counsel's revisions thereto (.1). | 0.70 | 185.50 | KDM |
| | [Asset analysis and recovery] (Lwis Action) Review, revise and coordinate filing of Notice | 0.20 | 53.00 | KDM |

of Filing Proof of Service (.1); coordinate
following up with translator to determine
timing of completion of translation of proof of
service (.1).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (Nelson Mullins)  Review Answer, Defenses and Affirmative Defenses to Complaint and strategize with team members regarding certain defenses raised (.5). | 0.50 | 132.50 | KDM |
| [Asset analysis and recovery] (Bond)  Review emails with counsel for FDIC-R regarding requested revisions to the Motion to approve production to St. Paul Mercury, strategize with team members, and coordinate making the requested changes (.3); discuss with Receiver certain issues related to [REDACTED] and special insurance counsel's analysis regarding these and related issues (.2); research [REDACTED] and discuss research findings with the Receiver (.4). | 0.90 | 238.50 | KDM |
| [Asset analysis and recovery] (Life Insurance Actions) Follow up with special insurance counsel regarding status of preparation of Motion for Summary Judgment against Protective Life and Household Life, confirm deadline to file Motion, and coordinate having first draft prepared for Receiver's and counsel's review prior to deadline (.3). | 0.30 | 79.50 | KDM |
| [Case administration] Continue working with C. Perez on the Receiver's Tenth Status Report, providing information regarding certain pending litigation matters and claims against third parties (.7); emails with AUSA handling restitution hearing regarding the timing of the proposed claims process for purposes of his motion to postpone the restitution hearing and schedule a call to discuss these and related matters (.2); telephone call from AUSA regarding the foregoing matters (.4); emails from and to AUSA regarding the Order denying without prejudice the Receiver's Motion to approve the claims process, review that Order and forward to AUSA (.2). | 1.50 | 397.50 | KDM |

|  | [Asset analysis and recovery] (Lwis action) Phone conference with Venezuela counsel (.7); strategize with Receiver (.2); review spreadsheet data from Venezuela counsel (.1). | 1.00 | 265.00 | MDV |
|---|---|---|---|---|
|  | [Asset analysis and recovery] SCAN: review certificate of interested persons. | 0.10 | 15.00 | AF |
|  | [Asset analysis and recovery] Continue legal research regarding [REDACTED] (.2); Confer with G. Giberson regarding same (.4). | 0.60 | 90.00 | MJS |
|  | [Asset analysis and recovery] Prepare Notice of Filing proof of Service in the Osama Lwis matter and file electronically. | 0.20 | 15.00 | pl |
|  | [Asset analysis and recovery] Prepare Certificate of Interested Persons in the Damian v. SCAN International matter for attorney K. Murena's review. | 0.60 | 45.00 | pl |
| Jan-14-15 | [Asset analysis and recovery] Telephone call with insurance counsel regarding status and strategy of pending matters. | 0.80 | 212.00 | MME |
|  | [Asset analysis and recovery] (Bond) Telephone conference with counsel for FDIC regarding text of motion and proposed order, revise pursuant to comments of FDIC and resubmit motion. | 0.30 | 79.50 | GFG |
|  | [Asset analysis and recovery] (MAM action) Finish reviewing and revising special insurance counsel's revision to the draft Complaint against financial advisors of MAM and discuss with Receiver (1.2). | 1.20 | 318.00 | KDM |
|  | [Asset analysis and recovery] (Cannady Action) Receive update regarding service of process on Defendant, confirm that Defendant failed to timely file a response to the Complaint, and coordinate preparation of Motion for Entry of Default (.2). | 0.20 | 53.00 | KDM |
|  | [Asset analysis and recovery] (Bond) Follow up on confirming FDIC-R's approval of proposed revisions to Motion to approve | 0.60 | 159.00 | KDM |

production of documents to St. Paul pursuant to confidentiality requirements and finalizing and filing of Motion, and discuss status with team members (.2); review emails with counsel for FDIC-R regarding the Receiver's examination under oath, exchange emails with special insurance counsel, and strategize with team members regarding sharing transcript of that examination (.4).

| | | |
|---|---|---|
| [Asset analysis and recovery] (Lwis Action) Review Affidavit of Service of process on Defendant and follow up on filing it with the Court (.1). | 0.10 | 26.50 | KDM |

[Asset analysis and recovery] (Lwis Action) Review Affidavit of Service of process on Defendant and follow up on filing it with the Court (.1).                    0.10        26.50        KDM

[Asset analysis and recovery] (Scan Action) Review Response of Garcia and Archilla to Order to Show Cause translated into English and strategize with team members (.3); follow up on Court's determination of Motion to Strike response of Defendants (.1).                    0.40        106.00        KDM

[Asset analysis and recovery] (General) Prepare for teleconference with Receiver, special insurance counsel and other team members, including reviewing special insurance counsel's analyses regarding outstanding issues and pending and potential claims against third parties, reviewing detailed litigation tracking chart, and reviewing preliminary research findings regarding statute of limitations applicable to claims related to bond and insurance policies (.9); update tracking chart for all pending and potential litigation matters (.2); attend teleconference with Receiver, special insurance counsel and G. Giberson to discuss and formulate strategy for pursuing various insurance and bond claims, resolving several issues related thereto, and negotiations with insurance companies and FDIC-R, and coordinate scheduling call with counsel for FDIC-R to discuss some of those issues (.8).                    1.90        503.50        KDM

[Asset analysis and recovery] (Lwis action) Review translation of Hague Compliance (.1).                    0.10        26.50        MDV

|  |  |  |  |  |
|---|---|---|---|---|
|  | [Asset analysis and recovery] SCAN: Review response to order to show cause. | 0.20 | 30.00 | AF |
| Jan-15-15 | [Asset analysis and recovery] Review final Complaint filed 12.31 for status and strategy and discuss with counsel (1.0); review Nelson Mullins answer  and affirmative defenses (.5). | 1.50 | 397.50 | MME |
|  | [Asset analysis and recovery] (FDIC Settlement) Emails and telephone conference with Al Curley insurance counsel regarding all outstanding insurance issues, email to the Receiver and group regarding summary (.5). | 0.50 | 132.50 | GFG |
|  | [Asset analysis and recovery] (SCAN Action) Discuss with Receiver the recent Court filing of Garcia and Archila, the propriety and legality of the method of service utilized by Guatemala counsel, the filing of affidavits of service with the Court, and the preparation of Response to Defendants' recent Court filing (.3); strategize with team members regarding arguments to be made in response to Defendants' recent Court filing, contacting Guatemala counsel to obtain Affidavit regarding the method of service she utilized, and contacting Defendants' counsel in Guatemala to obtain consent to deal directly with Archila and Garcia (.4). | 0.70 | 185.50 | KDM |
|  | [Asset analysis and recovery] (D&O/Auditor Action)  Discuss with Receiver claims alleged in Complaint against 2010 directors and offices and auditors for omissions and certain jurisdiction allegations and issues (.2). | 0.20 | 53.00 | KDM |
|  | [Asset analysis and recovery] Emails from counsel for Genworth and special insurance counsel regarding Genworth's receipt of settlement amount (.1); discuss with Receiver summary judgment motion (.2); receive report from G. Giberson regarding recent communication with counsel for FDIC-R and special insurance counsel regarding [REDACTED] and exchange emails with Receiver and team members regarding all of those matters (.5); review certain portions of FIRREA and strategize with team members | 1.60 | 424.00 | KDM |

|  |  |  |  |  |
|---|---|---|---|---|
|  | [REDACTED] (.6); receive report from special insurance counsel regarding his call with FDIC-R's counsel and the FDIC-R's position and strategy for pursuing 2008 D&O policy proceeds and settlement with Evanston (.2). |  |  |  |
|  | [Business operations] Review letter from President and sole director of MCBI regarding his resignation and discuss with Receiver replacement of President and director and appropriate procedure to follow as majority shareholder to appoint replacement (.2); review previous corporate resolution and notice of shareholder meeting for prior appointment of sole director and officer to confirm procedure (.2). | 0.40 | 106.00 | KDM |
|  | [Case administration] Email from forensic accountant regarding summary of work performed during the most recent reporting period, review that summary, and coordinate inserting it into Receiver's 10th Status Report and making certain revisions to that summary (.4); provide additional information to C. Perez to include in the Report and assist with preparation of the Report (1.1). | 1.50 | 397.50 | KDM |
|  | [Asset analysis and recovery] SCAN: Conference with K. Murena regarding case strategy and reply to Defendant's response to order to show cause (0.4); Email to Jeannette Arango regarding response to order to show cause (0.1). | 0.50 | 75.00 | AF |
| Jan-16-15 | [Asset analysis and recovery] Review and revise 2012 Complaint (1.0); conference with counsel regarding status and strategy of various matters (.4). | 1.40 | 371.00 | MME |
|  | [Asset analysis and recovery] Telephone conference with the Receiver and insurance counsel regarding all insurance issues and FDIC settlement. | 0.40 | 106.00 | GFG |
|  | [Asset disposition] Emails from and to counsel for Amerisave regarding the SEC's position on | 0.20 | 53.00 | KDM |

|  | its Motion for stay relief to commence foreclosure proceeding against Price residence and send email to counsel for SEC regarding its position on that Motion (.2). | | | |
|---|---|---|---|---|
|  | [Asset analysis and recovery] Meet with Receiver and team members to continue strategizing regarding claims against various third parties [REDACTED] and the Motion for Summary Judgment against Household and Protective Life (.4); continue assisting with strategy, preparation, and revisions to Complaint against 2012 directors and officers (1.6); continue assisting with revisions to Complaint against financial advisors of MAM (1.3) review portions of financial institution bond and strategize with team members regarding [REDACTED] (.4). | 3.70 | 980.50 | KDM |
|  | [Asset analysis and recovery] (Life Insurance Actions)  Emails from and to special insurance counsel regarding preparation of Motion for Summary Judgment and report status of preparation to Receiver (.2). | 0.20 | 53.00 | KDM |
|  | [Case administration] Continue working on preparing first draft of the Receiver's Tenth Status Report (3.8). | 3.80 | 1,007.00 | KDM |
|  | [Asset analysis and recovery] Continue drafting Tenth Status Report (2.1); review filed complaint and report from forensic accountant in preparation for same (1.0). | 3.10 | 821.50 | CP |
| Jan-19-15 | [Asset analysis and recovery] Review and revise Motion for Summary Judgment (.7); review and revise 2012 D & O Complaint (.6); conference with counsel regarding same (.4). | 1.70 | 450.50 | MME |
|  | [Asset analysis and recovery] (2012 Complaint) Telephone conference with Mr. Steklof regarding coverage of 2012 claims (.4). | 0.40 | 106.00 | GFG |
|  | [Asset analysis and recovery] (2012 Complaint) Revise complaint pursuant to comments of insurance counsel. | 0.50 | 132.50 | GFG |

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (Life Insurance Claims) Exchange emails with special insurance counsel regarding Motion for Summary Judgment in actions against life insurers (.2); review and revise draft Motion for Summary Judgment (2.2); strategize with team members regarding certain legal authority cited in Motion and additional research to be done in support of certain propositions of law in Motion (.3); discuss with the Receiver her revisions to the Motion for Summary Judgment and the preparation of a Statement of Undisputed Material Facts, and incorporate her revisions into redlined revision to that Motion to send to special insurance counsel (.3); prepare and send email to special insurance counsel forwarding and explaining redlined revision to the Motion for summary judgment (.1); review Local Rule applicable to Statements of Undisputed Material Facts to be filed with Motions for Summary Judgment and exchange emails with special insurance counsel regarding preparation of that Statement (.3). | 3.40 | 901.00 | KDM |
| [Asset analysis and recovery] (2012 D&O Action) Coordinate sending latest draft of Complaint against 2012 directors and officers of MCBI to Georgia counsel for review and input prior to filing (.1); meetings with Receiver regarding strategy for certain causes of action in Complaint and revisions to be made to the Complaint and review her proposed revisions (.4); exchange emails with special insurance counsel regarding certain of the claims alleged in the Complaint and revisions to be made (.4); continue working with team members on revising Complaint (1.9); strategize with Receiver and team members regarding requirements for [REDACTED] and applicable case law, review certain case law, and discuss further revisions to be made to the Complaint (.5). | 3.30 | 874.50 | KDM |
| [Asset analysis and recovery] (2010 D&O/auditor Action) (No charge) Coordinate preparation of Application to appear pro hac vice in action against 2010 Directors and Officers of MCBI and former auditor to | 0.10 | 0.00 | KDM |

MCBI and coordinate sending to Georgia
counsel to file with the Court (.1).

| | | | |
|---|---|---|---|
| | [Asset analysis and recovery] (Clawback Actions) Continue working with team members on locating J. Zegalia and strategize regarding different resources to use and companies to contact to locate him and receive report regarding status of efforts to contact him (.5); coordinate preparation of Applications to appear pro hac vice in actions against Zegalia and Cannady and coordinate sending to Georgia counsel to file with the Court (.1). | 0.60 | 159.00 | KDM |
| | [Asset analysis and recovery] (SCAN Action) Strategize regarding issue related to jurisdiction and follow up on status of preparation of Response in opposition to individual defendants' recent court filing (.2). | 0.20 | 53.00 | KDM |
| | [Asset analysis and recovery] Strategize with Receiver regarding O. Lwis status (.2). | 0.20 | 53.00 | MDV |
| | [Asset analysis and recovery] Follow up email to Jeannette Arango regarding counter arguments to Defendants' motions (0.1); Email from Jeannette Arango containing responses to Defendants' motion (0.1). | 0.20 | 30.00 | AF |
| Jan-20-15 | [Asset analysis and recovery] Meet with counsel regarding D & O complaint. | 0.50 | 132.50 | MME |
| | [Asset analysis and recovery] (Nelson Mullins) Emails and telephone conference with counsel for the Firm, conference with the Receiver regarding scheduling of conference with counsel for the firm. | 0.20 | 53.00 | GFG |
| | [Asset disposition] Emails with realtor regarding status of repair of A/C at Longboat Key property and invoices received and follow up on making payment to repair company (.2); follow up with counsel for SEC regarding their position of Amerisave's proposed motion for stay relief to proceed with foreclosure of the Price residence (.1). | 0.30 | 79.50 | KDM |

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (2012 D&O Action) Strategize with G. Giberson regarding the law applicable [REDACTED] and revisions being made to the claims alleged in Receivers' 2012 Complaint against directors and officers of MCBI, and [REDACTED] (1.1); meetings with Receiver and G. Giberson regarding Georgia law [REDACTED] other claims alleged in the Complaint, and further revisions to be made to that Complaint (.9); continue working with G. Giberson on formulating and revising claims and factual allegations in Complaint (1.3); strategize with special insurance counsel regarding certain claims alleged in Complaint for purposes of confirming that they are covered under the applicable D&O policy (.4); discuss with Receiver insurance coverage of the claims alleged in the Complaint under the D&O policy and special insurance counsel's coverage analysis (.2). | 3.90 | 1,033.50 | KDM |
| [Asset analysis and recovery] (Life Insurance Actions)  Exchange emails with special insurance counsel regarding Statement of Undisputed Material Facts and discuss with Receiver proposed form of the Statement in light of previous filing of Stipulations of undisputed facts (.3); review and propose revisions to Statement of Undisputed Material Facts and coordinate having special insurance counsel make revisions and file it contemporaneously with the Motion for Summary Judgment and Motion to Seal pursuant to Order establishing confidentiality requirements (.3); review and propose revisions to Motion to Seal and Order granting Motion to Seal and exchange emails with special insurance counsel regarding revisions to be made to that Motion and Order (.3); review the final versions of the Motion for Summary Judgment, the Motion to Seal, the proposed Order granting Motion to Seal, and the Statement of Undisputed Material Facts and review email submitting the foregoing Court filings to the law clerk for purposes of filing (.4); review Notice of Filing Redacted Copy of Motion for Summary Judgment and Notice of Filing Statement of Undisputed | 1.80 | 477.00 | KDM |

Material Facts (.2); email from special
insurance counsel regarding requesting oral
argument for Motions for Summary Judgment
and strategize with Receiver and G. Giberson
regarding requesting oral argument (.2);
review Protective Life's and Household Life's
Motion to File Under Seal Deposition
Transcript of Receiver and proposed Order
(.1).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (SCAN Action) Strategize with A. Fernandez regarding response to individual defendants' Court filing (DE 20) possibly filed in response to Court's Order to Show Cause (.2); review Order staying discovery and pretrial deadlines and requirements pending Court's determination of pending Motion to Strike and coordinate noting stay of deadlines in calendar (.1). | 0.30 | 79.50 | KDM |
| [Asset analysis and recovery] (BOND) Review Order granting Motion to produce documents to St. Paul pursuant to certain confidentiality requirements and coordinate sending Order to counsel for FDIC-R and counsel for St. Paul Mercury (.1). | 0.10 | 26.50 | KDM |
| [Business operations] Meet with Receiver regarding appointment of director and officer of MCBI as Receiver of majority shareholder (.2); telephone call with G. Giberson and potential officer and director of MCBI regarding the background facts, potential assets of MCBI, and pending actions involving MCBI (.4); meetings with another potential officer and director of MCBI regarding the proposed appointment, various background facts, the potential assets of MCBI and the pending actions involving MCBI (.4). | 1.00 | 265.00 | KDM |
| [Business operations] Review spreadsheet of 2014 disbursements and related documents and coordinate sending to tax consultant for purposes of preparing 1099s for Receivership Estate (.2). | 0.20 | 53.00 | KDM |
| [Case administration] (Fee Application - No charge) Receive and review invoices from | 0.20 | 0.00 | KDM |

Guatemala counsel in SCAN action and forensic accountant for purposes of Receiver's 10th Fee Application (.2).

| | | | | |
|---|---|---|---|---|
| | [Asset analysis and recovery] SCAN: Draft response to Docket Entry 20 (4.1); emails from and to local counsel in Guatemala regarding payment of invoices (0.1); review order staying discovery (0.1). | 4.30 | 645.00 | AF |
| Jan-21-15 | [Asset analysis and recovery] (Nelson Mullins action) Conference with counsel regarding Nelson Mullins. | 0.20 | 53.00 | MME |
| | [Asset analysis and recovery] (2012 Lawsuit) Revise complaint pursuant to comments of counsel and the Receiver. | 1.50 | 397.50 | GFG |
| | [Asset analysis and recovery] (Nelson Mullins) Review Answer and Defenses. | 0.20 | 53.00 | GFG |
| | [Asset analysis and recovery] (Nelson Mullins) Conference with the Receiver regarding strategy and settlement. | 0.20 | 53.00 | GFG |
| | [Asset disposition] Email from counsel for SEC regarding suggested revision to Amerisave's consent motion for stay relief to permit foreclosure of the Price residence and send email to counsel for Amerisave proposing revisions to the motion (.2). | 0.20 | 53.00 | KDM |
| Jan-22-15 | [Asset analysis and recovery] Review Life Insurer's motions for summary Judgment and comment to counsel regarding same. | 0.80 | 212.00 | MME |
| | [Asset disposition] Emails from and to counsel for Amerisave regarding further revisions to the Motion for stay relief to commence foreclosure proceeding on the Price residence and possibly having counsel for SEC review the final revision before filing (.2). | 0.20 | 53.00 | KDM |
| | [Asset analysis and recovery] (Life Insurance Actions) Review Household Life's Motion for Summary Judgment, Brief in Support of | 1.10 | 291.50 | KDM |

Motion, and Statement of Undisputed Material
Facts (1.1).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (2012 D&O Action)  Exchange emails with team members regarding the latest revisions to the Complaint against the 2012 directors and officers of MCBI and additional investigation to be done to further develop the facts in support of Receiver's claims (.2); review latest revision to the Complaint and strategize with team members regarding the Receiver's Claims (.9); review special insurance counsel's analysis of certain coverage issues related to claims alleged in Complaint, strategize with team members regarding that analysis, and exchange emails with special insurance counsel regarding revisions being made to Complaint pursuant to analysis (.4); receive report from G. Giberson regarding his interviews of certain directors of MCBI and MB&T, facts to add to the Complaint, additional directors to interview, and strategy for conducting those interviews (.4). | 1.90 | 503.50 | KDM |
| [Asset analysis and recovery] (Scan Action) Review and revise first draft of Response to the individual defendants' latest filing (D.E. 20) arguing that the Receiver's alleged service of process was improper and coordinate various revisions to the draft (.8); follow up on obtaining an affidavit from Guatemala counsel regarding the propriety of our service of process (.1). | 0.90 | 238.50 | KDM |
| [Asset analysis and recovery] Prepare Certificates of Interested Persons and Corporate Disclosures in the Osama Lwis, Timothy Cannady and Justin Zegalia matter for attorney K. Murena's review. | 0.90 | 67.50 | pl |
| [Asset analysis and recovery] Prepare Certificate of Interested Persons and Corporate Disclosures  in the Nelson Mullin's matter for attorney K. Murena's review. | 0.30 | 22.50 | pl |

counsel regarding litigation and preparation
for strategies for filing complaints

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (Nelson Mullins) Attention to scheduling of Rule 26 Conference. | 0.10 | 26.50 | GFG |
| [Asset disposition] Email from counsel for Amerisave forwarding latest draft of Motion for stay relief to permit Amerisave to foreclose on the Price residence, review the Motion, and send email to counsel conveying the Receiver's consent to the relief requested therein (.2). | 0.20 | 53.00 | KDM |
| [Asset analysis and recovery] (Osama Action) Review and revise Certificate of Interested Parties and coordinate filing it with the Court (.2). | 0.20 | 53.00 | KDM |
| [Asset analysis and recovery] (Zegalia Action) Review and revise Certificate of Interested Parties and coordinate filing it with the Court (.2). | 0.20 | 53.00 | KDM |
| [Asset analysis and recovery] (Cannady Action) Review and revise Certificate of Interested Parties and coordinate filing it with the Court (.2); review Bankruptcy Court's Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines and coordinate calendaring of all deadlines applicable to creditors and downloading Bankruptcy Petition and Schedules (.2); work on determining if it is a no asset Bankruptcy case (.1); discuss with the Receiver the Bankruptcy case, whether the Receiver's claim against debtor is dischargeable debt, and whether a claim can be filed for that claim (.2). | 0.70 | 185.50 | KDM |
| [Asset analysis and recovery] (Malpractice Action)  Review and revise Certificate of Interested Parties and coordinate filing it with the Court (.2). | 0.20 | 53.00 | KDM |
| [Asset analysis and recovery] (SCAN Action) Strategize with A. Fernandez regarding | 0.50 | 132.50 | KDM |

revisions to be made to the Receiver's response to the individual defendants' recent court filing (.3); begin reviewing and revising Response (.2).

| | | | | |
|---|---|---|---|---|
| | [Asset analysis and recovery] (General)  Meet with Receiver regarding status of all pending litigation matters, preparation of certain Complaints against third parties, preparation of discovery requests in pending matters, and work on formulating strategy for each matter (.3). | 0.30 | 79.50 | KDM |
| | [Asset analysis and recovery] (Bond) Receive update regarding communications with counsel for St. Paul Mercury related to the production of documents pursuant to the Court's Order and assist with gathering and preparing production (.5). | 0.50 | 132.50 | KDM |
| | [Asset analysis and recovery] SCAN: Conference with K. Murena regarding revisions to response to docket entry 20 (0.2); revise response to docket entry 20. (.3). | 0.50 | 75.00 | AF |
| Jan-26-15 | [Asset analysis and recovery] Review status and strategy with counsel. | 0.70 | 185.50 | MME |
| | [Asset analysis and recovery] (SCAN action) Review and revise second draft of Response to Docket Entry 20 filed by individual defendants and coordinate further revisions (.9); review and revise proposed Declaration of Guatemalan counsel in support of Response and coordinate further revisions, confirming certain facts related to the service of process on Defendants, and obtaining copies of the applicable law in Guatemala to attach to the Response (.4); receive update from A. Fernandez regarding the circumstances surrounding the service of process on defendants, the applicable law and the explanation to be included in Guatemalan counsel's Declaration and the Response and coordinate revising the Response and Declaration (.3). | 1.60 | 424.00 | KDM |

|  | [Business operations] Discuss with Receiver utility invoice for Longboat Key property and coordinate confirming utility company's receipt of payment (.2). | 0.20 | 53.00 | KDM |
|---|---|---|---|---|
|  | [Case administration] Coordinate updating tracking chart of all pending and potential litigation matters and review updated chart in preparation for meeting with Receiver and team members (.3); meet with Receiver and team members to discuss the status and work to be done in each pending  and potential litigation matter (.7); review and revise first complete draft of Receiver's 10th Status Report (4.5). | 5.50 | 1,457.50 | KDM |
|  | [Asset analysis and recovery] (No charge) Review Order Appointing Receiver, 1st and 9th Status Reports. | 3.50 | 0.00 | BAJ |
|  | [Asset analysis and recovery] (St. Paul) (No charge) Confer with co-counsel regarding background of case, parties, status of related litigation, and Court's Order of 12/30/14 in St Paul v. MBT, MDamian, et al. | 1.20 | 0.00 | BAJ |
|  | [Asset analysis and recovery] SCAN: research regarding Article 37 (0.4); email to Jeannette Arango regarding Article 37 (0.1); research regarding motion to dismiss or response to order to show cause (0.8); revise response to docket entry 20 (0.8); draft declaration of Jeannette Arango (0.6); revise declaration of Jeannette Arango (0.3); phone calls to Jeannette Arango regarding service of defendants (0.2); emails to and from Jeannette Arango regarding service (0.1); phone conference with Jeannette Arango regarding service of defendants (0.4); email to Jeannette Arango regarding defendants being on notice of complaint (0.1). | 3.80 | 570.00 | AF |
| Jan-27-15 | [Asset analysis and recovery] Review and revise draft revised complaint (.5); meet with counsel regarding same (.3); telephone conference with counsel and insurance counsel regarding pending issues (.5). | 1.30 | 344.50 | MME |

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (FDIC/All insurance issues) Telephone conference and emails with insurance counsel regarding update (.2); telephone conference with Receiver and counsel regarding strategy (.5) | 0.70 | 185.50 | GFG |
| [Asset analysis and recovery] (D&O/Auditor) Telephone conference with counsel for Defendants regarding acceptance of service (.3); attention to preparation of waiver of service documents (.3). | 0.60 | 159.00 | GFG |
| [Asset analysis and recovery] (Nelson Mullins) Review Defendants' pleadings, prepare for and attend telephone conference with Defendant's counsel (1.0); draft Rule 26 Conference Status report and proposed order (.8). | 1.80 | 477.00 | GFG |
| [Asset analysis and recovery] (Bond) Exchange emails with special insurance counsel regarding [REDACTED] and related matters and strategize with team members regarding same (.3). | 0.30 | 79.50 | KDM |
| [Asset analysis and recovery] Meetings with Receiver and G. Giberson regarding the Receiver's claim against the bond and strategy for pursuing bond claim [REDACTED] continuing negotiations with St. Paul Mercury regarding our claims the bond (.5); strategize regarding the Receiver's claims against certain financial institutions (.3); review email from counsel for FDIC-R providing his client's response to our proposal for resolving certain issues related to insurance policies and the bond and discuss with the Receiver and team members (.3); exchange emails with special insurance counsel regarding scheduling a call to discuss various issues related to the Receivers' claims against insurance policies and the bond and the Life Insurance Companies's Motion to Dismiss and the preparation of the Receiver's response thereto (.1); teleconference with Receiver, G. Giberson, and special insurance counsel regarding same (.5). | 1.70 | 450.50 | KDM |

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (SCAN action) Review and make final revisions to third draft of Response to Archila and Garcia's Docket Entry 20 and coordinate making final revisions (.4); review and make final revisions to Declaration of Guatemalan counsel in support of Response and coordinate making final revisions and having counsel execute it (.3); review final version of Declaration executed by Guatemala counsel and review and approve final revised version of the Response and coordinate filing them with the Court (.2). | 0.90 | 238.50 | KDM |
| [Asset analysis and recovery] (Clawback Actions) Review Bankruptcy Petition and Schedules filed by Tim Cannady commencing his bankruptcy case and staying the Receiver's fraudulent transfer action, discuss with Receiver and team members the effect of the bankruptcy on that action and whether the Receiver's claims are dischargeable under the bankruptcy code (.5); coordinate preparation of Suggestion of Bankruptcy to be filed in the action against Cannady (.1). | 0.60 | 159.00 | KDM |
| [Asset analysis and recovery] (2010 D&O and Auditor Action) (No charge) Review Notices of Court's approval of Applications to appear pro hac vice. | 0.10 | 0.00 | KDM |
| [Asset analysis and recovery] (Malpractice Action) (No charge) Review Notices of Court's approval of Applications to appear pro hac vice. | 0.10 | 0.00 | KDM |
| [Business operations] Review tax documents prepared by tax consultant related to 1099s to be issued by the Estate, have Receiver review and execute them, and coordinate sending them out (.2). | 0.20 | 53.00 | KDM |
| [Case administration] Finish reviewing and revising the Receiver's 10th Status Report (4.2); coordinate inserting certain dates, docket entry numbers, and other information into the Report (.2); coordinate and provide information to assist with preparation of Exhibits to report (.4). | 4.80 | 1,272.00 | KDM |

| | | | | |
|---|---|---|---|---|
| | [Asset analysis and recovery] (St. Paul) (No charge) Meet with co-counsel to discuss decision regarding appeal ECF No. 58 in St. Paul, FDIC and Receiver. | 0.30 | 0.00 | BAJ |
| | [Asset analysis and recovery] (St. Paul) (No charge) Review Judge Batten's Order of 12/30/14 in St. Paul, FDIC and Receiver. | 1.00 | 0.00 | BAJ |
| | [Asset analysis and recovery] (Nelson Mullins) (No charge) Review complaint, answer, review attachments to complaint (offering memorandum, Douglas Chandler expert affidavit), attachment to answer. | 3.00 | 0.00 | BAJ |
| | [Asset analysis and recovery] (Nelson Mullins) (No charge) Research on claims against lawyers advising purchase of assets, receivership authority, etc. for purpose of preparing discovery. | 1.30 | 0.00 | BAJ |
| | [Asset analysis and recovery] SCAN: Review email from Jeannette Arango containing Guatemalan law for response to Docket Entry 20 (0.2); continue to revise response to docket entry 20. (1.2); translate Guatemalan statutes into English to attach to response (0.3); continue to revise declaration of Jeannette Arango (0.2); email to Jeannette Arango declaration to review and approve, and response to docket entry 20 to review (0.1). | 2.00 | 300.00 | AF |
| | [Asset analysis and recovery] SCAN: Review comments made to declaration by Jeannette Arango (0.1); revise declaration based on Jeannette Arango's comments (0.2); email to Jeannette Arango revised declaration for review and approval (0.1); review email from Jeannette Arango containing comments to response to Docket Entry 20. (0.2). | 0.60 | 90.00 | AF |
| | [Asset analysis and recovery] Prepare waiver of Service for individuals in the D&O and auditors action for attorney G. Giberson's review. | 0.60 | 45.00 | pl |
| Jan-28-15 | [Case administration] Review and revise tenth | 1.40 | 371.00 | MME |

status report (1.0); update with counsel
regarding status and strategy for Bond
litigation (.4).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (FDIC/Insurance) Emails with insurance counsel, conferences with counsel regarding FDIC position and strategy and related issues. | 0.40 | 106.00 | GFG |
| [Asset analysis and recovery] Extended conference with Josh Katz regarding potential claims against third parties (1.2); review documents produced to counsel (1.0); emails and telephone conference with paralegal regarding technical issues with documents produced (.2). | 2.40 | 636.00 | GFG |
| [Asset disposition] Discuss with Receiver the status of marketing the Longboat Key property for sale and the deadline to enter into a sales contract before the Estate must release the property to the FDIC-R to foreclose on it, and discuss the payment for the A/C repair (.1); follow up with realtor regarding the status of his efforts to market the Longboat Key property for sale (.1); exchange emails with counsel for Amerisave regarding the filing of the Motion for stay relief to proceed with the foreclosure proceeding against the Price residence (.1). | 0.30 | 79.50 | KDM |
| [Asset analysis and recovery] (Clawback Actions) Review and revise Notice of Bankruptcy Filing and Automatic Stay and coordinate filing it in the clawback action against Cannady (.2); review Clerk Office's approval of pro hac vice applications for action against Zegalia (.1); receive invoice for process server for Complaint against Zegalia and coordinate payment and obtaining quote from private investigator to located Zegalia (.2). | 0.50 | 132.50 | KDM |
| [Asset analysis and recovery] (SCAN Action) Make final revisions to the Response to Docket Entry 20 filed by individual defendants (.3); work with A. Fernandez on compiling, revising and finalizing the multiple exhibits to | 1.50 | 397.50 | KDM |

the Response, review all exhibits, and strategize regarding further revisions necessary to certain Exhibits (1.1); coordinate filing the Response with the Court and serving it on all parties and Guatemala counsel for individual defendants (.1).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (Life Insurance Actions)   Emails with special insurance counsel regarding arguments to be made in Response to Motion for Summary Judgment and expert affidavit to be submitted in opposition to that Motion and strategize with team members regarding same (.3); review Motions to Seal Documents and Orders granting those Motions, and Notice from the Court regarding sealed deposition of Receiver (.1). | 0.40 | 106.00 | KDM |
| [Asset analysis and recovery] (Bond) Receive report from G. Giberson regarding his latest telephone call with counsel for FDIC-R regarding the FDIC-R's claim to the bond and [REDACTED] and related matters (.2); review certain provisions of the bond, applicable law and correspondence from counsel for St. Paul Mercury  (.4); meet and strategize with Receiver and G. Giberson regarding the foregoing matters and to formulate game plan for preserving and enforcing the Estate's rights under the bond (.5). | 1.10 | 291.50 | KDM |
| [Asset analysis and recovery] (2012 D&O Action) Receive update from G. Giberson regarding communications with certain witnesses regarding factual support for the Receiver's claims against the 2012 directors and officers of MCBI and strategize regarding revisions to be made to the Complaint (.4). | 0.40 | 106.00 | KDM |
| [Case administration] Continue working on preparing Exhibits to the Receiver's 10th Status Report and have the spreadsheets for receipts and disbursements updated (.4); coordinate and follow up on filling in various dates and amounts in the Status Report and presenting the complete draft of the Status | 0.70 | 185.50 | KDM |

Report and Exhibits to the Receiver for review (.3).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (2012 D&O action) (No charge) Review draft complaint, review materials in related cases, suggest edits to co-counsel. | 3.00 | 0.00 | BAJ |
| [Asset analysis and recovery] (2012 D&O action) (No charge) Confer with co-counsel regarding: draft complaint and distinction between losses from 2010 actions/omissions and 2012 aiding and abetting claims. | 0.70 | 0.00 | BAJ |
| [Asset analysis and recovery] (FDIC-R S.D. GA action) (No charge) Confer with co-counsel regarding FDIC position on a motion to reopen case and file amended complaint regarding St. Paul. | 0.50 | 0.00 | BAJ |
| [Asset analysis and recovery] SCAN: Revise response to docket entry 20 based on comments made by Jeannette Arango (0.6); continue to translate statutes and create exhibits to response (1.3). | 1.90 | 285.00 | AF |
| [Asset analysis and recovery] Prepare packages for waiver of service for individual defendants in the D&O auditor matter and send to attorney to have executed by each individual. | 1.50 | 112.50 | pl |

Jan-29-15

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] Confer with counsel regarding FDIC-R status concerning the agreement and pursuant of the bond. | 0.70 | 185.50 | MME |
| [Asset analysis and recovery] (FDIC Settlement/Bond) Telephone conference with FDIC's counsel regarding settlement and de novo action in S.D. Georgia, review de novo action documents. | 1.30 | 344.50 | GFG |
| [Asset analysis and recovery] (Bond) Review documents in production prepared by receivership administrator. | 0.40 | 106.00 | GFG |

| | | | |
|---|---|---|---|
| [Asset disposition] Email from realtor forwarding new cash offer to purchase the Longboat Key property, summarizing the realtor's communications with the buyer, and explaining certain terms that buyer added to the contract and review the cash offer/contract (.4); prepare and send email to realtor requesting clarification regarding certain terms of the offer and requesting input regarding making a counteroffer (.1). | 0.50 | 132.50 | KDM |
| [Asset analysis and recovery] (Clawback Actions)  Review Notice from the Court regarding Certificate of Interested Parties in clawback action against Zegalia and follow up on status of service in Zegalia (.1). | 0.10 | 26.50 | KDM |
| [Asset analysis and recovery] (Lwis Action) Review Notice from the Court regarding Certificate of Interested Parties and follow up regarding filing of other appearance by Lwis (.1). | 0.10 | 26.50 | KDM |
| [Asset analysis and recovery] (2012 D&O Action)  Review latest draft of the Complaint against certain former 2012 directors and officers of MCBI, strategize with G. Giberson regarding the latest revisions made and information obtained from certain witnesses in support of Receiver's claim, and coordinate sending the latest draft to special insurance counsel to perform coverage analysis (.8); discuss with the Receiver the status of preparation of the Complaint and final revisions to be made (.3); telephone calls with team members regarding further revisions to be made to Complaint based on the analysis and input of another team member and discuss those revisions with Receiver (.6). | 1.70 | 450.50 | KDM |
| [Asset analysis and recovery] (Bond) Teleconference with Receiver regarding G. Giberson's recent call with counsel for FDIC-R regarding the status of the FDIC-R's consideration of the latest version of the global agreement, the FDIC-R's intentions regarding pursuing the bond, the Receiver's strategy for pursuing the bond and various legal issues | 0.70 | 185.50 | KDM |

related thereto, coordinating efforts to pursue the bond, and discussing the terms of a possible agreement to preserve certain rights of the Receiver, and strategize with team members regarding the foregoing issues (.7).

| | | | |
|---|---|---|---|
| [Case administration] Revise Receiver's 10th Status Report in accordance with Receiver's edits, make additional revisions to the Report and discuss with Receiver (1.2); revise certain Exhibits to the Report (.8); coordinate obtaining from Venezuela counsel an updated spreadsheet of receipts and disbursements of the trust account for the farm for purposes of attaching to the Report, review the spreadsheet and confirm total cash on hand in account, and follow up on having it translated into English (.4);  review and coordinate making revisions to translation of spreadsheet of receipts and disbursements in Venezuela counsel's trust account (.3); make further revisions to the other Exhibits to the Report based on new information obtained (.2); further revise the Report based on revisions to the Exhibits and the new Exhibit to be added (.8). | 3.70 | 980.50 | KDM |
| [Asset analysis and recovery] (FDIC-R S. D. GA action) (No charge) Research regarding status of FDIC as co-insured under policy issued by St. Paul. | 0.50 | 0.00 | BAJ |
| [Asset analysis and recovery] (FDIC-R S. D. GA action) (No charge) Work on relevant fact patterns (FDIC v. an insurer or insurer v. FDIC). | 1.20 | 0.00 | BAJ |
| [Asset analysis and recovery] (Bond action) (No charge) Review Order of Judge Batten ECF No. 4 dismissing complaint, as background for framing claim against St. Paul in FDIC-R S.D. GA case. | 0.20 | 0.00 | BAJ |
| [Asset analysis and recovery] Correspondence with Venezuela counsel regarding farm costs. | 0.10 | 26.50 | MDV |
| [Asset analysis and recovery] Translate receipts and disbursements for the trust | 1.10 | 82.50 | pl |

account in Venezuela for purposes of using as an exhibit to the Receiver's 10th Status Report.

| | | | | |
|---|---|---|---|---|
| Jan-30-15 | [Case administration] Review revisions to status report (.4); meet with counsel regarding status and strategy for Insurance matters (.3). | 0.70 | 185.50 | MME |
| | [Asset analysis and recovery] (2012 D&O Lawsuit) Review research file on [REDACTED] emails and telephone conference with insurance counsel regarding claims and strategy, review email summary prepared by counsel (Cary Steklof). | 1.80 | 477.00 | GFG |
| | [Asset disposition] Multiple emails with realtor and real estate counsel regarding certain terms of the latest cash offer/contract to purchase the Longboat Key property, coordinate having real estate counsel calculate closing costs for the Receiver and the Buyer for purposes of negotiating certain proposed terms, coordinate having realtor contact Buyer to clarify certain terms of the contract, and strategize regarding negotiations and whether to counter or accept the amount offered (.4). | 0.40 | 106.00 | KDM |
| | [Asset analysis and recovery] (2012 D&O Action)  Review and revise latest revision to the Complaint and coordinate making further revisions and presenting to the Receiver for review (.7); emails from and to special insurance counsel regarding the Complaint and certain allegations therein and coverage issues, discuss with team members, and coordinate conference call to discuss possible revisions to the Complaint (.3); conference call with special insurance counsel and G. Giberson regarding the foregoing issues and strategize regarding revisions to be made to the Complaint (.7); discuss with Receiver special insurance counsel's recommendations regarding the claims alleged and to be alleged in the Complaint and the research to be done to support one of those claims (.3); coordinate research by M. Spencer of issue related to one of the Receiver's claims against the directors and officers of MCBI, review initial research findings, strategize regarding one court's | 2.50 | 662.50 | KDM |

holding, and coordinate further research (.3);
email from special insurance counsel
regarding its analysis and recommendations
for revising the Complaint and the claims to be
alleged and strategize with team members (.2).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (Bond)  Review numerous documents to be produced to St. Paul Mercury in response to its requests for documents for its investigation of the Receiver's claim to confirm that the documents are responsive and not privileged (1.9). | 1.90 | 503.50 | KDM |
| [Asset analysis and recovery] (Clawback Actions) Review Order directing Clerk to close action against T. Cannady for statistical purposes without prejudice to the rights to the parties and discuss with team members (.2). | 0.20 | 53.00 | KDM |
| [Case administration] Revise the Receiver's 10th Status Report to reflect the continued preparation of the 2012 D&O Complaint, update the reported amounts in the Estate's trust accounts based on the updated receipts and disbursements reports, discuss with the Receiver certain language in the Report regarding the account balances and cash on hand, and make final revisions to the Report (1.2); assist with making final revisions to and translation of the reconciliation of receipts and disbursements in Venezuela trust account, review translated reconciliation with Receiver and discuss certain redactions to be made, coordinate having those redactions made and incorporating it into existing Exhibit for Receiver's trust account reconciliation (.5); finalize and coordinate filing of Report and all Exhibits (.2). | 1.90 | 503.50 | KDM |
| [Asset analysis and recovery] (2012 D&O action) Research regarding Georgia caselaw on [REDACTED]. | 1.20 | 318.00 | BAJ |
| [Asset analysis and recovery] (2012 D&O action) Conference with co-counsel regarding [REDACTED] claims against [REDACTED]. | 0.70 | 185.50 | BAJ |

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] [2012 D&O action] Review [REDACTED] under Georgia law. | 1.40 | 371.00 | BAJ |
| [Asset analysis and recovery] (2012 D&O action) (no charge) Review deposition transcripts to determine additional specific acts by Defendants (read: Aubrey Lee Price, Keith McSwain, Dan McSwain, Carolyn Walker). | 2.00 | 0.00 | BAJ |
| [Asset analysis and recovery] (Nelson Mullins) Confer with co-counsel regarding confidentiality order so that we can produce entire file and protect investors' financial information from public disclosure, obtain recent confidentiality order issued by Judge Batten. | 0.40 | 106.00 | BAJ |
| [Asset analysis and recovery] Finalize translation of receipts and disbursements for the trust account in Venezuela for purposes of using as an exhibit to the Receiver's 10th Status Report. | 0.70 | 52.50 | pl |
| [Asset analysis and recovery] (No charge) Assist K. Murena in finalizing exhibits to the Receiver's Tenth Status Report and file electronically. | 2.00 | 0.00 | pl |

HOUR TOTALS:                    478.70            $108,902.00

**ATTORNEY/PARALEGAL SUMMARY**

| NAME | INTIALS | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Melanie E. Damian | MME | 55.10 | $265.00 | $14,018.50 |
| Peter F. Valori | PFV | 1.70 | $265.00 | $450.50 |
| Guy F. Giberson | GFG | 106.40 | $265.00 | $28,090.00 |
| Kenneth D. Murena | KDM | 204.10 | $265.00 | $51,224.50 |
| Barbara A. Junge | BAJ | 22.10 | $265.00 | $980.50 |

| | | | | |
|---|---|---|---|---|
| Casandra Perez Murena | CP | 30.10 | $265.00 | $7,976.50 |
| Melissa Damian Visconti | MDV | 3.10 | $265.00 | $821.50 |
| Amanda Fernandez | AF | 27.00 | $150.00 | $3,330.00 |
| Mary Claire Espenkotter | MCE | 1.30 | $225.00 | $292.50 |
| Melanie J. Spencer | MJS | 5.10 | $150.00 | $720.00 |
| Paralegal | pl | 22.70 | $75.00 | $997.50 |

**DISBURSEMENTS**

| | | |
|---|---|---|
| Nov-25-14 | Mediation Fee:  (Life Insurance action) Jams. Inc. - Hon. Scott Silverman | 175.00 |
| Nov-30-14 | Travel Expense to Interview A.L. Price GFG 7/30/14-8/1/14 | 596.14 |
| Dec-26-14 | Webpage design, renewal and hosting | 19.50 |
| Jan-04-15 | Mediation Fee:  Life Insurance Action | 1,125.00 |
| Jan-15-15 | FedEx Shipment (Genworth action) Law Dept. Genworth Life Insurance 1/12/15 | 21.62 |
| Nov-30-14 | Photocopies  394 @ 0.12 | 47.28 |
| Jan-31-15 | Photocopies  3884 @ 0.12 | 466.08 |
| Nov-13-14 | Postage  3 @ 0.48 | 1.44 |
| Dec-03-14 | Postage  2 @ 0.90 | 1.80 |
| Jan-13-15 | Postage  1 @ 1.82 | 1.82 |
| Jan-14-15 | Postage  2 @ 0.48 | 0.96 |
| Jan-20-15 | Postage  2 @ 1.98 SCAN | 3.96 |
| Jan-28-15 | Postage  1 @ 0.48 | 0.48 |
| | Postage  1 @ 0.69 | 0.69 |
| | Postage  9 @ 0.48 | 4.32 |
| | Postage  2 @ 5.83 SCAN | 11.66 |
| Nov-30-14 | Filing Fee: Damian v. Zegalia | 400.00 |
| Dec-31-14 | Filing Fee : Damian v. Thomas Peterson et al. (Auditors) | 400.00 |
| Jan-30-15 | Filing Fee : Pro hac Vice KDM Damian v. Nelson Mullins | 150.00 |
| | Filing Fee : Pro hac Vice KDM Damian v. Justin Zegalia | 150.00 |
| | Filing Fee : Pro hac Vice KDM Damian v. Thomas Peterson | 150.00 |
| Nov-21-14 | FedEx Shipment  Bill Wood 11/13/14 | 42.07 |

|  |  |  |
|---|---|---:|
|  | FedEx Shipment Bullseye Protective Service (Damian v. Cannady) 11/20/14 | 14.77 |
|  | FedEx Shipment Anita Evans (Damian v. Zegalia) 11/24/14 | 23.39 |
| Jan-15-15 | FedEx Shipment Greg Oglesby 1/20/15 | 44.94 |
|  | FedEx Shipment Greg Oglesby 1/20/15 | 55.93 |
|  | FedEx Shipment (D&O Auditor) Andrew Summer 1/28/15 | 18.68 |
|  | FedEx Shipment (D&O Auditor) Andrew Summer 1/28/15 | 22.59 |
|  | FedEx Shipment (D&O Auditor) Andrew Summer 1/28/15 | 22.59 |
|  | FedEx Shipment (D&O Auditor) Andrew Summer 1/28/15 | 22.59 |
|  | FedEx Shipment (D&O Auditor) Andrew Summer 1/28/15 | 22.59 |
| Nov-19-14 | Service Fee: Process of Service of the Complaint against Tim Cannady | 85.00 |
| Nov-21-14 | Service Fee: Damian v. Zegalia for Service on Justin Zegalia | 60.00 |
| Jan-15-15 | Service Fee: Damian v. Thomas A. Peterson Complaint | 150.00 |
| Jan-30-15 | Service Fee : Justin Zegalia 1/16/15 | 95.00 |
| Dec-31-14 | Lexis Nexis Accurint Research (Justin Zegalia) | 4.00 |
|  | Lexis Nexis Accurint Research (Thomas Peterson) | 8.00 |
| Jan-31-15 | Data Asset Research of Potential Fraudulant TransfereesData Asset Research of Potential Fraudulent Transferees Zeglia | 4.00 |
|  | Data Asset Research of Potential Fraudulant TransfereesData Asset Research of Potential Fraudulent Transferees Brenda Zegalia | 4.00 |
|  | Data Asset Research of Potential Fraudulant TransfereesData Asset Research of Potential Fraudulent Transferees Justin Zeglia | 4.00 |
|  | Data Asset Research of Potential Fraudulant TransfereesData Asset Research of Potential Fraudulent Transferees Bethany Lukehart | 24.00 |
|  | Data Asset Research of Potential Fraudulant TransfereesData Asset Research of Potential Fraudulent Transferees Jeffrey Groth | 4.00 |

|  |  |  |
|---|---|---:|
| Totals |  | $4,459.89 |

|  |  |
|---|---:|
| **Total Fee & Disbursements** | **$113,361.89** |
| Previous Balance | 828,544.89 |

**Balance Now Due**                                    **$941,906.78**
                                        **Terms: Balance Due Upon Receipt**


Payments received after the billing date of   Jan 31/15may not be included on this statement.


TAX ID Number       20-1324240

**Integro Advisers Inc.**

200 South Biscayne Blvd.
6th Floor
Miami, FL 33131

Phone #    305-374-5710
Fax #       305-374-5718
www.integro-advisers.com

# Invoice

| | |
|---|---|
| Date | 2/18/2015 |
| Invoice # | 2015-11 |
| Terms | Due on receipt |

| Bill To |
|---|
| Damian & Valori LLP<br>Melanie Damian<br>1000 Brickell Avenue<br>Suite 1020<br>Miami, FL 33131 |

| Project |
|---|
| 450-12-01 |

| Date | Description | Qty | Price | Amount |
|---|---|---|---|---|
| | RE: Aubrey Lee Price | | | |
| 11/1/14 - 1/31/15 | Asset Recovery efforts (Guatemala) coordination, communication with client, etc. | 4 | 200.00 | 800.00 |

Please remit payment to address noted above.

| **Total** | **$800.00** |
|---|---|