**Petitt Worrell Craine Wolfe LLC**
One Urban Centre, Suite 475
4830 West Kennedy Boulevard
Tampa, FL 33609-2599 USA

Ph:813-443-5345    Fax:813-443-8331

Melanie Damian
1000 Brickell Avenue
Suite 1020
Miami, FL
33131 USA

February 20, 2015

File #:  0430
Inv #:   6221

**Attention:**

**RE:** Securities & Exchange Commission v. Price, et al.

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Nov-04-14 | [CASE ADMINISTRATION] Review email from opposing counsel regarding depositions (.1); Review Protective Life Insurance Company's Amended Notice to Take Deposition of Melanie Damian (.3); Review Household Life Insurance Company's Amended Notice to Take Deposition of Melanie Damian (.3); Review Genworth Life Insurance Copmany's Cross-Notice to Take Deposition (.3). | 1.00 | 265.00 | AEW |
| Nov-11-14 | [CASE ADMINISTRATION] Review Motion for Extension of Time for Plaintiff to Serve Compalint on Osama Lwis (.3); Review draft Order (.1); Review signed Order (.1); Review Unopposed Motion to Approve Partial Settlement between Receiver and FDIC (.9); Review executed partial Settlement Agreement and attachment (1.0); Review draft Order (.2). | 2.60 | 689.00 | AEW |
| Nov-12-14 | [CASE ADMINISTRATION] Review Complaint and Summons against Jason Zegalia | 1.00 | 265.00 | AEW |

EXHIBIT D

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | [CASE ADMINISTRATION] File Compliant in Northern District of Georgia Court regarding new case Damian v. Justin Zegalia | 0.70 | 52.50 | KR |
| Nov-13-14 | [CASE ADMINISTRATION] Review Order Granting Unopposed Motion to Approve Partial Settlement | 0.10 | 26.50 | AEW |
| Nov-19-14 | [CASE ADMINISTRATION] Review Proof of Service for Scan International (.1); Review return of Service for Edgar Stuardo (.1); Review Summons for Justin Zegalia (.1); Review Household Life Insurance Company's Supplemental Production (.8); Review Household Life Insurance Company's Priviledge Log (.3); Review Protective Life Insurance Company's Supplemental Production (3.5); Review Price's Priviledge Log (.2). | 5.10 | 1,351.50 | AEW |
| | [ASSET DISPOSITION] Telephone conference with Eugen Aldea regarding proffered contract for Long Boat Key bank site (.2); receive, review and consider contract (.5); exchange multiple e-mails authorizing Receiver's execution, terms of revised agreement with FDIC, and request for certified copy of Court order authorizing sale (.3). | 1.00 | 265.00 | RMB |
| Nov-20-14 | [CASE ADMINISTRATION] Review memo from St. Paul Mercury to Leave the Stay applied to other issues (.4); Review memo to object to the Stay being applied to OCGA 33-4-6 (.4). | 0.80 | 212.00 | AEW |
| Nov-24-14 | [CASE ADMINISTRATION] Review lengthy email from Lisa Balkin regarding the scheduling of mediation | 0.20 | 53.00 | AEW |
| | [ASSET DISPOSITION] Exchange multiple e-mails regarding proper execution of contract for Longboat Key property; confirm receipt of deposit check from buyer and update client; request title company update of prior 2013 title commitment. | 0.60 | 159.00 | RMB |
| Nov-25-14 | [ASSET DISPOSITION] Exchange e-mail with Kenneth Murena regarding FDIC payoff letter, escrow and terms of revised agreement | 0.30 | 79.50 | RMB |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | with FDIC; considerations related to closing procedures related to same. | | | |
| Nov-26-14 | [CASE ADMINISTRATION] Review email from the court regarding Notice of Videotape Depositions of Genworth, Protective Life and Household Life Insurance Companies (.1); Review associated Notices for Genworth, Protective and Household Life Insurance Companies (.3); Review translated Answer to Redocketed Complaint by Edgar Stuardo and attachments (1.0); Review Mediation scheduling and other documentation (.2); Review email from Drew Kitchen objecting to video deposition and transcript of the court (.3); Review courts response to memo relating to whether the Stay can be applied to OCGA 33-4-6 (.2); Review Motion for Extension of Time on Ronaldo Enrique (.2); Review Proposed Order (.1). | 2.20 | 583.00 | AEW |
| Nov-28-14 | [CASE ADMINISTRATION] Review lengthy email from Raul Cuervo regarding Notices of Deposition (.3); Review email from Jason Mazer regarding erroneously serving Rule 30 b6 Notices (.1). | 0.40 | 106.00 | AEW |
| Dec-09-14 | [CASE ADMINISTRATION] Review reply Brief in Support of FDIC-R Motion to Dismiss PFGBI Receiver's Counterclaim and exhibits (.5); Review Affidavit of Service for Tim Cannady (.1). | 0.60 | 159.00 | AEW |
| | [ASSET DISPOSITION] Exchange e-mails with broker regarding expiration of due diligence for Long Boat property; review contract and confirm same. | 0.20 | 53.00 | RMB |
| Dec-10-14 | [CASE ADMINISTRATION] Review email from Judith Pacheco regarding various notices (.1); Review Notices for Deposition for Genworth, Household Life and Protective (.2). | 0.30 | 79.50 | AEW |
| Dec-11-14 | [CASE ADMINISTRATION] Review Protective Life's, Household Life's & Genworth's Objections to Receiver's 8th and 9th Interim Applications for Order (.4); Review Genworth's Amended Cross Notice of Taking Melanie Damian's Deposition (.1). | 0.50 | 132.50 | AEW |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Dec-16-14 | [ASSET DISPOSITION] Exchange e-mails with Kenneth Murena and real estate broker regarding due diligence objection to A/C. | 0.20 | 53.00 | RMB |
| Dec-17-14 | [ASSET DISPOSITION] Exchange e-mails regarding request for preparation of cancellation and release agreement; confirm trust account and make request for return of deposit; review realtor form regarding same and approve for execution. | 0.40 | 106.00 | RMB |
| Dec-18-14 | [CASE ADMINISTRATION] Review Order Granting second Motion for Enlargement of Time for Plaintiff to Serve Complaint on Defendant Osama Lwis (.1); Review Joint Supplemental Statement of Stipultated Facts (.3). | 0.40 | 106.00 | AEW |
| Dec-19-14 | [ASSET DISPOSITION] Receive and review agreement for cancellation of contract; initiate return of deposit; conference with and direction to Cindy Glaros regarding title commitment. | 0.30 | 79.50 | RMB |
| Dec-23-14 | [CASE ADMINISTRATION] Review Motion for Settlement (.4); Review Proposed Order (.1); Review exhibit Settlement Agreement (.3). | 0.80 | 212.00 | AEW |
| Dec-24-14 | [CASE ADMINISTRATION] Review Order Granting Approval of Settlement (.1); Review Protective Life Insurance Company's Objections to the Receiver's Motion to Approve Settlement and Release Agreement with Genworth (.4). | 0.50 | 132.50 | AEW |
| Dec-31-14 | [CASE ADMINISTRATION] Review Order Granting Defendant's Motion to Dismiss (.1); Review lengthy Order Granting FDIC Motion to Dismiss (.8). | 0.90 | 238.50 | AEW |
| | [CASE ADMINISTRATION] Review of Complaint and make revisions. | 1.20 | 318.00 | MSR |
| | [CASE ADMINISTRATION] File new Complaint for Damian v. Thomas Peterson et.al. | 0.50 | 132.50 | KR |
| Jan-08-15 | [CASE ADMINISTRATION] Review summons for Nicki Eason | 0.10 | 26.50 | AEW |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Jan-09-15 | [CASE ADMINISTRATION] Review Waiver of Service for J. Brennan Ryan; Jason Wolfersberger and Nelson Mullins | 0.20 | 53.00 | AEW |
| Jan-13-15 | [CASE ADMINISTRATION] Review Court Order regarding Certificate of Interested Persons (.2); Email to Kenneth Murena to make sure he is filing the appropriate documents (.1); Review Notice of Filing Proof of Service (.1); Review Proof of Service (.1); Review Notice of Withdrawal of Receiver's Unopposed Motions (.1); Emails from and to co-counsel regarding the Joint Scheduling Report (.1). | 0.70 | 185.50 | AEW |
| Jan-15-15 | [CASE ADMINISTRATION] Review Receiver's Unoppossed Motion to Approve Production of Documents to St. Paul (.2); Review Proposed Order (.1); Review Affidavit of Service as to Osama Lwis (.1). | 0.40 | 106.00 | AEW |
| Jan-20-15 | [CASE ADMINISTRATION] Review Pro Hac Vice Application for Kenneth D. Murena in the Zegalia case (.1); Review Pro Hac Vice Application for Guy Giberson and Kenneth D. Murena in the Thomas Peterson case (.1); Review Pro Hac Vice Application for Kenneth D. Murena in the Cannady case (.1); Review Motion to Seal (.3); Review Proposed Order (.1); Review Notice of Filing Statement of Undiputed Facts in Support of Receiver's Motion for Summary Judgment and exhibits (.5); Review new Complaint and make corrections (.9); Email to Guy Giberson regarding missing information and allegations in the Complaint (.2). | 2.30 | 609.50 | AEW |
| | [CASE ADMINISTRATION]: File Application for Pro Hac Vice for Kenneth Dante Murena in Damian v. Thomas Peterson et. al. | 0.20 | 15.00 | KR |
| | [CASE ADMINISTRATION]: File Application for Pro Hac Vice for Guy Giberson in Damian v. Thomas Peterson et. al. | 0.20 | 15.00 | KR |
| | [CASE ADMINISTRATION]: File Application for Pro Hac Vice for Kenneth Dante Murena in Damian v. Nelson Mullins | 0.20 | 15.00 | KR |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | [CASE ADMINISTRATION]: File Application for Pro Hac Vice for Kenneth Dante Murena in Damian v. Justin Zegalia | 0.20 | 15.00 | KR |
| | [CASE ADMINISTRATION]: Revise Pro Hac Vices for Kenneth Dante Murena and Guy Giberson in Damian v. Nelson Mullins | 0.20 | 15.00 | KR |
| Jan-21-15 | [CASE ADMINISTRATION] Review Order Staying Discovery until Court Rules on Motion to Strike for Scan International case (.1); Review Order Granring 239 Receiver's Unopposed Motion to Approve Production of Documents (.1); Review Protective Life's Brief in Support of Motion for Summary Judgment and several detailed exhibits (1.5); Review Protective Life Insurance's Motion for Summary Judgment (.3); Review email from Judge's clerk (.1); Review Notice of Filing Redacted documents (.1); Review exhbits (.3); Review Receiver's Motion for Summary Judgment (.5). | 3.10 | 821.50 | AEW |
| Jan-27-15 | [CASE ADMINISTRATION] Review Certificate of Interested Persons in the Osama Lwis case and exhbit (.2); Review Certificate of Interested Persons in the Justin Zagalia case and exhibits (.2)). | 0.40 | 106.00 | AEW |
| Jan-28-15 | [CASE ADMINISTRATION] Review Notice of Bankruptcy filing (.2); Review Order granting SEC's Motion to Seal (.1); Review SEC's Motion to Seal (.2); Review Order granting Intervenor's, Plaintiff's, Protective Life's, and Household Life's Joint Motion to File Under Seal the Deposition of Melanie Damian (.1). | 0.60 | 159.00 | AEW |
| Jan-30-15 | [CASE ADMINISTRATION] Review of Certificate of Interested Persons in Damian v. Nelson Mullins et. al.. | 0.20 | 53.00 | MSR |
| | [ASSET DISPOSITION] Receive, review and provide comments to Fernandez offer for Long Boat property; exchange multiple e-mails with Kenneth Murena and real estate broker regarding intent of addendum provisions and terms of contract offer; telephone conference with Kenneth Murena regarding same. | 0.90 | 238.50 | RMB |

| | | | | |
|---|---|---|---|---|
| | [CASE ADMINISTRATION] Revise and File Certificate of Interested Persons for Damian v. Nelson Mullins et. al. | 0.20 | 15.00 | KR |
| | Totals | 32.90 | $8,357.50 | |

## DISBURSEMENTS

| | | |
|---|---|---|
| Nov-12-14 | Copying  15 @ 0.15 | 2.25 |
| Dec-05-14 | Title Search fees - Woodberry Properties - Canceled | 150.00 |
| Dec-30-14 | Copying  18 @ 0.15 | 2.70 |
| Dec-31-14 | Postage  1 @ 0.48 | 0.48 |
| | Copying  50 @ 0.15 | 7.50 |
| Jan-19-15 | Copying  48 @ 0.15 | 7.20 |
| Jan-28-15 | Copying  4 @ 0.15 | 0.60 |
| Jan-30-15 | Copying  12 @ 0.15 | 1.80 |
| | Totals | $172.53 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$8,530.03** |
| Previous Balance | 69,426.33 |
| **Balance Now Due** | **$77,956.36** |

TAX ID Number     27-3424894

## TRUST STATEMENT

|            |                                                                                            | Disbursements | Receipts    |
|------------|--------------------------------------------------------------------------------------------|---------------|-------------|
| Nov-24-14  | Received From: Woodberry Properties LLC<br>Deposit                                         |               | 10,000.00   |
| Dec-19-14  | Paid To: Woodberyy Properties, LLC<br>Return of escrow deposit on Longboat Key<br>Property | 10,000.00     |             |
|            | Total Trust                                                                                | $10,000.00    | $10,000.00  |
|            | **Trust Balance**                                                                          |               | **$0.00**   |