# DE SOLA PATE & BROWN
ATTORNEYS & COUNSELORS
CARACAS, VENEZUELA

TEL: (58-212) 793-9898     FAX: (58-212) 793-9043

www.desolapate.com
dplaw@desolapate.com

STREET ADDRESS:

TORRE DOMUS, PISO 16
AV. ABRAHAM LINCOLN
SABANA GRANDE
CARACAS

MAILING ADDRESSES:

FROM OUTSIDE VENEZUELA

CCS-6818
P. O. BOX 025801
MIAMI, FL 33I02-5801

FROM INSIDE VENEZUELA

APARTADO 52I47
CARACAS I050-A

No. 3107-14
December 22, 2014

Melanie Damian, Esq., Receiver
c/o Damian & Valori
1000 Brickell Ave., Suite 1020
Miami, FL 33131

## DEBIT NOTE FOR PROFESSIONAL SERVICES

For professional services rendered Melanie Damian, Esq., as Receiver, during November 2014 in relation to the Venezuelan estate of Aubrey Lee Price, according to the attached detail.

    Total of these services      US$1,749.50

**Total of this Debit Note**      **US$1,749.50**

Please make payment by wire transfer to

    Account name:      De Sola Pate & Brown
    Account number:      3290213921
    Bank:      Citibank
    Address:      120 S. Biscayne Blvd., Miami, FL 33131
    ABA routing:      266086554
    SWIFT:      CITIUS33

Or by check payable to De Sola Pate & Brown, for deposit only to account no. 3290213921, and mailed to Citibank, 120 S. Biscayne Blvd., Miami, FL 33131.

# EXHIBIT E

No. 3107-14
December 22, 2014

Melanie Damian, Esq., Receiver

DEBIT NOTE FOR PROFESSIONAL SERVICES
**DETAIL OF SERVICES**

Hourly Billing Rate

| | | |
|---|---|---|
| J. R. Pate | (Consultant) | US$265/hour |
| A. Fernández C. | (Attorney) | US$200/hour |

| NOVEMBER | PERSON | HOURS | DESCRIPTION |
|---|---|---|---|
| 1 | AFC | .2 | **Asset Analysis and Recovery.** Exchange mails with Mr. Romero re the extension of the La Yaguarita farm. |
| 3 | JRP | .9 | **Asset Analysis and Recovery.** Continue working on a final version of the sorghum contract. Instruct Mr. Fernandez re this. |
| 3 | AFC | 1.0 | **Asset Analysis and Recovery.** Exchange mails with Mr. Bastidas re the sorghum lease matter. Call with Mr. Rodriguez. Discuss the lease contract with Mr. Pate. |
| 4 | JRP | .3 | **Asset Analysis and Recovery.** Discussions with Mr. Fernandez re a finalizing the contract with El Tunal. |
| 4 | AFC | .9 | **Asset Analysis and Recovery.** Exchange mails and call with Mr. Romero re the measurements taken at the farm. Call with Mr. Rodriguez. Exchange mails with Mr. Bastidas re the final version of the lease. |
| 5 | AFC | .4 | **Asset Analysis and Recovery.** Exchange mails with Ms. Visconti re the summons to be served on Mr. Lwis. |
| 7 | AFC | .3 | **Asset Analysis and Recovery.** Exchange mails with Mr. Bastidas re signing the lease and paying the first portion. |

| | | | |
|---|---|---|---|
| 8 | AFC | .2 | **Asset Analysis and Recovery.** Exchange mails and call with Mr. Rodriguez re the budget for the month. |
| 12 | AFC | .3 | **Asset Analysis and Recovery.** Exchange further mails with Mr. Bastidas re signing the lease and paying the first portion. |
| 13 | AFC | .4 | **Asset Analysis and Recovery.** Mails with Mr. Bastidas re signing the lease. |
| 14 | AFC | .4 | **Asset Analysis and Recovery.** Calls with Mr. Bastidas re the payment of the first portion of the lease. |
| 18 | AFC | .6 | **Asset Analysis and Recovery.** Exchange mails with Mr. Bastidas re details for the payment. Calls with Messrs. Rodriguez and De Lima re the sowing of the sorghum crop. |
| 19 | JRP | .3 | **Asset Analysis and Recovery.** Discuss with Mr. Fernandez re the instruction requested by El Tunal to pay the first part of the production contract to our firm, re the signing of the contract with El Tunal, service on Mr. Lwis and other matters. Sign the instruction letter to El Tunal. |
| 20 | AFC | .2 | **Asset Analysis and Recovery.** Review the mail and receipt from El Tunal re the payment of the first portion of the lease. |
| 21 | JRP | .3 | **Asset Analysis and Recovery.** Review with Mr. Fernandez the situation of funds to be received. |

| | | | |
|---|---|---|---|
| 21 | AFC | .3 | **Asset Analysis and Recovery.** Call with Mr. Rodriguez. Discuss with Mr. Pate the payment by El Tunal. |
| 23 | AFC | .1 | **Asset Analysis and Recovery.** Call with Mr. Rodriguez. |
| 24 | JRP | .5 | **Asset Analysis and Recovery.** Mail Ms. Damian re the matter of opening a separate trust account and re treasury management of funds being accumulated. |
| 25 | AFC | .2 | **Asset Analysis and Recovery.** Call with Mr. Rodriguez. |
| 28 | AFC | .2 | **Asset Analysis and Recovery.** Call with Mr. Rodriguez. |

# DE SOLA PATE & BROWN
ATTORNEYS & COUNSELORS
CARACAS, VENEZUELA

TEL: (58-212) 793-9898    FAX: (58-212) 793-9043

www.desolapate.com
dplaw@desolapate.com

STREET ADDRESS:

TORRE DOMUS, PISO 16
AV. ABRAHAM LINCOLN
SABANA GRANDE
CARACAS

MAILING ADDRESSES:

FROM OUTSIDE VENEZUELA

CCS-6818
P. O. BOX 025801
MIAMI, FL 33I02-5801

FROM INSIDE VENEZUELA

APARTADO 52I47
CARACAS I050-A

No. 2073-15
January 27, 2015

Melanie Damian, Esq., Receiver
c/o Damian & Valori
1000 Brickell Ave., Suite 1020
Miami, FL 33131

## DEBIT NOTE FOR PROFESSIONAL SERVICES

For professional services rendered Melanie Damian, Esq., as Receiver, during December 2014 in relation to the Venezuelan estate of Aubrey Lee Price, according to the attached detail.

| | |
|---|---|
| Total of these services | US$4,525.50 |
| **Total of this Debit Note** | **US$4,525.50** |

Please make payment by wire transfer to

| | |
|---|---|
| Account name: | De Sola Pate & Brown |
| Account number: | 3290213921 |
| Bank: | Citibank |
| Address: | 120 S. Biscayne Blvd., Miami, FL 33131 |
| ABA routing: | 266086554 |
| SWIFT: | CITIUS33 |

Or by check payable to De Sola Pate & Brown, for deposit only to account no. 3290213921, and mailed to Citibank, 120 S. Biscayne Blvd., Miami, FL 33131.

Melanie Damian, Esq., Receiver

DEBIT NOTE FOR PROFESSIONAL SERVICES
**DETAIL OF SERVICES**

Hourly Billing Rate

| | | |
|---|---|---|
| J. R. Pate | (Consultant) | US$265/hour |
| A. Fernández C. | (Attorney) | US$200/hour |

| DECEMBER | PERSON | HOURS | DESCRIPTION |
|---|---|---|---|
| 1 | AFC | .3 | **Asset Analysis and Recovery.** Call with Mr. Rodriguez re matters at the farm. |
| 3 | AFC | .6 | **Asset Analysis and Recovery.** Call with Mr. Mesias of El Tunal re projects for the farm. Mail Mr. Rodriguez in connection with this. |
| 4 | AFC | .4 | **Asset Analysis and Recovery.** Exchange mails with Ms. Visconti re service on Mr. Lwis in the Florida lawsuit. |
| 8 | AFC | 1.0 | **Asset Analysis and Recovery.** Exchange mails with Ms. Visconti re the matter of serving Mr. Lwis. Organize traveling to Acarigua to work on the service of process. |
| 9 | AFC | 9.0 | **Asset Analysis and Recovery.** Go to Barquisimeto and Acarigua to meet with Mr. Rodriguez, go to the court that is to effect the service of process to make arrangements for this, go to the farm and meet with representatives of El Tunal re possible projects. |
| 10 | AFC | 9.0 | **Asset Analysis and Recovery.** In Acarigua, go to the court to meet with the secretary of the court and finalize arrangements for the service on Mr. Lwis. Meet again with representatives of El Tunal. |

| | | | |
|---|---|---|---|
| 11 | JRP | .1 | **Asset Analysis and Recovery.** Discuss with Mr. Fernandez the results of his trip re serving Mr. Lwis and re setting up a meeting with Mr. Bastidas. |
| 11 | AFC | .4 | **Asset Analysis and Recovery.** Prepare a report on the results of the trip to Acarigua to send to Ms. Damian et al. |
| 13 | AFC | .3 | **Asset Analysis and Recovery.** Exchange mails with Mr. Rodriguez re certain transport costs. |
| 17 | JRP | .6 | **Asset Analysis and Recovery.** Mail Ms. Damian re certain financial matters. See her reply. Instruct colleagues re preparing the financial information and other steps required to move these matters forward. |
| 17 | AFC | .4 | **Asset Analysis and Recovery.** Call from Mr. Rodriguez advising re the service of process on Mr. Lwis. Mail all re this. |
| 20 | AFC | .1 | **Asset Analysis and Recovery.** Mail Mr. Rodriguez re the deposit of funds. |
| 21 | AFC | .2 | **Asset Analysis and Recovery.** Call with Mr. Rodriguez re matters of the farm. |

# DE SOLA PATE & BROWN
ATTORNEYS & COUNSELORS
CARACAS, VENEZUELA

TEL: (58-212) 793-9898     FAX: (58-212) 793-9043

www.desolapate.com
dplaw@desolapate.com

STREET ADDRESS:

TORRE DOMUS, PISO 16
AV. ABRAHAM LINCOLN
SABANA GRANDE
CARACAS

MAILING ADDRESSES:

FROM OUTSIDE VENEZUELA

CCS-6818
P. O. BOX 025801
MIAMI, FL 33I02-5801

FROM INSIDE VENEZUELA

APARTADO 52I47
CARACAS I050-A

No. 2121-15
February 18, 2015

Melanie Damian, Esq., Receiver
c/o Damian & Valori
1000 Brickell Ave., Suite 1020
Miami, FL 33131

## DEBIT NOTE FOR PROFESSIONAL SERVICES

For professional services rendered Melanie Damian, Esq., as Receiver, during January 2015 in relation to the Venezuelan estate of Aubrey Lee Price, according to the attached detail.

| | |
|---|---|
| Total of these services | US$922.50 |
| **Total of this Debit Note** | **US$922.50** |

Please make payment by wire transfer to

Account name:      De Sola Pate & Brown
Account number:    3290213921
Bank:              Citibank
Address:           120 S. Biscayne Blvd., Miami, FL 33131
ABA routing:       266086554
SWIFT:             CITIUS33

Or by check payable to De Sola Pate & Brown, for deposit only to account no. 3290213921, and mailed to Citibank, 120 S. Biscayne Blvd., Miami, FL 33131.

Melanie Damian, Esq., Receiver

DEBIT NOTE FOR PROFESSIONAL SERVICES
**DETAIL OF SERVICES**

Hourly Billing Rate

| | | |
|---|---|---|
| J. R. Pate | (Consultant) | US$265/hour |
| A. Fernández C. | (Attorney) | US$200/hour |
| M. Basciani Y. | (Attorney) | US$170/hour |

| JANUARY | PERSON | HOURS | DESCRIPTION |
|---|---|---|---|
| 6 | AFC | .2 | **Asset Analysis and Recovery.** Call with Mr. Rodriguez re the farm and to check on the service of process of Mr. Lwis. |
| 7 | AFC | .2 | **Asset Analysis and Recovery.** See the mail from Mr. Rodriguez with the service on Mr. Lwis; review this. |
| 8 | AFC | .2 | **Asset Analysis and Recovery.** Mail Mdmes. Damian and Visconti re the service on Mr. Lwis. |
| 11 | AFC | .1 | **Asset Analysis and Recovery.** Exchange mails with Mdmes. Damian and Visconti re a conference call. |
| 13 | JRP | .9 | **Asset Analysis and Recovery.** Prepare for the call with Mdmes. Damian and Visconti. Conference call with Ms. Visconti, together with Messrs. Fernandez and Basciani, re all current matters. |
| 13 | AFC | 1.1 | **Asset Analysis and Recovery.** Call and mail with Mr. Rodriguez re the budget for the farm. Conference call with Ms. Visconti and others. Mail to Ms. Visconti a statement of account of the funds being managed by the firm. |

| | | | |
|---|---|---|---|
| 13 | MBY | .5 | **Asset Analysis and Recovery.** Participate in part of the conference call with Ms. Visconti, together with Messrs. Pate and Fernandez. |
| 23 | JRP | .3 | **Asset Analysis and Recovery.** Work on the Banplus account opening forms. Discuss progress on other matters with Mr. Fernandez. |
| 26 | JRP | .2 | **Asset Analysis and Recovery.** Mail Mdmes. Damian and Visconti re the Banplus account and re meeting in Miami. Review with Mr. Fernandez the status of farm matters. |
| 26 | AFC | .1 | **Asset Analysis and Recovery.** Office discussion with Mr. Pate. |
| 29 | JRP | .1 | **Asset Analysis and Recovery.** Calls with Messrs. Serna and Fernandez re accounts information. |
| 29 | AFC | .3 | **Asset Analysis and Recovery.** Review the mail from Mr. Rodriguez re estimated expenses for February. Call with Ms. Serna re this. |