

**CPAs, Forensic and Insolvency Advisors**

**SEC V. PFG, LLC**
**Client ID: 05402**
**Invoice #664 - 12/31/14**

## TIME SUMMARY BY STAFF

| Staff | Hours | Rate | Amount |
|---|---|---|---|
| SHAWNA AMARNANI - Forensic Consultant, CPA, CFE | 0.70 | 150.00 | 105.00 |
| SURUCHI BANEZ - Principal, CPA, CIRA, CFE | 0.30 | 207.00 | 62.10 |
| MELISSA DAVIS - Partner, CPA, CIRA, CFE | 1.20 | 265.00 | 318.00 |
| TOTAL | 2.20 | | $485.10 |
| | **BLENDED RATE** | **$220.50** | |
| TOTAL AMOUNT OF THIS INVOICE | | | $485.10 |

The Kapila Building
1000 S. Federal Highway, Suite 200
Fort Lauderdale, Florida 33316
P 761.1011   F 954.761.1033

Sun Trust International Center
1 SE 3rd Avenue, Suite 2150
Miami, Florida 33131
P 786.517.5771   F 786.517.5772

EXHIBIT F



**1000 S. Federal Highway, Suite 200**
**Fort Lauderdale, FL  33316**
Phone - 954-761-1011   F - 954-761-1033   www.kapilamukamal.com
EIN #46-5394135

SEC V. PFG, LLC
C/O MELANIE DAMIAN, RECEIVER
1000 BRICKELL AVENUE
SUITE 1020
MIAMI, FL  33131

Invoice: 664
12/31/2014
Client ID: 05402

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER 31, 2014

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| LITIGATION SUPPORT | | | | |
| 12/01/2014 | MMD | UPDATE ANALYSIS OF LIFE INSURANCE PROCEEDS FOR 2014 ACTIVITY AS REQUESTED BY M. BALDWIN. | 1.20 | 318.00 |
| 12/19/2014 | SBA | PULL SUPPORTING BANK DOCUMENTS FOR TRANSFER FROM MCBI TO MB&T AND FOR TRANSFER FROM PFGBI TO MCBI PER THE REQUEST OF K. MURENA. | 0.70 | 105.00 |
| 12/19/2014 | SKB | RESEARCH AND ADDRESS REQUEST FROM K. MURENA REGARDING MB&T AND MCBI TRANSACTION SUPPORT. | 0.30 | 62.10 |
| | | | | 485.10 |
| | | Total amount of this invoice | | $485.10 |

Invoice payable upon receipt.  Thank you for this opportunity to be of service.



## Kapila/Mukamal
### CPAs, Forensic and Insolvency Advisors

**SEC V. PFG, LLC**
**Client ID: 05402**
**Invoice #735 - 01/31/15**

### TIME SUMMARY BY STAFF

| Staff | Hours | Rate | Amount |
|---|---|---|---|
| SURUCHI BANEZ - Principal, CPA, CIRA, CFE | 2.40 | 228.00 | 547.20 |
| MELISSA DAVIS - Partner, CPA, CIRA, CFE | 0.50 | 265.00 | 132.50 |
| FRANK DIAZ-DRAGO - Forensic Analyst | 0.20 | 100.00 | 20.00 |
| ANDREA FELDMAN - Forensic Analyst, CPA | 0.60 | 210.00 | 126.00 |
| KATHY FOSTER - Tax Consultant | 0.30 | 260.00 | 78.00 |
| KELSEY JOHNSON - Forensic Analyst | 0.30 | 140.00 | 42.00 |
| SONEET RAVI KAPILA - Partner, CPA, CFF, CIRA, CFE | 0.50 | 265.00 | 132.50 |
| PAUL KLUEMPER - Forensic Consultant | 1.40 | 200.00 | 280.00 |
| TOTAL | 6.20 | | $1,358.20 |
| **BLENDED RATE** | | **$219.06** | |
| TOTAL EXPENSES | | | 5.51 |
| TOTAL AMOUNT OF THIS INVOICE | | | $1,363.71 |

The Kapila Building
1000 S. Federal Highway, Suite 200
Fort Lauderdale, Florida 33316
P 761.1011   F 954.761.1033

Sun Trust International Center
1 SE 3rd Avenue, Suite 2150
Miami, Florida 33131
P 786.517.5771   F 786-517.5772



1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Phone - 954-761-1011   F - 954-761-1033   www.kapilamukamal.com
EIN #46-5394135

SEC V. PFG, LLC
C/O MELANIE DAMIAN, RECEIVER
1000 BRICKELL AVENUE
SUITE 1020
MIAMI, FL  33131

Invoice: 735
01/31/2015
Client ID: 05402

FOR PROFESSIONAL SERVICES RENDERED THROUGH JANUARY 31, 2015

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| LITIGATION SUPPORT | | | | |
| 01/08/2015 | SKB | PARTICIPATE IN T/C WITH M. DAVIS AND SANJAY KARNICK REGARDING INVESTOR LOSSES. | 0.50 | 114.00 |
| 01/08/2015 | MMD | ATTEND T/C WITH SANJAY KARNIK REGARDING RESTITUTION HEARING PREP. | 0.50 | 132.50 |
| 01/12/2015 | ANF | REVIEWED INVESTOR LIST AND CREATED EXHIBIT DISPLAYING INVESTORS EXCLUDING UNKNOWNS | 0.60 | 126.00 |
| 01/12/2015 | SRK | REVIEW EMAILS FROM S. KARNIK AND RESPOND TO SAME; TELEPHONE CALL WITH ATTY KARNIK AND M. DAVIS; DISCUSS CASE AND ISSUES RE RESTITUTION RECOVERY COMPUTATIONS AND DISCUSS NEXT STEPS | 0.50 | 132.50 |
| 01/12/2015 | SKB | PREPARE INVESTOR LOSSES EXCLUDING UNKNOWNS SCHEDULE FOR SANJAY KARNICK. | 0.40 | 91.20 |
| 01/13/2015 | SKB | FINALIZE INVESTOR DATABASE TO EXCLUDE UNKNOWNS FOR SANJAY KARNIK. | 0.30 | 68.40 |
| 01/14/2015 | SKB | PREPARE DRAFT OF QUARTERLY STATUS REPORT AS REQUESTED BY CASSANDRA PEREZ. | 0.20 | 45.60 |
| 01/15/2015 | SKB | REVIEW AND ANALYZE NOVEMBER AND DECEMBER 2014 INVOICES AND JANUARY WIP TO DRAFT QUARTERLY STATUS REPORT. | 0.30 | 68.40 |
| TAX SERVICES - ADVISORY | | | | |
| 01/12/2015 | SKB | COORDINATE COMPILATION OF 1099 AND W-2 PAYMENTS. | 0.30 | 68.40 |
| 01/19/2015 | FDD | PREPARE 1099 SCHEDULE FOR 2014 DISBURSEMENTS | 0.20 | 20.00 |
| 01/21/2015 | SKB | FINALIZE 1099 LIST FOR L. JOHNSON. | 0.40 | 91.20 |
| TAX SERVICES - PREPARE FORMS | | | | |
| 01/21/2015 | PDK | PREPARE 2014 FORMS 1096 AND 1099'S. PREPARE TAX CONTROL WORKSHEET AND FILING INSTRUCTIONS. | 1.40 | 280.00 |
| 01/21/2015 | KAF | REVIEW 1099 INFO FROM S. BANEZ AND FORWARD TO P. KLUEMPER FOR FORM PREPARATION | 0.10 | 26.00 |
| 01/21/2015 | KAF | REVIEW 2014 1099'S PREPARED BY P. KLUEMPER AND GIVE TO L. JOHNSON FOR FINAL REVIEW | 0.20 | 52.00 |

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| 01/22/2015 | KJJ | ASSEMBLED FORM 1096/1099 | 0.20 | 28.00 |
| 01/23/2015 | KJJ | MAILED FORM 1099/1096 | 0.10 | 14.00 |
|  |  |  |  | 1,358.20 |

EXPENSES

| Date | Staff | Description |  | Amount |
|---|---|---|---|---|
| 01/23/2015 | EXP | POSTAGE |  | 1.61 |
| 01/31/2015 | EXP | PRINTED COPY CHARGE |  | 3.90 |
|  |  |  |  | 5.51 |
|  |  | Total amount of this invoice |  | $1,363.71 |

Invoice payable upon receipt.  Thank you for this opportunity to be of service.