**ALGIERS CONSULTANTS GUATEMALA, SOCIEDAD ANÓNIMA**
ALGIERS CONSULTANTS
12 Calle 1-25, Zona 10 Oficina 1203, Edificio Géminis 10
Guatemala, Guatemala.

# Invoice N° 29: Detail November

| Day | Month | Year |
|---|---|---|
| 20 | January | 2015 |

09:17

**Client: Damian & Valori, LLP (C00006)**   **Terms: Contado**

**Address: USA**   **RFC:**

**Ref.:**

| Date | | Detail | Hrs/Qty. | Rate | Total |
|---|---|---|---|---|---|
| 12/11/2014 | JA | Service to Scan Internacional (in Mr. Edgar Marroquin´s address). Communication to Atty. Amanda Fernandez with service information. | 1.00 | 150.00 | 150.00 |
| 12/11/2014 | JA | Preparation of Proof of Service. | 0.50 | 150.00 | 75.00 |

---------------------------------------------- Last Line ----------------------------------------------

| Comments: | | Services: | USD 225.00 |
|---|---|---|---|
| | | Charges: | USD |
| | | Sub - Total: | USD 225.00 |
| | | Discount: | USD 0 |
| | | Tax: | USD 27.00 |
| | | Total: | USD 252.00 |

1- When payment is made, please specify your invoice number.
2- If you make your payment by check, please make payable to: Algiers Consultants Guatemala, S.A.
3- If you make your payment by bank transfer, please make it to the following US bank account:

INTERMEDIARY BANK
NAME: BAC FLORIDA BANK
ADDRESS: 169 Miracle R-10 Coral Gables Florida
SWIFT CODE: BFLBUS3M
ABA: 067009044
BENEFICIARY BANK
Name: Banco de América Central S.A.
ADDRESS: 7ª ave 6-26 Zona 9, Guatemala
Account number: 030861600
SWIFT: AMCNGTGT
Final Beneficiary
Name: Algiers Consultants Guatemala, S.A.
Address: 12 Calle 1-25 Zona 10 Edificio Géminis 10 Torre Norte Of.
1203, Guatemala.
Account Number: 901607317
Currency: USD

Please instruct your banker to charge any commissions to your account.

## EXHIBIT G

# ALGIERS CONSULTANTS GUATEMALA, SOCIEDAD ANÓNIMA
ALGIERS CONSULTANTS
12 Calle 1-25, Zona 10 Oficina 1203, Edificio Géminis 10
Guatemala, Guatemala.

# Invoice N° 29: Detail December

| Day | Month | Year |
|---|---|---|
| 20 | January | 2015 |

09:17

**Client: Damian & Valori, LLP (C00006)**  **Terms: Contado**
**Address: USA**  **RFC:**
 **Ref.:**

| Date | | Detail | Hrs/Qty. | Rate | Total |
|---|---|---|---|---|---|
| 2/12/2014 | JA | Telephone conversation with Ms. Amanda Fernandez to review notices and Schedule conference with Mr. Edgar Marroquin´s attorney. | 0.50 | 150.00 | 75.00 |
| 3/12/2014 | JA | Telephone conference with Ms. Amanda Fernandez and Mr. Edgar Marroquin´s attorney. | 0.70 | 150.00 | 105.00 |
| 8/12/2014 | JA | Obtention in Persons National Registry of birth dates of Mr. Edgar Marroquin and Mr. Ronaldo Rodriguez according to Ms. Amanda Fernandez´ request. | 1.30 | 150.00 | 195.00 |

---------------------------------------------- Last Line ----------------------------------------------

| Comments: | | |
|---|---|---|
| | **Services:** | USD 375.00 |
| | **Charges:** | USD |
| | **Sub - Total:** | USD 375.00 |
| | **Discount:** | USD 0 |
| | **Tax:** | USD 45.00 |
| | **Total:** | USD 420.00 |

1- When payment is made, please specify your invoice number.
2- If you make your payment by check, please make payable to: Algiers Consultants Guatemala, S.A.
3- If you make your payment by bank transfer, please make it to the following US bank account:

INTERMEDIARY BANK
NAME: BAC FLORIDA BANK
ADDRESS: 169 Miracle R-10 Coral Gables Florida
SWIFT CODE: BFLBUS3M
ABA: 067009044
BENEFICIARY BANK
Name: Banco de América Central S.A.
ADDRESS: 7ª ave 6-26 Zona 9, Guatemala
Account number: 030861600
SWIFT: AMCNGTGT
Final Beneficiary
Name: Algiers Consultants Guatemala, S.A.
Address: 12 Calle 1-25 Zona 10 Edificio Géminis 10 Torre Norte Of.
1203, Guatemala.
Account Number: 901607317
Currency: USD

Please instruct your banker to charge any commissions to your account.