# **EXHIBIT C**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CASE NO. 1:12-cv-2296-TCB

Securities and Exchange Commission,

    Plaintiff,

vs.

Aubrey Lee Price, PFG, LLC, PFGBI, LLC, Montgomery Asset Management, LLC f/k/a PFG Asset Management, Montgomery Asset Management, LLC f/k/a PFG Asset Management,

    Defendants.

_____/

Genworth Life Insurance Company, Protective Life Insurance Company, Household Life Insurance Company,

    Plaintiffs in Intervention,

vs.

Melanie E. Damian, as Receiver for the Estate of Aubrey Lee Price, PFG, LLC, PFGBI, LLC, Montgomery Asset Management, LLC f/k/a PFG Asset Management, Montgomery Asset Management, LLC f/k/a PFG Asset Management,

    Defendant in Intervention.

_____/

CASE NO. 1:12-cv-2296-TCB

## RECEIVER'S RESPONSE TO PROTECTIVE LIFE INSURANCE COMPANY'S FIRST SET OF INTERROGATORIES, REQUESTS FOR PRODUCTION, AND REQUESTS FOR ADMISSION

Defendant in Intervention, Melanie E. Damian, as Receiver for the Estate of Aubrey Lee Price, PFG, LLC, PFGBI, LLC, Montgomery Asset Management, LLC f/k/a PFG Asset Management (Florida limited liability company), Montgomery Asset Management, LLC f/k/a PFG Asset Management (Georgia limited liability company) (the "Receiver"), pursuant to Rule 33, 34, and 36 of the Federal Rules of Civil Procedure, hereby files her response to Protective Life Insurance Company's First Set of Interrogatories, Requests for Production, and Requests for Admission dated June 5, 2014, and deemed served by agreement on June 7, 2014.

## INTERROGATORIES

1. Identify all persons who assisted with the drafting of answers to these Interrogatories and describe each such person's role.

**RESPONSE:** The Receiver's special insurance counsel, Jason S. Mazer and Matthew L. Baldwin of the law firm of Ver Ploeg & Lumpkin, P.A., drafted these answers after consultation with the Receiver and her counsel, Kenneth D. Murena.

2. Identify all individuals with whom you communicated regarding whether or not Price was deceased following his disappearance on June 16, 2012.

215756_1
D032.100

CASE NO. 1:12-cv-2296-TCB

subject to this objection, *see* Receiver's Eighth Status Report [D.E. 205].

15.   Produce all documents, including but not limited to all checks, bank drafts, or bank statements, and all communications that relate to the location and amount of any funds other than the Payment that were once held by you but that have since been spent or otherwise transferred to any third parties.

**RESPONSE:** Objection. This request is overbroad and seeks documents protected by the attorney-client privilege and work product immunity. Notwithstanding and subject to this objection, *see* Response to Request No. 12.

16.   Produce all financial records of the Receivership, including checks, bank drafts, and bank statements, that relate to or reflect the cash and other assets currently held by you as part of the Receivership Estate.

**RESPONSE:** *See* Response to Request No. 14.

17.   Produce the current curriculum vitae and publication list for each witness whom you have retained to testify as an expert at trial, together with any reports rendered by such experts.

**RESPONSE:**   None at this time, though the Receiver reserves her right to supplement her expert witness list as necessary pursuant to the applicable Rules.

18.   Produce all documents and correspondence you exchanged with any expert you retained to testify or consult in this litigation.

**RESPONSE:** None at this time.

17 of 22

215756_1
D032.100

CASE NO. 1:12-cv-2296-TCB

Respectfully submitted,

VER PLOEG & LUMPKIN, P.A.

*[signature]*

Jason S. Mazer
Florida Bar No. 0149871
jmazer@vpl-law.com
**Matthew L. Baldwin**
Florida Bar No. 27463
mbaldwin@vpl-law.com
100 S.E. 2nd Street, 30th Floor
Miami, Florida 33131
Telephone: (305) 577-3996
Facsimile: (305) 577-3558
*Special Insurance Counsel for the Receiver, Admitted Pro Hac Vice*

and

**DAMIAN & VALORI, LLP**
**Kenneth Dante Murena, P.A.**
Florida Bar No. 147486
kmurena@dvllp.com
**Guy F. Giberson, P.A.**
Florida Bar No. 627402
ggiberson@dvllp.com
1000 Brickell Avenue, Suite 1020
Telephone: (305) 371-3960
Facsimile: (305) 371-3965
*Counsel for the Receiver, Admitted Pro Hac Vice*

and

19 of 22

215756_1
D032.100

CASE NO. 1:12-cv-2296-TCB

**PETITT WORRELL CRAINE WOLFE, LLC**
**Andrew Worrell, Esquire**
Georgia Bar No. 311027
Andrew@petittworrell.com
Suite 1030, One Glenlake
1 Glenlake Parkway
Atlanta, Georgia 30328
Telephone: (404) 249-7480
Facsimile: (404) 442-4463
*Co-Counsel for the Receiver*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served *via* electronic mail this 6th day of August 2014 upon: all counsel of record identified on the attached Service List.

Jason S. Mazer

## VERIFICATION

The undersigned swears under penalty of perjury that the foregoing Answers to Interrogatories are true and correct.

_____
Melanie Damian

STATE OF FLORIDA            )
                            )
COUNTY OF MIAMI DADE        )

BEFORE ME, the undersigned authority, personally appeared Melanie Damian, who is personally known to me or has produced _____ as identification, and who, after being duly sworn, deposes and says that she executed the foregoing answers to Protective Life Insurance Company's First Set of Interrogatories to Defendant Melanie Damian and that they are true, correct, and complete to the best of her knowledge.

Sworn to and subscribed before me on this ____ day of August, 2014.

_____
NOTARY PUBLIC, STATE OF Florida
MY COMMISION EXPIRES:

LISA FAZZAH
MY COMMISSION # EE 154806
EXPIRES: January 15, 2016
Bonded Thru Notary Public Underwriters