# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CASE NO. 1:12-cv-2296-TCB

Securities and Exchange Commission,

    Plaintiff,

vs.

Aubrey Lee Price, PFG, LLC, PFGBI, LLC, Montgomery Asset Management, LLC f/k/a PFG Asset Management, Montgomery Asset Management, LLC f/k/a PFG Asset Management,

    Defendants.

_____/

Genworth Life Insurance Company, Protective Life Insurance Company, Household Life Insurance Company,

    Plaintiffs in Intervention,

vs.

Melanie E. Damian, as Receiver for the Estate of Aubrey Lee Price, PFG, LLC, PFGBI, LLC, Montgomery Asset Management, LLC f/k/a PFG Asset Management, Montgomery Asset Management, LLC f/k/a PFG Asset Management,

    Defendant in Intervention.

_____/

**FIRST SUPPLEMENTAL RULE 26 DISCLOSURES OF MELANIE E. DAMIAN, AS RECEIVER FOR THE ESTATE OF AUBREY LEE PRICE, PFG, LLC, PFGBI, LLC, MONTGOMERY ASSET MANAGEMENT, LLC F/K/A PFG ASSET MANAGEMENT**

Melanie E. Damian, as Receiver for the Estate of Aubrey Lee Price, PFG, LLC, PFGBI, LLC, Montgomery Asset Management, LLC f/k/a PFG Asset Management (Florida limited liability company), Montgomery Asset Management, LLC f/k/a PFG Asset Management (Georgia limited liability company), Defendant in Intervention ("Defendant," or the "Receiver") to the Complaints of Protective Life Insurance Company ("Protective"), Genworth Life Insurance Company ("Genworth"), and Household Life Insurance Company ("Household") (collectively, the "Plaintiffs" or the "Insurers"), and hereby submits her First Supplemental Disclosures pursuant to L.R. 26.1, L.R. 84.1, and Fed.R.Civ.P. 26(a)(1)(A)(i) and 26(a)(1)(A)(ii):

**FED. R. CIV. P. 26(a)(1)(A)(i)**
**Individuals and Entities Likely to Have Discoverable Information**

The following persons and/or entities may have discoverable information that the Receiver may use to support her claims and defenses:

1. **Sergeant Aaron Pritchett**
   Lowndes County Sheriff's Department
   120 Prison Farm Road
   Valdosta, Georgia 31601
   Telephone: (229) 671-2900

   Sergeant Pritchett may have information relating to the investigation of the presumptive death of Aubrey Lee Price and Genworth's

   investigation of the Receiver's claim for benefits under the Genworth policy.

2. Any records custodians necessary to authenticate any exhibits listed by the Receiver and/or Genworth, Athene, or HSBC.

**FED. R. CIV. P. 26(a)(2)**
**Expert Witnesses**

The Receiver may use the following expert witnesses at trial:

1. **Melissa Davis**
   **KapilaMukamal**
   Kapila & Company
   Certified Public Accountants
   1000 South Federal Highway, Suite 200
   Fort Lauderdale, Florida 33316
   Telephone: (954) 761-1011

   Ms. Davis may provide expert information through a report and/or testimony at trial relating to the amount of death benefits from Genworth, Athene, and HSBC remaining in the Receiver's account as of December 31, 2103.

2. **Donald Dinsmore, JD AIC, P&CCLA**
   Dinsmore Consulting
   1289 Fordham Boulevard
   Suite A-175
   Chapel Hill, NC 27514-6110
   Telephone: (919) 593-1134

   Mr. Dinsmore may provide expert information through a report and/or testimony at trial relating to the investigation of fraud and/or fraudulent insurance claims, the investigation of the claim, Genworth, Athene, and HSBC's claim practices, and relevant industry standards including but not limited to the investigation of presumptive death claims.

**FED. R.CIV.P. 26(a)(1)(B)(ii)**
**Documents That May Be Used to Support the Receiver's Claims**

The Receiver makes the following supplemental disclosures of categories of documents:

3. All documents relied on by Ms. Davis to render her expert opinion in this matter.

4. All documents relied upon by Mr. Dinsmore to render his expert opinion in this matter.

5. All documents in the possession of Sergeant Aaron Pritchett and/or the Lowndes County, Georgia Sheriff's Department relating to the investigation of the presumptive death of Aubrey Lee Price.

The Receiver reserves the right to supplement her initial and supplemental disclosures as discovery progresses and facts and/or documents supporting her claims become known.

Respectfully submitted,

VER PLOEG & LUMPKIN, P.A

Jason S. Mazer
Florida Bar No. 0149871
jmazer@vpl-law.com
**Matthew L. Baldwin**
Florida Bar No. 27463
mbaldwin@vpl-law.com
100 S.E. 2nd Street, 30th Floor
Miami, Florida 33131
Telephone: (305) 577-3996

Facsimile: (305) 577-3558
*Special Insurance Counsel for the Receiver,*
*Admitted Pro Hac Vice*

and

**DAMIAN & VALORI, LLP**
**Kenneth Dante Murena, P.A.**
Florida Bar No. 147486
kmurena@dvllp.com
**Guy F. Giberson, P.A.**
Florida Bar No. 627402
ggiberson@dvllp.com
1000 Brickell Avenue, Suite 1020
Telephone: (305) 371-3960
Facsimile: (305) 371-3965
*Counsel for the Receiver,*
*Admitted Pro Hac Vice*

and

**PETITT WORRELL CRAINE WOLFE, LLC**
**Andrew Worrell, Esquire**
Georgia Bar No. 311027
Andrew@petittworrell.com
Suite 1030, One Glenlake
1 Glenlake Parkway
Atlanta, Georogia 30328
Telephone: (404) 249-7480
Facsimile: (404) 442-4463
*Co-Counsel for the Receiver*

## LOCAL RULE 7.1D CERTIFICATION

By signature below, counsel certifies that the foregoing document was prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1B.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served *via* electronic mail this 30th day of September 2014 upon: all counsel of record identified on the attached Service List.

/s/ Matthew L. Baldwin
**Matthew L. Baldwin**