# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CASE NO. 1:12-cv-2296-TCB

Securities and Exchange Commission,

    Plaintiff,

vs.

Aubrey Lee Price, PFG, LLC, PFGBI, LLC, Montgomery Asset Management, LLC f/k/a PFG Asset Management, Montgomery Asset Management, LLC f/k/a PFG Asset Management,

    Defendants.
_____/

Genworth Life Insurance Company, Protective Life Insurance Company, Household Life Insurance Company,

    Plaintiffs in Intervention,

vs.

Melanie E. Damian, as Receiver for the Estate of Aubrey Lee Price, PFG, LLC, PFGBI, LLC, Montgomery Asset Management, LLC f/k/a PFG Asset Management, Montgomery Asset Management, LLC f/k/a PFG Asset Management,

    Defendant in Intervention.
_____/

CASE NO. 1:12-cv-2296-TCB

## RECEIVER'S RESPONSE TO PROTECTIVE LIFE INSURANCE COMPANY'S FIRST SET OF INTERROGATORIES, REQUESTS FOR PRODUCTION, AND REQUESTS FOR ADMISSION

Defendant in Intervention, Melanie E. Damian, as Receiver for the Estate of Aubrey Lee Price, PFG, LLC, PFGBI, LLC, Montgomery Asset Management, LLC f/k/a PFG Asset Management (Florida limited liability company), Montgomery Asset Management, LLC f/k/a PFG Asset Management (Georgia limited liability company) (the "Receiver"), pursuant to Rule 33, 34, and 36 of the Federal Rules of Civil Procedure, hereby files her response to Protective Life Insurance Company's First Set of Interrogatories, Requests for Production, and Requests for Admission dated June 5, 2014, and deemed served by agreement on June 7, 2014.

## INTERROGATORIES

1. Identify all persons who assisted with the drafting of answers to these Interrogatories and describe each such person's role.

**RESPONSE:** The Receiver's special insurance counsel, Jason S. Mazer and Matthew L. Baldwin of the law firm of Ver Ploeg & Lumpkin, P.A., drafted these answers after consultation with the Receiver and her counsel, Kenneth D. Murena.

2. Identify all individuals with whom you communicated regarding whether or not Price was deceased following his disappearance on June 16, 2012.

215756_1
D032.100

19. Produce copies of any insurance policy that potentially provides you with coverage for the claims set forth in Protective's Complaint.

**RESPONSE:** None.

### REQUESTS FOR ADMISSION

1. Admit that the Policy was only payable upon Price's death.

**RESPONSE:** Admitted that the Policy "*was* only payable" only upon the death of Price, denied that payment of the Policy's death benefits is not presently enforceable despite the parties' subsequent discovery that Price is alive.

2. Admit that you currently have sufficient funds to return the Payment made by Protective.

**RESPONSE:** Admitted. *See* D.E. 202, Ex. A.

CASE NO. 1:12-cv-2296-TCB

Respectfully submitted,

**VER PLOEG & LUMPKIN, P.A.**

_____
**Jason S. Mazer**
Florida Bar No. 0149871
jmazer@vpl-law.com
**Matthew L. Baldwin**
Florida Bar No. 27463
mbaldwin@vpl-law.com
100 S.E. 2nd Street, 30th Floor
Miami, Florida 33131
Telephone: (305) 577-3996
Facsimile: (305) 577-3558
*Special Insurance Counsel for the Receiver, Admitted Pro Hac Vice*

and

**DAMIAN & VALORI, LLP**
**Kenneth Dante Murena, P.A.**
Florida Bar No. 147486
kmurena@dvllp.com
**Guy F. Giberson, P.A.**
Florida Bar No. 627402
ggiberson@dvllp.com
1000 Brickell Avenue, Suite 1020
Telephone: (305) 371-3960
Facsimile: (305) 371-3965
*Counsel for the Receiver, Admitted Pro Hac Vice*

and

CASE NO. 1:12-cv-2296-TCB

**PETITT WORRELL CRAINE WOLFE, LLC**
**Andrew Worrell, Esquire**
Georgia Bar No. 311027
Andrew@petittworrell.com
Suite 1030, One Glenlake
1 Glenlake Parkway
Atlanta, Georgia 30328
Telephone: (404) 249-7480
Facsimile: (404) 442-4463
*Co-Counsel for the Receiver*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served *via* electronic mail this 6th day of August 2014 upon: all counsel of record identified on the attached Service List.

_____
Jason S. Mazer

## VERIFICATION

The undersigned swears under penalty of perjury that the foregoing Answers to Interrogatories are true and correct.

_____
Melanie Damian

STATE OF FLORIDA )
)
COUNTY OF MIAMI DADE )

BEFORE ME, the undersigned authority, personally appeared Melanie Damian, who is personally known to me or has produced _____ as identification, and who, after being duly sworn, deposes and says that she executed the foregoing answers to Protective Life Insurance Company's First Set of Interrogatories to Defendant Melanie Damian and that they are true, correct, and complete to the best of her knowledge.

Sworn to and subscribed before me on this 4th day of August, 2014.

_____
NOTARY PUBLIC, STATE OF Florida
MY COMMISION EXPIRES:

LISA FAZZAH
MY COMMISSION # EE 164206
EXPIRES: January 15, 2016
Bonded Thru Notary Public Underwriters