# **EXHIBIT C**

03173581.1

```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF GEORGIA
 2                      ATLANTA DIVISION

 3                    No. 1:12-cv-2296-TCB

 4   SECURITIES AND EXCHANGE
     COMMISSION,
 5
                  Plaintiff,
 6   vs.

 7   AUBREY LEE PRICE; et al,

 8                Defendants.
     _____/
 9
                                    1000 Brickell Avenue
10                                  Miami, Florida
                                    December 15, 2014
11                                  1:09 p.m. - 6:04 p.m.

12

13            DEPOSITION OF MELANIE F. DAMIAN

14

15      Taken before SUZANNE VITALE, R.P.R., F.P.R.

16   and Notary Public for the State of Florida at Large,

17   pursuant to Notice of Taking Deposition filed in the

18   above cause.

19

20

21

22

23

24

25
```

```
 1   correct?
 2        A.   Correct.
 3        Q.   And it's your contention in this lawsuit
 4   that, despite the fact that Mr. Price is alive, that
 5   you don't have to return these proceeds to
 6   Protective and Household, correct?
 7        A.   Correct.
 8        Q.   Tell me all the facts why you contend
 9   that?
10        A.   I think we're still working on the facts.
11   But, essentially, it's our position that the
12   payments were voluntary under the Florida Voluntary
13   Payment Code or statute, and so in terms of the
14   facts we provided, we believe a good faith claim to
15   the insurance companies with the information we had
16   at the time that Mr. Price was missing, had sent a
17   suicide note, had told his family he was killing
18   himself, and that there was no evidence of him being
19   alive after I guess it's June 16th.  I don't
20   remember exactly the date that he called his wife
21   and said he was on the ferry.
22             But the date of his ferry, there was no
23   evidence after that of him being alive and we
24   provided that information, along with the
25   presumptive death certificate, to the insurance
```