**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

**CASE NO.  1:12-cv-2296-TCB**

Securities and Exchange Commission,

      Plaintiff,

vs.

Aubrey Lee Price, PFG, LLC, PFGBI, LLC, Montgomery Asset Management, LLC f/k/a PFG Asset Management, Montgomery Asset Management, LLC f/k/a PFG Asset Management,

      Defendants.

_____/

Genworth Life Insurance Company, Protective Life Insurance Company, Household Life Insurance Company,

      Plaintiffs in Intervention,

vs.

Melanie E. Damian, as Receiver for the Estate of Aubrey Lee Price, PFG, LLC, PFGBI, LLC, Montgomery Asset Management, LLC f/k/a PFG Asset Management,

      Defendant in Intervention.

_____/

**RECEIVER'S NOTICE OF
FILING REDACTED DOCUMENTS**

Defendant in Intervention, Melanie E. Damian, as the Receiver for the Estate of Aubrey Lee Price, *et al.* (the "Receiver"), pursuant to this Court's Order on Instructions to Parties and Counsel [D.E. 6], and with the consent of counsel for Household Life Insurance Company and Protective Life Insurance Company, hereby gives notice of filing the attached redacted version of the Receiver's Reply In Support of Her Motion for Summary Judgment and Incorporated Memorandum of Law, including redacted exhibits thereto.  On March 3, 2015, the Receiver filed a Motion to Seal complete, unredacted versions of these documents with this Court.

Respectfully submitted,

**VER PLOEG & LUMPKIN, P.A.**

/s/ Jason S. Mazer
**Jason S. Mazer**
Florida Bar No. 0149871
jmazer@vpl-law.com
100 S.E. 2nd Street, 30th Floor
Miami, Florida 33131
Telephone:  (305) 577-3996
Facsimile:  (305) 577-3558
*Special Insurance Counsel for the*
*Receiver, Admitted Pro Hac Vice*

and

CASE NO.  1:12-cv-2296-TCB

**DAMIAN & VALORI, LLP**
**Kenneth Dante Murena, P.A.**
Florida Bar No. 147486
kmurena@dvllp.com
**Guy F. Giberson, P.A.**
Florida Bar No.  627402
ggiberson@dvllp.com
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone:  (305) 371-3960
Facsimile:  (305) 371-3965
*Counsel for the Receiver,*
*Admitted Pro Hac Vice*

and

**PETITT   WORRELL   CRAINE**
**WOLFE, LLC**
**Andrew Worrell, Esquire**
Georgia Bar No.  311027
Andrew@petittworrell.com
Suite 1030, One Glenlake
1 Glenlake Parkway
Atlanta, Georgia 30328
Telephone: (404) 249-7480
Facsimile: (404) 442-4463
*Co-Counsel for the Receiver*

## LOCAL RULE 5.1 CERTIFICATION

By signature below, counsel certifies that the foregoing document was prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 3, 2015, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the

220049
D032.100

CASE NO.  1:12-cv-2296-TCB

foregoing document is being served this day on all counsel of record identified on

the attached Service List in this manner specified, *via* transmission of Notice of

Electronic Filing generated by CM/ECF or in some other authorized manner for

those counsel or parties who are not authorized to receive electronically Notice of

Electronic Filing.

/s/ Jason S. Mazer

**Jason S. Mazer**

| SERVICE LIST | |
|---|---|
| **Madison Graham Loomis, Esq.** <br> **W. Shawn Murnahan, Esq.** <br> Securities & Exchange Commission-GA <br> 950 East Paces Ferry Road, N.E. <br> Suite 900 <br> Atlanta, Georgia 30326 <br> Telephone:  (404) 842-7600 <br> Email: loomism@sec.gov <br> Email:  murnahanw@sec.gov <br> *Securities and Exchange Commission* | **Robert J. Waddell, Jr., Esq.** <br> **Laura E. Reinhold, Esq.** <br> MᴄGᴜɪʀᴇ Wᴏᴏᴅs, LLP <br> Suite 2100, Promenade II <br> 1230 Peachtree Street, N.E. <br> Atlanta, Georgia  30309 <br> Telephone:  (404) 443-5500 <br> Email: rwaddell@mcguirewoods.com <br> Email:  lreinhold@mcguirewoods.com <br> *Counsel for FDIC* |
| **Peter D. Muller** <br> Gᴏᴏᴅᴍᴀɴ MᴄGᴜꜰꜰᴇʏ Lɪɴᴅsᴇʏ & <br> Jᴏʜɴsᴏɴ, LLP <br> Suite 300 <br> 532 Stephenson Avenue <br> Savannah, GA 31405-5987 <br> Telephone:  (912) 503-2170 <br> pmuller@gmlj.com <br> *Counsel for Receiver, Melanie Damian* | **David J. Forestner, Esq.** <br> Cᴀʀʟᴛᴏɴ Fɪᴇʟᴅs Jᴏʀᴅᴇɴ Bᴜʀᴛ, P.A. <br> One Atlantic Center, Suite 3000 <br> 1201 W. Peachtree Street <br> Atlanta, Georgia 30309 <br> Telephone:  (404) 815-3400 <br> Email: dforestner@cfjblaw.com <br> *Counsel for Plaintiff in Intervention,* <br> *Genworth Life Insurance Company* |

CASE NO.  1:12-cv-2296-TCB

| | |
|---|---|
| **C. Andrew Kitchen, Esq.**<br>MAYNARD, COOPER & GALE, P.C.<br>275 Battery Street<br>Suite 1350<br>San Francisco, California 94111<br>Telephone:  (415) 704-7433<br>Email: dkitchen@maynardcooper.com<br>*Counsel for Plaintiffs in Intervention,*<br>*Protective Life Insurance Company and*<br>*Household Life Insurance Company* | **Raul Cuervo, Esq.**<br>CARLTON FIELDS JORDEN BURT, P.A.<br>100 S.E. 2nd Street<br>Suite 4200<br>Miami, Florida 33131<br>Telephone:  (305) 530-0050<br>Email: rcuervo@cfjblaw.com<br>*Counsel for Plaintiff in Intervention,*<br>*Genworth Life Insurance Company* |
| **Christopher C. Frost, Esq.**<br>**Alexander B. Feinberg, Esq.**<br>MAYNARD, COOPER & GALE, P.C.<br>1901 Sixth Avenue North<br>2400 Regions Harbert Plaza<br>Birmingham, Alabama 35203<br>Telephone:  (205) 254-1186<br>Email: cfrost@maynardcooper.com<br>Email: afeinberg@maynardcooper.com<br>*Counsel for Plaintiffs in Intervention,*<br>*Protective Life Insurance Company and*<br>*Household Life Insurance Company* | **Philip Keith Lichtman**<br>MILLS, PASKERT, DIVERS P.C.<br>One Atlantic Center<br>1201 West Peachtree Street<br>Suite 2610<br>Atlanta, Georgia 30309<br>Telephone :  (404) 870-8200<br>klichtman@mpdlegal.com<br>*Counsel for Plaintiffs in Intervention, St.*<br>*Paul Mercury Insurance Company* |
| **Alan Francis Curley**<br>ROBINSON CURLEY & CLAYTON, P.C.<br>300 South Wacker Drive<br>Chicago, IL 60606<br>Telephone:  (312) 663-3100<br>acurley@robinsoncurley.com<br>*Counsel for Federal Deposit Insurance*<br>*Corporation ("FDIC")* | |

220049
D032.100

CASE NO.  1:12-cv-2296-TCB

220049
D032.100