FILED IN CHAMBERS
U.S.D.C. Atlanta

MAR - 5 2015

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CASE NO. 1:12-cv-2296-TCB

Securities and Exchange Commission,

    Plaintiff,

vs.

Aubrey Lee Price, PFG, LLC, PFGBI, LLC, Montgomery Asset Management, LLC f/k/a PFG Asset Management, Montgomery Asset Management, LLC f/k/a PFG Asset Management,

    Defendants.
_____/

Genworth Life Insurance Company, Protective Life Insurance Company, Household Life Insurance Company,

    Plaintiffs in Intervention,

vs.

Melanie E. Damian, as Receiver for the Estate of Aubrey Lee Price, PFG, LLC, PFGBI, LLC, Montgomery Asset Management, LLC f/k/a PFG Asset Management,

    Defendant in Intervention.
_____/

**ORDER GRANTING RECEIVER'S MOTION TO SEAL**

Civil Action File 1:12-cv-2296-TCB

THIS CAUSE came before the Court upon Melanie E. Damian's, as the Receiver for the Estate of Aubrey Lee Price, *et al.* (the "Receiver"), Motion to Seal. The Court, having reviewed the Motion, being otherwise duly advised in the premises, and for good cause shown, is satisfied at this time that the Receiver's Reply In Support of Her Motion for Summary Judgment and Incorporated Memorandum of Law and exhibits thereto should be filed under seal. It is hereby

ORDERED AND ADJUDGED that:

1. The Receiver's Motion to Seal is GRANTED.

2. The Receiver's Reply In Support of Her Motion for Summary Judgment and Incorporated Memorandum of Law and Exhibits "A" through "F" shall be filed under seal.

3. If the Receiver would like the redacted versions of these documents on the record, she should file them and denominate the filing on CM/ECF as a notice of filing (not a motion).

DONE and ORDERED in Chambers at Atlanta, Georgia on March 5, 2015.

_____
JUDGE TIMOTHY C. BATTEN

Copies furnished to:
All counsel of record