E
X
H
I
B
I
T

A

**EXHIBIT A**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

### CASE NO. 1:12-cv-2296-TCB

Securities and Exchange Commission,

     Plaintiff,

vs.

Aubrey Lee Price, PFG, LLC, PFGBI, LLC, Montgomery Asset Management, LLC f/k/a PFG Asset Management, Montgomery Asset Management, LLC f/k/a PFG Asset Management,

     Defendants.

_____/

Genworth Life Insurance Company, Protective Life Insurance Company, Household Life Insurance Company,

     Plaintiffs in Intervention,

vs.

Melanie E. Damian, as Receiver for the Estate of Aubrey Lee Price, PFG, LLC, PFGBI, LLC, Montgomery Asset Management, LLC f/k/a PFG Asset Management, Montgomery Asset Management, LLC f/k/a PFG Asset Management,

     Defendant in Intervention.

_____/

## FIRST SUPPLEMENTAL RULE 26 DISCLOSURES OF MELANIE E. DAMIAN, AS RECEIVER FOR THE ESTATE OF AUBREY LEE PRICE, PFG, LLC, PFGBI, LLC, MONTGOMERY ASSET MANAGEMENT, LLC F/K/A PFG ASSET MANAGEMENT

Melanie E. Damian, as Receiver for the Estate of Aubrey Lee Price, PFG, LLC, PFGBI, LLC, Montgomery Asset Management, LLC f/k/a PFG Asset Management (Florida limited liability company), Montgomery Asset Management, LLC f/k/a PFG Asset Management (Georgia limited liability company), Defendant in Intervention ("Defendant," or the "Receiver") to the Complaints of Protective Life Insurance Company ("Protective"), Genworth Life Insurance Company ("Genworth"), and Household Life Insurance Company ("Household") (collectively, the "Plaintiffs" or the "Insurers"), and hereby submits her First Supplemental Disclosures pursuant to L.R. 26.1, L.R. 84.1, and Fed.R.Civ.P. 26(a)(1)(A)(i) and 26(a)(1)(A)(ii):

### FED. R. CIV. P. 26(a)(1)(A)(i)
### Individuals and Entities Likely to Have Discoverable Information

The following persons and/or entities may have discoverable information that the Receiver may use to support her claims and defenses:

1.   **Sergeant Aaron Pritchett**
     Lowndes County Sheriff's Department
     120 Prison Farm Road
     Valdosta, Georgia 31601
     Telephone: (229) 671-2900

     Sergeant Pritchett may have information relating to the investigation of the presumptive death of Aubrey Lee Price and Genworth's

investigation of the Receiver's claim for benefits under the Genworth policy.

2.  Any records custodians necessary to authenticate any exhibits listed by the Receiver and/or Genworth, Athene, or HSBC.

## FED. R. CIV. P. 26(a)(2)
## Expert Witnesses

The Receiver may use the following expert witnesses at trial:

1.  **Melissa Davis**
    **KapilaMukamal**
    Kapila & Company
    Certified Public Accountants
    1000 South Federal Highway, Suite 200
    Fort Lauderdale, Florida 33316
    Telephone: (954) 761-1011

    Ms. Davis may provide expert information through a report and/or testimony at trial relating to the amount of death benefits from Genworth, Athene, and HSBC remaining in the Receiver's account as of December 31, 2103.

2.  **Donald Dinsmore, JD AIC, P&CCLA**
    Dinsmore Consulting
    1289 Fordham Boulevard
    Suite A-175
    Chapel Hill, NC  27514-6110
    Telephone: (919) 593-1134

    Mr. Dinsmore may provide expert information through a report and/or testimony at trial relating to the investigation of fraud and/or fraudulent insurance claims, the investigation of the claim, Genworth, Athene, and HSBC's claim practices, and relevant industry standards including but not limited to the investigation of presumptive death claims.

**FED. R.CIV.P. 26(a)(1)(B)(ii)**
**Documents That May Be Used to Support the Receiver's Claims**

The Receiver makes the following supplemental disclosures of categories of documents:

    3.    All documents relied on by Ms. Davis to render her expert opinion in this matter.

    4.    All documents relied upon by Mr. Dinsmore to render his expert opinion in this matter.

    5.    All documents in the possession of Sergeant Aaron Pritchett and/or the Lowndes County, Georgia Sheriff's Department relating to the investigation of the presumptive death of Aubrey Lee Price.

The Receiver reserves the right to supplement her initial and supplemental disclosures as discovery progresses and facts and/or documents supporting her claims become known.

Respectfully submitted,

**VER PLOEG & LUMPKIN, P.A**

Jason S. Mazer
Florida Bar No. 0149871
jmazer@vpl-law.com
**Matthew L. Baldwin**
Florida Bar No. 27463
mbaldwin@vpl-law.com
100 S.E. 2nd Street, 30th Floor
Miami, Florida 33131
Telephone: (305) 577-3996

Facsimile: (305) 577-3558
*Special Insurance Counsel for the Receiver,*
*Admitted Pro Hac Vice*

and

**DAMIAN & VALORI, LLP**
**Kenneth Dante Murena, P.A.**
Florida Bar No. 147486
kmurena@dvllp.com
**Guy F. Giberson, P.A.**
Florida Bar No. 627402
ggiberson@dvllp.com
1000 Brickell Avenue, Suite 1020
Telephone: (305) 371-3960
Facsimile: (305) 371-3965
*Counsel for the Receiver,*
*Admitted Pro Hac Vice*

and

**PETITT    WORRELL    CRAINE**
**WOLFE, LLC**
**Andrew Worrell, Esquire**
Georgia Bar No. 311027
Andrew@petittworrell.com
Suite 1030, One Glenlake
1 Glenlake Parkway
Atlanta, Georogia 30328
Telephone: (404) 249-7480
Facsimile: (404) 442-4463
*Co-Counsel for the Receiver*

## LOCAL RULE 7.1D CERTIFICATION

By signature below, counsel certifies that the foregoing document was prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1B.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served *via* electronic mail this 30th day of September 2014 upon: all counsel of record identified on the attached Service List.

/s/ Matthew L. Baldwin
**Matthew L. Baldwin**

| SERVICE LIST | |
|---|---|
| **Madison Graham Loomis, Esq.**<br>**W. Shawn Murnahan, Esq.**<br>Securities & Exchange Commission-GA<br>950 East Paces Ferry Road, N.E.<br>Suite 900<br>Atlanta, Georgia 30326<br>Telephone: (404) 842-7600<br>Email: loomism@sec.gov<br>Email: murnahanw@sec.gov<br>*Securities and Exchange Commission* | **Robert J. Waddell, Jr., Esq.**<br>**Laura E. Reinhold, Esq.**<br>MCGUIRE WOODS, LLP<br>Suite 2100, Promenade II<br>1230 Peachtree Street, N.E.<br>Atlanta, Georgia  30309<br>Telephone: (404) 443-5500<br>Email: rwaddell@mcguirewoods.com<br>Email: lreinhold@mcguirewoods.com<br>*Counsel for FDIC* |
| **Peter D. Muller**<br>GOODMAN MCGUFFEY LINDSEY &<br>JOHNSON, LLP<br>Suite 300<br>532 Stephenson Avenue<br>Savannah, GA 31405-5987<br>Telephone: (912) 503-2170<br>pmuller@gmlj.com<br>*Counsel for Receiver, Melanie Damian* | **David J. Forestner, Esq.**<br>CARLTON FIELDS JORDEN BURT, P.A.<br>One Atlantic Center, Suite 3000<br>1201 W. Peachtree Street<br>Atlanta, Georgia 30309<br>Telephone: (404) 815-3400<br>Email: dforestner@cfjblaw.com<br>*Counsel for Plaintiff in Intervention,*<br>*Genworth Life Insurance Company* |
| **Christopher C. Frost, Esq.**<br>**C. Andrew Kitchen, Esq.**<br>**Alexander B. Feinberg, Esq.**<br>MAYNARD, COOPER & GALE, P.C.<br>1901 Sixth Avenue North<br>2400 Regions Harbert Plaza<br>Birmingham, Alabama 35203<br>Telephone: (205) 254-1186<br>Email: cfrost@maynardcooper.com<br>Email: dkitchen@maynardcooper.com<br>Email: afeinberg@maynardcooper.com<br>*Counsel for Plaintiffs in Intervention,*<br>*Protective Life Insurance Company and*<br>*Household Life Insurance Company* | **Raul Cuervo, Esq.**<br>CARLTON FIELDS JORDEN BURT, P.A.<br>100 S.E. 2nd Street<br>Suite 4200<br>Miami, Florida 33131<br>Telephone: (305) 530-0050<br>Email: rcuervo@cfjblaw.com<br>*Counsel for Plaintiff in Intervention,*<br>*Genworth Life Insurance Company* |

| **Alan Francis Curley** | **Philip Keith Lichtman** |
|---|---|
| ROBINSON CURLEY & CLAYTON, P.C.<br>300 South Wacker Drive<br>Chicago, IL 60606<br>Telephone: (312) 663-3100<br>acurley@robinsoncurley.com<br>*Counsel for Plaintiffs in Intervention,*<br>*Genworth Life Insurance Company* | MILLS, PASKERT, DIVERS P.C.<br>One Atlantic Center<br>1201 West Peachtree Street<br>Suite 2610<br>Atlanta, GA 30309<br>Telephone : (404) 870-8200<br>klichtman@mpdlegal.com<br>*Counsel for Plaintiffs in Intervention, St.*<br>*Paul Mercury Insurance Company* |