# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : : | |
| Plaintiff, | : : | Civil Action No. 1:12-cv-2296-TCB |
| v. | : : : | |
| AUBREY LEE PRICE; PFG, LLC; PFGBI, LLC; MONTGOMERY ASSET MANAGEMENT, LLC f/k/a PFG ASSET MANAGEMENT, LLC, (Florida Limited liability company); and MONTGOMERY ASSET MANGEMENT, LLC f/k/a PFG ASSET MANAGEMENT, LLC (Georgia limited liability company), | : : : : : : : : : : : | |
| Defendants. | : : | |

## ORDER GRANTING RECEIVER'S UNOPPOSED MOTION TO APPROVE EMPLOYMENT OF SPECIAL COUNSEL AND CONTINGENCY FEE ARRANGEMENT

THIS CAUSE came before the Court on the Receiver's Unopposed Motion to Approve Employment of Special Counsel and Contingency Fee Arrangement

(the "Motion"). With the Court having considered the Motion, and finding that cause exists to grant the relief requested therein, it is

ORDERED as follows:

1. The Motion is granted.

2. The Receiver is authorized to employ Sallah, Astarita & Cox LLC as special counsel to assist the Receiver with the prosecution of the Receivership Estate's claims against the Proposed Defendants (defined in the Motion), and to compensate and reimburse such counsel, in accordance with the contingency fee arrangement set forth in the Motion.

3. The fee arrangement for the Receiver's lead counsel, Damian & Valori, LLP, solely for purposes of the prosecution of the Receivership Estate's claims against the Proposed Defendants (defined in the Motion), is modified, and the Receiver is authorized to compensate and reimburse such counsel, in accordance with contingency fee arrangement set forth in the Motion.

DONE AND ORDERED in the Northern District of Georgia on this 14th day of April, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE