# EXHIBIT B

**Securities and Exchange Commission, Plaintiff,**
**V.**
**Aubrey Lee Price, et. al., Defendants.**
**Genworth Life Insurance Company, Protective Life Insurance Company, Household Life Insurance Company, Plaintiffs in Intervention**
**V.**
**Melanie E. Damian, as Receiver, et. al., Defendant in Intervention.**
**Civil Action Case No.: 1:12-cv-2296-TCB**
**United States District Court**
**Northern District of Georgia**
**Atlanta Division**

## Expenses Incurred by Receivership Estate
## During the Period from March 11, 2013 through December 31, 2013

| Date | Received from / Payee | Receiver's Claimed Expenses | Actual Expenses Incurred and Disbursed Prior to December 31, 2013 |
|---|---|---|---|
| 3/19/13 | Damian & Valori LLP | 160,989.27 | 160,989.27 |
| 3/19/13 | De Sola Pate & Brown | 16,636.40 | 16,636.40 |
| 3/20/13 | Gibraltar Private | 25.00 | 25.00 |
| 3/19/13 | Ver Ploeg Lumpkin PA | 20,249.60 | 20,249.60 |
| 3/19/13 | Holland & Knight | 10,242.07 | 10,242.07 |
| 3/19/13 | Petit Worrell Craine Wolfe LLC | 27,533.67 | 27,533.67 |
| 3/19/13 | Integro Advisors, Inc. | 7,999.69 | 7,999.69 |
| 3/19/13 | Kapila & Company | 73,383.03 | 73,383.03 |
| 3/25/13 | University Park Commerce | 262.99 | 262.99 |
| 3/25/13 | Manatee County Utilities | 44.25 | 44.25 |
| 3/25/13 | Athene Annuity & Life Insurance Co. | 156.13 | 156.13 |
| 3/25/13 | Luis Lopez Tree & Lawn Service | 440.00 | 440.00 |
| 3/25/13 | Town of Longboat Key | 29.84 | 29.84 |
| 3/25/13 | FPL | 39.77 | 39.77 |
| 3/25/13 | Ver Ploeg Lumpkin PA | 176.95 | 176.95 |
| 4/2/13 | FPL | 22.86 | 22.86 |
| 4/2/13 | FPL | 59.84 | 59.84 |
| 4/2/13 | FPL | 29.05 | 29.05 |
| 4/30/13 | Fee Holdbacks for Feb 1, 2013. through April 30, 2013 (Note 1) | 46,000.00 | 0.00 |
| 5/7/13 | Town of Longboat Key | 82.66 | 82.66 |
| 5/7/13 | FPL | 77.66 | 77.66 |
| 5/7/13 | Luis Lopez Tree & Lawn Service | 860.00 | 860.00 |
| 5/7/13 | Manatee County Utilities | 40.56 | 40.56 |
| 5/7/13 | FPL | 58.44 | 58.44 |
| 5/7/13 | FPL | 137.13 | 137.13 |
| 5/7/13 | FPL | 33.81 | 33.81 |
| 6/6/13 | FPL | 33.95 | 33.95 |
| 6/6/13 | Manatee County Utilities | 81.12 | 81.12 |
| 6/18/13 | Damian & Valori LLP | 88,185.22 | 88,185.22 |
| 6/18/13 | Ver Ploeg Lumpkin PA | 23,306.51 | 23,306.51 |
| 6/18/13 | Holland & Knight | 3,151.52 | 3,151.52 |
| 6/18/13 | Petit Worrell Craine Wolfe LLC | 25,419.59 | 25,419.59 |
| 6/18/13 | De Sola Pate & Brown | 6,752.00 | 6,752.00 |
| 6/18/13 | Kapila & Company | 26,951.50 | 26,951.50 |
| 6/18/13 | Integro Advisors, Inc. | 1,200.00 | 1,200.00 |
| 7/3/13 | FPL | 20.12 | 20.12 |
| 7/3/13 | FPL | 42.73 | 42.73 |
| 7/3/13 | Town of Longboat Key | 29.84 | 29.84 |
| 7/3/13 | Manatee County Utilities | 81.73 | 81.73 |
| 7/3/13 | Luis Lopez Tree and Lawn Service | 880.00 | 880.00 |
| 7/3/13 | Richard's Workshop | 176.00 | 176.00 |

**Securities and Exchange Commission, Plaintiff,**
**V.**
**Aubrey Lee Price, et. al., Defendants.**
**Genworth Life Insurance Company, Protective Life Insurance Company, Household Life Insurance Company, Plaintiffs in Intervention**
**V.**
**Melanie E. Damian, as Receiver, et. al., Defendant in Intervention.**
**Civil Action Case No.: 1:12-cv-2296-TCB**
**United States District Court**
**Northern District of Georgia**
**Atlanta Division**

## Expenses Incurred by Receivership Estate
## During the Period from March 11, 2013 through December 31, 2013

| Date | Received from / Payee | Receiver's Claimed Expenses | Actual Expenses Incurred and Disbursed Prior to December 31, 2013 |
|---|---|---|---|
| 7/3/13 | Eugene Aldea | 100.37 | 100.37 |
| **Protective Proceeds Deposited** | | | |
| 7/25/13 | FPL | 74.19 | 74.19 |
| 7/25/13 | Town of Longboat Key | 62.66 | 62.66 |
| 7/31/13 | Fee Holdbacks for May 1, 2013 through July 2013 (Note 1) | 41,000.00 | 0.00 |
| 8/27/13 | FPL | 212.17 | 212.17 |
| 8/27/13 | FPL | 40.38 | 40.38 |
| 8/27/13 | Luis Lopez Tree and Lawn Service | 440.00 | 440.00 |
| 8/27/13 | Manatee County Utilities | 2.62 | 2.62 |
| 9/19/13 | FPL | 45.38 | 45.38 |
| 9/19/13 | Luis Lopez Tree and Lawn Service | 280.00 | 280.00 |
| 9/19/13 | Town of Longboat Key | 37.64 | 37.64 |
| 9/19/13 | Damian & Valori LLP | 104,604.35 | 104,604.35 |
| 9/19/13 | Ver Ploeg Lumpkin PA | 30,384.34 | 30,384.34 |
| 9/19/13 | Holland & Knight | 1,605.14 | 1,605.14 |
| 9/19/13 | Petit Worrell Craine Wolfe LLC | 20,774.06 | 20,774.06 |
| 9/19/13 | De Sola Pate & Brown | 5,740.40 | 5,740.40 |
| 9/19/13 | Kapila & Company | 22,983.70 | 22,983.70 |
| 9/19/13 | Integro Advisors, Inc. | 1,687.91 | 1,687.91 |
| 10/24/13 | Luis Lopez Tree and Lawn Service | 160.00 | 160.00 |
| 10/24/13 | Town of Longboat Key | 29.84 | 29.84 |
| 10/24/13 | FPL | 38.82 | 38.82 |
| 10/24/13 | Corporation Services Company | 90.19 | 90.19 |
| 10/24/13 | Corporation Services Company | 90.19 | 90.19 |
| 10/24/13 | Corporation Services Company | 90.19 | 90.19 |
| 10/31/13 | Fee Holdbacks for August 1, 2013 through October 1, 2013 (Note 1) | 53,000.00 | 0.00 |
| 11/25/13 | FPL | 45.22 | 45.22 |
| 11/25/13 | Town of Longboat Key | 29.84 | 29.84 |
| 11/25/13 | Montgomery County Bankshares | 10,345.73 | 10,345.73 |
| 12/17/13 | Damian & Valori LLP | 168,278.56 | 168,278.56 |
| 12/17/13 | Ver Ploeg Lumpkin PA | 15,409.90 | 15,409.90 |
| 12/17/13 | Holland & Knight | 703.60 | 703.60 |
| 12/17/13 | Bart Meyer & Company | 3,311.00 | 3,311.00 |
| 12/17/13 | Petit Worrell Craine Wolfe LLC | 11,069.44 | 11,069.44 |
| 12/17/13 | De Sola Pate & Brown | 8,543.60 | 8,543.60 |
| 12/17/13 | Kapila & Company | 36,180.05 | 36,180.05 |
| 12/17/13 | Integro Advisors, Inc. | 2,919.89 | 2,919.89 |
| 12/17/13 | FPL | 45.22 | 45.22 |
| 12/17/13 | Town of Longboat Key | 33.12 | 33.12 |
| 12/17/13 | Luis Lopez Tree and Lawn Service | 320.00 | 320.00 |
| 12/31/13 | 6th interim fees for Nov 1, 2013 through December 31, 2013 paid in 2014 (Note 1) | 131,000.00 | 0.00 |

**Securities and Exchange Commission, Plaintiff,**
**V.**
**Aubrey Lee Price, et. al., Defendants.**
**Genworth Life Insurance Company, Protective Life Insurance Company, Household Life Insurance Company, Plaintiffs in**
**Intervention**
**V.**
**Melanie E. Damian, as Receiver, et. al., Defendant in Intervention.**
**Civil Action Case No.: 1:12-cv-2296-TCB**
**United States District Court**
**Northern District of Georgia**
**Atlanta Division**

## Expenses Incurred by Receivership Estate
### During the Period from March 11, 2013 through December 31, 2013

| Date | Received from / Payee | Receiver's Claimed Expenses | Actual Expenses Incurred and Disbursed Prior to December 31, 2013 |
|---|---|---|---|
| 12/31/13 | Fee Holdbacks for Nov 1, 2013 through December 31, 2013 (Note 1) | 31,000.00 | 0.00 |
| | | | |
| | | | |
| | | $1,244,732.21 | $942,732.21 |
| | | | |
| Note 1) Professional fees incurred but not paid. | | | |
| | | | |
| **Difference between Columns C (Receiver's Claimed Expenses) and D (Actual Expenses Incurred and Disbursed Prior to December 31, 2013)** | | | $302,000.00 |
| | | | |
| **Expenses Disbursed Before Protective Deposit** | | | $496,022.87 |
| | | | |
| **Expenses Disbursed After Protective Deposit** | | | $446,709.34 |
| | | | |