# EXHIBIT C

Securities and Exchange Commission, Plaintiff,
V.
Aubrey Lee Price, et. al., Defendants.
Genworth Life Insurance Company, Protective Life Insurance Company, Household Life Insurance Company, Plaintiffs in Intervention
V.
Melanie E. Damian, as Receiver, et. al., Defendant in Intervention.
Civil Action Case No.: 1:12-cv-2296-TCB
United States District Court
Northern District of Georgia
Atlanta Division

## Proration Analysis of Insurance Proceeds
### For Period from March 11, 2013 through December 31, 2013

**SECTION I - RECEIVER'S INCORRECT CALCULATIONS**

| Date Life Insurance Proceeds Received | Sources of Funds | Amount | Amount as a % of Total Funds Available | Allocation of Expenses | Balance Remaining |
|---|---|---|---|---|---|
| | Beginning balance and other receipts | 1,271,170.81 | 61.52% | 765,770.25 | 505,400.56 |
| 3/11/13 | Household Life Insurance Company | 543,561.64 | 26.31% | 327,448.78 | 216,112.86 |
| 7/9/13 | Protective Life Insurance Company | 251,510.32 | 12.17% | 151,513.17 | 99,997.15 |
| | | 2,066,242.77 | 100.00% | 1,244,732.21 | 821,510.56 |

**SECTION II - INSURERS' CALCULATIONS REFLECTING PROTECTIVE DEPOSIT IN JULY '13**

| Date Life Insurance Proceeds Received | Sources of Funds | Amount | Expenses Attributable* (See "Expense Attributable Calculation" on next page) | Balance Remaining |
|---|---|---|---|---|
| | Beginning balance and other receipts | $1,751,170.81 | $677,604.49 | $1,073,566.32 |
| 3/11/13 | Household Life Insurance Company | $543,561.64 | $210,327.74 | $333,233.90 |
| 7/9/13 | Protective Life Insurance Company | $251,510.32 | $54,799.98 | $196,710.34 |
| | | $2,546,242.77 | | $1,603,510.56 |

Securities and Exchange Commission, Plaintiff,
V.
Aubrey Lee Price, et. al., Defendants.
Genworth Life Insurance Company, Protective Life Insurance Company, Household Life Insurance Company, Plaintiffs in Intervention
V.
Melanie E. Damian, as Receiver, et. al., Defendant in Intervention.
Civil Action Case No.: 1:12-cv-2296-TCB
United States District Court
Northern District of Georgia
Atlanta Division

## Proration Analysis of Insurance Proceeds
### For Period from March 11, 2013 through December 31, 2013

**\*Expenses Attributable Calculation**

| | | | | | |
|---|---|---|---|---|---|
| Expenses Disbursed Before Protective Deposit (the "pre-payment period") | | | | | |
| Total Expense | $496,022.87 | | | | |
| | | | | | |
| Pro Rata Share: | | **Amount Paid-In** | **Percentage** | **Expense Attributable** | **Amount Deemed Paid-In Post-Protective Deposit** |
| | Beginning Balance and other receipts | $1,751,170.81 | 76.31% | $378,528.12 | $1,372,642.69 |
| | Household | $543,561.64 | 23.69% | $117,494.75 | $426,066.89 |
| | Total | $2,294,732.45 | 100.00% | $496,022.87 | $1,798,709.58 |
| | | | | | |
| Expenses Disbursed After Protective Deposit ("the post-payment period") | | | | | |
| Total Expense | $446,709.34 | | | | |
| | | | | | |
| Pro Rata Share: | | **Amount Paid-In** | **Percentage** | **Expense Attributable** | |
| | Beginning Balance and other receipts | $1,372,642.69 | 66.95% | $299,076.36 | |
| | Household | $426,066.89 | 20.78% | $92,833.00 | |
| | Protective | $251,510.32 | 12.27% | $54,799.98 | |
| | Total | $2,050,219.90 | 100.00% | $446,709.34 | |
| | | | | | |
| Total Expense Attributable | | | | | |
| | | **Pre-Payment Period** | **Post-Payment Period** | **Total** | |
| Other | | $378,528.12 | $299,076.36 | $677,604.49 | |
| Household | | $117,494.75 | $92,833.00 | $210,327.74 | |
| Athene | | $0.00 | $54,799.98 | $54,799.98 | |