IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : : : Plaintiff, : : v. : : AUBREY LEE PRICE, *et al.*, : : Defendants. : _____/ | Civil Action No. 1:12-cv-2296-TCB |

**ORDER GRANTING UNOPPOSED MOTION TO
APPROVE SETTLEMENT AGREEMENT BETWEEN RECEIVER AND
FEDERAL DEPOSIT INSURANCE CORPORATION AS
<u>RECEIVER OF MONTGOMERY BANK AND TRUST</u>**

This matter came before the Court upon the Receiver's Unopposed Motion (the "Motion") to approve Settlement Agreement between Melanie E. Damian, as the Receiver (the "Receiver") for the Estate of Aubrey Lee Price and for PFG, LLC, PFGBI, LLC, Montgomery Asset Management, LLC f/k/a PFG Asset Management, LLC (Florida), and Montgomery Asset Management, LLC f/k/a PFG Asset Management (Georgia), and the Federal Deposit Insurance Corporation as Receiver of Montgomery Bank & Trust (the "FDIC-R"). The Court, having

considered the Motion and the court record in this receivership action, and being otherwise duly advised in the premises, finds and orders as follows:

1. The Motion [ECF No. ___] is GRANTED.

2. The Court finds that the Settlement Agreement is in the best interest of the Receivership Estate.

3. The Court authorizes the Receiver to enter into the Settlement Agreement and fulfill her obligations under, and to otherwise carry out the terms of, that Agreement.

DONE AND ORDERED this ____ day of April 2015.

_____
UNITED STATES DISTRICT COURT JUDGE