# INVENTORY OF ASSETS

## Cash on Hand

Cash in main receivership account:  $2,374,102.55
Cash in trust account in Venezuela: $16,741.68

TOTAL: $2,390,844.23

## Real Properties

2 farms in Venezuela (corn and sugar)

Interest in proceeds of harvest from farms in Venezuela

## Personal Property

Interest in $1 million financial institution bond issued by Traveler's Insurance Company/St. Paul Mercury Insurance Company

Claims against Osama Lwis, seeking approximately $1.25 million

Claims against SCAN International, USA, Inc., SCAN Internacional de Nicaragua, Edgar Stuardo Marroquin Archila, and Ronaldo Enrique Rodriguez Garcia, seeking approximately $700,000.00

Claims against Montgomery County Bankshares, Inc., Trae D. Dorough, Miller Peterson ("Pete") Robinson and DeeAnn McDaniel, seeking approximately $10 million **[DISMISSED - ON APPEAL]**

Claims against certain Directors and Officers of MCBI for 2012 misconduct

Claims against Justin Zegalia, seeking approximately $299,552.91

EXHIBIT A

Inventory of Assets
Page 2 of 2

Claims against Federal Deposit Insurance Corporation, as Receiver for Montgomery Bank & Trust, seeking approximately $23 million

Claims against ConvergEx Prime Services LLC, NorthPoint Trading Partners, LLC, and Goldman Sachs Execution & Clearing, L.P.

Interest in claims against third parties, some of which may be covered by known insurance policies with coverage for errors and omissions and/or liability of directors and officers of the respective third parties (as more fully described in Status Report)

Interest in errors and omissions insurance policies, with respect to which one or more Receivership Entities is a named insured, that potentially cover claims against the Receivership Entities by certain third parties (as more fully described in Status Report)

Interest in claims to recover principle and interest due pursuant to loans the Receivership Defendants made to third parties (as more fully described in Status Report)

EXHIBIT A