**Sec v. Price Reconciliation of Receivership Account (Page 1 of 10)**

| Date | Receipts | | Expenses | | Explanation |
|------|---|---|---|---|-------------|
| 8/14/2012 | $ | 339,482.80 | | | Bank of America |
| 8/14/2012 | $ | 244.10 | | | Bank of America |
| 8/14/2012 | $ | 314.04 | | | Bank of America |
| 8/14/2012 | $ | 1,710.00 | | | Bank of America |
| 8/14/2012 | $ | 3,883.31 | | | Bank of America |
| 8/14/2012 | $ | 16.21 | | | Bank of America |
| 8/14/2012 | $ | 0.01 | | | Bank of America |
| 8/14/2012 | $ | 0.02 | | | Bank of America |
| 8/14/2012 | $ | 2.55 | | | Bank of America |
| 8/27/2012 | $ | 16.57 | | | Interest |
| **Total** | **$** | **345,669.61** | **$** | **-** | **$ 345,669.61** |

| | | | | | |
|------|---|---|---|---|-------------|
| **Sep-12** | **$** | **345,669.61** | | | |
| 8/21/2012 | $ | 86.75 | | | Ameritrade |
| 8/21/2012 | $ | 0.81 | | | Ameritrade |
| 8/21/2012 | $ | 9,985.58 | | | Ameritrade |
| 8/28/2012 | $ | 179.30 | | | Schofield & Spencer PA |
| 8/28/2012 | $ | 24.28 | | | Bright House Networks |
| 8/28/2012 | $ | 234.19 | | | Manatee County |
| 9/4/2012 | | | $ | 2,565.94 | Translation/Transcript of Court Order |
| 9/4/2012 | | | $ | 146.88 | Reimbursement for Lock change |
| 9/6/2012 | | | $ | 185.00 | Luis Lopez Tree & Lawn Service |
| 9/6/2012 | | | $ | 62.31 | Town of Longboat Key |
| 9/6/2012 | | | $ | 27.47 | FPL |
| 9/10/2012 | | | $ | 35.90 | Town of Longboat Key |
| 9/10/2012 | | | $ | 310.25 | University Park of Commerce |
| 9/13/2012 | | | $ | 110.84 | Eugen Aldea |
| 9/13/2012 | | | $ | 1,090.00 | Cumberland Plumbing |
| 9/13/2012 | | | $ | 1,000.00 | Remax Signature Properties |
| 9/21/2012 | | | $ | 1,287.00 | MetLife |
| 9/19/2012 | $ | 2,090.00 | | | transfer from rental acct |
| 9/25/2012 | $ | 70.22 | | | interest |
| **Total** | **$** | **358,340.74** | **$** | **6,821.59** | **$ 351,519.15** |

EXHIBIT B

## Sec v. Price Reconciliation of Receivership Account (Page 2 of 10)

| Date | Receipts | | Expenses | | Explanation |
|---|---|---|---|---|---|
| Oct-12 | $ | 351,519.15 | | | |
| 9/24/2012 | | | $ | 55.52 | FPL |
| 9/24/2012 | | | $ | 82.97 | FPL |
| 9/24/2012 | | | $ | 113.52 | FPL |
| 9/25/2012 | | | $ | 582.02 | FPL |
| 9/26/2012 | | | $ | 350.00 | South Coast Landscape |
| 9/26/2012 | | | $ | 520.00 | Luis Lopez Tree & Lawn Service |
| 9/26/2012 | | | $ | 1,375.70 | Roger P. Conley Chartered |
| 9/26/2012 | | | $ | 1,375.70 | Roger P. Conley Chartered |
| 9/26/2012 | | | $ | 1,375.70 | Roger P. Conley Chartered |
| 10/9/2012 | | | $ | 90.43 | FPL |
| 10/9/2012 | | | $ | 29.67 | Town of Longboat Key |
| 10/5/2012 | | | $ | 288.00 | Harbor Pines Condominium |
| 10/5/2012 | | | $ | 288.00 | Harbor Pines Condominium |
| 10/5/2012 | | | $ | 288.00 | Harbor Pines Condominium |
| 10/11/2012 | | | $ | 156.13 | Athene Annuity & Life Assurance Co. |
| 10/16/2012 | | | $ | 61.43 | FPL |
| 10/16/2012 | | | $ | 36.83 | FPL |
| 10/19/2012 | | | $ | 140.00 | FPL |
| 10/19/2012 | | | $ | 236.00 | FPL |
| 10/25/2012 | $ | 71.30 | | | interest |
| 10/29/2012 | | | $ | 288.00 | Harbor Pines Condominium |
| 10/29/2012 | | | $ | 288.00 | Harbor Pines Condominium |
| 10/29/2012 | | | $ | 288.00 | Harbor Pines Condominium |
| 10/29/2012 | | | $ | 300.25 | University Park of commerce |
| 10/31/2012 | | | $ | 293.80 | HSBC |
| Total | $ | 351,590.45 | $ | 8,903.67 | $                          342,686.78 |

| Date | Receipts | | Expenses | | Explanation |
|---|---|---|---|---|---|
| Nov-12 | $ | 342,686.78 | | | |
| 11/5/2012 | | | $ | 42.74 | Kissimmee Utility Authority |
| 11/5/2012 | | | $ | 520.00 | Luis Lopez |
| 11/5/2012 | | | $ | 41.23 | FPL |
| 11/5/2012 | | | $ | 29.67 | Town of Longboat Key |
| 7/1/2012 | $ | 489.72 | | | Gary Olin |
| 11/12/2012 | $ | 489.72 | | | Gary Olin |
| 11/13/2012 | $ | 489.72 | | | Gary Olin |
| 11/13/2012 | $ | 489.72 | | | Gary Olin |
| 11/13/2012 | $ | 489.72 | | | Gary Olin |
| 11/21/2012 | $ | 110.25 | | | Teco People Gas |
| 11/26/2012 | $ | 75.44 | | | interest |
| Total | $ | 345,321.07 | $ | 633.64 | $                          344,687.43 |

## Sec v. Price Reconciliation of Receivership Account (Page 3 of 10)

| Date | Receipts | | Expenses | | Explanation |
|------|----------|--|----------|--|-------------|
| Dec-12 | $ | 344,687.43 | | | |
| 11/28/2012 | $ | 489.72 | | | Gary Olin |
| 11/29/2012 | | | $ | 20.87 | FPL |
| 11/29/2012 | | | $ | 34.34 | FPL |
| 11/29/2012 | | | $ | 67.53 | FPL |
| 11/29/2012 | | | $ | 128.36 | FPL |
| 12/4/2012 | | | $ | 324.00 | FPL |
| 11/26/2012 | | | $ | 206.11 | Manatee County Utilities |
| 12/1/2012 | | | $ | 288.00 | Harbor Pines Condominium |
| 12/1/2012 | | | $ | 288.00 | Harbor Pines Condominium |
| 12/1/2012 | | | $ | 288.00 | Harbor Pines Condominium |
| 12/18/2012 | | | $ | 40.56 | Manatee County Utilities |
| 12/18/2012 | | | $ | 29.84 | Town of Longboat Key |
| 12/18/2012 | | | $ | 14.38 | FPL |
| 12/18/2012 | | | $ | 20.38 | FPL |
| 12/18/2012 | | | $ | 15.10 | FPL |
| 12/18/2012 | | | $ | 16.02 | FPL |
| 12/18/2012 | | | $ | 33.63 | FPL |
| 12/18/2012 | | | $ | 34.61 | FPL |
| 12/18/2012 | | | $ | 162,888.96 | Damian & Valori LLP |
| 12/18/2012 | | | $ | 10,649.97 | Integro Advisors, Inc. |
| 12/18/2012 | | | $ | 5,945.22 | Holland & Knight |
| 12/18/2012 | | | $ | 560.50 | Goodman McGuffey Lindsey & Johnson LLP |
| 12/18/2012 | | | $ | 11,279.00 | De Sola Pate & Brown |
| 12/18/2012 | | | $ | 25,992.00 | Kapila & Company |
| 12/18/2012 | | | $ | 19,935.45 | Petitt Worrell Craine Wolfe LLC |
| 12/20/2012 | $ | 39,569.01 | | | Petitt Worrell Craine Wolfe LLC |
| 12/26/2012 | $ | 59.77 | | | interest |
| Total | $ | 384,805.93 | $ | 239,100.83 | $ 145,705.10 |

| Date | Receipts | | Expenses | | Explanation |
|------|----------|--|----------|--|-------------|
| Jan-13 | $ | 145,705.10 | | | |
| 12/31/2012 | $ | 489.72 | | | Gary Olin |
| 1/4/2013 | $ | 10,345.73 | | | Montgomery County Bankshares |
| 1/10/2012 | $ | 160.41 | | | FPL |
| 1/11/2013 | $ | 65,752.12 | | | Petitt Worrell Craine Wolfe LLC |
| 1/13/2013 | | | $ | 325.00 | Harbor Pines Condominium |
| 1/13/2013 | | | $ | 325.00 | Harbor Pines Condominium |
| 1/15/2013 | | | $ | 156.13 | Athene Annuity & Life Assurance Co. -KDM reim |
| 1/15/2013 | | | $ | 1,140.00 | Luis Lopez Tree & Lawn Service |
| 1/15/2013 | | | $ | 40.56 | Manatee County Utilities |
| 1/15/2013 | | | $ | 262.99 | University Park of commerce |
| 1/15/2013 | | | $ | 103.70 | Town of Longboat Key |
| 1/15/2013 | | | $ | 29.84 | Town of Longboat Key |
| 1/25/2013 | $ | 41.55 | | | interest |
| Total | $ | 222,494.63 | $ | 2,383.22 | $ 220,111.41 |

## Sec v. Price Reconciliation of Receivership Account (Page 4 of 10)

| Date | Receipts | | Expenses | | Explanation |
|---|---|---|---|---|---|
| **Feb-13** | **$** | **220,111.41** | | | |
| 1/28/2013 | $ | 489.76 | | | Gary Olin |
| 1/29/2013 | $ | 1,038,414.48 | | | Genworth Life Insurance |
| 1/29/2013 | $ | 1,897.62 | | | Bank of America |
| 1/28/2013 | | | $ | 15.98 | FPL |
| 1/28/2013 | | | $ | 23.72 | FPL |
| 1/28/2013 | | | $ | 17.96 | FPL |
| 1/28/2013 | | | $ | 11.53 | FPL |
| 1/31/2013 | $ | 314.06 | | | FPL |
| 2/19/2013 | | | $ | 325.00 | Harbor Pines Condominium |
| 2/19/2013 | | | $ | 325.00 | Harbor Pines Condominium |
| 2/19/2013 | | | $ | 440.00 | Luis Lopez Tree & Lawn Service |
| 2/19/2013 | | | $ | 41.79 | Manatee County Utilities |
| 2/19/2013 | | | $ | 29.84 | Town of Longboat Key |
| 2/19/2013 | | | $ | 92.31 | FPL |
| 2/19/2013 | | | $ | 17.54 | FPL |
| 2/19/2013 | | | $ | 20.85 | FPL |
| 2/19/2013 | | | $ | 27.04 | FPL |
| 2/19/2013 | | | $ | 293.80 | HSBC |
| 2/28/2013 | $ | 243.08 | | | interest |
| **Total** | **$** | **1,261,470.41** | **$** | **1,682.36** | **$                    1,259,788.05** |
| | | | | | |
| **Mar-13** | **$** | **1,259,788.05** | | | |
| 3/1/2013 | | | $ | 300.00 | Harbor Pines Condominium |
| 3/1/2013 | | | $ | 300.00 | Harbor Pines Condominium |
| 3/1/2013 | $ | 83,233.70 | | | Gary Olin |
| 3/8/2013 | $ | 4,620.43 | | | Sunbelt Agency |
| 3/11/2013 | $ | 500,000.00 | | | Household Life Insurance Company |
| 3/11/2013 | $ | 43,561.64 | | | Household Life Insurance Company |
| 3/19/2013 | | | $ | 160,989.27 | Damian & Valori LLP |
| 3/19/2013 | | | $ | 16,636.40 | De Sola Pate & Brown |
| 3/20/2013 | | | $ | 25.00 | Gibraltar Private - wire fee |
| 3/25/2013 | $ | 195.21 | | | interest |
| **Total** | **$** | **1,891,399.03** | **$** | **178,250.67** | **$                    1,713,148.36** |

## Sec v. Price Reconciliation of Receivership Account (Page 5 of 10)

| Date | Receipts | | Expenses | | Explanation |
|---|---|---|---|---|---|
| Apr-13 | $ | 1,713,148.36 | | | |
| 3/19/2013 | | | $ | 20,249.60 | Ver Ploeg Lumkin PA |
| 3/19/2013 | | | $ | 10,242.07 | Holland & Knight |
| 3/19/2013 | | | $ | 27,533.67 | Petitt Worrell Craine Wolfe LLC |
| 3/19/2013 | | | $ | 7,999.69 | Integro Advisors, Inc. |
| 3/19/2013 | | | $ | 73,383.03 | Kapila & Company |
| 3/25/2013 | | | $ | 262.99 | University Park Commerce |
| 3/25/2013 | | | $ | 44.25 | Manatee County Utilities |
| 3/25/2013 | | | $ | 156.13 | Athene Annuity & Life Assurance Co. |
| 3/25/2013 | | | $ | 440.00 | Luis Lopez Tree & Lawn Service |
| 3/25/2013 | | | $ | 29.84 | Town of Longboat Key |
| 3/25/2013 | | | $ | 39.77 | FPL |
| 3/25/2013 | | | $ | 176.95 | Ver Ploeg Lumkin PA |
| 4/2/2013 | | | $ | 22.86 | FPL |
| 4/2/2013 | | | $ | 59.84 | FPL |
| 4/2/2013 | | | $ | 29.05 | FPL |
| 4/12/2013 | $ | 156.13 | | | Athene Annuity & Life Assurance Co. |
| 4/19/2013 | $ | 101,886.73 | | | Sale of Property |
| 4/25/2013 | $ | 135.64 | | | interest |
| **Total** | **$** | **1,815,326.86** | **$** | **140,669.74** | **$                  1,674,657.12** |

| | | | | | |
|---|---|---|---|---|---|
| May-13 | $ | 1,674,657.12 | | | |
| 5/1/2013 | $ | 92.79 | | | FPL |
| 5/7/2013 | | | $ | 62.66 | Town of Longboat Key |
| 5/7/2013 | | | $ | 77.66 | FPL |
| 5/7/2013 | | | $ | 880.00 | Luis Lopez Tree and Lawn Service |
| 5/7/2013 | | | $ | 40.56 | Manatee County Utilities |
| 5/7/2013 | | | $ | 58.44 | FPL |
| 5/7/2013 | | | $ | 137.13 | FPL |
| 5/7/2013 | | | $ | 33.81 | FPL |
| 5/20/2013 | $ | 37,401.86 | | | Petitt Worrell Craine Wolfe LLC |
| 5/28/2013 | $ | 37,396.53 | | | Petitt Worrell Craine Wolfe LLC |
| 5/31/2013 | $ | 152.39 | | | interest |
| **Total** | **$** | **1,749,700.69** | **$** | **1,290.26** | **$                  1,748,410.43** |

| | | | | | |
|---|---|---|---|---|---|
| Jun-13 | $ | 1,748,410.43 | | | |
| Jun-13 | $ | 3,185.25 | | | Petitt Worrell Craine Wolfe LLC |
| 6/6/2013 | | | $ | 33.95 | FPL |
| 6/6/2013 | | | $ | 81.12 | Manatee County Utilities |
| 6/7/2013 | $ | 146.93 | | | FPL |
| 6/18/2013 | | | $ | 88,185.22 | Damian & Valori LLP |
| 6/18/2013 | | | $ | 23,306.51 | Ver Ploeg Lumkin PA |
| 6/18/2013 | | | $ | 3,151.52 | Holland & Knight |
| 6/18/2013 | | | $ | 25,419.59 | Petitt Worrell Craine Wolfe LLC |
| 6/18/2013 | | | $ | 6,752.00 | De Sola Pate & Brown |
| 6/18/2013 | | | $ | 26,951.50 | Kapila & Company |
| 6/18/2013 | | | $ | 1,200.00 | Integro Advisors, Inc. |
| 6/24/2013 | $ | 291.92 | | | |
| 6/30/2013 | $ | 132.12 | | | interest |
| **Total** | **$** | **1,752,166.65** | **$** | **175,081.41** | **$                  1,577,085.24** |

## Sec v. Price Reconciliation of Receivership Account (Page 6 of 10)

| Date | Receipts | | Expenses | | Explanation |
|---|---|---|---|---|---|
| Jul-13 | $ | 1,577,085.24 | | | |
| 7/3/2013 | | | $ | 20.12 | FPL |
| 7/3/2013 | | | $ | 42.73 | FPL |
| 7/3/2013 | | | $ | 29.84 | Town of Longboat Key |
| 7/3/2013 | | | $ | 81.73 | Manatee County Utilities |
| 7/3/2013 | | | $ | 880.00 | Luis Lopez Tree and Lawn Service |
| 7/3/2013 | | | $ | 176.00 | Richard's Workshop |
| 7/3/2013 | | | $ | 100.37 | Eugen Aldea |
| 7/9/2013 | $ | 251,510.32 | | | Athene Annuity & Life Assurance Company |
| 7/23/2013 | $ | 191.78 | | | Athene Annuity & Life Assurance Company |
| 7/25/2013 | | | $ | 74.19 | FPL |
| 7/25/2013 | | | $ | 62.66 | Town of Longboat Key |
| 7/26/2013 | $ | 122,450.28 | | | Petitt Worrell Craine Wolfe LLC |
| 7/29/2013 | $ | 147.87 | | | FPL |
| 7/25/2013 | $ | 141.37 | | | interest |
| **Total** | **$** | **1,951,526.86** | **$** | **1,467.64** | **$**                   **1,950,059.22** |

| Aug-13 | $ | 1,950,059.22 | | | |
|---|---|---|---|---|---|
| 8/27/2013 | | | $ | 212.17 | FPL |
| 8/27/2013 | | | $ | 40.38 | FPL |
| 8/27/2013 | | | $ | 440.00 | Luis Lopez Tree and Lawn Service |
| 8/27/2013 | | | $ | 2.62 | Manatee County Utilities |
| 8/25/2013 | $ | 170.97 | | | interest |
| **Total** | **$** | **1,950,230.19** | **$** | **695.17** | **$**                   **1,949,535.02** |

| Sep-13 | $ | 1,949,535.02 | | | |
|---|---|---|---|---|---|
| 8/28/2013 | $ | 94,192.61 | | | Petitt Worrell Craine Wolfe LLC |
| 9/4/2013 | $ | 5,030.25 | | | Park Avenue Numismatics |
| 9/19/2013 | | | $ | 45.38 | FPL |
| 9/19/2013 | | | $ | 280.00 | Luis Lopez Tree and Lawn Service |
| 9/19/2013 | | | $ | 37.64 | Town of Longboat Key |
| 9/19/2013 | | | $ | 104,604.35 | Damian & Valori LLP |
| 9/19/2013 | | | $ | 30,384.34 | Ver Ploeg Lumkin PA |
| 9/19/2013 | | | $ | 1,605.14 | Holland & Knight |
| 9/19/2013 | | | $ | 20,774.06 | Petitt Worrell Craine Wolfe LLC |
| 9/19/2013 | | | $ | 5,740.40 | De Sola Pate & Brown |
| 9/19/2013 | | | $ | 22,983.70 | Kapila & Company |
| 9/19/2013 | | | $ | 1,687.91 | Integro Advisors, Inc. |
| 9/25/2013 | $ | 166.17 | | | interest |
| **Total** | **$** | **2,048,924.05** | **$** | **188,142.92** | **$**                   **1,860,781.13** |

| Oct-13 | $ | 1,860,781.13 | | | |
|---|---|---|---|---|---|
| 10/24/2013 | | | $ | 160.00 | Luis Lopez Tree and Lawn Service |
| 10/24/2013 | | | $ | 29.84 | Town of Longboat Key |
| 10/24/2013 | | | $ | 38.82 | FPL |
| 10/24/2013 | | | $ | 90.19 | Corporation Services Company |
| 10/24/2013 | | | $ | 90.19 | Corporation Services Company |
| 10/24/2013 | | | $ | 90.19 | Corporation Services Company |
| 10/25/2013 | $ | 163.13 | | | interest |
| **Total** | **$** | **1,860,944.26** | **$** | **499.23** | **$**                   **1,860,445.03** |

## Sec v. Price Reconciliation of Receivership Account (Page 7 of 10)

| Date | Receipts | | Expenses | | Explanation |
|------|---------:|---|---------:|---|-------------|
| Nov-13 | $ | 1,860,445.03 | | | |
| 11/25/2013 | | | $ | 45.22 | FPL |
| 11/25/2013 | | | $ | 29.84 | Town of Longboat Key |
| 11/25/2013 | | | $ | 10,345.73 | Montgomery County Banksbares |
| 11/25/2013 | $ | 147.84 | | | interest |
| **Total** | **$** | **1,860,592.87** | **$** | **10,420.79** | **$                              1,850,172.08** |
| | | | | | |
| Dec-13 | $ | 1,850,172.08 | | | |
| 12/17/2013 | | | $ | 168,278.56 | Damian & Valori LLP |
| 12/17/2013 | | | $ | 15,409.90 | Ver Ploeg Lumkin PA |
| 12/17/2013 | | | $ | 703.60 | Holland & Knight |
| 12/17/2013 | | | $ | 3,311.00 | Bart Meyer & Company |
| 12/17/2013 | | | $ | 11,069.44 | Petitt Worrell Craine Wolfe LLC |
| 12/17/2013 | | | $ | 8,543.60 | De Sola Pate & Brown |
| 12/17/2013 | | | $ | 36,180.05 | Kapila & Company |
| 12/17/2013 | | | $ | 2,919.89 | Integro Advisors, Inc. |
| 12/17/2013 | | | $ | 45.22 | FPL |
| 12/17/2013 | | | $ | 33.12 | Town of Longboat Key |
| 12/17/2013 | | | $ | 320.00 | Luis Lopez Tree and Lawn Service |
| 12/25/2013 | $ | 152.96 | | | interest |
| **Total** | **$** | **1,850,325.04** | **$** | **246,814.38** | **$                              1,603,510.66** |
| | | | | | |
| Jan-14 | $ | 1,603,510.66 | | | |
| 1/8/2014 | $ | 63,536.31 | | | Petitt Worrell Craine Wolfe LLC |
| 1/25/2014 | $ | 145.75 | | | interest |
| **Total** | **$** | **1,667,192.72** | **$** | **-** | **$                              1,667,192.72** |
| | | | | | |
| Feb-14 | $ | 1,667,192.72 | | | |
| 2/5/2014 | | | $ | 80.40 | FPL |
| 2/5/2014 | | | $ | 59.68 | Town of Longboat Key |
| 2/25/2014 | $ | 133.29 | | | interest |
| **Total** | **$** | **1,667,326.01** | **$** | **140.08** | **$                              1,667,185.93** |
| | | | | | |
| Mar-14 | $ | 1,667,185.93 | | | |
| | | | | | |
| 3/31/2014 | $ | 128.69 | | | interest |
| **Total** | **$** | **1,667,314.62** | **$** | **-** | **$                              1,667,314.62** |
| | | | | | |
| Apr-14 | $ | 1,667,314.62 | | | |
| 4/14/2014 | | | $ | 66.27 | Town of Longboat Key |
| 4/14/2014 | | | $ | 82.22 | FPL |
| 4/14/2014 | | | $ | 640.00 | Luis Lopez Tree and Lawn Service |
| 4/14/2014 | | | $ | 103.70 | Town of Longboat Key |
| 4/30/2014 | $ | 151.67 | | | interest |
| **Total** | **$** | **1,667,466.29** | **$** | **892.19** | **$                              1,666,574.10** |

## Sec v. Price Reconciliation of Receivership Account (Page 8 of 10)

| Date | Receipts | | Expenses | | Explanation | |
|---|---|---|---|---|---|---|
| **May-14** | $ | 1,666,574.10 | | | | |
| 5/23/2014 | | | $ | 42.81 | FPL | |
| 5/23/2014 | | | $ | 1,200.00 | Luis Lopez Tree and Lawn Service | |
| 5/23/2014 | | | $ | 29.84 | Town of Longboat Key | |
| 5/22/2014 | $ | 700,000.00 | | | KM Homes | |
| 5/31/2014 | $ | 149.34 | | | interest | |
| **Total** | $ | 2,366,723.44 | $ | 1,272.65 | $ | 2,365,450.79 |
| | | | | | | |
| **Jun-14** | $ | 2,365,450.79 | | | | |
| 6/11/2014 | $ | 18,000.00 | | | Perry Law Firm LLC | |
| 6/30/2014 | $ | 189.05 | | | interest | |
| **Total** | $ | 2,383,639.84 | $ | - | $ | 2,383,639.84 |
| | | | | | | |
| **Jul-14** | $ | 2,383,639.84 | | | | |
| 6/30/2014 | | | $ | 337.50 | Cannon Construction | |
| 6/30/2014 | | | $ | 1,000.00 | Services Unlimited | |
| 6/30/2014 | | | $ | 81.75 | Routh Realtors | |
| 6/30/2014 | | | $ | 300.00 | Luis Lopez Tree and Lawn Service | |
| 6/30/2014 | | | $ | 90.42 | FPL | |
| 6/30/2014 | | | $ | 59.68 | Town of Longboat Key | |
| 7/25/2014 | $ | 208.94 | | | interest | |
| **Total** | $ | 2,383,848.78 | $ | 1,869.35 | $ | 2,381,979.43 |
| | | | | | | |
| **Aug-14** | $ | 2,381,979.43 | | | | |
| 8/11/2014 | | | $ | 49.61 | FPL | |
| 8/12/2014 | | | $ | 33.12 | Town of Longboat Key | |
| 8/22/2014 | $ | 33,000.00 | | | Julie Manguart | |
| 8/25/2014 | $ | 189.67 | | | interest | |
| **Total** | $ | 2,415,169.10 | $ | 82.73 | $ | 2,415,086.37 |
| | | | | | | |
| **Sep-14** | $ | 2,415,086.37 | | | | |
| 9/9/2014 | | | $ | 42.80 | FPL | |
| 9/9/2014 | | | $ | 29.84 | Town of Longboat Key | |
| 9/9/2014 | | | $ | 150.00 | Luis Lopez Tree and Lawn Service | |
| 9/25/2014 | $ | 205.12 | | | interest | |
| **Total** | $ | 2,415,291.49 | $ | 222.64 | $ | 2,415,068.85 |
| | | | | | | |
| **Oct-14** | $ | 2,415,068.85 | | | | |
| 10/3/2014 | | | $ | 93.67 | Corporate Services Company | |
| 10/3/2014 | | | $ | 93.67 | Corporate Services Company | |
| 10/3/2014 | | | $ | 93.67 | Corporate Services Company | |
| 10/3/2014 | | | $ | 103.96 | FPL | |
| 10/3/2014 | | | $ | 62.66 | Town of Longboat Key | |
| 10/31/2014 | $ | 211.72 | | | interest | |
| **Total** | $ | 2,415,280.57 | $ | 447.63 | $ | 2,414,832.94 |

## Sec v. Price Reconciliation of Receivership Account (Page 9 of 10)

| Date | Receipts | Expenses | Explanation |
|---|---|---|---|
| Nov-14 | $ 2,414,832.94 | | |
| 11/7/2014 | | $ 400.00 | Luis Lopez Tree and Lawn Service |
| 11/7/2014 | | $ 29.84 | Town of Longboat Key |
| 11/30/2014 | $ 191.86 | | interest |
| Total | $ 2,415,024.80 | $ 429.84 | $ 2,414,594.96 |
| | | | |
| Dec-14 | $ 2,414,594.96 | | |
| 12/29/2014 | $ 950,000.00 | | KM Homes |
| 12/25/2014 | $ 218.32 | | interest |
| Total | $ 3,364,813.28 | $ - | $ 3,364,813.28 |
| | | | |
| Jan-15 | $ 3,364,813.28 | | |
| 1/5/2015 | | $ 131.31 | FPL |
| 1/5/2015 | | $ 189.00 | French Mechanical Services |
| 1/12/2015 | | $ 480,000.00 | Genworth Life Insurance |
| 1/13/2015 | | $ 400.00 | Luis Lopez Tree and Lawn Service |
| 1/13/2015 | | $ 26.86 | Town of Longboat Key |
| 1/26/2015 | | $ 2,200.00 | Honest Air Conditioning of Venice |
| 1/26/2015 | | $ 487.74 | FPL |
| 1/25/2015 | $ 252.87 | | interest |
| Total | $ 3,365,066.15 | $ 483,434.91 | $ 2,881,631.24 |
| | | | |
| Feb-15 | $ 2,881,631.24 | | |
| 2/11/2015 | | $ 200.00 | Luis Lopez Tree and Lawn Service |
| 2/11/2015 | | $ 29.84 | Town of Longboat Key |
| 2/11/2015 | | $ 995.36 | Routh Realtors, LLC |
| 2/25/2015 | $ 236.88 | | interest |
| Total | $ 2,881,868.12 | $ 1,225.20 | $ 2,880,642.92 |
| | | | |
| Mar-15 | $ 2,880,642.92 | | |
| 3/2/2015 | | $ 376.01 | FPL |
| 3/2/2015 | | $ 449.28 | FPL |
| 3/26/2015 | | $ 29.84 | Town of Longboat Key |
| 3/26/2015 | | $ 400.00 | Luis Lopez Tree and Lawn Service |
| 3/25/2015 | $ 220.96 | | interest |
| Total | $ 2,880,863.88 | $ 1,255.13 | $ 2,879,608.75 |

## Sec v. Price Reconciliation of Receivership Account (Page 10 of 10)

| Date | Receipts | Expenses | Explanation |
|---|---|---|---|
| Apr-15 | $ 2,879,608.75 | | |
| 4/2/2015 | | $ 96,160.68 | Damian & Valori LLP |
| 4/2/2015 | | $ 14,166.45 | Ver Ploeg Lumkin PA |
| 4/2/2015 | | $ 3,985.64 | Holland & Knight |
| 4/2/2015 | | $ 42.40 | Bart Meyer & Company |
| 4/2/2015 | | $ 16,720.15 | Petitt Worrell Craine Wolfe LLC |
| 4/2/2015 | | $ 5,624.00 | De Sola Pate & Brown |
| 4/2/2015 | | $ 1,040.00 | Integro Advisors, Inc. |
| 4/2/2015 | | $ 45,149.09 | Kapila & Company |
| 4/2/2015 | | $ 220,400.03 | Damian & Valori LLP |
| 4/2/2015 | | $ 804.48 | Ver Ploeg Lumkin PA |
| 4/2/2015 | | $ 4,555.00 | Petitt Worrell Craine Wolfe LLC |
| 4/2/2015 | | $ 254.40 | Bart Meyer & Company |
| 4/2/2015 | | $ 5,304.40 | De Sola Pate & Brown |
| 4/2/2015 | | $ 1,120.00 | Integro Advisors, Inc. |
| 4/2/2015 | | $ 18,221.33 | Kapila & Company |
| 4/2/2015 | | $ 135,242.26 | Damian & Valori LLP |
| 4/2/2015 | | $ 27,030.98 | Ver Ploeg Lumkin PA |
| 4/2/2015 | | $ 190.80 | Bart Meyer & Company |
| 4/2/2015 | | $ 6,946.60 | Petitt Worrell Craine Wolfe LLC |
| 4/2/2015 | | $ 11,056.00 | De Sola Pate & Brown |
| 4/2/2015 | | $ 6,993.49 | Kapila Makumal |
| 4/15/2015 | | $ 25.00 | Wire fee |
| 4/24/2015 | $ 88,371.60 | | Petitt Worrell Craine Wolfe LLC |
| 4/25/2015 | $ 221.10 | | interest |
| **Total** | **$ 2,968,201.45** | **$ 621,033.18** | **$ 2,347,168.27** |

## Sec v. Price Reconciliation Rental Account (Page 1 of 6)

| Date | Receipts | Expense | Explanation |
|---|---|---|---|
| 8/29/2012 | $ 1,332.00 | | Sawyer & Assoc |
| 8/17/2012 | $ 2,664.00 | | Sawyer & Assoc |
| 8/18/2012 | $ 2,000.00 | | Calming Waters Spa |
| 8/18/2012 | $ 2,000.00 | | Calming Waters Spa |
| 8/25/2012 | $ 732.00 | | Bennett Surveying Inc |
| 8/27/2012 | $ 1,232.00 | | Anania & Assoc. |
| 8/27/2012 | $ 1,332.00 | | Well Adjusted Chiropractic |
| **Total** | **$ 11,292.00** | **$     -** | **$            11,292.00** |

| | Sep-12 | $ 11,292.00 | |
|---|---|---|---|
| 8/31/2012 | | $ 6,461.76 | Slade Hancock Phillips Ins. |
| 9/6/2012 | | $ 666.82 | Southland Waste Services |
| 6/29/2012 | | $ 1,332.00 | Sawyer & Assoc/stop payment |
| 9/7/2012 | | $ 10.00 | Returned check fee |
| 9/18/2012 | $ 732.00 | | Bennett Surveying Inc |
| 9/18/2012 | | $ 2,090.00 | transfer to main acct |
| 9/19/2012 | | $ 5.00 | transfer fee |
| 9/21/2012 | $ 1,232.00 | | Anania & Assoc. |
| **Total** | **$ 13,256.00** | **$ 10,565.58** | **$             2,690.42** |

| | Oct-12 | $ 2,690.42 | |
|---|---|---|---|
| 9/18/2012 | | $ 840.72 | Okefenoke |
| 9/18/2012 | | $ 361.30 | Okefenoke |
| 9/18/2012 | | $ 289.57 | Okefenoke |
| 9/18/2012 | | $ 96.88 | City of Kingsland |
| 9/18/2012 | | $ 1,037.14 | City of Kingsland |
| 10/1/2012 | $ 1,332.00 | | Sawyer & Assoc |
| 10/1/2012 | $ 1,332.00 | | Well Adjusted Chiropractic |
| 10/5/2012 | | $ 177.16 | Southland Waste Systems |
| 10/5/2012 | | $ 302.50 | Okefenoke |
| 10/5/2012 | | $ 120.00 | Okefenoke |
| 10/9/2012 | | $ 51.58 | Okefenoke |
| 10/9/2012 | $ 1,332.00 | | Sawyer & Assoc |
| 10/9/2012 | $ 2,196.00 | | Bennett Surveying Inc |
| 10/9/2012 | | $ 1,157.26 | Mason Ball |
| 10/9/2012 | | $ 1,658.10 | Bank Direct |
| 10/15/2012 | $ 2,000.00 | | Calming Spa |
| 10/15/2012 | $ 2,000.00 | | Calming Spa |
| 10/16/2012 | | $ 457.65 | Okefenoke |
| 10/22/2012 | $ 900.00 | | Bennett Surveying Inc |
| 10/24/2012 | $ 1,332.00 | | Well Adjusted Chiropractic |
| 10/25/2012 | $ 0.04 | | interest |
| 10/29/2012 | | $ 486.00 | Remax Signature Properties |
| 10/29/2012 | | $ 756.40 | Remax Signature Properties |
| 10/29/2012 | | $ 1,355.00 | Landscape Innovation |
| **Total** | **$ 15,114.46** | **$ 9,147.26** | **$             5,967.20** |

**Sec v. Price Reconciliation Rental Account (Page 2 of 6)**

| Date | Receipts | Expense | Explanation |
|---|---|---|---|
| Nov-12 | $ 5,967.20 | | |
| 10/29/2012 | $ 1,282.00 | | Anania & Assoc. |
| 11/6/2012 | | $ 1,658.10 | Bank Direct |
| 11/7/2012 | | $ 1,388.96 | City of Kingsland |
| 11/12/2012 | $ 900.00 | | Bennett Surveying Inc |
| 11/12/2012 | $ 1,332.00 | | Sawyer & Assoc. |
| 11/12/2012 | $ 2,000.00 | | Calming Spa |
| 11/12/2012 | $ 1,332.00 | | Well Adjusted Chiropractic |
| 11/15/2012 | $ 1,232.00 | | Anania & Assoc. |
| 11/26/2012 | $ 0.65 | | interest |
| **Total** | **$ 14,045.85** | **$ 3,047.06** | **$                    10,998.79** |

| Date | Receipts | Expense | Explanation |
|---|---|---|---|
| Dec-12 | $ 10,998.79 | | |
| 11/26/2012 | | $ 1,785.15 | Dekle Plumbing |
| 11/26/2012 | | $ 827.80 | Remax Signature Properties |
| 11/26/2012 | | $ 11.85 | Okefenoke |
| 11/26/2012 | | $ 50.10 | Okefenoke |
| 12/10/2012 | $ 1,332.00 | | Sawyer & Assoc. |
| 12/13/2012 | $ 900.00 | | Bennett Surveying Inc |
| 12/13/2012 | $ 2,000.00 | | Calming Spa |
| 12/13/2012 | $ 1,332.00 | | Well Adjusted Chiropractic |
| 12/18/2012 | | $ 270.96 | City of Kingsland |
| 12/18/2012 | | $ 22.48 | City of Kingsland |
| 12/18/2012 | | $ 1,658.10 | Bank Direct |
| 12/18/2012 | | $ 46.92 | Okefenoke |
| 12/18/2012 | | $ 22.20 | Okefenoke |
| 12/18/2012 | | $ 540.00 | Landscape Innovations |
| 12/26/2012 | $ 1,282.00 | | Anania & Assoc. |
| 12/26/2012 | $ 1.26 | | interest |
| **Total** | **$ 17,846.05** | **$ 5,235.56** | **$                    12,610.49** |

| Date | Receipts | Expense | Explanation |
|---|---|---|---|
| Jan-13 | $ 12,610.49 | | |
| 1/14/2013 | $ 1,332.00 | | Sawyer & Assoc. |
| 1/14/2013 | $ 2,000.00 | | Calming Spa |
| 1/14/2013 | $ 1,332.00 | | Well Adjusted Chiropractic |
| 1/14/2013 | $ 900.00 | | Bennett Surveying Inc |
| 1/15/2013 | | $ 323.40 | City of Kingsland |
| 1/15/2013 | | $ 28.42 | City of Kingsland |
| 1/15/2013 | | $ 704.60 | Remax Signature Properties |
| 1/15/2013 | | $ 1,658.10 | Bank Direct |
| 1/15/2013 | | $ 540.00 | Landscape Innovations |
| 1/15/2013 | | $ 79.85 | Okefenoke |
| 1/15/2013 | | $ 22.20 | Okefenoke |
| 1/15/2013 | | $ 46.92 | Okefenoke |
| 1/27/2013 | $ 1.71 | | interest |
| 1/28/2013 | $ 1,282.00 | | Anania & Assoc. |
| **Total** | **$ 19,458.20** | **$ 3,403.49** | **$                    16,054.71** |

## Sec v. Price Reconciliation Rental Account (Page 3 of 6)

| Date | Receipts | Expense | | Explanation |
|---|---|---|---|---|
| Feb-13 | $ 16,054.71 | | | |
| 2/11/2013 | $ 1,332.00 | | | Sawyer & Assoc. |
| 2/19/2013 | | $ | 50.10 | Okefenoke |
| 2/19/2013 | | $ | 22.20 | Okefenoke |
| 2/19/2013 | | $ | 113.25 | Okefenoke |
| 2/19/2013 | | $ | 540.00 | Landscape Innovations |
| 2/19/2013 | | $ | 317.88 | City of Kingsland |
| 2/19/2013 | | $ | 28.42 | City of Kingsland |
| 2/19/2013 | | $ | 704.60 | Remax Signature Properties |
| 2/19/2013 | | $ | 113.21 | Southland Waste Systems |
| 2/20/2013 | $ 2,000.00 | | | Calming Spa |
| 2/20/2013 | $ 1,332.00 | | | Well Adjusted Chiropractic |
| 2/20/2013 | $ 900.00 | | | Bennett Surveying Inc |
| 2/25/2013 | $ 1.40 | | | interest |
| **Total** | **$ 21,620.11** | **$** | **1,889.66** | **$                 19,730.45** |

| Date | Receipts | Expense | | Explanation |
|---|---|---|---|---|
| Mar-13 | $ 19,730.45 | | | |
| 3/1/2013 | $ 1,285.00 | | | Anania & Assoc. |
| 3/7/2013 | | $ | 104.00 | Salde Hancock Philllips |
| 3/11/2013 | $ 1,332.00 | | | Sawyer & Assoc. |
| 3/11/2013 | $ 2,000.00 | | | Calming Spa |
| 3/11/2013 | $ 1,332.00 | | | Well Adjusted Chiropractic |
| 3/11/2013 | $ 900.00 | | | Bennett Surveying Inc |
| 3/25/2013 | $ 1.23 | | | interest |
| **Total** | **$ 26,580.68** | **$** | **104.00** | **$                 26,476.68** |

| Date | Receipts | Expense | | Explanation |
|---|---|---|---|---|
| Apr-13 | $ 26,476.68 | | | |
| 3/25/2013 | | $ | 118.54 | Southland Waste Systems |
| 3/25/2013 | | $ | 119.96 | Southland Waste Systems |
| 3/25/2013 | | $ | 704.60 | Remax Signature Properties |
| 3/25/2013 | | $ | 376.90 | City of Kingsland |
| 3/25/2013 | | $ | 34.10 | City of Kingsland |
| 3/25/2013 | | $ | 540.00 | Landscape Innovations |
| 3/25/2013 | | $ | 55.96 | Okefenoke |
| 3/25/2013 | | $ | 108.84 | Okefenoke |
| 3/25/2013 | | $ | 50.40 | Okefenoke |
| 3/25/2013 | | $ | 6,777.67 | City of Kingsland |
| 3/25/2013 | | $ | 5,356.63 | City of Kingsland |
| 3/27/2013 | $ 1,282.00 | | | Anania & Assoc. |
| 4/8/2013 | $ 1,332.00 | | | Sawyer & Assoc. |
| 4/8/2013 | $ 2,000.00 | | | Calming Spa |
| 4/8/2013 | $ 1,332.00 | | | Well Adjusted Chiropractic |
| 4/8/2013 | $ 900.00 | | | Bennett Surveying Inc |
| 4/25/2013 | $ 0.69 | | | interest |
| **Total** | **$ 33,323.37** | **$** | **14,243.60** | **$                 19,079.77** |

## Sec v. Price Reconciliation Rental Account (Page 4 of 6)

**May-13  $ 19,079.77**

| Date | | | | Payee |
|---|---|---|---|---|
| 5/1/2013 | $ 1,285.00 | | | Anania & Assoc. |
| 5/7/2013 | | $ | 704.60 | Remax Signature Properties |
| 5/7/2013 | | $ | 704.60 | Remax Signature Properties |
| 5/7/2013 | | $ | 58.62 | Okefenoke |
| 5/7/2013 | | $ | 96.47 | Okefenoke |
| 5/7/2013 | | $ | 660.06 | City of Kingsland |
| 5/7/2013 | | $ | 59.68 | City of Kingsland |
| 5/7/2013 | | $ | 540.00 | Landscape Innovations |
| 5/7/2013 | | $ | 540.00 | Landscape Innovations |
| 5/7/2013 | | $ | 118.06 | Southland Waste Systems |
| 5/16/2013 | $ 1,332.00 | | | Sawyer & Assoc. |
| 5/16/2013 | $ 1,500.00 | | | Calming Spa |
| 5/13/2013 | $ 900.00 | | | Bennett Surveying Inc |
| 5/28/2013 | $ 0.73 | | | interest |
| **Total** | **$ 24,097.50** | **$** | **3,482.09** | **$          20,615.41** |

**Jun-13  $ 20,615.41**

| Date | | | | Payee |
|---|---|---|---|---|
| 6/4/2013 | $ 1,282.00 | | | Anania & Assoc. |
| 6/6/2013 | | $ | 521.40 | Remax Signature Properties |
| 6/6/2013 | | $ | 117.25 | Southland Waste Systems |
| 6/6/2013 | | $ | 271.88 | City of Kingsland |
| 6/6/2013 | | $ | 28.42 | City of Kingsland |
| 6/6/2013 | | $ | 117.04 | Okefenoke |
| 6/6/2013 | | $ | 196.17 | Okefenoke |
| 6/6/2013 | | $ | 25.20 | Okefenoke |
| 6/14/2013 | $ 1,332.00 | | | Sawyer & Assoc. |
| 6/14/2013 | $ 1,500.00 | | | Calming Spa |
| 6/14/2013 | $ 900.00 | | | Bennett Surveying Inc |
| 6/25/2013 | $ 0.68 | | | interest |
| **Total** | **$ 25,630.09** | **$** | **1,277.36** | **$          24,352.73** |

**Jul-13  $ 24,352.73**

| Date | | | | Payee |
|---|---|---|---|---|
| 7/1/2013 | $ 900.00 | | | Bennett Surveying Inc |
| 7/3/2013 | | $ | 540.00 | Landscape Innovations |
| 7/3/2013 | | $ | 540.00 | Landscape Innovations |
| 7/3/2013 | | $ | 116.24 | Okefenoke |
| 7/3/2013 | | $ | 200.32 | Okefenoke |
| 7/3/2013 | | $ | 50.40 | Okefenoke |
| 7/3/2013 | | $ | 521.70 | Remax Signature Properties |
| 7/3/2013 | | $ | 116.68 | Southland Waste Systems |
| 7/3/2013 | | $ | 5,000.00 | Camden County Tax Commissioner |
| 7/16/2013 | $ 1,332.00 | | | Sawyer & Assoc. |
| 7/23/2013 | $ 1,232.00 | | | Calming Spa |
| 7/23/2013 | $ 85.00 | | | Calming Spa |
| 7/23/2013 | $ 268.00 | | | Calming Spa |
| 7/25/2013 | $ 1,000.00 | | | Anania & Assoc./Money order |
| 7/25/2013 | $ 285.00 | | | Anania & Assoc./Money order |
| 7/25/2013 | $ 0.74 | | | interest |
| 7/25/2013 | | $ | 284.90 | City of Kingsland |
| 7/25/2013 | | $ | 31.26 | City of Kingsland |
| 7/25/2013 | | $ | 52.93 | Okefenoke |
| 7/25/2013 | | $ | 93.90 | Okefenoke |
| 7/25/2013 | | $ | 50.40 | Okefenoke |
| **Total** | **$ 29,455.47** | **$** | **7,598.73** | **$          21,856.74** |

## Sec v. Price Reconciliation Rental Account (Page 5 of 6)

| Aug-13 | $ 21,856.74 | | | |
|---|---|---|---|---|
| 8/13/2013 | $ 1,285.00 | | | Anania & Assoc. |
| 8/13/2013 | $ 900.00 | | | Bennett Surveying Inc |
| 8/19/2013 | $ 1,332.00 | | | Sawyer & Assoc. |
| 8/27/2013 | | $ | 810.00 | Landscape Innovations |
| 8/27/2013 | | $ | 283.38 | City of Kingsland |
| 8/27/2013 | | $ | 31.26 | City of Kingsland |
| 8/27/2013 | | $ | 116.49 | Southland Waste Systems |
| 8/27/2013 | | $ | 521.70 | Remax Signature Properties |
| 8/27/2013 | | $ | 110.00 | Cumberland Plumbing |
| 8/25/2013 | $ 0.82 | | | interest |
| Total | $ 25,374.56 | $ 1,872.83 | $ | 23,501.73 |

| Sep-13 | $ 23,501.73 | | | |
|---|---|---|---|---|
| 8/29/2013 | $ 1,500.00 | | | Calming Waters Spa |
| 9/4/2013 | $ 1,285.00 | | | Anania & Assoc. |
| 9/9/2013 | $ 900.00 | | | Bennett Surveying Inc |
| 9/9/2013 | $ 1,332.00 | | | Sawyer & Assoc. |
| 9/19/2013 | | $ | 521.40 | Remax Signature Properties |
| 9/19/2013 | | $ | 540.00 | Landscape Innovations |
| 9/19/2013 | | $ | 254.10 | JR Enterprise |
| 9/19/2013 | | $ | 258.54 | City of Kingsland |
| 9/19/2013 | | $ | 28.42 | City of Kingsland |
| 9/25/2013 | $ 0.91 | | | interest |
| Total | $ 28,519.64 | $ 1,602.46 | $ | 26,917.18 |

| Oct-13 | $ 26,917.18 | | | |
|---|---|---|---|---|
| 10/25/2013 | $ 0.96 | | | interest |
| Total | $ 26,918.14 | $ - | $ | 26,918.14 |

| Nov-13 | $ 26,918.14 | | | |
|---|---|---|---|---|
| 11/25/2013 | $ 0.86 | | | interest |
| Total | $ 26,919.00 | $ - | $ | 26,919.00 |

| Dec-13 | $ 26,919.00 | | | |
|---|---|---|---|---|
| 12/25/2013 | $ 0.91 | | | interest |
| Total | $ 26,919.91 | $ - | $ | 26,919.91 |

| Jan-14 | $ 26,919.91 | | | |
|---|---|---|---|---|
| 1/25/2014 | $ 0.95 | | | interest |
| Total | $ 26,920.86 | $ - | $ | 26,920.86 |

| Feb-14 | $ 26,920.86 | | | |
|---|---|---|---|---|
| 2/25/2014 | $ 0.85 | | | interest |
| Total | $ 26,921.71 | $ - | $ | 26,921.71 |

| Mar-14 | $ 26,921.71 | | | |
|---|---|---|---|---|
| 3/25/2014 | $ 0.83 | | | interest |
| Total | $ 26,922.54 | $ - | $ | 26,922.54 |

| Apr-14 | $ 26,922.54 | | | |
|---|---|---|---|---|
| 4/25/2014 | $ 0.97 | | | interest |
| Total | $ 26,923.51 | $ - | $ | 26,923.51 |

| May-14 | $ 26,923.51 | | | |
|---|---|---|---|---|
| 5/25/2014 | $ 0.89 | | | interest |
| Total | $ 26,924.40 | $ - | $ | 26,924.40 |

**Sec v. Price Reconciliation Rental Account (Page 6 of 6)**

| | | | | | |
|---|---|---|---|---|---|
| **Jun-14** | **$ 26,924.40** | | | | |
| 6/25/2014 | $ 0.85 | | interest | | |
| **Total** | **$ 26,925.25** | **$ -** | **$** | | **26,925.25** |
| | | | | | |
| **Jul-14** | **$ 26,925.25** | | | | |
| 7/27/2014 | $ 0.95 | | interest | | |
| **Total** | **$ 26,926.20** | **$ -** | **$** | | **26,926.20** |
| | | | | | |
| **Aug-14** | **$ 26,926.20** | | | | |
| 8/25/2014 | $ 0.85 | | interest | | |
| **Total** | **$ 26,927.05** | **$ -** | **$** | | **26,927.05** |
| | | | | | |
| **Sep-14** | **$ 26,927.05** | | | | |
| 9/25/2014 | $ 0.92 | | interest | | |
| **Total** | **$ 26,927.97** | **$ -** | **$** | | **26,927.97** |
| | | | | | |
| **Oct-14** | **$ 26,927.97** | | | | |
| 10/25/2014 | $ 0.94 | | interest | | |
| **Total** | **$ 26,928.91** | **$ -** | **$** | | **26,928.91** |
| | | | | | |
| **Nov-14** | **$ 26,928.91** | | | | |
| 11/25/2014 | $ 0.86 | | interest | | |
| **Total** | **$ 26,929.77** | **$ -** | **$** | | **26,929.77** |
| | | | | | |
| **Dec-14** | **$ 26,929.77** | | | | |
| 12/25/2014 | $ 0.97 | | interest | | |
| **Total** | **$ 26,930.74** | **$ -** | **$** | | **26,930.74** |
| | | | | | |
| **Jan-15** | **$ 26,930.74** | | | | |
| 1/25/2015 | $ 0.86 | | interest | | |
| **Total** | **$ 26,931.60** | **$ -** | **$** | | **26,931.60** |
| | | | | | |
| **Feb-15** | **$ 26,931.60** | | | | |
| 2/25/2015 | $ 0.88 | | interest | | |
| **Total** | **$ 26,932.48** | **$ -** | **$** | | **26,932.48** |
| | | | | | |
| **Mar-15** | **$ 26,932.48** | | | | |
| 3/25/2015 | $ 0.83 | | interest | | |
| **Total** | **$ 26,933.31** | **$ -** | **$** | | **26,933.31** |
| | | | | | |
| **Apr-15** | **$ 26,933.31** | | | | |
| 4/25/2015 | $ 0.97 | | interest | | |
| **Total** | **$ 26,934.28** | **$ -** | **$** | | **26,934.28** |

Damian - Exp. NO. 2912-1

| Date | Description | IN (Bolivars) | OUT (Bolivars) | BALANCE (Bolivars) |
|---|---|---|---|---|
| 2013 | | | | |
| | Balance Forward | | | 392,197.32 |
| | | | | 392,197.32 |
| 20-May | Rodrigo Rodriguez.- over time and weekly payroll | | | |
| | 03-05/ 10-05/17-05/24-05 and 31-05; Cestatickets | | | 392,197.32 |
| | for May, Over time, food for workers from May 8, | | | 392,197.32 |
| | transportation for workers, petty cash 05/01 through May 30 | | | 392,197.32 |
| | Salary for R. Rodriguez for the month of May | | | 392,197.32 |
| | Repairs for FX-150 mechanic- Jorge De Angelis | | | 392,197.32 |
| | La Flecha, (no repair number) | | | 392,197.32 |
| | all of the above expenses were paid with checkNo.2786 dated | | | 392,197.32 |
| | 05/20/13 from_____-in the name of de R. Rodriguez.- | | 132,883.75 | 259,313.57 |
| 31-May | Rodrigo Rodriguez.-payment for repair of truck - part of Receiver's | | | 259,313.57 |
| | property (mechanic- Jorge De Angelis) | | 8,560.00 | 250,753.57 |
| 10-Jun | Repayment  C. Chica.- according to relation without voucher | | 13,836.22 | 236,917.35 |
| 10-Jun | A. Fernandez.- anticipated expenses for trip to_____12-06/13-06 | | 15,000.00 | 221,917.35 |
| 13-Jun | Rodrigo Rodriguez.- Nom. week 07/14-06-13 | | 13,308.40 | 208,608.95 |
| 17-Jun | Artour Travel.- ft. No. 096955/56 ticket_____ | | 540.23 | 208,068.72 |
| 20-Jun | Rodrigo Rodriguez.- Nom. Week 14/21-06-13 | | 13,308.40 | 194,760.32 |
| 20-Jun | Nereyda Espinosa P. Ft. 00082 (Fumigation) | | 11,060.00 | 183,700.32 |
| 27-Jun | R. Rodriguez.- Gts. Nom. 22-06 al 28-06-13, Cestaticket month | | | 183,700.32 |
| | June,  salary R. Rodriguez for month of June and Petty cashe | | | 183,700.32 |
| | 01-06/30-06-13 Check No. 21113 _____ | | 40,423.36 | 143,276.96 |
| 4-Jul | R. Rodriguez Nom.29/06-05/07, Nom 06/07-12/07,No13/07-19/07 | | | 143,276.96 |
| | Nom 20/07-26/07,Nom 27/07-02/08,Cesta ticket July 13 payment | | | 143,276.96 |
| | R.Rodriguez - July, Quarterly Bonus- R.Rodriguez petty cash | | | 143,276.96 |
| | del 01/05-31/05 | | 79,538.11 | 63,738.85 |
| 23-Jul | R. Rodriguez Purchase 2 rubbers 265/70 R17 Dueler 840 and | | | 63,738.85 |
| | 2 rubbers 750-16 Taco SAT | | 16,565.68 | 47,173.17 |
| 23-Jul | R. Rodriguez. Repairs- John Deere 2130 tractor | | 17,696.00 | 29,477.17 |
| 30-Jul | Cruz A. Prince travel expenses to Barquisimeto- Alfredo Fernandez | | 15,000.00 | 14,477.17 |
| 8-Aug | Repayment of expensres from trip to Barquisimeto de Alfredo Fernandez | 3829.03 | | 18,306.20 |
| 8-Aug | R. Rodriguez. Nom. 03/08-09/08. Petty cashe for July 7/15-7/31 | | 17,724.36 | 581.84 |
| 16-Aug | Deposit | 249,700.00 | | 250,281.84 |
| 21-Aug | Payment of fixed 10/08 to 30/08 payroll, payroll temporary workers for | | | 250,281.84 |
| | week of 08/17 - 08/23.Ticket basket Pedro Garcia for July | | | 250,281.84 |
| | Ticket basket for month of July; Petty Cash for August, Payment | | | 250,281.84 |
| | August payment to Rodrigo R.- tractor invoice (Hydraulic tube) | | | 250,281.84 |
| | box JD 2140). Endowment of uniforms and safety material to the fixed | | | 250,281.84 |
| | working personnel. | | 76,982.63 | 173,299.21 |
| 23-Aug | mailing of documents to Sr Pedro Romero by MRW | | 76.00 | 173,223.21 |
| 23-Aug | DSP&B cost of photocopies | | 108.00 | 173,115.21 |
| 26-Aug | Rodrigo Rodriguez,liquidation of Pedro Garcia Torres. Worker | | 48,249.08 | 124,866.13 |
| 3-Sep | Gastos Alfredo travel to Barquisimeto _____ | | 20,000.00 | 104,866.13 |
| 5-Sep | Artour Travel Ft 423/424/425. purchase of tickets to Barquisimeto | | | 104,866.13 |
| | of Alfredo Fernandez | | 1,357.83 | 103,508.30 |
| 9-Sep | Repayment of expenses to travel to Barquisimeto de Alfredo Fernandez | 8,962.00 | | 112,470.30 |
| 9-Sep | Expenses for September 2013. Fixed payroll | | | 112,470.30 |
| | ticket basket, 02 petty cash payment to Rodrigo Rodriguez | | 66,458.71 | 46,011.59 |
| 9-Sep | Purchase of materials for irrigation. Compressor, attachment | | | 46,011.59 |
| | and Bushing reduction | | 12,517.12 | 33,494.47 |
| 10-Sep | Deposit Ch._____ | 395,563.46 | | 429,057.93 |
| 18-Sep | Deposit Receiver Turst Account | 213,517.80 | | 642,575.73 |
| 19-Sep | 10% difference in increase of salary September 13 | | | 642,575.73 |
| | Tracto repairs | | 17,697.30 | 624,878.43 |
| 24-Sep | Rodrigo R.- purchase Cauchoi for the tractor | | 5,500.00 | 619,378.43 |

| Date | Description | | | |
|---|---|---|---|---|
| 30-sep. | Rodrigo Rodriguez.- October Expenses for ▓▓▓▓▓▓▓ farm | | 89,865.14 | 529,513.29 |
| 4-oct. | Deposit Receiver Turst Account | 489,741.61 | | 1,019,254.90 |
| 9-oct. | Honorarios Juan Pablo Rosales  fees by the gention Esser of the | | | 1,019,254.90 |
| | application for registration in the National Agrarian Registry | | 1,500.00 | 1,017,754.90 |
| 9-oct. | Deposit Receiver Turst Account | 202,704.80 | | 1,220,459.70 |
| 16-oct. | RodrigoRodriguez.- Electrical repair costs | | 19,955.14 | 1,200,504.56 |
| 25-oct. | Artour Travel payment for  99411 y 99412 for trip to | | | 1,200,504.56 |
| | Barquisimeto of Alfredo Fernandez | | 1,290.66 | 1,199,213.90 |
| 28-oct. | Long Distance telephone expenses Alfredo F. (Roaming) | | 799.21 | 1,198,414.69 |
| 29-oct. | Deposit Receiver Turst Account | 500,000.00 | | 1,698,414.69 |
| 30-oct. | Deposit Receiver Turst Account | 413,366.25 | | 2,111,780.94 |
| 31-oct. | Expenses- Alfredo Fernandez travel to ▓▓▓▓▓ 04/11/2013 | | 20,000.00 | 2,091,780.94 |
| 8-nov. | Rodrigo R.-  November 2013 expenses | | 126,440.70 | 1,965,340.24 |
| 8-nov. | Rodrigo Advancement of the 50% for payment of freight charges of Kg transported | | 100,965.00 | 1,864,375.24 |
| 8-nov. | Rodrigo R.- Repayment for extra expenses for October A. Rodrigo R | | 73,092.58 | 1,791,282.66 |
| 13-nov. | Deposit Receiver Turst Account | 760,598.74 | | 2,551,881.40 |
| 22-nov. | Rodrigo R. Finiquito -payment for freight of the harvest | | 193,382.50 | 2,358,498.90 |
| 22-nov. | Rodrigo R. Siemba de 8115 Kg of corn on lot out of the property | | 26,177.83 | 2,332,321.07 |
| 25-nov. | Deposit Receiver Turst Account | 184,249.28 | | 2,516,570.35 |
| 27-nov. | Reimbursement for travel- Alfredo F. Viaje ▓▓▓▓▓ 04/11/2013 | 9,925.00 | | 2,526,495.35 |
| 29-nov. | Commisxion Matto de cta | | 5.90 | 2,526,489.45 |
| 3-dic. | Return to Ch. Alfredo F. | | 9,925.00 | 2,516,564.45 |
| 4-dic. | Repayment of travel expenses Alfredo F. Viaje ▓▓▓▓▓ 04/11/2013 | 9,925.00 | | 2,526,489.45 |
| 12-dic. | Rodrigo R. Pago Nomina y Cestaticket Diciembre 13. | | | 2,526,489.45 |
| | Liquidationof staff  12/31/2013 | | 135,605.52 | 2,390,883.93 |
| 12-dic. | Rodrigo R. petty cash December 12 payment to operator | | | 2,390,883.93 |
| | combine harvester | | 36,662.00 | 2,354,221.93 |
| 12-dic. | Rodrigo R. December payment, quarterly bonus, bonus for harvest | | | 2,354,221.93 |
| | INV 2013 and refndable expenses November 2013 | | | 2,354,221.93 |
| | Rodrigo R. | | 384,331.94 | 1,969,889.99 |
| 16-dic. | Commission purchase checkbook | | 12.00 | 1,969,877.99 |
| 30-dic. | Commission maintenance account | | 5.90 | 1,969,872.09 |
| Al 31/12/2013 | TOTAL. | | | 1,969,872.09 |

Damian - Exp. NO. 2912-1

| Date | Description | IN (Bolivars) | OUT (Bolivars) | BALANCE (Bolivars) |
|---|---|---|---|---|
| 2014 | | | | |
| | Balance Forward | | | 1,969,872.09 |
| 1/10/2014 | Rodrigo Rodriguez.- Expenses January 2014 | | 115,506.28 | 1,854,365.81 |
| 1/15/2014 | International Calling Costs-Alfredo F. | | 757.00 | 1,853,608.81 |
| 1/21/2014 | Deposit Receiver Trust Account | 68,621.35 | | 1,922,230.16 |
| 1/21/2014 | Deposit Receiver Trust Account | 1,611.00 | | 1,923,841.16 |
| 1/27/2014 | Rodrigo R. purchase of tractor and equipment | | 244,000.00 | 1,679,841.16 |
| | Deposit Receiver Trust Account | 33,228.20 | | 1,713,069.36 |
| 1/31/2014 | Rodrigo Rodriguez- Expenses February 2014 | | 126,045.30 | 1,587,024.06 |
| 1/31/2014 | Mtto Y emision edo Cta January 2014 | | 5.90 | 1,587,018.16 |
| 2/5/2014 | Pedro Romero,  50% payment topographic survey on the farm███████ | | 25,000.00 | 1,562,018.16 |
| 2/17/2014 | Corn Harvest Grant 2013 | 705,160.59 | | 2,267,178.75 |
| 2/25/2014 | Rodrigo R. Expenses March 2014 | | 135,744.47 | 2,131,434.28 |
| 2/28/2014 | Mtto Y emision edo Cta February 2014 | | 5.90 | 2,131,428.38 |
| 3/19/2014 | Rodrigo Rodriguez.- Corn Production Bonus Winter 2013 | | 70,516.06 | 2,060,912.32 |
| 3/31/2014 | Alfredo Fernandez. Visit Barquisimeto-(███████)April 1-2, 2014 | | 20,000.00 | 2,040,912.32 |
| 3/31/2014 | Mtto Y emision edo Cta March 2014 | | 5.90 | 2,040,906.42 |
| 4/3/2014 | Refund Check 4837 travel from April 1-2, 2014 | 5,240.00 | | 2,046,146.42 |
| 4/4/2014 | Payment Travel.- Artour Tickets Travel Fts 2187/2188 Alfredo F. A Bqmto (███████)01 and April 2, 2014. Artour 1587.01 Paid to Travel and 86.31 Payment of the Bills Held Iva | | 1,673.32 | 2,044,473.10 |
| 4/8/2014 | Rodrigo R. Expenses April 2014 | | 151,520.83 | 1,892,952.27 |
| 4/8/2014 | Rodrigo R. Extra Expenses Reimbursement March 2014 | | 118,479.17 | 1,774,473.10 |
| 4/8/2014 | Pedro Romero .- Settlement of topographic survey of the property | | 25,000.00 | 1,749,473.10 |
| 4/10/2014 | Deposit Receiver Trust Account | 50,960.42 | | 1,800,433.52 |
| 4/28/2014 | Rodrigo Rodriguez.-  endowment Uniforms and purchase of security equipment for farm staff | | 50,034.12 | 1,750,399.40 |
| 4/28/2014 | Rodrigo Rodriguez.-pending payment Fts February, March and April 2014 | | 50,793.52 | 1,699,605.88 |
| 5/9/2014 | Rodrigo Rodriguez.- Expenses May 2014  for███████Farm | | 252,257.51 | 1,447,348.37 |
| 5/21/2014 | Rodrigo Rodriguez Repair of tractors JD | | 43,825.44 | 1,403,522.93 |
| 5/22/2014 | Alfredo F. Visit Barqmto per diem | | 20,000.00 | 1,383,522.93 |
| 28/05/2014 | Artour Travel.- Pago Fts 103092/103093 Boletos travel Alfredo F. A Bqmto on 05/27/2014 Son Bs. **883,41** Pagados a Artour Travel y **50,31**  Payment of IVA of retained invoices | | 933.72 | 1,382,589.21 |
| 5/29/2014 | Reimbursement check 4854 5/27/14 travel | 5,188.00 | | 1,387,777.21 |
| 6/10/2014 | June 2014 Expenses,(███████)Farm | | 237,597.09 | 1,150,180.12 |
| 7/2/2014 | Pedro Romero- Work pay fees | | 15,000.00 | 1,135,180.12 |
| 7/4/2014 | Rodrigo R. Extra expenses June 2014. July Expenses 2014,(███████)Farm | | 240,115.90 | 895,064.22 |
| 7/14/2014 | Travel- Alfredo F. Visita Barqmto 07/15/14 | | 20,000.00 | 875,064.22 |
| 7/14/2014 | Reimbursement for travel 7/15/14 | 6,470.00 | | 881,534.22 |
| 7/18/2014 | Rodrigo Rodriguez.- Gtos for repairs and Manpower | | 477,000.00 | 404,534.22 |

| Date | Description | | | |
|---|---|---|---|---|
| 7/28/2014 | Travel Alfredo Fernandez el dia 7/29/2014 | | 25,000.00 | 379,534.22 |
| 7/29/2014 | Artour Travel Payment Fts 103965/103966. Payment boleto trip Alfredo F. on 7/15/14 Son Bs. **1.714,01** Payment to Artour Travel y **86,31** Payment of bills held Iva | | 1,800.32 | 377,733.90 |
| 7/28/2014 | Encuadernacion Exp.- Caja 25/07/2014 | | 250.00 | 377,483.90 |
| 8/1/2014 | Artour Travel Payment Fts 104207/104280. Payment boleto trip Alfredo F. el dia 29/07/2014Son Bs.**1613,79** Pagados a Artour Travel y Bs **87,87** Payment of invoices | | 1,701.66 | 375,782.24 |
| 8/4/2014 | Rodrigo Rodriguez.-Ausgust 2014 expenses and payment of invoices not budgeted in July 2014 | | 180,313.56 | 195,468.68 |
| 8/4/2014 | Refund Check 4874. travel Alfredo 29/07/2014 | 9,990.00 | | 205,458.68 |
| 8/21/2014 | Deposit Receiver Trust Account | 300,000.00 | | 505,458.68 |
| 8/21/2014 | Deposit Receiver Trust Account | 300,000.00 | | 805,458.68 |
| 8/22/2014 | Deposit Receiver Trust Account | 222,721.35 | | 1,028,180.03 |
| 9/2/2014 | Expenses-⬛⬛⬛⬛Farm Sept. 2014 | | 238,595.67 | 789,584.36 |
| 9/2/2014 | Travel Alfredo F. to⬛ | | 20,000.00 | 769,584.36 |
| 9/9/2014 | Artour Travel payment Fts 104825/1042826 payment boleto trip Alfredo F.  03/04/2014 Son Bs. **1.613,79** payment to Artour Travel y **87,87**  Payment of the Bills Held | | 1,701.66 | 767,882.70 |
| 9/10/2014 | Payment Ft 321 Beatriz Garcia Lopez - translation of demand | | 8,611.00 | 759,271.70 |
| 9/16/2014 | Send documents to Rodrigo Rodriguez 9/16/2014 | | 119.00 | 759,152.70 |
| 9/17/2014 | Refund Check 9131. Travel- Alfredo F on  09/03/2014 | 5,020.00 | | 764,172.70 |
| 9/19/2014 | Transfer to Ministry of Foreign Affairs 9/19/2014 | | 200.00 | 763,972.70 |
| 9/19/2014 | 25 Copies Power | | 150.00 | 763,822.70 |
| 9/29/2014 | 10 copies- registered | | 60.00 | 763,762.70 |
| 10/3/2014 | Artour Travel Payment Fts 105268/69. Pago boleto viaje Alfredo F. for 10/7/2014 Son Bs. **1.613,79** Pagados a Artour Travel y Bs **87,87**  payment of invoices | | 1,701.66 | 762,061.04 |
| 10/6/2014 | Travel- Alfredo F. trip to Barquisimeto | | 20,000.00 | 742,061.04 |
| 10/10/2014 | Refund Check 9139.- travel Alfredo f.10/7/14 | 4,455.01 | | 746,516.05 |
| 10/13/2014 | Deposit Receiver Trust Account | 300,000.00 | | 1,046,516.05 |
| 10/14/2014 | Deposit Receiver Trust Account | 300,000.00 | | 1,346,516.05 |
| 10/14/2014 | Rodrigo R Expenses-⬛⬛⬛Farm October 2014 | | 302,913.92 | 1,043,602.13 |
| 10/15/2014 | Deposit Receiver Trust Account | 300,000.00 | | 1,343,602.13 |
| 10/16/2014 | Deposit Receiver Trust Account | 300,000.00 | | 1,643,602.13 |
| 10/17/2014 | Deposit Receiver Trust Account | 300,000.00 | | 1,943,602.13 |
| 10/21/2014 | Deposit Receiver Trust Account | 300,000.00 | | 2,243,602.13 |
| 10/31/2014 | Transfer to Marquez y Retorno- petty cash 10/31/2014 | | 400.00 | 2,243,202.13 |
| 10/10/2014 | Pedro Romero.- work on farm-⬛⬛⬛ | | 15,000.00 | 2,228,202.13 |
| 10/22/2014 | Deposit Receiver Trust Account | 57,909.64 | | 2,286,111.77 |
| 11/19/2014 | Rodrigo Rodriguez. Expenses Nov 2014⬛⬛⬛ farm . Extra expenses Oct. 2014 | | 442,442.58 | 1,843,669.19 |
| 11/21/2014 | Deposit Receiver Trust Account | 180,000.00 | | 2,023,669.19 |
| 11/24/2014 | Deposit Receiver Trust Account | 300,000.00 | | 2,323,669.19 |
| 11/25/2014 | Deposit Receiver Trust Account | 300,000.00 | | 2,623,669.19 |

| Date | Description | | | |
|---|---|---|---|---|
| 11/26/2014 | Deposit Receiver Trust Account | 300,000.00 | | 2,923,669.19 |
| 11/27/2014 | Deposit Receiver Trust Account | 300,000.00 | | 3,223,669.19 |
| 11/27/2014 | Deposit Receiver Trust Account | 29,619.49 | | 3,253,288.68 |
| 12/2/2014 | Payment PUB pin the contract accounts in participation with the court. Petty cash Alfredo F. 12/2/2014 | | 539.00 | 3,252,749.68 |
| 12/4/2014 | Rodrigo Rodriguez.- Expenses ▮▮▮▮▮ farm December 2014 | | 382,195.08 | 2,870,554.60 |
| 12/8/2014 | Travel Alfredo F. trip to  Bqmto on 12/9/2014 | | 25,000.00 | 2,845,554.60 |
| 12/12/2014 | Refund- travel Alfre F. 12/9/2014 trip | 8,520.00 | | 2,854,074.60 |
| 12/15/2014 | Artour Travel Payment Fts 106295/96. Payment boleto trip Alfredo F. el dia 09/12/2014 Son Bs.  **2.060,81** payment to Artour Travel y Bs **113,91** Payment of invoices | | 2,174.72 | 2,851,899.88 |
| 12/15/2014 | Deposit Receiver Trust Account | 600,000.00 | | 3,451,899.88 |
| 12/16/2014 | Deposit Receiver Trust Account | 600,000.00 | | 4,051,899.88 |
| 12/16/2014 | Deposit Receiver Trust Account | 600,000.00 | | 4,651,899.88 |
| 12/16/2014 | Deposit Receiver Trust Account | 600,000.00 | | 5,251,899.88 |
| 12/17/2014 | Deposit Receiver Trust Account | 600,000.00 | | 5,851,899.88 |
| 12/18/2014 | Rodrigo Rodriguez.-Harvest Payment, freight and bonus. ▮▮▮▮▮ farm 2014. MELANIE DAMIAN | | 1,534,921.61 | 4,316,978.27 |
| 12/19/2014 | Deposit Receiver Trust Account | 600,000.00 | | 4,916,978.27 |
| 12/22/2014 | Deposit Receiver Trust Account | 502,079.00 | | 5,419,057.27 |
| Al 31/12/2014 VAN...... | | | | 5,419,057.27 |

Damian - Exp. NO. 2912-1

| Date | DESCRIPTION | IN (Bolivars) | OUT (Bolivars) | BALANCE (Bolivars) |
|------|-------------|---------------|----------------|--------------------|
| 2015 | | | | |
| | Balance Forward | | | 5,419,057.27 |
| 1/12/2015 | Deposit to Trust Account | 483,714.00 | | 5,902,771.27 |
| 1/13/2015 | Expenses- ▮▮▮▮▮▮ Farm January 2015 | | 184,029.16 | 5,718,742.11 |
| 1/13/2015 | Deposit to Trust Account | 483,714.00 | | 6,202,456.11 |
| 2/5/2015 | Rodrigo Rodriguez- Expenses for ▮▮▮▮▮▮ farm February 2015 | | 446,697.53 | 5,755,758.58 |
| 2/5/2015 | Juan Pablo Rosales.- various payments | | 3,000.00 | 5,752,758.58 |
| 2/25/2015 | Transfer to Valle Arriba- Petty cash of the day 25/02/2015 | | 400.00 | 5,752,358.58 |
| 2/26/2015 | John Pate- Reimbursement for lunch | | 7,366.00 | 5,744,992.58 |
| 3/3/2015 | Rodrigo Rodriguez- Expenses March 2015 ▮▮▮▮▮ farm | | 482,208.02 | 5,262,784.56 |
| 3/17/2015 | Cruz A. Prince- per diem expenses Alfredo Fernandez | | 20,000.00 | 5,242,784.56 |
| 3/20/2015 | Reimbursement Check 8061 Bs 1.790,00 charged to account DSP&B y BS 596,50 deposited | 2,386.50 | | 5,245,171.06 |
| 3/20/2015 | Artour Travel. Payment Fts107527/28. Ticket Payment for travel of Alfredo Fernandez to ▮▮▮▮▮▮ | | 2,387.14 | 5,242,783.92 |
| 3/24/2015 | Transfer to Bello Monte, office MRW to withdraw documents  (Petty cash of the day 24/03/2015) | | 450.00 | 5,242,333.92 |
| 3/31/2015 | Transfer to the financial tower to remove documents (Petty cash of the day 31/03/2015) | | 350.00 | 5,241,983.92 |
| 4/8/2015 | Rodrigo Rodriguez- Expenses April 2015 ▮▮▮▮▮ farm | | 461,730.98 | 4,780,252.94 |
| As of 04/08/2015 | TOTAL | | | 4,780,252.94 |

| | Bolivars |
|------|----------|
| **Total Cash on Hand** | 4,780,252.94 |