FILED IN CHAMBERS
U.S.D.C. Atlanta

MAY − 5 2015

JAMES N. HATTEN, Clerk
By: _____
                Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

SECURITIES AND EXCHANGE          :
COMMISSION,                      :
                                 :
            Plaintiff,           :     Civil Action No.
                                 :     1:12-cv-2296-TCB
      v.                         :
                                 :
AUBREY LEE PRICE, *et al.*,      :
                                 :
            Defendants.          :
_____/

### ORDER GRANTING UNOPPOSED MOTION TO
### APPROVE SETTLEMENT AGREEMENT BETWEEN RECEIVER AND
### FEDERAL DEPOSIT INSURANCE CORPORATION AS
### RECEIVER OF MONTGOMERY BANK AND TRUST

This matter came before the Court upon the Receiver's Unopposed Motion

(the "Motion") to approve Settlement Agreement between Melanie E. Damian, as

the Receiver (the "Receiver") for the Estate of Aubrey Lee Price and for PFG,

LLC, PFGBI, LLC, Montgomery Asset Management, LLC f/k/a PFG Asset

Management, LLC (Florida), and Montgomery Asset Management, LLC f/k/a PFG

Asset Management (Georgia), and the Federal Deposit Insurance Corporation as

Receiver of Montgomery Bank & Trust (the "FDIC-R").   The Court, having

considered the Motion and the court record in this receivership action, and being

otherwise duly advised in the premises, finds and orders as follows:

1.    The Motion [ECF No. 287] is GRANTED.

2.    The Court finds that the Settlement Agreement is in the best interest

of the Receivership Estate.

3.    The Court authorizes the Receiver to enter into the Settlement

Agreement and fulfill her obligations under, and to otherwise carry out the terms

of, that Agreement.

DONE AND ORDERED this 5th day of May, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE