IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : : |
| Plaintiff, | : : Civil Action No. : 1:12-cv-2296-TCB : : : |
| v. | : : |
| AUBREY LEE PRICE; PFG, LLC; PFGBI, LLC; MONTGOMERY ASSET MANAGEMENT, LLC f/k/a PFG ASSET MANAGEMENT, LLC, (Florida limited liability company); and MONTGOMERY ASSET MANGEMENT, LLC  f/k/a PFG ASSET MANAGEMENT, LLC(Georgia limited liability company), | : : : : : : : : : : |
| Defendants. | : / |

**ORDER GRANTING RECEIVER'S TENTH INTERIM APPLICATION FOR ORDER AUTHORIZING PAYMENT OF FEES AND EXPENSES OF <u>RECEIVER AND HER PROFESSIONALS</u>**

THIS CAUSE came before the Court on the Receiver's Tenth Interim Application for Order Authorizing Payment of Fees and Expenses of Receiver and her Professionals (the "Application") [D.E. 265] filed by the Court-appointed

receiver, Melanie E. Damian, Esq. (the "Receiver"). The Court having considered the Application, and finding that cause exists to grant the Application, it is

ORDERED as follows:

1. The Application is **GRANTED**.

2. The Court approves the full amount of fees and costs incurred by the Receiver and her professionals during the application period.

3. The Court authorizes the Receiver to pay from the funds in the Receivership Estate eighty percent (80%) of the fees requested and the full amount of costs requested as follows:

> a) The Receiver and her counsel Damian & Valori LLP in the amount of **$91,581.49** (comprising $87,121.60 in fees (80% of $108,902.00) and $4,459.89 in costs) and Integro Advisers, Inc. in the amount of $ 640.00 (comprising $640.00 in fees (80% of $800.00) and no costs;
>
> b) Ver Ploeg & Lumpkin, P.A. in the amount of **$87,796.53** (comprising $84,906.00 in fees (80% of $106,132.50) and $2,890.53 in costs);
>
> c) Petitt Worrell Craine Wolfe LLC in the amount of **$6,858.53** (comprising $6,686.00 in fees (80% of $8,357.50) and $172.53 in costs);
>
> d) De Sola Pate & Brown in the amount of **$5,760.40** (comprising $5,758.00 in fees (80% of $7,197.50) and no costs);
>
> e) Kapila Makumal in the amount of **$1,484.56** (comprising $1,479.05 in fees (80% of $1,848.81 and $5.51 in costs) and
>
> f) Nassar Abogados in the amount of **$537.60** (comprising $537.60 in fees (80% of $672.00) and no costs).

4.  The award of fees and costs herein is subject to the Court's cost benefit analysis and final review upon the Receiver's filing of a final fee application describing in detail the costs and benefits associated with all litigation and other actions pursued by the Receiver during the course of the Receivership.

5.  Upon considering the final fee application, after the final distribution to investors, the Court, at its discretion, shall authorize the Receiver to pay the total amounts of fees that were held back (*i.e.*, the 20% holdback) during the Receivership.

DONE AND ORDERED in the Northern District of Georgia, this 16th day of June, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE
TIMOTHY C. BATTEN, SR.

3