IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | CIVIL ACTION FILE |
| v. | NUMBER 1:12-cv-2296 -TCB |
| AUBREY LEE PRICE, et al., | |
| Defendants. | |

# **O R D E R**

On June 9, 2015, the Court entered final judgment in favor of Household Life Insurance Company [293] in this matter. This Order serves to correct a clerical error in that order. The Court's June 9 order inadvertently stated the total award to Household as $296,552.04. The correct amount should have been $296,767.36 (the sum of $269,619.61 and $27,147.75, as indicated in the Court's prior order).

Accordingly, the Court's order [293] is hereby amended to reflect that Household is awarded $296,767.36. The Clerk is directed to attach this Order to the judgment [293]. So amended, the receiver

is authorized and directed to make such payments to Intervenor-Plaintiffs Household Life Insurance Company and Protective Insurance Company forthwith.

IT IS SO ORDERED this 18th day of June, 2015.

_____
Timothy C. Batten, Sr.
United States District Judge