# Ver Ploeg & Lumpkin, P.A.

100 S.E. Second Street, 30th Floor
Miami, Florida 33131-2151
305.577.3996: TEL
305.577.3558: FAX

Tax ID #65-0615033

June 17, 2015

Melanie E. Damian, Esq.
Damian Valori, LLP
as Receiver for Aubrey Lee Price
1000 Brickell Avenue
Suite 1020
Miami, FL 33131

Billing through 05/31/15
Invoice Number 13356
Account Number D032-00100

**Damian, Melanie E. Esq. - Aubrey Lee Price**

## FOR PROFESSIONAL SERVICES RENDERED

| Date | TK | Description | Hours |
|---|---|---|---|
| 05/06/15 | JSM | ASSET ANALYSIS AND RECOVERY: Read Court's Order Granting Settlement Agreement with FDIC | 0.10 |
| 05/11/15 | JSM | ASSET ANALYSIS AND RECOVERY: Office conference with CDS regarding ▬ | 0.10 |
| 05/11/15 | CDS | ASSET ANALYSIS AND RECOVERY: Office conference with JSM regarding ▬ | 0.10 |
| 05/12/15 | JSM | ASSET ANALYSIS AND RECOVERY: Email with Mr. Murena and CDS re ▬ | 0.10 |
| 05/12/15 | CDS | ASSET ANALYSIS AND RECOVERY: Draft e-mail to client and co-counsel ▬ | 0.10 |
| 05/14/15 | JSM | ASSET ANALYSIS AND RECOVERY: ▬ conf with the Receiver. | 0.40 |
| 05/14/15 | CDS | ASSET ANALYSIS AND RECOVERY: Telephone conference with Receiver regarding ▬ | 0.40 |
| 05/21/15 | JSM | ASSET ANALYSIS AND RECOVERY: Emails with Mr. Dolinko re: dispute with Travelers | 0.10 |
| 05/26/15 | JSM | ASSET ANALYSIS AND RECOVERY: Confer with CDS re: ▬ | 0.10 |
| 05/26/15 | CDS | ASSET ANALYSIS AND RECOVERY: Review/analyze issues to discuss with FDIC counsel; telephone conference with FDIC counsel regarding coordination of settlement efforts regarding various policies moving forward. | 0.90 |

| Timekeeper | | Hours | Rate | Amount |
|---|---|---|---|---|
| Steklof, Cary D. | | 1.50 | 265.00 | $397.50 |
| Mazer, Jason S. | | 0.90 | 590.00 | $238.50 |
| | **Total fees for this matter** | **2.40 hrs.** | | **$636.00** |

**DISBURSEMENTS**
Pacer; Jan - Mar 2015                                                                                    108.90

PLEASE INCLUDE INVOICE NUMBER 13356 WITH YOUR PAYMENT. THANK YOU.

**EXHIBIT C**

| | | |
|---|---|---:|
| Photocopies | | 4.80 |
| | **Total disbursements for this matter** | **$113.70** |

**BILLING SUMMARY**

| | | |
|---|---|---:|
| | TOTAL FEES | $636.00 |
| | TOTAL DISBURSEMENTS | $113.70 |
| | | ---------------- |
| | **TOTAL CHARGES FOR THIS BILL** | **$749.70** |

## Ver Ploeg & Lumpkin, P.A.

100 S.E. Second Street, 30th Floor
Miami, Florida 33131-2151
305.577.3996: TEL
305.577.3558: FAX

Tax ID #65-0615033

July 09, 2015

Melanie E. Damian, Esq.
Damian Valori, LLP
as Receiver for Aubrey Lee Price
1000 Brickell Avenue
Suite 1020
Miami, FL 33131

Billing through   06/30/15
Invoice Number   13424
Account Number   D032-00100

**Damian, Melanie E. Esq. - Aubrey Lee Price**

### FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours |
|---|---|---|---|
| 06/04/15 | CDS | ASSET ANALYSIS AND RECOVERY: Office conference with JSM and CLS regarding ▮. | 0.10 |
| 06/05/15 | JSM | ASSET ANALYSIS AND RECOVERY: Confer with CDS regarding ▮ | 0.10 |
| 06/10/15 | JSM | ASSET ANALYSIS AND RECOVERY: Email from Mr. Murena re: ▮ | 0.10 |
| 06/11/15 | JSM | ASSET ANALYSIS AND RECOVERY: Read email from Mr Curley | 0.10 |
| 06/11/15 | JSM | ASSET ANALYSIS AND RECOVERY: Read Court's order re: amount to return to Household and Protective | 0.20 |
| 06/12/15 | JSM | ASSET ANALYSIS AND RECOVERY: Draft email to Mr Murena re: ▮ | 0.10 |
| 06/12/15 | JSM | ASSET ANALYSIS AND RECOVERY: Email from Mr. Curley re: division of proceeds from Travelers bond; follow-up email with Mr. Murena regarding same | 0.10 |
| 06/12/15 | JSM | ASSET ANALYSIS AND RECOVERY: Phone conf with Mr Kitchen; draft email to Receiver re: same | 0.10 |
| 06/12/15 | JSM | ASSET ANALYSIS AND RECOVERY: Phone conference with Mr Murena ▮. | 0.20 |
| 06/12/15 | JSM | ASSET ANALYSIS AND RECOVERY: Emails with Mr. Murena re: ▮ | 0.10 |
| 06/12/15 | JSM | ASSET ANALYSIS AND RECOVERY: Send email to Receiver and her counsel re: ▮ | 0.10 |
| 06/12/15 | CDS | ASSET ANALYSIS AND RECOVERY [Bond]: Receive and review e-mail from Mr. Curley regarding interest in negotiating split and resolution of bond matter. | 0.10 |
| 06/15/15 | JSM | ASSET ANALYSIS AND RECOVERY: Email to Mr. Murena re: ▮ | 0.10 |
| 06/15/15 | JSM | ASSET ANALYSIS AND RECOVERY: Trade emails with Mr Murena | 0.10 |
| 06/15/15 | CDS | ASSET ANALYSIS AND RECOVERY [Bond]: Receive and respond to various e-mail from co-counsel regarding ▮ | 0.10 |
| 06/16/15 | JSM | ASSET ANALYSIS AND RECOVERY: Review Court's Orders on Ninth and Tenth Fee Applications | 0.10 |

**PLEASE INCLUDE INVOICE NUMBER   13424   WITH YOUR PAYMENT. THANK YOU.**

| Date | TK | Description | Hours |
|---|---|---|---|
| 06/16/15 | CDS | ASSET ANALYSIS AND RECOVERY: Review/analyze prior notes on call with Curley in preparation for call with co-counsel ▮▮▮▮▮▮. | 0.30 |
| 06/17/15 | JSM | ASSET ANALYSIS AND RECOVERY: Emails with Mr. Murena regarding ▮▮▮. | 0.10 |
| 06/17/15 | JSM | ASSET ANALYSIS AND RECOVERY: Telephone conference with CDS regarding ▮▮▮. | 0.20 |
| 06/17/15 | JSM | ASSET ANALYSIS AND RECOVERY: Emails with Receiver and her counsel re: ▮▮▮. | 0.10 |
| 06/17/15 | JSM | ASSET ANALYSIS AND RECOVERY: Emails with Receiver and Mr. Murena regarding ▮▮▮. | 0.20 |
| 06/17/15 | CDS | ASSET ANALYSIS AND RECOVERY: Draft e-mail to team regarding ▮▮▮. | 0.30 |
| 06/17/15 | CDS | ASSET ANALYSIS AND RECOVERY: Telephone conference with JSM regarding ▮▮▮. | 0.20 |
| 06/17/15 | CDS | ASSET ANALYSIS AND RECOVERY: Telephone conference with Mr. Murena regarding ▮▮▮. | 0.50 |
| 06/17/15 | CDS | ASSET ANALYSIS AND RECOVERY: Telephone conference with FDIC counsel and Mr. Murena regarding recovering on various policies going forward. | 0.50 |
| 06/18/15 | JSM | ASSET ANALYSIS AND RECOVERY: Review email from CDS to Receiver's counsel re: ▮▮▮. | 0.10 |
| 06/18/15 | JSM | ASSET ANALYSIS AND RECOVERY: Email from Mr. Murena re: ▮▮▮. | 0.10 |
| 06/18/15 | CDS | ASSET ANALYSIS AND RECOVERY [2012 D&O Policy]: Receive and review various e-mails regarding ▮▮▮; draft response to same. | 0.20 |
| 06/19/15 | JSM | ASSET ANALYSIS AND RECOVERY: Phone call with Receiver and her general counsel regarding ▮▮▮. | 0.40 |
| 06/19/15 | JSM | ASSET ANALYSIS AND RECOVERY: Phone conf with Receiver re: ▮▮▮. | 0.40 |
| 06/19/15 | CDS | ASSET ANALYSIS AND RECOVERY: Telephone conference with JSM ▮▮▮. | 0.20 |
| 06/19/15 | CDS | ASSET ANALYSIS AND RECOVERY: Telephone conference with Receiver regarding ▮▮▮. | 0.40 |
| 06/23/15 | JSM | ASSET ANALYSIS AND RECOVERY: Phone conference with Peter Valori and Receiver re: ▮▮▮. | 0.20 |
| 06/26/15 | JSM | ASSET ANALYSIS AND RECOVERY: Emails with Mr. Murena re: ▮▮▮. | 0.10 |
| 06/30/15 | JSM | ASSET ANALYSIS AND RECOVERY: Emails with CDS, Receiver, and her counsel re: ▮▮▮. | 0.10 |
| 06/30/15 | JSM | ASSET ANALYSIS AND RECOVERY: Read and respond to emails from Ms. Junge re: ▮▮▮. | 0.20 |
| 06/30/15 | CDS | ASSET ANALYSIS AND RECOVERY: Receive and review prior e-mail correspondence regarding ▮▮▮. | 0.40 |

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Steklof, Cary D. | 3.30 | 265.00 | $874.50 |
| Mazer, Jason S. | 3.70 | 590.00 | $980.50 |
| **Total fees for this matter** | **7.00 hrs.** | | **$1,855.00** |

**PLEASE INCLUDE INVOICE NUMBER　13424　WITH YOUR PAYMENT. THANK YOU.**

**BILLING SUMMARY**

| | |
|---|---:|
| TOTAL FEES | $1,855.00 |
| TOTAL DISBURSEMENTS | $0.00 |
| PREPAID APPLIED | $58.08 |
| **TOTAL CHARGES FOR THIS BILL** | **$1,796.92** |

**Ver Ploeg & Lumpkin, P.A.**

100 S.E. Second Street, 30th Floor
Miami, Florida 33131-2151
305.577.3996: TEL
305.577.3558: FAX

Tax ID #65-0615033

August 05, 2015

Melanie E. Damian, Esq.
Damian Valori, LLP
as Receiver for Aubrey Lee Price
1000 Brickell Avenue
Suite 1020
Miami, FL 33131

Billing through 07/31/15
Invoice Number 13558
Account Number D032-00100

**Damian, Melanie E. Esq. - Aubrey Lee Price**

### FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours |
|---|---|---|---|
| 07/01/15 | JSM | ASSET ANALYSIS AND RECOVERY: Emails with Mr. Murena regarding ▇▇ | 0.10 |
| 07/01/15 | JSM | ASSET ANALYSIS AND RECOVERY: Read lengthy email from Ms. Junge regarding ▇▇ | 0.10 |
| 07/01/15 | CDS | ASSET ANALYSIS AND RECOVERY: Draft e-mail to JSM regarding ▇▇ | 0.20 |
| 07/02/15 | JSM | ASSET ANALYSIS AND RECOVERY: Review email from CDS to Mr. Murena re: ▇▇ | 0.10 |
| 07/02/15 | JSM | ASSET ANALYSIS AND RECOVERY: Read email from Mr. Curley re: settlement proposal with respect to Travelers Bond and Evanston E&O policy | 0.10 |
| 07/02/15 | JSM | ASSET ANALYSIS AND RECOVERY: Read email from Mr. Murena re: ▇▇ | 0.20 |
| 07/02/15 | JSM | ASSET ANALYSIS AND RECOVERY: Listen to voice mail from Receiver re ▇▇ | 0.10 |
| 07/02/15 | JSM | ASSET ANALYSIS AND RECOVERY: Email to CDS regarding ▇▇ | 0.10 |
| 07/02/15 | JSM | ASSET ANALYSIS AND RECOVERY: Confer with CDS re: ▇▇ | 0.30 |
| 07/02/15 | CDS | ASSET ANALYSIS AND RECOVERY: Bond: Receive and review e-mail from Mr. Curley regarding proposed deal for split on Bond; draft e-mail to team regarding same. | 0.20 |
| 07/02/15 | CDS | ASSET ANALYSIS AND RECOVERY: Bond: Telephone conference with Mr. Murena regarding ▇▇. | 0.30 |
| 07/02/15 | CDS | ASSET ANALYSIS AND RECOVERY: Telephone conference with JSM regarding ▇▇ | 0.10 |
| 07/02/15 | CDS | ASSET ANALYSIS AND RECOVERY: Nelson Mullins: Office conference with JSM regarding ▇▇ | 0.20 |
| 07/02/15 | CDS | ASSET ANALYSIS AND RECOVERY: Nelson Mullins: Review/analyze operative insurance policy ▇▇; draft ▇▇ | 2.30 |

**PLEASE INCLUDE INVOICE NUMBER 13558 WITH YOUR PAYMENT. THANK YOU.**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 07/06/15 | JSM | ASSET ANALYSIS AND RECOVERY: Read ▓▓▓ regarding policy provisions ▓▓▓ | 0.20 |
| 07/06/15 | JSM | ASSET ANALYSIS AND RECOVERY: Emails with CDS regarding ▓▓▓ | 0.20 |
| 07/06/15 | JSM | ASSET ANALYSIS AND RECOVERY: Read email to Receiver and her counsel from CDS re: ▓▓▓ | 0.10 |
| 07/06/15 | CDS | ASSET ANALYSIS AND RECOVERY: Bond: Receive and review e-mail from Mr. Murena regarding ▓▓▓ | 0.20 |
| 07/07/15 | JSM | ASSET ANALYSIS AND RECOVERY: (Bond) Confer with CDS ▓▓▓ | 0.10 |
| 07/07/15 | JSM | ASSET ANALYSIS AND RECOVERY: Phone conference with CDS re: ▓▓▓ | 0.20 |
| 07/07/15 | JSM | ASSET ANALYSIS AND RECOVERY: Email from Mr. Murena re: ▓▓▓ follow-up email from Receiver regarding ▓▓▓ | 0.10 |
| 07/07/15 | CDS | ASSET ANALYSIS AND RECOVERY: Nelson Mullins: Telephone conference with JSM regarding ▓▓▓ | 0.20 |
| 07/07/15 | CDS | ASSET ANALYSIS AND RECOVERY: Bond: Office conference with JSM regarding ▓▓▓ | 0.10 |
| 07/08/15 | JSM | ASSET ANALYSIS AND RECOVERY: (Bond) Emails with Mr. Murena and CDS re: ▓▓▓ | 0.10 |
| 07/13/15 | CDS | ASSET ANALYSIS AND RECOVERY: Nelson Mullins: Telephone conference with client regarding ▓▓▓ | 0.20 |
| 07/13/15 | CDS | ASSET ANALYSIS AND RECOVERY: Nelson Mullins: Telephone conference with JSM regarding ▓▓▓ | 0.10 |
| 07/14/15 | CDS | ASSET ANALYSIS AND RECOVERY: Bond: Telephone conference with Mr. Curley regarding joint demand on Bond; draft follow up e-mail to Mr. Curley regarding same. | 0.40 |
| 07/14/15 | CDS | ASSET ANALYSIS AND RECOVERY: Bond: Review/analyze ▓▓▓ | 2.00 |
| 07/15/15 | JSM | ASSET ANALYSIS AND RECOVERY: Emails with Receiver and CDS re: ▓▓▓ | 0.10 |
| 07/15/15 | JSM | ASSET ANALYSIS AND RECOVERY: Exchange emails with Receiver and her counsel re: ▓▓▓ | 0.20 |
| 07/15/15 | JSM | ASSET ANALYSIS AND RECOVERY: Emails with Receiver and CDS re: ▓▓▓ | 0.20 |
| 07/15/15 | JSM | ASSET ANALYSIS AND RECOVERY: Emails with Receiver and CDS re ▓▓▓ | 0.20 |
| 07/15/15 | JSM | ASSET ANALYSIS AND RECOVERY: Read CDS's summary ▓▓▓ | 0.10 |
| 07/15/15 | CDS | ASSET ANALYSIS AND RECOVERY: Bond: Draft joint demand letter and notice of bad faith exposure to St. Paul regarding bond. | 3.10 |
| 07/15/15 | CDS | ASSET ANALYSIS AND RECOVERY: Bond: Revise joint demand letter and notice of bad faith exposure to St. Paul regarding bond. | 1.40 |
| 07/15/15 | CDS | ASSET ANALYSIS AND RECOVERY: Evanston Policy: Review/analyze ▓▓▓ in order to discuss same with coverage counsel; draft e-mail to co-counsel ▓▓▓ | 1.00 |
| 07/16/15 | JSM | ASSET ANALYSIS AND RECOVERY: Review email correspondence from Mr. Athans re: Evanston policy | 0.10 |
| 07/16/15 | JSM | ASSET ANALYSIS AND RECOVERY: Read email to Mr. Curley from CDS re: joint demand letter | 0.10 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 07/16/15 | CDS | ASSET ANALYSIS AND RECOVERY: Evanston Policy: Review/analyze letter from Mr. Athans regarding coverage and potential policy buyback; draft e-mail to Mr. Athans to discuss same. | 0.70 |
| 07/17/15 | JSM | ASSET ANALYSIS AND RECOVERY: Review ███████████████ and email from Mr. Murena regarding same | 0.20 |
| 07/17/15 | JSM | ASSET ANALYSIS AND RECOVERY: Additional emails from Mr. Curley regarding separate demand letters; follow-up with Receiver and CDS regarding same | 0.20 |
| 07/17/15 | JSM | ASSET ANALYSIS AND RECOVERY: Read email from CDS re: ████████████ | 0.10 |
| 07/17/15 | JSM | ASSET ANALYSIS AND RECOVERY: Confer with CDS via email re: ████████████ | 0.30 |
| 07/17/15 | CDS | ASSET ANALYSIS AND RECOVERY: Evanston Policy: Telephone conference with Mr. Athans regarding possibility of mediation; draft ████████████ | 0.40 |
| 07/17/15 | CDS | ASSET ANALYSIS AND RECOVERY: Bond: Telephone conference with Mr. Curley on joint demand letter; draft email to client regarding same. | 0.40 |
| 07/19/15 | JSM | ASSET ANALYSIS AND RECOVERY: Email from Mr. Murena ████████████ | 0.10 |
| 07/21/15 | JSM | ASSET ANALYSIS AND RECOVERY: Email from Mr. Curley transmitting draft of FDIC's letter and ████████████ | 0.10 |
| 07/21/15 | JSM | ASSET ANALYSIS AND RECOVERY: (Bond) Confer with CDS regarding ████████████ | 0.10 |
| 07/21/15 | JSM | ASSET ANALYSIS AND RECOVERY: (Bond) Emails with Receiver and her staff re: ████████████ | 0.10 |
| 07/21/15 | JSM | ASSET ANALYSIS AND RECOVERY: (Bond) - Telephone conference with CDS regarding ████████████ conference call with CDS ████ | 0.40 |
| 07/21/15 | KMS | ASSET ANALYSIS AND RECOVERY: Review policy and bond; organize same for further review by CDS | 0.30 |
| 07/21/15 | CDS | ASSET ANALYSIS AND RECOVERY: Bond: Review/analyze joint demand letter provided by FDIC; draft final revisions to Receiver's joint demand letter regarding same; revise letter with Receiver's comments. | 1.20 |
| 07/21/15 | CDS | ASSET ANALYSIS AND RECOVERY: Bond: Telephone conference with Mr. Curley regarding joint demand letter and negotiations with Evanston. | 0.20 |
| 07/21/15 | CDS | ASSET ANALYSIS AND RECOVERY: Bond: Telephone conference with JSM regarding ████████████ conference call with JSM and Mr. Curley regarding same. | 0.40 |
| 07/21/15 | CDS | ASSET ANALYSIS AND RECOVERY: Bond: Telephone conference with JSM regarding ████████████ | 0.10 |
| 07/22/15 | CDS | ASSET ANALYSIS AND RECOVERY: Bond: Review/analyze final draft of joint demand letter to St. Paul. | 0.20 |
| 07/23/15 | JSM | ASSET ANALYSIS AND RECOVERY: Read CDS's email to Mr. Curley with joint demand letter | 0.10 |
| 07/23/15 | CDS | ASSET ANALYSIS AND RECOVERY: Bond: Receive and review joint demand letter from FDIC to St. Paul. | 0.20 |
| 07/23/15 | CDS | ASSET ANALYSIS AND RECOVERY: 2012 D&O Policy: Receive and review e-mail from Mr. Murena regarding ████████████ | 0.10 |
| 07/24/15 | JSM | ASSET ANALYSIS AND RECOVERY: Read email from CDS to Mr. Athans re: request for mediation | 0.10 |
| 07/24/15 | CDS | ASSET ANALYSIS AND RECOVERY: Evanston Policy: Telephone conference with Mr. Athans regarding mediation and response to carrier's coverage letter. | 0.30 |
| 07/24/15 | CDS | ASSET ANALYSIS AND RECOVERY: Evanston: Draft e-mail to Mr. Athans regarding follow up on mediation with Evanston. | 0.10 |
| 07/26/15 | JSM | ASSET ANALYSIS AND RECOVERY: Email to Mr. Murena re: ████████████ | 0.10 |

**PLEASE INCLUDE INVOICE NUMBER   13558    WITH YOUR PAYMENT. THANK YOU.**

| Date | Atty | Description | Hours |
|---|---|---|---|
| 07/26/15 | JSM | ASSET ANALYSIS AND RECOVERY: Emails with Ms. Visconti and CDS re: ▓ | 0.10 |
| 07/27/15 | JSM | ASSET ANALYSIS AND RECOVERY: Phone conference with CDS re: ▓ | 0.10 |
| 07/27/15 | JSM | ASSET ANALYSIS AND RECOVERY: (Evanston) Review ▓ | 0.10 |
| 07/27/15 | JSM | ASSET ANALYSIS AND RECOVERY: Emails with CDS re: ▓ | 0.10 |
| 07/27/15 | CDS | ASSET ANALYSIS AND RECOVERY: Evanston policy: Draft e-mail to client regarding call ▓ | 0.30 |
| 07/27/15 | CDS | ASSET ANALYSIS AND RECOVERY: 2012 D&O Policy: Review/analyze ▓ relevant policy provisions, and research ▓ | 2.80 |
| 07/27/15 | CDS | ASSET ANALYSIS AND RECOVERY: 2012 D&O Policy: Telephone conference with JSM regarding ▓ | 0.10 |
| 07/28/15 | JSM | ASSET ANALYSIS AND RECOVERY: (2012 D&O) Telephone conference with CDS regarding ▓ ; telephone conference with Mr. Murena ▓ | 0.70 |
| 07/28/15 | JSM | ASSET ANALYSIS AND RECOVERY: Emails from Mr. Murena re: ▓ | 0.20 |
| 07/28/15 | CDS | ASSET ANALYSIS AND RECOVERY: 2012 D&O Policy: Telephone conference with JSM regarding ▓ telephone conference with Mr. Murena ▓ | 0.70 |
| 07/28/15 | CDS | ASSET ANALYSIS AND RECOVERY: 2012 D&O Policy: Receive and review e-mail from Mr. Murena regarding ▓ | 0.10 |
| 07/29/15 | JSM | ASSET ANALYSIS AND RECOVERY: Emails from Receiver and CDS re: ▓ | 0.10 |
| 07/29/15 | CDS | ASSET ANALYSIS AND RECOVERY: Evanston Policy: Telephone conference with Mr. Curley regarding call with Mr. Athans and next steps in scheduling mediation and providing joint demand to carrier. | 0.50 |
| 07/29/15 | CDS | ASSET ANALYSIS AND RECOVERY: Evanston Policy: Draft e-mail to client regarding ▓ | 0.20 |
| 07/30/15 | JSM | ASSET ANALYSIS AND RECOVERY: Telephone conference with CDS regarding ▓ | 0.10 |
| 07/30/15 | CDS | ASSET ANALYSIS AND RECOVERY: Evanston Policy: Telephone conference with JSM regarding letter to Mr. Athans regarding mediation and next steps. | 0.20 |
| 07/30/15 | CDS | ASSET ANALYSIS AND RECOVERY: Evanston Policy: Review/analyze Evanston policy and prior correspondence to draft letter regarding mediation and joint demand. | 0.60 |
| 07/30/15 | CDS | ASSET ANALYSIS AND RECOVERY: Evanston Policy: Draft letter to Mr. Athans regarding mediation and current joint demand. | 1.00 |
| 07/31/15 | CDS | ASSET ANALYSIS AND RECOVERY: Evanston: Draft/revise letter to Mr. Athans regarding mediation; provide to client for review and approval. | 1.10 |

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Steklof, Cary D. | 23.90 | 265.00 | $6,333.50 |
| Mazer, Jason S. | 6.50 | 590.00 | $3,835.00 |
| Shaw, Kathleen M. | 0.30 | 235.00 | $70.50 |
| **Total fees for this matter** | **30.70 hrs.** | | **$10,239.00** |

**DISBURSEMENTS**

| | |
|---|---|
| Amex; Pacer 4/1 - 6/30/15 | 9.70 |
| Photocopies | 52.70 |
| **Total disbursements for this matter** | **$62.40** |

**BILLING SUMMARY**

| | |
|---|---|
| TOTAL FEES | $10,239.00 |
| TOTAL DISBURSEMENTS | $62.40 |
| | ---------------- |
| **TOTAL CHARGES FOR THIS BILL** | **$10,301.40** |

Damian - Aubrey Lee Price

PLEASE INCLUDE INVOICE NUMBER   13558   WITH YOUR PAYMENT. THANK YOU.

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Steklof, Cary D. | 23.90 | 265.00 | $6,333.50 |
| Mazer, Jason S. | 6.50 | 590.00 | $1,722.50 |
| Shaw, Kathleen M. | 0.30 | 235.00 | $70.50 |
| **Total fees for this matter** | **30.70 hrs.** | | **$8,126.50** |

## DISBURSEMENTS

| | |
|---|---|
| Amex; Pacer 4/1 - 6/30/15 | 9.70 |
| Photocopies | 52.70 |
| **Total disbursements for this matter** | **$62.40** |

## BILLING SUMMARY

| | |
|---|---|
| TOTAL FEES | $8,126.50 |
| TOTAL DISBURSEMENTS | $62.40 |
| **TOTAL CHARGES FOR THIS BILL** | **$8,188.90** |
| PLUS NET BALANCE FORWARD | $85,129.06 |
| **TOTAL BALANCE NOW DUE** | **$93,317.96** |

## BILLING HISTORY

| Billed to Date | | Received to Date | |
|---|---|---|---|
| Fees | $414,712.75 | Fees | $329,793.48 |
| Expenses | $12,198.29 | Expenses | $11,931.37 |

**PLEASE INCLUDE INVOICE NUMBER   13558   WITH YOUR PAYMENT.  THANK YOU.**