# Petitt Worrell Wolfe Rocha LLC

One Urban Centre, Suite 475
4830 West Kennedy Boulevard
Tampa, FL 33609-2599 USA

*www.petittworrell.com*
Ph: 813-443-5345   Fax: 813-443-8331

Melanie Damian
1000 Brickell Avenue
Suite 1020
Miami, FL 33131 USA

July 31, 2015

File #:   0430
Inv #:   6886

**Attention:**

**RE:**   Securities & Exchange Commission v. Price, et al.

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| May-01-15 | [CASE ADMINISTRATION] Review Receiver's 11th status report (1.6); Review transmission of certified copy of Notice of Approval (.1) | 1.70 | 450.50 | AEW |
| May-04-15 | [CASE ADMINISTRATION] Review Clerk's Entry of Voluntary Dismissal (.1); Review Acknowledgment of Service of Process on the Zegalia case (.1); Review Notice of Appearance by James Johnson in the Zegalia case (.1); Revise USCA Ackowledgment of Notice of Appeal by Plaintiff (.1); Review correspondence from the Court of Appeals regarding Processes and Procedures (.2). | 0.60 | 159.00 | AEW |
| May-06-15 | [CASE ADMINISTRATION] Review Minute Order approving Pro Hac Vice application (.1); Review Order Granting Unopposed Motion to Approve Settlement Agreement between Receiver and FDIC as Receiver for Montgomery Bank and Trust (.1); Review Defendant's Notice of Taking Deposition of Melanie Damian as Receiver for the Estate of Aubrey Lee Price in the Nelson Mullins case (.1). | 0.30 | 79.50 | AEW |
| May-08-15 | [CASE ADMINISTRATION] Review Defendant's Notice of Intent to Serve Subpoena (.3); Review Defendant's Second | 0.70 | 185.50 | AEW |

**EXHIBIT D**

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Request for Production of Documents in the Nelson Mullins case (.4). | | | |
| May-13-15 | [CASE ADMINISTRATION] Review Notice of Taking Deposition of Trae D. Dorough. | 0.10 | 26.50 | AEW |
| May-18-15 | [CASE ADMINISTRATION] Review Intervention Plaintiff's Protective Life Insurance Company's and Household Life Insurance Company's Reply in Support of their Motion for Prejudgment Interest | 0.30 | 79.50 | AEW |
| May-21-15 | [CASE ADMINISTRATION] File Pro Hac Vice for Peter Valori in the Nelson Mullins case (Billed at $75.00 for Paralegal time for Kelly Rosser) | 0.30 | 22.50 | AEW |
| | [CASE ADMINISTRATION] Review Motion for Extension of Time to Complete Discovery (.2); Review Order Granting the Extension of Time to Complete the Discovery (.1); Review 5.4 Certificate of Service in the Nelson Mullins case (.1); Review correspondence and Order of USCA Granting the Appellee's Motion for Voluntary Dismissal (.1). | 0.50 | 132.50 | AEW |
| May-26-15 | [CASE ADMINISTRATION] Review Certificate of Interested Persons and Corporate Disclosure Statement (.1); Review Defendant Justin Zegalia's Affirmative Defenses and Answer in Response to Plaintiff's Complaint (.4); Review Rule 5.4 Certificate of Service of Discovery (.1). | 0.60 | 159.00 | AEW |
| May-27-15 | [CASE ADMINISTRATION] Review Non-Party TJS Deemer Dana LLC's Response to Nelson Mullin's Subpoena to Produce Documents | 0.40 | 106.00 | AEW |
| Jun-02-15 | [CASE ADMINISTRATION] Review Approval of Pro Hac Vice for Peter Valori (.1); Review Receiver's 11th Interim Application for Order Authorizing Payment of Fees and Expenses of Receiver and Professionals (.4). | 0.50 | 132.50 | AEW |
| Jun-05-15 | [CASE ADMINISTRATION] Review of Defendant's Notice of Deposition of Miller Petersen Robinson (.2); Review Defendant Nelson Mullin's Responses and Objections to Defendant's Notice of Taking Deposition (.8). | 1.00 | 265.00 | AEW |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Jun-08-15 | [CASE ADMINISTRATION] Review Plaintiff's Motion to Amend Complaint (.3); Review Amendment to the Complaint (.3). | 0.60 | 159.00 | AEW |
| Jun-10-15 | [CASE ADMINISTRATION] Review Order Granting in part and Denying in part Receiver's Motion Claiming a Portion of the Insurance Proceeds and Granting Plainitiff-Intervenor Motion for Pre-Judgment Interest | 0.60 | 159.00 | AEW |
| Jun-11-15 | [CASE ADMINISTRATION] Review Defendant's Notice of Taking Deposition of Aubrey Price (.1); Review Defendant's Notice of Taking Deposition of Steve Powell (.1). | 0.20 | 53.00 | AEW |
| Jun-15-15 | [CASE ADMINISTRATION] Review Defendant's Response to Plaintiff's First Requests for Admissions (.6); Review Defendant's Response to Plaintiff's First Request for Production of Documents in Nelson Mullins' case (.5); Review Defendant's Disclosure of Affimation of Experts (.6). | 1.70 | 450.50 | AEW |
| Jun-17-15 | [CASE ADMINISTRATION] Review Motion for Receiver's Unopposed, related Exhibits and Proposed Order (.5); Review Order Granting 294 Receiver's Unopposed Application to Employ Alan Howard, Esq. and Ivan Garcea as Experts for Receiver in Action against Nelson Mullins and Partially Modifying Plaintiff's 61 of Court's Order ? Receiver (.3); Review Order Granting Receiver's 9th Interim Application for Order Authorizing Payment of Fees and Expenses of Receiver and Her Professionals (.2); Review 11th Interim Application for Payment of Fees and Expenses (.1); Review Certificate of Service for Defendant's Responses to Plaintiff's First Request for Production (.1); Review Defendant's Opposition to Motion for Leave to File Amendment to Complaint and Exhibit's (.5). | 1.70 | 450.50 | AEW |
| Jun-22-15 | [CASE ADMINISTRATION] Reviw Order correcting Clerical Error in the Court's Order 293. | 0.20 | 53.00 | AEW |
| Jun-26-15 | [CASE ADMINISTRATION] Review Defendant's Notice of Taking Deposition of Alan Howard regarding Nelson Mullins case (.2); Review Defendant's Notice of Deposition | 4.10 | 1,086.50 | AEW |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | of Ivan A. Garcia (.2); Review Expert Report of Ian Ratner (1.6); Review Plaintiff's Responses to Defendant's Notice of Taking Deposition (.4); Review Nelson Mullins Expert Testimony (.9); Review Expert Report of Anthony Gaeta, Jr. (.8). | | | |
| Jul-06-15 | [CASE ADMINISTRATION] Review Scheduling Order in the Zegalia case (.1); Review Reply in Support of Motion [ECF No.33] for Leave to File Amendment to the Complaint and Exhibits (.7); Review Nelson Mullins Responses and Objection to Plaintiff's Notice of Taking Deposition (.3); Review Joint Preliminary Report and Discovery Plan (.8); Review Initial Disclosures by Justin Zegalia (.8). | 2.70 | 715.50 | AEW |
| Jul-07-15 | [CASE ADMINISTRATION] Review corrected Reply of Motion (Ecf No. 33) for Leave to File Amendment to Complaint and Exhibits | 0.80 | 212.00 | AEW |
| Jul-13-15 | [CASE ADMINISTRATION] Review Order Granting Motion Striking Answer to Complaint against Garcia (.5); Review Motion for Extension of Time to Serve Rebuttal Expert Reports and for Extension of Related Deadline (.3); Review Proposed Order (.1). | 0.90 | 238.50 | AEW |
| Jul-14-15 | [CASE ADMINISTRATION] Review Order Granting Motion for Extension of Time | 0.10 | 26.50 | AEW |
| Jul-21-15 | [ASSET DISPOSITION] Review and execute title policy for Longboat Key property; forward same to buyer. | 0.30 | 79.50 | RMB |
| Jul-28-15 | [CASE ADMINISTRATION] Review Receiver's Motion to Approve (A) Investor's and Creditor's Claim Procedure along with (B) Initial Plan of Distribution | 1.00 | 265.00 | AEW |
| Jul-29-15 | [CASE ADMINISTRATION] Review Clerk's Certificate of Mailing as to Edgar Marroquin Archila, Ronaldo Enrique Rodriguez Garcia regarding Order (.1); Review Order construing December 24th as First Amended Answer to Complaint regarding Scan Int'l (.2). | 0.30 | 79.50 | AEW |
| Jul-30-15 | [CASE ADMINISTRATION] Review instructions to Pro se Parties and | 1.20 | 318.00 | AEW |

Counsel in the Scan Int'l case (.9); Review Notice to Pro se Party (.3).

| | | |
|---|---|---|
| Totals | 23.40 | $6,144.00 |

## DISBURSEMENTS

| | | | |
|---|---|---|---|
| | Federal Express | | 15.54 |
| Jun-30-15 | Expense Recovery<br>Photocopies - Black and White  1 @ 0.15 1 @ 0.15 | | 0.15 |
| Jul-22-15 | Expense Recovery<br>Postage  2 @ 0.70 | | 1.41 |
| Jul-31-15 | Expense Recovery<br>Photocopies - Black and White  1 @ 0.15 | | 0.15 |
| | Totals | | $17.25 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$6,161.25** |
| Previous Balance | 64,290.34 |
| Previous Payments | 28,000.01 |

# Balance Now Due.......................... $42,451.58

TAX ID Number    27-3424894

## PAYMENT DETAILS

| | | |
|---|---|---|
| Jun-22-15 | On Account of Fees and Disbursements | 6,858.53 |
| Jun-22-15 | On Account of Fees and Disbursements | 11,661.03 |
| Jun-22-15 | On Account of Fees and Disbursements | 9,480.45 |
| | **Total Payments** | **$28,000.01** |