# DE SOLA PATE & BROWN

ATTORNEYS & COUNSELORS
CARACAS, VENEZUELA

TEL: (58-212) 793-9898      FAX: (58-212) 793-9043

www.desolapate.com
dplaw@desolapate.com

STREET ADDRESS:

TORRE DOMUS, PISO 16
AV. ABRAHAM LINCOLN
SABANA GRANDE
CARACAS

MAILING ADDRESSES:

FROM OUTSIDE VENEZUELA

CCS-6818
P. O. BOX 025801
MIAMI, FL 33I02-5801

FROM INSIDE VENEZUELA

APARTADO 52I47
CARACAS I050-A

No. 2544-15
June 29, 2015

Melanie Damian, Esq., Receiver
c/o Damian & Valori
1000 Brickell Ave., Suite 1020
Miami, FL 33131

## DEBIT NOTE FOR PROFESSIONAL SERVICES

For professional services rendered Melanie Damian**, Esq., as Receiver,** during May 2015 in relation to the Venezuelan estate of Aubrey Lee Price, according to the attached detail.

| | |
|---|---|
| Total of these services | US$1,727.50 |
| **Total of this Debit Note** | **US$1,727.50** |

Please make payment by wire transfer to

| | |
|---|---|
| Account name: | De Sola Pate & Brown |
| Account number: | 3290213921 |
| Bank: | Citibank |
| Address: | 120 S. Biscayne Blvd., Miami, FL 33131 |
| ABA routing: | 266086554 |
| SWIFT: | CITIUS33 |

Or by check payable to De Sola Pate & Brown, for deposit only to account no. 3290213921, and mailed to Citibank, 120 S. Biscayne Blvd., Miami, FL 33131.

# EXHIBIT E

Melanie Damian, Esq., Receiver

## DEBIT NOTE FOR PROFESSIONAL SERVICES
### DETAIL OF SERVICES

<u>Hourly Billing Rate</u>

| | | |
|---|---|---|
| J. R. Pate | (Consultant) | US$265/hour |
| A. Fernández C. | (Attorney) | US$200/hour |

| MAY | PERSON | HOURS | DESCRIPTION |
|---|---|---|---|
| 1 | JRP | .6 | **Asset Analysis and Recovery.** Conference call with Messrs. Damian, Visconti and Fernandez re the default judgment and advancing on the settlement with Mr. Lwis, as well as the sale of the two farms. |
| 1 | AFC | .6 | **Asset Analysis and Recovery.** Conference call with Messrs. Damian, Visconti and Pate re the default judgment and advancing on the settlement with Mr. Lwis, as well as the sale of the two farms. |
| 2 | AFC | .4 | **Asset Analysis and Recovery.** Call with Mr. Rodriguez re matters at the La Yaguarita farm. |
| 4 | JRP | .3 | **Asset Analysis and Recovery.** Conference with Mr. Fernandez to instruct him in detail as to what he needs to follow up on. |
| 4 | AFC | .3 | **Asset Analysis and Recovery.** Analyze with Mr. Pate the matters to be accomplished. |
| 5 | AFC | .4 | **Asset Analysis and Recovery.** Discussion with Mr. Romero, attorney for Mr. Lwis re several terms of the proposed settlement with Mr. Lwis. Mail Mdmes. Damian and Visconti re this. |

| | | | |
|---|---|---|---|
| 6 | JRP | .6 | **Asset Analysis and Recovery.** Mail Messrs. Damian, Visconti and Fernandez re the steps to be taken toward resolving the outstanding matters with Mr. Lwis and re selling the two farms. |
| 6 | AFC | .3 | **Asset Analysis and Recovery.** Call with Mr. Rodriguez re the situation of the farm. |
| 7 | AFC | .2 | **Asset Analysis and Recovery.** Mail Mr. Romero re the position of Ms. Damian to the points discussed. |
| 11 | AFC | .1 | **Asset Analysis and Recovery.** Call with Mr. Rodriguez re the planting. |
| 12 | JRP | .4 | **Asset Analysis and Recovery.** Discussion with and instructions to Mr. Fernandez re all current aspects of the case. Work on the report on these developments. |
| 12 | AFC | .2 | **Asset Analysis and Recovery.** Discussion with Mr. Pate to review current matters. |
| 14 | AFC | .1 | **Asset Analysis and Recovery.** Exchange mails with Mr. Bogart of the office of Ms. Damian re contact information for Mr. Romero. |
| 19 | AFC | .2 | **Asset Analysis and Recovery.** Mail Mdmes. Damian and Visconti re updates on La Yaguarita and El Tunal. |
| 21 | AFC | .2 | **Asset Analysis and Recovery.** Call with Mr. Rodriguez re supplies for the planting. |
| 22 | JRP | .6 | **Asset Analysis and Recovery.** Attempt to call Mdmes. Damian and Visconti. Mail them re the outstanding issues related to the settlement with Mr. Lwis. |
| 26 | JRP | .4 | **Asset Analysis and Recovery.** Exchange several mails with Messrs. Visconti and |

Fernandez re a conference call.

| | | | |
|---|---|---|---|
| **26** | AFC | **.4** | **Asset Analysis and Recovery.** Exchange several mails with Messrs. Visconti and Pate re a conference call. Call with Mr. Rodriguez re a budget for the farm. |
| **27** | JRP | **.6** | **Asset Analysis and Recovery.** Conference call with Messrs. Damian, Visconti and Fernandez. |
| **27** | AFC | **.6** | **Asset Analysis and Recovery.** Conference call with Messrs. Damian, Visconti and Pate. |

# DE SOLA PATE & BROWN

ATTORNEYS & COUNSELORS
CARACAS, VENEZUELA

TEL: (58-212) 793-9898      FAX: (58-212) 793-9043

www.desolapate.com
dplaw@desolapate.com

MAILING ADDRESSES:

FROM OUTSIDE VENEZUELA

CCS-6818
P. O. BOX 025801
MIAMI, FL 33102-5801

FROM INSIDE VENEZUELA

APARTADO 52147
CARACAS I050-A

STREET ADDRESS:

TORRE DOMUS, PISO 16
AV. ABRAHAM LINCOLN
SABANA GRANDE
CARACAS

No. 2596-15
July 13, 2015

Melanie Damian, Esq., Receiver
c/o Damian & Valori
1000 Brickell Ave., Suite 1020
Miami, FL 33131

## DEBIT NOTE FOR PROFESSIONAL SERVICES

For professional services rendered Melanie Damian**, Esq., as Receiver,** during June 2015 in relation to the Venezuelan estate of Aubrey Lee Price, according to the attached detail.

| | |
|---|---|
| Total of these services | US$6,669.50 |
| **Total of this Debit Note** | **US$6,669.50** |

Please make payment by wire transfer to

| | |
|---|---|
| Account name: | De Sola Pate & Brown |
| Account number: | 3290213921 |
| Bank: | Citibank |
| Address: | 120 S. Biscayne Blvd., Miami, FL 33131 |
| ABA routing: | 266086554 |
| SWIFT: | CITIUS33 |

Or by check payable to De Sola Pate & Brown, for deposit only to account no. 3290213921, and mailed to Citibank, 120 S. Biscayne Blvd., Miami, FL 33131.

Melanie Damian, Esq., Receiver

## DEBIT NOTE FOR PROFESSIONAL SERVICES
### **DETAIL OF SERVICES**

Hourly Billing Rate

| J. R. Pate | (Consultant) | US$265/hour |
| A. Fernández C. | (Attorney) | US$200/hour |
| D. Blumenkranz S. | (Attorney) | US$170/hour |

| JUNE | PERSON | HOURS | DESCRIPTION |
|------|--------|-------|-------------|
| 1 | AFC | .2 | **Asset Analysis and Recovery.** Call with Mr. Rodriguez re La Yaguarita. |
| 2 | JRP | .9 | **Asset Analysis and Recovery.** Discuss with Mr. Fernandez re the latest interchange with Mr. Lwis. Mail Mdmes. Damian and Visconti re the new proposals re the settlement. Respond to the mail from Ms. Visconti. |
| 2 | AFC | .2 | **Asset Analysis and Recovery.** Call with Mr. Macias of El Tunal re La Yaguarita. |
| 3 | JRP | .4 | **Asset Analysis and Recovery.** Conference call with Mdmes. Damian and Visconti. |
| 4 | JRP | .1 | **Asset Analysis and Recovery.** Discuss with Mr. Fernandez his communications with Messrs. Rodriguez and Bastidas. |
| 8 | AFC | .6 | **Asset Analysis and Recovery.** Prepare a list of all contacts in relation to the Price matter. Mail Mdmes. Damian and Visconti re La Yaguarita and damage to the farmhouse due to heavy winds. |
| 11 | JRP | .3 | **Asset Analysis and Recovery.** Discuss with Mr. Fernandez the situation presented by the supposed attorney for the Lopez alleging the nullification of the sale of La Yaguarita. Instruct him re following up on |

this.

| | | | |
|---|---|---|---|
| **16** | JRP | .6 | **Asset Analysis and Recovery.** Discuss with Mr. Fernandez the situation of La Yaguarita, re the claims of the supposed attorney in fact for Danyelo Lopez and the supposed investigation at the level of the attorney general's office re payment for the farm by Mr. Price. Mail Mdmes. Damian and Visconti re this and see the reply of Ms. Damian. |
| **16** | AFC | 1.1 | **Asset Analysis and Recovery.** Call with Mr. Bastidas of El Tunal re the visit by Ms. Jimenez, supposedly representing the Lopez. Contact Mr. Rosales in Acarigua re going to the registry in Ospino to check that the data on La Yaguarita is intact. Mail Mdmes. Damian and Visconti re this situation. |
| **17** | JRP | .7 | **Asset Analysis and Recovery.** Discuss with Mr. Fernandez re his upcoming meeting with the supposed representative of Danyelo Lopez. Mail Ms. Damian for information regarding payments made by Mr. Price to Leocadio Lopez. See the information from Ms. Damian. Review the purchase contract for La Yaguarita. Check the then exchange rate. Mail Ms. Damian et al re this. Instruct Mr. Fernandez. |
| **17** | AFC | 9.0 | **Asset Analysis and Recovery.** Go to Barquisimeto and Ospino. Meet with representatives of El Tunal and with the supposed attorney of Ms. Jimenez, representing the Lopez. Go to the registry office in Ospino to check on the status of the registration of La Yaguarita. Meet again with the El Tunal people. |
| **18** | JRP | .6 | **Asset Analysis and Recovery.** Speak with Messrs. Fernandez and Bastidas after their meeting with the lawyer of Danyelo Lopez. Mail Ms. Damian et al re the conclusions of this meeting. |

| | | | |
|---|---|---|---|
| **18** | AFC | **4.0** | **Asset Analysis and Recovery.** Meet again with the El Tunal people. Return to Caracas. |
| **19** | JRP | **.3** | **Asset Analysis and Recovery.** See the report of Mr. Fernandez. Mail this to Ms. Damian et al, with comments. |
| **22** | JRP | **.6** | **Asset Analysis and Recovery.** Discussions with Mr. Fernandez re other aspects of the pretensions of the representative of Danyelo Lopez, his trip to Acarigua, the investigation at Saren and other matters. Exchange mails with Ms. Visconti re a call re all matters. |
| **23** | JRP | **.6** | **Asset Analysis and Recovery.** Instruct Mr. Fernandez re investigating at Saren. Call with Ms. Visconti to update her. Mail Ms. Nassar in San Jose to investigate the possible immigration by Leocadio Lopez. Mail Ms. Visconti re problems at Saren. |
| **23** | AFC | **3.1** | **Asset Analysis and Recovery.** Go to Saren to investigate re any impediment to registering the purchase by Messrs. Price and Lwis. Brief Mr. Pate re Paujicito. |
| **23** | DBS | **3.0** | **Asset Analysis and Recovery.** Go with Mr. Fernandez to Saren regarding the legal status of La Yaguarita. |
| **25** | JRP | **.5** | **Asset Analysis and Recovery.** Discuss with Mr. Blumenkranz re the investigation at Saren. Mail Mdmes. Damian and Visconti re this. Mail Mr. Rodriguez re the estimate on the sugarcane harvest. See the information he sent on this. |
| **25** | AFC | **.3** | **Asset Analysis and Recovery.** Call with Mr. Rodriguez re projections for the sugarcane harvest of Paujicito. Inform Mr. Pate. |
| **25** | DBS | **1.5** | **Asset Analysis and Recovery.** Go to Saren |

| | | | |
|---|---|---|---|
| | | | to continue investigating the legal status of La Yaguarita. |
| 26 | JRP | .3 | **Asset Analysis and Recovery.** Mail Mr. Rodriguez re an estimate of the costs of Paujicito in order to obtain an estimate of the net value of the sugar harvest for this year. Forward the estimates of gross income and of supervision by Mr. Rodriguez to Ms. Visconti. |
| 28 | AFC | .7 | **Asset Analysis and Recovery.** Call from the attorney of El Tunal re her conversation with the alleged representative of the Lopez requesting a new meeting and making threats re La Yaguarita. |
| 29 | JRP | .4 | **Asset Analysis and Recovery.** Re the report of Mr. Fernandez re the threats of Ms. Jimenez, the supposed representative of Mr. Lopez, mail Mdmes. Damian and Visconti re this. |
| 29 | DBS | 1.7 | **Asset Analysis and Recovery.** Prepare a power of attorney to add Messrs. Basciani and Blumenkranz. Contact Saren re the legal status of La Yaguarita and re sending a notice to the Ospino Registry to authorize the registration of the purchase by Messrs. Price and Lwis. |
| 30 | JRP | .4 | **Asset Analysis and Recovery.** Mail investigators re possibly investigating the Lopez and Ms. Jimenez. Call with one of the investigators. Respond to the mail from Ms. Visconti. |

# DE SOLA PATE & BROWN

ATTORNEYS & COUNSELORS
CARACAS, VENEZUELA

TEL: (58-212) 793-9898      FAX: (58-212) 793-9043

www.desolapate.com
dplaw@desolapate.com

MAILING ADDRESSES:

FROM OUTSIDE VENEZUELA

CCS-6818
P. O. BOX 025801
MIAMI, FL 33I02-5801

FROM INSIDE VENEZUELA

APARTADO 52I47
CARACAS I050-A

Nº 2698 -15

August 24, 2015

Melanie Damian, Esq., Receiver
c/o Damian & Valori
1000 Brickell Ave., Suite 1020
Miami, FL 33131

## DEBIT NOTE FOR PROFESSIONAL SERVICES

For professional services rendered Melanie Damian Esq., Receive**,** during July 2015 in relation to the Venezuelan estate of Aubrey Lee Price, according to the attached detail.

| | |
|---|---|
| Total of these services | US$16,703.00 |
| **Total of this Debit Note** | **US$16,703.00** |

Please make payment by wire transfer to

| | |
|---|---|
| Account name: | De Sola Pate & Brown |
| Account number: | 3290213921 |
| Bank: | Citibank |
| Address: | 120 S. Biscayne Blvd., Miami, FL 33131 |
| ABA routing: | 266086554 |
| SWIFT: | CITIUS33 |

Or by check payable to De Sola Pate & Brown, for deposit only to account no. 3290213921, and mailed to Citibank, 120 S. Biscayne Blvd., Miami, FL 33131.

Melanie Damian Esq., Receive

## DEBIT NOTE FOR PROFESSIONAL SERVICES
### **DETAIL OF SERVICES**

#### Hourly Billing Rate

| | | |
|---|---|---|
| J. R. Pate | (Consultant) | US$360/hour |
| A. Fernández C. | (Attorney) | US$190/hour |
| D. Blumenkranz S. | (Attorney) | US$170/hour |

| JULY | PERSON | HOURS | DESCRIPTION |
|---|---|---|---|
| 1 | JRP | .8 | **Asset Analysis and Recovery.**Conference call with Mdmes. Damian and Visconti. Call Mr. Lwis re the matter of the value to the sugar cane crop and completing the settlement. Mail Mr. Rodriguez re this. Discuss with Mr. Fernandez our trip to see the farms. |
| 1 | AFC | .6 | **Asset Analysis and Recovery.** Conference call with Mdmes. Damian, Visconti, Pate and Blumenkranz. |
| 1 | AFC | .6 | **Asset Analysis and Recovery.** Review Mr. Pate's mail to Rodrigo Rodriguez re Paujicito's 2015 sugar crop estimate projections. |
| 2 | JRP | 1.6 | **Asset Analysis and Recovery.** Meet with the investigator Gutierrez, together with Messrs. Fernandez and Blumenkranz. Mail Mdmes. Damian and Visconti re this meeting and the objectives proposed. See the mail from Mr. Rodriguez with an estimate of the net income from the sugar cane crop for this year; mail this to Ms. Visconti. |
| 2 | AFC | .4 | **Asset Analysis and Recovery.** Mail review Rodrigo Rodriguez re Paujicito's 2015 sugar cane net projections. Mr. Pate's mail review Damian re meeting with investigators. |
| 2 | DB | 1.0 | **Asset Analysis and Recovery**. Meeting with Private Investigator. |

| | | | |
|---|---|---|---|
| 3 | JRP | .4 | **Asset Analysis and Recovery**. Discuss with Mr. Fernandez re the call from Ms. Diaz, the attorney for Ms. Jimenez, to the attorney for El Tunal requesting a meeting with us. See the mail from Mr. Gutierrez re traveling to Portuguesa. Mail Ms. Visconti re this. Discuss this trip with Messrs. Fernandez and Blumenkranz. |
| 3 | AFC | .3 | **Asset Analysis and Recovery.** Mail review from Investigator Gutierrez re plane tickets to Barquisimeto. Mr. Pate's mail to Mdmes. Visconti and Damian re Barquisimeto and Acarigua's visit. |
| 3 | DBS | 2.5 | **Asset Analysis and Recovery.** Visit to SAREN to verify legal status of La Yaguarita. Was informed there are no restrictions for registration of the bill of sale. |
| 4 | AFC | .3 | **Asset Analysis and Recovery.** Mr. Lwis' mail review re Paujicito's 2015 sugar crop projections. Investigator Gutierrez's mail review re budget for Barquisimeto's visit. |
| 6 | JRP | 3.1 | **Asset Analysis and Recovery**. Review the mails of Mr. Lwis re estimates for the sugar cane crop and the proposal of Mr. Gutierrez. Forward the mail of Mr. Lwis to Ms. Visconti; instruct Messrs. Fernandez and Blumenkranz to compare the numbers of Mr. Lwis with those of Mr. Rodriguez. Mail Mr. Rodriguez re the mail from Mr. Lwis. Mail Ms. Visconti re the proposal of the investigators. Work on a calculation of the net value of the sugar cane crop. Prepare a draft analysis of this. See the mail from Ms. Visconti re accepting the proposal of the investigators and how to pay them. Mail her for clarification of the latter aspect. |
| 6 | AFC | .4 | **Asset Analysis and Recovery.** Meeting with Messrs. Pate and Blumenkranz re Lwis' 2015 sugar cane crop projection in comparison with Mr. Rodriguez's estimate. Review of Mr. Pate's mail to Mdmes. Damian and Visconti re Investigators' fees. |

| | | | |
|---|---|---|---|
| 7 | JRP | .7 | **Asset Analysis and Recovery**. Respond to the mail from Ms. Visconti re financial matters related to paying the investigators and managing funds for the operation of the farm. Discuss the view of Mr. Rodriguez re the costs of Paujicito with Mr. Fernandez. Mail Mdmes. Damian and Visconti re estimates of the net value of the sugar cane crop for this year at Paujicito. |
| 8 | JRP | .7 | **Asset Analysis and Recovery**. See the mail from Ms. Visconti re paying the investigators; respond to her. Mail the investigators re this. Work with Mr. Blumenkranz on the document search in relation to the possible registration of the farm purchase. Respond to the mail from the attorney in Costa Rica searching for Leocadio Lopez. |
| 8 | DBS | 1.5 | **Asset Analysis and Recovery**. Document review in preparation for the 07-09-2015 visit to Acarigua. Search for Price's and Lwis' ID copies as well as a copy of the check presented at the Registry during the purchase of La Yaguarita from Leocadio Lopez. Preparation for Lwis' irrevocable power of attorney. |
| 9 | JRP | 8.0 | **Asset Analysis and Recovery.** Go to Portuguesa with Messrs. Fernandez and Blumenkranz, and the investigators to visit the two farms, to go to the registry in Ospino re the registration of the sale to Price and Lwis, and to meet with a representative of El Tunal. |
| 9 | AFC | 8.0 | **Asset Analysis and Recovery.** Barquisimeto's visit. Meeting with El Tunal representatives. Visit to Paujicito and La Yaguarita. Visit to the Ospino's Registry. Lunch with Messrs. Pate, Blumenkranz, Mesias and Investigators. |

| | | | |
|---|---|---|---|
| 9 | DBS | 8.0 | **Asset Analysis and Recovery.** Visit to La Yaguarita, Paujicito, Ospino's Registry |
| 10 | JRP | 1.6 | **Asset Analysis and Recovery**. Mail Mdmes. Damian and Visconti re the trip to the farms and the registry in Ospino. Respond to the mail from Ms. Visconti. Mail Mr. Gutierrez re payment for the investigation. Mail Mdmes. Damian and Visconti re the matter of communicating with the registrar in Ospino. |
| 10 | AFC | .2 | **Asset Analysis and Recovery.** Mr. Pate's mail review re report of Barquisimeto and Acarigua's visit by Messrs. Pate, Fernandez and Blumenkranz. |
| 13 | JRP | 1.2 | **Asset Analysis and Recovery.** Prepare an agenda for the conference call. Discuss with Mr. Fernandez the call from Mr. Macias of El Tunal re having met with the person of the registry in Ospino. Conference call with Mdmes. Damian and Visconti, with Messrs. Fernandez and Blumenkranz. Follow up discussion with the latter. Mail the investigators to hold off on the investigations. Discussions with Messrs. Fernandez and Blumenkranz re a further call with the person at the registry and re meeting at INTI in relation to the authorization for the sale to Messrs. Price and Lwis. |
| 13 | AFC | .4 | **Asset Analysis and Recovery.** Conference call with Messrs. Pate, Blumenkranz and Mdmes. Visconti and Damian re status of both La Yaguarita and Paujicito. Phone conversation with Mr. Rafael Mesias re Ospino's registrar assistant. |
| 14 | JRP | 1.7 | **Asset Analysis and Recovery**.Discuss with Mr. Blumenkranz his meeting at INTI. Work with him on a letter to INTI justifying the registration of the purchase of La Yaguarita. Discuss with him re his second meeting at INTI to deliver the letter. Work on a new version of the settlement agreement with Mr. Lwis. |

| 14 | DBS | 7.9 | **Asset Analysis and Recovery**. INTI visit, meeting with government official. Drafted a letter to file the request for the permit of registration of the bill of sale, La Yaguarita. Sent to Mr. Pate for review. Delivery of the letter. |
|----|-----|-----|------|
| 16 | JRP | .3 | **Asset Analysis and Recovery**. Discuss with Mr. Fernandez the call from Mr. Lwis inquiring about the receipt of U.S. court documents. Instruct Mr. Blumenkranz to prepare drafts of the two powers of attorney required from Mr. Lwis. |
| 16 | DBS | .2 | **Asset Analysis and Recovery**. Send scanned copy Price's Power Attorney to the Registrar to the Ospino as requested, by them in order to process the registration of the Bill of Sale. |
| 17 | JRP | .3 | **Asset Analysis and Recovery**. Call from Mr. Lwis re the court documents received and re all matters related to Paujicito and the settlement. |
| 20 | JRP | 2.3 | **Asset Analysis and Recovery**. Mail Mdmes. Damian and Visconti re the call with Mr. Lwis, re if he is to recover his house in Orlando. Work on the new version of the settlement agreement. |
| 21 | JRP | 2.6 | **Asset Analysis and Recovery**. Complete the drafts of the settlement agreement and the powers of attorney. Send these to Mdmes. Damian and Visconti, with comments. |
| 21 | DBS | 2.3 | **Asset Analysis and Recovery.** Draft irrevocable Power Attorney for Lwis, sent to Mr. Pate for review. |
| 27 | JRP | 1.2 | **Asset Analysis and Recovery**. Various mails during the day with Messrs. Damian, Visconti, Serna and Blumenkranz re the draft |

| | | | |
|---|---|---|---|
| | | | settlement agreement with Mr. Lwis, the status of matters with El Tunal and the registration of the sale document in Ospino, and certain administrative matters. |
| **27** | DBS | .5 | **Asset Analysis and Recovery**. Follow up phone call to Mr. José Félix Hidlgo fron El Tunal regarding the status of the INTI's required permit for the registration of La Yaguairita's Bill of Sale. Report to Mr. Pate. Request from Damian's paralegal Jeannette Serna regarding La Yaguarita's Fund for the preparation of the SEC report. Report to Mr. Pate, sent Alfredo an email for consultation purposes. Response to Ms. Serna, forwarded message to Mr. Pate. |
| **29** | JRP | .8 | **Asset Analysis and Recovery**. Mails and calls with Mr. Blumenkranz re the matter of the visit by Mr. Lwis and an appraiser to La Yaguarita, re communicating with Messrs. Macias of El Tunal, Lwis and Rodriguez. Mail Mdmes. Damian and Visconti re this. See the reply of Ms. Visconti. |
| **31** | JRP | 1.9 | **Asset Analysis and Recovery**. Review the report of Mr. Rodriguez on expenses for July and the estimated budget for August, and send these to Ms. Visconti. Work on the Spanish version of the draft settlement agreement with Mr. Lwis. Mail this to Mdmes. Damian and Visconti. |