

**KapilaMukamal**

CPAs, Forensic and Insolvency Advisors

**SEC V. PFG, LLC**
**Client ID: 05402**
**Invoice #1082 - 05/31/15**

## TIME SUMMARY BY STAFF

| Staff | Hours | Rate | Amount |
|---|---|---|---|
| SURUCHI BANEZ - Principal, CPA, CIRA, CFE | 2.40 | 228.00 | 547.20 |
| TOTAL | 2.40 | | $547.20 |
| | **BLENDED RATE** | **$228.00** | |
| | | TOTAL EXPENSES | 51.57 |
| TOTAL AMOUNT OF THIS INVOICE | | | $598.77 |

The Kapila Building
1000 S. Federal Highway, Suite 200
Fort Lauderdale, Florida 33316
P 761.1011   F 954.761.1033

Sun Trust International Center
1 SE 3rd Avenue, Suite 2150
Miami, Florida 33131
P 786.517.5771   F 786.517.5772

**EXHIBIT F**



1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Phone - 954-761-1011  F - 954-761-1033  www.kapilamukamal.com
EIN #46-5394135

SEC V. PFG, LLC
C/O MELANIE DAMIAN, RECEIVER
1000 BRICKELL AVENUE
SUITE 1020
MIAMI, FL 33131

Invoice: 1082
05/31/2015
Client ID: 05402

FOR PROFESSIONAL SERVICES RENDERED THROUGH MAY 31, 2015

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| LITIGATION SUPPORT | | | | |
| 05/08/2015 | SKB | T/C WITH K. MURENA REGARDING MB&T TRANSFERS DOCUMENT SUPPORT. | 0.40 | 91.20 |
| 05/08/2015 | SKB | COMBINE AND ANALYZE SUPPORTING DOCUMENTS REQUESTED BY K. MURENA REGARDING MB&T TRANSFERS. | 0.90 | 205.20 |
| 05/12/2015 | SKB | ANALYZE AND UPDATE MB&T SUMMARY SUPPORT AS REQUESTED BY K. MURENA. | 1.10 | 250.80 |
| | | | | 547.20 |
| EXPENSES | | | | |
| 05/01/2015 | EXP | CONFERENCE CALL - SRK (04/08/15) | | 51.57 |
| | | | | 51.57 |
| | | Total amount of this invoice | | $598.77 |

Invoice payable upon receipt.  Thank you for this opportunity to be of service.



**SEC V. PFG, LLC**
**Client ID: 05402**
**Invoice #1164 - 06/30/15**

## TIME SUMMARY BY STAFF

| Staff | Hours | Rate | Amount |
|---|---|---|---|
| SURUCHI BANEZ - Principal, CPA, CIRA, CFE | 2.00 | 228.00 | 456.00 |
| TOTAL | 2.00 | | $456.00 |
| | **BLENDED RATE** | **$228.00** | |
| | TOTAL EXPENSES | | 0.30 |
| TOTAL | | | $456.30 |
| | Fees invoiced but inadvertently omitted from 6th interim fee application | | 501.20 |
| | Total amount of this invoice | | $957.50 |

The Kapila Building
1000 S. Federal Highway, Suite 200
Fort Lauderdale, Florida 33316
P 761.1011   F 954.761.1033

Sun Trust International Center
1 SE 3rd Avenue, Suite 2150
Miami, Florida 33131
P 786.517.5771   F 786.517.5772



1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Phone - 954-761-1011  F - 954-761-1033  www.kapilamukamal.com
EIN #46-5394135

SEC V. PFG, LLC
C/O MELANIE DAMIAN, RECEIVER
1000 BRICKELL AVENUE
SUITE 1020
MIAMI, FL 33131

Invoice: 1164
06/30/2015
Client ID: 05402

FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE 30, 2015

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| LITIGATION SUPPORT | | | | |
| 06/10/2015 | SKB | ADDRESS EMAIL FROM SANJAY KARNICK REGARDING INVESTOR SCHEDULES. | 0.20 | 45.60 |
| 06/15/2015 | SKB | UPDATE MB&T TRANSACTION SUMMARY TO INCLUDE ROLLING BALANCE COLUMN AND IN CHRONOLOGICAL ORDER PER COUNSEL. | 0.50 | 114.00 |
| 06/18/2015 | SKB | RESEARCH AND ADDRESS REQUEST FROM MELANIE SPENCER REGARDING SHIRLEY WILMS INVESTOR ACTIVITY. | 0.40 | 91.20 |
| 06/22/2015 | SKB | RESEARCH AND ADDRESS EMAILS FROM K. MURENA REGARDING STOCK PURCHASE TRANSFERS AND SUPPORT ON DECEMBER 31, 2010. | 0.90 | 205.20 |
| | | | | 456.00 |
| EXPENSES | | | | |
| 06/30/2015 | EXP | PRINTED COPY CHARGE JUNE 2015 | | 0.30 |
| | | | | 0.30 |
| TOTAL | | | | $456.30 |
| | | Fees invoiced but inadvertently omitted from 6th interim fee application | | 501.20 |
| | | Total amount of this invoice | | $957.50 |

Invoice payable upon receipt.  Thank you for this opportunity to be of service.



**CPAs, Forensic and Insolvency Advisors**

**SEC V. PFG, LLC**
**Client ID: 05402**
**Invoice #1327 - 07/31/15**

### TIME SUMMARY BY STAFF

| Staff | Hours | Rate | Amount |
|---|---|---|---|
| SURUCHI BANEZ - Principal, CPA, CIRA, CFE | 0.20 | 228.00 | 45.60 |
| TOTAL | 0.20 | | $45.60 |
| | **BLENDED RATE** | **$228.00** | |
| | TOTAL EXPENSES | | 0.30 |
| TOTAL AMOUNT OF THIS INVOICE | | | $45.90 |

The Kapila Building
1000 S. Federal Highway, Suite 200
Fort Lauderdale, Florida 33316
P 761.1011   F 954.761.1033

Sun Trust International Center
1 SE 3rd Avenue, Suite 2150
Miami, Florida 33131
P 786.517.5771   F 786.517.5772


1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL  33316
Phone - 954-761-1011   F - 954-761-1033   www.kapilamukamal.com
EIN #46-5394135

SEC V. PFG, LLC
C/O MELANIE DAMIAN, RECEIVER
1000 BRICKELL AVENUE
SUITE 1020
MIAMI, FL  33131

Invoice: 1327
07/31/2015
Client ID: 05402

FOR PROFESSIONAL SERVICES RENDERED THROUGH JULY 31, 2014

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| **LITIGATION SUPPORT** | | | | |
| 07/16/2015 | SKB | RESEARCH AND ADDRESS INQUIRY FROM CASSANDRA PEREZ REGARDING QUARTERLY STATUS UPDATE. | 0.20 | 45.60 |
| | | | | 45.60 |
| **EXPENSES** | | | | |
| 07/31/2015 | EXP | PRINTED COPY CHARGE - JULY 2015 | | 0.30 |
| | | | | 0.30 |
| | | Total amount of this invoice | | $45.90 |

Invoice payable upon receipt.  Thank you for this opportunity to be of service.