IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | CIVIL ACTION FILE |
| v. | NUMBER 1:12-cv-2296 -TCB |
| AUBREY LEE PRICE, et al., | |
| Defendants. | |

**O R D E R**

The parties agree that this action should be administratively closed[1] pending the resolution of the receivership. Accordingly, the CLERK is DIRECTED to administratively close this action.

IT IS SO ORDERED this 30th day of September, 2015.

_____
Timothy C. Batten, Sr.
United States District Judge

---

[1] Administratively closing a case is a docket control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case. In addition, this order will not prejudice the rights of the parties to this litigation in any manner.