# Ver Ploeg & Lumpkin, P.A.

100 S.E. Second Street, 30th Floor
Miami, Florida 33131-2151
305.577.3996: TEL
305.577.3558: FAX

Tax ID #65-0615033

September 09, 2015

Melanie E. Damian, Esq.
Damian Valori, LLP
as Receiver for Aubrey Lee Price
1000 Brickell Avenue
Suite 1020
Miami, FL 33131

Billing through 08/31/15
Invoice Number 13643
Account Number D032-00100

**Damian, Melanie E. Esq. - Aubrey Lee Price**

## FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours |
|---|---|---|---|
| 08/04/15 | CDS | ASSET ANALYSIS AND RECOVERY: Evanston Policy: Review/analyze records regarding ▮. | 0.30 |
| 08/01/15 | JSM | ASSET ANALYSIS AND RECOVERY: (EVANSTON) Email from Mr. Murena ▮ | 0.10 |
| 08/01/15 | JSM | ASSET ANALYSIS AND RECOVERY: (EVANSTON) Email from CDS ▮ | 0.10 |
| 08/03/15 | JSM | ASSET ANALYSIS AND RECOVERY: (BOND) Emails with Mr. Murena and CDS re: ▮ | 0.10 |
| 08/03/15 | JSM | ASSET ANALYSIS AND RECOVERY: (EVANSTON) Email from Mr. Curley regarding draft letter to Evanston; ▮ with CDS ▮ | 0.10 |
| 08/03/15 | CDS | ASSET ANALYSIS AND RECOVERY: Evanston Policy: Receive and review ▮ | 0.30 |
| 08/03/15 | CDS | ASSET ANALYSIS AND RECOVERY: Evanston Policy: Receive and review e-mail from Ms. Damian regarding ▮ draft ▮; draft e-mail to Mr. Curley to obtain approval to send letter. | 0.30 |
| 08/04/15 | JSM | ASSET ANALYSIS AND RECOVERY: (EVANSTON) Email from Mr. Athans re: mediation | 0.10 |
| 08/04/15 | JSM | ASSET ANALYSIS AND RECOVERY: (BOND) Email from Mr. Curley re: mediation fees | 0.10 |
| 08/04/15 | JSM | ASSET ANALYSIS AND RECOVERY: (BOND) Additional emails with Mr. Murena and Mr. Curley re: mediation | 0.10 |
| 08/04/15 | CDS | ASSET ANALYSIS AND RECOVERY: Evanston Policy: Receive and review e-mail from Mr. Curley regarding mediation split with Evanston; draft e-mails to Mr. Curley and client regarding Mr. Athans' informal response to mediation invitation. | 0.20 |
| 08/04/15 | CDS | ASSET ANALYSIS AND RECOVERY: Evanston Policy: Draft e-mail to Mr. Athans regarding scheduling mediation. | 0.20 |
| 08/04/15 | CDS | ASSET ANALYSIS AND RECOVERY: Evanston Policy: Draft e-mail to Mr. Curley regarding mediation proposal. | 0.20 |
| 08/10/15 | JSM | ASSET ANALYSIS AND RECOVERY: (EVANSTON) Emails with Mr. Murena re: Evanston policy | 0.10 |

PLEASE INCLUDE INVOICE NUMBER 13643 WITH YOUR PAYMENT. THANK YOU.

**EXHIBIT C**

| Date | Atty | Description | Hours |
|---|---|---|---|
| 08/17/15 | JSM | ASSET ANALYSIS AND RECOVERY: (BOND) Confer with CDS re: ▆ | 0.20 |
| 08/17/15 | JSM | ASSET ANALYSIS AND RECOVERY: (EVANSTON) Confer with CDS regarding ▆ | 0.10 |
| 08/17/15 | JSM | ASSET ANALYSIS AND RECOVERY: (BOND) Email from Mr. Curley re: mediation | 0.10 |
| 08/17/15 | CDS | ASSET ANALYSIS AND RECOVERY: Bond/Evanston Policy: Draft various e-mails to Mr. Curley regarding status of demand letters and follow up with carriers. | 0.20 |
| 08/18/15 | JSM | ASSET ANALYSIS AND RECOVERY: (EVANSTON) Confer with CDS ▆ follow-up with Mr. Athans | 0.10 |
| 08/18/15 | KMS | ASSET ANALYSIS AND RECOVERY: Confer with CDS and KMS re: ▆ | 0.10 |
| 08/18/15 | CDS | ASSET ANALYSIS AND RECOVERY: Bond: Draft e-mail to JSM regarding ▆ | 0.10 |
| 08/18/15 | CDS | ASSET ANALYSIS AND RECOVERY: ▆ e-mail to JSM regarding ▆ | 0.10 |
| 08/18/15 | CDS | ASSET ANALYSIS AND RECOVERY ▆ Office conference with JSM and KMS regarding ▆ | 0.10 |
| 08/21/15 | JSM | ASSET ANALYSIS AND RECOVERY: (BOND) Read letter from Keith Lichtman; trade emails with Receiver re: mediator and location | 0.20 |
| 08/21/15 | JSM | ASSET ANALYSIS AND RECOVERY: (BOND) Analyze letter from Mr. Lichtman regarding mediation; trade emails with CDS and Receiver ▆ | 0.20 |
| 08/22/15 | JSM | ASSET ANALYSIS AND RECOVERY: (EVANSTON) Read email from CDS to Mr. Murena re: ▆ | 0.10 |
| 08/23/15 | CDS | ASSET ANALYSIS AND RECOVERY: Bond: Receive and review letter from Mr. Mills regarding scheduling mediation; draft e-mail to client ▆ | 0.10 |
| 08/23/15 | CDS | ASSET ANALYSIS AND RECOVERY: Evanston Policy: Receive and review e-mail from Mr. Athans regarding scheduling mediation; ▆ | 0.10 |
| 08/25/15 | JSM | ASSET ANALYSIS AND RECOVERY: (BOND) Emails from Mr. Curley re: mediation; follow-up with Receiver ▆ | 0.10 |
| 08/25/15 | JSM | ASSET ANALYSIS AND RECOVERY: (BOND) Trade emails with Receiver re: ▆ | 0.10 |
| 08/25/15 | CDS | ASSET ANALYSIS AND RECOVERY: Bond: Receive and review e-mail from client regarding ▆ draft e-mail to Mr. Curley to confirm availability prior to providing dates to carrier. | 0.10 |
| 08/26/15 | JSM | ASSET ANALYSIS AND RECOVERY: (BOND) Emails with Receiver and CDS re: ▆ | 0.10 |
| 08/26/15 | CDS | ASSET ANALYSIS AND RECOVERY: Bond: Draft e-mail to Mr. Curley regarding available dates for mediation with carrier. | 0.10 |
| 08/28/15 | JSM | ASSET ANALYSIS AND RECOVERY: (BOND) Review emails from Mr. Curley and ▆ | 0.10 |
| 08/31/15 | JSM | ASSET ANALYSIS AND RECOVERY: (BOND) Read email from Mr Lichtman | 0.10 |
| 08/31/15 | JSM | ASSET ANALYSIS AND RECOVERY: (BOND) Read emails from Mr. Curley re: mediation | 0.20 |
| 08/31/15 | JSM | ASSET ANALYSIS AND RECOVERY: (BOND) Emails with Mr. Curley and ▆ | 0.10 |
| 08/31/15 | JSM | ASSET ANALYSIS AND RECOVERY: (EVANSTON) Email from Mr. Athans regarding Montgomery Asset Management | 0.10 |
| 08/31/15 | CDS | ASSET ANALYSIS AND RECOVERY: Bond: Draft e-mail to Mr. Curley regarding availability for mediation; draft e-mail to carrier's counsel regarding same in order to set date certain for mediation. | 0.30 |

Damian - Aubrey Lee Price         Invoice No. 13643                              Page 2

PLEASE INCLUDE INVOICE NUMBER   13643   WITH YOUR PAYMENT. THANK YOU.

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Steklof, Cary D. | 2.70 | 265.00 | $715.50 |
| Mazer, Jason S. | 2.70 | 590.00 | $718.50 |
| Shaw, Kathleen M. | 0.10 | 235.00 | $23.50 |
| **Total fees for this matter** | **5.50 hrs.** | | **$1,457.50** |

### DISBURSEMENTS

| | |
|---|---|
| West Payment Center; Online Research; services through Jul 31, 2015 | 8.90 |
| Photocopies | 17.25 |
| **Total disbursements for this matter** | **$26.15** |

# Ver Ploeg & Lumpkin, P.A.

100 S.E. Second Street, 30th Floor
Miami, Florida 33131-2151
305.577.3996: TEL
305.577.3558: FAX

Tax ID #65-0615033

October 13, 2015

Melanie E. Damian, Esq.  
Damian Valori, LLP  
as Receiver for Aubrey Lee Price  
1000 Brickell Avenue  
Suite 1020  
Miami, FL  33131  

Billing through    09/30/15  
Invoice Number    13766  
Account Number    D032-00100  

**Damian, Melanie E. Esq. - Aubrey Lee Price**

## FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours |
|---|---|---|---|
| 09/01/15 | JSM | ASSET ANALYSIS AND RECOVERY: Read emails re: ▆▆▆▆ | 0.30 |
| 09/01/15 | JSM | ASSET ANALYSIS AND RECOVERY: Confer with CDS re: ▆▆▆▆ | 0.30 |
| 09/01/15 | CDS | ASSET ANALYSIS AND RECOVERY: Evanston policy: Telephone conference with Mr. Athans regarding scheduling mediation. | 0.40 |
| 09/01/15 | CDS | ASSET ANALYSIS AND RECOVERY: Bond/Evanston policy: Draft e-mails to Mr. Athans and Mr. Curley regarding scheduling mediation. | 0.10 |
| 09/03/15 | JSM | ASSET ANALYSIS AND RECOVERY: Read letter from Athans in response to Trustee's Demand Letter | 0.10 |
| 09/03/15 | JSM | ASSET ANALYSIS AND RECOVERY: (EVANSTON) Emails with Mr. Murena and CDS re: ▆▆▆▆ | 0.10 |
| 09/03/15 | CDS | ASSET ANALYSIS AND RECOVERY: Evanston policy: Receive and review letter from Mr. Athans regarding potential mediation; draft e-mail to Mr. Murena ▆▆▆▆ | 0.20 |
| 09/04/15 | JSM | ASSET ANALYSIS AND RECOVERY: Read email from CDS to Mr. Curley re: Evanston policy | 0.10 |
| 09/04/15 | CDS | ASSET ANALYSIS AND RECOVERY: Evanston Policy: Telephone conference with Mr. Murena ▆▆▆▆ | 0.30 |
| 09/04/15 | CDS | ASSET ANALYSIS AND RECOVERY: Evanston policy: Draft e-mail to Mr. Curley regarding ▆▆▆▆ | 0.10 |
| 09/08/15 | JSM | ASSET ANALYSIS AND RECOVERY: Email from Mr. Curley re: ▆▆▆▆ | 0.10 |
| 09/08/15 | JSM | ASSET ANALYSIS AND RECOVERY: (Bond) Email to Receiver re: ▆▆▆▆ | 0.10 |
| 09/08/15 | CDS | ASSET ANALYSIS AND RECOVERY: Bond/Evanston policy: Telephone conference with Mr. Curley regarding scheduling mediations and necessary letter to Evanston regarding coverage. | 0.40 |
| 09/09/15 | JSM | ASSET ANALYSIS AND RECOVERY: (Bond) Emails from Mr. Curley and Mr. Lichtman regarding Bond mediation | 0.20 |
| 09/09/15 | JSM | ASSET ANALYSIS AND RECOVERY: Trade emails with CDS, Mr. Lichtman and Ms. Damian re: mediation | 0.20 |

PLEASE INCLUDE INVOICE NUMBER    13766    WITH YOUR PAYMENT. THANK YOU.

| Date | Initials | Description | Hours |
|---|---|---|---|
| 09/09/15 | CDS | ASSET ANALYSIS AND RECOVERY: Bond: Draft e-mail to opposing counsel to confirm mediation date. | 0.10 |
| 09/11/15 | JSM | ASSET ANALYSIS AND RECOVERY: Trade emails with Mr Lichtman re: mediation; draft email to Receiver | 0.30 |
| 09/11/15 | CDS | ASSET ANALYSIS AND RECOVERY: Bond: Receive and review various e-mails regarding scheduling of mediation. | 0.10 |
| 09/16/15 | JSM | ASSET ANALYSIS AND RECOVERY: Read letter from mediator regarding terms of mediation | 0.10 |
| 09/17/15 | JSM | ASSET ANALYSIS AND RECOVERY: Email to CDS regarding ▮ | 0.10 |
| 09/18/15 | CDS | ASSET ANALYSIS AND RECOVERY: Office conference with JSM regarding ▮ | 0.10 |
| 09/22/15 | JSM | ASSET ANALYSIS AND RECOVERY: (Bond) Phone conference with CDS ▮ | 0.10 |
| 09/22/15 | JSM | ASSET ANALYSIS AND RECOVERY: Read email from Mr. Lichtman regarding mediation with respect to Bankshares; follow-up with Receiver and her co-counsel regarding same | 0.10 |
| 09/22/15 | KMS | ASSET ANALYSIS AND RECOVERY: Read email from Mr. Lichtman regarding mediation with respect to Bankshares; follow-up with Receiver and her co-counsel regarding same | 0.10 |
| 09/22/15 | CDS | ASSET ANALYSIS AND RECOVERY: Bond: Telephone conference with JSM regarding ▮ | 0.10 |
| 09/23/15 | JSM | ASSET ANALYSIS AND RECOVERY: (Bond) Email from Receiver ▮ | 0.10 |
| 09/23/15 | CDS | ASSET ANALYSIS AND RECOVERY: Bond: Receive and review various e-mails regarding Receiver's authority to resolve Bond matter on behalf of Bankshares; draft e-mail to opposing counsel regarding same. | 0.20 |
| 09/24/15 | KMS | ASSET ANALYSIS AND RECOVERY: (BOND) Organize pleadings and correspondence and prepare working binder for CDS | 0.80 |
| 09/24/15 | CDS | ASSET ANALYSIS AND RECOVERY: Bond: Review/analyze prior correspondence and memoranda in order to draft mediation statement. | 3.30 |
| 09/24/15 | CDS | ASSET ANALYSIS AND RECOVERY: Bond: Draft mediation statement. | 1.30 |
| 09/25/15 | CDS | ASSET ANALYSIS AND RECOVERY: Draft/revise mediation statement. | 4.00 |
| 09/28/15 | JSM | ASSET ANALYSIS AND RECOVERY: Read email from CDS to Receiver re: ▮ | 0.10 |
| 09/28/15 | JSM | ASSET ANALYSIS AND RECOVERY: Read email from Mr. Curley in responde to CDS's request to exchange mediation statements | 0.10 |
| 09/28/15 | CDS | ASSET ANALYSIS AND RECOVERY: Bond: Draft/revise mediation statement in preparation for mediation; provide same to client for review. | 1.70 |
| 09/29/15 | JSM | ASSET ANALYSIS AND RECOVERY: Emails with Mr. Murena and CDS regarding ▮ | 0.10 |
| 09/29/15 | CDS | ASSET ANALYSIS AND RECOVERY: Bond: Draft various e-mails regarding finalizing bond mediation statement. | 0.10 |
| 09/29/15 | CDS | ASSET ANALYSIS AND RECOVERY: Bond: Telephone conference with JSM ▮ | 0.20 |
| 09/30/15 | JSM | ASSET ANALYSIS AND RECOVERY: Revise and finalize mediation statement; confer with CDS re: ▮ | 0.80 |
| 09/30/15 | JSM | ASSET ANALYSIS AND RECOVERY: Telephone conference with CDS ▮ | 0.20 |
| 09/30/15 | KMS | ASSET ANALYSIS AND RECOVERY: Review prior accounting documents and select key items for mediation | 0.80 |
| 09/30/15 | KMS | ASSET ANALYSIS AND RECOVERY: Prepare key correspondence and documents for mediation | 0.70 |

| 09/30/15 | KMS | ASSET ANALYSIS AND RECOVERY: Prepare mediation binder | 0.50 |
| 09/30/15 | CDS | ASSET ANALYSIS AND RECOVERY: Bond: Review/analyze ▇▇▇▇ ▇▇▇▇▇▇▇▇▇ incorporate same; finalize to be sent. | 0.50 |

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Steklof, Cary D. | 13.20 | 265.00 | $3,498.00 |
| Mazer, Jason S. | 3.60 | 590.00 | $1,041.00 |
| Shaw, Kathleen M. | 2.90 | 235.00 | $681.50 |
| **Total fees for this matter** | **19.70 hrs.** | | **$5,220.50** |

**BILLING SUMMARY**

| | | |
|---|---|---|
| TOTAL FEES | | $5,220.50 |
| TOTAL DISBURSEMENTS | | $0.00 |
| **TOTAL CHARGES FOR THIS BILL** | | **$5,220.50** |

Damian - Aubrey Lee Price

PLEASE INCLUDE INVOICE NUMBER   13766   WITH YOUR PAYMENT.  THANK YOU.

## Ver Ploeg & Lumpkin, P.A.

100 S.E. Second Street, 30th Floor
Miami, Florida 33131-2151
305.577.3996: TEL
305.577.3558: FAX

Tax ID #65-0615033

November 10, 2015

Melanie E. Damian, Esq.  
Damian Valori, LLP  
as Receiver for Aubrey Lee Price  
1000 Brickell Avenue  
Suite 1020  
Miami, FL 33131

Billing through   10/31/15  
Invoice Number   13896  
Account Number   D032-00100

**Damian, Melanie E. Esq. - Aubrey Lee Price**

### FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/01/15 | JSM | ASSET ANALYSIS AND RECOVERY: (Bond) Email with Mr. Curley re: meeting to discuss mediation strategy | 0.10 |
| 10/01/15 | KMS | ASSET ANALYSIS AND RECOVERY: Analysis ▓▓▓▓▓▓▓▓▓ | 2.30 |
| 10/01/15 | KMS | ASSET ANALYSIS AND RECOVERY: Prepare letters and documents containing factual background for mediation; confer with CDS regarding mediation | 1.40 |
| 10/01/15 | KMS | ASSET ANALYSIS AND RECOVERY: Review documents relating to insurance claims and glean pertinent information for mediation | 0.90 |
| 10/01/15 | CDS | ASSET ANALYSIS AND RECOVERY: Evanston policy: Review/analyze prior correspondence from carrier's coverage counsel and prior memoranda regarding policy in order to draft coverage letter. | 4.20 |
| 10/01/15 | CDS | ASSET ANALYSIS AND RECOVERY: Bond: Review/analyze prior correspondence regarding compilation of mediation binder. | 0.30 |
| 10/02/15 | JSM | ASSET ANALYSIS AND RECOVERY: (Bond) Emails with CDS regarding ▓▓▓▓▓ | 0.10 |
| 10/02/15 | JSM | ASSET ANALYSIS AND RECOVERY: (Bond) Emails with Mr. Curley re: strategy for mediation | 0.20 |
| 10/02/15 | JSM | ASSET ANALYSIS AND RECOVERY: (Bond) Trade emails with Mr Curley re: mediation presentation | 0.20 |
| 10/02/15 | CDS | ASSET ANALYSIS AND RECOVERY: Bond: Draft/revise analysis for JSM regarding ▓▓▓▓▓ | 2.80 |
| 10/02/15 | CDS | ASSET ANALYSIS AND RECOVERY: Bond: Receive and review various e-mails regarding mediation logistics and presentations with FDIC. | 0.10 |
| 10/02/15 | CDS | ASSET ANALYSIS AND RECOVERY: Bond: Telephone conference with Mr. Murena regarding ▓▓▓▓▓ | 0.20 |
| 10/02/15 | CDS | ASSET ANALYSIS AND RECOVERY: Bond: Review/analyze policy language, ▓▓▓▓▓ | 2.00 |
| 10/04/15 | JSM | ASSET ANALYSIS AND RECOVERY: (Bond) Travel to Atlanta for mediation, prepare en route; meeting with Receiver in Atlanta to prepare for mediation | 8.00 |
| 10/05/15 | JSM | ASSET ANALYSIS AND RECOVERY: (Bond) Attend pre-mediation meeting with Mr. | 0.70 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| | | Curley | |
| 10/05/15 | JSM | ASSET ANALYSIS AND RECOVERY: (Bond) Telephone conference with CDS regarding ███████ | 0.10 |
| 10/05/15 | JSM | ASSET ANALYSIS AND RECOVERY: (Bond) Attend mediation with Receiver and representatives from The Travelers and the FDIC, return to hotel | 7.80 |
| 10/05/15 | CDS | ASSET ANALYSIS AND RECOVERY: Bond: Receive and review FDIC's mediation statement in preparation for mediation. | 1.10 |
| 10/05/15 | CDS | ASSET ANALYSIS AND RECOVERY: Evanston policy: Review/analyze ███████ | 1.20 |
| 10/05/15 | CDS | ASSET ANALYSIS AND RECOVERY: Bond: Telephone conference with JSM ███████ | 0.20 |
| 10/06/15 | JSM | ASSET ANALYSIS AND RECOVERY: (Evanston)Review ███████ | 0.10 |
| 10/06/15 | CDS | ASSET ANALYSIS AND RECOVERY: Evanston Policy: Draft letter to carrier to facilitate mediation regarding introduction and coverage grant. | 2.40 |
| 10/06/15 | CDS | ASSET ANALYSIS AND RECOVERY: Evanston Policy: Telephone conference with Mr. Murena and Mr. Giberson regarding ███████ | 0.80 |
| 10/06/15 | CDS | ASSET ANALYSIS AND RECOVERY: Evanston Policy: Review/analyze ███████ | 2.20 |
| 10/07/15 | CDS | ASSET ANALYSIS AND RECOVERY: Evanston Policy: Draft letter to Mr. Athans to facilitate mediation regarding coverage grant and factual narrative supporting coverage. | 4.60 |
| 10/07/15 | CDS | ASSET ANALYSIS AND RECOVERY: Evanston Policy: Telephone conference with Mr. Murena regarding ███████ | 0.20 |
| 10/07/15 | CDS | ASSET ANALYSIS AND RECOVERY: Evanston Policy: Draft letter to Mr. Athans to facilitate mediation regarding carrier's coverage defenses. | 1.90 |
| 10/08/15 | JSM | ASSET ANALYSIS AND RECOVERY: (Evanston) Review email from CDS to Receiver regarding ███████ | 0.10 |
| 10/08/15 | CDS | ASSET ANALYSIS AND RECOVERY: Evanston policy: Revise letter to Evanston regarding available coverage, underlying facts, and coverage defenses in order to facilitate mediation. | 2.40 |
| 10/08/15 | CDS | ASSET ANALYSIS AND RECOVERY: Evanston policy: Draft letter to Evanston regarding carrier's purported coverage defenses and conclusion in order to facilitate mediation. | 3.70 |
| 10/09/15 | JSM | ASSET ANALYSIS AND RECOVERY: (Evanston) Read CDS's email to Mr. Curley re: mediation on Evanston policy | 0.10 |
| 10/09/15 | JSM | ASSET ANALYSIS AND RECOVERY: (Bond) Return from mediation in Atlanta re: bond claim with FDIC and Travelers (prorated) because via Memphis). | 3.50 |
| 10/09/15 | KMS | ASSET ANALYSIS AND RECOVERY: (Evanston) Preparation of working notebook relating to Evanston policy | 1.30 |
| 10/09/15 | CDS | ASSET ANALYSIS AND RECOVERY: Evanston policy: Telephone conference with JSM regarding ███████ | 0.10 |
| 10/09/15 | CDS | ASSET ANALYSIS AND RECOVERY: Evanston Policy: Draft e-mail to Mr. Curley regarding status of letter to carrier to facilitate mediation. | 0.10 |
| 10/12/15 | JSM | ASSET ANALYSIS AND RECOVERY: (Evanston) Email from Mr. Murena regarding ███████ | 0.10 |
| 10/13/15 | JSM | ASSET ANALYSIS AND RECOVERY: (Evanston) Review email from CDS to Mr. Curley re: draft letter to Evanston's counsel | 0.10 |
| 10/13/15 | CDS | ASSET ANALYSIS AND RECOVERY: Evanston policy: Receive and review revisions to letter to Mr. Athans addressing coverage; review final draft before sending. | 1.80 |

| Date | TK | Description | Hours |
|---|---|---|---|
| 10/14/15 | JSM | ASSET ANALYSIS AND RECOVERY:(Bond) Trade emails with Receiver re: bond ▬ | 0.20 |
| 10/14/15 | JSM | ASSET ANALYSIS AND RECOVERY: Email to Receiver regarding ▬ | 0.10 |
| 10/15/15 | CDS | ASSET ANALYSIS AND RECOVERY: Evanston policy: Draft e-mail to Receiver regarding ▬. | 0.10 |
| 10/16/15 | JSM | ASSET ANALYSIS AND RECOVERY: (Evanston) Summary update from CDS re: call with Mr. Curley regarding Evanston policy | 0.10 |
| 10/20/15 | JSM | ASSET ANALYSIS AND RECOVERY: (Bond) Confer with CDS and KMS re: ▬ | 0.10 |
| 10/20/15 | JSM | ASSET ANALYSIS AND RECOVERY: (Bond) Trade emails with Receiver re: ▬ | 0.10 |
| 10/20/15 | JSM | ASSET ANALYSIS AND RECOVERY: (Bond) Leave voicemail for mediator | 0.10 |
| 10/20/15 | KMS | ASSET ANALYSIS AND RECOVERY: Meet with JSM and CDS re: ▬ | 0.10 |
| 10/20/15 | CDS | ASSET ANALYSIS AND RECOVERY: Bond: Office conference with JSM and KMS regarding ▬. | 0.10 |
| 10/21/15 | CDS | ASSET ANALYSIS AND RECOVERY: Bond: Receive and review various e-mails regarding ▬. | 0.10 |
| 10/23/15 | JSM | ASSET ANALYSIS AND RECOVERY: (Bond) Phone conference with mediator re: ▬ | 0.10 |
| 10/26/15 | JSM | ASSET ANALYSIS AND RECOVERY: (Evanston) Read email from Mr. Athans requesting review of non-privileged information | 0.10 |
| 10/26/15 | CDS | ASSET ANALYSIS AND RECOVERY: Evanston policy: Receive and review e-mail from Mr. Athans regarding document review; draft e-mail to team regarding same. | 0.20 |
| 10/27/15 | JSM | ASSET ANALYSIS AND RECOVERY: (Evanston) Email from Mr. Murena in response to Evanston's request for documents | 0.10 |
| 10/28/15 | CDS | ASSET ANALYSIS AND RECOVERY: Evanston Policy: Receive and review e-mail from Mr. Murena regarding production of documents to carrier; draft response to same. | 0.10 |
| 10/30/15 | JSM | ASSET ANALYSIS AND RECOVERY: (Bond) Read and respond to email from Mr. Curley re: fidelity bond issue | 0.10 |
| 10/30/15 | JSM | ASSET ANALYSIS AND RECOVERY: (Evanston) Review CDS's response to Mr. Athan's request to review Receiver's documents | 0.10 |
| 10/30/15 | CDS | ASSET ANALYSIS AND RECOVERY: Evanston policy: Telephone conference with Mr. Murena regarding document production; draft e-mail to Mr. Athans regarding same. | 0.20 |

| Timekeeper | | Hours | Rate | Amount |
|---|---|---|---|---|
| Steklof, Cary D. | | 33.10 | 265.00 | $8,771.50 |
| Mazer, Jason S. | | 22.40 | 590.00 | $6,116.00 |
| Shaw, Kathleen M. | | 6.00 | 235.00 | $1,410.00 |
| | Total fees for this matter | 61.50 hrs. | | $16,297.50 |

**DISBURSEMENTS**

| | | |
|---|---|---|
| Jason Mazer; Out-of-town Travel to Atlanta re: mediation w/ Travelers & FDIC | | 902.62 |
| Photocopies | | 13.80 |
| | Total disbursements for this matter | $916.42 |

**BILLING SUMMARY**

| | | |
|---|---|---|
| | TOTAL FEES | $16,297.50 |

| | |
|---|---:|
| TOTAL DISBURSEMENTS | $916.42 |
| **TOTAL CHARGES FOR THIS BILL** | **$17,213.92** |