# Petitt Worrell Wolfe Rocha LLC

One Urban Centre, Suite 475
4830 West Kennedy Boulevard
Tampa, FL 33609-2599 USA

www.petittworrell.com
Ph: 813-443-5345   Fax: 813-443-8331

Melanie Damian
1000 Brickell Avenue
Suite 1020
Miami, FL 33131 USA

October 31, 2015

File #:   0430
Inv #:   7268

**Attention:**

**RE:**   Securities & Exchange Commission v. Price, et al.

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
| --- | --- | --- | --- | --- |
| Aug-10-15 | [CASE ADMINISTRATION] Review Plaintiff's Unopposed Motion for Brief Extension of Time to Depose Rebuttal Expert Witness and to file Summary Judgment Motions (.2); Review Order Granting Plaintiff's Motion for Extension of Time (.1). | 0.30 | 79.50 | AEW |
| Aug-14-15 | [CASE ADMINISTRATION] Review Receiver's Unopposed Motion to Approve Contingency Fee Arrangement for Action against Certain Directors and Officers of Montgomery County Bankshares (.8); Review Proposed Order (.3); Review Receiver's Application to Employ Gannon, Gnann & Steinmetz LLC as Substitute Associate Counsel in hte Southern District of Georgia (.5); Review Exhibit and Proposed Order (.3); Review Order Granting Receiver's Motion to Approve (A) Investors and Creditors Claims Procedure and (B) Initial Plan of Disctribution (.1) | 2.00 | 530.00 | AEW |
| Aug-17-15 | [CASE ADMINISTRATION] Review Order Granting Receiver's 302 Application to Employ Gannon, Gnann & Steinmetz LLC as Substitute Special Counsel (.1); Review Order Granting Receiver's Unopposed Motion to Approve Contingency Fee Arrangement for | 0.20 | 53.00 | AEW |

**EXHIBIT D**

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Action against Certain Directors and Officers of Montgomery County Bankshares (.1). | | | |
| Aug-21-15 | [CASE ADMINISTRATION] Review Clerk's Certificate of Mail to Edgar Archilla and others (.1); Review Order to Extend Time to Answer (.1). | 0.20 | 53.00 | AEW |
| Sep-17-15 | [CASE ADMINISTRATION] Review Defendant's Unopposed Motion to Extend Page Limits (.2); Review Order Granting Receiver's 307 12th Interim Application for Order authorizing Payment of Fees and Expenses and Expenses of Receiver and her Professionals (.2). | 0.40 | 106.00 | AEW |
| Sep-28-15 | [CASE ADMINISTRATION] Review Joint Motion to Extend all Deadlines for 60 Days to Facilitate Settlement Negotiations (.2); Review Proposed Order (.2); Review email from the Judge's law clerk informing counsel that Judge Batten intends to Stay the Motion for Summary Judgment until after he rules on the Plairiff's Motion to Amend the Complaint (.1). | 0.50 | 132.50 | AEW |
| Sep-29-15 | {CASE ADMINISTRATION] Review Court Order Staying Summary Judgment (.1); Review the Court Order directing Plaintiff to Promptly Move for Default Against Archila and Garcia (.3); Review Clerk's Certificate of Mailing (.1). | 0.50 | 132.50 | AEW |
| Oct-01-15 | [CASE ADMINISTRATION] Review Order directing the Clerk to close the case of SEC vs. Aubrey Price | 0.20 | 53.00 | AEW |
| Oct-02-15 | [CASE ADMINISTRATION] Review Motion for Clerk's Entry of Default Request for Clerk's Entry of Default against Defendant Scan International and Edgar Stuardo Marroquin Archila (.2): Review Proposed Order (.1). | 0.30 | 79.50 | AEW |
| Oct-05-15 | [CASE ADMINISTRATION} Review Entry of Default entered against Edgar Stuardo Marroquin Archila and Scan International | 0.10 | 26.50 | AEW |
| Oct-13-15 | [CASE ADMINISTRATION] Review Motion to Vacate Entry of Default (.2); Review Proposed Order (.2) | 0.40 | 106.00 | AEW |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Oct-15-15 | [CASE ADMINISTRATION] Review request for Clerk's Entry of Default against Defendants, Scan Int'l USA, Inc, Scan Int'l, Edgar Stuardo Marroquin Archila and Ronald Enrique Rodriguez Garcia (.4); Review exhibits (.1); Review Proposed Order (.1). | 0.60 | 159.00 | AEW |
| Oct-22-15 | [CASE ADMINISTRATION] Review Receiver's Motion to Approve Sale of Any and All Property Rights in a corn farm and equipment located in Venezuela (.7); Review Proposed Order (.2) | 0.90 | 238.50 | AEW |
| Oct-23-15 | [CASE ADMINISTRATION] Review Order granting Receiver's Motion to Approve Sale of Any and All Property Rights in a Corn Farm and Equipment located in Venezuela | 0.20 | 53.00 | AEW |
| | Totals | 6.80 | $1,802.00 | |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| Sep-29-15 | Expense Recovery Copies/Printing-Black & White - Scan Int'l 3 @ 0.15 | 0.45 |
| | Totals | $0.45 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$1,802.45** |
| Previous Balance | 42,451.58 |
| Previous Payments | 4,932.45 |
| **Balance Now Due........................** | **$39,321.58** |

TAX ID Number  27-3424894

**PAYMENT DETAILS**

| Date | Description | Amount |
|---|---|---|
| Sep-29-15 | On Account of Fees and Disbursements | 4,932.45 |
| | **Total Payments** | **$4,932.45** |