# DE SOLA PATE & BROWN
ATTORNEYS & COUNSELORS
CARACAS, VENEZUELA

TEL: (58-212) 793-9898  FAX: (58-212) 793-9043

www.desolapate.com
dplaw@desolapate.com

STREET ADDRESS:

TORRE DOMUS, PISO 16
AV. ABRAHAM LINCOLN
SABANA GRANDE
CARACAS

MAILING ADDRESSES:

FROM OUTSIDE VENEZUELA

CCS-6818
P. O. BOX 025801
MIAMI, FL 33I02-5801

FROM INSIDE VENEZUELA

APARTADO 52I47
CARACAS I050-A

Nº 2864-15
November 25, 2015

Melanie Damian, Esq., Receiver
c/o Damian & Valori
1000 Brickell Ave., Suite 1020
Miami, FL 33131

## DEBIT NOTE FOR PROFESSIONAL SERVICES

For professional services rendered to Melanie Damian Esq., Receiver, during August 2015 in relation to the Venezuelan estate of Aubrey Lee Price, according to the attached detail.

| | |
|---|---|
| Total of these services | US$1,714.00 |
| **Total of this Debit Note** | **US$1,714.00** |

Please make payment by wire transfer to

Account name:   De Sola Pate & Brown
Account number: 3290213921
Bank:           Citibank
Address:        120 S. Biscayne Blvd., Miami, FL 33131
ABA routing:    266086554
SWIFT:          CITIUS33

Or by check payable to De Sola Pate & Brown, for deposit only to account no. 3290213921, and mailed to Citibank, 120 S. Biscayne Blvd., Miami, FL 33131.

# EXHIBIT E

Melanie Damian Esq., Receive

DEBIT NOTE FOR PROFESSIONAL SERVICES
**DETAIL OF SERVICES**

Hourly Billing Rate

| | | |
|---|---|---|
| **J.R.Pate** | **(Consultant)** | **US$360/hour** |
| A. De Sola | (Attorney) | US$360/hour |
| D. Blumenkranz S. | (Attorney) | US$190/hour |

| AUGUST | PERSON | HOURS | DESCRIPTION |
|---|---|---|---|
| 3 | DBS | .1 | **Asset Analysis and Recovery**. Email received from Ms. Melanie Damian re. Osama Lwis' power of attorney and Settlement Agreement review. |
| 6 | JRP | .1 | **Asset Analysis and Recovery.** Send to Osama Lwis by email draft powers of attorney and release documents. |
| 7 | JRP | .1 | **Asset Analysis and Recovery.** Send an email to Mr. Italo Bastidas from El Tunal re. the sale of La Yaguarita. |
| 14 | DBS | 1.5 | **Asset Analysis and Recovery.** Preparation of report for briefing Mr. De Sola about the case. |
| 18 | ADS | .1 | **Asset Analysis and Recovery.** Review Mr. Blumenkranz' report re. Messrs. Rafael Mesías and Rodrigo Rodríguez phone calls. |
| 18 | DBS | .7 | **Asset Analysis and Recovery.** Call from Mr. Mesías for consultation re. La Yaguarita's status. Call from Mr. Rodrigo Rodriguez to report that the first phase of La Yaguarita's corn harvest will begin at the end of the month; he also reported some spare parts will be needed to repair a tractor. Report to Mr. De Sola via email. |

| | | | |
|---|---|---|---|
| 21 | DBS | .4 | **Asset Analysis and Recovery**. Email report to Mdmes. Damian and Visconti re. La Yaguarita's status, request for instructions, report of Messrs. Mesías and Rodriguez conversations. |
| 24 | ADS | .3 | **Asset Analysis and Recovery**. Review Mr. Blumenkranz's report re. Ms. Jeannette Serna's Invoice request, Mr. Rodriguez's Harvest Report and conference call confirmation with Mdmes. Damian & Visconti. |
| 24 | DBS | .5 | **Asset Analysis and Recovery.** Email from Ms. Serna requesting our invoice for the month of July, which was sent afterwards. Conversation with Mr. Rodriguez re. corn harvest preparations. Email from Ms. Visconti re. Schedule of conference call with Mr. De Sola and Ms. Damian and Tuesday call. Report to Mr. De Sola. |
| 25 | DBS | .8 | **Asset Analysis and Recovery.** Phone conversation with Ms. Visconti re. brief of La Yaguarita's status and legal proceedings for the sale of the properties, requested instructions. Arrangement of a possible conference call. Conversation with Mr. Hidalgo from El Tunal in which I requested an update of the INTI proceedings with his contact, Officer Venegas, process on hold due to change of management. Call to Mr. Lwis's attorney René Romero updating him about the powers of attorney and settlement agreement. Review of Mr. Rodriguez' harvest report. |
| 26 | DBS | .6 | **Asset Analysis and Recovery.** Phone conversation with Mr. Rodriguez requesting from him a report of the descriptions of the spare parts and repairs of the tractor along with the costs to present to Ms. Visconti for approval, he'll have it ready in about a week. La Yaguarita's report update to Mr. De Sola in lieu of the pending conference call. |

| | | | |
|---|---|---|---|
| **27** | ADS | **1.1** | **Asset Analysis and Recovery.** Case brief with Mr. Blumenkranz. Phone conference with Mdmes. Damian and Visconti. Travel approval to Mr. Blumenkranz to visit Barquisimeto and Acarigua re harvest process. Instructions to Mr. Blumenkranz. |
| **27** | DBS | **1.2** | **Asset Analysis and Recovery**. Meeting with Mr. De Sola to discuss the case. Phone conference with Mdmes. Damian and Visconti and Mr. De Sola, status report, instructions from Mdmes. Damian and Visconti about how to proceed, approval for a next week visit by Mr. Blumenkranz to Barquisimeto and Acarigua to verify the harvest process and meet El Tunal's management. Consultation with Mr. De Sola. Call to Mr. Mesias to setup next week's meetings in Barquisimeto. Flight arrangements. |

# DE SOLA PATE & BROWN
ATTORNEYS & COUNSELORS
CARACAS, VENEZUELA

TEL: (58-212) 793-9898     FAX: (58-212) 793-9043

www.desolapate.com
dplaw@desolapate.com

STREET ADDRESS:

TORRE DOMUS, PISO 16
AV. ABRAHAM LINCOLN
SABANA GRANDE
CARACAS

MAILING ADDRESSES:

FROM OUTSIDE VENEZUELA

CCS-6818
P. O. BOX 025801
MIAMI, FL 33l02-5801

FROM INSIDE VENEZUELA

APARTADO 52l47
CARACAS l050-A

Nº 2866-15
November 25, 2015

Melanie Damian, Esq., Receiver
c/o Damian & Valori
1000 Brickell Ave., Suite 1020
Miami, FL 33131

## DEBIT NOTE FOR PROFESSIONAL SERVICES

For professional services rendered to Melanie Damian Esq., Receiver, during September 2015 in relation to the Venezuelan estate of Aubrey Lee Price, according to the attached detail.

    Total of these services                                             US$9,689.00

    **Total of this Debit Note**                                          **US$9,689.00**

Please make payment by wire transfer to

        Account name:    De Sola Pate & Brown
        Account number:  3290213921
        Bank:                 Citibank
        Address:          120 S. Biscayne Blvd., Miami, FL 33131
        ABA routing:     266086554
        SWIFT:             CITIUS33

Or by check payable to De Sola Pate & Brown, for deposit only to account no. 3290213921, and mailed to Citibank, 120 S. Biscayne Blvd., Miami, FL 33131.

Nº 2864-15,
November 24, 2015

Melanie Damian Esq., Receive

DEBIT NOTE FOR PROFESSIONAL SERVICES
**DETAIL OF SERVICES**

Hourly Billing Rate

| | | |
|---|---|---|
| A. De Sola | **(**Attorney**)** | **US$360/hour** |
| C. Bachrich | (Attorney) | US$360/hour |
| D. Blumenkranz. | (Attorney) | US$190/hour |

| SEPTEMBER | PERSON | HOURS | DESCRIPTION |
|---|---|---|---|
| **3 and 4** | DBS | **16.0** | **Asset Analysis and Recovery**. Go to Portuguesa and Barquisimeto. Meet Messrs. Osama Lwis and his partner and attorney René Romero Visit the two farms. Have dinner with Italo Bastidas and Rafael Mesías from El Tunal. |
| **5** | DBS | **.8** | **Asset Analysis and Recovery.** Prepare a report on the trip to Portuguesa and Barquisimeto and send it to Ms. Melissa Visconti. |
| **8** | ADS | **1.5** | **Asset Analysis and Recovery.** Meet Mr. Alejo Hernández, owner of El Tunal and his Attorney Dra. Linda Suárez re. the sale of La Yaguarita. |
| **8** | DBS | **1.5** | **Asset Analysis and Recovery.** Meet Mr. A. Hernández and Dra. L. Suárez re. the sale of La Yaguarita. |
| **9** | DBS | **.3** | **Asset Analysis and Recovery.** Prepare a report on the meeting with Mr. A Hernandez and Dra. L. Suárez and send by email to Mdmes. Melanie Damian and M. Visconti. |
| **10** | ADS | **1.0** | **Asset Analysis and Recovery.** Phone conference with Ms. M. Visconti re. sale of La Yaguarita. |

| 10 | DBS | 1.0 | **Asset Analysis and Recovery.** Phone conference with Ms. M. Visconti re. sale of La Yaguarita. |
| 15 | DBS | .4 | **Asset Analysis and Recovery.** Review the offer made by Mr. R. Rodriguez to buy the SUV of La Yaguarita. |
| 16 | CBN | .2 | **Asset Analysis and Recovery.** Talk to Mr. D. Blumenkranz re. La Yaguarita. |
| 16 | DBS | .2 | **Asset Analysis and Recovery.** Talk to Mr. Carlos Bachrich re. La Yaguarita. |
| 17 | ADS | 1.5 | **Asset Analysis and Recovery.** Meeting at the office with Mr. Alejo Hernández and Ms. Linda Suárez, both from El Tunal re. the sale of La Yaguarita. Talk to Messrs. C. Bachrich and D. Blumenkranz. |
| 17 | CBN | 1.5 | **Asset Analysis and Recovery.** Meeting at the office with Mr. Hernández and Ms. Suárez, re. the sale of La Yaguarita. Talk to Messrs. C. Bachrich and D. Blumenkranz. |
| 17 | DBS | 1.5 | **Asset Analysis and Recovery.** Meeting at the office with Mr. Hernández and Ms. Suárez, re. the sale of La Yaguarita. Talk to Messrs. A. De Sola and C. Bachrich. |
| 18 | ADS | 1.0 | **Asset Analysis and Recovery.** Argue the case with Messrs. Bachrich and Blumenkranz. |
| 18 | CBN | 1.7 | **Asset Analysis and Recovery.** Argue the case with Messrs. De Sola and Blumenkranz. Talk to Mr. Blumenkranz re. La Yaguarita. Review Mr. Rodrigo Rodríguez' request for funds to cover La Yaguarita's expense budget for September 2015 and uniform supply. |

| Day | Atty | Hours | Description |
|---|---|---|---|
| 18 | DBS | 1.3 | **Asset Analysis and Recovery.** Argue the case with Messrs. De Sola and Bachrich. Talk to Mr. Bachrich re. La Yaguarita. |
| 22 | ADS | .1 | **Asset Analysis and Recovery**. Talk to Mr. Bachrich re. La Yaguarita. |
| 22 | CBN | .4 | **Asset Analysis and Recovery**. Talk to Mr. De Sola re. La Yaguarita. Send an email to Mr. R. Rodríguez. Phone call from Mr. R. Rodriguez. Schedule with Ms. Visconti a phone conference for Wednesday September 23, 2015. |
| 23 | ADS | 1.0 | **Asset Analysis and Recovery**. Phone conference with Mdmes. Melanie Damian and Melissa Visconti re. sale and expenses of La Yaguarita. |
| 23 | CBN | 1.4 | **Asset Analysis and Recovery.** Phone conference with Mdmes. Melanie Damian and Melissa Visconti re. sale and expenses of La Yaguarita. Instruction for making a deposit to Mr. R. Rodriguez for expenses, supply for uniforms to employees and repair of tractor at La Yaguarita. |
| 24 | ADS | 1.0 | **Asset Analysis and Recovery.** Meeting with Dra. Linda Suárez, attorney of El Tunal re. the sale of La Yaguarita. |
| 24 | CBN | 1.3 | **Asset Analysis and Recovery.** Meeting with Dra. Linda Suárez, attorney of El Tunal re. the sale of La Yaguarita. Advise Mdmes. M. Damian and M. Visconti re. meeting with Dra. L. Suárez. |
| 25 | CBN | .6 | **Asset Analysis and Recovery.** Phone conversation with Mr. R. Rodríguez re. Correspondence with El Tunal. Review El Tunal's offer for assignment of La Yaguarita and advise Mdmes. M. Damian and M. Visconti. |

| 29 | ADS | .7 | **Asset Analysis and Recovery**. Phone conference with Ms. M. Visconti re. the sale of La Yaguarita and the budget for October 2015. |
| 29 | CBN | 1.0 | **Asset Analysis and Recovery**. Review La Yaguarita's budget for October 2015 received from Mr. R. Rodríguez. Phone conference with Ms. M. Visconti re. the sale of La Yaguarita and the budget for October 2015. Forward La Yaguarita's budget for October 2016 to Mdmes. Damian and Visconti. |

# DE SOLA PATE & BROWN
ATTORNEYS & COUNSELORS
CARACAS, VENEZUELA

TEL: (58-212) 793-9898     FAX: (58-212) 793-9043

www.desolapate.com
dplaw@desolapate.com

STREET ADDRESS:

TORRE DOMUS, PISO 16
AV. ABRAHAM LINCOLN
SABANA GRANDE
CARACAS

MAILING ADDRESSES:

FROM OUTSIDE VENEZUELA

CCS-6818
P. O. BOX 025801
MIAMI, FL 33I02-5801

FROM INSIDE VENEZUELA

APARTADO 52I47
CARACAS I050-A

Nº 2867-15
November 26, 2015

Melanie Damian, Esq., Receiver
c/o Damian & Valori
1000 Brickell Ave., Suite 1020
Miami, FL 33131

## DEBIT NOTE FOR PROFESSIONAL SERVICES

For professional services rendered to Melanie Damian Esq., Receiver**,** during October 2015 in relation to the Venezuelan estate of Aubrey Lee Price, according to the attached detail.

    Total of these services                                           US$7,299.00

**Total of this Debit Note**                                      **US$7,299.00**

Please make payment by wire transfer to

        Account name:      **De Sola Pate & Brown**
        Account number:   3290213921
        Bank:                   Citibank
        Address:           120 S. Biscayne Blvd., Miami, FL 33131
        ABA routing:      266086554
        SWIFT:              CITIUS33

Or by check payable to De Sola Pate & Brown, for deposit only to account no. 3290213921, and mailed to Citibank, 120 S. Biscayne Blvd., Miami, FL 33131.

Melanie Damian Esq., Receive

DEBIT NOTE FOR PROFESSIONAL SERVICES
**DETAIL OF SERVICES**

Hourly Billing Rate

| | | | |
|---|---|---|---|
| A. De Sola | **(**Attorney**)** | **US$360/hour** | |
| C. Bachrich | (Attorney) | US$310/hour | |
| S. Collazos | (Attorney) | US$60/hour | |

| OCTOBER | PERSON | HOURS | DESCRIPTION |
|---|---|---|---|
| 1 | CBN | .5 | **Asset Analysis and Recovery**. Read Ms. Melissa Visconti's email re. approval of the sale of La Yaguarita farm to El Tunal, with payment of US$45,000 to Mr. Osama Lwis, the price of Paujicito and the scheduled meeting with Mr. Arturo De Sola in Miami. Reply to Ms. Visconti. |
| 2 | CBN | .7 | **Asset Analysis and Recovery.** Phone conversation with Dra. Linda Suárez, the attorney of El Tunal re. registration of the property deed of La Yaguarita in favor of Aubrey Lee Price, and send to her scanned copies of both powers of attorney, the one granted to us by Ms. Melanie Damian as receiver of the Estate of Aubrey Lee Price; and that granted personally by Aubrey Lee Price. |
| 2 | SC | 2.0 | **Asset Analysis and Recovery.** Search at the office of the most important documents re. La Yaguarita and Paujicito. |
| 3 | CBN | .1 | **Asset Analysis and Recovery.** Read an email from Dra. L. Suárez re. sale of La Yaguarita with the notice that the property deed of La Yaguarita has been registered in favor of Aubrey Lee Price. |
| 5 | CBN | .4 | **Asset Analysis and Recovery.** Send an email to Mdmes. Damian and Visconti advising them about the registration of La Yaguarita's deed and other advances made |

| | | | |
|---|---|---|---|
| | | | by Dra. L. Suárez. |
| 5 | SC | 1.5 | **Asset Analysis and Recovery.** Organize the files re. Price's case. |
| 7 | CBN | .1 | **Asset Analysis and Recovery.** Read Ms. M. Visconti's email sending the wire instructions for payment of the price for the acquisition of La Yaguarita. |
| 9 | CBN | .3 | **Asset Analysis and Recovery.** Review the leasing contract between La Yaguarita and El Tunal. Send an email to Ms. Visconti re. Osama Lwis and the leasing contract between La Yaguarita and El Tunal. |
| 9 | SC | 1.5 | **Asset Analysis and Recovery.** Search in the files of copies of Mr. Lwis and his wife's identification documents. |
| 10 | CBN | .1 | **Asset Analysis and Recovery.** Read Mr. Rodrigo Rodríguez' email re. Comission for the sale of La Yaguarita. |
| 13 | ADS | 2.3 | **Asset Analysis and Recovery.** Meeting with Mdmes. Melanie Damian and Melissa Visconti at the offices of Damian & Valori Llp. Phone conversations with Mr. Carlos Bachrich re. Mr. R. Rodríguez' bonuses and the meeting with Mdmes. Damian and Visconti. |
| 13 | CBN | 1.0 | **Asset Analysis and Recovery.** Phone conversation with Mr. Arturo De Sola re. Mr. R. Rodríguez' bonuses and the meeting with Mdmes. Damian and Visconti. Resend to Mdmes. Damian and Visconti the email received from Mr. Rodríguez re. commission for the sale of La Yaguarita. Send to them our wire instructions for transfer of funds. |
| 13 | SC | 1.0 | **Asset Analysis and Recovery.** Finish the search in the files of copies of Mr. Lwis and his wife's identification documents. |

| | | | |
|---|---|---|---|
| 14 | CBN | 1.2 | **Asset Analysis and Recovery.** Phone conversation with Dra. L. Suárez and send to her the draft release document to be executed by Mr. Lwis and the two powers of attorney to be granted by him. Read the draft sales agreement of La Yaguarita by El Tunal received from Dra. Suárez and send comments to her. Send to Dra. Suárez the original power of attorney granted to us by Ms. Damian as receiver for registration in Portuguesa. |
| 15 | ADS | .2 | **Asset Analysis and Recovery.** Read the list of expenses made by El Tunal re. sale of La Yaguarita. |
| 15 | CBN | .3 | **Asset Analysis and Recovery.** Review the list of expenses made by El Tunal re. sale of La Yaguarita as received from Dra. L. Suárez and resend to Mr. De Sola. |
| 16 | CBN | 1.0 | **Asset Analysis and Recovery**. Resend to Mdmes. Damian and Visconti the detail of the corn harvest at La Yaguarita and the invoice made by Mr. R. Rodriguez to El Tunal for the sale of corn and the list of expenses received by Dra. Suárez. Send an email authorizing Mr. R. Rodríguez to give to El Tunal the requested documents. Phone conversation with Dra. Suárez who requested a meeting with Ms. M. Damian and Mr. A De Sola in Miami. |
| 19 | ADS | .1 | **Asset Analysis and Recovery**. Phone conversation with Mr. Bachrich re. meeting in Miami with Ms. Damian and Dra. Suárez. |
| 19 | CBN | .4 | **Asset Analysis and Recovery**. Call from Mr. De Sola re. meeting in Miami with Ms. Damian and Dra. Suárez and answer to Dra. Suárez. Phone conversation with Dra. Suárez. |
| 20 | CBN | .6 | **Asset Analysis and Recovery.** Work in obtaining the information for the reconciliation requested by Ms. Jeannette Serna for the Price matter re. the maintenance of the farms. Reply to Ms. Serna. Read Mr. R Rodríguez' email re. the |

| | | | |
|---|---|---|---|
| | | | relations between La Yaguarita and El Tunal. |
| **21** | CBN | **1.0** | **Asset Analysis and Recovery.** Prepare in English the information re. reconciliation for the Price matter re. maintenance of the farms and send to Ms. Serna. Forward to Mdmes. Damian and Visconti the email of Mr. Rodríguez sent on 10/20/2015, with an explanation of the letter. |
| **27** | CBN | **.5** | **Asset Analysis and Recovery.** Read the Court order to sell La Yaguarita to El Tunal, and the last communication re. Mr. Rodríguez' salary that were sent by Ms. Visconti. Schedule a phone conference with Ms. Visconti for 10/27/2015. |
| **28** | ADS | **.2** | **Asset Analysis and Recovery.** Phone conversation with Mr. Bachrich re. 11/03/2015 meeting with Mdmes. Damian, Visconti and Suárez. |
| **28** | CBN | **1.5** | **Asset Analysis and Recovery**. Phone conference with Ms. M. Visconti. Read Mr. Rodríguez' email explaining the reasons why is he billing personally El Tunal for the sale of La Yaguarita's corn harvest. Rad Ms. Visconti's email re. the phone conference. Phone conversations with Dra. Suárez re. the sale of La Yaguarita. Phone conversation with Mr. De Sola re. 11/03/2015 meeting with Mdmes. Damian, Visconti and Suárez. Reply to Ms. Visconti. |
| **29** | CBN | **4.0** | **Asset Analysis and Recovery**. Translate into English the draft purchase document of La Yaguarita that was sent by Dra. Suárez and send to Ms. Visconti. Phone conversations with Dra. Suárez re. La Yaguarita. Send to Dra. Suárez the Court order of the sale of La Yaguarita to El Tunal. Read the agenda of the scheduled meeting with Dra. Suárez in Miami for 11/03/2015, translate it into English and send to Ms. Visconti. Read the draft affidavit re. machines and spare parts located at La Yaguarita but owned by El Tunal and send it |

|   |   |   |   |
|---|---|---|---|
|   |   |   | to Ms. Visconti. |
| **30** | ADS | .2 | **Asset Analysis and Recovery**. Phone conversation with Mr. Bachrich re. scheduled meeting with Mdmes. Damian, Visconti and Suárez in Miami for 11/03/2015. |
| **30** | CBN | 5.2 | **Asset Analysis and Recovery**. Phone conversation with Mr. De Sola re. scheduled meeting with Mdmes. Damian, Visconti and Suárez in Miami for 11/03/2015. Send an email to Dra. Suárez proposing the meeting at 8:30 am instead of 9:00 am, requesting her address in Miami and supplying Mr. De Sola's phone number in Miami and Ms. Damian's address, phone number and email. Phone conversations with Dra. Suárez. Reply to Ms. Visconti confirming the time of the meeting and supplying her Dra. Suárez' hotel information. Obtain the information of the breakdown reconciliation for the Price matter re. maintenance of the farms, that shows the deposits and withdrawals as well as a balance for each transaction which was translated into English and sent to Ms. Serna. Translate into English the estimates of the costs associated with the transfer of La Yaguarita and the payment to the employees, and send them to Mdmes. Damian and Visconti. |