

## Kapila Mukamal
CPAs, Forensic and Insolvency Advisors

**SEC V. PFG, LLC**
**Client ID: 05402**
**Invoice #1383 - 08/31/15**

### TIME SUMMARY BY STAFF

| Staff | Hours | Rate | Amount |
|---|---|---|---|
| SURUCHI BANEZ - Principal, CPA, CIRA, CFE | 6.20 | 228.00 | 1,413.60 |
| LESLEY JOHNSON - Partner/Tax, CPA, CIRA | 3.20 | 265.00 | 848.00 |
| SONEET RAVI KAPILA - Partner, CPA, CFF, CIRA, CFE | 2.00 | 265.00 | 530.00 |
| TOTAL | 11.40 | | $2,791.60 |
| **BLENDED RATE** | | **$244.88** | |
| TOTAL EXPENSES | | | 42.07 |
| TOTAL AMOUNT OF THIS INVOICE | | | $2,833.67 |

The Kapila Building
1000 S. Federal Highway, Suite 200
Fort Lauderdale, Florida 33316
P 761.1011   F 954.761.1033

Sun Trust International Center
1 SE 3rd Avenue, Suite 2150
Miami, Florida 33131
P 786.517.5771   F 786.517.5772

**EXHIBIT F**



1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Phone - 954-761-1011   F - 954-761-1033   www.kapilamukamal.com
EIN #46-5394135

SEC V. PFG, LLC
C/O MELANIE DAMIAN, RECEIVER
1000 BRICKELL AVENUE
SUITE 1020
MIAMI, FL 33131

Invoice: 1383

08/31/2015

Client ID: 05402

FOR PROFESSIONAL SERVICES RENDERED THROUGH AUGUST 31, 2015

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| LITIGATION SUPPORT | | | | |
| 08/13/2015 | SKB | PARTICIPATE IN T/C WITH S. KARNICK, K. MURENA, S. KAPILA AND C. MULANEY REGARDING RESITUTION HEARING. | 0.40 | 91.20 |
| 08/13/2015 | SRK | REVIEW EMAIL FROM SANJAY KARNIK - USA GAS - AND TELEPHONE CONFERENCE WITH TIM MORENO, SURUCHI BANEZ, CHARLES MULANEY AND SANJAY KARNIK (.5); FOLLOW UP WITH TEAM RE NEXT STEPS (.1) | 0.60 | 159.00 |
| 08/13/2015 | SRK | TELEPHONE CALL WITH KEN MURENA RE FOLLOW UP RELATING TO USA/DOJ RESTITUTION HEARING | 0.10 | 26.50 |
| 08/13/2015 | SKB | ADDRESS FOLLOW-UP REGARDING CALL WITH COUNSEL AND DA REGARDING RESITUTION HEARING. | 0.20 | 45.60 |
| 08/14/2015 | SKB | PREPARE SUMMARY OF INVESTOR NET LOSSES SCHEDULE EXCLUDING UNKNOWNS PER REQUEST OF SANJAY KARNIK AND RECONCILE DIFFERENCE BETWEEN DA'S SCHEDULE AND KM'S. | 1.60 | 364.80 |
| 08/14/2015 | SKB | ADDRESS EMAIL FROM S. KAPILA REGARDING NET PROFITEERS SCHEDULE. | 0.10 | 22.80 |
| 08/14/2015 | SKB | PREPARE RECONCILIATION FOR S. KAPILA OF NET WINNERS AND LOSERS TO SCHEDULE SENT TO S. KARNICK. | 1.10 | 250.80 |
| 08/14/2015 | SRK | ATTEND TO NET LOSERS AND RESTITUTION DAMAGE ANALYSIS. | 0.70 | 185.50 |
| 08/17/2015 | SKB | PROVIDE ALL INVESTOR ACTIVITY SUMMARY SCHEDULE ALONG WITH RECONCILIATION TO SCHEDULE EXCLUDING UNKNOWNS FOR S. KARNICK. | 0.30 | 68.40 |
| 08/17/2015 | SKB | REVIEW DISBURSEMENTS JUSTIN ZEGALIA AND PROVIDE K. MURENA WITH SUPPORT FOR EACH TRANSACTION. | 0.30 | 68.40 |
| 08/19/2015 | SKB | DRAFT MEMO FOR BANK RECONSTRUCTION PROCESS FOR S. KAPILA IN PREPARATION FOR RESTITUTION HEARING. | 0.60 | 136.80 |
| 08/20/2015 | SRK | READ AND ATTEND TO NUMEROUS EMAILS BETWEEN KEN MURENA, SURUCHI BANEZ AND SANJAY KARNIK AT USA GAS RE RESTITUTION. | 0.60 | 159.00 |
| 08/21/2015 | SKB | REVIEW AND ADDRESS EMAIL FROM S. KARNIK REGARDING LANGUAGE IN INVESTOR LOSS CONCLUSIONS AND PROVIDE COMMENTS. | 0.80 | 182.40 |
| 08/24/2015 | SKB | PREPARE EXCEL SCHEDULE OF RECONCILIATION AND PROVIDE WORKPAPERS TO M. DAVIS. | 0.80 | 182.40 |

TAX SERVICES - PREPARE FORMS

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 08/25/2015 | LJJ | REVIEW AND PREPARE 2014 ACCOUNTING FOR TRUST TAX RETURN, SUBMIT QUESTIONS FOR RECEIVER TO M. DHANJI | 3.20 | 848.00 |
| | | | | 2,791.60 |

EXPENSES

| Date | Init | Description | Amount |
|---|---|---|---|
| 08/13/2015 | EXP | CONFERENCE CALL - SRK - CONF. ID #: 14093313 | 39.22 |
| 08/31/2015 | EXP | PRINTED COPY CHARGE - AUGUST 2015 | 2.85 |
| | | | 42.07 |

Total amount of this invoice  $2,833.67

Invoice payable upon receipt.  Thank you for this opportunity to be of service.



## Kapila/Mukamal
CPAs, Forensic and Insolvency Advisors

**SEC V. PFG, LLC**
**Client ID: 05402**
**Invoice #1454 - 09/30/15**

### TIME SUMMARY BY STAFF

| Staff | Hours | Rate | Amount |
|---|---|---|---|
| SURUCHI BANEZ - Principal, CPA, CIRA, CFE | 25.90 | 228.00 | 5,905.20 |
| ANDREA FELDMAN - Forensic Analyst, CPA, CFE | 13.60 | 210.00 | 2,856.00 |
| LESLEY JOHNSON - Partner/Tax, CPA, CIRA | 6.00 | 265.00 | 1,590.00 |
| SONEET RAVI KAPILA - Partner, CPA, CFF, CIRA, CFE | 7.20 | 265.00 | 1,908.00 |
| TOTAL | 52.70 | | $12,259.20 |
| | **BLENDED RATE** | **$232.62** | |
| | TOTAL EXPENSES | | 15.15 |
| TOTAL AMOUNT OF THIS INVOICE | | | $12,274.35 |

The Kapila Building
1000 S. Federal Highway, Suite 200
Fort Lauderdale, Florida 33316
P 761.1011   F 954.761.1033

Sun Trust International Center
1 SE 3rd Avenue, Suite 2150
Miami, Florida 33131
P 786.517.5771   F 786-517.5772



**CPAs, Forensic and Insolvency Advisors**

1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL  33316
Phone - 954-761-1011   F - 954-761-1033   www.kapilamukamal.com
EIN #46-5394135

SEC V. PFG, LLC
C/O MELANIE DAMIAN, RECEIVER
1000 BRICKELL AVENUE
SUITE 1020
MIAMI, FL  33131

Invoice: 1454
09/30/2015
Client ID: 05402

FOR PROFESSIONAL SERVICES RENDERED THROUGH SEPTEMBER 30, 2015

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| LITIGATION SUPPORT | | | | |
| 09/09/2015 | SKB | T/C WITH A. FELDMAN REGARDING MORELAND, HUNT AND JACOBSON CLAIMANT REQUESTS FROM CASSANDRA PEREZ. | 0.20 | 45.60 |
| 09/09/2015 | ANF | REVIEWED INVESTOR FILES AND EMAILS AND SENT SUPPORT AND CORRESPONDENCE TO COUNSEL | 1.00 | 210.00 |
| 09/09/2015 | ANF | PREPARED BANKING SUPPORT FOR 3 INVESTORS AS REQUESTED BY COUNSEL | 0.70 | 147.00 |
| 09/10/2015 | SKB | RESEARCH AND ADDRESS REQUEST FROM SANJAY KARNIK REGARDING BARANSKI, DEAN AND MORRIS INVESTOR SUPPORT. | 1.40 | 319.20 |
| 09/10/2015 | SKB | RESEARCH AND ADDRESS REQUEST FROM CASANDRA PEREZ REGARDING JACOBSON, HUNT AND MORELAND INVESTOR ACTIVITY. | 0.90 | 205.20 |
| 09/11/2015 | SKB | TRACE ENTRUST STATEMENT SUPPORT FOR PATRICIA HUNT TO THE BANK STATEMENT SUPPORT TO IDENTIFY HUNT'S PORTION OF INVESTMENT FOR CASANDRA PEREZ. | 0.60 | 136.80 |
| 09/11/2015 | SKB | RESEARCH AND ADDRESS EMAIL FROM SANJAY KARNIK REGARDING BARANSKI AND GOWAN/DEAN INVESTORS. | 0.30 | 68.40 |
| 09/14/2015 | SRK | READ EMAIL FROM KEN MURENA AND ATTEND TO KAPILA DECLARATION FOR USA IN THE RESTITUTION HEARING. | 0.30 | 79.50 |
| 09/15/2015 | SKB | REVIEW AND REVISE DRAFTED DECLARATION FOR DEPARTMENT OF JUSTICE AND COMPILE SUPPORTING DOCUMENTS TO CORROBORATE STATEMENTS MADE. | 2.30 | 524.40 |
| 09/15/2015 | SKB | RESEARCH AND ADDRESS EMAIL FROM CASANDRA PEREZ REGARDING JUDY WILLIAMS PROOF OF CLAIM. UPDATE RECONSTRUCTION AND INVESTOR DATABASE AS NEEDED. | 0.60 | 136.80 |
| 09/15/2015 | SKB | RESEARCH AND ADDRESS EMAIL FROM CASANDRA PEREZ REGARDING BEVERLY COLLETT PROOF OF CLAIM. | 0.30 | 68.40 |
| 09/15/2015 | SKB | RESEARCH AND ADDRESS EMAIL FROM CASANDRA PEREZ REGARDING JENNIFER FITZSIMONS PROOF OF CLAIM. UPDATE RECONSTRUCTION AND INVESTOR DATABASE AS NEEDED. | 0.40 | 91.20 |
| 09/15/2015 | SKB | UPDATE INVESTOR DATABASE, ACCOMPANYING SUMMARY SCHEDULES AND RECONCILIATION WITH NEW INFORMATION. | 1.90 | 433.20 |
| 09/15/2015 | SKB | RESEARCH AND ADDRESS EMAIL FROM SANJAY KARNIK REGARDING SUPPORT FOR REVISED INFORMATION ON INVESTOR DATABASE. | 0.40 | 91.20 |

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| 09/15/2015 | SRK | ADDRESS AFFIDAVIT REQUIRED BY USA/DOJ. | 0.40 | 106.00 |
| 09/16/2015 | ANF | REVIEWED INVESTOR EMAIL AND TIED TO RECONSTRUCTION | 0.80 | 168.00 |
| 09/16/2015 | SRK | REVIEW REVISED DECLARATION RECEIVED FOR ADDITIONAL CONTENT FROM SANJAY KARNIK AND COMPARE TO DOCUMENTS. | 0.40 | 106.00 |
| 09/17/2015 | SKB | T/C WITH ANDREA FELDMAN REGARDING DECLARATION BINDER FOR S. KAPILA'S TESTIMONY. | 0.20 | 45.60 |
| 09/17/2015 | SKB | REVIEW AND REVISE UPDATED DRAFT OF DECLARATION FOR S. KAPILA'S TESTIMONY WITH THE DEPARTMENT OF JUSTICE. COMPILE SUPPORTING DOCUMENTATION TO SUPPORT STATEMENTS IN DECLARATION. | 1.70 | 387.60 |
| 09/17/2015 | ANF | TELEPHONE CONFERENCE WITH S. BANEZ RE: WORKPAPERS. | 0.30 | 63.00 |
| 09/17/2015 | SRK | REVIEW REVISED DECLARATION RECEIVED FROM USA; REVIEW ADDITIONAL INFORMATION FROM SURUCHI BANEZ; FINALIZE AND EXECUTE. | 0.60 | 159.00 |
| 09/18/2015 | SKB | PARTICIPATE IN FOLLOW UP CALLS WITH ANDREA FELDMAN REGARDING DECLARATION BINDER FOR S. KAPILA'S TESTIMONY. | 0.40 | 91.20 |
| 09/18/2015 | ANF | PREPARATION OF DECLARATION BINDER FOR S.KAPILA ; REFERENCING ALL WORKPAPERS; DOCKETS; EXHIBITS | 4.20 | 882.00 |
| 09/18/2015 | ANF | TELEPHONE CONFERENCES WITH S.BANEZ REGARDING BINDER | 0.40 | 84.00 |
| 09/18/2015 | SRK | REVIEW EXPECTED TOPICS OF TESTIMONY AND SUPPORTING MATERIAL. | 0.50 | 132.50 |
| 09/21/2015 | SKB | PARTICIPATE IN CALL AND FOLLOW-UP CALL WITH S. KAPILA REGARDING DECLARATION BINDER AND WORKPAPERS. | 0.60 | 136.80 |
| 09/21/2015 | SKB | REVIEW AND REVISE WORKPAPER BINDER WITH DECLARATION IN PREPARATION FOR S. KAPILA'S TESTIMONY. | 0.90 | 205.20 |
| 09/21/2015 | SKB | RESEARCH AND ADDRESS INQUIRIES FROM S. KAPILA REGARDING EXPECTED TOPICS FOR TESTIMONY PER SANJAY KARNIK. | 0.40 | 91.20 |
| 09/21/2015 | ANF | RESEARCH OF INVESTOR EMAILS RELATING TO INVESTMENTS AND POC | 1.20 | 252.00 |
| 09/21/2015 | SRK | REVIEW TESTIMONY BINDER AND PREPARE FOR TRIAL; DISCUSS SAME WITH SURUCHI BANEZ. | 0.90 | 238.50 |
| 09/22/2015 | SKB | PARTICIPATE IN T/C WITH S. KAPILA TO PREPARE S. KAPILA FOR TESTIMONY WITH DEPARTMENT OF JUSTICE. | 0.60 | 136.80 |
| 09/22/2015 | SKB | RESEARCH AND ADDRESS INQUIRIES FROM S. KAPILA TO PREPARE HIM FOR DEPARTMENT OF JUSTICE TESTIMONY. | 0.70 | 159.60 |
| 09/22/2015 | ANF | TELEPHONE CONFERENCE WITH S.BANEZ REGARDING UPDATES TO SUPPORT FOR EXPERT REPORT | 0.30 | 63.00 |
| 09/22/2015 | ANF | PREPARATION OF DOCUMENTS FOR BANK SUPPORT FOR EXPERT REPORT | 0.30 | 63.00 |
| 09/22/2015 | SRK | TELEPHONE CALL WITH SANJAY KARNIK (.7); FOLLOW UP WITH BACK UP QUESTIONS WITH SURUCHI BANEZ (.4). | 1.10 | 291.50 |
| 09/23/2015 | ANF | REVIEWED PROOF OF CLAIM REGARDING 1 INVESTOR FOR | 0.40 | 84.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | ACCURACY | | |
| 09/23/2015 | ANF | REVIEWED PROOF OF CLAIM REGARDING 2 INVESTOR FOR ACCURACY | 0.80 | 168.00 |
| 09/23/2015 | ANF | REVIEWED PROOF OF CLAIM REGARDING 1 INVESTOR FOR ACCURACY | 0.50 | 105.00 |
| 09/23/2015 | SRK | MEETING WITH USA ATTORNEYS IN PREPARATION FOR TESTIMONY. | 1.00 | 265.00 |
| 09/24/2015 | SKB | REVIEW AND ANALYZE PROOF OF CLAIMS FOR WILLIAM AND TABITHA MAIN IN COMPARISON TO BANK RECONSTRUCTION AND REPORT FINDINGS TO CASANDRA PEREZ. UPDATE RECONSTRUCTION AS NEEDED. | 1.70 | 387.60 |
| 09/24/2015 | SKB | REVIEW AND ANALYZE PROOF OF CLAIMS FOR LINDA AND THOMAS FLETCHER IN COMPARISON TO BANK RECONSTRUCTION AND REPORT FINDINGS TO CASANDRA PEREZ. UPDATE RECONSTRUCTION AS NEEDED. | 0.30 | 68.40 |
| 09/24/2015 | SKB | REVIEW AND ANALYZE PROOF OF CLAIM FOR WANDA MESSINA IN COMPARISON TO BANK RECONSTRUCTION AND REPORT FINDINGS TO CASANDRA PEREZ. UPDATE RECONSTRUCTION AS NEEDED. | 0.90 | 205.20 |
| 09/24/2015 | ANF | REVIEWED 2 INVESTOR EMAILS REGARDING POC AND UPDATED BANK RECONSTRUCTION | 0.90 | 189.00 |
| 09/24/2015 | SRK | ATTEND COURT HEARING ON RESTITUTION AND TESTIFY. | 2.00 | 530.00 |
| 09/25/2015 | SKB | REVIEW AND ANALYZE PROOF OF CLAIMS FOR ARLENE AND JOSEPH GIAMETTA IN COMPARISON TO BANK RECONSTRUCTION AND REPORT FINDINGS TO CASANDRA PEREZ. UPDATE RECONSTRUCTION AS NEEDED. | 0.70 | 159.60 |
| 09/25/2015 | SKB | REVIEW AND ANALYZE PROOF OF CLAIMS FOR LUISE AND BEVERLY CANADY IN COMPARISON TO BANK RECONSTRUCTION AND REPORT FINDINGS TO CASANDRA PEREZ. UPDATE RECONSTRUCTION AS NEEDED. | 0.60 | 136.80 |
| 09/25/2015 | SKB | REVIEW AND ANALYZE PROOF OF CLAIMS FOR WILLIAM AND LINDA ALLEN IN COMPARISON TO BANK RECONSTRUCTION AND REPORT FINDINGS TO CASANDRA PEREZ. UPDATE RECONSTRUCTION AS NEEDED. | 0.90 | 205.20 |
| 09/25/2015 | SKB | REVIEW AND ANALYZE PROOF OF CLAIMS FOR RICHARD AND MARVEL SMITH IN COMPARISON TO BANK RECONSTRUCTION AND REPORT FINDINGS TO CASANDRA PEREZ. UPDATE RECONSTRUCTION AS NEEDED. | 1.70 | 387.60 |
| 09/25/2015 | ANF | CONTINUED TO REVIEW POC CLAIMS RELATING TO INVESTOR EMAILS; SENT CORRESPONDENCE TO COUNSEL; UPDATED BANK RECONSTRUCTION | 1.80 | 378.00 |
| 09/28/2015 | SKB | REVIEW AND ANALYZE PROOF OF CLAIM FOR MARY JO PETERS IN COMPARISON TO BANK RECONSTRUCTION AND REPORT FINDINGS TO CASANDRA PEREZ. UPDATE RECONSTRUCTION AS NEEDED. | 0.90 | 205.20 |
| 09/28/2015 | SKB | REVIEW AND ANALYZE PROOF OF CLAIMS FOR PAULA AND BARRY COOPER IN COMPARISON TO BANK RECONSTRUCTION AND REPORT FINDINGS TO CASANDRA PEREZ. UPDATE RECONSTRUCTION AS NEEDED. | 1.60 | 364.80 |

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| 09/28/2015 | SKB | REVIEW AND ANALYZE PROOF OF CLAIMS FOR EMMANUEL AND EMMA CASANOVA IN COMPARISON TO BANK RECONSTRUCTION AND REPORT FINDINGS TO CASANDRA PEREZ. UPDATE RECONSTRUCTION AS NEEDED. | 1.10 | 250.80 |
| 09/28/2015 | SKB | REVIEW AND ANALYZE PROOF OF CLAIMS FOR ANN AND STANLEY BAXLEY IN COMPARISON TO BANK RECONSTRUCTION AND REPORT FINDINGS TO CASANDRA PEREZ. UPDATE RECONSTRUCTION AS NEEDED. | 0.70 | 159.60 |

TAX SERVICES - PREPARE FORMS

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| 09/21/2015 | LJJ | 2014 TAX ACCOUNTING | 1.80 | 477.00 |
| 09/24/2015 | LJJ | FINALIZE 2014 TAX RETURN ACCOUNTING, INVESTIGATE TAX BASIS OF PROPERTY SOLD, ATTEMPT TO TRACK DOWN K-1S FROM PTPS. | 2.40 | 636.00 |
| 09/30/2015 | LJJ | T/C/W UNITED STATES GAS LP AND PROSHARES REGARDING K-1 FORMS FOR 2014. REVIEW AND SCAN K-1S RECEIVED. UPDATE 2014 TAX ACCOUNTING FOR K-1S AND SALES OF REAL ESTATE. FINALIZE FORM 1041. | 1.80 | 477.00 |

12,259.20

EXPENSES

| Date | Code | Description | Amount |
|---|---|---|---|
| 09/30/2015 | EXP | PRINTED COPY CHARGE - SEPTEMBER 2015 | 12.15 |
| 09/30/2015 | EXP | PACER - SEPTEMBER 2015 | 3.00 |

15.15

Total amount of this invoice   $12,274.35

Invoice payable upon receipt.  Thank you for this opportunity to be of service.



**CPAs, Forensic and Insolvency Advisors**

**SEC V. PFG, LLC**
**Client ID: 05402**
**Invoice #1521 - 10/31/15**

## TIME SUMMARY BY STAFF

| Staff | Hours | Rate | Amount |
|---|---|---|---|
| SURUCHI BANEZ - Principal, CPA, CIRA, CFE | 29.70 | 228.00 | 6,771.60 |
| ANDREA FELDMAN - Forensic Analyst, CPA, CFE | 11.30 | 210.00 | 2,373.00 |
| KY JOHNSON - Forensic Analyst | 0.30 | 140.00 | 42.00 |
| LESLEY JOHNSON - Partner/Tax, CPA, CIRA | 1.20 | 265.00 | 318.00 |
| TOTAL | 42.50 | | $9,504.60 |
| | **BLENDED RATE** | **$223.64** | |
| | TOTAL EXPENSES | | 36.28 |
| TOTAL AMOUNT OF THIS INVOICE | | | $9,540.88 |

The Kapila Building
1000 S. Federal Highway, Suite 200
Fort Lauderdale, Florida 33316
P 761.1011   F 954.761.1033

Sun Trust International Center
1 SE 3rd Avenue, Suite 2150
Miami, Florida 33131
P 786.517.5771   F 786.517.5772



## Kapila/Mukamal
### CPAs, Forensic and Insolvency Advisors

1000 S. Federal Highway, Suite 200  
Fort Lauderdale, FL  33316  
Phone - 954-761-1011    F - 954-761-1033    www.kapilamukamal.com  
EIN #46-5394135

SEC V. PFG, LLC  
C/O MELANIE DAMIAN, RECEIVER  
1000 BRICKELL AVENUE  
SUITE 1020  
MIAMI, FL  33131

Invoice: 1521  
10/31/2015  
Client ID: 05402

FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER 31, 2015

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| LITIGATION SUPPORT | | | | |
| 10/01/2015 | ANF | REVIEWED 2 INVESTOR POC'S TO DETERMINE ACCURACY AND COMPLETENESS | 1.00 | 210.00 |
| 10/01/2015 | ANF | REVIEWED POC FOR ONE INVESTOR AND SENT CORRESPONDENCE REGARDING FINDINGS | 0.50 | 105.00 |
| 10/01/2015 | SKB | REVIEW AND ANALYZE PROOF OF CLAIMS FOR JOHN AND SHERY THOMASON IN COMPARISON TO BANK RECONSTRUCTION AND REPORT FINDINGS TO CASANDRA PEREZ. UPDATE RECONSTRUCTION AS NEEDED. | 1.90 | 433.20 |
| 10/02/2015 | ANF | PREPARED DECLARATION BINDER | 0.50 | 105.00 |
| 10/02/2015 | ANF | REVIEWED POC FOR ONE INVESTOR, UPDATED MASTER RECONSTRUCTION AND SENT CORRESPONDENCE REGARDING CHANGES | 0.70 | 147.00 |
| 10/02/2015 | SKB | REVIEW AND ANALYZE PROOF OF CLAIMS FOR GARY SHILREY AND SHIRLEY INVESTMENTS IN COMPARISON TO BANK RECONSTRUCTION AND REPORT FINDINGS TO CASANDRA PEREZ. UPDATE RECONSTRUCTION AS NEEDED. | 1.20 | 273.60 |
| 10/05/2015 | ANF | REVIEWED TWO 3 INVESTOR POC'S AND REVIEWED FOR ACCURACY; SENT CORRESPONDENCE TO COUNSEL | 1.30 | 273.00 |
| 10/05/2015 | SKB | REVIEW AND ANALYZE PROOF OF CLAIM FOR JOHN DUMAS IN COMPARISON TO BANK RECONSTRUCTION AND REPORT FINDINGS TO CASANDRA PEREZ. UPDATE RECONSTRUCTION AS NEEDED. | 0.70 | 159.60 |
| 10/05/2015 | SKB | REVIEW AND ANALYZE PROOF OF CLAIM FOR VIOLET MANN IN COMPARISON TO BANK RECONSTRUCTION AND REPORT FINDINGS TO CASANDRA PEREZ. UPDATE RECONSTRUCTION AS NEEDED. | 2.00 | 456.00 |
| 10/07/2015 | SKB | REVIEW AND ANALYZE PROOF OF CLAIM FOR CHARLES SMITH IN COMPARISON TO BANK RECONSTRUCTION AND REPORT FINDINGS TO CASANDRA PEREZ. UPDATE RECONSTRUCTION AS NEEDED. | 0.40 | 91.20 |
| 10/07/2015 | SKB | RESEARCH AND ADDRESS EMAIL FOLLOW-UP INQUIRY FROM CASANDRA PEREZ REGARDING JOHN DUMAS TRANSACTIONS. | 0.40 | 91.20 |
| 10/08/2015 | SKB | T/C WITH CASANDRA PEREZ REGARDING PROOF OF CLAIM AND DISTRIBUTION PROCESS AND RECAP ON WILLIAM ALLEN PROOF OF CLAIM. | 0.60 | 136.80 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 10/08/2015 | SKB | REVIEW AND ANALYZE PROOF OF CLAIM FOR CHARLES GRUBBS IN COMPARISON TO BANK RECONSTRUCTION AND REPORT FINDINGS TO CASANDRA PEREZ. UPDATE RECONSTRUCTION AS NEEDED. | 0.70 | 159.60 |
| 10/08/2015 | SKB | REVIEW AND ANALYZE PROOF OF CLAIM FOR JONATHAN AND JENNIFER ADAMS IN COMPARISON TO BANK RECONSTRUCTION AND REPORT FINDINGS TO CASANDRA PEREZ. UPDATE RECONSTRUCTION AS NEEDED. | 0.60 | 136.80 |
| 10/08/2015 | SKB | REVIEW AND ANALYZE PROOF OF CLAIM FOR SHIRLEY WILMS IN COMPARISON TO BANK RECONSTRUCTION AND REPORT FINDINGS TO CASANDRA PEREZ. UPDATE RECONSTRUCTION AS NEEDED. | 1.00 | 228.00 |
| 10/08/2015 | SKB | RESEARCH AND ADDRESS FOLLOW-UP EMAIL FROM C. PEREZ REGARDING WILLIAM ALLEN PROOF OF CLAIM RESPONSE. | 0.70 | 159.60 |
| 10/09/2015 | ANF | REVIEWED POC CLAIMS FOR 11 INVESTORS, UPDATED RECONSTRUCTION AND SENT CORRESPONDENCE REGARDING FINDINGS | 3.50 | 735.00 |
| 10/09/2015 | SKB | REVIEW AND ANALYZE PROOF OF CLAIM FOR JOEL CLIFTON IN COMPARISON TO BANK RECONSTRUCTION AND REPORT FINDINGS TO CASANDRA PEREZ. UPDATE RECONSTRUCTION AS NEEDED. | 1.10 | 250.80 |
| 10/09/2015 | SKB | REVIEW AND ADDRESS FOLLOW-UP EMAIL FROM CASANDRA PEREZ REGARDING SHIRLEY WILMS PROOF OF CLAIM AND UPDATE RECONSTRUCTION ACCORDINGLY. | 0.60 | 136.80 |
| 10/09/2015 | SKB | REVIEW AND ANALYZE PROOF OF CLAIM FOR DANNY TOWNSEND IN COMPARISON TO BANK RECONSTRUCTION AND REPORT FINDINGS TO CASANDRA PEREZ. UPDATE RECONSTRUCTION AS NEEDED. | 1.10 | 250.80 |
| 10/12/2015 | SKB | REVIEW AND ANALYZE PROOF OF CLAIM FOR CAROLYN WALKER IN COMPARISON TO BANK RECONSTRUCTION AND REPORT FINDINGS TO CASANDRA PEREZ. UPDATE RECONSTRUCTION AS NEEDED. | 0.70 | 159.60 |
| 10/12/2015 | SKB | REVIEW AND ANALYZE PROOF OF CLAIM FOR JOHN AND BELINDA FALK IN COMPARISON TO BANK RECONSTRUCTION AND REPORT FINDINGS TO CASANDRA PEREZ. UPDATE RECONSTRUCTION AS NEEDED. | 0.90 | 205.20 |
| 10/12/2015 | SKB | REVIEW AND ANALYZE PROOF OF CLAIM FOR DIANA YOCUM IN COMPARISON TO BANK RECONSTRUCTION AND REPORT FINDINGS TO CASANDRA PEREZ. UPDATE RECONSTRUCTION AS NEEDED. | 0.70 | 159.60 |
| 10/13/2015 | SKB | REVIEW AND ANALYZE PROOF OF CLAIM FOR MICHAEL GUNTER IN COMPARISON TO BANK RECONSTRUCTION AND REPORT FINDINGS TO CASANDRA PEREZ. UPDATE RECONSTRUCTION AS NEEDED. | 1.10 | 250.80 |
| 10/13/2015 | SKB | REVIEW AND ANALYZE PROOF OF CLAIM FOR JACKSON WALKER IN COMPARISON TO BANK RECONSTRUCTION AND REPORT FINDINGS TO CASANDRA PEREZ. UPDATE RECONSTRUCTION AS NEEDED. | 0.40 | 91.20 |
| 10/13/2015 | SKB | REVIEW AND ANALYZE PROOF OF CLAIM FOR ANGELA PARKS IN COMPARISON TO BANK RECONSTRUCTION AND REPORT | 1.30 | 296.40 |

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| | | FINDINGS TO CASANDRA PEREZ. UPDATE RECONSTRUCTION AS NEEDED. | | |
| 10/13/2015 | SKB | REVIEW AND ANALYZE PROOF OF CLAIM FOR MCSWAIN FAMILY (DANIEL, DANIEL AND KEITH) IN COMPARISON TO BANK RECONSTRUCTION AND REPORT FINDINGS TO CASANDRA PEREZ. UPDATE RECONSTRUCTION AS NEEDED. | 1.70 | 387.60 |
| 10/13/2015 | SKB | RESEARCH AND ADDRESS EMAIL FROM CASANDRA PEREZ REGARDING STATUS UPDATE FOR AUGUST, SEPTEMBER & OCTOBER 2015. | 0.30 | 68.40 |
| 10/21/2015 | ANF | REVIEWED 4 RESPONSES FROM INVESTORS AND POC CLAIMS, COMPARED TO BANK RECONSTRUCTION; UPDATED INFORMATION AND SENT CORRESPONDENCE TO COUNSEL | 2.40 | 504.00 |
| 10/22/2015 | ANF | REVIEWED 3 POC CLAIMS, UPDATED BANK RECONSTRUCTION AND SENT CORRESPONDENCE TO COUSNEL | 1.40 | 294.00 |
| 10/22/2015 | SKB | REVIEW AND ANALYZE PROOF OF CLAIM FOR THOMAS STONE IN COMPARISON TO BANK RECONSTRUCTION AND REPORT FINDINGS TO CASANDRA PEREZ. UPDATE RECONSTRUCTION AS NEEDED. | 0.90 | 205.20 |
| 10/23/2015 | SKB | RESEARCH AND ADDRESS FOLLOW-UP EMAIL FROM C. PEREZ REGARDING DIANA YOCUM. | 0.40 | 91.20 |
| 10/23/2015 | SKB | REVIEW AND ANALYZE PROOF OF CLAIM FOR ANGELA PARKS IN COMPARISON TO BANK RECONSTRUCTION AND REPORT FINDINGS TO CASANDRA PEREZ. UPDATE RECONSTRUCTION AS NEEDED. | 1.20 | 273.60 |
| 10/23/2015 | SKB | REVIEW AND ANALYZE PROOF OF CLAIM FOR JOSEPH GIBSON AND ELIZABETH SMITH IN COMPARISON TO BANK RECONSTRUCTION AND REPORT FINDINGS TO CASANDRA PEREZ. UPDATE RECONSTRUCTION AS NEEDED. | 0.80 | 182.40 |
| 10/23/2015 | SKB | REVIEW AND ANALYZE PROOF OF CLAIM FOR JAMES LEE IN COMPARISON TO BANK RECONSTRUCTION AND REPORT FINDINGS TO CASANDRA PEREZ. UPDATE RECONSTRUCTION AS NEEDED. | 1.10 | 250.80 |
| 10/26/2015 | SKB | PARTICIPATE IN T/C WITH CASANDRA PEREZ REGARDING JOHN AND SHERRY THOMASON CLAIM AND FSC SETTLEMENT PAYMENTS TO INVESTORS. | 0.50 | 114.00 |
| 10/26/2015 | SKB | REVIEW AND ANALYZE PROOF OF CLAIM FOR ANTHONY HAYES IN COMPARISON TO BANK RECONSTRUCTION AND REPORT FINDINGS TO CASANDRA PEREZ. UPDATE RECONSTRUCTION AS NEEDED. | 0.70 | 159.60 |
| 10/26/2015 | SKB | REVIEW AND ANALYZE PROOF OF CLAIM FOR SHANNON O'HARA IN COMPARISON TO BANK RECONSTRUCTION AND REPORT FINDINGS TO CASANDRA PEREZ. UPDATE RECONSTRUCTION AS NEEDED. | 0.40 | 91.20 |
| 10/26/2015 | SKB | RESEARCH AND ADDRESS FOLLOW-UP EMAILS REGARDING JOHN AND SHERRY THOMASON INVESTOR ACCOUNTS. | 0.90 | 205.20 |
| 10/27/2015 | SKB | REVIEW AND ANALYZE PROOF OF CLAIM FOR JOAN HENDRIX/SHANNON O'HARA IN COMPARISON TO BANK RECONSTRUCTION AND REPORT FINDINGS TO CASANDRA PEREZ. UPDATE RECONSTRUCTION AS NEEDED. | 0.90 | 205.20 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 10/27/2015 | SKB | REVIEW AND ANALYZE PROOF OF CLAIMS FOR JOHN AND ANNA TYSON IN COMPARISON TO BANK RECONSTRUCTION AND REPORT FINDINGS TO CASANDRA PEREZ. UPDATE RECONSTRUCTION AS NEEDED. | 0.90 | 205.20 |
| 10/28/2015 | SKB | RESEARCH AND ADDRESS EMAIL FROM C. PEREZ REGARDING THOMAS STONE AND PREPARE TRANSACTION DETAIL REPORT AND REDACTED SUPPORT AS REQUESTED. | 0.90 | 205.20 |

**TAX SERVICES - PREPARE FORMS**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 10/05/2015 | LJJ | FINALIZE FORM 1041 | 0.60 | 159.00 |
| 10/06/2015 | LJJ | REVISE TAX ACCOUNTING AND RETURN'S REPORTING OF GA PROPERTY SALE | 0.60 | 159.00 |
| 10/06/2015 | KJJ | PREPARED AND ASSEMBLED FORM 1041 | 0.20 | 28.00 |
| 10/07/2015 | KJJ | MAILED FORM 1041 | 0.10 | 14.00 |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　9,504.60

**EXPENSES**

| Date | Initials | Description | | Amount |
|---|---|---|---|---|
| 10/07/2015 | EXP | POSTAGE | | 2.08 |
| 10/30/2015 | EXP | PRINTED COPY CHARGE - OCTOBER 2015 | | 34.20 |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　36.28

　　　　　　　　　　　　　　　Total amount of this invoice　　　$9,540.88

Invoice payable upon receipt.  Thank you for this opportunity to be of service.